FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 23 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANA JARVIS, a/k/a Todd Ward,<br>AYLA JARVIS,<br>JORGE LUIS ORTIZ-MOFFETT,<br>MIKE HANNAH,<br>RALPH GREENE, a/k/a "RB,"<br>GEORGE RIPLEY,<br>CATHY FITZGERALD,<br>DAVID REID,<br>PAT BERSSENBRUGGE,<br>BARBARA HANNA,<br>GEORGE OSGOOD, a/k/a "Mushroom George,"<br>GREG HILL,<br>GENO BERTHOD, a/k/a "Old Man,"<br>RUSSELL TRUJILLO, a/k/a "Rusty,"<br>MATTHEW HOTTHAN, a/k/a "Matrix,"<br>MANUEL GIL, a/k/a "Manny,"<br>SAM JONES,<br>SALVADOR ABEYTA,<br>BILL JONES, a/k/a Charles Johnston,<br>MARY CANNANT, and<br>ADRIAN SANFORD,<br><br>Defendants. | CRIMINAL NO. CR 05 1849<br><br>Count 1: 21 U.S.C. § 846 –<br>Conspiracy to Distribute 1000<br>Kilograms and More of Marijuana;<br><br>Count 2: 21 U.S.C. § 848 –<br>Continuing Criminal Enterprise;<br><br>Count 3: 18 U.S.C. § 1956(h) –<br>Conspiracy to Launder Money;<br><br>Counts 4 - 26: 18 U.S.C.<br>§§ 1956(a)(1)(A)(i) and (a)(1)(B(i) –<br>Money Laundering;<br><br>18 U.S.C. § 982 and 21 U.S.C.<br>§ 853: Criminal Forfeiture. |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

From approximately September 2002, the precise date being unknown to the Grand Jury, up to and including August 2005, in the State and District of New Mexico, and elsewhere, the defendants, **DANA JARVIS**, a/k/a Todd Ward, **AYLA JARVIS**, **JORGE LUIS ORTIZ-MOFFETT, MIKE HANNAH, RALPH GREENE,** a/k/a "RB," **GEORGE RIPLEY, CATHY FITZGERALD, DAVID REID, PAT BERSSENBRUGGE, BARBARA HANNA, GEORGE OSGOOD,** a/k/a "Mushroom George," **GREG HILL,**

**GENO BERTHOD** a/k/a "Old Man," **RUSSELL TRUJILLO,** a/k/a "Rusty," **MATTHEW HOTTHAN**, a/k/a "Matrix," **MANUEL GIL**, a/k/a "Manny," **SAM JONES, SALVADOR ABEYTA, BILL JONES,** a/k/a Charles Johnston, **MARY CANNANT,** and **ADRIAN SANFORD**, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons whose names are known and unknown to the grand jury to distribute 1000 kilograms and more of marijuana, a schedule I controlled substance, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

## Manner and Means of the Conspiracy

During the course of the conspiracy, the defendants participated in a collective endeavor, organized and supervised by defendant Dana Jarvis, to distribute marijuana for profit. Defendant Dana Jarvis obtained bulk wholesale quantities of marijuana from sources of supply in Tucson, Arizona, including defendant Jorge Luis Ortiz-Moffett. Prior to purchase, the marijuana was inspected for quality by Dana Jarvis or his daughter, defendant Ayla Jarvis. The marijuana would then be weighed and wrapped by conspirators including defendants Manuel Gil, Sam Jones, and Matthew Hotthan at "stash house" locations in Arizona owned and/or under the dominion and control of Dana Jarvis. From the Arizona stash houses, the marijuana was transported by conspirators including defendants Salvador Abeyta and Russell Trujillo to New Mexico where it was stored at additional stash houses owned by Dana Jarvis and/or other members of the conspiracy. From the New Mexico stash houses, the marijuana was transported by conspirators including defendant George Ripley to various locations throughout the United States, including Denver, Colorado; Columbus, Ohio; and Bloomington, Indiana. From Denver, defendant Geno Berthod transported the marijuana to the east coast of the United States. In Bloomington, defendant Greg Hill re-distributed the marijuana for profit. In Columbus the marijuana was re-distributed for profit by unindicted co-conspirators. The proceeds from the distribution of the

marijuana, in the form of United States currency, were then transported back to New Mexico, either via motor vehicle or aboard aircraft piloted by defendant David Reid. In New Mexico, the proceeds would be delivered to conspirators including defendant Barbara Hanna, who would count the proceeds. Some or all of the proceeds were then transported to defendant Mike Hannah in Tucson for safekeeping. Dana Jarvis would use the proceeds to purchase assets, to pay co-conspirators, and to purchase additional bulk marijuana for distribution.

In violation of 21 U.S.C. § 846.

## COUNT 2

Between approximately September 2002, the precise date being unknown to the Grand Jury, and August, 2005, in the State and District of New Mexico, and elsewhere, defendant **DANA JARVIS**, a/k/a Todd Ward, did unlawfully, knowingly and intentionally engage in a continuing criminal enterprise, in that the defendant did violate the provisions of Title 21 of the United States Code, Sections 841(a) and 841(b), the punishment for which exceeds one year imprisonment, and such violations were part of a continuing series of violations of Title 21 of the United States Code that were undertaken by the defendant in concert with five or more other persons with respect to whom the defendant occupied a position of organizer, a supervisory position, or other positions of management, and from which the defendant obtained substantial income and resources, and the said violations included, without limitation, the following: (1) possession with intent to distribute marijuana in March 2005; (2) possession with intent to distribute marijuana in May 2005; and (3) possession with intent to distribute marijuana in July 2005.

In violation of 21 U.S.C. §§ 848(a), 848(c) and 18 U.S.C. § 2.

## COUNT 3

From approximately September 2002, the precise date being unknown to the Grand Jury, up to and including August 2005, in the State and District of New Mexico, and elsewhere, the defendants, **DANA JARVIS**, a/k/a Todd Ward, **AYLA JARVIS, MIKE HANNAH, RALPH GREENE**, a/k/a "RB," **GEORGE RIPLEY, DAVID REID, PAT BERSSENBRUGGE, BARBARA HANNA, GEORGE OSGOOD**, a/k/a "Mushroom George," **GREG HILL, GENO BERTHOD**, a/k/a "Old Man," and **ADRIAN SANFORD**, did unlawfully, knowingly and intentionally conspire and agree together and with each other and with other persons whose names are known and unknown to the grand jury to commit the following offenses against the United States, that is, laundering of monetary instruments, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

In violation of 18 U.S.C. § 1956(h).

## COUNTS 4 - 12

On or about the dates listed below, in the State and District of New Mexico, and elsewhere, defendant **DANA JARVIS** a/k/a Todd Ward did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit: the transfer of currency through First State Bank checking account number 1874527, which involved the proceeds of specified unlawful activity, that is conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 846, with the intent to promote the carrying on of such specified unlawful activity, and knowing that each transaction was designed in whole or in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of such specified unlawful activities, and that while conducting and attempting to conduct each financial transaction, knew that the property involved in the financial transaction, that is, the checks identified below, represented the proceeds of some form of unlawful activity:

| Count | Date Check Cleared | Amount of Check | Check Number | Name of Payee |
|---|---|---|---|---|
| 4 | December 4, 2002 | $932.08 | 569 | Commercial Federal |
| 5 | January 6, 2003 | $932.08 | 590 | Commercial Federal |
| 6 | February 3, 2003 | $932.08 | 604 | Commercial Federal |
| 7 | March 10, 2003 | $932.08 | 622 | Commercial Federal |
| 8 | April 9, 2003 | $932.08 | 638 | Commercial Federal |
| 9 | May 12, 2003 | $932.08 | 653 | Commercial Federal |
| 10 | June 9, 2003 | $932.08 | 668 | Commercial Federal |
| 11 | July 7, 2003 | $932.08 | 686 | Commercial Federal |
| 12 | August 11, 2003 | $932.08 | 701 | Commercial Federal |

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2.

## COUNTS 13 - 23

On or about the dates listed below, in the State and District of New Mexico, and elsewhere, defendant **DANA JARVIS** a/k/a Todd Ward did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit: the transfer of currency through First State Bank savings account number 1223801, which involved the proceeds of specified unlawful activity; that is conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 846, with the intent to promote the carrying on of such specified unlawful activity, and knowing that each transaction was designed in whole or in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and that while conducting and attempting to conduct each financial transaction, knew that the property involved in the financial transaction, that is, the drafts identified below, represented the proceeds of some form of unlawful activity:

| Count | Date Draft Cleared | Amount of Draft | Name of Payee |
|---|---|---|---|
| 13 | July 7, 2004 | $932.08 | Commercial Federal |
| 14 | August 4, 2004 | $932.08 | Commercial Federal |
| 15 | September 7, 2004 | $932.08 | Commercial Federal |
| 16 | October 5, 2004 | $932.08 | Commercial Federal |
| 17 | November 4, 2004 | $932.08 | Commercial Federal |
| 18 | December 6, 2004 | $932.08 | Commercial Federal |
| 19 | January 4, 2005 | $932.08 | Commercial Federal |
| 20 | February 4, 2005 | $932.08 | Commercial Federal |
| 21 | March 4, 2005 | $932.08 | Commercial Federal |
| 22 | April 5, 2005 | $932.08 | Commercial Federal |
| 23 | May 4, 2005 | $932.08 | Commercial Federal |

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i),1956(a)(1)(B)(i) and 2.

**COUNTS 24 - 26**

On or about the dates listed below, in the State and District of New Mexico, and elsewhere, defendants **DANA JARVIS**, a/k/a Todd Ward, and **MIKE HANNAH** did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit: the transfer of currency from Compass Bank checking account number 87080587 into First State Bank checking account number 1874527, which involved the proceeds of specified unlawful activity, that is conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 846, with the intent to promote the carrying on of such specified unlawful activity, and knowing that each transaction was designed in whole or in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and that while conducting and attempting to conduct each financial transaction, knew that the property involved in the financial transaction, that is, the checks identified below, represented the proceeds of some form of unlawful activity:

| Count | Date Check Cleared | Amount of Check | Check Number | Name of Payee |
|---|---|---|---|---|
| 24 | January 31, 2005 | $700.00 | 7321 | Santa Fe Consulting |
| 25 | February 7, 2005 | $700.00 | 7351 | Santa Fe Consulting |
| 26 | July 19, 2005 | $1,350.00 | 8038 | Santa Fe Consulting |

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2.

### FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 through 26 of this Indictment, the defendants, **DANA JARVIS**, a/k/a Todd Ward, **AYLA JARVIS**, **JORGE LUIS ORTIZ-MOFFETT, MIKE HANNAH, RALPH GREENE**, a/k/a "RB," **GEORGE RIPLEY, CATHY FITZGERALD, DAVID REID, PAT BERSSENBRUGGE, BARBARA HANNA, GEORGE OSGOOD**, a/k/a "Mushroom George," **GREG HILL, GENO BERTHOD** a/k/a "Old Man," **RUSSELL TRUJILLO**, a/k/a "Rusty," **MATTHEW HOTTHAN**, a/k/a "Matrix," **MANUEL GIL**, a/k/a "Manny," **SAM JONES, SALVADOR ABEYTA, BILL JONES** a/k/a Charles Johnston, **MARY CANNANT**, and **ADRIAN SANFORD**, shall forfeit to the United States pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of each offense in violation of 21 U.S.C. §§ 841, 846, or 848 for which the defendants are convicted, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offenses, and shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(1) all property, real and personal, involved in each offense in violation of 18 U.S.C. §§ 1956 or 1957, or conspiracy to commit such offense, for which the defendants are convicted, and all property traceable to such property, including but not limited to the following:

1. MONEY JUDGMENT

A sum of money equal to $49,280,000.00 U.S. currency, representing the amount of money derived from or involved in the offenses, for which the defendants are jointly and severally liable.

2. BANK ACCOUNTS

 a. All United States currency, funds, or other monetary instruments credited to account number 40455157, in the name of Dana Jarvis, located at Bank One.

 b. All United States currency, funds, or other monetary instruments credited to account number 689832822, in the name of Dana Jarvis, located at Bank One.

 c. All United States currency, funds, or other monetary instruments credited to account number 1874527, in the name of Dana Jarvis, located at First State Bank.

 d. All United States currency, funds, or other monetary instruments credited to account number 1223801, in the name of Dana Jarvis, located at First State Bank.

 e. All United States currency, funds, or other monetary instruments credited to account number 87080587, in the name of Continental Steel West Corp. d/b/a Continental Steel, located at Compass Bank.

 f. All United States currency, funds, or other monetary instruments credited to account number 2504448676, in the name of RC Aviation, located at Compass Bank.

 g. All United States currency, funds, or other monetary instruments credited to account number 7692176673, in the name of Barbara Hanna, located at Wells Fargo Bank.

3. <u>REAL PROPERTY</u>

    a. 1440 Calle Cielo Vista, Bernalillo, New Mexico, which is more particularly described as follows:

> TRACT LETTERED "C", OF THE SCHLAKS ADDITION, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT ENTITLED "TRACTS A THROUGH D, SCHLAKS ADDITION, SANDOVAL COUNTY, NEW MEXICO", FILED IN THE OFFICE OF THE COUNTY CLERK OF SANDOVAL COUNTY, NEW MEXICO ON JULY 17, 1978, IN PLAT BOOK 2, FOLIO 237-B.

    b. 3523 Central Avenue N.E., Albuquerque, New Mexico, which is more particularly described as follows:

> LOTS NUMBERED TEN (10), ELEVEN (11) AND TWELVE (12) IN BLOCK NUMBERED FOUR (4) OF MONTE VISTA, AN ADDITION TO THE CITY OF ALBUQUERQUE, NEW MEXICO, AS THE SAME ARE SHOWN AND DESIGNATED ON THE MAP OF SAID ADDITION FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO, OCTOBER 14, 1926.
>
> THERE IS EXCEPTED THE NORTHERLY PORTION OF SAID LOT THEN (10) WHICH IS DESCRIBED AS FOLLOWS:
>
> BEGINNING AT THE NORTHEAST CORNER OF SAID LOT TEN (10) RUNNING
>
> THENCE SOUTHERLY ALONG THE WESTERLY LINE OF NORTH CARLISLE AVENUE, 62.28 FEET TO THE SOUTHEAST CORNER OF THE TRACT HEREIN DESCRIBED; THENCE WESTERLY, PARALLEL WITH AND 60 FEET NORTHERLY AT RIGHT ANGLES FROM THE NORTHERLY LINE OF EAST CENTRAL AVENUE, 80.19 FEET TO THE SOUTHWEST CORNER OF THE TRACT HEREIN DESCRIBED; THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID LOT 10, 86.09 FEET TO THE NORTHWEST CORNER OF THE TRACT HEREIN DESCRIBED WHICH IS THE NORTHWEST CORNER OF SAID LOT 10; THENCE EASTERLY ALONG THE SOUTHERLY LINE OF CAMPUS BOULEVARD, 86.97 FEET TO THE PLACE OF BEGINNING.

    c. 8012 1st Street N.W., Albuquerque, New Mexico, which is more particularly described as follows:

> LOT "A-1" OF THE PLAT OF LOTS A-1 AND A-2, LANDS OF LARRY SWANK, SITUATE WITHIN PROJECTED SECTION 22, T. 11 N., R. 3 E., N.M.P.M., BERNALILLO COUNTY, NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON SAID PLAT FILED IN THE OFFICE OF

THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO, ON FEBRUARY 2, 1995.

    d. 28 Quail Run, Santa Fe, New Mexico.

### 4. CONVEYANCES

    a. 1978 Beechcraft King Air C-90 Turboprop Aircraft, United States Registration Number N754TW, Serial Number LJ-754.

    b. 1972 Cessna 421B Aircraft, United States Registration Number N3AJ, Serial Number 421B0230.

### 5. LIQUOR LICENSE

New Mexico Liquor License No. 2599 in the name of Club Rhythm and Blues located at 3523 Central N.E., Albuquerque, New Mexico, owned by Dana Jarvis.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value;

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above, including but not limited to the following:

### 1. REAL PROPERTY

      a. 9227 West Weaver Circle, Casa Grande, Arizona, which is more particularly described as follows:

> SITUATED IN PINAL COUNTY, ARIZONA TO WIT: LOT 2, OF WEAVER RANCH UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, IN CABINET C OF MAPS, SLIDE 174.

      b. 8018 1st Street N.W., Albuquerque, New Mexico, which is more particularly described as follows:

> LOT "A-2" OF THE PLAT OF LOTS A-1 AND A-2, LANDS OF LARRY SWANK, SITUATE WITHIN PROJECTED SECTION 22, T. 11 N., R. 3 E., N.M.P.M., BERNALILLO COUNTY, NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON SAID PLAT FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO ON FEBRUARY 2, 1995.

      c. 5 Lauro Road, Santa Fe, New Mexico, which is more particularly described as follows:

> LOT EIGHT (8), BLOCK FORTY-NINE (49), UNIT THREE (3), ELDORADO AT SANTA FE, AS SHOWN AND DELINEATED ON THE PLAT THEREOF (KNOWN AS SHEET 15), FILED JUNE 29, 1977, AS DOCUMENT NO. 404,723 AND RECORDED IN ELDORADO PLAT BOOK 5, AT PAGE 13, RECORDS OF SANTA FE COUNTY, NEW MEXICO.

      d. 138 W. Berger Street #4, Santa Fe, New Mexico, which is more particularly described as follows:

> UNIT 8, OF THE WEST BERGER STREET CONDOMINIUM, AS CREATED BY THE CONDOMINIUM DECLARATION FOR WEST BERGER STREET CONDOMINIUM, RECORDED IN BOOK 1027, PAGE 962, AS AMENDED, AND AS SHOWN ON CONDOMINIUM PLAT RECORDED AS EXHIBIT B TO FIRST AMENDMENT TO CONDOMINIUM DECLARATION, RECORDED IN BOOK 1730, PAGE 441, IN THE OFFICE OF THE COUNTY CLERK, SANTA FE COUNTY, NEW MEXICO.

      e. 142 ½ W. Berger Street, Santa Fe, New Mexico, which is more particularly described as follows:

> UNIT FIVE (5), OF THE WEST BERGER STREET CONDOMINIUM, AS CREATED BY "CONDOMINIUM DECLARATION FOR WEST BERGER STREET CONDOMINIUM", DATED FEBRUARY 22, 1994 AND RECORDED IN BOOK 1027, PAGE 962, AS AMENDED BY "FIRST AMENDMENT TO CONDOMINIUM DECLARATION FOR WEST BERGER STREET

CONDOMINIUM", DATED JANUARY 25, 2000, RECORDED IN BOOK 1730, PAGE 441; AND AS SHOWN AND DELINEATED ON THE "SURVEY PLAT OF 134 WEST BERGER STREET CONDOMINIUM, 134 THROUGH 142 1/2 WEST BERGER STREET, SANTA FE N.M." ATTACHED TO THE FIRST AMENDMENT TO CONDOMINIUM DECLARATION AS EXHIBIT "B", ALL IN THE RECORDS OF SANTA FE COUNTY, NEW MEXICO.

    f. 3 Dovela Place, Santa Fe, New Mexico.

    g. 7596 Corrales Road, Corrales, New Mexico.

    h. Land in Mora County, New Mexico, which is more particularly described as follows:

A CERTAIN TRACT OF LAND WITHIN THE MORA GRANT, BEING SITUATE IN SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, NEW MEXICO, PRINCIPAL MERIDIAN, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT FOR THE SECTION CORNER COMMON TO SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, NEW MEXICO PRINCIPAL MERIDIAN; THENCE DUE NORTH A DISTANCE OF 847.82 FEET, THENCE S. 49°51'E., A DISTANCE OF 2614.45 FEET; THENCE S. 42°58'w. A DISTANCE OF 2109.41 FEET, THENCE S. 59°09'E. A DISTANCE OF 371 FEET; THENCE S.70°54'E. A DISTANCE OF 256.95 FEET; THENCE DUE NORTH A DISTANCE OF 2106.99 FEET TO THE POINT AND PLACE OF BEGINNING. CONTAINING 82.044 ACRES, MORE OR LESS, TOGETHER WITH ALL WATER RIGHTS AND EASEMENTS PERTAINING TO THE ABOVE DESCRIBED PROPERTY.

    i. Land in Mora County, New Mexico, which is more particularly described as follows:

TRACT B: A CERTAIN TRACT OR PARCEL OF LAND LYING AND BEING SITUATE WITHIN THE MORA GRANT, IN SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, N.M.P.M. COUNTY OF MORA, STATE OF NEW MEXICO, AND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT, ALSO BEING A POINT ON THE SANTA FE NATIONAL FOREST BOUNDARY, FROM WHICH POINT THE SECTION CORNER COMMON TO SECTIONS 25 AND 36 T. 21 N., R 14 E., N.M.P.M. BEARS SOUTH, A DISTANCE OF 847.82 FEET; THENCE FROM SAID POINT OF BEGINNING, S. 49°51'00"E., A DISTANCE OF 1307.22 FEET TO A POINT; THENCE S. 40°09'00"W., A DISTANCE OF 150.00 FEET TO A POINT; THENCE N. 49°51"00"W., A DISTANCE OF 1180.69 FEET TO A POINT ON THE SANTA FE NATIONAL FOREST BOUNDARY; THENCE

DUE NORTH, ALONG SAID FOREST BOUNDARY, A DISTANCE OF 196.24 FEET TO THE POINT AND PLACE OF BEGINNING.

CONTAINING 4.284 ACRES MORE OR LESS. TOGETHER WITH ALL WATER RIGHTS AND EASEMENTS PERTAINING TO THE ABOVE DESCRIBED PROPERTY. SHOWN AS TRACT B ON PLAT OF SURVEY ENTITLED "REPLAT OF SURVEY FOR DANA JARVIS" PREPARED BY ARSENIO J. MARTINEZ, N.M.L.S. NO. 4254, IN JULY, 1972.

2. BANK ACCOUNTS

All United States currency, funds, or other monetary instruments credited to account number 79001021, in the name of Dave and Linda Reid, located at Sun State Bank.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

*[signature]*
DAVID C. IGLESIAS
United States Attorney

08/22/05 5:01pm