IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 5 2005

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 |
| ) | |
| DANA JARVIS, a/k/a Todd Ward, ) | |
| AYLA JARVIS, ) | |
| JORGE LUIS ORTIZ-MOFFETT, ) | |
| MIKE HANNAH, ) | |
| RALPH GREENE, a/k/a "RB," ) | |
| GEORGE RIPLEY, ) | |
| CATHY FITZGERALD, ) | |
| DAVID REID, ) | |
| PAT BERSSENBRUGGE, ) | |
| BARBARA HANNA, ) | |
| GEORGE OSGOOD, a/k/a "Mushroom George," ) | |
| GREG HILL, ) | |
| GENO BERTHOD, a/k/a "Old Man," ) | |
| RUSSELL TRUJILLO, a/k/a "Rusty," ) | |
| MATTHEW HOTTHAN, a/k/a "Matrix," ) | |
| MANUEL GIL, a/k/a "Manny," ) | |
| SAM JONES, ) | |
| SALVADOR ABEYTA, ) | |
| BILL JONES, a/k/a Charles Johnston, ) | |
| MARY CANNANT, and ) | |
| ADRIAN SANFORD, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, by and through David C. Iglesias, United States Attorney for the District of New Mexico, and James R.W. Braun, Assistant United States Attorney for said District, and moves the Court for an order unsealing the Indictment in this case



and as grounds therefore states:

1. On August 23, 2005, a federal grand jury sitting in the District of New Mexico returned a twenty-six count Indictment in this case, and arrest warrants were issued for the defendants. The Court also entered an order sealing the Indictment on that date.

2. Defendants Dana Jarvis, Ayla Jarvis, Jorge Luis Ortiz-Moffett, Ralph Greene, George Ripley, Cathy Fitzgerald, David Reid, Pat Berssenbrugge, Barbara Hanna, Greg Hill, Geno Berthod, Russell Trujillo, Manuel Gil, Sam Jones, and Mary Cannant have been arrested pursuant to the above-referenced warrants and unsealing is now required so that the defendants may be arraigned on the Indictment.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

JAMES R. W. BRAUN
Assistant United States Attorney
P.O. Box 607
Albuquerque, N. M. 87103
(505) 346-7274