IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 25 2005

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. No. 05-1849 |
| | ) |
| DANA JARVIS, a/k/a Todd Ward, | ) |
| AYLA JARVIS, | ) |
| JORGE LUIS ORTIZ-MOFFETT, | ) |
| MIKE HANNAH, | ) |
| RALPH GREENE, a/k/a "RB," | ) |
| GEORGE RIPLEY, | ) |
| CATHY FITZGERALD, | ) |
| DAVID REID, | ) |
| PAT BERSSENBRUGGE, | ) |
| BARBARA HANNA, | ) |
| GEORGE OSGOOD, a/k/a "Mushroom George," | ) |
| GREG HILL, | ) |
| GENO BERTHOD, a/k/a "Old Man," | ) |
| RUSSELL TRUJILLO, a/k/a "Rusty," | ) |
| MATTHEW HOTTHAN, a/k/a "Matrix," | ) |
| MANUEL GIL, a/k/a "Manny," | ) |
| SAM JONES, | ) |
| SALVADOR ABEYTA, | ) |
| BILL JONES, a/k/a Charles Johnston, | ) |
| MARY CANNANT, and | ) |
| ADRIAN SANFORD, | ) |
| Defendants. | ) |

### ORDER UNSEALING INDICTMENT

THIS MATTER having come before the Court upon the motion of the United States, and the Court having reviewed said motion and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Indictment in this case is hereby unsealed.

_____
UNITED STATES DISTRICT JUDGE