IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR No. 05-1849 |
| BARBARA HANNA, | ) |
| Defendant. | ) |

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 6 2005

MATTHEW J. DYKMAN
CLERK

## MOTION FOR DETENTION HEARING

Pursuant to 18 U.S.C. § 3142(e), Plaintiff moves the Court to conduct a detention hearing and thereafter order that defendant be detained prior to trial, and as grounds therefor states:

That defendant is a flight risk and a danger to the community.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

JAMES R.W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274