**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 6 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CR No. 05-1849 |
| RUSSELL TRUJILLO, ) | |
| Defendant. ) | |

## MOTION FOR DETENTION HEARING

Pursuant to 18 U.S.C. § 3142(e), Plaintiff moves the Court to conduct a detention hearing and thereafter order that defendant be detained prior to trial, and as grounds therefor states:

That defendant is a flight risk and a danger to the community.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

JAMES R.W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274