```
                                                              FILED
   IN THE UNITED STATES DISTRICT COURT UNITED STATES DISTRICT COURT
                                            ALBUQUERQUE, NEW MEXICO
           FOR THE DISTRICT OF NEW MEXICO
                                                        AUG 2 6 2005
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | MATTHEW J. DYKMAN |
| ) | CLERK |
| vs. ) | |
| ) | CR No. 05-1849 |
| SAM JONES, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DETENTION HEARING

Pursuant to 18 U.S.C. § 3142(e), Plaintiff moves the Court to conduct a detention hearing and thereafter order that defendant be detained prior to trial, and as grounds therefor states:

That defendant is a flight risk and a danger to the community.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

*[signature]*

JAMES R.W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274