**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**ALBUQUERQUE, NEW MEXICO**

**CLERK'S MINUTES**
**BEFORE THE HONORABLE ALAN C. TORGERSON**

| DEFENDANTS: | | |
|---|---|---|
| DANA JARVIS | TYPE OF HEARING: | INITIAL |
| RALPH GREENE | CASE NO. | 05-CR-1849 |
| GEORGE RIPLEY | DATE & TIME | 8/26/05 @ 9:30 a.m. |
| CATHY FITZGERALD | INTERPRETER | |
| PATRICIA BERSSENBRUGGE | CLERK | Mary Lou Gonzales |
| BARBARA HANNA | | |
| RUSSELL TRUJILLO | | |
| SAM JONES | | |
| MARY CANNANT | | |

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

AUSA   JAMES BRAUN         PRO SE          ( ) APPT ( ) RET

CAMI NICHOLS for Berssenbrugge (X) RET

_____ ( ) APPT ( ) RET

_____ ( ) APPT ( ) RET

PTS/PROB OFFICER  Ben Aragon

**TAPE NO.**                **TAPE NO.**        **SPEAKER**

05-22   ACT

@ 1357    Court/Counsel

**DATE OF ARREST:** __8/25/05__    **UNSEAL CASE?** _____

**HEARING RESULTS/FINDINGS:** <u>Defts sworn; Indictment read in open court.  Defts advised of rights and penalties; court appoints attorney for each deft; defts are to submit financial affidavit and if found able to pay, shall reimburse the gov't for attorneys' fees; gov't moves to detain each deft; detention / Arraignment set  8/29/05 at 9:30 a.m.; all defts remanded to the custody of the U.S. Marshal</u>.