## CLERK'S MINUTES OF ARRAIGNMENT

Date __08/29/2005__   Judge ____TORGERSON____   Clerk ____Mary Lou Gonzales____

USA vs. ____DANA JARVIS____   Crim. No. ____05-1849 JH____

Deft. present with/without counsel _____JUDITH ROSENSTEIN, CJA_____
                                                Name            Apptd/Retd

U.S. represented by _____JAMES BRAUN_____AUSA

Deft. not present _____   Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present:        Name of Interpreter_____
Interpreter Used:           Interpreter Sworn:

**COURT ASKED THE DEFENDANT:**

____ Name _____Dana Emerson Jarvis_____ SS# _____9473_____
____ DOB _____1950_____ Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____junior college_____

Y (N)  Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction

(Y) N  Whether he has received a copy of the Indictment

(Y) N  Whether he has had time to consult with attorney regarding penalties

Y (N)  Whether he wants Indictment read in open court

(Y) N  Whether he will waive reading of Indictment

(Y) N  Whether he is ready to plead

_X_ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X_ Matter referred to USDC

_X_ Counsel ordered to file any motions by _____9/205_____

_X_ Case assigned to: **HERRERA**

_X_ Trial set on trailing docket _____TO BE NOTIFIED_____

___ Defendant requested psychiatric examination. Instructed to file motion in USDC

_X_ Bond set/continued at _____DEFT REMAINS IN CUSTODY_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

_X_ Discovery Order Distributed (e-filed)

___ First Appearance of Defendant   MAG. TAPE NO.__05-23 ACT  @ 287__

**Court advises deft he must either retain counsel or reimburse the gov't for services and fees rendered by the court appointed attorney. Court takes judicial notice of the Pre-Trial Services Report. Based on deft's past failures to appear on traffic citations and the use of aliases on state issued driver's licenses, the Court finds by a preponderance of the evidence the deft is a flight risk.**

**The Court also finds that deft has not overcome the rebuttable presumption and finds by clear and convincing evidence that the deft is a danger to any other person or the community. Court remands deft Jarvis to the custody of the U.S. Marshal pending final disposition.**