# CLERK'S MINUTES OF ARRAIGNMENT

Date ____08/29/2005____  Judge _____TORGERSON____  Clerk _____Mary Lou Gonzales_____

USA vs. ____RALPH GREENE_____ Crim. No. ____05-1849 JH____

Deft. present with/without counsel_____EDWARD BUSTAMANTE, CJA_____
                                           Name                Apptd/Retd

U.S. represented by _____JAMES BRAUN_____AUSA

Deft. not present _____     Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____     Bond forfeited _____
Interpreter present:             Name of Interpreter_____
Interpreter Used:                Interpreter Sworn:

**COURT ASKED THE DEFENDANT:**

____ Name _____Ralph Greene, III_____SS#_____2753_____
____ DOB _____1950_____ Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____10th Grade_____

Y (N)  Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction

(Y)  N  Whether he has received a copy of the Indictment

(Y)  N  Whether he has had time to consult with attorney regarding penalties

Y  (N)  Whether he wants Indictment read in open court

(Y)  N  Whether he will waive reading of Indictment

(Y)  N  Whether he is ready to plead

**_X_** Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

**_X_** Matter referred to USDC

**_X_** Counsel ordered to file any motions by _____9/20/05_____

**_X_** Case assigned to: **HERRERA**

**_X_** Trial set on trailing docket_____TO BE NOTIFIED_____

____ Defendant requested psychiatric examination. Instructed to file motion in USDC

**_X_** Bond set/continued at  DEFT TO BE RELEASED $300,000 SECURED PROPERTY BOND W/SURETY

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

**_X_** Discovery Order Distributed  (e-filed)

____ First Appearance of Defendant        MAG. TAPE NO.__05-23 ACT  @  287_____

**COURT ORDERS THE FOLLOWING CONDITIONS FOR RELEASE:**

$300,000 Secured property bond (no property to be used in forfeiture part of the indictment)

Report to PTS
Electronic Monitoring w/Home Detention - Pay associated costs as appropriate
No contact, direct or indirect, w/co-defts
No guns, etc.
No alcohol or drugs, except Rx
Submit to alcohol/drug testing, treatment and/or counseling as directed.
Deft must surrender any passport
Travel restrictions to Bernalillo County, or as otherwise authorized by PTS