# CLERK'S MINUTES OF ARRAIGNMENT

Date __08/29/2005__  Judge ____TORGERSON____  Clerk ____Mary Lou Gonzales____

USA vs. ___GEORGE RIPLEY_____  Crim. No. ____05-1849 JH____

Deft. present with/without counsel _____JASON BOWLES, CJA_____
                                                Name      Apptd/Retd

U.S. represented by _____JAMES BRAUN_____ AUSA

Deft. not present _____  Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present:   Name of Interpreter_____
Interpreter Used:   Interpreter Sworn:

## COURT ASKED THE DEFENDANT:

____ Name _____George Phillip Ripley_____ SS# _____0350_____
____ DOB _____1955_____ Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____High School_____

Y **(N)**  Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction

**(Y)** N  Whether he has received a copy of the Indictment

**(Y)** N  Whether he has had time to consult with attorney regarding penalties

Y **(N)**  Whether he wants Indictment read in open court

**(Y)** N  Whether he will waive reading of Indictment

**(Y)** N  Whether he is ready to plead

**X** Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

**X** Matter referred to USDC

**X** Counsel ordered to file any motions by _____9/20/05_____

**X** Case assigned to: **HERRERA**

**X** Trial set on trailing docket _____TO BE NOTIFIED_____

____ Defendant requested psychiatric examination. Instructed to file motion in USDC

**X** Bond set/continued at _____DEFT REMAINS IN CUSTODY_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

**X** Discovery Order Distributed (e-filed)

____ First Appearance of Defendant   MAG. TAPE NO.__05-24 ACT  @  375_____

**Doug Couleur had a conflict in representing the deft in this case; Court ordered new counsel to be appointed, Jason Bowles. Deft waives the detention hearing and stipulates to detention at this time. The Court finds deft waived this hearing with a full understanding of its meaning and effect and makes the necessary probable cause finding based on the waiver. Court remands deft to the custody of the U.S. Marshal pending final disposition.**