**CLERK'S MINUTES OF ARRAIGNMENT**

Date _____08/08/2005_____ Judge _____TORGERSON_____ Clerk _____Mary Lou Gonzales_____

USA vs. ___CATHY FITZGERALD_____ Crim. No. _____05-1849 JH

Deft. present with/without counsel_____CLIFF McINTYRE, CJA_____
                                         Name                Apptd/Retd
U.S. represented by _____JAMES BRAUN_____AUSA

Deft. not present _____ Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____ Bond forfeited _____
Interpreter present:          Name of Interpreter_____
Interpreter Used:             Interpreter Sworn:

**COURT ASKED THE DEFENDANT:**

____ Name _____Cathy Joyce Fitzgerald_____SS#_____8283_____
____ DOB _____1962_____ Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____9th Grade_____

Y (N)   Whether she is currently or has been recently under the care of a physician or psychiatrist; if she has been hospitalized or treated for narcotic addiction

(Y) N   Whether she has received a copy of the Indictment

(Y) N   Whether she has had time to consult with attorney regarding penalties

Y (N)   Whether she wants Indictment read in open court

(Y) N   Whether she will waive reading of Indictment

(Y) N   Whether she is ready to plead

_X_ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X__ Matter referred to USDC

_X__ Counsel ordered to file any motions by _____9/20/05_____

_X__ Case assigned to: **HERRERA**

_X_ Trial set on trailing docket_____TO BE NOTIFIED_____

___ Defendant requested psychiatric examination. Instructed to file motion in USDC

_X_ Bond set/continued at _____DEFT TO BE RELEASED W/CONDITIONS_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

_X_ Discovery Order Distributed (e-filed)

__ First Appearance of Defendant          MAG. TAPE NO.__05-23 ACT  @  287_____

**CONDITIONS:** $25,000 unsecured bond co-signed w/surety; Rpt to PTS; Must maintain or actively seek employment; No contact, direct or indirect, w/co-defts; No alcohol or drugs, except Rx; deft to submit to alcohol/drug testing, treatment and/or counseling as directed by PTS.