# CLERK'S MINUTES OF ARRAIGNMENT

Date ____08/29/2005____  Judge _____TORGERSON____  Clerk _____Mary Lou Gonzales_____

USA vs. ___PATRICIA ANN BERSSENBRUGGE_____  Crim. No. ____05-1849 JH_____

Deft. present with/without counsel_____CAMI NICHOLS, RET'D_____
                                                Name        Apptd/Retd

U.S. represented by _____JAMES BRAUN_____AUSA

Deft. not present _____   Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present:   Name of Interpreter_____
Interpreter Used:   Interpreter Sworn:

**COURT ASKED THE DEFENDANT:**

____ Name _____Patricia Ann Berssenbrugge_____SS#_____6524_____
____ DOB _____1947_____ Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____BA College_____

Y (N)  Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction

(Y) N  Whether he has received a copy of the Indictment

(Y) N  Whether he has had time to consult with attorney regarding penalties

Y (N)  Whether he wants Indictment read in open court

(Y) N  Whether he will waive reading of Indictment

(Y) N  Whether he is ready to plead

**X** Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

**X** Matter referred to USDC

**X** Counsel ordered to file any motions by _____9/2005_____

**X** Case assigned to: **HERRERA**

**X** Trial set on trailing docket_____TO BE NOTIFIED_____

___ Defendant requested psychiatric examination. Instructed to file motion in USDC

**X** Bond set/continued at DEFT REMAINS ON PREVIOUSLY IMPOSED CONDITIONS OF RELEASE

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

**X** Discovery Order Distributed (e-filed)

___ First Appearance of Defendant    MAG. TAPE NO.__05-23 ACT @ 287_____