**CLERK'S MINUTES OF ARRAIGNMENT**

Date _____08/29/2005____ Judge _____TORGERSON____ Clerk _____Mary Lou Gonzales_____

USA vs. ___BARBARA HANNA_____ Crim. No. _____05-1849  JH___

Deft. present with/without counsel_____VAL WHITLEY, CJA_____
                                       Name            Apptd/Retd
U.S. represented by _____JAMES BRAUN_____AUSA

Deft. not present _____        Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____        Bond forfeited _____
Interpreter present:        Name of Interpreter_____
Interpreter Used:        Interpreter Sworn:

**COURT ASKED THE DEFENDANT:**

____ Name _____Barbara Hanna_____SS#_____0641_____
____ DOB _____1967_____ Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____12th Grade_____

Y (N)   Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction

(Y)  N   Whether he has received a copy of the Indictment

(Y)  N   Whether he has had time to consult with attorney regarding penalties

Y  (N)   Whether he wants Indictment read in open court

(Y)  N   Whether he will waive reading of  Indictment

(Y)  N   Whether he is ready to plead

_X_ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X__ Matter referred to USDC

_X__ Counsel ordered to file any motions by _____9/205_____

_X__ Case assigned to: **HERRERA**

_X_ Trial set on trailing docket_____TO BE NOTIFIED_____

___ Defendant requested psychiatric examination.  Instructed to file motion in USDC

_X_ Bond set/continued at __DEFT TO BE RELEASED ON $100,000 SECURED PROPERTY BOND and

SUITABLE THIRD PARTY CUSTODIAN_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

_X_ Discovery Order Distributed  (e-filed)

___ First Appearance of Defendant        MAG. TAPE NO.__05-23 ACT  @  287_____

CONDITIONS: $100,000 Secured property bond (no property to be used in forfeiture part of the indictment) and suitable Third Party Custodian; Report to PTS; Electronic Monitoring w/Home Detention - Pay associated costs as appropriate; Maintain or actively seek employment; No contact, direct or indirect, w/co-defts; No guns; No alcohol or drugs, except Rx; Submit to alcohol/drug testing, treatment and/or counseling as directed; Deft must surrender any passport if she has one; Travel restricted to Bernalillo County, or as otherwise authorized by PTS; Court stays order until 5:00 p.m. on Tuesday, 8/30/05 pending gov't appeal to the U.S. District Judge