**CLERK'S MINUTES OF ARRAIGNMENT**

Date ____08/29/2005____  Judge _____TORGERSON____  Clerk _____Mary Lou Gonzales____

USA vs. ___RUSSELL TRUJILLO_____ Crim. No. ____05-1849 JH___

Deft. present with/without counsel_____VAL WHITLEY, CJA_____
                                              Name             Apptd/Retd
U.S. represented by _____JAMES BRAUN_____AUSA

Deft. not present _____  Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____  Bond forfeited _____
Interpreter present:          Name of Interpreter_____
Interpreter Used:             Interpreter Sworn:

**COURT ASKED THE DEFENDANT:**

____ Name _____Russell Jay Trujillo_____SS#_____7239_____
____ DOB _____1950_____ Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____2 yrs. college_____

Y (N)  Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction

(Y)  N  Whether he has received a copy of the Indictment

(Y)  N  Whether he has had time to consult with attorney regarding penalties

Y (N)  Whether he wants Indictment read in open court

(Y)  N  Whether he will waive reading of Indictment

(Y)  N  Whether he is ready to plead

**X**  Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

**X**  Matter referred to USDC

**X**  Counsel ordered to file any motions by _____9/20/05_____

**X**  Case assigned to: **HERRERA**

**X**  Trial set on trailing docket_____TO BE NOTIFIED_____

____ Defendant requested psychiatric examination.  Instructed to file motion in USDC

**X**  Bond set/continued at ____DEFT TO BE RELEASED ON PROPERTY BOND_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

**X**  Discovery Order Distributed  (e-filed)

____ First Appearance of Defendant         MAG. TAPE NO.__05-23 ACT  @  287_____

CONDITIONS:  Secured property bond in the amount of equity owned in deft's home & land; Report to PTS; Deft allowed to farm his property in Corrales; Electronic Monitoring w/Home detention - pay associated costs as appropriate; No contact, direct or indirect, w/co-defts; No guns; No alcohol or drugs,

except Rx; Submit to alcohol/drug testing, treatment and/or counseling as directed; Deft must submit to mental health assessment/counseling/treatment as directed; Travel restrictions to Sandoval & Bernalillo Counties, or as otherwise authorized by PTS; Court advises deft he must either retain counsel or reimburse the gov't for services and fees rendered by his court appointed attorney.