## CLERK'S MINUTES OF ARRAIGNMENT

Date ____08/29/2005____    Judge _____TORGERSON____    Clerk _____Mary Lou Gonzales____

USA vs. ____SAM JONES_____    Crim. No. ____05-1849 JH____

Deft. present with/without counsel_____KIRTAN KHALSA, CJA_____
                                                 Name          Apptd/Retd

U.S. represented by _____JAMES BRAUN_____AUSA

Deft. not present _____    Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____    Bond forfeited _____
Interpreter present:    Name of Interpreter_____
Interpreter Used:    Interpreter Sworn:

**COURT ASKED THE DEFENDANT:**

____ Name _____Sam Jones_____    SS#_____3314_____
____ DOB _____1974_____    Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____4 yrs. college_____

Y (N)   Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction

(Y) N   Whether he has received a copy of the Indictment

(Y) N   Whether he has had time to consult with attorney regarding penalties

Y (N)   Whether he wants Indictment read in open court

(Y) N   Whether he will waive reading of Indictment

(Y) N   Whether he is ready to plead

**X** Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

**X** Matter referred to USDC

**X** Counsel ordered to file any motions by _____9/20/05_____

**X** Case assigned to: **HERRERA**

**X** Trial set on trailing docket_____TO BE NOTIFIED_____

___ Defendant requested psychiatric examination. Instructed to file motion in USDC

**X** Bond set/continued at _____DEFT TO BE RELEASED ON $20,000 UNSECURED BOND W/SURETY_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

**X** Discovery Order Distributed (e-filed)

___ First Appearance of Defendant    MAG. TAPE NO.___05-23 ACT @ 287_____

CONDITIONS: Court does not require deft to have a Third Party Custodian; $20,000 unsecured bond w/signature of father as surety; Maintain Educational Program - full-time student; Maintain or actively seek employment; No contact, direct or indirect, w/co-defts; No guns; No alcohol or drugs, except Rx;

Submit to alcohol/drug testing, treatment and/or counseling as directed; Travel restricted to Bernalillo County or as otherwise authorized by PTS