## CLERK'S MINUTES OF ARRAIGNMENT

Date ____08/29/2005____ Judge _____TORGERSON____ Clerk _____Mary Lou Gonzales_____

USA vs. ___MARY CANANT_____ Crim. No. _____05-1849 JH

Deft. present with/without counsel_____ANN STEINMETZ, CJA_____
                                    Name       Apptd/Retd

U.S. represented by _____JAMES BRAUN_____AUSA

Deft. not present _____ Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____ Bond forfeited _____
Interpreter present:   Name of Interpreter_____
Interpreter Used:   Interpreter Sworn:

**COURT ASKED THE DEFENDANT:**

____ Name _____Mary Canant_____SS#_____0021_____
____ DOB _____1954_____ Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____BA college_____

(Y) N  Whether she is currently or has been recently under the care of a physician or psychiatrist; if she has been hospitalized or treated for narcotic addiction **Recent surgery**

(Y) N  Whether she has received a copy of the Indictment

(Y) N  Whether she has had time to consult with attorney regarding penalties

Y (N)  Whether she wants Indictment read in open court

(Y) N  Whether she will waive reading of Indictment

(Y) N  Whether she is ready to plead

**X**  Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

**X**  Matter referred to USDC

**X**  Counsel ordered to file any motions by _____9/20/05_____

**X**  Case assigned to: **HERRERA**

**X**  Trial set on trailing docket_____TO BE NOTIFIED_____

___ Defendant requested psychiatric examination.  Instructed to file motion in USDC

**X**  Bond set/continued at __DEFT RELEASED TO THIRD PARTY CUSTODIAN W/CONDITIONS_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

**X**  Discovery Order Distributed  (e-filed)

___ First Appearance of Defendant    MAG. TAPE NO.___05-23 ACT  @    287_____

CONDITIONS:  3rd Party Custodian - Mark Parshall; Deft must reside with third party custodian only; Rpt to PTS as directed; Electronic Monitoring w/Home Detention - pay associated costs as deemed appropriate; Maintain or actively seek employment; No contact, direct or indirect, w/co-defts; No alcohol or drugs, except

Rx; Submit to alcohol/drug testing, testing, treatment and/or counseling as directed; Travel restricted to Bernalillo County or as otherwise authorized by PTS; Deft allowed to travel home to get clothing and vehicle.