(Rev. 11/99) Waiver of Detention Hearing

# United States District Court
## DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 29 2005

MATTHEW J. DYKMAN
CLERK

United States of America

vs.

George Ripley

**WAIVER OF DETENTION HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

Case Number: 05-1849 JH

I, George Ripley, charged in: (an indictment, complaint, petition) with Conspiracy, Title 21, U.S.C. 846, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., and 18 U.S.C. § 3142 including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be detained. However, I reserve the right to petition the court to review my detention and set reasonable conditions of release.

_____
Defendant

8-29-05
_____
Date

_____
Counsel for Defendant

49