**CLERK'S MINUTES OF ARRAIGNMENT**

Date ____08/30/2005____ Judge _____TORGERSON____ Clerk _____Mary Lou Gonzales_____

USA vs. ___MANUEL GIL   *_____ Crim. No. ____05-1849 JH_____

Deft. present with/without counsel_____TIMOTHY PADILLA, RET'D_____
                                              Name                    Apptd/Retd
U.S. represented by _____JAMES BRAUN_____AUSA

Deft. not present _____   Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present: Yes        Name of Interpreter____Ruben Bustos_____
Interpreter Used:   Yes         Interpreter Sworn:   Waived

**COURT ASKED THE DEFENDANT:**

____ Name _____Manuel Vincente Gil-Vazquez_____SS#_____
____ DOB _____1954_____ Tel. No. _____
____ Residence Address _____Mexico_____
____ Extent of education/schooling _____No schooling_____

(Y) N   Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction **Diabetic - insulin injections twice daily**

(Y) N   Whether he has received a copy of the Indictment

(Y) N   Whether he has had time to consult with attorney regarding penalties

Y (N)   Whether he wants Indictment read in open court

(Y) N   Whether he will waive reading of Indictment

(Y) N   Whether he is ready to plead

**X**   Defendant entered plea of not guilty to all counts

____   Defendant entered plea of not guilty to count Nos. _____

**X**   Matter referred to USDC

**X**   Counsel ordered to file any motions by _____9/22/05_____

**X**   Case assigned to: **HERRERA**

**X**   Trial set on trailing docket_____TO BE NOTIFIED_____

___   Defendant requested psychiatric examination. Instructed to file motion in USDC

**X**   Bond set/continued at __DEFT TO BE RELEASED ON PROPERTY BOND W/CONDITIONS__

____   Previous bond motion denied; advised to file bond appeal in USDC

____   Unseal Case

____   Penalty for failure to appear explained

**X**   Discovery Order Distributed  (e-filed)

___   First Appearance of Defendant        MAG. TAPE NO.___05-23 ACT   @    287_____

CONDITIONS: If deft does not have enough equity in house and 4 acres of land for the $100,000 secured property bond recommended by Pre-Trial, the Court reduces the bond amount to the actual amount of the equity owned in the deft's house and land; Deft must report to PTS as directed; Electronic Monitoring

w/Home Detention - pay associated costs as deemed appropriate; Maintain or actively seek employment; No contact, direct or indirect, w/co-defts or witnesses in this case; No alcohol or drugs, except Rx by doctor; Submit to alcohol/drug testing, testing, treatment and/or counseling as directed; Travel restricted to Torrance and Bernalillo Counties or as otherwise authorized by PTS; Court directs Deft to remain in custody until all conditions have been met.