
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO
FILED
05 AUG 30 PM 4:05
CLERK-ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANA JARVIS, A/K/A Todd Ward,<br>AYLA JARVIS,<br>JORGE LUIS ORTIZ-MOFFETT,<br>MIKE HANNAH,<br>RALPH GREENE, a/k/a "RB",<br>GEORGE RIPLEY,<br>CATHY FITZGERALD,<br>DAVID REID,<br>PAT BERSSENBRUGGE,<br>BARBARA HANNA,<br>GEORGE OSGOOD, a/k/a "Mushroom George",<br>GREG HILL,<br>GENO BERTHOD, a/k/a "Old Man",<br>RUSSELL TRUJILLO, a/k/a "Rusty",<br>MATTHEW HOTTHAN, a/k/a "Matrix",<br>MANUEL GIL, a/k/a "Manny,"<br>SAM JONES,<br>SALVADOR ABEYTA,<br>BILL JONES, a/k/a Charlesd Johnston,<br>MARY CANNANT, AND<br>ADRIAN SANFORD,<br><br>Defendants. | File No. CR05-1849 JH<br><br>Count 1: 21 U.S.C. § 846 -<br>Conspiracy to Distribute<br>1000 Kilograms and More<br>of Marijuana;<br><br>Count 2: 21 U.S.C. § 848 -<br>Continuing Criminal<br>Enterprise;<br><br>Count 3: 18 U.S.C. § 1956(h)<br>Conspiracy to Launder<br>Money;<br><br>Counts 4 - 26: 18 U.S.C.<br>§§ 1956(a)(1)(A)(1) and<br>(a)(1)(B)(i)<br>Money Laundering;<br><br>18 U.S.C. § 982 and 21<br>U.S.C. § 853: Criminal<br>Forfeiture |

## ENTRY OF APPEARANCE

COMES NOW Peter Schoenburg and Carolyn M. "Cammie" Nichols, and hereby enter their appearance as counsel on behalf of the defendant, Pat Berssenbrugge, in the above-captioned matter.

1



Respectfully submitted,

ROTHSTEIN, DONATELLI, HUGHES,
DAHLSTROM, SCHOENBURG & BIENVEU, LLP

By: _____
Peter Schoenburg
500 4th Street, N.W., Suite 400
Albuquerque, NM 87102
(505) 243-1443

_____
Carolyn M. "Cammie" Nichols
500 4th Street, N.W., Suite 400
Albuquerque, NM 87102
(505) 243-1443

Attorneys for Defendant Pat Berssenbrugge

CERTIFICATE OF SERVICE

This is to certify that the above and foregoing pleading was served via first class mail on the 30th day of August, 2005, to the following:

James R. W. Braun
Assistant United States Attorney
P. O. Box 607
Albuquerque, NM 87103

_____
Carolyn M. "Cammie" Nichols

2