# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

05 AUG 30 PM 2: 51

CLERK-ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  vs. )<br>  )<br>DANA JARVIS, a/k/a Todd Ward, )<br>AYLA JARVIS, )<br>JORGE LUIS ORTIZ-MOFFETT, )<br>ROBERT DRISCOLL, )<br>DENNIS COX, )<br>MIKE HANNA, )<br>RALPH GREENE, a/k/a "RB," )<br>GEORGE RIPLEY, )<br>CATHY FITZGERALD, )<br>DAVID REID, )<br>PAT BERSSENBRUGGE, )<br>BARBARA HANNA, )<br>GEORGE OSGOOD, a/k/a "Mushroom George," )<br>GREG HILL, )<br>GENO BERTHOD, a/k/a "Old Man," )<br>DAN CHOMYN, a/k/a "Rocky," )<br>RUSSELL TRUJILLO, a/k/a "Rusty," )<br>MANUEL GIL, )<br>SAM JONES, )<br>SALVADOR ABEYTA, )<br>BILL JONES, a/k/a Charles Johnston, )<br>MARY CANNANT, )<br>ADRIAN SANFORD, )<br>  )<br>  Defendants. ) | CRIMINAL NO. 05-1849 JH<br><br>Count 1: 21 U.S.C. § 846 –<br>Conspiracy to Distribute 1000<br>Kilograms and More of Marijuana;<br><br>Count 2: 21 U.S.C. § 848 –<br>Continuing Criminal Enterprise;<br><br>Count 3: 18 U.S.C. § 1956(h) –<br>Conspiracy to Launder Money;<br><br>Counts 4 -26: 18 U.S.C.<br>§ 1956(a)(1)(B)(i) – Money<br>Laundering;<br><br>18 U.S.C. § 982: Criminal<br>Forfeiture. |

```
                                        NOTICE OF LIS PENDENS
COUNTY OF SANTA FE    )                 PAGES: 2
STATE OF NEW MEXICO   ) ss
I Hereby Certify That This Instrument Was Filed for
Record On The 25TH Day Of August, A.D., 2005 at 09:44
And Was Duly Recorded as Instrument # 1395130
Of The Records Of Santa Fe County
                        Witness My Hand And Seal Of Office
                                             Valerie Espinoza
Deputy _____        County Clerk, Santa Fe, NM
```

## NOTICE OF LIS PENDENS

On August 23, 2005, the United States filed a criminal indictment in the United States District Court for the District of New Mexico in the above captioned case. The property located



1

at 5 Lauro Road, Santa Fe, New Mexico, was criminally indicted in this case and the United States is seeking the forfeiture of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. The property is more particularly described as follows:

> LOT EIGHT (8), BLOCK FORTY-NINE (49), UNIT THREE (3), ELDORADO AT SANTA FE, AS SHOWN AND DELINEATED ON THE PLAT THEREOF (KNOWN AS SHEET 15), FILED JUNE 29, 1977, AS DOCUMENT NO. 404,723 AND RECORDED IN ELDORADO PLAT BOOK 5, AT PAGE 13, RECORDS OF SANTA FE COUNTY, NEW MEXICO.

The record owner of the defendant property is Barbara Hanna.

Title 21, United States Code, Section 853(k) states no party claiming and interest in property subject to forfeiture may commence an action against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court for the District of New Mexico, located in Albuquerque, New Mexico.

This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.

DAVID C. IGLESIAS
United States Attorney

By: _____
Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274, Ext.1464
Fax: (505)346-7296

OFFICIAL SEAL
Alberta T. Lux
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/2/2007

Signed and sworn to before me this 23 day of August, 2005 by Stephen R. Kotz in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC

My Commission Expires: 4/2/2007