204

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

05 AUG 30 PM 2: 52

CLERK ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -vs.- <br><br> DANA JARVIS, a/k/a Todd Ward, <br> AYLA JARVIS, <br> JORGE LUIS ORTIZ-MOFFETT, <br> ROBERT DRISCOLL, <br> DENNIS COX, <br> MIKE HANNA, <br> RALPH GREENE, a/k/a "RB," <br> GEORGE RIPLEY, <br> CATHY FITZGERALD, <br> DAVID REID, <br> PAT BERSSENBRUGGE, <br> BARBARA HANNA, <br> GEORGE OSGOOD, a/k/a "Mushroom George," <br> GREG HILL, <br> GENO BERTHOD, a/k/a "Old Man," <br> DAN CHOMYN, a/k/a "Rocky," <br> RUSSELL TRUJILLO, a/k/a "Rusty," <br> MANUEL GIL, <br> SAM JONES, <br> SALVADOR ABEYTA, <br> BILL JONES, a/k/a Charles Johnston, <br> MARY CANNANT, <br> ADRIAN SANFORD, <br> JOSH GAMBOA, <br><br> Defendants. | CRIMINAL NO. 05-1849 JH <br><br> Count 1: 21 U.S.C. § 846 – Conspiracy to Distribute 1000 Kilograms and More of Marijuana; <br><br> Count 2: 21 U.S.C. § 848 – Continuing Criminal Enterprise; <br><br> Count 3: 18 U.S.C. § 1956(h) – Conspiracy to Launder Money; <br><br> Counts 4 - _: 18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering; <br><br> 18 U.S.C. § 982: Criminal Forfeiture. |

**NOTICE OF LIS PENDENS**

On August 23, 2005, the United States filed a criminal indictment in the United States

District Court for the District of New Mexico in the above captioned case. The property located

65

1

in Mora County, New Mexico, was criminally indicted in this case and the United States is seeking the forfeiture of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. The property is more particularly described as follows:

> A CERTAIN TRACT OF LAND WITHIN THE MORA GRANT, BEING SITUATE IN SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, NEW MEXICO, PRINCIPAL MERIDIAN, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:
>
> BEGINNING AT A POINT FOR THE SECTION CORNER COMMON TO SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, NEW MEXICO PRINCIPAL MERIDIAN; THENCE DUE NORTH A DISTANCE OF 847.82 FEET, THENCE S. 49°51'E., A DISTANCE OF 2614.45 FEET; THENCE S. 42°58'w. A DISTANCE OF 2109.41 FEET, THENCE S. 59°09'E. A DISTANCE OF 371 FEET; THENCE S.70°54'E. A DISTANCE OF 256.95 FEET; THENCE DUE NORTH A DISTANCE OF 2106.99 FEET TO THE POINT AND PLACE OF BEGINNING. CONTAINING 82.044 ACRES, MORE OR LESS, TOGETHER WITH ALL WATER RIGHTS AND EASEMENTS PERTAINING TO THE ABOVE DESCRIBED PROPERTY.

The record owner of the defendant property is Dana Jarvis.

Title 21, United States Code, Section 853(k) states no party claiming and interest in property subject to forfeiture may commence an action against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court for the District of New Mexico, located in Albuquerque, New Mexico.

This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.

206

DAVID C. IGLESIAS
**United States Attorney**

By: /s/
Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274, Ext.1464
Fax: (505)346-7296

Signed and sworn to before me this 23 day
of August , 2005 by Stephen R. Kotz
in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC

My Commission Expires:

4/2/2007



OFFICIAL SEAL
**Alberta T. Lux**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/2/2007

D:\Green River\Lis Pendens\MoraCounty.wpd

STATE OF NEW MEXICO
COUNTY OF MORA

I hereby certify that this instrument was filed
for record on the 25th day of Aug A.D., 2005
at 1:30 o'clock P. m. and was duly recorded
in Book 95 of the records of Misc page 204-206
  Witness my Hand and Seal of Office

_____
        County Clerk, Mora County, N.M.
_____
                              Deputy

3