IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. 05-CR-1849-JH |
| | § | |
| DANA JARVIS, *et al,* | § | |
| | § | |
| Defendants. | | |

## ENTRY OF APPEARANCE

    KARI CONVERSE hereby enters her appearance in this cause on behalf of defendant Greg Hill.

        Respectfully submitted,

        *electronically filed*
        KARI CONVERSE
        122 Tulane Dr. S.E.
        Albuquerque, New Mexico 87106
        (505) 262-8597
        Fax (505) 262-1730
        *Counsel for Mr. Hill*

## CERTIFICATE OF SERVICE

     I hereby certify that on August 31, 2005, I served a true and correct copy of the entry of appearance on the following individuals at the following addresses, by fax, or by e-mail at their e-mail addresses of record:

James Braun, AUSA
P.O. Box 607
Albuquerque, NM  87103
*Counsel for the Government*

Tim Padilla
1412 Lomas Blvd. NW
Albuquerque NM 87104-1236
*Counsel for Manuel Gil*

Judith  Rosenstein
PO Box 25622
Albuquerque NM 87125-0622
*Counsel for Dana Jarvis*

Ann Steinmetz
Box 4305
Albuquerque NM 87196-4305
*Counsel for Mary Cannant*

Ed Bustamante
610 Gold Ave. SW #214
Albuquerque NM 87102-3182
*Counsel for Ralph Greene*

Cliff McIntyre
1500 Mountain Rd. NW
Albuquerque NM 87104-1359
*Counsel for Cathy Fitzgerald*

Peter Schoenberg, Cammie Nichols
500 Fourth St. NW #400
Albuquerque NM 87102-2174
*Counsel for Pat Berssenbrugge*

Penni Adrian
4300 Carlisle Blvd NE #4
Albuquerque NM 87107-4827
*Counsel for Russell Trujillo*