AO 100 (7-93) Agreement to Forfeit Property

# United States District Court
## District of New Mexico

UNITED STATES OF AMERICA

V.

RUSSELL TRUJILLO

**AGREEMENT TO FORFEIT PROPERTY**

Case Number: 05-CR-1849-JH

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 29 2005

MATTHEW J. DYKMAN
CLERK

**Defendant**

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. § 3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

located at 7596 Corrales Road and 7594 Corrales Road.    SEE ATTACHED WARRANTY DEED

and there has been posted with the Court the following indicia of my/our ownership of the property:

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant RUSSELL TRUJILLO
<div style="text-align:center">(name)</div>

is to appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on August 29, 2005 at Albuquerque, New Mexico
<div style="margin-left:13em">(date)                       (place)</div>

Defendant Russell Trujillo    Address 7596 Corrales Rd., Corrales, NM  87048

Owner (s)/ Russell Trujillo    Address 7596 Corrales Rd., Corrales, NM  87048

Obligor (s) Sharon Trujillo    Address 7596 Corrales Rd., Corrales, NM  87048

Address

Signed and acknowledged before me on ___8-29-05___
<div style="text-align:right">(date)</div>
<div style="text-align:right">(Judicial Officer/Clerk)</div>

Approved: _____
<div style="margin-left:10em">(Judicial Officer)</div>

GAS 4/21/97

# WARRANTY DEED

Russell J. Trujillo and Sharon Trujillo for consideration paid, grant to Clerk, United States District Court for the District of New Mexico, whose address is 333 Lomas Blvd., NW, Albuquerque, NM 87102, the following described real estate in Sandoval County, New Mexico:

Lot Numbered Two (2), Corrales Classic Farms, as the same is shown and designated on the Plat thereof designated "Summary Plat, Lots 1 and 2, Corrales Classic Farms, situate within the Town of Alameda Grant (Projected) Section 14, T:12N, R3E, N.M.P.M., being a Replat of a portion of Tract 30 and all of Tracts 31 and 32, Middle Rio Grande Conservancy District Property Map No. 14, Village of Corrales, Sandoval County, New Mexico", filed in the Office of the County Clerk of Sandoval County, New Mexico, on December 11, 1992, Volume 3, Folio 1019-B, Instrument no. 271.

with warranty covenants.

WITNESS our hands and seals this 29th day of August, 2005.

_Russell J. Trujillo_ (Seal)    _Sharon Trujillo_ (Seal)

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO          )
                             )ss.
COUNTY OF BERNALILLO         )

The foregoing instrument was acknowledged before me this 29th day of August, 2005, by Russell J. Trujillo and Sharon Trujillo.

My commission expires:

_Mary Archuleta_
NOTARY PUBLIC
Mary Archuleta, Deputy Clerk, a person authorized by law to administer oaths pursuant to 28 U.S.C. 953.

(Seal)

## ACKNOWLEDGMENT FOR CORPORATION

FOR RECORDER'S USE ONLY

STATE OF NEW MEXICO     )
                        )ss.
COUNTY OF _____     )

The foregoing instrument was acknowledged before me this _____ day of _____, 20_____, by _____

_____
(Name of Officer)

_____
(Title of Officer)

_____
(Name of Corporation Acknowledging)
a_____corporation, on behalf of said
(State of Incorporation)

_____
(Name of Corporation)

_____

My Commission Expires:          Notary Public

# QUITCLAIM DEED
## (Joint Tenants)

LOUIS TRUJILLO and LORAYNE TRUJILLO, his wife

........................................................, for consideration paid, quitclaim......

to  RUSSELL TRUJILLO

whose address is  P.O. Box 1715, Corrales, New Mexico 87048

and  SHARON TRUJILLO, his wife

whose address is  same as above

as joint tenants the following described real estate in ............Sandoval................ County, New Mexico:

## SEE EXHIBIT A ATTACHED HERETO.

WITNESS.....our...hands........and seal.s...... this ........ 16th....day of..........October............, 19..87 .

................................................(Seal)  *Louis Trujillo* .............. (Seal)
LOUIS TRUJILLO

................................................(Seal)  *Lorayne Trujillo* ..............(Seal)
LORAYNE TRUJILLO

## ACKNOWLEDGMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO       }
                          } ss.
COUNTY OF......SANDOVAL    }

The foregoing instrument was acknowledged before me this ....16th...day of ....October............., 19 87 .,

by  LOUIS TRUJILLO and LORAYNE TRUJILLO
    (Name or Names of Person or Persons Acknowledging)

My commission expires: –
(Seal)

OFFICIAL SEAL
Signature *Candy L. Klein*
CANDY L. KLEIN
NOTARY PUBLIC NEW MEXICO
Notary Bond Filed with Secretary of State
My Commission Expires: 8/2/90

## ACKNOWLEDGMENT FOR CORPORATION

STATE OF NEW MEXICO       }
                          } ss.
COUNTY OF.................. }

The foregoing instrument was acknowledged before me this ............

day of ........................................................, 19........

by...............................................................,
                (Name of Officer)

............................................of..............................

FOR RECORDER'S USE ONLY

File No.: 3080469MGB

# EXHIBIT 'A'

Lot numbered Two (2), Corrales Classic Farms, as the same is shown and designated on the Plat thereof entitled, "Summary Plat, Lots 1 and 2, Corrales Classic Farms, situate within the Town of Alameda Grant (Projected), Section 14, T.12N., R.3E., N.M.P.M., being a Replat of a portion of Tract 30 and all of Tracts 31 and 32, Middle Rio Grande Conservancy District Property Map No. 14, Village of Corrales, Sandoval County, New Mexico", filed in the Office of the County Clerk of Sandoval County, New Mexico, on December 11, 1992, Volume 3, Folio 1019-B, Instrument No. 271.



# PRECISION SURVEYS, INC.

## IMPROVEMENT LOCATION REPORT



### THIS IS NOT A SURVEY FOR USE BY A PROPERTY OWNER FOR ANY PURPOSE

EASEMENT PER ITEM NUMBER 15 OF SCHEDULE B, PART II. (UNPLOTABLE DUE TO AMBIGOUS DESCRIPTION)



# PRECISION SURVEYS, INC.

## IMPROVEMENT LOCATION REPORT

### THIS IS NOT A SURVEY FOR USE BY A PROPERTY OWNER FOR ANY PURPOSE

*EASEMENT PER ITEM NUMBER 15 OF SCHEDULE B, PART II. (UNPLOTABLE DUE TO AMBIGOUS DESCRIPTION)*



TRUJILLO



**PRECISION SURVEYS, INC.**

| IMPROVEMENT LOCATION REPORT |

THIS IS TO CERTIFY:

TO TITLE COMPANY: **STEWART TITLE L.L.C.**

TO UNDERWRITER:

TO LENDER: **CHARTER BANK**

THAT ON SEPTEMBER 23, 2003, I MADE AN ACCURATE INSPECTION OF THE PREMISES SITUATED AT SANDOVAL COUNTY, NEW MEXICO, BRIEFLY DESCRIBED AS:

## 7596 CORRALES ROAD

PLAT REFERENCES:  Bearings, distances and/or curve data are taken from the following plat:

Lot numbered Two (2), Corrales Classic Farms, as the same is shown and designated on the Plat thereof entitled, "Summary Plat, Lots 1 and 2, Corrales Classic Farms, situate within the Town of Alameda Grant (Projected), Section 14, T.12N., R.3E., N.M.P.M., being a replat of a portion of Tract 30 and all of Tracts 31 and 32, Middle Rio Grande Conservancy District Property Map No. 14, Village of Corrales, Sandoval County, New Mexico", filed in the Office of the County Clerk of Sandoval County, New Mexico, on December 11, 1992, Volume 3, Folio 1019-B, Instrument No. 271.

NOTE:   The error of closure is one foot of error for every **NO ERROR** feet  along the perimeter of the legal description provided.

Easements shown hereon are as listed in Title Commitment No. **3080469MGB** provided by Title Company.

**THIS IS NOT A SURVEY FOR USE BY A PROPERTY OWNER FOR ANY PURPOSE**

## SEE PAGE 3 OF 3 FOR SKETCH

**Complete Appraisal Analysis - Summary Appraisal Report** 315

## UNIFORM RESIDENTIAL APPRAISAL REPORT

| Property Description | | File No. 98NDF119 |
|---|---|---|

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address | 7596 Corrales Road | City Corrales | State NM  Zip Code 87048 |
| Legal Description | Lots 1 and 2, Corrales Classic Farms | | County Sandoval |
| Assessor's Parcel No | Lot 1: 65779, Lot 2: 101600 | Tax Year 1998  R.E. Taxes $ 1,022.79 | Special Assessments $ None Ntd |
| Borrower Russell and Sharon Trujillo | Current Owner Russell and Sharon Trujillo | Occupant: X Owner  Tenant  Vacant |

| | |
|---|---|
| Property rights appraised | X Fee Simple  Leasehold  Project Type  PUD  Condominium (HUD/VA only)  HOA $  /Mo. |
| Neighborhood or Project Name  Corrales | Map Reference  Corrales  Census Tract  023/0106.00 |
| Sale Price $  Refinance  Date of Sale N/A | Description and $ amount of loan charges/concessions to be paid by seller  N/A |
| Lender/Client  New Directions Financial, Inc. | Address  7200 Montgomery NE #367, Albuquerque, NM 87109 |
| Appraiser  Steven Lillie | Address  5901-J Wyoming Blvd. NE #170, Albuquerque, NM 87109 |

| Location | X Urban |  Suburban |  Rural | Predominant occupancy | Single family housing PRICE $ (000) / AGE (yrs) | Present land use % | Land use change |
|---|---|---|---|---|---|---|---|
| Built up |  Over 75% | X 25-75% |  Under 25% | | Low New | One Family 95 | X Not Likely  Likely |
| Growth rate |  Rapid | X Stable |  Slow | X Owner 100 | High 70± | 2-4 fam | In process |
| Property values |  Increasing | X Stable |  Declining |  Tenant 600 | | Multi-family | To |
| Demand/supply |  Shortage | X In balance |  Over supply | X Vacant (0-5%) | Predominant | Commercial 5 | |
| Marketing time |  Under 3 mos | X 3-6 mos. |  Over 6 mos |  Vacant (over 5%) 200-300 | New-10 | | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

**NEIGHBORHOOD**

Neighborhood boundaries and characteristics:   The neighborhood consists of the entire Village of Corrales and is bordered on the north by NM Hwy. 448, on the south by Cabezon Rd., on the east by the Rio Grande River and on the west by the Rio Rancho city limits.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): *** See Additional Comments ***

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply and marketing time such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): A survey of competing property activity during the last 12 months revealed 21 active listings with a price range of $209,000 to $315,000; 5 pending sales with a price range of $220,000 to $309,900; and 34 closed sales ranging in price from $250,000 to $350,000 and ranging in size from approximately 2,300 to 3,850 square feet, with marketing time ranging from 4 days to 225 days with 90 days or less being typical.

**PUD**

Project Information for PUDs    (If applicable) -- Is the developer/builder in control of the Home Owners' Association (HOA)?   Yes  No

Approximate total number of units in the subject project   N/A not a PUD   Approximate total number of units for sale in the subject project   N/A

Describe common elements and recreational facilities:   N/A

**SITE**

| | | | |
|---|---|---|---|
| Dimensions  See attached survey. | | Topography | Basically Level |
| Site area  2.124 +/- Acres | Corner Lot  Yes  X No | Size | Common for Area |
| Specific zoning classification and description  A-1 - Agricultural/Residential | | Shape | Rectangular/Common for Area |
| Zoning compliance  X Legal  Legal nonconforming (Grandfathered use)  Illegal  No zoning | | Drainage | Appears Adequate |
| Highest & best use as improved:  X Present use  Other use (explain) | | View | Common for Area |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|
| Electricity | X | | Street | Asphalt | X | | Landscaping | Common for Area |
| Gas | X | | Curb/gutter | None | | | Driveway Surface | Gravel/Common for Area |
| Water | | Well | Sidewalk | None | | | Apparent easements | Standard PUE's Assumed |
| Sanitary sewer | | Septic | Street lights | None | | | FEMA Special Flood Hazard Area | X Yes  No |
| Storm sewer | | | Alley | | | | FEMA Zone AO  Map Date 7/16/96 |
| | | | | | | | FEMA Map No 35043C0912 C |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use etc.): Site is an interior lot with good access. No apparent adverse easements or conditions noted at the time of inspection. **RECOMMEND THE WELL AND SEPTIC BE INSPECTED BY QUALIFIED INSPECTORS.**

**DESCRIPTION OF IMPROVEMENTS**

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | One | Foundation | Concrete | Slab | 100% | Area Sq. Ft. | 140 | Roof | Unk |
| No. of Stories | One | Exterior Walls | Earthfilled/Stuc | Crawl Space | None | % Finished | None | Ceiling | Unk |
| Type (Det./Att) | Det/SFR | Roof Surface | Seamed Vinyl | Basement | Yes | Ceiling | Unfinished | Walls | Unk |
| Design (Style) | "Earthship" | Gutters & Dwnspts. | Partial | Sump Pump | None | Walls | Unfinished | Floor | Unk |
| Existing/Proposed | Existing | Window Type | SngHungAlum | Dampness | None Noted | Floor | Unfinished | None | |
| Age (Yrs.) | New | Storm/Screens | D/P Windows | Settlement | None Noted | Outside Entry | No | Unknown | |
| Effective Age (Yrs) | New | Manufactured House | No | Infestation | None Noted | Cellar, Storage | | Assumed | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm | Bedrooms | # Baths | Laundry | Other | Area Sq Ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | Storage | 140 |
| Level 1 | | 1 | 1 | 1 | | | | 3 | 2 | 1 | | |
| Level 2 | | | | | | | | | | | | |

Finished area above grade contains:   7 Rooms  3 Bedroom(s);  2 Bath(s);  3,685 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | StmpdConc,Vin./New | Type | PassiveSolr | Refrigerator | X | None | X | Fireplace(s) # 2 kiva | X | None | |
| Walls | Earthfilled Stucco/New | Fuel | Gas-see con | Range/oven | X | Stairs | | Patio | | Garage | # of cars |
| Trim/Finish | Stained/New | Cond tion | New | Disposal | | Drop Stair | | Deck | | Attached | |
| Bath Floor | Ceramic Tile/New | COOLING | | Dishwasher | X | Scuttle | | Porch | | Detached | 2 Cars |
| Bath Wainscot | Ceramic Tile/New | Central | None | Fan/Hood | X | Floor | | Fence  Wd&wr,pipe | X | Built-In | |
| Doors | Solid Wood, Glass Pane | Other | | Microwave | | Heated | | Pool | | Carport | |
| interior and exterior/New | | Condition | Unknown | Washer/Dryer | | Finished | | | | Driveway | 5 Cars +/- |

Additional features (special energy efficient items, etc.)   *** See Additional Comments ***

**Complete Appraisal Analysis - Summary Appraisal Report**
**UNIFORM RESIDENTIAL APPRAISAL REPORT**   File No. 98NDF119

Valuation Section

## COST APPROACH

| | | |
|---|---|---|
| ESTIMATED SITE VALUE ........ = $ | | 140,000 |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | |
| Dwelling 3,685 Sq Ft @ $ 50.00 = $ | | 184,250 |
| Cellar 140 Sq Ft @ $ 10.00 = | | 1,400 |
| Appliances, fireplaces, garage/shop = | | 29,100 |
| Garage/Carport Sq Ft @ $ = | | |
| Total Estimated Cost New .... = $ | | 214,750 |
| Less Physical / Functional / External | | |
| Depreciation 65,000 = $ | | 65,000 |
| Depreciated Value of Improvements ........ = $ | | 149,750 |
| "As-is" Value of Site Improvements ........ = $ | | 8,000 |
| INDICATED VALUE BY COST APPROACH 297,800 = $ | | 297,750 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): See attached sketch for estimated square footage. The cost approach is based on Marshall & Swift's Residential Cost Handbook plus locally identifiable costs from builders and other local sources. This data is continually updated. Physical depreciation is based on the estimated effective age of the subject property and is calculated using the age-life method.

Remaining Economic Life: 0 Remaining Physical Life: 0

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | + (-) $ Adjustment | COMPARABLE NO. 2 | + (-) $ Adjustment | COMPARABLE NO. 3 | + (-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 7596 Corrales Road Corrales | 191 Rome Lane Corrales | | 723 W. Meadowlark Lane Corrales | | 3816 Corrales Road Corrales | |
| Proximity to Subject | | Apprx 1 1/3 miles south | | Apprx 4 2/3 miles southwest | | Apprx 3 2/3 miles south | |
| Sales Price | $ Refinance | $ 294,000 | | $ 315,000 | | $ 265,000 | |
| Price/Gross Liv. Area | $ 7/ | $ 84.00 | | $ 96.92 | | $ 115.22 | |
| Data and/or Verification Source | Inspection | MLS Exterior Inspection | | MLS Exterior Inspection | | MLS Exterior Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | | DESCRIPTION | | DESCRIPTION | |
| Sales or Financing Concessions | | $58,200 DN/CNV No Csn/DOM 162 | | $63,000 DN/CNV No Cnsn/DOM 88 | | DN Unk/CNV No Cnsn/DOM 98 | |
| Date of Sale/Time | | 8/98-9/98 | | 7/98-9/98 | | 8/98-11/98 | |
| Location | Interior Lot | Interior Lot | | Interior Lot | | Interior Lot | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 2.124 +- Acres | .89 Acres | 40,000 | .95 Acres | 40,000 | 1.0 +- Acres | 40,000 |
| View | Common for Area | Common for Area | | Common for Area | | Common for Area | |
| Design and Appeal | "Earthship"/Avg | Tradit'l 2Stry/Gd | | Tradit'l 2Stry/Gd | | Ranch/Good | |
| Quality of Construction | Earth/Stucco | Frame/Stucco | -44,100 | Frame/Stucco | -47,300 | Frame/Stucco | -39,800 |
| Age | New | 6 +- Yrs | | 4 +- Yrs | | 4 +- Yrs | |
| Condition | New | Good | 7,600 | Good | 5,600 | Good | 4,400 |
| Above Grade Room Count | Total 7 : Bdms 3 : Baths 2 | Total 7 : Bdms 4 : Baths 2.5 | -800 | Total 9 : Bdms 5 : Baths 3.5 | -1,800 | Total 6 : Bdms 3 : Baths 2.5 | -800 |
| Gross Living Area | 3,685 Sq. Ft. | 3,500 Sq. Ft. | 4,600 | 3,250 Sq. Ft | 10,900 | 2,300 Sq. Ft | 34,600 |
| Basement & Finished Rooms Below Grade | 140 SF N/A | None N/A | Minimal | None N/A | Minimal | None N/A | Minimal |
| Functional Utility | Below Average | Average | -10,000 | Average | -10,000 | Average | -10,000 |
| Heating/Cooling | PassiveSolar/None | CFA/Evap | -1,500 | HW Radiant/Evap | -3,000 | CFA/Refrigeration | -1,500 |
| Energy Efficient Items | D/P,Solar Wndws | D/P Windows | Minimal | D/P Windows | Minimal | D/P Windows | Minimal |
| Garage/Carport | 2Car Garage,Shop | 2 Car Garage | 4,000 | 3 Car Garage | 2,000 | 4 Car Garage | Minimal |
| Porch, Patio, Deck, Fireplace(s), etc. | None 2 Fireplaces | Open Patio Fireplace | Minimal 3,000 | Covered Patio Fireplace | -1,000 3,000 | Covered Patio 2 Fireplaces | -1,000 |
| Fence, Pool, etc. | Horse Stalls | | | | | | |
| Appliances | R/O,DW | R/O,DW,MW | Minimal | R/O,DW,GD | Minimal | R/O,DW,GD | Minimal |
| Net Adj. (total) | | [X] + [ ] - $ | 2,800 | [ ] + [X] - $ | -1,600 | [X] + [ ] - $ | 25,900 |
| Adjusted Sales Price of Comparable | | Gross 39.3% Net 1.0% $ | 296,800 | Gross 39.6% Net -0.5% $ | 313,400 | Gross 49.8% Net 9.8% $ | 290,900 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc): ***See Attached Comments***

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | New Construction. | None discovered in past 12 months, per MLS records. | None discovered in past 12 months, per MLS records. | None discovered in past 12 months, per MLS records. |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: The subject is new construction on a previously vacant site.

INDICATED VALUE BY SALES COMPARISON APPROACH ................ $ 290,000
INDICATED VALUE BY INCOME APPROACH(If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $ N/A

This appraisal is made [X] "as is" [ ] subject to the repairs, alterations, inspections or conditions listed below [ ] subject to completion per plans and specifications.
Conditions of Appraisal: See attached Statement of Limiting Conditions and Appraiser's Certification.

Final Reconciliation: The final estimate of value is well supported by the sales comparison and cost approaches to value which are the best indicators of the subject's estimated market value.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised 6/93)

315

File No. 98NDF119

## ADDITIONAL COMPARABLES

Borrower __Russell and Sharon Trujillo__

Property Address __7596 Corrales Road__

City __Corrales__ County __Sandoval__ State __NM__ Zip Code __87048__

Lender/Client __New Directions Financial, Inc.__

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 7596 Corrales Road  Corrales | 3871 Corrales Road  Corrales | | 4828 Corrales Road  Corrales | | 129 Martha Court  Corrales | |
| Proximity to Subject | | Apprx 3 2/3 miles south | | Apprx 2 2/3 miles south | | Apprx 2 2/3 miles southwest | |
| Sales Price | $ Refinance | $ 290,000 | | $ 295,000 | | $ 284,500 | |
| Price/Gross Liv. Area | $ | $ 124.46 | | $ 105.36 | | $ 105.37 | |
| Data and/or Verification Source | Inspection | MLS  Exterior Inspection | | MLS  Exterior Inspection | | MLS  Exterior Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or Financing Concessions | | $72,500 DN/CNV  No Cnsn/DOM 4 | | $45,000 DN/CNV  No Cnsn/DOM 44 | | Cash  DOM 42 | |
| Date of Sale/Time | | 1/98-3/98 | | 4/98-5/98 | | 6/98-7/98 | |
| Location | Interior Lot | Interior Lot | | Interior Lot | | Corner Lot | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 2.124 +- Acres | 2.0 +- Acres | | 1.0 +- Acres | 40,000 | .80 Acres | 50,000 |
| View | Common for Area | Common for Area | | Common for Area | | Common for Area | |
| Design and Appeal | "Earthship"/Avg | Ranch/Average | | Pueblo/Good | | Pueblo/Good | |
| Quality of Construction | Earth/Stucco | Frame/Stucco | -43,500 | Earth Block/Stucc | -44,300 | Frame/Stucco | -42,700 |
| Age | New | 20 +- Yrs | | 2 +- Yrs | | 3 +- Yrs | |
| Condition | New | Average | 27,000 | Good | 2,500 | Good | 2,500 |
| Above Grade Room Count | Total \| Bdms \| Baths  7 \| 3 \| 2 | Total \| Bdms \| Baths  7 \| 3 \| 2 | | Total \| Bdms \| Baths  7 \| 3 \| 2.5 | -800 | Total \| Bdms \| Baths  7 \| 3 \| 2.5 | -800 |
| Gross Living Area | 3,085 Sq. Ft. | 2,330 Sq. Ft. | 33,900 | 2,800 Sq. Ft. | 22,100 | 2,700 Sq. Ft. | 24,600 |
| Basement & Finished Rooms Below Grade | 140 SF  N/A | GuestHouse 1300sf  N/A | -13,000 | None  N/A | Minimal | None  N/A | Minimal |
| Functional Utility | Below Average | Average | -10,000 | Average | -10,000 | Average | -10,000 |
| Heating/Cooling | PassiveSolar/None | CFA/None | Minimal | CFA/Evap | -1,500 | CFA/Evap | -1,500 |
| Energy Efficient Items | D/P,Solar Wndws | D/P Windows | Minimal | D/P Windows | Minimal | D/P Windows | Minimal |
| Garage/Carport | 2Car Garage,Shop | 3 Car Garage | 2,000 | 2 Car Garage | 4,000 | 3 Car Garage | 2,000 |
| Porch, Patio, Deck, Fireplace(s), etc. | None  2 Fireplaces | Covered Patio  2 Fireplaces | -1,000 | Covered Patio  2 Fireplaces | -1,000 | Covered Patio  2 Fireplaces | -1,000 |
| Fence, Pool, etc. | Horse Stalls | | | | | | |
| Appliances | R/O,DW | R/O,DW,MW | Minimal | R/O,DW,GD | Minimal | R/O,DW,GD,MW | -800 |
| Net Adj. (total) | | [ + ] [X] [ - ] $ -4,600 | | [X] [ - ] $ 11,000 | | [X] [ - ] $ 22,300 | |
| Adjusted Sales Price of Comparable | | Gross 45.0%  Net -1.6% $ 285,400 | | Gross 42.8%  Net 3.7% $ 306,000 | | Gross 47.8%  Net 7.8% $ 306,800 | |
| Date, Price and Data Source, for prior sales within year of appraisal | New Construction. | None discovered in past 12 months, per MLS records. | | None discovered in past 12 months, per MLS records. | | None discovered in past 12 months, per MLS records. | |

Comments on Market Data

315

File No    98NDF119

| | ADDITIONAL COMMENTS | |
|---|---|---|

Borrower or Owner  Russell and Sharon Trujillo

Property Address  7596 Corrales Road

City  Corrales          County  Sandoval          State  NM          Zip Code  87048

Lender or Client  New Directions Financial, Inc.

## SCOPE OF THE APPRAISAL
The purpose of this appraisal is to estimate the market value of the subject property as defined herein. The function of this appraisal is to assist the lender in evaluating the subject property for lending purposes. THIS APPRAISAL REPORT IS A SUMMARY APPRAISAL REPORT and defined as a written report prepared under Standards Rule 2-2(b) of USAP and communicates the result of a Complete Appraisal in a summary performed under Standard 1.

## NEIGHBORHOOD MARKETABILITY
The Village of Corrales is situated approximately 15 miles northwest of Albuquerque and is considered a bedroom community to Albuquerque. Corrales is being primarily developed with custom homes in the upper price range. The market area consists of a diverse mix of custom homes of varying age, quality and size reflecting average to good maintenance and curb appeal. This diversity does not adversely affect marketability in this area; however, due to the diversity of the area and larger site sizes, it is often necessary to go one to five miles for comparable properties, but all of Corrales is considered the same marketing area and appeals to the same buyers. The area is convenient to all supporting services in Albuquerque and Rio Rancho via Corrales Rd. (NM HWY 448).

## MARKET CONDITIONS IN NEIGHBORHOOD
The market indicates there are no measurable, recognized difference between full baths and three-quarter baths. Where the subject or a comparable contain a three-quarter bath, this feature will be indicated as a full bath in the improvement description and analysis sections and considered as a full bath in the adjustment between two baths compared to one and three-quarter baths.

## SITE
In estimating the site value, the appraiser has relied on personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties. The lack of sidewalks, curbs, gutters, and street lights is common for the area and does not appear to adversely affect values in this market area. The subject is on a private well and septic system. IT IS RECOMMENDED THAT THE SEPTIC SYSTEM AND WELL BE INSPECTED BY QUALIFIED INSPECTORS including verification of the adequacy of the water supply and the potability of the well's water. Wells and septic systems are common for the area and do not adversely affect values in this market area.

## IMPROVEMENTS

The subject is a newly built "Earthship" style house with some exterior walls constructed of earth filled used tires surrounded by adobe mud and exterior stucco, and other exterior walls constructed of used aluminum cans and rigid urethane insulation surrounded by adobe mud and exterior stucco. The thickness of the walls provides higher than normal insulation. Though the property has no installed heating system, it does have passive solar heating, two fireplaces and natural gas which is stubbed out to various rooms in the house. Skylights in the living room, dining area and bedrooms have screens to provide cooling.

## ADDITIONAL FEATURES
The subject features floor to ceiling windows on the south side of the house which act as solar panels, six skylights which allow ventilation, fireplaces in the master bedroom and living room, latilla/wood beamed ceilings in the living room, kitchen, dining area and master bedroom with wood plank ceilings in the rest of house, a small unfinished cellar/basement which has drop stair access (considered to have minimal contributory value); a large garage/shop, and pipe-fenced animal stalls.

## CONDITION OF IMPROVEMENTS
FUNCTIONAL DEPRECIATION: Although the subject's "earth ship" design is not common for the market area (no sales of this type of home were found within the Corrales/Albuquerque area), its stuccoed wall exterior is common for conventional type, custom homes in the area which would appear to support marketability for this type of home. However, due to the atypical design style which lacks some degree of appeal in the general marketplace, there would appear to be diminished marketability due to reduced buyer acceptance compared to homes with conventional designs. Therefore, functional obsolescence is considered in the cost section under functional depreciation and in the sales comparison section in the design/appeal adjustments.

Functional obsolescence is also charged for the unusually thick tire walls (exterior and interior) which reduces the effective GLA of the subject compared to conventionally designed/constructed homes. The subject is lacking hallway walls and doors in two bedrooms which is a design deficiency resulting in functional obsolescence. Both of these deficiencies are considered in the cost section under functional depreciation and in the sales comparison section in the functional utility adjustments.

The subject's large garage/workshop would appear to meet some market resistance due to its size; therefore, functional super-adequacy was charged for the cost of construction not being fully returned in the market place, based on buyer reactions for similar amenities in competing neighborhoods of custom built homes.

315

File No.    98NDF119

ADDITIONAL COMMENTS
Page 2

Borrower or Owner   Russell and Sharon Trujillo
Property Address   7596 Corrales Road
City   Corrales          County   Sandoval          State   NM          Zip Code   87048
Lender or Client   New Directions Financial, Inc.

qualified in these matters.

## COST APPROACH

Functional depreciation is charged for the reduction in GLA due to the subject's thick walls, the diminished marketability of the subject due to its atypical design & appeal/quality of construction, the lack of walls and doors in two bedrooms, and the superadequacy of the garage/workshop (see additional comments above in the "Condition of Improvements" section).

## COMMENTS ON SALES COMPARISON

The comparables used in this report are considered to be the best available based on the market search performed utilizing the Multiple Listing Data Base, appraisal files, contacts with other appraisers and builders, etc. Adjustments made in the market section are based on market extraction, not cost figures. Although comparables #4 and #5 have older sale dates than desired, no measurable time adjustment was found, and they were used to further demonstrate market trends within the study area. No measurable adjustment was found for site location differences. All of the comparables except comparable #4 were adjusted upward for having smaller site sizes compared to the subject's larger site size which appears to receive market preference, based on sales trends within the study area. Design & Appeal/Quality of Construction Adjustments: Combined adjustments were made for reduced marketability due to the subject's "earthship" design, based on limited sales data of homes with unusual design/construction materials. Age/Condition adjustments are based on market extracted analysis of depreciation trends found within the subject's market area and were calculated excluding the land values. Functional Utility: Adjustments were made for the subject's unusually thick walls which effectively reduce the subject's gross living area and for the lack of hallway walls/doors in two bedrooms. Although none of the comparables have larger GLA than the subject, sales with larger GLA were not used because they are not considered representative comparable sales due to their higher price range and superior quality and appeal. Adjustments for bathroom count, square footage and other measurable differences were based on market trends for the subject's study area. All sales comparables were considered in the sales comparison value analysis after indicated adjustments were applied with the sales comparison estimate of value in the lower range of adjusted values due to the unusual style of the subject and the diversity of data.

## COMMENTS ON INCOME APPROACH

The market area is predominantly owner occupied with a GRM being unreliable due to a lack of data. Therefore, the income approach was not considered for the purpose of this report.

SKETCH/AREA   TABLE   ADDENDUM

File No: 98NDF119

| SUBJECT | | |
|---|---|---|
| Borrower/Client | Russell & Sharon Trujillo | |
| Property Address | 7596 Corrales Road | |
| City: Corrales | County: Sandoval | State: NM    Zip Code: 87048 |
| Lender | New Directions Financial | |



SCALE: 1 inch = 16 feet

| | AREA CALCULATIONS SUMMARY | | | | | LIVING AREA CALCULATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Area** | **Name of Area** | **Size** | **Totals** | | **Breakdown** | | | **Subtotals** |
| | GLA1 | First Floor | 3685.31 | 3685.31 | | 21.90 | X | 43.40 | 950.46 |
| | | | | | | 3.00 | X | 40.90 | 122.70 |
| | | | | | | 11.00 | X | 37.30 | 410.30 |
| | | | | | | -3.00 | X | 30.80 | -92.40 |
| | | | | | | 20.70 | X | 28.80 | 596.16 |
| | | | | | | 15.50 | X | 28.80 | 446.40 |
| | | | | | | 16.50 | X | 28.80 | 475.20 |
| | | | | | | 14.90 | X | 28.80 | 429.12 |
| | | | | | | 3.00 | X | 18.10 | 54.30 |
| | | | | | | -3.00 | X | 11.20 | -33.60 |
| | | | | | | 10.20 | X | 9.40 | 95.88 |
| | | | | | | -1.50 | X | 1.50 | -2.25 |
| | | | | | | -1.50 | X | 1.50 | -2.25 |
| | | | | | | -1.50 | X | 2.00 | -3.00 |
| | | | | | | -1.50 | X | 2.00 | -3.00 |











CITY
OF
RIO RANCHO
350146

ZONE AO
(DEPTH 2)

Subject

ZONE AO
(DEPTH 1)

ZONE AH
(EL 50)

ZONE AO

ZONE AO

ZONE AO

Channel

Jones

Harvey

EAR FLOOD
ED IN CHANNEL

VILLAGE OF
CORRALES
350094