IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DANA JARVIS, et al., )<br>)<br>Defendants. ) | Cr. No. 05-1849 JH |

**ORDER**

THIS MATTER having come before the Court upon the United States' motion seeking a status conference for the purposes of designating this a complex case pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), and the Court having reviewed said motion and otherwise being fully advised, FINDS that the motion is well-taken and should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that the standing discovery orders previously entered in this case are withdrawn, and said order shall not be entered as to any other defendant in this case who is arraigned in the future.

IT IS FURTHER ORDERED that the motions deadline previously imposed in this case is hereby vacated.

IT IS FURTHER ORDERED that a status conference shall be conducted in this case on _____, 2005, at _____.

_____
UNITED STATES DISTRICT JUDGE