## CLERK'S MINUTES OF ARRAIGNMENT

Date  **9/1/05**           Judge **Puglisi**           Clerk **Denise Sanchez**

USA vs. **GREG HILL**           Crim. No.  **05-1849 JH**

Deft. present with/without counsel  Kari Converse, Esq.. (Ret'd)
                                                     Name            Apptd/Retd
U.S. represented by   James Braun           AUSA

Deft. not present _____         Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present: _Yes _No    Name of Interpreter   None
Interpreter Used: _Yes _No       Interpreter Sworn: _Yes _No _Waived

**COURT ASKED THE DEFENDANT:**

_X_ Name  Greg Hill        SS#  __ - __ - 4585
_X_ DOB  50; '55            Tel. No. _____
_X_ Residence Address _____
_X_ Extent of education/schooling   High School

_Y_  Whether he/she is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction   -**Blood pressure medication**

_Y_  Whether he/she has received a copy of the Indictment/Information

_Y_  Whether he/she has had time to consult with attorney regarding penalties

_N_  Whether he/she wants Indictment/Information read in open court

_Y_  Whether he/she will waive reading of Indictment/Information

_Y_  Whether he/she is ready to plead

_X_  Defendant entered plea of not guilty to all counts
___  Defendant entered plea of not guilty to count Nos. _____
_X_  Matter referred to USDC
_X_  Counsel ordered to file any motions by  9/21/05    Confer: 9/11/05
_X_  Case assigned to:  **JUDGE:**   HERRERA
_X_  Trial set on trailing docket: **TO BE NOTIFIED**
___  Defendant requested psychiatric examination. Instructed to file motion in USDC
_X_  Bond set/continued at   Conditions adopted as set by USMJ Shields Southern District of Indiana
___  Previous bond motion denied; advised to file bond appeal in USDC
___  Unseal Case
___  Penalty for failure to appear explained
_X_  Discovery Order electronically filed
_X_  First Appearance of Defendant    MAG. TAPE NO.  RLP 05-11 @ 511-625

Other:  No objection by govt to deft continuing on conditions as set in Indiana