# CLERK'S MINUTES OF ARRAIGNMENT

Date __9/6/05__     Judge __Svet__     Clerk __Denise Sanchez__

USA vs. __MIKE HANNAH__     Crim. No. __05-1849 JH__

Deft. present with/without counsel __Brian Pori, Esq. (Appt'd)__
                                          Name          Apptd/Retd
U.S. represented by __James Braun__     AUSA

Deft. not present _____     Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____     Bond forfeited _____
Interpreter present: _Yes _No     Name of Interpreter __None__
Interpreter Used: _Yes _No     Interpreter Sworn: _Yes _No _Waived

## COURT ASKED THE DEFENDANT:

_X_ Name __Mike Hannah__     SS# __- - 2639__
_X_ DOB __59__     Tel. No. _____
_X_ Residence Address _____
_X_ Extent of education/schooling _____

_N_ Whether he/she is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction
_Y_ Whether he/she has received a copy of the Indictment/Information
_Y_ Whether he/she has had time to consult with attorney regarding penalties
_N_ Whether he/she wants Indictment/Information read in open court
_Y_ Whether he/she will waive reading of Indictment/Information
_Y_ Whether he/she is ready to plead

_X_ Defendant entered plea of not guilty to all counts
___ Defendant entered plea of not guilty to count Nos. _____
_X_ Matter referred to USDC
_X_ Counsel ordered to file any motions by __9/16/05__   Confer: __9/26/05__
_X_ Case assigned to:  **JUDGE:** __HERRERA__
_X_ Trial set on trailing docket: **TO BE NOTIFIED**
___ Defendant requested psychiatric examination.  Instructed to file motion in USDC
_X_ Bond set/continued at __continue on conditions as set in Kansas, no object ion by govt.__
___ Previous bond motion denied; advised to file bond appeal in USDC
___ Unseal Case
___ Penalty for failure to appear explained
_X_ Discovery Order electronically filed
_X_ First Appearance of Defendant     MAG. TAPE NO. __DJS 05-23 @ 36-180__

Other: _