IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED

05 SEP -6 PM 3: 03

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

**CR 05-1849 JH**

SALVADOR ABEYTA,
    *Defendant.*

## MOTION FOR ADMISSION PRO HAC VICE OF JASON D. LAMM, ESQ. AND PROPOSED ORDER

Undersigned counsel, a member of the Bar of this Court, hereby moves for Jason D. Lamm, Esq. to be admitted to the bar of this Court, *pro hac vice*, for the above captioned cause only as counsel for Defendant Abeyta. Specific reasons in support of this motion are set forth herein.

Mr. Lamm has been privately retained to represent the above named defendant. On information and belief, he is a member in good standing of the bars of Arizona, Maryland, the United States District Court for Arizona and Maryland, as well as the Supreme Court of the United States. He is ineligible for admission to the bar of this Court, pursuant to Rule 83.2, as he is not a member of the New Mexico state bar. On one previous occasion, Mr. Lamm appeared before this Court, *pro hac vice*, on a civil forfeiture matter that was resolved shy of trial.

Counsel for the United States has been personally consulted about his position on the request and has advised that he does not oppose this motion.

Dated this 2ND of September, 2005.



1