IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
05 SEP -6 PM 3:03
CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

                          CR 05-1849 JH

SALVADOR ABEYTA,
    *Defendant.*

## CERTIFICATE OF SERVICE OF MOTION FOR ADMISSION PRO HAC VICE OF JASON D. LAMM, ESQ. AND PROPOSED ORDER

I certify that a copy of the above pleading was mailed to the attorney for the United States

of America:

James Braun, Esquire
Assistant United States Attorney
P.O. Box 607,
Albuquerque, New Mexico 87103

And To:

Ralph Ellinwood, Esq.
117 W Washington St
Tucson, AZ 85701-1011

on September 2, 2005

WITH EXPRESS CONSENT
FOR

Ralph Ellinwood, Esq.

4

90