IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
05 SEP -6 PM 3: 01
CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,
   *Plaintiff,*

v.

SALVADOR ABEYTA,
   *Defendant.*

CR 05-1849 JH

## NOTICE OF APPEARANCE

Undersigned counsel does hereby enter his appearance on behalf of SALVADOR ABEYTA, in the above captioned matter for all further proceedings before this Court through the filing of a notice of appeal, if required. The entry of appearance is contingent upon this Court's granting of a motion for the admission of counsel to the bar of this court, *pro hac vice,* which has been contemporaneously filed herewith under separate cover.

Dated this 2nd of September, 2005.

By: _____
Jason D. Lamm
1300 E. Missouri
Suite B200
Phoenix, Arizona 85014