IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
  Plaintiff,

v.

SALVADOR ABEYTA,
  Defendant,

CR 05-1849 JH

### CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE

I certify that a copy of the above pleading was mailed to the attorney for the United States of America:

James Braun, Esquire
Assistant United States Attorney
P.O. Box 607,
Albuquerque, New Mexico 87103

And To:

Ralph Ellinwood, Esq.
117 W Washington St
Tucson, AZ 85701-1011

on September 2, 2005

Jason D. Lamm
Attorney for Defendant