AO 100 (7/93) Agreement to Forfeit Property

# United States District Court
## *District of New Mexico*

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 2005

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | AGREEMENT TO FORFEIT PROPERTY |
| V. **REDACTED** | Case Number: 05-1849 JH |
| RALPH GREENE, III | |

**Defendant**

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. § 3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

66 Clermont Avenue, Brooklyn, NY 11205, Block 2045 & Lot 55.

and there has been posted with the Court the following indicia of my/our ownership of the property:

SAME AS ABOVE

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

SEE ATTACHED

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant _____RALPH GREENE, III_____
(name)

is to appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on __9/2/05__ at __Albuquerque, NM__
                              (date)                        (place)

Defendant x _[signature]_       Address _____

Owner(s) _[signature]_          Address _____

Obligor(s) _____ SSN: _____   Address _____

                                Address _____

Signed and acknowledged before me on __9/2/05__
                                          (date)

                                _[signature]_
                                Judicial Officer/Clerk

Approved: _[signature]_
          (Judicial Officer)

94

SF 5 • SHORT FORM SPECIAL WARRANTY DEED (NMSF 1810) (REV 9/93) • NEW MEXICO STATUTORY FORM

# SPECIAL WARRANTY DEED

Ralph Greene

_____ for consideration paid, grant _____

to    The United States District Court

whose address is    333 Lomas Blvd. NW, Albuquerque, New Mexico 87102

the following described real estate in    Brooklyn, New York    County, New Mexico:

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, SITUATE, LYING
AND BEING IN THE BOROUGH OF BROOKLYN, COUNTY OF KINGS, CITY
AND STATE OF NEW YORK, BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT THE POINT ON THE WESTERLY SIDE OF CLERMONT AVENUE
DISTANT SOUTHERLY 144 FEET 5 INCHES FROM THE CORNER FORMED
BY THE INTERSECTION OF THE WESTERLY SIDE OF CLERMONT AVENUE
AND THE SOUTHERLY SIDE OF PARK AVENUE AS SAMEEXISTED PRIOR TO
WIDENING; running thence westerly at right angles to clermont
AVENUE AND PARTLY THROUGH THE MIDDLE OF A PARTY WALL 100 FEET;
THENCE SOUTHERLY PARALLEL WITH CLERMONT AVENUE 20 FEET; THENCE
EASTERLY AGAIN AT RIGHT ANGLES TO CLERMONT AVENUE AND PARTLY
THROUGH THE MIDDLE OF A PARTY WALL 100 FEET TO THE WESTERLY
SIDE OF CLERMONT AVENUE; THENCE NORTHERLY ALONG THE WESTERLY
SIDE OF CLERMONT AVENUE 20 FEET TO THE POINT OR PLACE OF
BEGINNING.

with special warranty covenants.

Witness _____ hand _____ and seal _____ this _____ day of _____ 20____

_____ (Seal)   _____ (Seal)

_____ (Seal)   _____ (Seal)

## ACKNOWLEDGEMENT FOR NATURAL PERSONS

STATE OF NEW MEXICO    )
                       ) ss.
COUNTY OF  BERNALILLO  )

This instrument was acknowledged before me on ____8/2_____ 20 05

by  RALPH  B  GREENE    _____

My commission expires:
(Seal)

OFFICIAL SEAL
LON G. ORR II
NOTARY PUBLIC - STATE OF NEW MEXICO
RECORDER'S USE ONLY  7-28-09

## ACKNOWLEDGEMENT FOR CORPORATION

STATE OF NEW MEXICO    )
                       ) ss.
COUNTY OF _____ )

This instrument was acknowledged before me on _____

_____, 20____

by _____
                NAME OF OFFICER

_____ of _____
   TITLE OF OFFICER        (CORPORATION ACKNOWLEDGEMENT)

a _____ corporation, on behalf of said corporation.
   (STATE OF INCORPORATION)

My commission expires
(Seal)                          _____
                                    NOTARY PUBLIC

VALIANT ENTERPRISES, INC. • ALBUQUERQUE, NEW MEXICO • 10/99                © COPYRIGHT WARNING



**Prudential**
Douglas Elliman
Real Estate

Doug Bowen
90 Hudson Street
New York, NY 10013
Bus 212 965-6016 Fax 646 497 3474
dbowen.elliman.com

Sept. 1, 2005

To Whom It May Concern

I am writing this letter as a follow up to a letter I faxed to Ralph Greene yesterday August 31. I have misplaced the original.

This letter is regarding the current market value of the vacant lot property known as 66 Clermont Avenue, Brooklyn, NY 11205. Block 2045 Lot 55.

I am uniquely qualified to value this property as I am not only an investor who owns four Townhouse properties in the area, but also that I am a licensed real estate agent working for the largest company in NYC.

I have access to the most current data available and I am attaching to this letter a few relevant comps for like kind properties in the subject property's direct vicinity. Each property is a vacant lot with approximately the same area square footage and also the same zoning. They are all with in "spitting distance of one another.

The current market value of 66 Clermont Avenue is $450,000.

Should you require any further assistance please feel free contact me directly.

Yours Truly,

Doug Bowen

An Independently Owned and Operated Member of The Prudential Real Estate Affiliates, Inc.

All information furnished regarding property for sale, rental or financing is from sources deemed reliable. No representation is made as to the accuracy thereof and it is submitted subject to errors, omissions, change of price, rental, commission or other conditions, prior sale, lease or financing, or withdrawal without notice.

Some recent supporting comps from the area.

| Date | Price | $/sf | # | Address | Zipcode | Bldg Class | Units | Bldg Size | Floors | Gross SF | Lot Size |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun 27, 2005 | $600,000 | | 174 | Clermont Ave, 11205, Brooklyn | 11205 | V0: Vacant lot, zoned residential | | 0x0 | 000.00 | | 25x78 |
| Nov 23, 2004 | $333,300 | | 107 | Grand Ave, 11205, Brooklyn | 11205 | V1: Vacant lot, | | 0x0 | 000.00 | | 25x100 |



**Prudential**
Douglas Elliman
Real Estate

Doug Bowen
90 Hudson Street
New York, NY 10013
Bus 212 965-6016 Fax 646 497 3474
dbowen.elliman.com

Ralph Greene
212 Broadway SE
Albuqueque, NM 87102

To Whom It May Concern:

I am writing this letter regarding the value of the vacant lot located at 66 Clermont Avenue, Brooklyn NY 11025, block 2045 lot 55. Owner of 4 townhouse properties in the area and others in Brooklyn, I am also licensed real estate broker with the largest company in the city. I am uniquely qualified to price this property being an investor in the area. I also have access to the databases that contain the most current data available in NYC.

Attached to this letter, please find 3 very current comps within a ¼ mile radius of the subject property. These three comps are all vacant land and have approximately the same area square footage. They are all also zoned the same.

The value of this property in today's market is $450,000. Surprising to those who do not know the specialized markets here in NY, vacant land in areas like Clinton Hill, Brooklyn have sky-rocketed in value along with the townhouse properties that sit on lots like this one.

Please fell free to contact me anytime. In addition to the contact information above my cell phone number is 646 247 0822.

Sincerely

Doug Bowen

An Independently Owned and Operated Member of The Prudential Real Estate Affiliates, Inc.

All information furnished regarding property for sale, rental or financing is from sources deemed reliable. No representation is made as to the accuracy thereof and it is submitted subject to errors, omissions, change of price, rental, commission or other conditions, prior sale, lease or financing, or withdrawal without notice.

RE: Ralph + Louise Greene

Some recent supporting comps from the area.

| Date | Price | Ref # | Address | Zipcode | Bldg Class | Units | Bldg Size | Floors | Gross SF | Lot Size |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun 27, 2005 | $600,000 | 174 | Clermont Ave, 11205, Brooklyn | 11205 | V0: Vacant lot, zoned residential | 0x0 | 0x0 | 000.00 | | 25x76 |
| Nov 23, 2004 | $353,500 | 107 | Grand Ave, 11205, Brooklyn | 11205 | V1: Vacant lot | 0x0 | 000.00 | | | 25x100 |

My 23 $400,000 94 Ryerson St. 11205 — V0: Vacant lot zoned residential 20x100




# FINANCE
## NEW · YORK
### THE CITY OF NEW YORK
### DEPARTMENT OF FINANCE

# Statement of Account

December 01, 2004

**Owner:** Ralph Greene
**Property Address:** 88 Clermont Avenue
**Borough, Block & Lot:** Brooklyn (3), 02045, 0055

**Mailing Address:**
Ralph Greene
131 Vanderbilt Ave.
Brooklyn, NY 11205-2303

## Statement Billing Summary

| | |
|---|---|
| Previous Charges, including Interest & Credits | $714.23 |
| Current Charges, including any Credits | $6.76 |
| Savings if You Pay Current Charges Now | $0.01- |
| **Total Due January 18, 2005** | **$720.98** |
| Charges Not Due Yet, including any Credits | $4.73 |
| Savings if You Pay Charges Not Due Yet, Now | $0.03- |
| **Total Due If You Pay All Charges Now** | **$725.68** |

*Pd-2005*

Page 1
001400.01

REEL 1139 PAGE 1522
373-113235-221
66 CLERMONT AVENUE
BROOKLYN, NEW YORK

Page 2

THE PARTY of the first part covenants that if any improvements, repairs or alterations to the premises have been commenced and have not been completed at least four months before the recording of this deed, the Grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of improvement, and that said Grantor will apply the same first to the payment of the cost of improvement before using any part of the total of the same for any other purpose.

IN WITNESS WHEREOF the undersigned has set his hand and seal as Field Office DEPY. SUPVR. SINGLE FAMILY OPERATION HUD Field Office, NEW YORK, New York, for and on behalf of the said Secretary of Housing and Urban Development, under authority and by virtue of the Code of Federal Regulations, Title 24, Chapter II, Part 200, Subpart D, and 35 F.R. 16106 (10/14/70), as amended.

In presence of:

Secretary of Housing and Urban Development MOON LANDRIEU

By: Assistant Secretary for Housing— Federal Housing Commissioner

(SEAL)

DEPY. SUPVR.
Field Office SINGLE FAMILY OPERATION
HUD Field Office 26 FEDERAL PLAZA, New York
NEW YORK

STATE OF NEW YORK
COUNTY OF NEW YORK         ss

On this 24th day of January, 1980, before me personally came LUIS F. BATISTA having his/her official station in NEW YORK New York, and the person described in and who executed foregoing instrument bearing date 24th Jan 1980, by virtue of the above cited authority and acknowledged the same to be his/her free act and deed as Field Office DEPY. SUPVR. SINGLE FAMILY OPERATION HUD Field Office, NEW YORK, New York, for and on behalf of MOON LANDRIEU Secretary of Housing and Urban Development.

JANE McCAFFREY
NOTARY PUBLIC, State of New York
No. 30 7760790
Qualified in Nassau County
Commission Expires March 30, 1980

Notary Public

SECTION: 7
BLOCK: 2045
LOT: 55
COUNTY: KINGS

RECORD AND RETURN TO:

RALPH GREENE
131 VANDERBILT AVENUE
BROOKLYN, NEW YORK 11205

**NYCProperty** | Statements List | Select a BBL | NYC.GOV Home | DEP Home | DOF Home | NYCProperty Home
*The Official New York City Web Site*

# FINAL ASSESSMENT ROLL 2005-2006 | City of New York
**Taxable Status Date: January 5, 2005**

View 2003 FINAL ASSESSMENT ROLL
View 2004 TENTATIVE ASSESSMENT ROLL
View 2004 FINAL ASSESSMENT ROLL
View 2005 TENTATIVE ASSESSMENT ROLL
View May 25, 2005 - Market Value History

EXPLANATION OF ASSESSMENT ROLL

---

**Parcel Information**                                       ◄◄ Previous BBL                       Next BBL ►►
**Owner Name:**
RALPH GREENE
**Property Address and Zip Code:**              **Borough:**        BROOKLYN
66 CLERMONT AVENUE 11205                         **Block:**          2045
**Real Estate Billing Name and Address:**        **Lot:**            55
RALPH GREENE
131 VANDERBILT AVE                               **Tax Class:**      1B
BROOKLYN NY 11205                                **Building Class:** V0 Codes

**Land Information**
  Lot Size                    Irregular                       Corner
  20.00FT X 100.00FT

**Building Information**
  Number of Buildings      Building Size          Extension       Stories
                           0.00FT X 0.00FT

**Assessment Information**
Description                                     Land                Total
ESTIMATED MARKET VALUE                                              99,500
6-20% LIMITATION                                2,487               2,487
ACTUAL EX AV                                    0                   0

**Taxable/Billable Assessed Value**

                                                               Assessed Value
SUBJECT TO ADJUSTMENTS, YOUR 2005/06 TAXES WILL BE BASED ON       2,487

Property is assessed at the following uniform percentages of full market value, unless limited to a lesser amount by law:
  Class 1 - 6%       Class 2 - 45%       Class 3 - 45%       Class 4 - 45%

Statements List | Select a BBL | Logon to NYCProperty

REEL 1139 PAGE 1521

Bargain and Sale Deed — New York

373-113235-221
(VACANT LAND)
ALL CASH- AS IS

THIS INDENTURE, Made the 24th day of January, 1980, between MOON LANDRIEU, Secretary of Housing and Urban Development, of Washington, D.C., acting by and through the Federal Housing Commissioner, party of the first part, and RALPH GREENE RESIDING AT 131 VANDERBILT AVENUE, BROOKLYN, NEW YORK 11205

party(ies) of the second part.

WITNESSETH: That the party of the first part, in consideration of the sum of ONE DOLLAR ($1.00) lawful money of the United States, and other good and valuable considerations paid by the party(ies) of the second part, does hereby grant and release unto the party(ies) of the second part, and to the heirs, distributees and assigns of said party(ies) of the second part, forever

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the Westerly side of Clermont Avenue distant Southerly 144 feet 5 inches from the corner formed by the intersection of the Westerly side of Clermont Avenue and the Southerly side of Park Avenue as same existed prior to widening; running thence Westerly at right angles to Clermont Avenue and partly through the middle of a party wall 100 feet; thence Southerly parallel with Clermont Avenue 20 feet; thence Easterly again at right angles to Clermont Avenue and partly through the middle of a party wall 100 feet to the Westerly side of Clermont Avenue; thence Northerly along the Westerly side of Clermont Avenue 20 feet to the point or place of BEGINNING.

BEING the same property acquired by the party of the first part pursuant to the provisions of the National Housing Act, as amended (12 USC 1701 et seq.) and the Department of Housing and Urban Development Act (79 Stat. 667).

TOGETHER WITH the appurtenances and all the estate and rights of the party of the first part in and to said premises.

TO HAVE AND TO HOLD the premises herein granted unto the party(ies) of the second part, and to the heirs, distributees and assigns of said party(ies) of the second part, forever.

SUBJECT TO ALL covenants, restrictions, reservations, easements, conditions and rights appearing of record; and SUBJECT to any state of facts an accurate survey would show.

AND THE party of the first part covenants that he has not done or suffered anything whereby the said premises have been incumbered in any way whatsoever.

Previous Editions are Obsolete

FHA-1839 (6-77)