

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 0 2 2005

MATTHEW J. DYKMAN
CLERK

**K. Gary Sebelius**
United States Magistrate Judge

475 U. S. District Courthouse
444 S.E. Quincy Street
Topeka, Kansas 66683

785-295-2734
Fax: 785-295-2809
Judge_Sebelius@ksd.uscourts.gov

## FAX TRANSMISSION COVER SHEET

*Date:*     9/2/05

*To:*       Kim

*Fax:*      505-348-2028

*Re:*       USA v. Mike Hannah, CR05 1849

*Sender:*   Sheryl Collins, Courtroom Deputy/Judicial Assistant

YOU SHOULD RECEIVE __15____ PAGE(S), INCLUDING THIS COVER SHEET. IF YOU
DO NOT RECEIVE ALL THE PAGES, PLEASE CALL 785-295-2734





UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                          Case No. 05-5028M-01-KGS

. MIKE HANNAH,

Defendant.

## ORDER CONTINUING DETENTION HEARING
## PURSUANT TO THE BAIL REFORM ACT

On August 30, 2005, the defendant appeared for a detention hearing pursuant to 18 U.S.C. §

3142. The Government appeared by and through David Zabel, Special Assistant United States

Attorney. The defendant appeared in person and through appointed counsel, Melody Evans, Assistant

Federal Public Defender.

Previously, on August 26, 2005, the Government moved for the pretrial detention of the

defendant contending that no combination of conditions would reasonably assure the appearance of

the defendant. At the commencement of the detention hearing on August 30, 2005, the Government

announced its intention to introduce into evidence certain information derived from wiretaps,

involving communications of the defendant. Just prior to the commencement of this hearing, the

Government further stated that it had delivered to defendant's counsel a copy of the affidavit and

accompanying application for which the wiretap interception were authorized or approved. Defendant

objected to the Government's use of the contents of such intercepted communications pursuant to the

requirement of 18 U.S.C. § 2518(9) that evidence derived from such wiretaps will not be disclosed in

any hearing unless each party have been furnished such documents not less than ten (10) days before

the hearing. Defendant requested two additional days within which to review the voluminous

documents (at least six or seven inches thick) before proceeding with a detention hearing.

Defendant's counsel further requested that the defendant be released pending any such hearing.

18 U.S.C. § 2518(9) specifically provides that the ten-day period may be waived by the judge "if he finds that it was not possible to furnish the party with the above information ten days before the ... hearing ... and that the party will not be prejudiced by the delay in receiving such information." After hearing the arguments of counsel, the court concluded that it was not possible for the government to furnish the defendant with this information ten days before the hearing. Further, by continuing this hearing for two additional days within which defense counsel may review the information, any potential prejudice to the defendant resulting from the delay in receiving such information will be ameliorated.

The court specifically finds good cause for a continuance of this matter pursuant to 18 U.S.C. § 3142(f)(2). Based upon the schedules of the court and counsel, the pretrial detention hearing in this matter shall be continued until September 1, 2005, at 8:30 a.m. Defendant shall be detained temporarily pending the detention hearing in this case. Finally, the court finds that the period of delay resulting from the granting of the continuance for a detention hearing shall be excludable time pursuant to 18 U.S.C. § 3161(h)(8) in that the ends of justice outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated at Topeka, Kansas, this 31ˢᵗ day of August, 2005.

/s/
_____
K. Gary Sebelius
United States Magistrate Judge

2

## CLERK'S COURT ⊃M MINUTE SHEET - CRIMINAL - MAG  RATE JUDGE

**UNITED STATES OF AMERICA**

v.

**MIKE HANNAH**

| | |
|---|---|
| Case No: | 05-5028M-01-KGS |
| Age: | 59 |
| AUSA: | David Zabel |
| Deft. Atty.: | Melody Evans, AFPD |
| **x** Appointed | Retained |

| | | | |
|---|---|---|---|
| JUDGE: | Sebelius | DATE: | 8/30/05 |
| DEPUTY CLERK: | Collins | CD: | KGS05-16 |
| LOCATION: | Topeka, Kansas | PRETRIAL/PROBATION: | Paulson |

Length of Hearing:    Detention hearing: 20 min. (continued to 9/1/05 @ 8:30 a.m.)

## PROCEEDINGS

( ) Rule 5 Hearing            ( ) Initial Revocation Hearing      ( ) Bond Hearing
(x) ID/Removal Hearing        ( ) Held  (x) Waived               ( ) Bond Revocation Hearing
( ) Preliminary Hearing       ( ) Held  ( ) Waived               ( ) Discovery Conference
(x) Detention Hearing         (x) Continued
( ) Arraignment               ( ) Held  ( ) Waived

( ) Interpreter:              ( ) Appointed                      ( ) Sworn
( ) Charges and penalties explained to defendant
( ) Defendant sworn and examined re: financial ability to retain counsel
( ) Counsel appointed                           ( ) At defendant's expense
( ) Constitutional rights explained             ( ) Felony              ( ) Misdemeanor
( ) Defendant declined to waive indictment      ·( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under                    (x) Rule 20            (x) Rule 40
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed                ( ) Plea Agreement Attached
(x) Transfer under Rule 40 to:  District of New Mexico, Albuquerque

( ) **ARRAIGNMENT AND PLEA:**                                    (5) No. of Counts
    ( ) Waived Reading of    ( ) Indictment    ( ) Information    ( ) Read to Defendant
    ( ) Previous Plea        ( ) Guilty        ( ) Not Guilty    Counts:          Withdrawn
    ( ) Guilty                                                   Counts:          Accepted
    ( ) Not Guilty                                               Counts: 1, 3, 24, 25, 26

( ) Bail Denied              ( ) Bail fixed at                   ( ) Bail remain at
( ) $                        ( ) Unsecured                       ( ) Secured
( ) Release Order            ( ) Executed                        ( ) Continued in effect
( ) Deft. remanded to custody ( ) Pending compliance with conditions of release
( ) Detention Ordered

**Deft's next appearance:** Detention hearing 9/1/05 @ 8;30 a.m. before Magistrate Judge Sebelius
**Miscellaneous:** The defendant signs a formal waiver of identity hearing and the court finds that the defendant is the person charged in the indictment. The court proceeded to hear argument regarding the use of evidence derived from wiretap interceptions for the purpose of the pending detention hearing. After hearing arguments of counsel, the detention hearing is continued until 9/1/05 @ 8:30 a.m. to allow defendant additional time to review the documentary evidence regarding the wiretaps in preparation for the hearing. Defendant shall remain in custody pending the hearing. A separate order is also entered regarding this matter.

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ KANSAS

UNITED STATES OF AMERICA

V.

**MIKE HANNAH**

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER:  05-5028M-01-KGS

CHARGING DISTRICTS
CASE NUMBER:  CR05 1849

I understand that charges are pending in the _____ District of _____ New Mexico

alleging violation of   21 USC §§ 841(a)(1) & 846 & 18 USC § 1956(a)   and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X)  identity hearing

(  )  preliminary hearing

(  )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Date  8/30/5

_____
Defendant

_____
Defense Counsel

## CLERK'S COURT ~~OM~~ MINUTE SHEET · CRIMINAL · MAG~~RATE~~ JUDGE

**UNITED STATES OF AMERICA**

v.

**MIKE HANNAH**

|  |  |
|---|---|
| Case No: | 05-5028M-01-KGS |
| Age: | 59 |
| AUSA: | David Zabel |
| Deft. Atty.: | Ron Wurtz, AFPD |
|  | x  Appointed ____ Retained |

| | | | |
|---|---|---|---|
| **JUDGE:** | Sebelius | **DATE:** | 8/26/05 |
| **DEPUTY CLERK:** | Collins | **CD:** | KGS05-16 |
| **LOCATION:** | Topeka, Kansas | **PRETRIAL/PROBATION:** | Ackerly |

**Length of Hearing:**    Rule 5: 15 min.

### PROCEEDINGS

| | | | | | |
|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) Held ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) Held ( ) | Waived | ( ) | Discovery Conference |
| ( ) | Detention Hearing | ( ) Held ( ) | Waived | ( ) | |
| ( ) | Arraignment | ( ) Held ( ) | Waived | | |

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Interpreter: | ( ) | Appointed | ( ) | Sworn |
| (x) | Charges and penalties explained to defendant | | | | |
| (x) | Defendant sworn and examined re: financial ability to retain counsel | | | | |
| (x) | Counsel appointed | ( ) | At defendant's expense | | |
| (x) | Constitutional rights explained | (x) | Felony | ( ) | Misdemeanor |
| ( ) | Defendant declined to waive indictment | ( ) | Will be presented by next Grand Jury | | |
| ( ) | Signed Waiver of Indictment | | | | |
| (x) | Advised of rights under | (x) | Rule 20 | (x) | Rule 40 |
| ( ) | Signed Consent to Transfer (Rule 20) | | | | |
| ( ) | Petition to Enter Plea Filed | ( ) | Plea Agreement Attached | | |
| (x) | Transfer under Rule 40 to: District of New Mexico, Albuquerque | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | **ARRAIGNMENT AND PLEA:** | | | | | (5) | No. of Counts |
| | ( ) Waived Reading of | ( ) | Indictment | ( ) | Information | ( ) | Read to Defendant |
| | ( ) Previous Plea | ( ) | Guilty | ( ) | Not Guilty | Counts: | Withdrawn |
| | ( ) Guilty | | | | | Counts: | Accepted |
| | ( ) Not Guilty | | | | | Counts: 1, 3, 24, 25, 26 | |

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Bail Denied | ( ) | Bail fixed at | ( ) | Bail remain at |
| ( ) | $ | ( ) | Unsecured | ( ) | Secured |
| ( ) | Release Order | ( ) | Executed | ( ) | Continued in effect |
| ( ) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | |
| ( ) | Detention Ordered | | | | |

**Deft's next appearance:** Detention & identity hearing 8/30/05 @ 2 p.m. before Magistrate Judge Sebelius

**Miscellaneous:** The court appoints the Federal Public Defender to represent the defendant. Government seeks detention under the Bail Reform Act due to risk of flight. Defendant contests the issue of detention. The court sets a detention hearing and identity hearing on 8/30/05 @ 2 p.m. before Magistrate Judge Sebelius.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                    Case No. 05-5028M-01-KGS
                                       Charging District's Case No.: CR05 1849

MIKE HANNAH,

Defendant.

## ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION

The defendant having appeared before this Court and proceedings having been concluded

and the defendant released;

IT IS ORDERED that the defendant shall answer in the United States District Court for

the District of New Mexico at Albuquerque. The defendant shall appear at all proceedings as

required . The defendant shall next appear before Magistrate Judge Don J. Svet,  United States

District Court, 630 U.S. Courthouse, Cimarron Courtroom, Fifth Floor, 333 Lomas Boulevard,

N.W., Albuquerque, New Mexico. on **September 6, 2005, at 9:30 a.m.**

Dated this 2nd day of September, 2005, at Topeka, Kansas.

K. Gary Sebelius
United States Magistrate Judge

# UNITED STATES DISTRICT COURT OF KANSAS
## CASH BOND RECORD FOR AMOUNTS OF $10,000 AND ABOVE

UNITED STATES OF AMERICA
vs.

MIKE HANNAH

CRIMINAL CASE # 05-5028M-01-KGS

I, the undersigned, hereby notify the Clerk of Court that I am posting cash bond in the

amount of $ 10,000.00 _____ on behalf of _____ Mike Hannah _____

defendant in the above-entitled matter.

Upon exoneration of the terms and conditions of the bond, as determined by the Court,

the full amount posted should be returned to _____ Carol Lee Huntington _____

Dated:  9/2/05

Signature

| | |
|---|---|
| Carol Lee Huntington | Mike Hannah |
| Full Name of Person Posting Bond | Full Name of Defendant |
| 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 | 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 |
| Social Security # | Social Security # |
| 9/16/1947 | 7/6/1946 |
| Date of Birth | Date of Birth |
| Continental Steel West | Steel Fabricator |
| Occupation | Occupation |
| 15300 E. Colossal Cave Rd | 15300 E. Colossal Cave Rd |
| Full Street Address | Full Street Address |
| Vail, AZ 85641 | Vail, AZ 85641 |
| City, State, Zip | City, State, Zip |

Identification Verification of Individual from Whom the Cash was Received (to be completed by Clerk's office):

561648829

Identification Examined (include #)

State of Arizona

Identification Issued By

Deputy Clerk Signature

| US Currency ☐ | Foreign Currency ☐ | Cashier's Check(s) ☐ | Money Order(s) ☐ | Bank Draft(s) ☐ | Traveler's Check(s) [X] | ☐ |

Wire transfer to Intrust Bank in Wichita to Courts Account

Amount in $100 bills or higher        Country        Issuer's Name & Serial #'s of monetary instrument



Carol Lee Huntington
15300 E. Colossal Cave Rd
Vail, Arizona 85641
Mailing Address: P.O. Box 31
Vail, Az. 85641·0031

DOB: 09·16·47

SSN: 561640829

Occup: Continental Steel West
3101 E. 46th St.
Tucson, Az 85713·5214
Part·time Secretary

Return Bond ($10,000.00) to: Carol Lee Huntington

### CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.

**MIKE HANNAH**

| | |
|---|---|
| Case No: | 05-5028M-01-KGS |
| Age: | 59 |
| AUSA: | David Zabel |
| Deft. Atty.: | Melody Evans, AFPD |
| | x  Appointed        Retained |

| | | | |
|---|---|---|---|
| **JUDGE:** | Sebelius | **DATE:** | 9/2/05 |
| **DEPUTY CLERK:** | Collins | **CD:** | KGS05-16 |
| **LOCATION:** | Topeka, Kansas | **PRETRIAL/PROBATION:** | Paulson |

**Length of Hearing:**    Bond Status Hearing: 5 min.

### PROCEEDINGS

| | | | | |
|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation Hearing  (x) | Bond Status Hearing |
| ( ) | ID/Removal Hearing | ( ) | Held  ( )  Waived  ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held  ( )  Waived  ( ) | Discovery Conference |
| ( ) | Detention Hearing | ( ) | Held  ( )  Waived | |
| ( ) | Arraignment | ( ) | Held  ( )  Waived | |

( )  Interpreter:                ( )  Appointed            ( )  Sworn
( )  Charges and penalties explained to defendant
( )  Defendant sworn and examined re: financial ability to retain counsel
( )  Counsel appointed                    ( )  At defendant's expense
( )  Constitutional rights explained        ( )  Felony            ( )  Misdemeanor
( )  Defendant declined to waive indictment   ( )  Will be presented by next Grand Jury
( )  Signed Waiver of Indictment
( )  Advised of rights under            ( )  Rule 20            ( )  Rule 40
( )  Signed Consent to Transfer (Rule 20)
( )  Petition to Enter Plea Filed          ( )  Plea Agreement Attached
( )  Transfer under Rule 40 to: District of New Mexico, Albuquerque

( )  **ARRAIGNMENT AND PLEA:**                              ( )    No. of Counts
   ( )  Waived Reading of    ( )  Indictment    ( )  Information   (,)    Read to Defendant
   ( )  Previous Plea       ( )  Guilty        ( )  Not Guilty    Counts:              Withdrawn
   ( )  Guilty                                              Counts:              Accepted
   ( )  Not Guilty                                          Counts:

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Bail Denied | (x) | Bail fixed at | ( ) | Bail remain at |
| (x) | $100,000 or property | ( ) | Unsecured | (x) | Secured |
| (x) | Release Order | (x) | Executed | ( ) | Continued in effect |
| ( ) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | |
| ( ) | Detention Ordered | | | | |

**Deft's next appearance:** 9/6/05 @ 9:30 a.m. before Magistrate Judge Don Svet, Albuquerque, NM.
**Miscellaneous:** Defendant has met the bond requirement and is released on the court's conditions of pretrial release. Defendant is ordered to appear on 9/6/05 @ 9:30 a.m. before Magistrate Judge Don Svet, U.S. District Court, Cimarron Courtroom, Fifth Floor, Albuquerque. NM.

## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.

**MIKE HANNAH**

| | |
|---|---|
| Case No: | 05-5028M-01-KGS |
| Age: | 59 |
| AUSA: | David Zabel |
| Deft. Atty.: | Melody Evans, AFPD |
| | x  Appointed _____ Retained |

| | | | |
|---|---|---|---|
| JUDGE: | Sebelius | DATE: | 9/1/05 |
| DEPUTY CLERK: | Collins | CD: | KGS05-16 |
| LOCATION: | Topeka, Kansas | PRETRIAL/PROBATION: | Paulson |

**Length of Hearing:**    Detention hearing: 2 hr.

### PROCEEDINGS

| | | | |
|---|---|---|---|
| ( ) Rule 5 Hearing | ( ) Initial Revocation Hearing | ( ) Bond Hearing |
| ( ) ID/Removal Hearing | ( ) Held ( ) Waived | ( ) Bond Revocation Hearing |
| ( ) Preliminary Hearing | ( ) Held ( ) Waived | ( ) Discovery Conference |
| (x) Detention Hearing | (x) Held ( ) Waived | |
| ( ) Arraignment | ( ) Held ( ) Waived | |

( ) Interpreter:  ( ) Appointed  ( ) Sworn
( ) Charges and penalties explained to defendant
( ) Defendant sworn and examined re: financial ability to retain counsel
( ) Counsel appointed  ( ) At defendant's expense
( ) Constitutional rights explained  ( ) Felony  ( ) Misdemeanor
( ) Defendant declined to waive indictment  ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under  ( ) Rule 20  ( ) Rule 40
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed  ( ) Plea Agreement Attached
( ) Transfer under Rule 40 to:

( ) **ARRAIGNMENT AND PLEA:**  ( ) No. of Counts
    ( ) Waived Reading of  ( ) Indictment  ( ) Information  ( ) Read to Defendant
    ( ) Previous Plea  ( ) Guilty  ( ) Not Guilty  Counts: Withdrawn
    ( ) Guilty  Counts: Accepted
    ( ) Not Guilty  Counts:

| | | |
|---|---|---|
| ( ) Bail Denied | (x) Bail fixed at | ( ) Bail remain at |
| (x) $100,000 or property | ( ) Unsecured | (x) Secured |
| (x) Release Order | (x) Executed | ( ) Continued in effect |
| ( ) Deft. remanded to custody | ( ) Pending compliance with conditions of release | |
| ( ) Detention Ordered | | |

**Deft's next appearance:** Bond status hearing 9/2/05 @ 1 p.m. before Magistrate Judge Sebelius.
**Miscellaneous:** Government calls DEA Agent Richard Stark as their first witnesses. Government relies on "risk of flight and danger to community" in requesting detention. The court, after hearing the testimony of the witness, proffers of the parties and arguments of counsel, finds that government's motion for pretrial detention is DENIED. Pending compliance with the court's conditions of pretrial release, the court releases defendant on conditions of pretrial release. A secured appearance bond in the amount of $100,000 or property of equivalent equity is required. The court sets a bond status hearing for 9/2/05 @ 1 p.m. If defendant is able to post bond he is ordered to appear **Tuesday, September 6, 2005, before Magistrate Judge Svet, Cimarron Courtroom, 5th Floor, Albuquerque, NM.**

**WITNESSES FOR:**    Government

| Date | Name | Sworn |
|---|---|---|
| 9/1/05 | Richard Stark, DEA Agent | √ |