IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

 vs.                            CASE NO.   05-CR-1849 JH

**GEORGE RIPLEY,**

    **Defendant.**

<u>NOTICE OF HEARING</u>

| | |
|---|---|
| TO:  JAMES BRAUN<br>      ASSISTANT US ATTORNEY<br>      P.O. BOX 607<br>      ALBUQUERQUE, NM 87103 | JASON BOWLES<br>ATTORNEY FOR DEFT<br>P.O. BOX 25186<br>ALBUQUERQUE, NM  87125-5186 |

      **PLEASE TAKE NOTICE** that **DEFENDANT'S MOTION TO RECONSIDER DETENTION ORDER** has been set in the above matter on **WEDNESDAY, SEPTEMBER 14, 2005, at 1:30 p.m.,** before the Honorable Alan C. Torgerson, U.S. Magistrate Judge, Gila Courtroom, Fifth Floor, 333 Lomas Blvd. NW, Albuquerque New Mexico.

                                           **MATTHEW J. DYKMAN, CLERK**
                                           United States District Court

                                           _/s/ Matthew J. Dykman_____

cc:  U.S. Pre-Trial Services       Direct inquiries to:
     U.S. Marshal                        Mary Lou Gonzales
                                           Courtroom Deputy
I hereby certify that a copy       (505) 348-2055
of this Notice was distributed
to all parties on Sept. 8, 2005
via through ACE filing distribution.