## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable Judith C. Herrera

Case No.     **Cr. 05-1849 JH**          Date:   **September 8, 2005**

Title:   USA vs. Barbara Hanna

Courtroom Clerk:      Valerie Vigil         Court Reporter:      Paul Baca

Court in Session:     2:53 p.m.             Court in Recess:     2:53 p.m.

Type of Proceeding:    Hearing on USA's motion to revoke Magistrate judge's release order

Court's Rulings/Disposition:    Hearing continued; motion taken under advisement

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):
James Braun                                    Val Whitley

### Proceedings:

2:53 p.m.     Court in session.

              Defendant not present; Mr. Whitley has not spoken to his client, but waives her appearance for this portion of the hearing. Dr. Kelly is here to testify.
              No objection from Mr. Braun, as this is not an adversarial hearing.

2:59 p.m.     Testimony of Matthew Kelly as to value of property being posted as bond, and his knowledge of the risks.

3:02 p.m.     RECESS.