# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE
401 WEST WASHINGTON STREET
PHOENIX, ARIZONA 85003

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U.S. COURTHOUSE
401 WEST WASHINGTON STREET
PHOENIX, ARIZONA 85003

**WILLIAM M. MCCOOL**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS STREET
TUCSON, ARIZONA 85701

SEPTEMBER 6, 2005

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 0 8 2005

MATTHEW J. DYKMAN
CLERK

Mr. Matthew J. Dykman
Clerk
United States District Court
United States Courthouse
Suite 270
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Re: USA vs DAVID REID
 Our Magistrate Case No. 4:05-00660M
 Your Case No. CR-05-1849

Dear Mr. Dykman:

In connection with the above-entitled Removal Proceedings, enclosed herewith are the following:
(1) Copy of Warrant for Arrest
(2) Certified Copies of M/E of 08/30/05
(3) Certified Copies of Waiver of Rule 40
(4) Certified Copy of Docket Sheet

Please acknowledge receipt of same on the copy of this letter and return to the TUCSON office for filing.

RICHARD H. WEARE, CLERK

By: Johnnie-Kaye Montgomery
 Deputy Clerk

cc: US Attorney, New Mexico
 US Attorney, Tucson
 Walter Nash (Spec Appr)

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*



AO 442 (Rev. 5/93) Warrant for Arrest

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 6 2005

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# United States District Court

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

DAVID REID
9227 West Weaver Circle, Casa Grande, Arizona
214 East 2nd Street, Newberg, Oregon

To: The United States Marshal
and any Authorized United States Officer

COPY

## WARRANT FOR ARREST

CASE NUMBER: CR 05  1849
05-00660M

YOU ARE HEREBY COMMANDED to arrest _____ DAVID REID _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Count 1: 21 U.S.C. § 846 – Conspiracy to Distribute 1000 Kilograms and More of Marijuana; Count 3: 18 U.S.C. § 1956(h) – Conspiracy to Launder Money;

in violation of
Title ___21___ United States Code, Section(s) 846

Matthew J. Dykman
Name of Issuing Officer

Court Clerk
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

AUG 2 3 2005
Date and Location

ALBUQUERQUE, NEW MEXICO

Bail fixed at $ _____ by _____ _(signature)_ _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| E-FILED | | |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc

SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - TUCSON

MAGISTRATE JUDGE'S MINUTES

DATE: __8/30/05__   CASE NUMBER: __05-00660M__

USA vs. __DAVID REID__

U.S. MAGISTRATE JUDGE: __MAGISTRATE GLENDA E. EDMONDS__ Judge #: __70BH__

U.S. Attorney __James Burke_____ INTERPRETER REQ'D __N/A__

Attorney for Defendant __Walter Nash (Spec Appr)__

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT ☐ NOT PRESENT   ☒ RELEASED ☐ CUSTODY

☐ Complaint Filed ☐ DOA _____   ☐ Warrant Other District   ☐ Financial Afdvt taken
                                  ☐ Warrant Phx Div.          ☐ No Financial Afdvt taken
                                  ☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____.
Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f) is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☒ § 3142(f) ☐ § 3142(d)

PSA recommends _____; Gov't ☐ concurs ☐ objects

GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____

Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on_____

| **DETENTION HEARING:** ☒ Previously held<br>Set for:<br>before: | **REMOVAL HEARING:** ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ COMMITMENT TO ANOTHER DISTRICT ISSUED |
| ☐ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☒ ORDER BOND posted in this case be transferred to the U.S. District Court for the __New Mexico__ where this matter is pending |

☒ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the __District of New Mexico__, that there is probable cause to believe that this defendant is the __David Reed__, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

☐ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
OTHER: __Thereafter, Clerk contacted the District Court in New Mexico for Defendant's next appearance date. Matter is set for hearing on Thursday, September 15, 2005 at 9:30 A.M. before Judge Puglisi in Courtroom Cimarron, 5th Floor, 333 Lomas Blvd. Northwest.__

Copies to:   **E-FILED**
USA, CNSL, PSA

Recorded by Courtsmart

BY: Selina Durazo
Deputy Clerk

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

United States of America          **WAIVER OF RULE 5(c)(3) HEARINGS**
                                      (Excluding Probation Cases)

V.

DAVID REID

Case Number: 05-00660M-(CRP)

I, **DAVID REID**, understand that in the District of **New Mexico**, charges are pending alleging violation of 21:846 & 18:1956(h); Conspiracy to Distribute Marijuana; Conspiracy to Launder Monday, and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, FED. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

[X] identity hearing

[ ] preliminary examination

[ ] identity hearing and have been informed I have no right to a preliminary examination

[ ] identity hearing but request a preliminary examination to be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge in pending against me. I further waive the presentment of the original or the certified copy of the Warrant from the District of **New Mexico** in the District of Arizona.

*/s/ David C Reid*
Defendant

*/s/ [signature]*
Defense Counsel

8/30/05

E-FILED

U.S. District Court
DISTRICT OF ARIZONA (Tucson Division)
CRIMINAL DOCKET FOR CASE #: 4:05-mj-00660-HCE-ALL
Internal Use Only

Case title: USA v. Reid
Other court case number: CR05-1849 DISTRICT OF NEW MEXICO

Date Filed: 08/26/2005

Assigned to: Magistrate Judge Hector C Estrada

**Defendant**

**David Reid (1)**

**Pending Counts**                           **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                               **Disposition**

Count 1: 21:846 Conspiracy to Distribute marijuana;
Count 3: 18:1956(h) Conspiracy to Launder Money

**Plaintiff**

**USA**                                      represented by **James L Burke**
                                             US Attorney's Office
                                             2 Renaissance Sq
                                             405 W Congress St
                                             Ste 4800
                                             Tucson, AZ 85701-4050
                                             520-620-7300
                                             Email: james.burke@usdoj.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2005 | 1 | Arrest (Rule 40) of David Reid (JKM, ) (Entered: 09/06/2005) |
| 08/26/2005 | 2 | Minute Entry for proceedings held before Judge Hector C Estrada :Detention Hearing as to David Reid held on 8/26/2005, Initial Appearance as to David Reid held on 8/26/2005, Bond set as to David Reid (1) $10,000/PAB (Court Reporter Courtsmart.) (JKM, ) (Entered: 09/06/2005) |
| 08/30/2005 | 4 | Minute Entry for proceedings held before Judge Glenda E Edmonds :Detention previously held, removal hrg waived, as to David Reid held on 8/30/2005, Added attorney James L Burke for USA. (Court Reporter Courtsmart.) (JKM, ) (Entered: 09/06/2005) |
| 08/30/2005 | 5 | WAIVER of Rule 40 Hearings by David Reid (JKM, ) (Entered: 09/06/2005) |

| 09/06/2005 | ❸3 | ORDER Setting Conditions of Release as to David Reid (1) $10,000/PAB. Signed by Judge Hector C Estrada on 8/26/05. (JKM, ) (Entered: 09/06/2005) |
| 09/06/2005 | ❸6 | Miscellaneous Document: Rule 40 Letter to District of New Mexico from U.S. District Court Tucson, AZ as to David Reid. (JKM, ) (Entered: 09/06/2005) |

I hereby attest and certify on 9/6/05 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By_____ Deputy