IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.                                                                  No.  05-cr-1849 JH

**DANA JARVIS, et. al.,**

        Defendants.

## ENTRY OF APPEARANCE

**COMES NOW** the law offices of Timothy M. Padilla & Associates, P.C. by Timothy M. Padilla and hereby enters their appearance on behalf of MANUEL GIL, in the above-referenced matter.

Respectfully submitted:

**TIMOTHY M. PADILLA & ASSOCIATES, P.C.**

*Filed electronically on 09/09/2005*
Timothy M. Padilla, Esq.
*Attorney for Manuel Gil*
1412 Lomas Blvd. N.W.
Albuquerque, NM 87104
(505)842-0392 Fax: 842-0686

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading was delivered to the United States Attorney's Office, James R. W. Braun, AUSA at P.O. Box 607, Albuquerque, NM 87103 on this 9th day of September, 2005.

*Filed electronically on 09/09/2005*
Timothy M. Padilla, Esq.
*Attorney for Manuel Gil*