# CLERK'S MINUTES OF HEARING

HEARINGS BEFORE    **DON J. SVET, USMJ**

TYPE OF HEARING    **INITIAL PRESENTMENT**

**DEFENDANTS:**

**MATTHEW HOTTHAN**                CASE NO.    **05CR1849 JH**

DATE & TIME:    **9/9/05 @ 9:30 AM**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**James Braun**    AUSA                **Pro Se** Ret-CJA-AFPD

**M. Williams** PTS/PROB        Interpreter

**DATE OF ARREST: 9/8/05**

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|----------|---------|----------|---------|

**DJS 05-23**

**1588 - 1720    Ct - appearances - Deft**

**HEARING RESULTS/FINDINGS:**

**X**    Defendant sworn

**X**    First appearance of Defendant

**X**    Defendant advised of rights.

**X**    Defendant wants court appointed attorney--Ct approves appt of counsel

**X**    Government moves to detain.

**X**    **Detention/Arraignment set:  9/12/05 @ 9:30 a.m. before Judge Puglisi**

**X**    Defendant(s) remanded to custody

☐    Conditions of Release set at:

☐    Other