IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe NM

SEP 12 2005

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

SALVADOR ABEYTA,
    *Defendant.*

CR 05-1849 JH

ORDER

    On motion of Ralph Ellinwood, Esq. and good cause appearing, it is hereby ORDERED admitting Jason D. Lamm, Esq. to the bar of this Court, *pro hac vice*, for this cause only.

_____
Judge
United States District Court
District of New Mexico

3

113