# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### DISTRICT OF KANSAS

RALPH L. DELOACH
CLERK
INGRID CAMPBELL
CHIEF DEPUTY CLERK

259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 551-6719

Topeka, Kansas
September 8, 2005

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(913) 295-2610

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 269-6491

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 2 2005

MATTHEW J. DYKMAN
CLERK

U.S. District Court
District of New Mexico
District Court Clerk's Office
333 Lomas Blvd, NW
Albuquerque NM 87102

Re:  UNITED STATES OF AMERICA v. MIKE HANNAH
     District of Kansas Case No. 05-5028M-01-KGS
     District of NM No. CR05-1849 *TH*

Dear Clerk:

Enclosed are the following papers pursuant to proceedings held in our district before Magistrate Judge K
Gary Sebelius on August 16, 2005 and other held hearings:

    Minute Sheet of 8/26/05 (certified copy)
    Financial Affidavit (certified copy)
    Minute Sheet of 8/30/05 (certified copy)
    Waiver of Rule 5 & 5.1 Hearing (certified copy)
    Order Continuing Detention Hearing (certified copy)
    Minute Sheet of 9/1/05 (certified copy)
    Minute Sheet of 9/2/05 (certified copy)
    Order of Conditional Release (certified copy)
    Appearance Bond (certified copy)
    Order to Appear (certified copy)
    Order to Appear in District of Prosecution (certified copy)
    Case Bond Record
    Docket Sheet (attested copy)

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

RALPH L. DeLOACH, CLERK


By M Barnes
        Deputy Clerk

Enclosures
cc:     U.S. Attorney
        U.S. Probation
        U.S. Magistrate Judge K Gary Sebelius

## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.

**MIKE HANNAH**

| | |
|---|---|
| Case No: | 05-5028M-01-KGS |
| Age: | 59 |
| AUSA: | David Zabel |
| Deft. Atty.: | Ron Wurtz, AFPD |
| | x  Appointed _____ Retained |

| | | | |
|---|---|---|---|
| **JUDGE:** | Sebelius | **DATE:** | 8/26/05 |
| **DEPUTY CLERK:** | Collins | **CD:** | KGS05-16 |
| **LOCATION:** | Topeka, Kansas | **PRETRIAL/PROBATION:** | Ackerly |

Length of Hearing:    Rule 5:  15 min.

### PROCEEDINGS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | ( ) | | Initial Revocation Hearing | | ( ) | | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) | Held | ( ) | Waived | ( ) | | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) | Waived | ( ) | | Discovery Conference |
| ( ) | Detention Hearing | ( ) | Held | ( ) | Waived | ( ) | | |
| ( ) | Arraignment | ( ) | Held | ( ) | Waived | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | Interpreter: | ( ) | Appointed | | | ( ) | Sworn |
| (x) | Charges and penalties explained to defendant | | | | | | |
| (x) | Defendant sworn and examined re: financial ability to retain counsel | | | | | | |
| (x) | Counsel appointed | | ( ) | At defendant's expense | | | |
| (x) | Constitutional rights explained | | (x) | Felony | | ( ) | Misdemeanor |
| ( ) | Defendant declined to waive indictment | ( ) | Will be presented by next Grand Jury | | | | |
| ( ) | Signed Waiver of Indictment | | | | | | |
| (x) | Advised of rights under | | (x) | Rule 20 | (x) | Rule 40 | |
| ( ) | Signed Consent to Transfer (Rule 20) | | | | | | |
| ( ) | Petition to Enter Plea Filed | | ( ) | Plea Agreement Attached | | | |
| (x) | Transfer under Rule 40 to:  District of New Mexico, Albuquerque | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ( ) | **ARRAIGNMENT AND PLEA:** | | | | | | (5) | No. of Counts | |
| | ( ) | Waived Reading of | ( ) | Indictment | ( ) | Information | ( ) | Read to Defendant | |
| | ( ) | Previous Plea | ( ) | Guilty | ( ) | Not Guilty | Counts: | | Withdrawn |
| | ( ) | Guilty | | | | | Counts: | | Accepted |
| | ( ) | Not Guilty | | | | | Counts: 1, 3, 24, 25, 26 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Bail Denied | ( ) | Bail fixed at | ( ) | Bail remain at | |
| ( ) | $ | ( ) | Unsecured | ( ) | Secured | |
| ( ) | Release Order | ( ) | Executed | ( ) | Continued in effect | |
| ( ) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | | |
| ( ) | Detention Ordered | | | | | |

**Deft's next appearance: Detention & identity hearing 8/30/05 @ 2 p.m. before Magistrate Judge Sebelius**

**Miscellaneous:** The court appoints the Federal Public Defender to represent the defendant.  Government seeks detention under the Bail Reform Act due to risk of flight.  Defendant contests the issue of detention.  The court sets a detention hearing and identity hearing on 8/30/05 @ 2 p.m. before Magistrate Judge Sebelius.

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.

Date Filed: 8/26/05
RALPH L. DeLOACH, CLERK

By: _____ Deputy Clerk

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:KSD_CMECF_Security@ksd.uscourts.gov
Bcc:barb_adams@fd.org,georgia_sirridge@fd.org,david.zabel@usdoj.gov,ksd_sebelius_cha
Message-Id:<731338@ksd.uscourts.gov>
Subject:Activity in Case 5:05-mj-05028-KGS USA v. Hannah "Initial Appearance - Rule
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Kansas

Notice of Electronic Filing

The following transaction was received from Ronald E. Wurtz entered on 8/30/2005 at 1:41 PM CDT and filed on 8/26/2005

| | |
|---|---|
| **Case Name:** | USA v. Hannah |
| **Case Number:** | 5:05-mj-5028 |
| **Filer:** | Dft No. 1 - Mike Hannah |
| **Document Number:** | 1 |

**Docket Text:**
Minute Entry for Rule 5(c)(3) hearing held on 8/26/05 before Magistrate Judge K. Gary Sebelius as to defendant Mike Hannah: Attorney Ronald E. Wurtz present. Detention hearing set for 2:00 PM on 8/30/05. (Tape #KGS05-16.) (Attachments from USDC NM Case # 05-1849: # (1) Indictment; # (2) Warrant) (mb)

The following document(s) are associated with this transaction:

**Document description:Main Document**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=8/30/2005] [FileNumber=731336-0]
[b588ed661513245583c7ff461848a3ee0a30abe3b322ab33d2a7c1ad910cd2d97696
264c2493e8b9aca59b05ba72fd8933cf49ce71e33fb405b01517254df017]]
**Document description: Indictment**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=8/30/2005] [FileNumber=731336-1]
[cc7af7acf455de11ad540e6e883dfc53c54b7792d7661bab028ce51d387b7177eae6e
9057cc1706c92c696b24ac738f51c2d3a067b0a7c86cfbd2af4bab1d82d4]]
**Document description: Warrant**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=8/30/2005] [FileNumber=731336-2]
[018569e20ae453ad6bc2990daa82c8e33a7639e2ed4a44ecd0fe82d7f912f9c188ac

4f50a80f2a142ae9d3c80f5f24cc146d03c407e82997b800ddcb86f2ba08]]

**5:05-mj-5028-1 Notice will be electronically mailed to:**

Ronald E. Wurtz     ron_wurtz@fd.org, barb_adams@fd.org;georgia_sirridge@fd.org

David P. Zabel     david.zabel@usdoj.gov, tamara.mcdaniel@usdoj.gov

**5:05-mj-5028-1 Notice will be delivered by other means to:**

US vs _Mike Edwin Hannah_          DOCKET No. _05-5028M-01-KGS_

**FILED**
**FINANCIAL AFFIDAVIT**

AUG 3 0 2005

RALPH L. DeLOACH, Clerk
_____Deputy

**ASSETS**

Employed? Yes ✗  No ____   RALPH L. DeLOACH, Clerk
Name/Address _Continental SteeByWest_ ____Deputy
_3101 E. 46th St  Tuscon, AZ  85713_
Monthly Income? $ _2,200_
If No, month and year of last employment
Monthly Income at that time? $ _____

Spouse Employed? Yes ___ No ___ N/A ✗
Spouse Monthly Income? $ _____
If under 21, Parents Monthly Income $ _____

Total Household Income? $ _35,000/yr_

Other Income within Last 12 months?

_____
_____
(rent, interest, retirement, SSI, SRS)

Cash on Hand? $ _0_
Savings Account? $ _N/A_
Checking Account? $ _700_
Where are Accounts? _Compus Bnk_
_Tuscon, AZ_
_____

Stocks/Bonds? $ _____
IRA's? $ _30,000_

Real Estate?  Yes ✗ No ___
Address _____
Value? $ _200,000_
Down Payment $ _____
Equity $ _110,000_

Personal Property? $ _0_

_____
(Jewelry/tools/collections)
Life Insurance- cash value? $ _0_
Other assets? $ _____

_____

**DEBTS/LIABILITIES**

Loans Outstanding? Yes ✗  No ___
Institution? _____
Purpose? _Auto  Loan  Home_
Original Loan? $ _____
Current Balance? $ _90,000_
Monthly Payment? $ _____

Institution? _____
Purpose? _____
Original Loan? $ _____
Current Balance? $ _____
Monthly Payment? $ _____

Auto Loans? Yes ✗ No ___
Original Loan? $ _____
Current Balance? $ _____
Monthly Payment? $ _____

Auto Loans (#2)? Yes ___ No ___
Original Loan? $ _____
Current Balance? $ _____
Monthly Payment? $ _____

Credit Cards? Yes ✗ No ___
Name _____  Balance $ ____
Name _____  Balance $ ____
Name _____  Balance $ ____
Name _____  Balance $ ____
                                    _200,000_
Alimony? $ _N/A_       Per Mo.
Arrearage? Yes ___ No ___
Amount? $ _____
Child Support? $ _____ Per Mo.
Arrearage? Yes ___ No ___
Amount? $ _____

Medical Bills? $ _None_

_____

Any other debts or liabilities?
_N/A_        $ _____
_____ $ ____
_____ $ ____
_____ $ ____
_____ $ ____

_2 and 4_

Auto:Make _Chevy_ Model _3/4 Ton_ Yr _04_
Value? $ _90,000_
Auto:Make _Chevy_ Model _3/4 Ton_ Yr _54_
Value? $ _10,000_
Auto:Make _____ Model _____ Yr ____
Value? $ _____

Ever file for Bankruptcy? Yes ____ No _X_
Where?_____ When?_____

Monthly Expenses:
Rent/Mortgage $ _650_
Electric $ _240_
Heating Oil/Gas $ _____
Water/Sewer/Trash $ _20_
Telephone $ _60_
Cable TV $ _80_
Food $ _400_
Auto Repairs $ _____
Gasoline $ _____
Health Insurance $ _0_
Life Insurance $ _0_
Home/Rent Insurance $ _200_
Medical $ _50_
Clothing $ _50_
Credit Card Payments $ _1,200_
Court Fines/Restitution $ _____
Other $ _____
Other $ _____
Other $ _____

Total Income: $ _35,000_/yr
_$2,400/month_

Total Expenses: $ _2,950_

I certify the above to be correct.

_[signature]_                          _8/26/05_
Signature of the Defendant             Date

WARNING: A false or dishonest answer to a question in this affidavit may be
punishable by fine or imprisonment, or both.

_[signature]_                          _8-26-05_
U.S. Probation Officer                 Date

U.S. DISTRICT COURT )
DISTRICT OF KANSAS ) SS.
I hereby certify that
the foregoing is a true copy
of the original on file in
this court and cause.
RALPH L. DeLOACH, Clerk
By_____
Deputy
Dated _9/8/05_

## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.

**MIKE HANNAH**

| | |
|---|---|
| **Case No:** | 05-5028M-01-KGS |
| **Age:** | 59 |
| **AUSA:** | David Zabel |
| **Deft. Atty.:** | Melody Evans, AFPD |
| | x Appointed ___ Retained |

| **JUDGE:** | Sebelius | **DATE:** | 8/30/05 |
|---|---|---|---|
| **DEPUTY CLERK:** | Collins | **CD:** | KGS05-16 |
| **LOCATION:** | Topeka, Kansas | **PRETRIAL/PROBATION:** | Paulson |

**Length of Hearing:** Detention hearing: 20 min. (continued to 9/1/05 @ 8:30 a.m.)

### PROCEEDINGS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | | ( ) | Bond Hearing | |
| (x) | ID/Removal Hearing | ( ) | Held | (x) | Waived | ( ) | Bond Revocation Hearing | |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) | Waived | ( ) | Discovery Conference | |
| (x) | Detention Hearing | (x) | Continued | | | | | |
| ( ) | Arraignment | ( ) | Held | ( ) | Waived | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | Interpreter: | ( ) | Appointed | | | ( ) | Sworn |
| ( ) | Charges and penalties explained to defendant | | | | | | |
| ( ) | Defendant sworn and examined re: financial ability to retain counsel | | | | | | |
| ( ) | Counsel appointed | | | ( ) | At defendant's expense | | |
| ( ) | Constitutional rights explained | | | ( ) | Felony | ( ) | Misdemeanor |
| ( ) | Defendant declined to waive indictment | ( ) | Will be presented by next Grand Jury | | | | |
| ( ) | Signed Waiver of Indictment | | | | | | |
| ( ) | Advised of rights under | | | (x) | Rule 20 | (x) | Rule 40 |
| ( ) | Signed Consent to Transfer (Rule 20) | | | | | | |
| ( ) | Petition to Enter Plea Filed | | | ( ) | Plea Agreement Attached | | |
| (x) | Transfer under Rule 40 to: District of New Mexico, Albuquerque | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ( ) | **ARRAIGNMENT AND PLEA:** | | | | | (5) | No. of Counts | |
| | ( ) | Waived Reading of | ( ) | Indictment | ( ) | Information | ( ) | Read to Defendant |
| | ( ) | Previous Plea | ( ) | Guilty | ( ) | Not Guilty | Counts: | Withdrawn |
| | ( ) | Guilty | | | | | Counts: | Accepted |
| | ( ) | Not Guilty | | | | | Counts: 1, 3, 24, 25, 26 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | Bail Denied | ( ) | Bail fixed at | | | ( ) | Bail remain at |
| ( ) | $ | ( ) | Unsecured | | | ( ) | Secured |
| ( ) | Release Order | ( ) | Executed | | | ( ) | Continued in effect |
| ( ) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | | | |
| ( ) | Detention Ordered | | | | | | |

**Deft's next appearance:** Detention hearing 9/1/05 @ 8:30 a.m. before Magistrate Judge Sebelius

**Miscellaneous:** The defendant signs a formal waiver of identity hearing and the court finds that the defendant is the person charged in the indictment. The court proceeded to hear argument regarding the use of evidence derived from wiretap interceptions for the purpose of the pending detention hearing. After hearing arguments of counsel, the detention hearing is continued until 9/1/05 @ 8:30 a.m. to allow defendant additional time to review the documentary evidence regarding the wiretaps in preparation for the hearing. Defendant shall remain in custody pending the hearing. A separate order is also entered regarding this matter.

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.

Date Filed: 8/30/05
RALPH L. DeLOACH, CLERK

By: _____ Deputy Clerk

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:KSD_CMECF_Security@ksd.uscourts.gov
Bcc:barb_adams@fd.org,georgia_sirridge@fd.org,david.zabel@usdoj.gov,ksd_sebelius_cha
Message-Id:<734670@ksd.uscourts.gov>
Subject:Activity in Case 5:05-mj-05028-KGS USA v. Hannah "Detention Hearing "
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Kansas

Notice of Electronic Filing

The following transaction was received from mb, entered on 9/2/2005 at 1:23 PM CDT and filed on 8/30/2005

**Case Name:** USA v. Hannah
**Case Number:** 5:05-mj-5028
**Filer:**
**Document Number:** 3

**Docket Text:**
Minute Entry of dentention hearing held on 8/30/05 before Magistrate Judge K. Gary Sebelius as to defendant Mike Hannah. Attorney Melody Evans present. Defendant remanded to custody. Detention hearing continued to 8:30 AM on 9/1/05. (Tape #KGS05-16.) (mb)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=9/2/2005] [FileNumber=734668-0]

[7fd06101a560fdccd30456f1a9cf713a89b54ae45f46be7c9d02f715ac266ee8c3c04
588787f647ccdc371e1791eb45e0f70401cc369af74dd9520b1339f53a0]]

**5:05-mj-5028-1 Notice will be electronically mailed to:**

Ronald E. Wurtz    ron_wurtz@fd.org, barb_adams@fd.org;georgia_sirridge@fd.org

David P. Zabel    david.zabel@usdoj.gov, tamara.mcdaniel@usdoj.gov

**5:05-mj-5028-1 Notice will be delivered by other means to:**

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT



FOR THE _____  DISTRICT OF _____  KANSAS **AUG 3 0 2005**

| UNITED STATES OF AMERICA | RALPH L. DeLOACH, Clerk<br>By_____Deputy |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

CASE NUMBER:  05-5028M-01-KGS

MIKE HANNAH

Defendant

CHARGING DISTRICTS
CASE NUMBER:  CR05 1849

I understand that charges are pending in the _____ District of ___New Mexico___

alleging violation of ___21 USC §§ 841(a)(1) & 846 & 18 USC § 1956(a)___ and that I have been arrested in this district and
(Title and Section)

taken before a judge,  who has informed me of the charge(s) and  my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there
is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the
district of prosecution; and

(4)   Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( X )  identity hearing

(   )  preliminary hearing

(   )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of
an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____          _____
                                    *Defendant*

_____          _____
Date                                *Defense Counsel*

ECF
DOCUMENT
I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the District of Kansas.
Date Filed: 8/30/05
RALPH L. DeLOACH, CLERK.
By: MR_____  Deputy Clerk

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:KSD_CMECF_Security@ksd.uscourts.gov
Bcc:barb_adams@fd.org,georgia_sirridge@fd.org,david.zabel@usdoj.gov,ksd_sebelius_cha
Message-Id:<734678@ksd.uscourts.gov>
Subject:Activity in Case 5:05-mj-05028-KGS USA v. Hannah "Waiver of Preliminary Exam
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Kansas

Notice of Electronic Filing

The following transaction was received from mb, entered on 9/2/2005 at 1:25 PM CDT and filed on 8/30/2005

| | |
|---|---|
| **Case Name:** | USA v. Hannah |
| **Case Number:** | 5:05-mj-5028 |
| **Filer:** | Dft No. 1 - Mike Hannah |
| **Document Number:** | 5 |

**Docket Text:**
WAIVER of Preliminary Hearing by defendant Mike Hannah. (mb)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=9/2/2005] [FileNumber=734676-0]
[8022b22942c5a12b24a4f6f476d40af59ac33e28b913b741656b646ed0f2ba0794423
fce64e92fdccdf2e3aef9f09c93ed6f13ed35af7ce2175c8c69ac942e70]]

**5:05-mj-5028-1 Notice will be electronically mailed to:**

Ronald E. Wurtz    ron_wurtz@fd.org, barb_adams@fd.org;georgia_sirridge@fd.org

David P. Zabel    david.zabel@usdoj.gov, tamara.mcdaniel@usdoj.gov

**5:05-mj-5028-1 Notice will be delivered by other means to:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                 Case No. 05-5028M-01-KGS

MIKE HANNAH,

        Defendant.

## ORDER CONTINUING DETENTION HEARING
## PURSUANT TO THE BAIL REFORM ACT

On August 30, 2005, the defendant appeared for a detention hearing pursuant to 18 U.S.C. §

3142. The Government appeared by and through David Zabel, Special Assistant United States Attorney.

The defendant appeared in person and through appointed counsel, Melody Evans, Assistant Federal

Public Defender.

Previously, on August 26, 2005, the Government moved for the pretrial detention of the defendant

contending that no combination of conditions would reasonably assure the appearance of the defendant.

At the commencement of the detention hearing on August 30, 2005, the Government announced its

intention to introduce into evidence certain information derived from wiretaps, involving communications

of the defendant. Just prior to the commencement of this hearing, the Government further stated that it

had delivered to defendant's counsel a copy of the affidavit and accompanying application for which the

wiretap interception were authorized or approved. Defendant objected to the Government's use of the

contents of such intercepted communications pursuant to the requirement of 18 U.S.C. § 2518(9) that

evidence derived from such wiretaps will not be disclosed in any hearing unless each party have been

furnished such documents not less than ten (10) days before the hearing. Defendant requested two

additional days within which to review the voluminous documents (at least six or seven inches thick)

before proceeding with a detention hearing.  Defendant's counsel further requested that the defendant be released pending any such hearing.

18 U.S.C. § 2518(9) specifically provides that the ten-day period may be waived by the judge "if he finds that it was not possible to furnish the party with the above information ten days before the . . . hearing . . . and that the party will not be prejudiced by the delay in receiving such information." After hearing the arguments of counsel, the court concluded that it was not possible for the government to furnish the defendant with this information ten days before the hearing.  Further, by continuing this hearing for two additional days within which defense counsel may review the information, any potential prejudice to the defendant resulting from the delay in receiving such information will be ameliorated.

The court specifically finds good cause for a continuance of this matter pursuant to 18 U.S.C. § 3142(f)(2).  Based upon the schedules of the court and counsel, the pretrial detention hearing in this matter shall be continued until September 1, 2005, at 8:30 a.m.  Defendant shall be detained temporarily pending the detention hearing in this case.   Finally, the court finds that the period of delay resulting from the granting of the continuance for a detention hearing shall be excludable time pursuant to 18 U.S.C. § 3161(h)(8) in that the ends of justice outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated at Topeka, Kansas, this 31ª day of August, 2005.

s/ K. Gary Sebelius
K. Gary Sebelius
United States Magistrate Judge

2

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.

Date Filed: 8/3/05
RALPH L. DeLOACH, CLERK
By: m b
_____ Deputy Clerk

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:KSD_CMECF_Security@ksd.uscourts.gov
Bcc:Julie.Allmon@usdoj.gov,Melody.Witte@usdoj.gov,Nancy.Pomeroy@usdoj.gov;Patricia.C
Message-Id:<734865@ksd.uscourts.gov>
Subject:Activity in Case 5:05-mj-05028-KGS USA v. Hannah "Order"
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Kansas

Notice of Electronic Filing

The following transaction was received from mb, entered on 9/2/2005 at 2:58 PM CDT and filed on 8/31/2005

| | |
|---|---|
| **Case Name:** | USA v. Hannah |
| **Case Number:** | 5:05-mj-5028 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
ORDER to continue detention hearing: Detention hearing continued to 8:30 AM on 9/1/05 as to defendant Mike Hannah. Signed by Magistrate Judge K. Gary Sebelius on 8/31/05. (mb)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=9/2/2005] [FileNumber=734863-0]

[58041fa145579d69ab294a730324225acd2d1515b7edd2cefffc52c3f430bacf5f58d 255d8b21abea5bd6d303e968090a708fd7a3d63a603fe1a1940c335ec54]]

**5:05-mj-5028-1 Notice will be electronically mailed to:**

Ronald E. Wurtz    ron_wurtz@fd.org, barb_adams@fd.org;georgia_sirridge@fd.org

David P. Zabel    david.zabel@usdoj.gov, tamara.mcdaniel@usdoj.gov

**5:05-mj-5028-1 Notice will be delivered by other means to:**

## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.

**MIKE HANNAH**

| | |
|---|---|
| **Case No:** | 05-5028M-01-KGS |
| **Age:** | 59 |
| **AUSA:** | David Zabel |
| **Deft. Atty.:** | Melody Evans, AFPD |
| | __x__ Appointed   ____ Retained |

| | | | |
|---|---|---|---|
| **JUDGE:** | Sebelius | **DATE:** | 9/1/05 |
| **DEPUTY CLERK:** | Collins | **CD:** | KGS05-16 |
| **LOCATION:** | Topeka, Kansas | **PRETRIAL/PROBATION:** | Paulson |

**Length of Hearing:    Detention hearing: 2 hr.**

### PROCEEDINGS

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) Held | ( ) Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) Held | ( ) Waived | ( ) | Discovery Conference |
| (x) | Detention Hearing | (x) Held | ( ) Waived | | |
| ( ) | Arraignment | ( ) Held | ( ) Waived | | |

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Interpreter: | ( ) | Appointed | ( ) | Sworn |
| ( ) | Charges and penalties explained to defendant | | | | |
| ( ) | Defendant sworn and examined re: financial ability to retain counsel | | | | |
| ( ) | Counsel appointed | | ( ) At defendant's expense | | |
| ( ) | Constitutional rights explained | | ( ) Felony | ( ) | Misdemeanor |
| ( ) | Defendant declined to waive indictment | ( ) | Will be presented by next Grand Jury | | |
| ( ) | Signed Waiver of Indictment | | | | |
| ( ) | Advised of rights under | | ( ) Rule 20 | ( ) | Rule 40 |
| ( ) | Signed Consent to Transfer (Rule 20) | | | | |
| ( ) | Petition to Enter Plea Filed | | ( ) Plea Agreement Attached | | |
| ( ) | Transfer under Rule 40 to: | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | **ARRAIGNMENT AND PLEA:** | | | | | ( ) | No. of Counts |
| | ( ) Waived Reading of | ( ) | Indictment | ( ) Information | | ( ) | Read to Defendant |
| | ( ) Previous Plea | ( ) | Guilty | ( ) Not Guilty | Counts: | | Withdrawn |
| | ( ) Guilty | | | | Counts: | | Accepted |
| | ( ) Not Guilty | | | | Counts: | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Bail Denied | (x) | Bail fixed at | | ( ) | Bail remain at |
| (x) | $100,000 or property | ( ) | Unsecured | | (x) | Secured |
| (x) | Release Order | (x) | Executed | | (x) | Continued in effect |
| ( ) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | | |
| ( ) | Detention Ordered | | | | | |

**Deft's next appearance: Bond status hearing 9/2/05 @ 1 p.m. before Magistrate Judge Sebelius**

**Miscellaneous:** Government calls DEA Agent Richard Stark as their first witnesses. Government relies on "risk of flight and danger to community" in requesting detention. The court, after hearing the testimony of the witness, proffers of the parties and arguments of counsel, finds that government's motion for pretrial detention is DENIED. Pending compliance with the court's conditions of pretrial release, the court releases defendant on conditions of pretrial release. A secured appearance bond in the amount of $100,000 or property of equivalent equity is required. The court sets a bond status hearing for 9/2/05 @ 1 p.m. If defendant is able to post bond he is ordered to appear Tuesday, September 6, 2005, before Magistrate Judge Svet, Cimarron Courtroom, 5th Floor, Albuquerque, NM,

**WITNESSES FOR:**    Government

| Date | Name | Sworn |
|---|---|---|
| 9/1/05 | Richard Stark, DEA Agent | √ |

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date Filed: 9/1/05
RALPH L. DeLOACH, CLERK
By: _____ Deputy Clerk

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:KSD_CMECF_Security@ksd.uscourts.gov
Bcc:barb_adams@fd.org,georgia_sirridge@fd.org,david.zabel@usdoj.gov,ksd_sebelius_cha
Message-Id:<734901@ksd.uscourts.gov>
Subject:Activity in Case 5:05-mj-05028-KGS USA v. Hannah "Detention Hearing "
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Kansas**

Notice of Electronic Filing

The following transaction was received from mb, entered on 9/2/2005 at 3:11 PM CDT and filed on 9/1/2005

| | |
|---|---|
| **Case Name:** | USA v. Hannah |
| **Case Number:** | 5:05-mj-5028 |
| **Filer:** | |
| **Document Number:** 7 | |

**Docket Text:**
Minute Entry of detention hearing held on 9/1/05 before Magistrate Judge K. Gary Sebelius as to defendant Mike Hannah: Attorney Melody Evans present. Bond status hearing set for 1:00 PM on 9/2/05. SEE MINUTE SHEET FOR MORE DETAILS.(Tape #KGS05-16.) (mb)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=9/2/2005] [FileNumber=734899-0]
[9ad721a1f7a10413779a050546d51eaaf4cb7254431d4a198fb52c73221c73419bfd7
bfb8ad863572d2e74c9b89f24cbdd0cc1863845241cd67ac0954934ca5b]]

**5:05-mj-5028-1 Notice will be electronically mailed to:**

Ronald E. Wurtz    ron_wurtz@fd.org, barb_adams@fd.org;georgia_sirridge@fd.org

David P. Zabel    david.zabel@usdoj.gov, tamara.mcdaniel@usdoj.gov

**5:05-mj-5028-1 Notice will be delivered by other means to:**

## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

MIKE HANNAH

| | |
|---|---|
| Case No: | 05-5028M-01-KGS |
| Age: | 59 |
| AUSA: | David Zabel |
| Deft. Atty.: | Melody Evans, AFPD |
| x  Appointed | Retained |

| | | | |
|---|---|---|---|
| JUDGE: | Sebelius | DATE: | 9/2/05 |
| DEPUTY CLERK: | Collins | CD: | KGS05-16 |
| LOCATION: | Topeka, Kansas | PRETRIAL/PROBATION: | Paulson |

Length of Hearing:   Bond Status Hearing: 5 min.

### PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | (x) | Bond Status Hearing |
| ( ) | ID/Removal Hearing | ( ) | Held | ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) | Waived | ( ) | Discovery Conference |
| ( ) | Detention Hearing | ( ) | Held | ( ) | Waived | | |
| ( ) | Arraignment | ( ) | Held | ( ) | Waived | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Interpreter: | ( ) | Appointed | | ( ) | Sworn |
| ( ) | Charges and penalties explained to defendant | | | | | |
| ( ) | Defendant sworn and examined re: financial ability to retain counsel | | | | | |
| ( ) | Counsel appointed | | ( ) | At defendant's expense | | |
| ( ) | Constitutional rights explained | | ( ) | Felony | ( ) | Misdemeanor |
| ( ) | Defendant declined to waive indictment | ( ) | Will be presented by next Grand Jury | | | |
| ( ) | Signed Waiver of Indictment | | | | | |
| ( ) | Advised of rights under | | ( ) | Rule 20 | ( ) | Rule 40 |
| ( ) | Signed Consent to Transfer (Rule 20) | | | | | |
| ( ) | Petition to Enter Plea Filed | | ( ) | Plea Agreement Attached | | |
| ( ) | Transfer under Rule 40 to:  District of New Mexico, Albuquerque | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | ARRAIGNMENT AND PLEA: | | | | | ( ) | No. of Counts |
| | ( ) | Waived Reading of | ( ) | Indictment | ( ) | Information | ( ) | Read to Defendant |
| | ( ) | Previous Plea | ( ) | Guilty | ( ) | Not Guilty | Counts: | Withdrawn |
| | ( ) | Guilty | | | | | Counts: | Accepted |
| | ( ) | Not Guilty | | | | | Counts: | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Bail Denied | (x) | Bail fixed at | | ( ) | Bail remain at |
| (x) | $100,000 or property | ( ) | Unsecured | | (x) | Secured |
| (x) | Release Order | (x) | Executed | | ( ) | Continued in effect |
| ( ) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | | |
| ( ) | Detention Ordered | | | | | |

Deft's next appearance:  9/6/05 @ 9:30 a.m. before Magistrate Judge Don Svet, Albuquerque, NM
Miscellaneous: Defendant has met the bond requirement and is released on the court's conditions of pretrial release.  Defendant is ordered to
appear on 9/6/05 @ 9:30 a.m. before Magistrate Judge Don Svet, U.S. District Court, Cimarron Courtroom, Fifth Floor, Albuquerque, NM.

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the District of Kansas.
Date Filed: 9/2/05
RALPH L. DeLOACH, CLERK
By: _____ Deputy Clerk

MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:KSD_CMECF_Security@ksd.uscourts.gov
Bcc:barb_adams@fd.org,georgia_sirridge@fd.org,david.zabel@usdoj.gov,ksd_sebelius_cha
Message-Id:<734984@ksd.uscourts.gov>
Subject:Activity in Case 5:05-mj-05028-KGS USA v. Hannah "Bond Hearing"

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Kansas

Notice of Electronic Filing

The following transaction was received from mb, entered on 9/2/2005 at 3:40 PM CDT and filed on 9/2/2005
**Case Name:**          USA v. Hannah
**Case Number:**      5:05-mj-5028
**Filer:**
**Document Number:** 8

**Docket Text:**
Minute Entry bond status hearing held on 9/2/05 before Magistrate Judge K. Gary Sebelius as to defendant Mike Hannah: Attorney Melody Evans present. Defendant is released on secured bond. Defendant order to appear at 9:30 AM on 9/6/05 in the US District Court of New Mexico. (Tape #KGS05-16.) (mb)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=9/2/2005] [FileNumber=734982-0]
[10bb8f506b41419fe8ce7f569357c0a361ffa86b48d78aa49d89a9d5e225970c545b5
731cfb32d4fef97281b5472ca9c5c825d6df84cdfda6d632af4d2ea6ef4]]

**5:05-mj-5028-1 Notice will be electronically mailed to:**

Ronald E. Wurtz    ron_wurtz@fd.org, barb_adams@fd.org;georgia_sirridge@fd.org

David P. Zabel    david.zabel@usdoj.gov, tamara.mcdaniel@usdoj.gov

**5:05-mj-5028-1 Notice will be delivered by other means to:**

AO 199A    (Rev. 6/97) Order Setting Conditions of Release                                    Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

**FILED**

SEP 2 2005

RALPH L. DeLOACH, Clerk
By _____ Deputy

_____ For The _____ **District of** _____ Kansas

United States of America

V.

**ORDER SETTING CONDITIONS
OF RELEASE**

___MIKE HANNAH___               Case        05-5028M-01-KGS
Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

    (1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

    (2)  The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

    (3)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The defendant shall appear at (if blank, to be notified)   ___U.S. COURTHOUSE, 444 S.E. QUINCY,___
                                                                    Place

___TOPEKA, KANSAS___ on _____
                                                                     Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(     ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

AO 199B    (Rev. 5/99) Additional Conditions of Release    Page ___2___ of ___3___

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6)   The defendant is placed in the custody of:
(Name of person or organization) _____

(City and state) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy          Date

( X ) (7)   The defendant shall
( X ) (a)   report to the supervising pretrial services officer as directed and follow all instructions of the pretrial services office and supervising officer.
( X ) (b)   execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: $100,000—
( X ) (c)   post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described 10%
( ) (d)   execute a bail bond with solvent sureties in the amount of $ _____
( X ) (e)   maintain or actively seek employment.
( ) (f)   maintain or commence an education program.
( ) (g)   surrender any passport to: _____
( X ) (h)   obtain no passport.
( X ) (i)   abide by the following restrictions on personal association, place of abode, or travel: Reside in Bill, AZ or travel only in AZ and New Mexico for court appearances and meet will attorney
( ) (j)   avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: all defendants in this case.
( ) (k)   undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
( ) (l)   return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
( ) (m)   maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
( X ) (n)   refrain from possessing a firearm, destructive device, or other dangerous weapons.
( ) (o)   refrain from ( ) any ( ) excessive use of alcohol.
( X ) (p)   refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( X ) (q)   submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
( X ) (r)   refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
( X ) (s)   participate in one of the following home confinement program components and abide by all the requirements of the program which ( X ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
( X )   (i)   Curfew. You are restricted to your residence every day ( ) from _____ t _____ , or ( X ) as directed by the pretrial services office or supervising officer; or
( )   (ii)   Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
( )   (iii)   Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
( X ) (t)   report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
( ) (u)   _____
( ) (v)   _____
( ) (w)   _____

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199C    (Rev.6/97) Advise of Penalties . . .                                                    Page ___3___ of ___3___ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_VAIL     AZ    85641_
City and State

## Directions to United States Marshal

(   ) The defendant is ORDERED released after processing.

( X ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: ___9/1/05___                                          _____
                                                            Signature of Judicial Officer

                                                            K. Gary Sebelius, United States Magistrate Judge
                                                            Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date Filed: 9/12/05
RALPH L. DeLOACH, CLERK
By: ___mp___                                          Deputy Clerk

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:KSD_CMECF_Security@ksd.uscourts.gov
Bcc:Julie.Allmon@usdoj.gov,Melody.Witte@usdoj.gov,Nancy.Pomeroy@usdoj.gov,Patricia.C
Message-Id:<735017@ksd.uscourts.gov>
Subject:Activity in Case 5:05-mj-05028-KGS USA v. Hannah "Order Setting Conditions o
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Kansas**

Notice of Electronic Filing

The following transaction was received from mb, entered on 9/2/2005 at 3:45 PM CDT and filed on 9/1/2005

**Case Name:**        USA v. Hannah
**Case Number:**      5:05-mj-5028
**Filer:**
**Document Number:** 9

**Docket Text:**
ORDER Setting Conditions of Release as to defendant Mike Hannah (1); $10,000/Secured. Signed by Magistrate Judge K. Gary Sebelius on 9/2/05. (mb)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=9/2/2005] [FileNumber=735015-0]
[84505009c16452a318f380e4c38f116100f2f64d0dc2058ded6f3c6e67be11a84c784
5a7dba1ad75320a5323d3b71da77cf08e6c9e091e0b6195e6f2b8686133]]

**5:05-mj-5028-1 Notice will be electronically mailed to:**

Ronald E. Wurtz    ron_wurtz@fd.org, barb_adams@fd.org;georgia_sirridge@fd.org

David P. Zabel    david.zabel@usdoj.gov, tamara.mcdaniel@usdoj.gov

**5:05-mj-5028-1 Notice will be delivered by other means to:**

AO 98    (Rev. 12/03)  Appearance Bond

# UNITED STATES DISTRICT COURT

For the                    District of        Kansas

UNITED STATES OF AMERICA

v.

**MIKE HANNAH**
Defendant

**APPEARANCE BOND**

FILED

SEP 2 2005

RALPH L. DeLOACH, Clerk
By _____ Deputy

Case        05-5028M-01-KGS

Non-surety:  I, the undersigned defendant acknowledge that I and my . . .
Surety:  We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _100,000_⁰⁰_____ , and there has been deposited in the Registry of the Court the sum of
$ ____10,000_⁰⁰___ in cash or produce at 15300 3rd Col (co) (or) (describe other security.)
(Vail, AZ 85641)

The conditions of this bond are that the defendant    MIKE HANNAH
_____
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any
and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a
condition of defendant's release as may be ordered or notified by this court or any other United States District Court to
which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered
in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such
judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which
shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this
bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the
amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any
United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is
forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States
District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and
execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws
of the United States.

This bond is signed on ___9/1/05___ at ___TOPEKA, KANSAS___
                              Date                              Place

Defendant _____    Address _VAIL AZ  85641_
                                                                        City and State

Surety _____    Address _____

Surety _____    Address _____

Signed and acknowledged before me ___9/1/05___
                                                          Date

Approved ___K. Gale Sebelius___

Judge/Clerk

DOCUMENT
I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the District of Kansas.
Date Filed: 9/2/05
RALPH L. DeLOACH, CLERK
By: _____ Deputy Clerk

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:KSD_CMECF_Security@ksd.uscourts.gov
Bcc:KSDml_Finance_KC@ksd.uscourts.gov,Julie.Allmon@usdoj.gov,Melody.Witte@usdoj.gov,
Message-Id:<735020@ksd.uscourts.gov>
Subject:Activity in Case 5:05-mj-05028-KGS USA v. Hannah "Bond"
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Kansas

Notice of Electronic Filing

The following transaction was received from mb, entered on 9/2/2005 at 3:47 PM CDT and filed on 9/1/2005

**Case Name:**          USA v. Hannah
**Case Number:**       5:05-mj-5028
**Filer:**
**Document Number:** 10

**Docket Text:**
Appearance Bond Posted as to defendant Mike Hannah: $10,000/Secured. (mb)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=9/2/2005] [FileNumber=735018-0]
[21860148c8c4dcb55223b4c543f4648eae06d9c67b854b800a72621d47b788e075ec9
6d07e84b6e83403dc74d057df31b6918095fab21622132dee945340d258]]

**5:05-mj-5028-1 Notice will be electronically mailed to:**

Ronald E. Wurtz     ron_wurtz@fd.org, barb_adams@fd.org;georgia_sirridge@fd.org

David P. Zabel     david.zabel@usdoj.gov, tamara.mcdaniel@usdoj.gov

**5:05-mj-5028-1 Notice will be delivered by other means to:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Case No. 05-5028M-01-KGS
Charging District's Case No.: CR05 1849

MIKE HANNAH,

Defendant.

## ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION

The defendant having appeared before this Court and proceedings having been concluded and

the defendant released;

IT IS ORDERED that the defendant shall answer in the United States District Court for the

District of New Mexico at Albuquerque. The defendant shall appear at all proceedings as required .

The defendant shall next appear before Magistrate Judge Don J. Svet, United States District Court,

630 U.S. Courthouse, Cimarron Courtroom, Fifth Floor, 333 Lomas Boulevard, N.W., Albuquerque,

New Mexico. on **September 6, 2005, at 9:30 a.m.**

Dated this 2nd day of September, 2005, at Topeka, Kansas.

 s/ K. Gary Sebelius
K. Gary Sebelius
United States Magistrate Judge

ECF
DOCUMENT
I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the District of Kansas.
Date Filed: 9/2/05
RALPH L. DeLOACH, CLERK
By: _____ Deputy Clerk

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:KSD_CMECF_Security@ksd.uscourts.gov
Bcc:Julie.Allmon@usdoj.gov,Melody.Witte@usdoj.gov,Nancy.Pomeroy@usdoj.gov,Patricia.C
Message-Id:<735031@ksd.uscourts.gov>
Subject:Activity in Case 5:05-mj-05028-KGS USA v. Hannah "Order"
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Kansas

Notice of Electronic Filing

The following transaction was received from mb, entered on 9/2/2005 at 3:49 PM CDT and filed on 9/2/2005

**Case Name:**      USA v. Hannah
**Case Number:**      5:05-mj-5028
**Filer:**
**Document Number:** 11

**Docket Text:**
ORDER TO APPEAR as to defendant Mike Hannah: Defendant to appear at 9:30 AM on 9/6/05 in US District Court, District of New Mexico. Signed by Magistrate Judge K. Gary Sebelius on 9/2/05. (mb)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=9/2/2005] [FileNumber=735029-0]
[45078d67f1569a4a3b6f843a81ac91b9b4840d170822c181d5e3d06367e8a51a509a2
94d873ecec14dabb74 4b24fc8b10ab6d075ddf3ec3562080dcd6648dec1]]

**5:05-mj-5028-1 Notice will be electronically mailed to:**

Ronald E. Wurtz    ron_wurtz@fd.org, barb_adams@fd.org;georgia_sirridge@fd.org

David P. Zabel    david.zabel@usdoj.gov, tamara.mcdaniel@usdoj.gov

**5:05-mj-5028-1 Notice will be delivered by other means to:**

AO 467 (Rev. 9/03) Order for Defendant to Appear



# UNITED STATES DISTRICT COURT

FILED

SEP 6 2005

RALPH L. DeLOACH, Clerk

By_____ Deputy

FOR THE _____ DISTRICT OF _____ KANSAS

UNITED STATES OF AMERICA

v.

MIKE HANNAH

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 05-5028M-01-KGS

CHARGING DISTRICTS
CASE NUMBER: CR05 1849

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ District of _____New Mexico_____ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the _____U.S. District Court, 333 Lomas Blvd., N.W. Albuquerque, NM_____
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)
U.S. District Court, Magistrate Judge Svet, Cimmaron Courtroom _____ on _____September 6, 2005, at 9:30 a.m._____
*Date and Time*

_____
Signature of Judge

_____September 6, 2005_____
*Date*

_____K. Gary Sebelius, U.S. Magistrate Judge_____
*Name and Title of Judge*

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date Filed: 9/6/05
RALPH L. DeLOACH, CLERK
By: _____ Deputy Clerk

**Other Orders/Judgments**
5:05-mj-05028-KGS USA v. Hannah **CASE CLOSED on 09/02/2005**

**U.S. District Court**

**District of Kansas**

Notice of Electronic Filing

The following transaction was received from mb, entered on 9/8/2005 at 9:29 AM CDT and filed on 9/6/2005
**Case Name:**       USA v. Hannah
**Case Number:**    5:05-mj-5028
**Filer:**
**Document Number:** 12

**Docket Text:**
ORDER as to defendant Mike Hannah: Order to appear in district of prosecution. Signed by Magistrate Judge K. Gary Sebelius on 9/6/05. (mb)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=9/8/2005] [FileNumber=737614-0]
[82a6e945569f37bc79e3b40734d2293521df0f6afab2e1054d900276b6deb35c0a8b5
d80dde7d9a7228d3b97f88e255df237fcb13fe49050e1b007fda9b3d1c4]]

**5:05-mj-5028-1 Notice will be electronically mailed to:**

Ronald E. Wurtz     ron_wurtz@fd.org, barb_adams@fd.org;georgia_sirridge@fd.org

David P. Zabel     david.zabel@usdoj.gov, tamara.mcdaniel@usdoj.gov

**5:05-mj-5028-1 Notice will be delivered by other means to:**

# UNITED STATES DISTRICT COURT OF KANSAS
## CASH BOND RECORD FOR AMOUNTS OF $10,000 AND ABOVE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>·VS.<br><br>MIKE HANNAH | CRIMINAL CASE # 05-5028M-01-KGS |

I, the undersigned, hereby notify the Clerk of Court that I am posting cash bond in the amount of $ 10,000.00 _____ on behalf of _____ Mike Hannah _____ defendant in the above-entitled matter.

Upon exoneration of the terms and conditions of the bond, as determined by the Court, the full amount posted should be returned to _____ Carol Lee Huntington _____.

Dated: 9/2/05

Signature

| Carol Lee Huntington | Mike Hannah |
|---|---|
| Full Name of Person Posting Bond | Full Name of Defendant |
| 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 | 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 |
| Social Security # | Social Security # |
| 9/16/1947 | 7/6/1946 |
| Date of Birth | Date of Birth |
| Continental Steel West | Steel Fabricator |
| Occupation | Occupation |
| 15300 E. Colossal Cave Rd | 15300 E. Colossal Cave Rd |
| Full Street Address | Full Street Address |
| Vail, AZ 85641 | Vail, AZ 85641 |
| City, State, Zip | City, State, Zip |

Identification Verification of Individual from Whom the Cash was Received (to be completed by Clerk's office):

561648829

Identification Examined (include #)

State of Arizona

Identification Issued By

Deputy Clerk Signature

| US Currency | | Foreign Currency | | Cashier's Check(s) | | Money Order(s) | | Bank Draft(s) | | Traveler's Check(s) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ✗ | | |

Amount in $100 bills or higher _____    County _____

Wire transfer to Intrust Bank in Wichita to Courts Account
Issuer's Name & Serial #'s of monetary instrument

CLOSED

# U.S. District Court
## District of Kansas (Topeka)
### CRIMINAL DOCKET FOR CASE #: 5:05-mj-05028-KGS-ALL
#### Internal Use Only

Case title: USA v. Hannah                 Date Filed: 08/26/2005
Other court case number: 05-1849 USDC New Mexico

---

Assigned to: Magistrate Judge K. Gary
Sebelius

**Defendant**

**Mike Hannah** (1)            represented by   **Ronald E. Wurtz**
*TERMINATED: 09/02/2005*                Office of Federal Public Defender -
                                       Topeka
                                       U.S. Post Office Building
                                       424 South Kansas Avenue
                                       Topeka, KS 66603-3439
                                       785-232-9828
                                       Fax: 785-232-9886
                                       Email: ron_wurtz@fd.org
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*
                                       *Designation: Public Defender or*
                                       *Community Defender Appointment*

**Pending Counts**                                **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                         **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                   **Disposition**

21:846=MD.F, 18:1956-6501.F



ATTEST: A true copy
RALPH L. DeLOACH, Clerk
By ___ Deputy

---

**Plaintiff**

**USA**                                  represented by  **David P. Zabel**
                                                         Office of United States Attorney --
                                                         Topeka
                                                         290 U.S. Courthouse
                                                         444 S.E. Quincy
                                                         Topeka, KS 66683-3592
                                                         785-295-7691
                                                         Fax: 785-295-2853
                                                         Email: david.zabel@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2005 | ❶ | Arrest (Rule 5(c)(3)) of defendant Mike Hannah (mb) (Entered: 08/30/2005) |
| 08/26/2005 | ❶1 | Minute Entry for Rule 5(c)(3) hearing held on 8/26/05 before Magistrate Judge K. Gary Sebelius as to defendant Mike Hannah: Attorney Ronald E. Wurtz present. Detention hearing set for 2:00 PM on 8/30/05. (Tape #KGS05-16.) (Attachments from USDC NM Case # 05-1849: # 1 Indictment; # 2 Warrant) (mb) (Entered: 08/30/2005) |
| 08/26/2005 | ❶2 | FINANCIAL AFFIDAVIT by defendant Mike Hannah. (NOTE: This document is not available for public viewing) (mb) (Entered: 08/30/2005) |
| 08/30/2005 | ❶3 | Minute Entry of detention hearing held on 8/30/05 before Magistrate Judge K. Gary Sebelius as to defendant Mike Hannah: Attorney Melody Evans present. Defendant remanded to custody. Detention hearing continued to 8:30 AM on 9/1/05. (Tape #KGS05-16.) (mb) (Entered: 09/02/2005) |
| 08/30/2005 | ❶4 | FINANCIAL AFFIDAVIT by defendant Mike Hannah. (NOTE: This document is not available for public viewing) (mb) (Entered: 09/02/2005) |
| 08/30/2005 | ❶5 | WAIVER of Preliminary Hearing by defendant Mike Hannah. (mb) (Entered: 09/02/2005) |
| 08/31/2005 | ❶6 | ORDER to continue detention hearing: Detention hearing continued to 8:30 AM on 9/1/05 as to defendant Mike Hannah. Signed by Magistrate Judge K. Gary Sebelius on 8/31/05. (mb) (Entered: 09/02/2005) |
| 09/01/2005 | ❶7 | Minute Entry of detention hearing held on 9/1/05 before Magistrate Judge K. Gary Sebelius as to defendant Mike Hannah: Attorney Melody Evans present. Bond status hearing set for 1:00 PM on 9/2/05. SEE MINUTE SHEET FOR MORE DETAILS.(Tape #KGS05-16.) (mb) (Entered: 09/02/2005) |
| 09/02/2005 | ❶8 | Minute Entry bond status hearing held on 9/2/05 before Magistrate Judge K. Gary Sebelius as to defendant Mike Hannah: Attorney Melody Evans |

| | | |
|---|---|---|
| | | present. Defendant is released on secured bond. Defendant order to appear at 9:30 AM on 9/6/05 in the US District Court of New Mexico. (Tape #KGS05-16.) (mb) (Entered: 09/02/2005) |
| 09/02/2005 | ●9 | ORDER Setting Conditions of Release as to defendant Mike Hannah (1); $10,000/Secured. Signed by Magistrate Judge K. Gary Sebelius on 9/1/05. (mb) (Entered: 09/02/2005) |
| 09/02/2005 | ●10 | Appearance Bond Posted as to defendant Mike Hannah: $10,000/Secured. (mb) (Entered: 09/02/2005) |
| 09/02/2005 | ●11 | ORDER TO APPEAR as to defendant Mike Hannah: Defendant to appear at 9:30 AM on 9/6/05 in US District Court, District of New Mexico. Signed by Magistrate Judge K. Gary Sebelius on 9/2/05. (mb) (Entered: 09/02/2005) |
| 09/02/2005 | | Case and defendant Mike Hannah terminated. (mb) (Entered: 09/02/2005) |
| 09/06/2005 | ●12 | ORDER as to defendant Mike Hannah: Order to appear in district of prosecution. Signed by Magistrate Judge K. Gary Sebelius on 9/6/05. (mb) (Entered: 09/08/2005) |
| 09/08/2005 | ●13 | Rule 5(c)(3) removal hearing papers sent to District of New Mexico as to defendant Mike Hannah. (mb) (Entered: 09/08/2005) |