# CLERK'S MINUTES OF ARRAIGNMENT

Date **September 12, 2005**   Judge **Richard L. Puglisi**   Clerk **Denise Sanchez**

USA vs. **Matthew Hotthan**   Crim. No. **05CR1849 JH**

Deft. present with/without counsel **P Jeffrey Jones for Stephen Aarons, Esq.**
                                            Name                Apptd/Retd

U.S. represented by **James Braun,** AUSA

Deft. not present _____   Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present: Yes/No   Name of Interpreter
Interpreter Used: Yes/No   Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

_X__ Name Matthew Hotthan   SS# __-__-3283
____ DOB **21; '83**   Tel. No.
____ Residence Address
____ Extent of education/schooling **high school**

**N**    Whether he/she is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction

**Y**    Whether he/she has received a copy of the Indictment/Information

**Y**    Whether he/she has had time to consult with attorney regarding penalties

**N**    Whether he/she wants Indictment/Information read in open court

**Y**    Whether he/she will waive reading of Indictment/Information

**Y**    Whether he/she is ready to plead

**X**    Defendant entered plea of not guilty to all counts

___    Defendant entered plea of not guilty to count Nos.

**X**    Matter referred to USDC

**X**    Counsel ordered to file any motions by   **10/3/05   Confer by: 9/22/05**

**X**    Case assigned to:   **JUDGE:        HERRERA**

**X**    Trial set on trailing docket   **to be notified**

___    Defendant requested psychiatric examination. Instructed to file motion in USDC

**X**    Bond set/continued at **No bond/custody**

___    Previous bond motion denied; advised to file bond appeal in USDC

___    Unseal Case

___    Penalty for failure to appear explained

**X**    Discovery Order electronically filed

___    First Appearance of Defendant   MAG. TAPE NO. **RLP 05-15 @ 0 - 235**

**OTHER:**   **Det hrg: Govt argues that the presumption applies; Court finds deft to be a danger to the community finding that the presumption applies and due to deft's failures to appear and unstable background**