**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 2 2005

MATTHEW J. DYKMAN
CLERK

LAW OFFICES OF
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893

Attorney for Defendant Reid

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR-05-1849- *JH* |
| | ) | 05-00660-M(CRP) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| David Reid, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The conditions of release for the Defendant are modified as set forth herein. On September 1, 2005, the Defendant shall be allowed to travel to San Diego, California and Aspen, Colorado, on September 6, 2005, to Aspen, Colorado and Wickenburg, Arizona, and on September 10, 2005, to Wickenburg, Arizona. In all other respects, the conditions of release shall remain unchanged.

DATED this 31st day of August, 2005.

**CHARLES R. PYLE**
**UNITED STATES MAGISTRATE JUDGE**

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Copy of the foregoing mailed/
delivered this ___ day of
August, 2005, to:

Jose Valencia
U.S. Pretrial Services
405 W. Congress Street
Tucson, Arizona 85701

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

-2-