IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

September 12, 2005

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 4 2005

District of New Mexico

333 Lomas Blvd N.W.,

Albuquerque, NM 87102

**MATTHEW J. DYKMAN**
CLERK

Re: U.S.A. v. Geno Berthoud
Colorado Case Number: 05-1191M
Originating District's Case No.: CR051849. *JH*

Dear Clerk:

Enclosed please find a certified docket sheet and all original documents from our file which are being forwarded pursuant to Rule 5 and 5.1 of the Federal Rules of Criminal Procedure:

Please acknowledge receipt of the enclosed documents on the enclosed copy of this letter.

GREGORY C. LANGHAM , CLERK

By: _____
Tracey Lee, Deputy Clerk

121

TERMED

# U.S. District Court
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:05-mj-01191-CBS-ALL
## Internal Use Only

Case title: USA v. Berthod
Other court case number: CR 05-1849 District of New Mexico

Date Filed: 08/25/2005

Assigned to: Magistrate Judge Craig B Shaffer

**Defendant**

**Geno Berthod** (1)
*TERMINATED: 09/09/2005*
*also known as*
Old Man (1)
*TERMINATED: 09/09/2005*

represented by **John Andrew Chanin**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver, CO 80202
U.S.A
303-294-7002
Fax: 303-294-1192
Email: John_Chanin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 12th day of Sept. 05
GREGORY C. LANGHAM
By_____ Deputy

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Plaintiff**

**USA**  represented by  **David Robert Steinman**
United States Attorney's Office-Denver
Colorado
1225 17th Street
#700
Denver, CO 80202
U.S.A
303-454-0100
Fax: 454-0404
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2005 | 1 | RULE 5 AFFIDAVIT from the District of New Mexico as to Geno Berthod (klt, ) (Entered: 08/27/2005) |
| 08/25/2005 | 2 | Minutes of Initial Appearance in Rule 5(c)(3) Proceedings before Judge Craig B Shaffer : as to Geno Berthod held on 8/25/2005; FPD appointed for defendant; Detention and Identity Hearing set for 8/30/2005 10:00 AM before Magistrate Judge Craig B Shaffer; dft remanded (Court Reporter FTR CBS PM.) (klt, ) (Entered: 08/27/2005) |
| 08/25/2005 | 3 | CJA 23 Financial Affidavit by Geno Berthod (klt, ) (Entered: 08/27/2005) |
| 08/29/2005 | 4 | NOTICE OF ATTORNEY APPEARANCE: John Andrew Chanin appearing for Geno Berthod (tll, ) (Entered: 08/29/2005) |
| 08/31/2005 | 5 | Minutes of detention and preliminary hearing before Judge Craig B Shaffer : as to Geno Berthod held on 8/31/2005; dft waived identity hearing; witness/testimony re:detention issue; court orders defendant detained pending further proceedings; dft remanded (Court Reporter FTR CBS PM.) (kltsl, ) (Entered: 09/08/2005) |
| 09/09/2005 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Geno Berthod. Defendant committed to District of New Mexico. Signed by Magistrate Judge O. Edward Schlatter on 9/9/05. (klt, ) (Entered: 09/12/2005) |
| 09/09/2005 |  | MAGISTRATE CASE TERMINATED as to Geno Berthod. Signed by Magistrate Judge O. Edward Schlatter on 9/9/05. (klt, ) (Entered: 09/12/2005) |
| 09/09/2005 | 7 | Removal Documents Sent To District of New Mexico (tll, ) (Entered: 09/12/2005) |

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA V. Jene Berthoud | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Colorado | New Mexico | 05-1191 M | CR05 1849 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of _____ U.S.C. §

**DISTRICT OF OFFENSE:** New Mexico

**DESCRIPTION OF CHARGES:**


**CURRENT BOND STATUS:**
☐ Bail fixed at $ _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

**DISTRICT OF** _____

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____9-9-05_____   _____[signature]_____
Date                                      Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer<br>U.S. Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 05-1191M<br>Date: August 31, 2005 | FTR CBS-PM |
| UNITED STATES OF AMERICA | David Stein |
| v. | |
| Geno Berthoud | John Chanin |

## IDENTIFICATION AND DETENTION HEARING

Court in Session:3:07pm

Court calls case and appearances of counsel. Sue Heckman is present from pretrial services.

Defendant waives identity hearing. Waiver tendered to the court.

Government proceeds on preliminary hearing.

Court takes judicial notice of pre-trial reports.

Government calls Agent Kenneth Valdez as a witness. Witness is sworn.

Government direct examination. Defense attorney cross examination.

Government is asking for detention. Defense is asking for release on bond.

**ORDERED**: Presumption has not been rebutted. Court finds that there are no conditions or combination of conditions that will assure the defendant's presence in court.

**ORDERED:** Defendant remanded, pending further proceedings.
Defendant remanded to the custody of the U.S. Marshal.

Court in Recess:3:36pm
Time: 28 minutes



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 05-1191M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GENO BERTHOD,

    Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

The defendant, through undersigned counsel, objects to the arraignment under Rule 10 of the Federal Rules of Criminal Procedure being conducted by video conference and requests to be personally present in open court during the arraignment.

                        Respectfully submitted.

                        RAYMOND P. MOORE
                        Federal Public Defender

                        JOHN A. CHANIN
                        Assistant Federal Public Defender
                        633 - 17th Street, Suite 1000
                        Denver, Colorado 80202
                        (303) 294-7002

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF APPEARANCE** was furnished to the following on August 29, 2005:

Dave Steinman
Assistant U.S. Attorney
1225 - 17th Street, Suite 700
Denver, Colorado 80202


_____
Socorro West

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA23
D/CO Mod. 04/02

IN UNITED STATES DISTRICT COURT

| THE UNITED STATES VS. | FOR UNITED STATES DISTRICT COURT AT DENVER, COLORADO |
|---|---|

**PERSON PRESENTED** (Show your full name)

Berthod, Geno

**CHARGE/OFFENSE** (Describe if applicable & check box)   [X] Felony   [ ] Misdemeanor

Marijuana

1 [X] Defendant - Adult
2 [ ] Defendant - Juvenile
3 [ ] Appellant
4 [ ] Probation Violator
5 [ ] Parole Violator
6 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [ ] Material Witness
9 [ ] Other (Specify)

**DOCKET NUMBERS**
Magistrate
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you employed? [ ] Yes [X] No [ ] Am Self-Employed
Name and address of employer:
IF YES, Monthly Income? $
IF NO, Give month and year of last employment ___ Monthly Income $
If married is your spouse employed? [ ] Yes [X] No
IF YES, Monthly Income? $
If a minor under age 21, what is your parents or guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession, or other form of self-employment, or in the form of rent payments, interest, dividend, retirement or annuity payments, or other sources? [ ] Yes [X] No
Received ___ Sources ___
IF YES, Give Amount Received and Identify the Sources

**CASH**
Have you any cash on hand or money in savings or checking accounts? [ ] Yes [ ] No IF YES, State Total Amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No
Value ___ Description ___
IF YES, Give Value and Description

**DEPENDENTS**
Marital Status: [X] Single [ ] Married [ ] Widowed [ ] Separated/Divorced
Total No. of Dependents ___
List persons you actually support and your relationship to them.

**OBLIGATIONS AND DEBTS**
DEBTS AND MONTHLY BILLS
(List all creditors, including banks, loan companies, charge accounts, etc.)

| Apartment or Home | Creditors | Total Debt | Monthly Pmt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): ___

Signature of Defendant (or Person Represented) → *Gene Berthod*

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CRAIG B. SHAFFER<br>U.S. MAGISTRATE JUDGE | Lucy Kenyon<br>Deputy Clerk |
| Case Number: 05-1191M<br>Date: AUGUST 25, 2005 | FTR CBS PM |
| UNITED STATES OF AMERICA | David Steinman |
| v. | |
| GENO BERTHOD | Without Counsel |

### INITIAL APPEARANCE (RULE 5 IN FROM NEW MEXICO)

Court in Session: 2:28 p.m.

Court calls case and appearances. Susan Heckman is present from Pretrial Services.
Defendant advised of all rights, charges and penalties.

Defendant states that he is unable to retain counsel and requests that the Court appoint counsel. Financial affidavit is tendered.

**ORDERED:** The Office of the Federal Public Defender has been appointed to represent the defendant.

Government is seeking detention.

**ORDERED:**
- Identity and Detention Hearing is set for **August 30, 2005 at 10:00 a.m.**
- Defendant remanded to custody.

Court in Recess: 2:36 p.m.

Hearing Concluded
Time: 8 minutes

