UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE, NEW MEXICO

## CLERK'S MINUTES
### BEFORE THE HONORABLE ALAN C. TORGERSON

**DEFENDANTS:**   GEORGE RIPLEY

**TYPE OF HEARING:** BAIL REVIEW
**CASE NO.** 05-CR-1849 JH
**DATE & TIME** 9/14/05 @ 1:30 p.m.
**INTERPRETER**
**CLERK:** Mary Lou Gonzales

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

AUSA JAMES BRAUN         JASON BOWLES  (X) APPT ( ) RET

Richard Stark SA DEA

PTS OFFICER   Sami Guerts & Ben Aragon

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| 05-025 ACT | | | |
| @ 2899 | Bowles Proffer | | |
| 3501 | USA's Proffer | | |
| 3537 | Court's Ruling | | |

**DATE OF ARREST:**        **UNSEAL CASE?**

**HEARING RESULTS/FINDINGS:** Court takes judicial notice of the proffered testimony of counsel and the supplemental memorandum to the pre-trial services report; Court finds the deft's motion is well-taken and fashions the following conditions of release: Halfway House with all the standard conditions and the following special conditions: $100,000 property bond, comply with all rules/regulations of the Halfway House, maintain work, no drugs, drug testing/treatment as directed, no alcohol, no guns, appear at all court hearings, no contact with the co-defts in this case, and surrender his passport. Deft remains in the custody of the U.S. Marshal until all conditions have been met.