IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Cause No. 05-CR-1849-JH |
| § | |
| DANA JARVIS, *et al*, § | |
| § | |
| Defendants. § | |
| § | |

## ENTRY OF APPEARANCE

Silva & Saucedo, P.C. (Benjamin Silva, Jr.) hereby enters its appearance in this cause on behalf of Defendant David Reid.

Respectfully submitted,

SILVA & SAUCEDO, P.C.

By: /s/ 
Benjamin Silva, Jr.
Christopher I. Saucedo
201 Third Street N.W., Suite 1800
Post Office Box 100
Albuquerque, New Mexico 87103-0100
Telephone: (505) 246-8300

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2005, I served a true and correct copy of the entry of appearance on the following individuals at the following addresses or by fax at their addresses of record:

James Braun, AUSA
P.O. Box 607
Albuquerque, NM 87103
*Counsel for the Government*

Judith Rosenstein
PO Box 25622
Albuquerque, NM 87125-0622
*Counsel for Dana Jarvis*

Ed Bustamante
610 Gold Ave. SW #214
Albuquerque, NM 87102-3182
*Counsel for Ralph Greene*

Cliff McIntyre
1500 Montain Rd. NW
Albuquerque, NM 87104-1359
*Counsel for Cathy Fitzgerald*

Peter Schoenburg, Cammie Nichols
500 Fourth St. NW #400
Albuquerque, NM 87102-2174
*Counsel for Pat Berssenbrugge*

Penni Adrian
4300 Carlisle Blvd., NE #4
Albuquerque, NM 87107-4827
*Counsel for Russell Trujillo*

Kari Converse
122 Tulane Dr. SE
Albuquerque, NM 87106
*Counsel for Greg Hill*

Jason Bowles
PO Box 25186
Albuquerque, NM 87125
*Counsel for George Ripley*

Tim Padilla
1412 Lomas Blvd. NW
Albuquerque, NM 87104-1236
*Counsel for Manuel Gil*

Ann Steinmetz
Box 4305
Albuquerque, NM 87196-4305
*Counsel for Mary Cannant*

Jason D. Lamm
1300 East Missouri Ave. B-200
Phoenix, AZ 85014
*Counsel for Salvador Abeyta*

Ann Steinmetz
PO Box 4305
Albuquerque, NM
*Counsel for Mary Cannant*

Kirtan K. Khalsa
Fine Law Firm
220 Ninth Street NW
Albuquerque, NM 87102
*Counsel for Sam Jones*

Stephen D. Aarons
PO Box 1027
Santa Fe, NM 87504-1027
*Counsel for Matthew Hotthan*

L Val Whitley
308 Griffin St.
Santa Fe, NM 87501
*Counsel for Barbara Hanna*

Brian A. Pori
204 Bryn Mawr NE
Albuquerque, NM 87106
*Counsel for Mike Hannah*