## CLERK'S MINUTES OF ARRAIGNMENT

Date **September 15, 2005**        Judge **Richard L. Puglisi**    Clerk **Denise Sanchez**

USA vs. **SALVADOR ABEYTA**        Crim. No. **05CR1849 JH**

Deft. present with/without counsel **Jason Lamm, Esq. (Ret'd)**
                                                Name              Apptd/Retd

U.S. represented by **James Braun,** AUSA

Deft. not present _____        Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____    Bond forfeited _____
Interpreter present: Yes/No        Name of Interpreter
Interpreter Used: Yes/No           Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

__X__  Name __Salvador Abeyta__        SS# ___-___-9306
__X__  DOB **32; '72**  Tel. No. ____
____   Residence Address
__X__  Extent of education/schooling __Associates Degree and presently Junior year of college__

__N__  Whether he/she is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction

__Y__  Whether he/she has received a copy of the Indictment/Information

__Y__  Whether he/she has had time to consult with attorney regarding penalties

__N__  Whether he/she wants Indictment/Information read in open court

__Y__  Whether he/she will waive reading of Indictment/Information

__Y__  Whether he/she is ready to plead

**X**  Defendant entered plea of not guilty to all counts

___   Defendant entered plea of not guilty to count Nos.

**X**  Matter referred to USDC

**X**  Counsel ordered to file any motions by  **10/5/05   Confer by: 9/24/05**

**X**  Case assigned to:  **JUDGE:       HERRERA**

**X**  Trial set on trailing docket    **to be notified**

___   Defendant requested psychiatric examination. Instructed to file motion in USDC

**X**  Bond set/continued at  as set by the Honorable USMJ Voss in Phoenix, AZ:  O/R w/electronic monitoring

___   Previous bond motion denied; advised to file bond appeal in USDC

___   Unseal Case

**X**  Penalty for failure to appear explained

**X**  Discovery Order electronically filed

**X**  First Appearance of Defendant        MAG. TAPE NO. **RLP 05-16 @ 0-284**

**OTHER:**    **No objection by govt to continue conditions as set in Phoenix**