## CLERK'S MINUTES OF ARRAIGNMENT

Date **September 15, 2005**        Judge **Richard L. Puglisi**    Clerk **Denise Sanchez**

USA vs. **DAVID REID**  Crim. No. **05CR1849 JH**

Deft. present with/without counsel  **Ben Silva, Esq. (Ret'd)**
                                                                Name                    Apptd/Retd

U.S. represented by  **James Braun,** AUSA

Deft. not present _____        Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present: Yes/No        Name of Interpreter
Interpreter Used:  Yes/No          Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**
- **X**  Name  David Curtis Reid          SS#   -  - 5435
- **X**  DOB **50; '55** Tel. No. ___
- ___  Residence Address
- **X**  Extent of education/schooling   Junior year of college
- **N**  Whether he/she is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction
- **Y**  Whether he/she has received a copy of the Indictment/Information
- **Y**  Whether he/she has had time to consult with attorney regarding penalties
- **N**  Whether he/she wants Indictment/Information read in open court
- **Y**  Whether he/she will waive reading of Indictment/Information
- **Y**  Whether he/she is ready to plead

| | |
|---|---|
| **X** | Defendant entered plea of not guilty to all counts |
| ___ | Defendant entered plea of not guilty to count Nos. |
| **X** | Matter referred to USDC |
| **X** | Counsel ordered to file any motions by   **10/5/05   Confer by:  9/24/05** |
| **X** | Case assigned to:  **JUDGE:           HERRERA** |
| **X** | Trial set on trailing docket    **to be notified** |
| ___ | Defendant requested psychiatric examination.  Instructed to file motion in USDC |
| **X** | Bond set/continued at   as set by the Honorable USMJ Estrada in Tucson, AZ:  $10,000 Unsecured w/ electronic monitoring |
| ___ | Previous bond motion denied; advised to file bond appeal in USDC |
| ___ | Unseal Case |
| X | Penalty for failure to appear explained |
| **X** | Discovery Order electronically filed |
| **X** | First Appearance of Defendant        MAG. TAPE NO. **RLP 05-16 @ 0-284** |

**OTHER:**   **Govt requests that deft not be allowed to continue employment as a pilot; argument by counsel; Court continues conditions as initially set in Tucson; govt requests that all future modifications to conditions be requested through District of New Mexico and not Arizona; Court so directs.**