**UNITED STATES DISTRICT COURT**
DISTRICT OF ARIZONA
OFFICE OF THE CLERK

RICHARD H. WEARE
DISTRICT COURT EXECUTIVE / CLERK OF COURT
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
PHOENIX, ARIZONA 85003

*Visit our website at www.azd.uscourts.gov*

RONNIE HONEY
CHIEF DEPUTY CLERK
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
PHOENIX, ARIZONA 85003

MICHAEL O'BRIEN
CHIEF DEPUTY CLERK
Evo A. DeConcini Courthouse
405 W. Congress, Suite 1500
TUCSON, ARIZONA 85701

September 12, 2005

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 6 2005

Mr. Matthew J. Dykman, Clerk
United States District Court
United States Courthouse, Suite 270
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

**MATTHEW J. DYKMAN
CLERK**

Re:  USA vs Jorge Ortiz-Moffett
     Our Magistrate Case No. 05-0641M
     Your Criminal No. CR05-1849 JH

Dear Clerk:

In connection with the above-entitled Removal Proceedings, enclosed herewith are the following:

(1) Copy of Arrest Warrant
(2) Certified copy of M/E of 09/02/05
(3) Certified copy of Waiver of Removal Hearing
(4) Copy of Commitment to Another District
(5) Certified Copy of Docket Sheet

Please acknowledge receipt of same on the copy of this letter and return to this office for filing.

RICHARD H. WEARE, CLERK

/s/ Dori Lee Noriega
By: Dori Lee Noriega,
    Deputy Clerk

cc:  US Attorney, Tucson
     US Attorney, Dist. of New Mexico
     Steven G. Ralls

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*



AO 442 (Rev. 5/93) Warrant for Arrest

```
                FILED          LODGED
                RECEIVED       COPY

                AUG 2 5 2005

                CLERK U S DISTRICT COURT
                DISTRICT OF ARIZONA
                BY                  DEPUTY
```

# United States District Court

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

v.

JORGE LUIS ORTIZ-MOFFETT

COPY

**WARRANT FOR ARREST**

CASE NUMBER CR 05 1849

05-00641M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JORGE LUIS ORTIZ-MOFFET___
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Count 1: 21 U.S.C. § 846 – Conspiracy to Distribute 1000 Kilograms and More of Marijuana

in violation of
Title ___21___ United States Code, Section(s) ___846___

Matthew J. Dykman                               Court Clerk
Name of Issuing Officer                         Title of Issuing Officer

[signature]                                     AUG 2 3 2005    ALBUQUERQUE, NEW MEXICO
Signature of Issuing Officer                    Date and Location

Bail fixed at $ _____ by _____
                                             Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 1446 N. CAMINO VILLA LOS ARCOS  TUCSON, AZ | | E-FILED |
| DATE RECEIVED 08/24/05 | NAME AND TITLE OF ARRESTING OFFICER SA ROBERT PAYNE | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 08/25/05 | | |

This form was electronically produced by Elite Federal Forms, Inc.


AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

v.

JORGE LUIS ORTIZ-MOFFETT

**WARRANT FOR ARREST**

COPY

CASE NUMBER: CR 05 1849

05-00641M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____JORGE LUIS ORTIZ-MOFFET____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Count 1: 21 U.S.C. § 846 – Conspiracy to Distribute 1000 Kilograms and More of Marijuana

in violation of
Title ____21____ United States Code, Section(s) 846

Matthew J. Dykman                                Court Clerk
Name of Issuing Officer                          Title of Issuing Officer

_[signature]_                                    AUG 23 2005   ALBUQUERQUE, NEW MEXICO
Signature of Issuing Officer                     Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
____1446 N CAMINO VILLA LOS ARCOS   TUCSON, AZ____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/24/05 DATE OF ARREST | SA ROBERT PAYNE | _[signature]_ |

UNITED STATES DISTRICT COURT  MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 9/2/2005   CASE NUMBER: 05-00641M

USA vs. JORGE ORTIZ-MOFFETT

U.S. MAGISTRATE JUDGE: MAGISTRATE GLENDA E. EDMONDS  Judge #: 70BH

U.S. Attorney Carin Duryee for Nicole Savel   INTERPRETER REQ'D N/A

Attorney for Defendant Steven G. Ralls (Spec Appr)

INITIAL APP: ☐ HELD  DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

☐ Complaint Filed ☐ DOA _____   ☒ Warrant Other District   ☐ Financial Afdvt taken
                                  ☐ Warrant Phx Div.        ☐ No Financial Afdvt taken
                                  ☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____.
Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends   detention   ; Gov't ☒ concurs ☐ objects
GOVERNMENT recommends   detention

☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| DETENTION HEARING: ☒ Held ☐ Cont'd<br>Set for:<br>before: | REMOVAL HEARING: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☒ Granted ☐ Denied | ☒ COMMITMENT TO ANOTHER DISTRICT ISSUED |
| ☒ Defendant Ordered detained pending Removal to DISTRICT OF NEW MEXICO<br>☐ Gov't withdraws request to detain defendant | ☐ ORDER BOND posted in this case be transferred to the U.S. District Court for the DISTRICT OF NEW MEXICO where this matter is pending |

☒ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the DISTRICT OF NEW MEXICO that there is probable cause to believe that this defendant is the JORGE ORTIZ-MOFFETT as named in the said warrant; and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

☒ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.

Copies to:   Recorded by Courtsmart
USA, CNSL, PSA

BY: Melodee Horton for Armida Butler
Deputy Clerk

AZ WVR (7/99) Waiver of Rule (5) Hearings
==========================================================================

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ ARIZONA

United States of America

v.

JORGE ORTIZ-MOFFETT

**WAIVER OF RULE 5(c)(3) HEARINGS**
(Excluding Probation Cases)

Case Number: 05-00641M

I, JORGE ORTIZ-MOFFETT, understand that in the District of **NEW MEXICO**, charges are pending alleging violation of 21:846; CONSPIRACY TO DISTRIBUTE MARIJUANA and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, FED. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

[X] identity hearing

[ ] preliminary examination

[ ] identity hearing and have been informed I have no right to a preliminary examination

[ ] identity hearing but request a preliminary examination to be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me. I further waive the presentment of the original or the certified copy of the Warrant from the District of **NEW MEXICO** in the District of Arizona.

_____
Defendant

8/31/05  9/2/05
_____
Defense Counsel

(5)

E-FILED

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF ARIZONA _____

| | |
|---|---|
| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
| V. | |
| JORGE ORTIZ-MOFFETT | Case Number: 05-00641M-001<br>Charging District Case Number: 05-1849 |

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP - 2 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

The defendant is charged with a violation of 21:846 alleged to have been committed in the District of New Mexico

Brief Description of Charge(s): Conspiracy to Distribute 1000 Kilograms and More of Marijuana

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

8/31/05 9/2/05
Date

_/s/ Glenda E. Edmonds_
MAGISTRATE GLENDA E. EDMONDS
Judicial Officer

**RETURN**

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

E-FILED

Orig + 1 cc to USMS

⑦ COPIES DISTRIBUTED

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CRIMINAL DOCKET FOR CASE #: 4:05-mj-00641-HCE-ALL
### Internal Use Only

Case title: USA v. Ortiz-Moffett                    Date Filed: 08/25/2005

Assigned to: Magistrate Judge Hector C Estrada

**Defendant**

**Jorge Luis Ortiz-Moffett (1)**
*TERMINATED: 09/02/2005*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Possess w/Intent to Distribute Marijuana | |

**Plaintiff**

**USA**                           represented by   **Nicole P Savel**
                                                   US Attorney's Office
                                                   405 W Congress St
                                                   Ste 4800
                                                   Tucson, AZ 85701-5040
                                                   520-620-7300
                                                   Fax: 520-620-7320
                                                   Email: Nicole.Savel@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2005 | 1 | Arrest (Rule 40) of Jorge Luis Ortiz-Moffett (DNO, ) (Entered: 09/12/2005) |
| 08/25/2005 | 2 | Minute Entry for proceedings held before Judge Hector C Estrada :Initial Appearance in Rule 5(c)(3) Proceedings as to Jorge Luis Ortiz-Moffett held on 8/25/2005, Interpreter set as to Jorge Luis Ortiz-Moffett (1) Spanish (Court Reporter Courtsmart.) (DNO, ) (Entered: 09/12/2005) |
| 08/31/2005 | 3 | Minute Entry for proceedings held before Judge Glenda E Edmonds :Detention Hearing as to Jorge Luis Ortiz-Moffett held on 8/31/2005, Bond set as to Jorge Luis Ortiz-Moffett (1) $100,000 Cash, Corp Surety or Property Bond (Court Reporter Courtsmart.) (DNO, ) (Entered: 09/12/2005). |
| 08/31/2005 | 4 | Miscellaneous Document: Faxed Motion to Revoke Magistrate Judge's Release Order from DOJ District of New Mexico as to Jorge Luis Ortiz-Moffett. (DNO, ) (Entered: 09/12/2005) |
| 09/02/2005 | 5 | WAIVER of Rule 40 Hearings by Jorge Luis Ortiz-Moffett (DNO, ) (Entered: 09/12/2005) |
| 09/02/2005 | 6 | Minute Entry for proceedings held before Judge Glenda E Edmonds :Detention Hearing as to Jorge Luis Ortiz-Moffett held on 9/2/2005, Appearance with counsel as to Jorge Luis Ortiz-Moffett ; attorney Nicole P Savel for USA., Jorge Luis Ortiz-Moffett terminated. (Court Reporter Courtsmart.) (DNO, ) (Entered: 09/12/2005) |
| 09/02/2005 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Jorge Luis Ortiz-Moffett. Defendant committed to District of New Mexico. . Signed by Judge Glenda E Edmonds on 09/02/05. (DNO, ) (Entered: 09/12/2005) |
| 09/12/2005 | 8 | Miscellaneous Document: Letter to Dist of New Mexico from Dist of AZ as to Jorge Luis Ortiz-Moffett. (DNO, ) (Entered: 09/12/2005) |

I hereby attest and certify on 9/13/05 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy