# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003 2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

Matthew J. Dykman
Clerk of Court
333 Lomas Boulevard, NW
Suite 270
Albequerque, NM 87102

September 12, 2005

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**SEP 1 6 2005**

**MATTHEW J. DYKMAN**
**CLERK**

RE: USA v. Salvador Randy Abeyta
Your case number: CR-05-1849 *JH*
Arizona case number: 05-03241M-001

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Edward C. Voss in the District of Arizona. The following action has been taken.

☐ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☒ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON: 9/15/05 at 9:00 a.m. before Magistrate Judge Puglisi

Enclosed are the certified copies of the original documents in our file. Please certify receipt of the documents on the enclosed duplicate of this letter and return it to our office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: *Sally A Turner*
Sally Turner
Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

130

CLOSED

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CRIMINAL DOCKET FOR CASE #: 2:05-mj-03241-LOA-ALL
## Internal Use Only

Case title: USA v. Abeyta                          Date Filed: 08/26/2005
Other court case number: CR 05-1849 District of New
                         Mexico

Assigned to: Magistrate Judge
Lawrence O Anderson

**Defendant**

**Salvador Abeyta** (1)          represented by  **Jason D Lamm**
*TERMINATED: 09/01/2005*                         Law Office of Jason D Lamm
                                                 1300 E Missouri Ave
                                                 Ste B-200
                                                 Phoenix, AZ 85014-3203
                                                 (602)222-9237
                                                 *TERMINATED: 08/29/2005*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Retained*

                                                 **Jeanette Elizabeth Alvarado**
                                                 Federal Public Defender's Office
                                                 850 W Adams St
                                                 Ste 201
                                                 Phoenix, AZ 85007
                                                 602-382-2700
                                                 Fax: 602-382-2800
                                                 Email: Jeanette_Alvarado@fd.org
                                                 *TERMINATED: 08/29/2005*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Public Defender or*
                                                 *Community Defender Appointment*

**Pending Counts**                          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                **Disposition**

None

---

**Plaintiff**

USA                                    represented by **Darcy A Cerow**
                                                      US Attorney's Office
                                                      40 N Central Ave
                                                      Ste 1200
                                                      Phoenix, AZ 85004-4408
                                                      602-514-7500
                                                      Fax: 602-364-7929
                                                      Email: Darcy.Cerow@USDOJ.GOV
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2005 | 0 | Arrest of Salvador Abeyta (SMA) (Entered: 08/26/2005) |
| 08/26/2005 | 1 | Rule 5(c)(3) Documents from the District of New Mexico as to Salvador Abeyta in Indictment No. CR 05-1849. (Warrant Attached: # 1)(SMA) (Entered: 08/26/2005) |
| 08/26/2005 | 2 | Minute Entry for proceedings held before Judge Lawrence O Anderson :Appointment of Counsel Hearing as to Salvador Abeyta held on 8/26/2005. Appointing Jeanette Elizabeth Alvarado for Salvador Abeyta with Appointment Type: AFPD. Initial Appearance in Rule 5(c)(3) Proceedings as to Salvador Abeyta held on 8/26/2005. Financial Affidavit Taken. Appearance entered by Jeanette Elizabeth Alvarado for Salvador Abeyta on behalf of defendant. Detention Hearing set for 8/29/2005 03:30 PM before Magistrate Judge Edward C Voss. Defendant temporarily detained. Identity Hearing waived on 8/26/05 as to Salvador Abeyta.(Recorded on CourtSmart) (SMA) (Entered: 08/26/2005) |
| 08/26/2005 | 3 | WAIVER of Rule 5 Hearings by Salvador Abeyta. Defendant waived identity hearing (SMA) (Entered: 08/26/2005) |
| 08/29/2005 | 4 | NOTICE OF APPEARANCE: Jason D Lamm appearing for Salvador Abeyta. Attorney Jeanette Elizabeth Alvarado terminated. (SMA) (Entered: 08/30/2005) |

| | | |
|---|---|---|
| 08/29/2005 | ●5 | Minute Entry for proceedings held before Judge Edward C Voss :Detention Hearing as to Salvador Abeyta submitted on 8/29/2005. Defendant released with conditions and electronic monitoring. Added attorney Jeanette Elizabeth Alvarado for Salvador Abeyta. Attorney Jason D Lamm terminated in case as to Salvador Abeyta. Defense counsel Jason Lamm requested the Court to disregard his Notice of Appearance filed on 8/29/05. There being no objection by current appointed defense counsel or the government, the Court will not consider it a valid Notice of Appearance. (Recorded on CourtSmart) (SMA) (Entered: 08/30/2005) |
| 08/29/2005 | ●6 | ORDER Setting Conditions of Release . Signed by Judge Edward C Voss on 8/29/2005. (KAL) (Entered: 09/01/2005) |
| 09/01/2005 | ●7 | ORDER that defendant, Salvador Abeyta, appear in District of New Mexico on September 15,2 005 at 9:00 am, before Magistrate Judge Puglisis, US District Court, 333 Lomas NW, Cimarron, Courtroom 5th Floor, Albuquerque, NM. . Signed by Judge Edward C Voss on 8/30/05. (CSH. ) (Entered: 09/01/2005) |

(Rev. 10/03) Order Holding Defendant

# UNITED STATES DISTRICT COURT

DISTRICT _____ ARIZONA

UNITED STATES OF AMERICA

V.

Salvador Randy Abeyta

**ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
*OR DISTRICT HAVING*
PROBATION JURISDICTION**

Case Number:   05-03241M

Charging District Case Number:     CR-05-1849

The defendant having appeared before this Court pursuant to Rule 5(c)(3), Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ District of _____NEW MEXICO_____ ; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified)     U.S. District Court, 333 Lomas NW, Cimarron

*Place and Address*

Ctrm-5th Floor, Albuquerque, NM _____ on 9/15/05 at 9:00 before Magistrate Judge Puglisi .

*Date and Time*

✱Defendant is to call the New Mexico District Court at 505-348-2050 and advise them if he will be retaining counsel or requesting Court appointed counsel.

_____
Signature of Judicial Officer

8-30-05      9/1/05     Hon. Edward C. Voss, U.S. Magistrate Judge

*Date*     *Name and Title of Judicial Officer*

I hereby attest and certify on 9/1/05
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
custody.
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

SCANNED     E-FILED

**United States District Court--District of Arizona - Phoenix**
**Order Setting Conditions of Release**

DATE: _8/29/2005_          CASE NUMBER: _05-03241M-001_

USA vs. _Salvador Randy Abeyta_

☐ **PERSONAL RECOGNIZANCE**
☐ **AMOUNT OF BOND**_____
        ☐ **UNSECURED**
        ☐ **SECURED BY**_____
        SECURITY TO BE POSTED BY_____
NEXT APPEARANCE or as directed through counsel
☐ 401 West Washington St., Phoenix, AZ, Courtroom #❖, ❖ Floor
☐ Goodwin & Cortez, US Post Office Bldg., Prescott, AZ, 2nd Floor

| | |
|---|---|
| ☐ __ FILED | ____ LODGED |
| ____ RECEIVED | ____ COPY |
| AUG 2 9 2005 | |
| CLERK U S DISTRICT COURT | |
| DISTRICT OF ARIZONA | |
| BY_____ DEPUTY | |

**IT IS ORDERED THAT DEFENDANT IS SUBJECT TO THE FOLLOWING CONDITIONS AND SHALL:**

☒    appear at all proceedings as required and to surrender for service of any sentence imposed.

☒    not commit any federal, state or local crime.

☒    immediately advise the court, defense counsel and U.S. Attorney in writing of change in address/telephone number.

☒    maintain or actively seek verifiable employment if defendant is physically or medically able and provide proof of such to Pretrial Services.

☒    not travel outside of: _Maricopa County and District of New Mexico_
except Defendant may travel directly to the prosecuting district, and through all states and counties in between the District of Arizona and the prosecuting district, for Court purposes and lawyer conferences only unless express PRIOR Court or Pretrial Services permission is granted to do so.

☐    avoid all direct or indirect contact with persons who are considered alleged victim(s), potential witness(es), family members of victim(s)/witness(es), and/or (  ) the custodial parent, except Defendant may communicate with custodial parent solely for visitation purposes with his/her minor child(dren): _____

☒    report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350.

☐    report as directed to the U.S. PROBATION OFFICE 602-322-7400 and abide by all terms of conditions of Supervised Release/Probation.

☐    execute an agreement to forfeit upon failing to appear as required, the bond or designated property:_____

☐    Defendant is placed in the third party custody of_____

☒    refrain from ☒ any ☐ excessive use of alcohol and not use or possess any narcotic or other controlled substance defined by 21 USC 802 unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice.

☒    participate in drug/alcohol counseling/treatment and submit to drug/alcohol testing, including breathalyzer testing and make copayment toward the cost as directed by U. S. Pretrial Services.

☒    surrender any passport to the Clerk of the Court by_____

☒    obtain no passport.

☐    not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition.

☒    maintain weekly contact with his/her counsel by Friday, noon of each week with Jeanette E. Alvarado

☐    shall timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of $_____

☐    The defendant shall actively participate in any mental health treatment program as directed by Pretrial Services. The defendant shall comply with all treatment requirements including taking all medication as prescribed by his/her mental health care provider.

☐    _____

## ADVICE OF PENALTIES AND SANCTIONS

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years if the offense is a felony or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other term of imprisonment.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years, and a $250,000 fine to intimidate a juror or officer of the court; Title 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct a criminal investigation; Title 18 U.S.C. §1512 makes it a criminal offense punishable by imprisonment for life or by death or, depending upon the specific provisions of the section by not more than twenty years or by not more than ten years and a $250,000 fine for tampering with a witness, victim or informant; or by intentionally harassing another person and thereby hindering /delaying /preventing or dissuading any person from attending or testifying in an official proceeding or otherwise violating the section is punishable by imprisonment for not more than one year and a $250,000 fine; and 18 U.S.C. §1513 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years of imprisonment, a fine of $250,000, or both, to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2) an offense punishable by imprisonment for a term of five years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

If the person was released for appearance as a material witness, a fine as provided by law or imprisonment for not more than one year, or both.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE 8/29/05 | SIGNATURE OF DEFENDANT |
|---|---|

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF CUSTODIAN(S) |
|---|

Directions to United States Marshal:

☒    The defendant is ORDERED released after processing.

☐    The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.

DATE:___8/29/2005____

EDWARD C. VOSS
United States Magistrate Judge

USA, PTS/PROB, USM, DEFT, DEFT ATTY

USA v. _Salvador Randy Abeyta_____    CASE NUMBER _05-03241M-001_____

## ADDITIONAL CONDITIONS OF RELEASE

☒ The defendant will comply with electronic monitoring and follow all program requirements, including specific directions of the Pretrial Services Officer.

☒ The defendant will pay for the electronic monitoring one month in advance at the rate of $3.26 per day or a percentage of total monthly cost as determined by Pretrial Services

☐ The defendant will participate in one of the following home confinement program components and abide by all the requirements of the program which ☐ will or ☐ will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervision officer.

    ☐ **Curfew.** You are restricted to your residence every day ☐ from _____ to _____, or ☐ as directed by the pretrial services office or supervising officer, or

    ☐ **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, or

    ☐ **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

☐ _____
_____
_____
_____

ACKNOWLEDGMENT OF DEFENDANT _____

DATED THIS __29th__ DAY OF __August__, __2005__.

I hereby attest and certify on 9-120 5
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
custody.

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

UNITED STATES DISTRICT COURT                                    MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE: 8/29/2005        CASE NUMBER:  05-03241M-001

USA vs.  Salvador Randy Abeyta

U.S. MAGISTRATE JUDGE: EDWARD C. VOSS #: 70BO

A.U.S. Attorney  Darcy A. Cerow _____ INTERPRETER _____
                                                 LANGUAGE _____
Attorney for Defendant Jeanette E. Alvarado (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA___                        ☐ Initial Appearance        ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken       ☐ Defendant Sworn            ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)                ☐ Defendant states true name to be ____ Further proceedings  ORDERED in
                                Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☒ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☒ Defendant ordered released  w/conditions-electronic monitoring<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐   Warrant of removal issued. |
| PRELIMINARY HEARING: | STATUS HEARING: re: _____ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found    ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br>Set for:<br>Before: |

Other: The Court was contacted by defense counsel Jason Lamm.  Mr. Lamm requested the Court to disregard his Notice
of Appearance filed on 8/29/05.  There being no objection by current appointed defense counsel or the government the
Court will not consider it a valid Notice of Appearance.  The Court addressed the defendant in this regard and the
defendant indicated he wishes to proceed with appointed counsel, Ms. Alvardo.  The Court affirms the appointment of
Jeanette Alvarado.  Defendant will be advised under separate order as to his date and time of appearance in the District
of New Mexico.

Recorded by Courtsmart
BY:  Phylis Durbin
Deputy Clerk  I hereby attest and certify on 9-12-05
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
custody.

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

THIS DOCUMENT HAS NOT BEEN SUBMITTED
ELECTRONICALLY AS REQUIRED BY THE
DISTRICT OF ARIZONA'S ADMINISTRATIVE
POLICIES AND PROCEDURES MANUAL
JASON D. LAMM # 018454
1300 East Missouri Avenue
Suite B-200
Phoenix, Arizona 85014
Telephone: (602) 222-9237
Facsimile: (602) 222-2299
Email: jlamm@cyberlawaz.com
Attorney for the Defendant

AUG 2 9 2005

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) Cause No.: 05-MJ-3241 PHX-LOA |
| Plaintiff, | ) |
| vs. | ) NOTICE OF APPEARANCE |
| SALVADOR ABEYTA, | ) |
| Defendant. | ) (Assigned to the Honorable Edward C. Voss) |

The undersigned hereby enters his appearance on behalf of the above named defendant

for all further proceedings before this Court in the above captioned matter.

Respectfully submitted this 29th day of August 2005.

_Jason D. Lamm_
Attorney for Defendant

- 1 -

1  Copies of the foregoing
   delivered this 28th day of
2  August 2005, to:

3  Clerk s Office
   United States District Court
4
   The Honorable Edward C. Voss
5  U.S. Magistrate Judge

6  Darcy Cerow
   United States Attorney
7

8
   By: M Ortez
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

I hereby attest and certify on 9-12-05
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
custody.

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

- 2 -

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

FOR THE       DISTRICT OF       ARIZONA

UNITED STATES OF AMERICA

V.

*SALVADOR ABEYTA*

**WAIVER OF RULE 5(c)(3) HEARINGS**
(formerly Rule 40)

CASE NUMBER:   05-3241M

I, _Salvador Abeyta_ , understand that in the

District of _New Mexico_ , charges are pending

alleging violation of _21 USC 848_ and that I have been

arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

(   ) preliminary examination

( ✓ ) identity hearing and have been informed I have no right to a preliminary examination

(   ) identity hearing but request a preliminary examination be held in the prosecuting district

(   ) I reserve my right to have a detention hearing in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
*Defendant*

8/26/05
_____
*Date*

_____
*Defense Counsel*

... and certify on 9-12-05
... foregoing document is a full, true and correct
copy of the original on file in my office and in my
custody

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

**UNITED STATES DISTRICT COURT**                    **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - Phoenix**

DATE: 8/26/2005          CASE NUMBER:   05-03241M-001

USA vs.  Salvador Abeyta

U.S. MAGISTRATE JUDGE: MORTON SITVER  #: 70RA

A.U.S. Attorney  Darcy Cerow _____       INTERPRETER_____
                                             LANGUAGE_____
Attorney for Defendant Jeanette Alvarado (AFPD) ____   .
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA  8/25/2005        ☒ Initial Appearance          ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken    ☐ Defendant Sworn          ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)             ☐ Defendant states true name to be ___. Further proceedings ORDERED
                             in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset |
| Set for:     8/29/05 at 3:30 PM | ☒ Waived |
| Before:     MAGISTRATE JUDGE VOSS | Set for: |
| ☒ Defendant ordered temporarily detained in the custody of the United States Marshal | Before: |
| ☐ Defendant ordered released _____ | ☐ Warrant of removal issued. |
| ☐ Defendant continued detained pending trial | |
|   ☐ Flight risk  ☐ Danger | |

| PRELIMINARY HEARING: | STATUS HEARING: re: _____ |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset | ☐ Held  ☐ Con't  ☐ Reset |
| ☐ Waived | Set for: |
| Set for: | Before: |
| Before: | |
| ☐ Probable cause found   ☐ Dismissed | |
| ☐ Held to answer before District Court | |

Other: _____

Recorded by Courtsmart
BY: Sherise M. Marshall
Deputy Clerk

I certify on 9-16-05 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AUG 2 3 2005



MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANA JARVIS, a/k/a Todd Ward,
AYLA JARVIS,
JORGE LUIS ORTIZ-MOFFETT,
MIKE HANNAH,
RALPH GREENE, a/k/a "RB,"
GEORGE RIPLEY,
CATHY FITZGERALD,
DAVID REID,
PAT BERSSENBRUGGE,
BARBARA HANNA,
GEORGE OSGOOD, a/k/a "Mushroom
George,"
GREG HILL,
GENO BERTHOD, a/k/a "Old Man,"
RUSSELL TRUJILLO, a/k/a "Rusty,"
MATTHEW HOTTHAN, a/k/a "Matrix,"
MANUEL GIL, a/k/a "Manny,"
SAM JONES,
SALVADOR ABEYTA,
BILL JONES. a/k/a Charles Johnston,
MARY CANNANT, and
ADRIAN SANFORD,

    Defendants.

CRIMINAL NO. CR 05    1849

05-3241M

Count 1: 21 U.S.C. § 846 –
Conspiracy to Distribute 1000
Kilograms and More of Marijuana;

Count 2: 21 U.S.C. § 848 –
Continuing Criminal Enterprise;

Count 3: 18 U.S.C. § 1956(h) –
Conspiracy to Launder Money;

Counts 4 - 26: 18 U.S.C.
§§ 1956(a)(1)(A)(i) and (a)(1)(B)(i) –
Money Laundering;

18 U.S.C. § 982 and 21 U.S.C.
§ 853: Criminal Forfeiture.

<u>REDACTED</u>

<u>INDICTMENT</u>

CERTIFIED a True Copy of the
original filed in my office
by _____ Clerk
_____ Deputy

The Grand Jury charges:

<u>COUNT 1</u>

    From approximately September 2002, the precise date being unknown to the

Grand Jury, up to and including August 2005, in the State and District of New Mexico,

and elsewhere, the defendants, **DANA JARVIS**, a/k/a Todd Ward, **AYLA JARVIS**,

**JORGE LUIS ORTIZ-MOFFETT, MIKE HANNAH, RALPH GREENE**, a/k/a "RB,"

**GEORGE RIPLEY, CATHY FITZGERALD, DAVID REID, PAT BERSSENBRUGGE,**

**BARBARA HANNA, GEORGE OSGOOD**, a/k/a "Mushroom George," **GREG HILL,**

GENO BERTHOD a/k/a "Old Man," RUSSELL TRUJILLO, a/k/a "Rusty," MATTHEW
HOTTHAN, a/k/a "Matrix," MANUEL GIL, a/k/a "Manny," SAM JONES, SALVADOR
ABEYTA, BILL JONES, a/k/a Charles Johnston, MARY CANNANT, and ADRIAN
SANFORD, did unlawfully, knowingly and intentionally combine, conspire, confederate
and agree with each other and with other persons whose names are known and
unknown to the grand jury to distribute 1000 kilograms and more of marijuana, a
schedule I controlled substance, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

## Manner and Means of the Conspiracy

During the course of the conspiracy, the defendants participated in a collective
endeavor, organized and supervised by defendant Dana Jarvis, to distribute marijuana
for profit. Defendant Dana Jarvis obtained bulk wholesale quantities of marijuana from
sources of supply in Tucson, Arizona, including defendant Jorge Luis Ortiz-Moffett.
Prior to purchase, the marijuana was inspected for quality by Dana Jarvis or his
daughter, defendant Ayla Jarvis. The marijuana would then be weighed and wrapped
by conspirators including defendants Manuel Gil, Sam Jones, and Matthew Hotthan at
"stash house" locations in Arizona owned and/or under the dominion and control of
Dana Jarvis. From the Arizona stash houses, the marijuana was transported by
conspirators including defendants Salvador Abeyta and Russell Trujillo to New Mexico
where it was stored at additional stash houses owned by Dana Jarvis and/or other
members of the conspiracy. From the New Mexico stash houses, the marijuana was
transported by conspirators including defendant George Ripley to various locations
throughout the United States, including Denver, Colorado; Columbus, Ohio; and
Bloomington, Indiana. From Denver, defendant Geno Berthod transported the
marijuana to the east coast of the United States. In Bloomington, defendant Greg Hill
re-distributed the marijuana for profit. In Columbus the marijuana was re-distributed for
profit by unindicted co-conspirators. The proceeds from the distribution of the

2

marijuana, in the form of United States currency, were then transported back to New Mexico, either via motor vehicle or aboard aircraft piloted by defendant David Reid. In New Mexico, the proceeds would be delivered to conspirators including defendant Barbara Hanna, who would count the proceeds. Some or all of the proceeds were then transported to defendant Mike Hannah in Tucson for safekeeping. Dana Jarvis would use the proceeds to purchase assets, to pay co-conspirators, and to purchase additional bulk marijuana for distribution.

In violation of 21 U.S.C. § 846.

## COUNT 2

Between approximately September 2002, the precise date being unknown to the Grand Jury, and August, 2005, in the State and District of New Mexico, and elsewhere, defendant **DANA JARVIS**, a/k/a Todd Ward, did unlawfully, knowingly and intentionally engage in a continuing criminal enterprise, in that the defendant did violate the provisions of Title 21 of the United States Code, Sections 841(a) and 841(b), the punishment for which exceeds one year imprisonment, and such violations were part of a continuing series of violations of Title 21 of the United States Code that were undertaken by the defendant in concert with five or more other persons with respect to whom the defendant occupied a position of organizer, a supervisory position, or other positions of management, and from which the defendant obtained substantial income and resources, and the said violations included, without limitation, the following: (1) possession with intent to distribute marijuana in March 2005; (2) possession with intent to distribute marijuana in May 2005; and (3) possession with intent to distribute marijuana in July 2005.

In violation of 21 U.S.C. §§ 848(a), 848(c) and 18 U.S.C. § 2.

3

## COUNT 3

From approximately September 2002, the precise date being unknown to the Grand Jury, up to and including August 2005, in the State and District of New Mexico, and elsewhere, the defendants, **DANA JARVIS**, a/k/a Todd Ward, **AYLA JARVIS**, **MIKE HANNAH**, **RALPH GREENE**, a/k/a "RB," **GEORGE RIPLEY**, **DAVID REID**, **PAT BERSSENBRUGGE**, **BARBARA HANNA**, **GEORGE OSGOOD**, a/k/a "Mushroom George," **GREG HILL**, **GENO BERTHOD**, a/k/a "Old Man," and **ADRIAN SANFORD**, did unlawfully, knowingly and intentionally conspire and agree together and with each other and with other persons whose names are known and unknown to the grand jury to commit the following offenses against the United States, that is, laundering of monetary instruments, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

In violation of 18 U.S.C. § 1956(h).

## COUNTS 4 - 12

On or about the dates listed below, in the State and District of New Mexico, and elsewhere, defendant **DANA JARVIS** a/k/a Todd Ward did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit: the transfer of currency through First State Bank checking account number 1874527, which involved the proceeds of specified unlawful activity, that is conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 846, with the intent to promote the carrying on of such specified unlawful activity, and knowing that each transaction was designed in whole or in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of such specified unlawful activities, and that while conducting and attempting to conduct each financial transaction, knew that the property involved in the financial transaction, that is, the checks identified below, represented the proceeds of some form of unlawful activity:

4

| Count | Date Check Cleared | Amount of Check | Check Number | Name of Payee |
|---|---|---|---|---|
| 4 | December 4, 2002 | $932.08 | 569 | Commercial Federal |
| 5 | January 6, 2003 | $932.08 | 590 | Commercial Federal |
| 6 | February 3, 2003 | $932.08 | 604 | Commercial Federal |
| 7 | March 10, 2003 | $932.08 | 622 | Commercial Federal |
| 8 | April 9, 2003 | $932.08 | 638 | Commercial Federal |
| 9 | May 12, 2003 | $932.08 | 653 | Commercial Federal |
| 10 | June 9, 2003 | $932.08 | 668 | Commercial Federal |
| 11 | July 7, 2003 | $932.08 | 686 | Commercial Federal |
| 12 | August 11, 2003 | $932.08 | 701 | Commercial Federal |

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2.

## COUNTS 13 - 23

On or about the dates listed below, in the State and District of New Mexico, and elsewhere, defendant **DANA JARVIS** a/k/a Todd Ward did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit: the transfer of currency through First State Bank savings account number 1223801, which involved the proceeds of specified unlawful activity, that is conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 846, with the intent to promote the carrying on of such specified unlawful activity, and knowing that each transaction was designed in whole or in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and that while conducting and attempting to conduct each financial transaction, knew that the property involved in the financial transaction, that is, the drafts identified below, represented the proceeds of some form of unlawful activity:

5

| Count | Date Draft Cleared | Amount of Draft | Name of Payee |
|-------|--------------------|-----------------|----------------|
| 13 | July 7, 2004 | $932.08 | Commercial Federal |
| 14 | August 4, 2004 | $932.08 | Commercial Federal |
| 15 | September 7, 2004 | $932.08 | Commercial Federal |
| 16 | October 5, 2004 | $932.08 | Commercial Federal |
| 17 | November 4, 2004 | $932.08 | Commercial Federal |
| 18 | December 6, 2004 | $932.08 | Commercial Federal |
| 19 | January 4, 2005 | $932.08 | Commercial Federal |
| 20 | February 4, 2005 | $932.08 | Commercial Federal |
| 21 | March 4, 2005 | $932.08 | Commercial Federal |
| 22 | April 5, 2005 | $932.08 | Commercial Federal |
| 23 | May 4, 2005 | $932.08 | Commercial Federal |

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i),1956(a)(1)(B)(i) and 2.

### COUNTS 24 - 26

On or about the dates listed below, in the State and District of New Mexico, and elsewhere, defendants **DANA JARVIS**, a/k/a Todd Ward, and **MIKE HANNAH** did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit: the transfer of currency from Compass Bank checking account number 87080587 into First State Bank checking account number 1874527, which involved the proceeds of specified unlawful activity, that is conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 846, with the intent to promote the carrying on of such specified unlawful activity, and knowing that each transaction was designed in whole or in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and that while conducting and attempting to conduct each financial transaction, knew that the property involved in the financial transaction, that is, the checks identified below, represented the proceeds of some form of unlawful activity:

6

| Count | Date Check Cleared | Amount of Check | Check Number | Name of Payee |
|-------|--------------------|-----------------|--------------|----------------|
| 24 | January 31, 2005 | $700.00 | 7321 | Santa Fe Consulting |
| 25 | February 7, 2005 | $700.00 | 7351 | Santa Fe Consulting |
| 26 | July 19, 2005 | $1,350.00 | 8038 | Santa Fe Consulting |

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2.

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 through 26 of this Indictment, the defendants, **DANA JARVIS**, a/k/a Todd Ward, **AYLA JARVIS, JORGE LUIS ORTIZ-MOFFETT, MIKE HANNAH, RALPH GREENE**, a/k/a "RB," **GEORGE RIPLEY, CATHY FITZGERALD, DAVID REID, PAT BERSSENBRUGGE, BARBARA HANNA, GEORGE OSGOOD**, a/k/a "Mushroom George," **GREG HILL, GENO BERTHOD** a/k/a "Old Man," **RUSSELL TRUJILLO**, a/k/a "Rusty," **MATTHEW HOTTHAN**, a/k/a "Matrix," **MANUEL GIL**, a/k/a "Manny," **SAM JONES, SALVADOR ABEYTA, BILL JONES** a/k/a Charles Johnston, **MARY CANNANT**, and **ADRIAN SANFORD**, shall forfeit to the United States pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of each offense in violation of 21 U.S.C. §§ 841, 846, or 848 for which the defendants are convicted, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offenses, and shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(1) all property, real and personal, involved in each offense in violation of 18 U.S.C. §§ 1956 or 1957, or conspiracy to commit such offense, for which the defendants are convicted, and all property traceable to such property, including but not limited to the following:

7

1. <u>MONEY JUDGMENT</u>

A sum of money equal to $49,280,000.00 U.S. currency, representing the amount of money derived from or involved in the offenses, for which the defendants are jointly and severally liable.

2. <u>BANK ACCOUNTS</u>

a. All United States currency, funds, or other monetary instruments credited to account number 40455157, in the name of Dana Jarvis, located at Bank One.

b. All United States currency, funds, or other monetary instruments credited to account number 689832822, in the name of Dana Jarvis, located at Bank One.

c. All United States currency, funds, or other monetary instruments credited to account number 1874527, in the name of Dana Jarvis, located at First State Bank.

d. All United States currency, funds, or other monetary instruments credited to account number 1223801, in the name of Dana Jarvis, located at First State Bank.

e. All United States currency, funds, or other monetary instruments credited to account number 87080587, in the name of Continental Steel West Corp. d/b/a Continental Steel, located at Compass Bank.

f. All United States currency, funds, or other monetary instruments credited to account number 2504448676, in the name of RC Aviation, located at Compass Bank.

g. All United States currency, funds, or other monetary instruments credited to account number 7692176673, in the name of Barbara Hanna, located at Wells Fargo Bank.

8

3. <u>REAL PROPERTY</u>

 a. 1440 Calle Cielo Vista, Bernalillo, New Mexico, which is more

particularly described as follows:

 TRACT LETTERED "C", OF THE SCHLAKS ADDITION, AS THE SAME IS
 SHOWN AND DESIGNATED ON THE PLAT ENTITLED "TRACTS A
 THROUGH D, SCHLAKS ADDITION, SANDOVAL COUNTY, NEW
 MEXICO", FILED IN THE OFFICE OF THE COUNTY CLERK OF
 SANDOVAL COUNTY, NEW MEXICO ON JULY 17, 1978, IN PLAT BOOK
 2, FOLIO 237-B.

 b. 3523 Central Avenue N.E., Albuquerque, New Mexico, which is more

particularly described as follows:

 LOTS NUMBERED TEN (10), ELEVEN (11) AND TWELVE (12) IN BLOCK
 NUMBERED FOUR (4) OF MONTE VISTA, AN ADDITION TO THE CITY
 OF ALBUQUERQUE, NEW MEXICO, AS THE SAME ARE SHOWN AND
 DESIGNATED ON THE MAP OF SAID ADDITION FILED IN THE OFFICE
 OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO,
 OCTOBER 14, 1926.

 THERE IS EXCEPTED THE NORTHERLY PORTION OF SAID LOT THEN
 (10) WHICH IS DESCRIBED AS FOLLOWS:

 BEGINNING AT THE NORTHEAST CORNER OF SAID LOT TEN (10)
 RUNNING

 THENCE SOUTHERLY ALONG THE WESTERLY LINE OF NORTH
 CARLISLE AVENUE, 62.28 FEET TO THE SOUTHEAST CORNER OF THE
 TRACT HEREIN DESCRIBED; THENCE WESTERLY, PARALLEL WITH
 AND 60 FEET NORTHERLY AT RIGHT ANGLES FROM THE NORTHERLY
 LINE OF EAST CENTRAL AVENUE, 80.19 FEET TO THE SOUTHWEST
 CORNER OF THE TRACT HEREIN DESCRIBED; THENCE NORTHERLY
 ALONG THE WESTERLY LINE OF SAID LOT 10, 86.09 FEET TO THE
 NORTHWEST CORNER OF THE TRACT HEREIN DESCRIBED WHICH IS
 THE NORTHWEST CORNER OF SAID LOT 10; THENCE EASTERLY
 ALONG THE SOUTHERLY LINE OF CAMPUS BOULEVARD, 86.97 FEET
 TO THE PLACE OF BEGINNING.

 c. 8012 1st Street N.W., Albuquerque, New Mexico, which is more

particularly described as follows:

 LOT "A-1" OF THE PLAT OF LOTS A-1 AND A-2, LANDS OF LARRY
 SWANK, SITUATE WITHIN PROJECTED SECTION 22, T. 11 N., R. 3 E.,
 N.M.P.M., BERNALILLO COUNTY, NEW MEXICO, AS THE SAME IS
 SHOWN AND DESIGNATED ON SAID PLAT FILED IN THE OFFICE OF

THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO ON
FEBRUARY 2, 1995.

     d.  28 Quail Run, Santa Fe, New Mexico.

4. <u>CONVEYANCES</u>

     a.  1978 Beechcraft King Air C-90 Turboprop Aircraft, United States
Registration Number N754TW, Serial Number LJ-754.

     b.  1972 Cessna 421B Aircraft, United States Registration Number N3AJ,
Serial Number 421B0230.

5. <u>LIQUOR LICENSE</u>

New Mexico Liquor License No. 2599 in the name of Club Rhythm and Blues
located at 3523 Central N.E., Albuquerque, New Mexico, owned by Dana Jarvis.

If any of the above-described forfeitable property, as a result of any act or
omission of the defendants:

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the Court;

    (d)  has been substantially diminished in value;

    (e)  has been commingled with other property which cannot be divided without
difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by
18 U.S.C. § 982(b), to seek forfeiture of any other property of the defendants up to the
value of the forfeitable property described above, including but not limited to the
following:

1. <u>REAL PROPERTY</u>

10

a. 9227 West Weaver Circle, Casa Grande, Arizona, which is more

particularly described as follows:

SITUATED IN PINAL COUNTY, ARIZONA TO WIT: LOT 2, OF WEAVER RANCH UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, IN CABINET C OF MAPS, SLIDE 174.

b. 8018 1st Street N.W., Albuquerque, New Mexico, which is more

particularly described as follows:

LOT "A-2" OF THE PLAT OF LOTS A-1 AND A-2, LANDS OF LARRY SWANK, SITUATE WITHIN PROJECTED SECTION 22, T. 11 N., R. 3 E., N.M.P.M., BERNALILLO COUNTY, NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON SAID PLAT FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO ON FEBRUARY 2, 1995.

c. 5 Lauro Road, Santa Fe, New Mexico, which is more particularly described

as follows:

LOT EIGHT (8), BLOCK FORTY-NINE (49), UNIT THREE (3), ELDORADO AT SANTA FE, AS SHOWN AND DELINEATED ON THE PLAT THEREOF (KNOWN AS SHEET 15), FILED JUNE 29, 1977, AS DOCUMENT NO. 404,723 AND RECORDED IN ELDORADO PLAT BOOK 5, AT PAGE 13, RECORDS OF SANTA FE COUNTY, NEW MEXICO.

d. 138 W. Berger Street #4, Santa Fe, New Mexico, which is more

particularly described as follows:

UNIT 8, OF THE WEST BERGER STREET CONDOMINIUM, AS CREATED BY THE CONDOMINIUM DECLARATION FOR WEST BERGER STREET CONDOMINIUM, RECORDED IN BOOK 1027, PAGE 962, AS AMENDED, AND AS SHOWN ON CONDOMINIUM PLAT RECORDED AS EXHIBIT B TO FIRST AMENDMENT TO CONDOMINIUM DECLARATION, RECORDED IN BOOK 1730, PAGE 441, IN THE OFFICE OF THE COUNTY CLERK, SANTA FE COUNTY, NEW MEXICO.

e. 142 ½ W. Berger Street, Santa Fe, New Mexico, which is more particularly

described as follows:

UNIT FIVE (5), OF THE WEST BERGER STREET CONDOMINIUM, AS CREATED BY "CONDOMINIUM DECLARATION FOR WEST BERGER STREET CONDOMINIUM", DATED FEBRUARY 22, 1994 AND RECORDED IN BOOK 1027, PAGE 962, AS AMENDED BY "FIRST AMENDMENT TO CONDOMINIUM DECLARATION FOR WEST BERGER STREET

11

CONDOMINIUM", DATED JANUARY 25, 2000, RECORDED IN BOOK 1730, PAGE 441; AND AS SHOWN AND DELINEATED ON THE "SURVEY PLAT OF 134 WEST BERGER STREET CONDOMINIUM, 134 THROUGH 142 1/2 WEST BERGER STREET, SANTA FE N.M." ATTACHED TO THE FIRST AMENDMENT TO CONDOMINIUM DECLARATION AS EXHIBIT "B", ALL IN THE RECORDS OF SANTA FE COUNTY, NEW MEXICO.

    f. 3 Dovela Place, Santa Fe, New Mexico.

    g. 7596 Corrales Road, Corrales, New Mexico.

    h. Land in Mora County, New Mexico, which is more particularly described as follows:

A CERTAIN TRACT OF LAND WITHIN THE MORA GRANT, BEING SITUATE IN SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, NEW MEXICO, PRINCIPAL MERIDIAN, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT FOR THE SECTION CORNER COMMON TO SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, NEW MEXICO PRINCIPAL MERIDIAN; THENCE DUE NORTH A DISTANCE OF 847.82 FEET, THENCE S. 49°51'E., A DISTANCE OF 2614.45 FEET; THENCE S. 42°58'w. A DISTANCE OF 2109.41 FEET, THENCE S. 59°09'E. A DISTANCE OF 371 FEET; THENCE S.70°54'E. A DISTANCE OF 256.95 FEET; THENCE DUE NORTH A DISTANCE OF 2106.99 FEET TO THE POINT AND PLACE OF BEGINNING. CONTAINING 82,044 ACRES, MORE OR LESS, TOGETHER WITH ALL WATER RIGHTS AND EASEMENTS PERTAINING TO THE ABOVE DESCRIBED PROPERTY.

    i. Land in Mora County, New Mexico, which is more particularly described as follows:

TRACT B: A CERTAIN TRACT OR PARCEL OF LAND LYING AND BEING SITUATE WITHIN THE MORA GRANT, IN SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, N.M.P.M. COUNTY OF MORA, STATE OF NEW MEXICO, AND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT, ALSO BEING A POINT ON THE SANTA FE NATIONAL FOREST BOUNDARY, FROM WHICH POINT THE SECTION CORNER COMMON TO SECTIONS 25 AND 36 T. 21 N., R 14 E., N.M.P.M. BEARS SOUTH, A DISTANCE OF 847.82 FEET; THENCE FROM SAID POINT OF BEGINNING, S. 49°51'00"E., A DISTANCE OF 1307.22 FEET TO A POINT; THENCE S. 40°09'00"W., A DISTANCE OF 150.00 FEET TO A POINT; THENCE N. 49°51'00"W., A DISTANCE OF 1180.69 FEET TO A POINT ON THE SANTA FE NATIONAL FOREST BOUNDARY; THENCE

12

DUE NORTH, ALONG SAID FOREST BOUNDARY, A DISTANCE OF 196.24 FEET TO THE POINT AND PLACE OF BEGINNING.

CONTAINING 4.284 ACRES MORE OR LESS. TOGETHER WITH ALL WATER RIGHTS AND EASEMENTS PERTAINING TO THE ABOVE DESCRIBED PROPERTY. SHOWN AS TRACT B ON PLAT OF SURVEY ENTITLED "REPLAT OF SURVEY FOR DANA JARVIS" PREPARED BY ARSENIO J. MARTINEZ, N.M.L.S. NO. 4254, IN JULY, 1972.

## 2. BANK ACCOUNTS

All United States currency, funds, or other monetary instruments credited to account number 79001021, in the name of Dave and Linda Reid, located at Sun State Bank.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
DAVID C. IGLESIAS
United States Attorney

08/22/05  5:01pm

13

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FOR THE **DISTRICT OF** NEW MEXICO

UNITED STATES OF AMERICA

v.

SALVADOR ABEYTA,

## WARRANT FOR ARREST

CASE NUMBER **CR 0 5    1 8 4 9**

05-3241M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SALVADOR ABEYTA,
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Count 1: 21 U.S.C. § 846 – Conspiracy to Distribute 1000 Kilograms and More of Marijuana

in violation of

Title _____ 21 _____ United States Code, Section(s) 846

Matthew J. Dykman
Name of Issuing Officer

by May Oubltt
Signature of Issuing Officer

Court Clerk
Title of Issuing Officer

AUG 2 3 2005    ALBUQUERQUE, NEW MEXICO
Date and Location

Bail fixed at $ _____ by _____
                                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.