## CLERK'S MINUTES OF ARRAIGNMENT

Date ____09/20/2005____ Judge _____TORGERSON____ Clerk _____Mary Lou Gonzales_____

USA vs. ___GENO BERTHOD_____ Crim. No. ____05-1849  JH

Deft. present with/without counsel_____MARTIN LOPEZ, III,, CJA _____
                                                Name              Apptd/Retd
U.S. represented by _____TARA NEDA for JAMES BRAUN_____AUSA

Deft. not present _____       Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____       Bond forfeited _____
Interpreter present:              Name of Interpreter_____
Interpreter Used:                 Interpreter Sworn:

**COURT ASKED THE DEFENDANT:**

____ Name _____Gene Berthod_____SS#_____4325_____
____ DOB _____1947_____       Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____1 ½ yrs college_____

Y (N)   Whether she is currently or has been recently under the care of a physician or psychiatrist; if she has been hospitalized or treated for narcotic addiction

(Y)  N   Whether she has received a copy of the Indictment

(Y)  N   Whether she has had time to consult with attorney regarding penalties

Y  (N)   Whether she wants Indictment read in open court

(Y)  N   Whether she will waive reading of  Indictment

(Y)  N   Whether she is ready to plead

**_X_** Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

**_X_** Matter referred to USDC

**_X_** Counsel ordered to file any motions by _____10/10/05_____

**_X_** Case assigned to: **HERRERA**

**_X_** Trial set on trailing docket_____TO BE NOTIFIED_____

___ Defendant requested psychiatric examination.  Instructed to file motion in USDC

**_X_** Bond set/continued at _____DEFT REMAINS IN CUSTODY_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

**_X_** Discovery Order Distributed  (e-filed)

___ First Appearance of Defendant          MAG. TAPE NO.__05-26 ACT  @  2460_____

        Counsel for deft will file a motion for reconsideration in the near future to be heard by Judge Herrera since a detention hearing was held in the District of Colorado on 8/31/05 before Magistrate Judge Craig B. Shaffer.