IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**
                                Case No. 05-CR-1849 JH

**JORGE LUIS ORTIZ-MOFFETT,**

    **Defendant.**

## CONTINUANCE ORDER

**THIS MATTER** having come before the Court; Tara Neda appearing for the government, and the defendant appearing without his retained Arizona counsel, Armand Salese and Attorney Salese being unavailable until Wednesday, September 21, 205; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that defendant's Arraignment is continued until Wednesday, September 21, 2005 at 1:30 p.m. before Magistrate Judge Alan C. Torgerson, Gila Courtroom, Fifth Floor. The Court remands defendant to the custody of the U.S. Marshal.

_____
HON. ALAN C. TORGERSON
UNITED STATES MAGISTRATE JUDGE