IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                    No. CR 05-1849 JH

DAVID REID,

        Defendant.

## ENTRY OF APPEARANCE

        Jerry Daniel Herrera, Attorney, hereby enters his appearance for and on behalf of the Defendant in the above-styled and numbered cause.

        /s/ electronically signed

JERRY DANIEL HERRERA
Attorney for Defendant Reid
620 Roma Avenue, N.W.
Albuquerque, New Mexico 87102
Telephone: (505) 262.1003

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court and faxed to the Assistant United States Attorney this 21st day of September, 2005.

/s/ electronically signed