IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.        No. CR 05-1849 JH

DAVID REID,        ***EXPEDITED RULING REQUESTED***

        Defendant.

### *UNOPPOSED* MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY ZUBAIR ASLAMY

    Jerry Daniel Herrera, Attorney at Law and a member of the Bar of this Court, hereby motions the Court for an Order authorizing and directing that Zubair Aslamy be admitted to the Bar of this Court, *Pro Hac Vice*, in the above-referenced cause as counsel for Defendant David Reid and as co-counsel with Jerry Daniel Herrera. As grounds for said Motion counsel would show to the Court as follows:

    1.    Mr. Aslamy has been privately retained to represent Mr. Reid. Mr. Aslamy is a member in good standing of the Arizona Bar and the United States District Court Bar of the District of Arizona.

    2.    Assistant United States Attorney James Braun was contacted and does not oppose this motion.

    Wherefore, counsel respectfully requests this Court to allow the admission of Zubair Aslamy to the Bar of this Court.

/s/ electronically signed

JERRY DANIEL HERRERA
Attorney for Defendant Reid
620 Roma Avenue, N.W.
Albuquerque, New Mexico 87102
Telephone: (505) 262.1003

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court and faxed to the Assistant United States Attorney and mailed to the following this 21st day of September, 2005.

/s/ electronically signed


Zubair Aslamy, Esq.
Aslamy, Workman & Carpenter, P.C.
1414 W. Broadway Road, Suite 122
Tempe, Arizona 85282
Telephone: (480) 968.8700