IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                           No. CR 05-1849 JH

DAVID REID,

        Defendant.

## ORDER ALLOWING ADMISSION *PRO HAC VICE* OF ATTORNEY ZUBAIR ASLAMY

THIS MATTER, having come before the Court on the motion of counsel for the defendant, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Attorney Zubair Aslamy be admitted the Bar of this Court *Pro Hac Vice*.

                                                     HONORABLE JUDITH C. HERRERA
                                                     United States District Judge