# EXHIBIT "A"



4700 S. Overland Dr.
Tucson, AZ 85714
520-882-7794
mrimedical.com

September 20, 2005

David,

Here is the agenda for our travels next week. We will need your services for 5 days.

Monday, September 26 – Marana to Las Vegas, NV and Return.

Tuesday, September 27 – Marana to Minneapolis, MN

Wednesday, September 28 – Minneapolis to Chicago, IL

Thursday, September 29 – Chicago to Columbus, OH

Friday, September 30 – Columbus, OH to Dayton, OH and Dayton to Marana.

Sincerely,

Joseph R. Lee
Director of Sales and Marketing