**EXHIBIT "B"**

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002892

Attorney for Defendant Reid

RECEIVED
AUG 31 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

LODGED
COPY
FILED

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-1849-05-00660-M(CRP) |
| Plaintiff, | |
| vs. | ORDER |
| David Reid, | |
| Defendant. | |

The conditions of release for the Defendant are modified as set forth herein. On September 1, 2005, the Defendant shall be allowed to travel to San Diego, California and Aspen, Colorado, on September 6, 2005, to Aspen, Colorado and Wickenburg, Arizona, and on September 10, 2005, to Wickenburg, Arizona. In all other respects, the conditions of release shall remain unchanged.

DATED this 31st day of August, 2005.

/s/ Charles R. Pyle
HONORABLE CHARLES R. PYLE
JUDGE, U. S. DISTRICT COURT

1. Copy of the foregoing mailed/
2. delivered this ___ day of
   August, 2005, to:
3.
4. Jose Valencia
   U.S. Pretrial Services
5. 405 W. Congress Street
   Tucson, Arizona 85701
6.
7.
8. _____
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613