IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                             No. CR 05-1849 JH

DAVID REID,                             ***EXPEDITED RULING***
                                                        ***REQUESTED***
        Defendant.

### ORDER PERMITTING PERMIT DEFENDANT TO TRAVEL OUT OF STATE FROM SEPTEMBER 26TH THROUGH SEPTEMBER 30TH, 2005

THIS MATTER, having come before the Court on the motion of Defendant Reid, to permit him to travel out of state from September 26th through September 30th, 2005, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** modifying the terms and conditions of release as follows:

    1.    On Monday, September 26, 2005, Defendant Reid shall be allowed to travel from Marana, Arizona to Las Vegas, Nevada and back to Marana;

    2.    On Tuesday, September 27, 2005, Defendant Reid shall be allowed to travel from Marana, Arizona to Minneapolis, Minnesota;

    3.    On Wednesday, September 28, 2005, Defendant Reid shall be allowed to travel from Minneapolis to Chicago, Illinois;

4.  On Thursday, September 29, 2005, Defendant Reid shall be allowed to travel from Chicago, Illinois to Columbus, Ohio; and

5.  On Friday, September 30th, Defendant Reid shall be allowed to travel from Columbus, Ohio to Dayton and return back to Marana.

**IT IS FURTHER ORDERED** that in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

---

                                        HONORABLE JUDITH C. HERRERA
                                        United States District Judge