IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 21 2005
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-1849-JH |
| Plaintiff, | |
| vs. | |
| JORGE LUIS ORTIZ-MOFFETT. | |
| Defendant. | |

### APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE

Armand Salese applies to appear as counsel Pro Hac Vice, on behalf of the Defendant JORGE LUIS ORTIZ-MOFFETT in this matter, and avows as follows:

1. Applicant's office address is:

   Armand Salese
   Law Offices of Armand Salese, P.L.L.C.
   145 S. 6th Ave
   Tucson, AZ 85701
   Telephone: (520) 903-0825
   Fax: (520) 882-8016
   as@saleselaw.com

2. Applicant has been admitted to practice before the following courts on the following admission dates:

   1972 - All Arizona Courts
   1972 - United States District Court - Arizona
   1974 - Ninth Circuit Court of Appeals
   1976 - United States Supreme Court

3. Applicant is a member in good standing in all of the courts to which he has been admitted.

4. Applicant has never been suspended or disbarred by the State Bar of Arizona Bar or any other jurisdiction.

5. Applicant enjoys an AV rating from Martindale-Hubbell and has been continuously listed in the "Best Lawyers in American" since 1989.

6. Applicant has represented the Defendant Jorge Luis Ortiz-Moffett and family members for over 10 years and presently represents the defendant in a civil action pending in the United States District Court for the District of Arizona.

5. The name, address and telephone number of the active member of the District of New Mexico, who will associate as local counsel of record in this matter is:

Tova Indritz, Attorney at Law
715 Tijeras Avenue, NW
Albuquerque, NM 87102
Telephone (505) 242-4003
Facsimile (505) 242-3125

6. Applicant has been retained to appear on behalf of the Defendant Jorge Luis Ortiz-Moffett in this matter.

7. Applicant is not a resident of the State of New Mexico, is not regularly engaged in substantial business, professional or other activities in the State of New Mexico.

Respectfully submitted,

*Tova Indritz*

Tova Indritz, Attorney at Law
715 Tijeras Avenue, NW
Albuquerque, NM 87102
Telephone (505) 242-4003
Facsimile (505) 242-3125

STATE OF ARIZONA )ss:

COUNTY OF PIMA )

ARMAND SALESE, being first duly sworn, deposes and says as follows:

Under penalty of perjury, that he is the applicant in the action herein; that he has read the foregoing Application To Appear As Counsel Pro Hac Vice, and knows the contents thereof; that the same is true of his own knowledge, except as to those matters therein stated upon information and belief, and as to those matters, he believes them to be true.

DATED this 20 day of September, 2005.

_____
ARMAND SALESE

SUBSCRIBED AND SWORN TO before me this 20 day of September, 2005 by ARMAND SALESE.

_____
Notary Public

My Commission Expires:

11-11-08

OFFICIAL SEAL
VICKI ADAMS
Notary Public - State of Arizona
PIMA COUNTY
My Comm. Expires Nov. 11, 2008

### Certificate of Service

I hereby certify that I have mailed or faxed a copy of the foregoing pleading to Assistant United States Attorney James Braun, P. O. Box 607, Albuquerque, NM 87103, this 21st day of September, 2005.

_____
Tova Indritz

-3-