FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 21 2005

MATTHEW J. DYKMAN
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,                CR 05-1849-JH

        Plaintiff,

vs

JORGE LUIS ORTIZ-MOFFETT,

        Defendant.

## ORDER

The matter is before the court on Defendant JORGE ORTIZ-MOFFETT motion for ARMAND SALESE to appear Pro Hac Vice. The motion is well taken and be and hereby is GRANTED.

**IT IS ORDERED** that ARMAND SALESE may appear Pro Hac Vice for Defendant JORGE LUIS ORTIZ-MOFFETT with Tova Indritz as local counsel.

*/s/ Alan C. Torgerson*
United States Magistrate Judge


158