## CLERK'S MINUTES OF ARRAIGNMENT

Date ____09/21/2005____ Judge _____TORGERSON____ Clerk _____Mary Lou Gonzales____

USA vs. ____JORGE LUIS ORTIZ-MOFFETT_____ Crim. No. ____05-1849 JH

Deft. present with/without counsel_ ARMAND SALESE, Ret'd and TOVA INDRITZ, Ret;d Local Counsel
                                  Name        Apptd/Retd
U.S. represented by _____JAMES BRAUN_____AUSA

Deft. not present _____   Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present:   Name of Interpreter_____
Interpreter Used:   Interpreter Sworn:

**COURT ASKED THE DEFENDANT:**

____ Name _____Jorge Luis Ortiz-Moffett_____SS#_____
____ DOB _____1952_____ Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____GED_____

(Y) N   Whether he is currently or has been recently under the care of a physician or psychiatrist; if she has been hospitalized or treated for narcotic addiction **Taking high blood pressure medication**

(Y) N   Whether he has received a copy of the Indictment

(Y) N   Whether he has had time to consult with attorney regarding penalties

Y (N)   Whether he wants Indictment read in open court

(Y) N   Whether he will waive reading of Indictment

(Y) N   Whether he is ready to plead

**X**   Defendant entered plea of not guilty to all counts

____   Defendant entered plea of not guilty to count Nos. _____

**X**   Matter referred to USDC

**X**   Counsel ordered to file any motions by _____10/13/05_____

**X**   Case assigned to: **HERRERA**

**X**   Trial set on trailing docket_____TO BE NOTIFIED_____

___   Defendant requested psychiatric examination. Instructed to file motion in USDC

**X**   Bond set/continued at _____DEFT REMAINS IN CUSTODY_____

____   Previous bond motion denied; advised to file bond appeal in USDC

____   Unseal Case

____   Penalty for failure to appear explained

**X**   Discovery Order Distributed (e-filed)

___   First Appearance of Defendant   MAG. TAPE NO.__05-28 ACT  @  001_____

    Counsel for gov't filed a motion to revoke the Magistrate Judge's release order (for conditions of release) which set conditions of release for deft in the District of Arizona on 8/31/05 before Magistrate Judge Glenda E. Edmonds; gov't is waiting for a hearing to be set on its motion before Hon. Judith Herrera, U.S. District Judge.

Attorney Salese, through local counsel, Tova Indritz, filed his Motion to Appear Pro Hac Vice on behalf of deft Ortiz-Moffett;  Court grants that motion and enters its Order in open court allowing Attorney Salese to appear pro hac vice.