IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

  vs.                                                  Crim. No. 05-1849 JH

**DAVID REID,**

       Defendant.

### NOTICE OF HEARING

TO:

| Jerry Daniel Herrera, Esq.<br>620 Roma Ave NW<br>Albuquerque, NM  87102 | James Braun, AUSA<br>P.O. Box 607<br>Albuquerque, NM 87102 |
|---|---|

**PLEASE TAKE NOTICE** that a **Hearing on deft's motion to permit travel** has been set in the above matter for **Friday, September 23, 2005, at 9:30 am,** before Robert H. Scott, U.S. Magistrate Judge, Hondo Courtroom, 4th Floor, 333 Lomas Blvd., N.W., Albuquerque, New Mexico.

                                                                Matthew J. Dykman, Clerk

**Please direct all inquiries to: Kimberly Dapson**
                                               **Courtroom Deputy**
                                               **(505) 348-2053**

cc:  U.S. Pre-trial
     U.S. Marshal