**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - TUCSON**

**ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND**

DATE: 8/26/2005   CASE NUMBER: 05-00660M

| NAME OF DEFENDANT | ADDRESS OF DEFENDANT, ZIP CODE | TELEPHONE NUMBER |
|---|---|---|
| DAVID REID  CR05-1849JH | 9227 w. Weaver Circle  Casa Grande, AZ | (520) 876-4007 |

| NAME OF SURETY(ies) | ADDRESS(es) OF SURETY(ies), ZIP CODE | TELEPHONE NUMBER(s) |
|---|---|---|

| AMOUNT OF BOND | ☒ UNSECURED $10,000 PAB | ☐ SECURED DEPOSIT RECEIVED | OTHER SECURITY POSTED/TO BE POSTED BY | TIME AND DATE OF APPEARANCE AS DIRECTED |
|---|---|---|---|---|
| $10,000 | | | | |

FILED  LODGED
RECEIVED  COPY
AUG 26 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 12 2005

MATTHEW J. DYKMAN
CLERK

**CONDITIONS OF RELEASE AND APPEARANCE**

Defendant is subject to each condition checked:

☒ The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.
☒ The defendant shall not commit any federal, state or local crime.
☒ The defendant shall IMMEDIATELY advise his/her attorney and Pretrial Services, in writing, PRIOR TO any change in residence address, mailing address or telephone number.
☒ The defendant shall:
  ☒ maintain or actively seek verifiable employment and provide proof of such to Pretrial Services.
  ☒ abide by the following restrictions on his personal associations, place of abode, or travel: Defendant shall not travel outside the State of Arizona, unless court permission is granted to travel elsewhere.
  ☐ avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:
  ☒ report on a regular basis to the following agency: PRETRIAL SERVICES AS DIRECTED (520) 205-4350
  ☐ comply with the following curfew:
☐ Defendant is placed in the custody of
☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
☒ Defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to drug testing, as directed by Pretrial Services.
☒ The defendant shall refrain from ANY/excessive use of alcohol and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC 802 unless prescribed by a licensed medical practitioner. The defendant shall submit to drug and/or alcohol treatment, not limited to urine drug testing and breathalyzer tests, at the discretion of Pretrial Services. The defendant shall make a copayment directly to the agency contracted by Pretrial Services to provide any required counseling or drug testing, in an amount to be determined by Pretrial Services, not to exceed the total cost of services rendered, each month until these services are terminated.
☒ The following conditions also apply: Defendant will comply with electronic monitoring and follow all program requirements, including specific directions of the Pretrial Services Officer. Defendant shall pay for the monitoring one month in advance at the rate of $3.47 per day and thereafter regular monthly payments until monitoring is terminated.

**ADVICE OF PENALTIES AND SANCTIONS**

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, forfeiture of bond, and a prosecution for contempt as provided in 18 U.S.C. §401 which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

**ACKNOWLEDGEMENT OF DEFENDANT**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE | SIGNATURE OF DEFENDANT |
|---|---|
| 8/26/05 | David C Reid |

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

| SIGNATURE OF CUSTODIAN | ADDRESS OF CUSTODIAN | TELEPHONE |
|---|---|---|

We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF SURETY(ies) | |
|---|---|
| [signature] Witnessed and acknowledged before Judicial Officer/Clerk/Attorney | DATE: 8/26/2005  Signed before me on the date shown above. This order authorizes the U.S. Marshal to release defendant from custody.  [signature] Héctor C. Estrada  Signature of U.S. Magistrate Judge  BAIL SET BY HÉCTOR C. ESTRADA |

USA, PSA, , USM

Copies Distributed

165

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | |

DATE: __8/26/05__          CASE NUMBER: __05-00660M__

USA vs. __DAVID REID__

U.S. MAGISTRATE JUDGE: __MAGISTRATE HÉCTOR C. ESTRADA__ Judge #: __70BQ__

U.S. Attorney __David Petermann__                    INTERPRETER REQ'D __N/A__

Attorney for Defendant _____

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☐ RELEASED   ☒ CUSTODY

☒ Complaint Filed   ☒ DOA __8/26/2005__   ☐ Warrant Other District       ☐ Financial Afdvt taken
                                          ☐ Warrant Phx Div.             ☐ No Financial Afdvt taken
                                          ☐ Counsel waives reading of the Complaint/Indictment

☒ Defendant states true name to be __SAME__.
   Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
   is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends __release__                                         ; Gov't ☒ concurs ☐ objects

GOVERNMENT recommends _____

☒ Court accepts recommendation by __PSA_____

Bail set at $ __$10,000 PAB and electronic monitoring__

☒ Defendant signed Order Setting Conditions of Release and released on __$10,000 PAB and electronic monitoring. Defendant advised of conditions of release on the record.__

| DETENTION HEARING: ☒ Held ☐ Cont'd | REMOVAL HEARING: ☐ Held ☐ Waived |
|---|---|
| Set for:                           | Set for: 8/30/2005 at 10:30 AM |
| before:                            | before: MAGISTRATE JUDGE EDMONDS |
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ COMMITMENT TO ANOTHER DISTRICT ISSUED |
| ☐ Defendant Ordered detained pending Removal Hearing | ☐ ORDER BOND posted in this case be transferred to the |
| ☐ Gov't withdraws request to detain defendant | U.S. District Court for the ___ where this matter is pending |

☐ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the _____, that there is probable cause to believe that this defendant is the _____, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

OTHER: _____
_____

Copies to:                                Recorded by Courtsmart
USA, CNSL, PSA                            BY: Selina Durazo
                                          Deputy Clerk

UNITED STATES DISTRICT COURT　　　　　　　　　　　　　　MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: __8/30/05__　　　CASE NUMBER: __05-00660M__

USA vs. __DAVID REID__

U.S. MAGISTRATE JUDGE: __MAGISTRATE GLENDA E. EDMONDS__　Judge #: __70BH__

U.S. Attorney __James Burke__　　　　　　　　　　INTERPRETER REQ'D __N/A__

Attorney for Defendant __Walter Nash (Spec Appr)__

INITIAL APP: ☐ HELD　DEFENDANT: ☒ PRESENT　☐ NOT PRESENT　☒ RELEASED　☐ CUSTODY

☐ Complaint Filed ☐ DOA _____　　☐ Warrant Other District　☐ Financial Afdvt taken
　　　　　　　　　　　　　　　　　　☐ Warrant Phx Div.　　　　☐ No Financial Afdvt taken
　　　　　　　　　　　　　　　　　　☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____.
　Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
　is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends _____; Gov't ☐ concurs ☐ objects
GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| DETENTION HEARING: ☒ Previously held<br>Set for:<br>before: | REMOVAL HEARING: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ COMMITMENT TO ANOTHER DISTRICT ISSUED |
| ☐ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☒ ORDER BOND posted in this case be transferred to the U.S. District Court for the __New Mexico__ where this matter is pending |

☒ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the __District of New Mexico__, that there is probable cause to believe that this defendant is the __David Reed__, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

☐ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
OTHER: __Thereafter, Clerk contacted the District Court in New Mexico for Defendant's next appearance date. Matter is set for hearing on Thursday, September 15, 2005 at 9:30 A.M. before Judge Puglisi in Courtroom Cimarron, 5th Floor, 333 Lomas Blvd. Northwest.__

Copies to:　　　　　　　　　　　　　　　　　　　Recorded by Courtsmart
USA, CNSL, PSA
　　　　　　　　　　　　　　　　　　　　　　　　BY: Selina Durazo
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FOR THE DISTRICT OF NEW MEXICO

```
_____ FILED      _____ LODGED
_____ RECEIVED   _____ COPY

      AUG 26 2005

CLERK US DISTRICT COURT
  DISTRICT OF ARIZONA
BY _____ DEPUTY
```

UNITED STATES OF AMERICA

v.

DAVID REID
9227 West Weaver Circle, Casa Grande, Arizona
214 East 2nd Street, Newberg, Oregon

To: The United States Marshal
and any Authorized United States Officer

**COPY**

**WARRANT FOR ARREST**

CASE NUMBER: **CR 05 1849**
**05-00660M**

YOU ARE HEREBY COMMANDED to arrest _____ **DAVID REID** _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Count 1: 21 U.S.C. § 846 – Conspiracy to Distribute 1000 Kilograms and More of Marijuana; Count 3: 18 U.S.C. § 1956(h) – Conspiracy to Launder Money;

in violation of
Title ____21____ United States Code, Section(s) __846__

| Matthew J. Dykman | Court Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | AUG 23 2005   ALBUQUERQUE, NEW MEXICO |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by ____[signature]____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
405 WEST CONGRESS STREET, SUITE 1500, TUCSON, AZ 85701-5010

## FACSIMILE TRANSMITTAL SHEET



9/15 @ 9:30

DATE: 9/1/05     # OF PAGES, INCLUDING THIS COVER SHEET: 6

FROM: Selina

TO: Denise

VOICE PHONE: (520) 205-4200      VOICE PHONE: (505) 348-2052

FAX NUMBER: (520) 205-4219       FAX NUMBER: (505) 348-2028

If you do not receive all of the pages indicated above or the message is poorly received, please contact our office as soon as possible at the above number.

COMMENTS:

Thanks for your help!

AZ WVR (7/99) Waiver of Rule (5)(c) Hearings
=================================================================================

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ARIZONA_____

United States of America        **WAIVER OF RULE 5(c)(3) HEARINGS**
                                             (Excluding Probation Cases)

    V.

DAVID REID

                                         Case Number: 05-00660M-(CRP)

    I, __DAVID REID__, understand that in the District of __New Mexico__, charges are pending alleging violation of __21:846 & 18:1956(h); Conspiracy to Distribute Marijuana; Conspiracy to Launder Monday,__ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, FED. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

    I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

[☒] identity hearing

[ ] preliminary examination

[ ] identity hearing and have been informed I have no right to a preliminary examination

[ ] identity hearing but request a preliminary examination to be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge in pending against me. I further waive the presentment of the original or the certified copy of the Warrant from the District of New Mexico in the District of Arizona.

                                                      _/s/ David C Reid_
                                                      Defendant

__8/30/05__                                         _/s/ Walter_
                                                      Defense Counsel

COPY

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 2 2005

MATTHEW J. DYKMAN
CLERK

LAW OFFICES OF
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893

Attorney for Defendant Reid

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

UNITED STATES OF AMERICA, )   No. CR-05-1849- JH
                          )   05-00660-M(CRP)
            Plaintiff,    )
                          )
vs.                       )   **ORDER**
                          )
David Reid,               )
                          )
            Defendant.    )
_____)

The conditions of release for the Defendant are modified as set forth herein. On September 1, 2005, the Defendant shall be allowed to travel to San Diego, California and Aspen, Colorado, on September 6, 2005, to Aspen, Colorado and Wickenburg, Arizona, and on September 10, 2005, to Wickenburg, Arizona. In all other respects, the conditions of release shall remain unchanged.

DATED this 31st day of August, 2005.

_____
**CHARLES R. PYLE**
UNITED STATES MAGISTRATE JUDGE

-1-

Copy of the foregoing mailed/
delivered this ___ day of
August, 2005, to:

Jose Valencia
U.S. Pretrial Services
405 W. Congress Street
Tucson, Arizona 85701

_____

-2-