FILED

United States District Court--District of Arizona - Phoenix

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

## Order Setting Conditions of Release

DATE: 8/29/2005        CASE NUMBER: 05-03241M-001

USA vs. Salvador Randy Abeyta

CR05-1849 JH

☐ PERSONAL RECOGNIZANCE
☒ AMOUNT OF BOND
    ☐ UNSECURED
    ☐ SECURED BY_____
SECURITY TO BE POSTED BY_____
NEXT APPEARANCE   or as directed through counsel
☐ 401 West Washington St., Phoenix, AZ, Courtroom #◆, ◆ Floor
☐ Goodwin & Cortez, US Post Office Bldg., Prescott, AZ, 2nd Floor

☒ FILED        SEP 2005
☐ RECEIVED    ☐ COPY

MATTHEW J. DYKMAN

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IT IS ORDERED THAT DEFENDANT IS SUBJECT TO THE FOLLOWING CONDITIONS AND SHALL:

☒ appear at all proceedings as required and to surrender for service of any sentence imposed.

☒ not commit any federal, state or local crime.

☒ immediately advise the court, defense counsel and U.S. Attorney in writing of change in address/telephone number.

☒ maintain or actively seek verifiable employment if defendant is physically or medically able and provide proof of such to Pretrial Services.

☒ not travel outside of: __Maricopa County and District of New Mexico__ _____
except Defendant may travel directly to the prosecuting district, and through all states and counties in between the District of Arizona and the prosecuting district, for Court purposes and lawyer conferences only unless express PRIOR Court or Pretrial Services permission is granted to do so.

☐ avoid all direct or indirect contact with persons who are considered alleged victim(s), potential witness(es), family members of victim(s)/witness(es), and/or ( ) the custodial parent, except Defendant may communicate with custodial parent solely for visitation purposes with his/her minor child(dren): _____

☒ report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350.

☐ report as directed to the U.S. PROBATION OFFICE 602-322-7400 and abide by all terms of conditions of Supervised Release/Probation.

☐ execute an agreement to forfeit upon failing to appear as required, the bond or designated property:_____

☐ Defendant is placed in the third party custody of_____

☒ refrain from ☒ any ☐ excessive use of alcohol and not use or possess any narcotic or other controlled substance defined by 21 USC 802 unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice.

☒ participate in drug/alcohol counseling/treatment and submit to drug/alcohol testing, including breathalyzer testing and make copayment toward the cost as directed by U. S. Pretrial Services.

☒ surrender any passport to the Clerk of the Court by_____

☒ obtain no passport.

☐ not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition.

☒ maintain weekly contact with his/her counsel by Friday, noon of each week with Jeanette E. Alvarado

☐ shall timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of $_____

☐ The defendant shall actively participate in any mental health treatment program as directed by Pretrial Services. The defendant shall comply with all treatment requirements including taking all medication as prescribed by his/her mental health care provider.

☐ _____

166

## ADVICE OF PENALTIES AND SANCTIONS

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years if the offense is a felony or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other term of imprisonment.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years, and a $250,000 fine to intimidate a juror or officer of the court; Title 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct a criminal investigation; Title 18 U.S.C. §1512 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section by not more than twenty years or by not more than ten years and a $250,000 fine for tampering with a witness, victim or informant; or by intentionally harassing another person and thereby hindering /delaying /preventing or dissuading any person from attending or testifying in an official proceeding or otherwise violating the section is punishable by imprisonment for not more than one year and a $250,000 fine; and 18 U.S.C. §1513 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years of imprisonment, a fine of $250,000, or both, to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2) an offense punishable by imprisonment for a term of five years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

If the person was released for appearance as a material witness, a fine as provided by law or imprisonment for not more than one year, or both.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE  8/29/05 | SIGNATURE OF DEFENDANT |
|---|---|

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF CUSTODIAN(S)

Directions to United States Marshal:

☒ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.

DATE:   8/29/2005

EDWARD C. VOSS
United States Magistrate Judge

USA, PTS/PROB, USM, DEFT, DEFT ATTY

USA v. _Salvador Randy Abeyta_____    CASE NUMBER _05-03241M-001_____

## ADDITIONAL CONDITIONS OF RELEASE

☒    The defendant will comply with electronic monitoring and follow all program requirements, including specific directions of the Pretrial Services Officer.

☒    The defendant will pay for the electronic monitoring one month in advance at the rate of $3.26 per day or a percentage of total monthly cost as determined by Pretrial Services

☐    The defendant will participate in one of the following home confinement program components and abide by all the requirements of the program which ☐ will or ☐ will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervision officer.

    ☐    **Curfew.** You are restricted to your residence every day ☐ from _____ to _____ , or ☐ as directed by the pretrial services office or supervising officer, or

    ☐    **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

    ☐    **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

☐    _____

_____
_____
_____
_____

ACKNOWLEDGMENT OF DEFENDANT _____

DATED THIS ___29th___ DAY OF ___August___ , 2005.

(Rev. 10/03) Order Holding Defendant

# UNITED STATES DISTRICT COURT

DISTRICT _____ ARIZONA _____

UNITED STATES OF AMERICA

V.

Salvador Randy Abeyta

**ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION**

Case Number:   05-03241M

Charging District Case Number:   CR-05-1849

The defendant having appeared before this Court pursuant to Rule 5(c)(3), Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ District of __ NEW MEXICO __ ; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified)   U.S. District Court, 333 Lomas NW, Cimarron
*Place and Address*

Ctrm-5th Floor, Albuquerque, NM _____ on 9/15/05 at 9:00 before Magistrate Judge Puglisi .
*Date and Time*

*Defendant is to call the New Mexico District Court at 505-348-2050 and advise them if he will be retaining counsel or requesting Court Appointed counsel.*

Signature of Judicial Officer

8-30-05
*Date*

Hon. Edward C. Voss, U.S. Magistrate Judge
*Name and Title of Judicial Officer*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### 405 WEST CONGRESS STREET, SUITE 1500, TUCSON, AZ 85701-5010

## FACSIMILE TRANSMITTAL SHEET



Phoenix Division
Tucson Division
Prescott Division

DATE: 9/14/5     # OF PAGES, INCLUDING THIS COVER SHEET: _10_

FROM: _____     TO: _____
Gregory Loeb                       Mary Lou Gonzales

VOICE PHONE:     (520) 205-4232     VOICE PHONE: 525-348-2055

FAX NUMBER:     (520) 205-4219     FAX NUMBER: _____

If you do not receive all of the pages indicated above or the message is poorly received, please contact our office as soon as possible at the above number.

COMMENTS: Per your request.

UNITED STATES DISTRICT COURT                                        MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE: 8/29/2005          CASE NUMBER:  05-03241M-001

USA vs.  Salvador Randy Abeyta

U.S. MAGISTRATE JUDGE: EDWARD C. VOSS #: 70BO

A.U.S. Attorney  Darcy A. Cerow                    INTERPRETER_____
                                                   LANGUAGE_____
Attorney for Defendant  Jeanette E. Alvarado (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA___                       ☐  Initial Appearance        ☐  Appointment of counsel hearing held
☐ Financial Afdvt taken      ☐  Defendant Sworn           ☐  Financial Afdvt sealed
☒ Rule 5(c)(3)               ☐  Defendant states true name to be ___. Further proceedings ORDERED in
                                Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☒ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐  Defendant ordered temporarily detained in the custody of the United States Marshal<br>☒  Defendant ordered released _w/conditions-electronic monitoring._____<br>☐  Defendant continued detained pending trial<br>  ☐ Flight risk  ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐  Warrant of removal issued. |
| PRELIMINARY HEARING: | STATUS HEARING: re: _____ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐  Probable cause found   ☐ Dismissed<br>☐  Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: The Court was contacted by defense counsel Jason Lamm. Mr. Lamm requested the Court to disregard his Notice of Appearance filed on 8/29/05. There being no objection by current appointed defense counsel or the government the Court will not consider it a valid Notice of Appearance. The Court addressed the defendant in this regard and the defendant indicated he wishes to proceed with appointed counsel. Ms. Alvardo. The Court affirms the appointment of Jeanette Alvarado. Defendant will be advised under separate order as to his date and time of appearance in the District of New Mexico.___

                                   Recorded by Courtsmart
                                   BY: Phylis Durbin
                                   Deputy Clerk

THIS DOCUMENT HAS NOT BEEN SUBMITTED ELECTRONICALLY AS REQUIRED BY THE DISTRICT OF ARIZONA'S ADMINISTRATIVE POLICIES AND PROCEDURES MANUAL

JASON D. LAMM # 018454
1300 East Missouri Avenue
Suite B-200
Phoenix, Arizona 85014
Telephone: (602) 222-9237
Facsimile: (602) 222-2299
Email: jlamm@cyberlawaz.com
Attorney for the Defendant

AUG 2 9 2005

BY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Cause No.: 05-MJ-3241 PHX-LOA |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| SALVADOR ABEYTA, | |
| Defendant. | (Assigned to the Honorable Edward C. Voss) |

The undersigned hereby enters his appearance on behalf of the above named defendant for all further proceedings before this Court in the above captioned matter.

Respectfully submitted this 26th day of August 2005.

Jason D. Lamm
Attorney for Defendant

- 1

1   Copies of the foregoing
    delivered this 28th day of
2   August 2005, to:

3   Clerk s Office
    United States District Court
4
    The Honorable Edward C. Voss
5   U.S. Magistrate Judge

6   Darcy Cerow
    United States Attorney
7

8
    By: M Ortiz
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ ARIZONA _____

UNITED STATES OF AMERICA

V.

SALVADOR ABEYTA

**WAIVER OF RULE 5(c)(3) HEARINGS**
(formerly Rule 40)

CASE NUMBER: **05-3241M**

I, _Salvador Abeyta_ _____, understand that in the

_____ District of _New Mexico_ _____, charges are pending

alleging violation of _21 USC 848_ _____ and that I have been

arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

( ) preliminary examination

( ✓ ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

( ) I reserve my right to have a detention hearing in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
8/26/05
Date

_____
Defendant

_____
Defense Counsel

UNITED STATES DISTRICT COURT                     MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE: _8/26/2005_          CASE NUMBER: _05-03241M-001_

USA vs. _Salvador Abeyta_

U.S. MAGISTRATE JUDGE: MORTON SITVER #: 70RA

A.U.S. Attorney _Darcy Cerow_____   INTERPRETER_____
                                               LANGUAGE_____
Attorney for Defendant _Jeanette Alvarado (AFPD)___
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA _8/25/2005_            ☒  Initial Appearance       ☒  Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐  Defendant Sworn           ☐  Financial Afdvt sealed
☒ Rule 5(c)(3)  .         ☐  Defendant states true name to be ___. Further proceedings  ORDERED
                             in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:      8/29/05 at 3:30 PM<br>Before:      MAGISTRATE JUDGE VOSS<br>☒  Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐  Defendant ordered released _____<br>☐  Defendant continued detained pending trial<br>    ☐ Flight risk  ☐ Danger | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☒  Waived<br>Set for:<br>Before:<br><br>☐  Warrant of removal issued. |
| PRELIMINARY HEARING: | STATUS HEARING: re: _____ |
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐  Probable cause found     ☐ Dismissed<br>☐  Held to answer before District Court | ☐ Held  ☐ Con't  ☐ Reset<br><br>Set for:<br>Before: |

Other: _____

                                               Recorded by Courtsmart
                                               BY:  Sherise M. Marshall
                                               Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
          *Plaintiff,*

v.

SALVADOR ABEYTA,
          *Defendant.*

FILED
at Santa Fe NM

SEP 12 2005

MATTHEW J. DYKMAN
          CLERK

CR 05-1849 JH

ORDER

On motion of Ralph Ellinwood, Esq. and good cause appearing, it is hereby ORDERED admitting Jason D. Lamm, Esq. to the bar of this Court, *pro hac vice,* for this cause only.

Judge
United States District Court
District of New Mexico

3

113

**IN THE UNITED STATES DISTRICT COURT**  FILED

**FOR THE DISTRICT OF NEW MEXICO**

05 SEP -6  PM 3: 03

UNITED STATES OF AMERICA.
            *Plaintiff.*

v.

**CR 05-1849 JH**

SALVADOR ABEYTA,
            *Defendant.*

## MOTION FOR ADMISSION PRO HAC VICE OF JASON D. LAMM, ESQ. AND PROPOSED ORDER

Undersigned counsel. a member of the Bar of this Court, hereby moves for Jason D.

Lamm, Esq. to be admitted to the bar of this Court, *pro hac vice*, for the above captioned cause

only as counsel for Defendant Abeyta.   Specific reasons in support of this motion are set forth

herein.

Mr. Lamm has been privately retained to represent the above named defendant.  On

information and belief, he is a member in good standing of the bars of Arizona. Maryland. the

United States District Court for Arizona and Maryland. as well as the Supreme Court of the

United States.  He is ineligible for admission to the bar of this Court, pursuant to Rule 83.2, as he

is not a member of the New Mexico state bar.   On one previous occasion, Mr. Lamm appeared

before this Court. *pro hac vice*, on a civil forfeiture matter that was resolved shy of trial.

Counsel for the United States has been personally consulted about his position on the

request and has advised that he does not oppose this motion.

Dated this 2ⁿᵈ_ of September, 2005.

FILED

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO** 05 SEP -6 PM 3: 03

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,
       *Plaintiff,*

v.

                        **CR 05-1849 JH**

SALVADOR ABEYTA,
       *Defendant,*

## CERTIFICATE OF SERVICE OF MOTION FOR ADMISSION PRO HAC VICE OF JASON D. LAMM, ESQ. AND PROPOSED ORDER

I certify that a copy of the above pleading was mailed to the attorney for the United States

of America:

James Braun, Esquire
Assistant United States Attorney
P.O. Box 607,
Albuquerque, New Mexico 87103

And To:

Ralph Ellinwood, Esq.
117 W Washington St
Tucson, AZ 85701-1011

on September 2, 2005

WITH EXPRESS CONSENT FOR.

Ralph Ellinwood, Esq.

4

90

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

05 SEP -6 PM 3:01

CLERK ALBUQUERQUE

UNITED STATES OF AMERICA,
　　　　　*Plaintiff.*

v.

SALVADOR ABEYTA,
　　　　　*Defendant,*

CR 05-1849 JH

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE

I certify that a copy of the above pleading was mailed to the attorney for the United States of America:

*James Braun, Esquire*
Assistant United States Attorney
P.O. Box 607,
Albuquerque, New Mexico 87103

And To:

Ralph Ellinwood, Esq.
117 W Washington St
Tucson, AZ 85701-1011

on September 2, 2005

Jason D. Lamm
Attorney for Defendant

q2

2