# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       **Plaintiff,**

       **vs.**                          **CR No.  05-1849 JH**

SALVADOR ABEYTA,

       **Defendant.**

## O R D E R

**THIS MATTER** having come before the Court for an initial appearance and arraignment, attorney James Braun appearing for the government and attorney Jason Lamm appearing for the defendant, and the government having no objection to continue defendant on conditions of release and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the previously imposed Conditions of Release set in Phoenix, Arizona, by Magistrate Judge Edward C. Voss, are **ADOPTED** by this Court and shall remain in full force and effect until final disposition of this matter.

RICHARD L. PUGLISI
U.S. MAGISTRATE JUDGE