IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **vs.**                                                   CR No.  05-1849 JH

**DAVID REID,**

      **Defendant.**

## O R D E R

**THIS MATTER** having come before the Court for an initial appearance and arraignment, attorney James Braun appearing for the government and attorney Ben Silva appearing for the defendant, and after hearing argument by counsel regarding the continuation of defendant's conditions of release and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the previously imposed Conditions of Release set in Tucson, Arizona, by Magistrate Judge Hector C. Estrada, are **ADOPTED** by this Court and shall remain in full force and effect until final disposition of this matter.

**IT IS FURTHER ORDERED** that any future modifications to defendant's conditions of release be addressed only by the District of New Mexico.

 

_____
RICHARD L. PUGLISI
U.S. MAGISTRATE JUDGE