IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                                           CR No.  05-1849 JH

**MIKE HANNAH**

    **Defendant.**

## **O R D E R**

**THIS MATTER** having come before the Court for an initial appearance and arraignment on September 6, 2005, attorney James Braun appearing for the government and attorney Brian Pori appearing for the defendant, and there being no objection by the government as to the continuation of defendant's conditions of release and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the previously imposed Conditions of Release set in Topeka, Kansas, by Magistrate Judge K. Gary Sebelius, are **ADOPTED** by this Court and shall remain in full force and effect until final disposition of this matter.

_____
DON J. SVET
U.S. MAGISTRATE JUDGE