IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

05 SEP 22 PM 1: 24

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

CR 05-1849 JH

SALVADOR ABEYTA,
    *Defendant.*

## MOTION TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE

Undersigned counsel does hereby request that this Court grant him permission to appear telephonically at the status conference scheduled on September 27, 2005 on grounds that on the date of the setting, counsel has a previously scheduled commit in Arizona that are of a sensitive nature and that are not delegable in nature. Said commitment involves multiple parties who are coming from out of state at significant expense.

Dated this ___ of September, 2005.

By: _____
Jason D. Lamm
1300 E. Missouri
Suite B200
Phoenix, Arizona 85014

1

