IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

05 SEP 22 PM 1: 24

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

SALVADOR ABEYTA,
    *Defendant.*

CR 05-1849 JH

### CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE

I certify that a copy of the above pleading was mailed to the attorney for the United States of America:

James Braun, Esquire
Assistant United States Attorney
P.O. Box 607,
Albuquerque, New Mexico 87103

And To:

on September 19, 2005

Jason D. Lamm
Attorney for Defendant

2