IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.                                                    Criminal No. 05-1849 JH

DANA JARVIS, et al.,

    Defendant(s).

### NOTICE VACATING STATUS CONFERENCE

**BY DIRECTION OF THE HONORABLE JUDITH C. HERRERA**:

**PLEASE TAKE NOTICE** that the status conference scheduled on Tuesday, September 27, 2005, at 10:00 a.m., is hereby *vacated* and will be rescheduled at a later date and time. **Please direct all inquires to Elizabeth Davis, Courtroom Deputy to the Honorable Judith C. Herrera, at (505) 992-3863 or chamber's number (505) 992-2850.\***

                                                      **MATTHEW J. DYKMAN, Clerk of Court**

This will certify that a true copy of the foregoing was mailed or electronically noticed on its date of filing to counsel of record per the Court's Electronic Filing System.

\* To obtain daily information regarding the status of court settings, please refer to the court calendar which can be accessed through the Court's website at *www.nmcourt.fed.us/dcdocs/*.