IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff(s),

    vs.                                          Criminal No. 05-1849 JH

DAVID REID,

    Defendant(s).

## ORDER

**THIS MATTER** having come before the Court on Defendant's Motion to Withdraw as Counsel, filed September 16, 2005 (Doc. 148), and the Court notes that attorney, Jerry Daniel Herrera, entered his appearance on behalf of the above-named Defendant on September 21, 2005 (Doc. 154), finds that Defendant's Motion is well taken and will be granted;

**IT IS THEREFORE ORDERED** that Defendant's motion is **GRANTED** and counsel, Benjamin Silva, Jr., is hereby withdrawn as counsel of record for the above-named Defendant.

_____
**UNITED STATES DISTRICT JUDGE**