IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANDOVAL COUNTY
200636301
Book 408 Page 36301
State of New Mexico
09/19/2005 01:37:31 PM

05 SEP 22 PM 2:58

CLERK ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DANA JARVIS, a/k/a Todd Ward, )<br>AYLA JARVIS, )<br>JORGE LUIS ORTIZ-MOFFETT, )<br>ROBERT DRISCOLL, )<br>DENNIS COX, )<br>MIKE HANNA, )<br>RALPH GREENE, a/k/a "RB," )<br>GEORGE RIPLEY, )<br>CATHY FITZGERALD, )<br>DAVID REID, )<br>PAT BERSSENBRUGGE, )<br>BARBARA HANNA, )<br>GEORGE OSGOOD, a/k/a "Mushroom George," )<br>GREG HILL, )<br>GENO BERTHOD, a/k/a "Old Man," )<br>DAN CHOMYN, a/k/a "Rocky," )<br>RUSSELL TRUJILLO, a/k/a "Rusty," )<br>MANUEL GIL, )<br>SAM JONES, )<br>SALVADOR ABEYTA, )<br>BILL JONES, a/k/a Charles Johnston, )<br>MARY CANNANT, )<br>ADRIAN SANFORD, )<br>)<br>Defendants. ) | **CRIMINAL NO. 05-1849 JH**<br><br>Count 1: 21 U.S.C. § 846 – Conspiracy to Distribute 1000 Kilograms and More of Marijuana;<br><br>Count 2: 21 U.S.C. § 848 – Continuing Criminal Enterprise;<br><br>Count 3: 18 U.S.C. § 1956(h) – Conspiracy to Launder Money;<br><br>Counts 4-26: 18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering;<br><br>18 U.S.C. § 982: Criminal Forfeiture. |

**NOTICE OF LIS PENDENS**

On August 23, 2005, the United States filed a criminal indictment in the United States District Court for the District of New Mexico in the above captioned case. The property located

1

at 7596 Corrales Road, Corrales, NM 87048, was criminally indicted in this case and the United States is seeking the forfeiture of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. The property, with an address of 7596 Corrales Road and 7594 Corrales Road, Corrales, NM 87048, is more particularly described as follows:

> LOT NUMBERED TWO (2), CORRALES CLASSIC FARMS, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT THEREOF ENTITLED, "SUMMARY PLAT, LOTS 1 AND 2, CORRALES CLASSIC FARMS, SITUATE WITHIN THE TOWN OF ALAMEDA GRANT (PROJECTED), SECTION 14, T.12N.,R.3E., N.M.P.M., BEING A REPLAT OF A PORTION OF TRACT 30 AND ALL OF TRACTS 31 AND 32, MIDDLE RIO GRANDE CONSERVANCY DISTRICT PROPERTY MAP NO. 14, VILLAGE OF CORRALES, SANDOVAL COUNTY, NEW MEXICO", FILED IN THE OFFICE OF THE COUNTY CLERK OF SANDOVAL COUNTY, NEW MEXICO, ON DECEMBER 11, 1992, VOLUME 3, FOLIO 1019-B, INSTRUMENT NO. 271.

The record owners of the defendant property are Russell and Sharon Trujillo.

Title 21, United States Code, Section 853(k) states no party claiming and interest in property subject to forfeiture may commence an action against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court for the District of New Mexico, located in Albuquerque, New Mexico.

This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.

```
SANDOVAL COUNTY
   200536301
Book- 408 Page- 36301
   2 of  3
09/19/2005 01:37:31 PM
```

DAVID C. IGLESIAS
**United States Attorney**

By: _____

Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274, Ext.1464
Fax: (505)346-7296

Signed and sworn to before me this 15th day
of September, 2005 by Stephen R. Kotz
in Bernalillo County, New Mexico.

```
SANDOVAL COUNTY
   200536301
Book- 408 Page- 36301
   3 of  3
09/19/2005 01:37:31 PM
```



OFFICIAL SEAL
Alberta T. Lux
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/2/2007

_____
NOTARY PUBLIC

My Commission Expires: 4/2/2007