IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

05 SEP 23 AM 11: 56

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. CR 05-1849 JH

DAVID REID,

***EXPEDITED RULING REQUESTED***

    Defendant.

## ORDER PERMITTING DEFENDANT TO TRAVEL FROM ARIZONA TO NEW MEXICO AND TO RETURN

THIS MATTER, having come before the Court on the motion of Defendant David Reid, to permit him to travel from Arizona to New Mexico for the purpose of meeting with his local counsel, Jerry Daniel Herrera and for court hearings and to return, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** modifying the terms and conditions of release as follows:

David Reid shall be permitted to leave Arizona to travel to New Mexico for the purpose of meeting with his local counsel, Jerry Daniel Herrera and for court hearings and to return to Arizona upon the completion of these matters. All other conditions shall remain as ordered by this Court.

                                                          _____
                                                          HONORABLE JUDITH C. HERRERA
                                                          United States District Judge