**CLERK'S MINUTES OF HEARING**

      HEARINGS BEFORE    **ROBERT H. SCOTT**

    KIND OF HEARING  **MOTION HEARING**
        **Motion to permit defendant to travel out of State**

**DEFENDANTS:**

**DAVID REID**          CASE NO.  **05-CR-1849 JH**

                          DATE & TIME:  **9/23/05 @ 10:25 am**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**JAMES BRAUN**    AUSA          **JERRY HERRERA** Ret-CJA-AFPD

**Loretta Sanchez** PTS/PROB **none** Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

**RHS 05-31**

| | |
|---|---|
| @ 66 | **Herrera** |
| @ 166 | **Braun** |
| @ 239 | **Herrera** |
| @ 265 | **Court** |
| @ 306 | **Herrera** |

**HEARING RESULTS/FINDINGS:**

☐    Defendant waives Preliminary Hearing

☐    Defendant stipulates to detention at this time.

☐    Court finds probable cause.

☐    Defendant(s) in custody

**X**    Conditions of Release set at: **Modified to reflect that the Defendant is precluded from flying an aircraft, but if notifies U.S. Pretrial services may travel from Arizona to New Mexico for Court appearances and to meet with attorney.**

**X**    Other    **Motion to permit defendant to travel out of State denied.**