# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 23 2005

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    CRIM. NO. 05-1849 JH
    MAG. NO.

DAVID REID,

    Defendant.

## ORDER

THIS MATTER is before the Court pursuant to Defendant's Motion to permit travel out of state, and the Court having reviewed the pleadings and heard proffer, finds that the motion is not well taken.

IT IS THEREFORE ORDERED that Defendant's Motion is hereby denied.

IT IS FURTHER ORDERED that the Defendant is precluded from flying an aircraft.

_Robert H. Scott    9-23-05_
**ROBERT H. SCOTT**
United States Magistrate Judge

