IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff(s),

    vs.                                                                            Criminal No. 05-1849 JH

SALVADOR ABEYTA,

    Defendant(s).

## ORDER

**THIS MATTER** having come before the Court on Defendant's Motion to Appear Telephonically at the Status Conference, filed September 22, 2005 (Doc. 171), the Court finds that Defendant's Motion is moot given the fact that the Court has vacated the Status Conference of September 27, 2005;

**IT IS THEREFORE ORDERED** that Defendant's motion is **DENIED** as **MOOT**.

                                                        **UNITED STATES DISTRICT JUDGE**