IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATE OF AMERICA,

    Plaintiff,

vs.                                  CASE NO.  05 CR 1849 JH

RUSSELL TRUJILLO

    Defendant.

### DEFENDANT RUSSELL TRUJILLO'S UNOPPOSED MOTION
### TO MODIFY CONDITIONS OF RELEASE

Defendant Russell Trujillo through counsel Penni Adrian respectfully moves this Court to enter its Order Modifying his Conditions of Release by deleting the requirement for electronic monitoring.  As grounds therefor he states:

1.  Mr. Trujillo has been on electronic monitoring since his release from custody on August 29, 2005.

2.  He has been compliant with his conditions of release in every respect.

3.  Pre-Trial supervisor Andrew Romero recommends that Mr. Trujillo be removed from electronic monitoring.

4.  Assistant United States Attorney James Braun does not oppose this Motion.

WHEREFORE defendant respectfully moves this Court to enter its Order Modifying his Conditions of Release by deleting the requirement of electronic monitoring.

                                                              Respectfully submitted,

                                                           *Electronically Filed*
                                                           Penni Adrian
                                                           *Counsel for Russell Trujillo*
                                                           4300 Carlisle Blvd., NE, Suite 4
                                                           Albuquerque, NM   87107

(505) 944-1200 Telephone
(505) 884-6860 Facsimile

I hereby certify a true copy of the foregoing Defendant Russell Trujillo's Unopposed Motion to Modify Conditions of Release was mailed to the following persons entitled to service this 3rd day of October, 2005:

James Braun
*Assistant United States Attorney*
P.O. Box 607
Albuquerque, NM 87103-0607

Andrew Romero
*Probation/Pre-Trial Officer*
United States District Court
333 Lomas Blvd. NW
Albuquerque, NM 87102

  *Electronically Filed*
Penni Adrian