IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATE OF AMERICA,

      Plaintiff,

      vs.                                  CASE NO.  05 CR 1849 JH

RUSSELL TRUJILLO

      Defendant.

**ORDER GRANTING DEFENDANT RUSSELL TRUJILLO'S
UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

      THIS MATTER HAVING COME BEFORE THIS COURT upon Defendant Russell Trujillo's Unopposed Motion to Modify his Conditions of Release by deleting the requirement for electronic monitoring, the Court having noted the approval of the Assistant United States Attorney, having reviewed the pleadings, and being otherwise fully apprised of the premises therein, FINDS the motion is well taken and should be granted.  NOW THEREFORE

      IT IS ORDERED Russell Trujillo's Conditions of Release are hereby modified to eliminate the requirement of electronic monitoring.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

  *Electronically filed*
Penni Adrian
*Counsel for Russell Trujillo*

APPROVED BY:

  *Telephonic Approval 10-3-05*
James Braun
*Assistant United States Attorney*

  *__Telephonic Approval 10-3-05__*
Andrew Romero
*U.S. Probation/Pretrial Officer*