## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO



UNITED STATES OF NEW MEXICO,

05 OCT -3 AM II: 25

       Plaintiff,

CLERK SANTA FE

vs.

CR. NO. 05-1849-JH

DANA JARVIS, et al.,

       Defendants.

## STIPULATED ORDER SETTING CONDITIONS OF RELEASE

**THIS MATTER** having come before the Court upon Defendant's Amended Motion Appealing Magistrate's Detention Order, the Court being otherwise advised in the circumstances deems that Defendant GENO BERTHOD'S conditions of release will be modified. Wherefore;

**IT IS HEREBY ORDERED** that Defendant Geno Berthod's conditions of release are hereby modified and is subject to the following conditions:

1.    Defendant and/or his immediate family are to post a $100,000 00 secured property bond.

2.    Defendant is subject to Pre-trial services supervision.

3.    Defendant is to Maintain or actually seek employment

4.    Defendant's Travel restricted to his county of residence with direct travel to State of New Mexico for court appearances, unless authorized by Pre-trial Service.

5.    Defendant is to Refrain from direct or indirect contact with co-defendants.

6.    Defendant is to Refrain from any use or possession of a firearm, destructive device, or other dangerous weapon or ammunition.

7.    Defendant is to Refrain from any use of alcohol.

8.    Defendant is to Refrain from possession of narcotic drugs.

9.    Defendant is to submit to drug testing and treatment.

10.    Defendant is to surrender any passport.

1

11.    Defendant is to participate in Home Detention and Electronic Monitoring program.


HONORABLE JUDITH C. HERRERA
U.S. DISTRICT COURT JUDGE


Submitted by:

Martin Lopez, III
Attorney for Defendant Berthod


Telephonically approved 9/28/05
James Braun
Assistant U.S. Attorney


Telephonically approved 9/28/05
Sami Geurtz
Pretrial Services

2