**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT - 4 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATE OF AMERICA,

Plaintiff,

vs.                                         CASE NO. 05 CR 1849 JH

RUSSELL TRUJILLO

Defendant.

## ORDER GRANTING DEFENDANT RUSSELL TRUJILLO'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

THIS MATTER HAVING COME BEFORE THIS COURT upon Defendant Russell Trujillo's Unopposed Motion to Modify his Conditions of Release by deleting the requirement for electronic monitoring, the Court having noted the approval of the Assistant United States Attorney, having reviewed the pleadings, and being otherwise fully apprised of the premises therein, FINDS the motion is well taken and should be granted. NOW THEREFORE

IT IS ORDERED Russell Trujillo's Conditions of Release are hereby modified to eliminate the requirement of electronic monitoring.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

_Electronically filed_
Penni Adrian
Counsel for Russell Trujillo

APPROVED BY:

_Telephonic Approval 10-3-05_
James Braun
Assistant United States Attorney

2