**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 05-1849 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dana Jarvis, et al. (Manuel V. Gil-Vazquez) | Notice of Lis Pendens |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Lot 41-A and Lot 41-B of Moriarty Estates Subdivision, Torrance Co., New Mexico

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen R. Kotz, Ass't United States Attorney
Office of the United States Attorney
PO Box 123
Albuquerque, NM 87103

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please file the attached two Notice of Lis Pendens with the **Torrance County Clerk** as soon as possible.

Return filed Lis Pendens for filing with the court.

Signature of Attorney or other Originator requesting service on behalf of: Stephen R. Kotz, AUSA
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (505) 224-1464
DATE: September 29, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 51 | District to Serve No. 51 | Signature of Authorized USMS Deputy or Clerk | Date 9/29/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/30/05
Time: 1400 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: DOCS FILED

198

PRIOR EDITIONS MAY BE USED

Make (5) copies when form is signed.
SEND ORIGINAL + 4 COPIES to USMS. Copy #5 for your file. FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record   3. Acknowledgment of Receipt   4. Billing Statement   5. Notice of Service