IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

                                                  CR 05-1849 JH

SALVADOR ABEYTA,
    *Defendant,*

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

05 OCT -5 PM 1:36

CLERK-ALBUQUERQUE

## CERTIFICATE OF SERVICE OF
## MOTION TO MODIFY RELEASE CONDITIONS

I certify that a copy of the above pleading was mailed to the attorney for the United States of America:

James Braun, Esquire
Assistant United States Attorney
P.O. Box 607,
Albuquerque, New Mexico 87103

on September 22, 2005

*[signature]*
Jason D. Lamm
Attorney for Defendant

3