IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. No. 05-1849 JH |
| ) | |
| DANA JARVIS, et al. ) | |
| ) | |
| Defendant. ) | |

## PROTECTIVE ORDER

THIS MATTER having come before the Court on the United States Application for Protective Order, the Court having read the Application, and being otherwise fully advised in the premises, finds that the Application is well-taken and should be granted.

IT IS THEREFORE ORDERED AS FOLLOWS:

Harlow's on the Hill, L.L.C. shall continue to operate the business located at 3523 Central N.E. in Albuquerque. Harlow's on the Hill, L.L.C. may use New Mexico Liquor License number 2599 as permitted by law in operating the business.

Harlow's on the Hill, L.L.C. will make timely lease payments to the United States Marshals Service as set forth in the lease agreement dated April 23, 2005.

From the lease payments, the United States Marshals Service shall pay First State Bank NM timely monthly payments of $891.93 per promissory note dated May 28, 2003.

The United States Marshals Service shall deposit any excess proceeds after payment of the note amount into the Seized Assets Deposit Fund pending final disposition of this case.

The leasee, Harlow's on the Hill, L.L.C., shall maintain the present condition of the real property, including timely payment of all lease payments, and insurance, utilities, taxes and assessments until further order of this Court.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/
_____
STEPHEN R. KOTZ
Assistant United States Attorney