109 (2/90) Seizure Warrant

# United States District Court

DISTRICT OF _NEW MEXICO_

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

New Mexico Liquor License No. 2599, in the name of Club Rhythm and Blues, located at 3523 Central N.E., Albuquerque, New Mexico, owned by Dana Jarvis

**SEIZURE WARRANT**

CASE NUMBER: 05M520

To: Richard Stark and any Authorized Officer of the United States

Affidavit(s) having been made before me by Richard Stark who has reason to
_Affiant_

believe that in the Judicial District of New Mexico, there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

New Mexico Liquor License No. 2599, in the name of Club Rhythm and Blues, located at 3523 Central N.E., Albuquerque, New Mexico, owned by Dana Jarvis

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), ACT leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to _[signature]_
as required by law.                                                                U.S. Magistrate Judge

8/24/05   1:30 p.m.      at   Abq, NM
Date and Time Issued                     City and State

Alan C. Torgerson                         _[signature]_
United States Magistrate Judge             Signature of Judicial Officer
Name and Title of Judicial Officer

US v Jarvis et al  1499