IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT

OCT - 7 2005

United States of America,

        Plaintiff,

                              No. 05CR1849-010

-vs-

Barbara Hanna

        Defendant.

## ORDER

IT IS HEREBY ORDERED that the Order Setting Conditions of Release dated September 23, 2005, be modified to include the following special conditions:

1)     The defendant shall participate in substance abuse treatment; and

2)     All other conditions of release shall remain in full force.

                              *Judith C. Herrera*
                              Judith C. Herrera
                              U.S. District Court Judge