**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 1 1 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )
                            )
    vs.                     )
                            )   CR No. 05-1849 JH
AYLA JARVIS,                )
                            )
         Defendant.         )

## MOTION FOR DETENTION HEARING

Pursuant to 18 U.S.C. § 3142(e), Plaintiff moves the Court to conduct a detention hearing and thereafter order that defendant be detained prior to trial, and as grounds therefor states:

That defendant is a flight risk and a danger to the community.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

JAMES R.W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

