## CLERK'S MINUTES OF HEARING

HEARINGS BEFORE: **US MAGISTRATE JUDGE W. DANIEL SCHNEIDER**

KIND OF HEARING: **INITIAL PRESENTMENT**

**DEFENDANTS:**

**Ayla Jarvis**   CASE NO.  **05-1849 JH**

DATE & TIME:  **October 11, 2005 @ 9:30 AM**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**Erlinda Johnson**   AUSA   **Pro Se** Ret-CJA-AFPD

**Therese Gregory** PTS/PROB

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| WDS 05-06 #2015 | Ct<br>Deft<br>Pltf<br>Ct | | |

**HEARING RESULTS/FINDINGS:**

- **X** Defendant sworn
- **X** Defendant advised of rights.
- **X** Defendant wants court appointed attorney
- **X** Government moves to detain.
- **X** Defendant(s) remanded to custody
- ☐ Conditions of Release set at:
- **X** Other: **FIRST APPEARANCE;** Detention/Arraignment set for 10/12/05 at 9:30 AM