IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

05 OCT 11 PM 4:16

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Cr. No. 05-1849JH

DANA JARVIS, et al.,

    Defendant.

### ENTRY OF APPEARANCE

**COMES NOW** attorney Cliff McIntyre, hereby enters his appearance on behalf of Dana Jarvis for the limited purpose of litigating forfeiture issues only.

Respectfully Submitted,

*/s/ Cliff McIntyre*
Cliff McIntyre, Esq.
1500 Mountain Rd. NW
Albuquerque, NM 87104
505-243-2900/ fax 243-6339

I HEREBY CERTIFY, that a true and correct copy of the foregoing pleading was mailed to the opposing counsel this 11th day of October, 2005.

*/s/ Cliff McIntyre*
Cliff McIntyre, Esq.