**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OCT 1 2 2005

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,
    *Plaintiff*,
v.

CR 05-1849 JH

SALVADOR ABEYTA,
    *Defendant*,

## ORDER MODIFYING RELEASE CONDITIONS

This matter having come before Court on Defendant Abeyta's Motion to Modify Release Conditions, and the Court having considered the Motion, the position of the Government, as well as the position of Pretrial Services as communicated to the Court's staff by Sandra Avala Toledo,

**IT IS HEREBY ORDERED GRANTING SAID MOTION** and removing the condition of Defendant Abeyta's release that he submit to, and participate in the Electronic Monitoring program. All other conditions of release are hereby affirmed.

Done in open court this 11th day of October, 2005

JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF NEW MEXICO

1