# CLERK'S MINUTES OF ARRAIGNMENT / DETENTION HEARING

Date: October 12, 2005  Judge: W. DANIEL SCHNEIDER    Clerk: M Kokesh

USA vs. Ayla Jarvis                                   Crim. No.05-1849 JH

Deft. present with/without counsel: John Robbenhaar   Apptd

U.S. represented by James Braun ,AUSA

| | |
|---|---|
| Deft. not present ____ | Marshal called for Deft. in hallway: ____ |
| Bench warrant issued _____ | Bond forfeited _____ |
| Interpreter present: _____ | Name of Interpreter: |
| Interpreter Used: _____ | Interpreter Sworn: _____ |

**COURT ASKED THE DEFENDANT:**

__X__ Name _____  SS# _____
__X__ DOB _____   Tel. No. _____
__X__ Residence Address _____
__X__ Extent of education/schooling _____

__X__   Whether he/she is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction

__X__   Whether he/she has received a copy of the Indictment/Information

__X__   Whether he/she has had time to consult with attorney regarding penalties

__X__   Whether he/she wants Indictment/Information read in open court

__X__   Whether he/she will waive reading of Indictment/Information

__X__   Whether he/she is ready to plead

__X__ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

__X__ Matter referred to USDC

__X__ Counsel ordered to file any motions by: 11/1/05

__X__ Case assigned to:  **JUDGE: HERRERA**

__X__ Trial set on trailing docket  TO BE NOTIFIED

____ Defendant requested psychiatric examination.  Instructed to file motion in USDC

__X__ Bond set/continued at CUSTODY

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

__X__ Discovery Order electronically filed

____ First Appearance of Defendant        MAG. TAPE NO. WDS 05-06 #2805

**Detention**: deft argues for release to 3rd party of mother; pltf argues the presumption applies, not rebutted, unstable, substance abuse; Court finds the presumption is not overcome and deft is a serious risk of flight