IN THE UNITES STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

Criminal No. 05 1849 JH

MARY CANANT, ET. AL.,

    Defendant.

05 OCT 14  PM 3: 56

CLERK...

## UNOPPOSED MOTION BY DEFENDANT MARY CANANT TO MODIFY CONDITIONS OF RELEASE

The above named defendant, MARY CANANT, through her court appointed counsel, Ann Steinmetz, respectfully requests the Court to modify the conditions of release set and filed on August 29, 2005, which was the date of her arraignment and detention hearing. Pretrial Services Officer Gina Bauman has no objection to the requested modification. Assistant U. S. Attorney James Braun has no objection to the requested modification. A proposed form of order accompanies this motion, and thus no hearing is requested on the request.

The requested modification is to condition #7 (t) which provides for electronic monitoring. In support of the motion, it is stated as follows.

1.    On August 29, 2005, defendant Canant appeared before United States Magistrate Judge Alan C. Torgerson for an arraignment and detention hearing. On that same date an Order Setting Conditions of Release as specified by Magistrate Judge Torgerson was filed. It provided for Defendant Canant's release on her own recognizance with additional conditions which included electronic monitoring.



1

2.    It is counsel's understanding that Defendant Canant has abided by all conditions of release and this has been verified by the Pretrial Services Officer. Necessity for electronic monitoring appears to be lacking.

Wherefore, it is respectfully requested that the Court enter an order modifying the conditions of release eliminating the need for electronic monitoring. A proposed form of Order accompanies this Motion.

Respectfully Submitted,

*Ann Steinmetz*

Ann Steinmetz
Appointed Counsel for Mary Canant
Attorney at Law
Post Office Box 4305
Albuquerque, NM 87196
(505) 344-9515

This will certify that a copy of this Motion was mailed to the office of AUSA James Braun and hand delivered to officer of PTO Gina Bauman this 14th day of October 2005. Because of the nature of this Motion, copies were not served on attorneys for codefendants.

*Ann Steinmetz*
Ann Steinmetz