IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                  CR NO. 05-1849-JH

DANA JARVIS, et al.,

    Defendants.

## NOTICE OF NON-AVAILABILITY

    **COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P.C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter from November 3, 2005 through November 7, 2005.

                                              Respectfully submitted,

                                              **MARTIN LOPEZ, III**
                                              A Professional Corporation

                                              Martin Lopez, III
                                              Attorney for Defendant Geno Berthod
                                              1500 Mountain Rd. NW
                                              Albuquerque, New Mexico 87104
                                              Tele: (505) 243-2900

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via facsimile to Assistant U.S. Attorney, James Braun on this 18th day of October, 2005.

Martin Lopez, III