IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                                        **CASE NO.   05-CR-1849 JH**

**DANA JARVIS,**

    **Defendant.**

NOTICE OF HEARING

| TO: | JAMES BRAUN | JUDITH A. ROSENSTEIN |
|---|---|---|
| | ASSISTANT US ATTORNEY | ATTORNEY FOR DEFT |
| | P.O. BOX 607 | P.O. BOX 25622 |
| | ALBUQUERQUE, NM 87103 | ALBUQUERQUE, NM 87125-5622 |

**PLEASE TAKE NOTICE** that **DEFENDANT'S MOTION FOR RELEASE ON CONDITIONS OF RELEASE** has been set in the above matter on **TUESDAY, OCTOBER 21, 2005, at 1:30 p.m.,** before the Honorable Alan C. Torgerson, U.S. Magistrate Judge, Gila Courtroom, Fifth Floor, 333 Lomas Blvd. NW, Albuquerque New Mexico.

                                              **MATTHEW J. DYKMAN, CLERK**
                                              United States District Court

                                              _/s/ Matthew J. Dykman_____

| cc:  U.S. Pre-Trial Services | Direct inquiries to: |
|---|---|
|     U.S. Marshal | Mary Lou Gonzales |
| | Courtroom Deputy |
| I hereby certify that a copy | (505) 348-2055 |
| of this Notice was distributed | |
| to all parties on Oct. 21, 2005 | |
| via through ACE filing distribution. | |