IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                                                                                    **CASE NO.  05-CR-1849 JH**

**DANA JARVIS,**

    **Defendant.**

<u>**AMENDED**</u>
<u>**NOTICE OF HEARING**</u>

TO:   JAMES BRAUN                 JUDITH A. ROSENSTEIN
         ASSISTANT US ATTORNEY   ATTORNEY FOR DEFT
         P.O. BOX 607                    P.O. BOX 25622
         ALBUQUERQUE, NM 87103    ALBUQUERQUE, NM  87125-5622

    **PLEASE TAKE NOTICE** that **DEFENDANT'S MOTION FOR RELEASE ON CONDITIONS OF RELEASE** has been set in the above matter on **MONDAY, NOVEMBER 7, 2005, at 1:30 p.m.,** before the Honorable Alan C. Torgerson, U.S. Magistrate Judge, Gila Courtroom, Fifth Floor, 333 Lomas Blvd. NW, Albuquerque New Mexico.

                                                                        **MATTHEW J. DYKMAN, CLERK**
                                                                        United States District Court

cc:  U.S. Pre-Trial Services      Direct inquiries to:
     U.S. Marshal                       Mary Lou Gonzales
                                         Courtroom Deputy

I hereby certify that a copy      (505) 348-2055
of this Notice was distributed
to all parties on Oct. 24, 2005
via through ACE filing distribution.