# CLERK'S MINUTES OF HEARING

HEARINGS BEFORE     **ROBERT H. SCOTT, U. S. Magistrate Judge**

KIND OF HEARING  **INITIAL PRESENTMENT**
  **PETITION for Action on Conditions of Pretrial Release**

**DEFENDANTS:**

**MANUEL VICENTE GIL**          CASE NO. **05-CR-1849 JH**

                    DATE & TIME: **11/2/05 @ 11:33 am - 11:**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**ROBERTO ORTEGA**     AUSA     **TIMOTHY PADILLA**  Ret

**Sandra Avila-Toledo/Steve Skinner**  PTS/PROB   **none** Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

**RHS 05-32**

| | |
|---|---|
| @ 904 | Court |
| @ 926 | Padilla |
| @ 970 | Court |
| @ 1028 | Ortega |
| @ 1062 | Court |

**HEARING RESULTS/FINDINGS:**

**X**     Defendant sworn

**X**     Defendant advised of rights.

☐     Attorney appointment hearing held.  Defendant wants/does not want court appointed attorney

☐     Government moves to detain.

☐     Defendant(s) remanded to custody

**X**     Conditions of Release set at:  **Deft released on previous conditions of release.**

☐     Other: