IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV - 1 2005

MATTHEW J. DYKMAN
CLERK

United States of America,

    Plaintiff,

                                No.   05CR1849 JH

-vs-

Manuel Gil-Vazquez

    Defendant.

## ORDER SETTING CONDITIONS OF RELEASE

IS HEREBY ORDERED by the court that following the Pretrial Services Violation Hearing that the defendant be released from United States Marshal Custody. It is further ordered that the conditions of release set on September 7, 2005 be reinstated.

*Robert H. Scott*   11-2-05
Honorable Robert H. Scott
U.S. Magistrate Judge

242