IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                                        **CRIMINAL NO.  05-CR-1849 JH**

**DANA JARVIS,**

    **Defendant.**

**O R D E R**

THIS MATTER came before the Court pursuant to a review of Defendant's Motion for Release on Conditions [Doc. No. 205], James Braun appearing for the government and Judith Rosenstein appearing for and with the Defendant. The Court takes judicial notice of the Pre-Trial Services Supplemental Report. The Court also considered the testimony of Father Marr, proposed third party custodian, and the testimony of Special Agents Stark and Albers, the parties' exhibits, and argument of counsel.

The Court FINDS Defendant Dana Jarvis has not overcome the presumption set forth in 18 U.S.C. §3142 (e) and finds that no condition or combination of conditions will reasonably assure the appearance of defendant at Court proceedings as required, or, reasonably assure the safety of others and the community.

IT IS THEREFORE ORDERED that Defendant's Motion for Release on Conditions is hereby **DENIED**.

_____
HON. ALAN C. TORGERSON
UNITED STATES MAGISTRATE JUDGE