IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

05 NOV 10 PM 1:52

CLERK ALBUQUERQUE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  Criminal No. 05-1849 JH

MIKE HANNAH

    Defendant.

### NOTICE OF COUNSEL'S UNAVAILABILITY

COMES NOW Counsel for the Defendant, Brian A. Pori, and hereby advises the Court and counsel of his unavailability on the following dates:

    March 26 - April 18, 2006

WHEREFORE, due to Counsel's unavailability, Counsel respectfully requests that this Court abate any proceedings in this case during the time period of March 26 - April 18, 2006.

Dated: November 10, 2005

                                            Respectfully Submitted,

                                            By: _____

                                                Brian A. Pori
                                                INOCENTE, P.C.
                                                204 Bryn Mawr NE
                                                Albuquerque, New Mexico 87106
                                                (505) 255-9088