## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable Judith C. Herrera

| | | | |
|---|---|---|---|
| Case No. | **CR 05-1849 JH** | Date: | **November 3, 2005** |
| Title: | **United States v. Dana Jarvis** | | |
| Courtroom Clerk: | **Valerie Vigil** | Court Reporter: | **Paul Baca** |
| Court in Session: | **10:51 a.m.** | Court in Recess: | **11:34 a.m.** |
| Type of Proceeding: | **Hearing on government's motion for protective order** | | |
| Disposition: | **Motion granted.** | | |

Attorney(s) Present for Plaintiff(s):           Attorney(s) Present for Defendant(s):

**James Braun**                                                          **Judith Rosenstein**
**Steve Kotz**

---

10:51 a.m.     **Court in session.**  Counsel state their appearances.

10:55 a.m.     Proffer and presentation by Mr. Kotz.

                    Exhibit 2 – accounting prepared by Marshals Service.

11:00 a.m.     Presentation by Ms. Rosenstein.

11:12 a.m.     Rebuttal by Mr. Kotz.

11:17 a.m.     Rebuttal by Ms. Rosenstein.

11:22 a.m.     Questions from the Court to Mr. Kotz.

11:26 a.m.     Statement by Ms. Rosenstein.

11:28 a.m.     Court rules that Marshals service may act as custodian and grants government's motion for protective order.  If Defendant feels that other issues arise, it my file a motion.

11:30 a.m.     Discussion of child support issue.  Government will expedite resolution.

11:34 a.m.     **RECESS.**