IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| MATTHEW HOTTHAN, ) | |
| ) | |
| Defendant. ) | |

AMENDED CERTIFICATE OF SERVICE TO UNITED STATES'
RESPONSE TO DEFENDANT'S MOTION TO RECONSIDER
DETENTION ORDER, FILED ELECTRONICALLY NOVEMBER 14, 2005

The United States of America hereby amends its Certificate of Service on its Response to Defendant's Motion to Reconsider Detention Order, filed electronically November 14, 2005. Because several attempts to fax said pleading were unsuccessful, the United States has mailed a copy of said pleading and this amended Certificate of Service to Stephen Aarons, attorney for Defendant Hotthan, this 15th day of November, 2005.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney



JAMES R.W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274