IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.                                          Criminal No. 05-1849 JH

DAVID REID,

       Defendant(s).

**NOTICE OF HEARING**

**BY DIRECTION OF THE HONORABLE JUDITH C. HERRERA**:

**PLEASE TAKE NOTICE** that a hearing on Defendant's Motion to Modify Conditions of Release, filed November 3, 2005 (Doc. 243), is scheduled on **Thursday, January 5, 2006, at 10:00 a.m.** The hearing will take place in **Santa Fe** at the United States District Courthouse located on South Federal Place, Second Floor, Santa Fe, New Mexico. **Please direct all inquires to Elizabeth Davis, Courtroom Deputy to the Honorable Judith C. Herrera, at (505) 992-3863 or chamber's number (505) 992-3850.***

**MATTHEW J. DYKMAN, Clerk of Court**

This will certify that a true copy of the foregoing was mailed or electronically
noticed on its date of filing to counsel of record per the Court's Electronic Filing System.

* To obtain daily information regarding the status of court settings, please refer to the court calendar which can be accessed through the Court's website at *www.nmcourt.fed.us/dcdocs/*.