IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Cause No. 05-CR-1849-JH |
| § | |
| DANA JARVIS, *et al*, § | |
| § | |
| Defendants. | |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned counsel hereby notifies the Court and all parties that as of November 28, 2005, her new address will be:

2001 Carlisle Blvd. NE, Suite #E
Albuquerque, NM  87110-4943

All other contact information will remain the same.

Respectfully submitted,

_____*electronically filed*_____
KARI CONVERSE
Attorney for Mr. Hill
122 Tulane Dr. S.E.
Albuquerque, NM 87106
505/262-8597

CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2005, a true and correct copy of the Notice of Change of Address was served on the following parties as listed below:

_____*electronically filed*_____
Kari Converse

James Braun, AUSA
P.O. Box 607
Albuquerque, NM 87103
*Counsel for the government*

Judy Rosenstein
PO Box 25622
Albuquerque, NM 87125-0622
*Counsel for Dana Jarvis*

Penni Adrian
Adrian & Associates PC
4300 Carlisle Blvd. NE, Suite 4
Albuquerque, NM 87107
*Counsel for Russell Trujillo*

Zubair Aslamy
Aslamy, Workman & Carpenter, P.C.
1414 W. Broadway Road, Suite 122
Tempe, Arizona 85282

Jerry D. Herrera
620 Roma Ave., NW
Albuquerque, NM 87102-2037
*Counsel for David Reid*

Stephen D. Aarons
PO Box 1027/ 300 Catron St
Santa Fe, NM 87504-1027
*Counsel for Matthew Hottan*

Jason Bowles
PO Box 27530
500 Marquette NW #1360
Albuquerque, NM 87125-7530
*Counsel for George Ripley*

Edward O. Bustamante
610 Gold Ave., SW #214
Albuquerque, NM 87102-3182
*Counsel for Ralph Greene*

Kirtan K. Khalsa
Fine Law Firm
220 9th St. NW
Albuquerque, NM 87102-3026
*Counsel for Sam Jones*

Jason D. Lamm
300 E. Missouri, Ste B-200
Phoenix, AZ 85014-3203
*Counsel for Salvador Abeyta*

Martin Lopez III
1500 Mountain Rd., NW
Albuquerque, NM 87104-1359
*Counsel for Geno Berthod*

Clifford M. McIntyre
1500 Mountain Rd. NW
Albuquerque, NM 87104
*Counsel for Cathy Fitzgerald*

Cammie Nichols & Peter Schoenburg
Rothstein, Donatelli, Hughes, Dahlstrom &
Schoenburg LLP
500 Fourth St. NW #400
Albuquerque, NM 87102-2174
*Counsel for Patricia Berssenbrugge*

Timothy M. Padilla
Timothy M. Padilla & Associates
1412 Lomas Blvd. NW
Albuquerque, NM 87104-1236
*Counsel for Manuel Gil-Vasquez*

Brian Pori
204 Bryn Mawr NE
Albuquerque, NM 87106-2103
*Counsel for Mike Hannah*

Armand Salese
Law Offices of Armand Salese, P.L.L.C.
145 S. 6th Ave.
Tucson, AZ 85701


Tova Indritz
715 Tijeras Ave., NW
Albuquerque, NM 87102-3076
*Counsel for Jorge Luis Ortiz-Moffett*


Ann Steinmetz
Box 4305
Albuquerque, NM 87196-4305
*Counsel for Mary Cannant*


Val Whitley
Whitley Law Firm, R.C.
208 Griffith St.
Santa Fe, NM 87501
*Counsel for Barbara Hanna*


John Robbenhaar
1011 Lomas NW
Albuquerque, NM  87102
*Counsel for Ayla Jarvis*