IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED at Santa Fe NM

NOV 29 2005

MATTHEW J. DYKMAN
CLERK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: CR05-1849 JH |
| vs. | |
| DANA JARVIS, et al., | |
| Defendants. | |

### ORDER PERMITTING DEFENDANT REID TO TRAVEL OUT OF STATE

THIS MATTER, having come before the Court on the motion of Defendant Reid to permit him to travel out of the state of Arizona, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to travel to Oregon from November 28, 2005 to December 16, 2005.

**IT IS FURTHER ORDERED** that in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this **29** day of November, 2005.

_____
Honorable Judith C. Herrera
Judge of the U.S. District Court