JUDICIAL DISTRICT COURT
COUNTY OF
STATE OF NEW MEXICO

FILED
at Sa...

NOV 29 2005

MATTHEW J. [DYKMAN]
CLERK

State of New Mexico )
   Plaintiff, )
      )
vs ) No CR 05-1849 JH
      )
      )
_____ )
   Defendant. )
      )
Pro Se )

## MOTION FOR DISMISSAL OF COUNSEL

COMES NOW the Defendant, _____,

in the above entitled cause and respectfully moves this Honorable Court to allow dismissal of counsel. Defendant alleges that counsel has violated his interests based on the following facts:

1. [handwritten] ...counsel agreed to file motions for my [illegible] ... the week of November 7th ... motions were not filed.

2. [handwritten] ...investigator has 2 phone numbers no way to contact him. ... received the information providing me with his name and number...

3. [handwritten] He forwarded my forfeiture notice to Cliff McIntyre, stating Forfeiture's attorney, claiming "He did not have time to deal with forfeitures."

Defendant believes the aforesaid counsel cannot represent the defendant fairly or adequately for the foregoing reasons and the Defendant has affixed an affidavit to these facts hereto.

               Respectfully submitted,

Dated November 30th, 2005

               _____
               Defendant - Pro Se

268

November 28th, 2005

To the Honorable Judge Judith Herrera,

I, Myla Jarvis am respectfully requesting to dismiss my current counsel. I feel John Rosenheimer is inadequate representation.

In addition to the reasons I stated on the motion for dismissal of counsel, I have only seen him twice since he was appointed to me early October. He failed to acknowledge my rights in having access to wire-tapping evidence and the entire discovery since the case was even declared complex.

I have asked him to request, during my incarceration at Sandoval County Detention Center, that I may be provided with proper medical attention concerning Hepatitis C and trichotillomania. He has failed to make the request. He agreed to contact the doctors at La Tierra Life Clinic, where I received previous treatment, and my primary doctor Sonya Reese. After several weeks of no contact, my mother, Eileen FitzGerald took it upon herself to obtain letters from the above mentioned doctors. He has failed to make contact with my potential third party custodian.

John Rosenheimer has made me feel uncomfortable with his emphasis towards the amount of money he is receiving from the Federal Government to represent me, claiming that it is insubstantial. He has displayed a rude attitude in persistence towards my mother, Eileen FitzGerald and my father, Dana Jarvis. I feel he does not respect me or my rights as his client. In regards to my future, I am asking to have different representation. Thank you, Your Honor for considering my request.

Sincerely,

Myla F. Jarvis