IN THE UNITED STATES DISTRICT

FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

05 NOV 29 PM 2: 48

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,

Plaintiff,

v.    CR 05-1849 JH

RALPH GREENE, et. al

Defendants.

## UNOPPOSED MOTION AMENDING CONDITIONS OF RELEASE

COMES NOW Ralph Greene through counsel Edward O. Bustamante and respectfully moves this Honorable Court amend its, 2005 Order setting conditions of release and allow Mr. Greene to discontinue electronic monitoring.

As grounds Ralph Greene states:

1. Defendant was order released on September 2, 2005.

2. Ralph Greene has complied with conditions of release since his September 2, 2005 release.

3. Federal Pretrial Services through Andrew Romero has no opposition to discontinuing electronic monitoring.

4. Defense counsel has contacted James Braun, Assistant United States Attorney he does not oppose this motion.



Based on the above Ralph Greene respectfully requests the Court modify the conditions in this matter and discontinue electronic monitoring.

Respectfully submitted,

*Edward O. Bustamante*
*610 Gold, SW #200*
*Albuquerque, NM 87102*
*505-842-9093*

This certifies a copy of this motion was sent to James Braun, AUSA, Andrew Romero, Federal Probation on November 29, 2005.

*Edward O. Bustamante*