## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                    No. CR 05-1849 JH

AYLA JARVIS,

        Defendant.

### DEFENDANT AYLA JARVIS' NOTICE
### TO WITHDRAW PRO SE "MOTION FOR DISMISSAL OF COUNSEL"
### [DOC. # 268]

      COMES NOW the Defendant, Ayla Jarvis, by and through her attorney John F. Robbenhaar, and respectfully notifies the Court and counsel that she withdraws her pro se "Motion for Dismissal of Counsel" [Doc. # 268].

                                              Respectfully submitted,

                                              Filed Electronically
                                              JOHN F. ROBBENHAAR
                                              Attorney for Defendant Ayla Jarvis
                                              1011 Lomas Blvd. NW
                                              Albuquerque, New Mexico  87102
                                              (505) 242-1950

I HEREBY CERTIFY that a true and
correct copy of the foregoing pleading
was mailed/delivered to the following
on November 30, 2005:

JAMES BRAUN
Assistant U.S. Attorney
PO Box 607
Albuquerque, New Mexico 87103


BY  Filed Electronically
     JOHN F. ROBBENHAAR