IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 2 2005

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

v.                          CR 05-1849 JH

RALPH GREENE, et. al

        Defendants.

### UNOPPOSED ORDER AMENDING CONDITIONS OF RELEASE

THE COURT FULLY INFORMED and the Office of the United States Attorney through James Braun, Assistant United States Attorney having no opposition:

HEREBY ORDERS:

Federal Pretrial Services shall forthwith discontinue the electronic monitoring of Ralph Greene. All other conditions of release remain in place.

                                                      Robert H. Scott   12.2.05
                                                    UNITED STATES MAGISTRATE Judge

273