# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

United States of America,

        Plaintiff,

-vs-

Barbara Hanna

        Defendant.

**FILED**

DEC - 8 2005

MATTHEW J. DYKMAN

No. 05CR1849X010

## ORDER

**THIS MATTER** having come before the court on the defendant's Unopposed Motion to Modify Conditions of Release, and the court being fully advised in the premises;

**HEREBY ORDERS** that the defendant's Order Setting Conditions of Release be **MODIFIED** in that the electronic monitoring condition be removed.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed in this case shall remain in full force and effect.

**Honorable Judith C. Herrera**
**U.S. District Court Judge**