FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 12 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF NEW MEXICO,

    Plaintiff,

vs.      CR. NO. 05-1849

DANA JARVIS, et al.,

    Defendants.

### UNOPPOSED ORDER MODIFYING DEFENDANT BERTHOD'S CONDITIONS OF RELEASE

THIS MATTER having come before the Court upon Defendant Berthod's Motion to Modify Conditions of Release and the Court being fully advised that neither the Government nor Pretrial Services have objection to the requested modifications,

IT IS HEREBY ORDERED that the Conditions of Release set for Defendant Berthod filed on October 14, 2005 shall be modified to remove the requirement of electronic monitoring. All other conditions shall remain in effect, except as allowed by Pretrial Services or the supervising officer.

HONORABLE LORENZO F. GARCIA
United States Magistrate Judge

Submitted by:

Martin Lopez, III
Attorney for Defendant Berthod

Telephonically approved 12/1/05
James Braun
Assistant U. S. Attorney

Telephonically approved 12/1/05
Sarah Hoppe
U. S. Probation, State of Colorado