IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANA JARVIS, et al.,

    Defendants.



CR NO. 05-1849-JH

### NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P.C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter from December 24, 2005 through December 30, 2005.

                            Respectfully submitted,

                            **MARTIN LOPEZ, III**
                            A Professional Corporation

                            _____
                            Martin Lopez, III
                            Attorney for Defendant Geno Berthod
                            1500 Mountain Rd. NW
                            Albuquerque, New Mexico 87104
                            Tele: (505) 243-2900

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via facsimile to Assistant U.S. Attorney, James Braun on this _____ day of December, 2005.

_____
Martin Lopez, III