Case 1:05-cr-01849-JCH     Document 292-1     Filed 12/29/05     Page 1 of 1

File    Edit    View    Favorites    Tools    Help

Back    Search    Favorites

Address http://164.64.40.11/caselookup/jsp/CaseLookupResults.jsp    Go    Links

Google    Search    1 blocked    Check    AutoLink    AutoFill



# New Mexico State Judiciary

**Back to Search Page**

## 9 Records Retrieved
### Records 1 to 9

| Case Number | Party Name | DOB | Party Type | P No | Case Title | Case Status | Cas |
|---|---|---|---|---|---|---|---|
| D-1329-JR-9900197 | HOTHAN MATTHEW | 10/31/1983 | DEFENDANT | 1 | INMO MATTHEW HOTHAN A CHILD | CL FINAL CLOSED | KENNETH G |
| D-1329-JR-200000092 | HOTHAN MATTHEW | 10/31/1983 | DEFENDANT | 1 | INMO MATTHEW HOTHAN A CHILD | CL FINAL CLOSED | LOUIS P MCI |
| M-45-TR-9901716 | HOTHAN MATTHEW T | 10/31/1983 | DEFENDANT | 1 | STATE VS. HOTHAN | CL FINAL CLOSED | MARGARET |
| M-45-TR-200000019 | HOTHAN MATTHEW T | 10/31/1983 | DEFENDANT | 1 | STATE VS. HOTHAN | CL FINAL CLOSED | MARGARET |
| M-45-TR-200100698 | HOTHAN MATTHEW T | 10/31/1983 | DEFENDANT | 1 | STATE VS. HOTHAN | CL FINAL CLOSED | MARGARET |
| M-45-TR-200301150 | HOTHAN MATTHEW T | 10/31/1983 | DEFENDANT | 1 | STATE VS. HOTHAN | CL FINAL CLOSED | HUMPHREY |
| M-45-TR-200302466 | HOTHAN MATTHEW T | 10/31/1983 | DEFENDANT | 1 | STATE VS. HOTHAN | CL FINAL CLOSED | HUMPHREY |
| M-56-MR-200400271 | HOTHAN MATTHEW T | 10/31/1983 | DEFENDANT | 1 | STATE VS. HOTHAN MATTHEW T | CL FINAL CLOSED | LARRY S JC |
| M-45-TR-200500920 | HOTHAN MATTHEW T | 10/31/1983 | DEFENDANT | 1 | STATE VS. HOTHAN | CL FINAL CLOSED | HUMPHREY |

Internet