```
MPDCD03           TAXATION AND REVENUE DEPARTMENT          12/15/2005
MVDCD10               MOTOR VEHICLE DIVISION                 11:19:48
                  **LIMITED** DRIVER/LICENSE SUMMARY

NAME: HOTHAN                  MATTHEW              T   DOB: 10/31/1983
SSN: 525553283
SEX: M  EYE COLOR: BLU  WEIGHT: 180   HEIGHT: 5 11    ORGAN DONOR: N
ADDR: 36 PERDIZ CANYON RD               PLACITAS           NM 87043
NM CLIENT NBR: 123714067
LIC : Y    EXP. DATE: 11/30/2008      ********** CURRENT STATUS **********
PERM:      EXP. DATE:                 REVOCATIONS         :
ID  :      EXP. DATE:                 SUSPENSIONS         :
FIELD OFFICE AND RPT NBR: 29Q 050552   DENIALS             :
MICROFILM NBR: 00190599999999          CANCELLATIONS       :
************ NON DRIVER **********     DISQUALIFICATIONS:
NUMBER                    ST           SURRENDERS          :
                                       ADMIN. ACTIONS      :
CLASS:                                 I.C. HEAR/APPEAL : N
ENDORSEMENTS:

        TOTAL NUMBER OF ACTIONS: 014    TOTAL NUMBER OF CITATIONS: 005
            PF9: CIT LIST  PF10: ACT LIST  PF11: LIC DETAIL AND HISTORY
    PF2: MAIN MENU  PF3: DRIVER SELECTION  PF5: DRIVER STATUS  PF12,PA2:CANCEL
```

Date: 12/15/2005 Time: 11:20:20 AM

```
Page: 2 Document Name: untitled

MPDCD04              TAXATION AND REVENUE DEPARTMENT
MVDCD10                 MOTOR VEHICLE DIVISION
                    **NON-PUBLIC** CLIENT HISTORY        NM LIC: 123714067
   NAME: HOTHAN              MATTHEW              T   DOB: 10/31/1983
      VIO  H C    VIOL    COURT                P C R       MICRO-     POSTED
   TY COD  Z V    DATE    DATE   CNY AGN CITATION NUMBER V Z H  PT FILM NBR    DATE
   C  FR4       04052005 08272005 29 129 001143444 6 NM        00 29441221 09182005
   C  FR4       11022004 03022005 01 790 004151254 2 NM        00 25662420 03302005
   C  RT1       11022004 03022005 01 790 004151255 9 NM        00 25662278 03302005
   Z  XH5       11232003          02 102 003350445 7 NM        00 90640639 12142003
   Z  DE5       05072003          29 129 001113465 7 NM        00 86162370 06032003


   TOTAL CITATIONS FOR DRIVER: 005        PF8:FORWARD    PF7:BACKWARD
   PF4:RETURN TO DRIVER SUMMARY   PF2:MAIN MENU  PF3:NEW DRIVER  PF12,PA2:CANCEL
   END OF TABLE
```

Date: 12/15/2005 Time: 11:20:20 AM

```
MPDCD05              TAXATION AND REVENUE DEPARTMENT
MVDCD10                  MOTOR VEHICLE DIVISION
                      **NON-PUBLIC** CLIENT HISTORY         NM LIC: 123714067
   NAME: HOTHAN             MATTHEW              T      DOB: 10/31/1983
  TRN/ VIO AC            ADMIN/ACTION       REINST      FINE   MICRO-   POSTED
  CODE     EX AGN CITATION NBR  BEGIN  END   DATE       AMT   FILM NBR   DATE
  SUS1 XC4  3 129 001112581 2 11092004 11092104 04122005  0.00 99941010 02172005
  ADM1 RF1  3 999 000000000   04042004          02242005 25.00          05182004
  SUS1 XC4  3 294 001061969 0 03302004 03302104 02232005  0.00 94040574 05182004
  SUS1 XC4  3 294 001061970 8 04042004 04042104 02242005  0.00 94040558 05182004
  ADM1 RF1  3 999 000000000   02102004          03152004 25.00          01112004
  SUS1 XC3  3 102 003350445 7 02102004 02102104 03152004 74.00 90640639 01112004
  TRK1 WA1   000              12142003                    0.00          12142003
  ADM1 RF1  3 999 000000000   07232003          09192003 25.00          06232003
  SUS1 XC3  3 129 001113465 7 07232003 07232103 09192003 49.00 86162370 06232003
  SUS1 XC3  3 129 001100118 7 02142002 02142102 02202002 49.00 74402362 01152002
  SUS1 XC4  3 129 001094912 1 06072001 06072101 09132001  0.00 71393071 07242001
  ADM1 RF1  3 999 000000000   10032000          02202002 25.00          03122001
  ADM1 RF1  3 999 000000000   06072001          02202002 25.00          03122001
  SUS1 XC4  3 293 001155854 1 10032000 10032100 03192001  0.00 68251432 03122001

  TOTAL ACTIONS FOR DRIVER: 014          PF8:FORWARD    PF7:BACKWARD
  PF4:RETURN TO DRIVER SUMMARY    PF2:MAIN MENU   PF3:NEW DRIVER   PP12,PA2:CANCEL
  END OF TABLE
```

Date: 12/15/2005  Time: 11:20:20 AM

```
Page: 4 Document Name: untitled

MPDCD06                 TAXATION AND REVENUE DEPARTMENT
MVDCD10                    MOTOR VEHICLE DIVISION
                     **NON-PUBLIC** CLIENT HIST      NM LIC: 123714067
   NAME: HOTHAN             MATTHEW              T   DOB: 10/31/1983
   CLASS D   TYPE: L  ISSUED: 02/24/2005 EXPIRES: 11/30/2008 POSTED: 02/24/2005
   RESTRICTIONS:                        ENDORSEMENTS:
   FIELD OFFICE: 29Q  RPT NBR: 050552  FORM NBR: 0004383286  FEE PAID:  16.50

   CLASS     TYPE:    ISSUED:           EXPIRES:            POSTED:
   RESTRICTIONS:                        ENDORSEMENTS:
   FIELD OFFICE:      RPT NBR:          FORM NBR:           FEE PAID:

   HISTORY
1)    CLASS D   TYPE: L    FIELD OFFICE: 01A    RPT NBR: 040755
                           FORM NBR: 0003720441 POSTED: 03/16/2004

2)    CLASS D   TYPE: L    FIELD OFFICE: 29R    RPT NBR: 020511
                           FORM NBR: 0002481811 POSTED: 02/20/2002

3)    CLASS D   TYPE: L    FIELD OFFICE: 29R    RPT NBR: 001511
                           FORM NBR: 0000086618 POSTED: 05/31/2000

     PF4:RETURN TO DRIVER SUMMARY   PF2:MAIN MENU  PF3:NEW DRIVER  PF12,PA2:CANCEL
```