December 15, 2005

Amor Dominguez
36 Perdiz Canyon Rd.
Placitas, NM 87043
(505) 620-0231

Re: Bond Hearing for Matthew Hothan

Honorable Judge Herrera,

    I am writing this letter in support of Matthew Hothan. I have not only known Matthew for the last two years, but I have spent the last two years living with him. During those two years I have found Matthew to be one of the most logical people I have ever met. He is very kind hearted and always willing to lend a helping hand. When emotional situations arise, Matthew handles them in the calmest manner. He has always been very responsible and learns from his experiences. I believe Matthew possesses these admirable qualities due to the positive influences of his parents and the loving home he was raised in. I'm sure if he is released he will be capable of living a positive lifestyle. He has family, friends and past employers awaiting his return.

Thank you for your time and consideration,

*Amor Dominguez*

Amor Dominguez

Cc: Mr. Steve Aarons

> J & J Utilities
> 505-867-3017
> P.O. Box 361
> Placitas N.M. 8704

12-27-05

Dear Honorable Herrera,

    We are writing you on behalf of Mathew Hothan. Although, I know nothing of the circumstances or charges this young man is facing, I wanted to let you know, he was employed by our company in 2002-03 and his family lives in our area. He was our most reliable employee, though he was the youngest, we could always count on his honesty and dedication. We are hopeful that Mathew, will learn from any mistakes of his youth, as we know he is capable of doing. It is are hope that we can communicate to you that, HE IS A VERY HARD WORKING, HONEST, YOUNG MAN, we would wish he can go forward with his life and learn from any indiscretions without totally destroying his life, that is full of potential. Thank you for your time.

Johnny and Jacob Maes
J&J Utilities

November 12, 2005

Steve Aarons
300 Catron Street, Ste.A
Santa Fe, NM 87501

Mary McDonald and Gregory Hothan
36 Perdiz Canyon Rd.
Placitas, NM 87043
(505) 771-8578

Re: A Motion to Reconsider Bond for Matthew Hothan

Dear Steve Aarons,

We, the parents of Matthew Hothan, are fully aware of the time constraints and demands of your position as his lawyer, and are concerned only that you may need more information from us that would help ensure that he has a bond hearing as soon as possible.

It is important to us that you are aware of the fact that when he realized a warrant for his arrest had been issued, it was with our encouragement and support that enabled him to turn himself in, and that we do not consider him a flight risk, in fact, we are willing to do what is necessary to help guarantee his bond. We have built our home here, and raised Matthew in a small supportive community. He has work waiting for him when he is released (a letter should be in your file from Jim Sheffield). Matthew had just moved back (in September) from working as a plumber's helper in Clovis, so he could get a better job and concentrate on saving money and possibly go on to community college as well.

Please don't hesitate to call us for any more information that you may need. As you can understand, with the holiday season coming up, we are becoming concerned, and want to be available for your work and attention to Matthew's case.

Respectfully,

*Gregory Hothan*
*Mary McDonald*

Mary McDonald and Gregory Hothan

Cc: Matthew Hothan

*Faxed to you 11/14/05 - M. McDonald*

Sally Hall
P.O. Box 1447
Peña Blanca NM
87041

To whom it may concern:

I have known Matthew Hothan since he was born. I have hired him in my landscaping business and found he got along well with the other crew members. He was good at teamwork and worked hard. I hired him to prune trees at my own place and noticed he was gentle with children and animals. Matthew is not a violent person and will be a benefit to society.

Sincerely,

Sally G. Hall
*Sally G Hall*

December 09, 2005

Steve Aarons
Attorney at Law
300 Catron Street
Ste. A
Santa Fe, NM 87051

Mary McDonald
36 Perdiz Canyon Rd
Placitas, NM 87043
505-771-8578

Re: Matthew Hothan

Dear Steve Aarons,

  Matthew was concerned that he might have an outstanding fine or else a bench warrant from Clovis, NM when he was living there this past spring and summer. We tried to call the Clovis Municipal Court, but they can't release any information to us. They informed us that a lawyer's request would be necessary, since Matthew can't call. . Matthew is not sure if it was through the **Clovis Municipal Court,** or the District Court. He was living in the city at the time. The number we have for the Municipal Court is: 505-769-7860. We have checked with the Metro Court system of Albuquerque and through the MVD, and it seems Matthew is clear of any outstanding warrants or fines. I would hate for some other "failure to appear" show up at this time. Please let us know if there is some outstanding fine that needs to be taken care of, and how we can get it paid.
  We will be sending some letters in Matthew's support soon. My husband and I would like to meet with you if you feel it would be in Matthew's best interest. Let us know if this is what you need, and we can call to schedule a time. We definitely would like to know the time and location of the January 4th Release Hearing.

Thank you,

*Mary McDonald* (signature)
Mary McDonald


Cc: Matthew Hothan

# Gregory E. & Laura G. McDonald
5308 Lottie Lane
El Paso, Texas 79932

*(915) 231-9020*

December 26, 2005

The Honorable Judge Judith Herrera
United States Magistrate Court
District of New Mexico

RE: Matthew Hothan

Dear Judge Herrera:

We are writing this letter in support of our nephew's request for bond in the criminal case currently pending before you. We are Matthew's maternal uncle and aunt; his mother is my older sister. We have visited with Matthew and his family at their home in Placitas, and here in Texas, on a regular basis through the years. We are aware that originally Matthew was Ordered Detained and No Bond was set. His mother now informs us that the matter has been placed on the calendar for reconsideration of bond. We are requesting that you grant Matthew's request and set bail at an amount that will ensure his appearance for all future settings.

While we recognize that there are numerous issues for you to consider in making your decision, we believe that at this point Matthew is an excellent candidate for Pre-Trial release for a number of reasons. First is because he has a strong, supportive family network to help him comply with the terms and conditions of Pre-trial release. His nuclear family in Placitas, and his extended family here in Texas, are all willing to help him to varying degrees possible. This support was evidenced by how his family reacted when news of the indictment reached them. As soon as Matthew's family became aware through the media of a possible indictment, they immediately took steps to ascertain the nature of the charges. We were consulted, and together his mother and I made inquiries to contact law enforcement. Once it was determined that there was in fact a warrant. Matthew's mother did not hesitate to contact the case agent and facilitate communication between the case agent and Matthew who was then out of the local area. Matthew then stepped up and turned himself in on the arrest warrant. This behavior by Matthew and his family, in our opinion, speaks volumes about their willingness to appear for all future settings to resolve this matter, and to work with you and the assigned Pre-trial Services Officer to ensure that Matthew remains in compliance with any and all terms of his pre-trial release.

Additionally, we are aware that in the past Matthew has not always complied with Court Orders regarding his appearance for Court and the payment of assessed fines. However, the case before the Court is far more serious then traffic infractions. In discussions with Matthew's mother, Matthew now knows just how seriously this Court considers those prior occurrences, and holds them in a negative light when considering bond. However, now that Matthew has been in jail on this case for more than 90 days, he and his family are now very aware that this matter

Judge Judith Herrera
December 21, 2005
Page 2

cannot be ignored. They recognize the acute difference between this case and his earlier infractions and we believe they will try to comply with the Court's Release Order. In mitigation of his earlier failures to properly resolve traffic infractions, we believe that behavior was more a result of the economic realities of Matthew and his families situation, not from a contemptuous attitude towards the court. Matthew is not from a family of great means, so even small traffic fines have in the past been large obstacles when funds where tight. That should not be an issue in this case, since the Court has reviewed his application for appointed counsel. With court appointed counsel to guide Matthew, we believe he is ready to be released pending trial, and his strong supportive family will help ensure he does not violate his terms of release.

Furthermore, we do not believe that Matthew is a danger to the community if he is released pending trial, nor that he has the skills, financing, or inclination to flee the Court's jurisdiction. We can both comfortably say that Matthew would be a good candidate for pre-trial release. We offer this opinion not only as his Uncle and Aunt, but as the parents of four children ourselves, ages 24 to 11. While we are not always proud of the decisions our children make, we always love them. Matthew and his family understand that he needs to face the charges against him, and that they will all have to deal with the consequences of his actions. They have been doing that since he was detained. We further believe that if this Court grants bond, Matthew Hothan will meet his obligations while on Pre-trial Release and will see this mater to it's conclusion.

In advance we would like to thank you for your attention to this matter.

Sincerely,

Gregory E. McDonald

Laura G. McDonald

December 7, 2005

Your Honor,

    I am writing to assure you that my nephew Matthew T. Hothan has a good family and a kind character and should be considered a candidate for rehabilitation. Matt is my sister Mary's oldest child. Mary and her husband have raised their four children to be strong, honest and kind. I realize that 22 years old is an adult, but he is still so young and serving this sentence has been the hardest lesson of his life. I know for a fact that he has taken it to heart.

    My sister Mary, Matt's mother, is the oldest of ten children. Our parents raised us in El Paso after Dad returned from Vietnam. One of my six brothers remains in El Paso, he is a U.S. Attorney and the most honorable man I know. I promise I will have him sit Matt down "man to man".

    I want to share a story about Matt. Last March, my youngest sister, Matt's beloved Aunt Elizabeth, lay dying of breast cancer here in Austin. Matthew drove non-stop through the night from New Mexico to be by her side and pray the rosary with her. We kept a vigil at her bedside for six days and nights and Matt was a tremendous source of strength and comfort to me, his mother and three little sisters during this horrible time. I learned a lot about his character that week.

    Matt is a hard worker and a quick learner, please trust that he has learned his lesson. I pray that you have mercy on him. Please contact me if you need further reference to his character.

Regards,

*Nancy McDonald Siefken*

Nancy McDonald Siefken
7704 Kiva Drive
Austin, Texas 78749
512-658-2731

December 15, 2005

Mary McDonald
36 Perdiz Canyon Rd.
Placitas, NM  87043
1-505-771-8578

Re:  Bond Hearing for Matthew Hothan

Dear Honorable Judge Herrera,

    I am writing a statement in support of my son, Matthew Hothan, in reference to his bond consideration. He has been raised with sound values and strong family bonds. It has been my philosophy as a parent, to teach my children to accept responsibility for their choices, and to have the insight to learn from their mistakes. I have no doubt that he is fully aware of his mistakes, and is willing, and able, to take responsible action to amend his situation. Matthew has several previous employers from our community, Placitas, who are looking forward to having him available for work. I know Matthew is capable of continuing on a positive and productive note. Although, as parents, we seem to always be holding our breath for a while when they are first out on their own, he has never demonstrated to me that he is someone I don't know. He is, instead, reinforcing my belief in him. I ask that you consider the same.

Thank You,

*Mary McDonald* (signature)
Mary McDonald


Cc: Mr. Steve Aarons

December 16, 2005

Carolyn Hothan
36 Perdiz Canyon Rd.
Placitas, NM 87043
1-505-771-8578

Re: Bond Hearing for Matthew Hothan

Dear Honorable Judge Herrera,

    I'm writing this letter for my brother, Matthew Hothan who you are seeing for consideration of bond. My brother is a good person he would never do anything that puts others in danger or a bad situation. I know Matt has made some mistakes but he is smart and he learns from his mistakes. Matt has been teaching me since I was very little everything I need to know to live happy and enjoy my life and I know that if I can learn from him he can learn from him. I trust my brother when he looks me in the eyes and tells me that he is not going to run from this but take care of it and be responsible. My brother has never let me down when he says that he will be somewhere he will be, he has a big heart and he knows what to do with it. Thank you for taking time to read my letter and please consider my brother for bond.

Thank you,

Carolyn Hothan

Cc: Mr. Steve Aarons

December 17th, 2005

Mariah Hothan
36 Perdiz Canyon Rd.
Placitas, NM 87043

Re: Release Hearing for Matthew Hothan

To The Honorable Judge Herrera;

    My name is Mariah Hothan and my brother, Matthew Hothan, is an inmate at the Regional Correction Center in Albuquerque. I am writing this letter of support because I love my brother very much. He is a good person with a good heart, and has always been there for me whenever I needed help, or someone to talk to. He has always came through for me and proved to be trustworthy and responsible.

  Thank you for taking the time to read this.

Sincerely,
Mariah Hothan