IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.                                                     Criminal No. 05-1849JH

DANA JARVIS,

    Defendant(s).

### NOTICE OF MOTION HEARING

**BY DIRECTION OF THE HONORABLE JUDITH C. HERRERA**:

**PLEASE TAKE NOTICE** that Defendant's Motion for Appointment of New Counsel, filed December 30, 2005 (Doc. 293), is scheduled for a hearing on **Thursday, January 12, 2006, at 10:00 a.m.** The hearing will be held in **Santa Fe** at the United States District Courthouse located on South Federal Place, Santa Fe, New Mexico. **Please direct all inquires to Elizabeth Davis, Courtroom Deputy to the Honorable Judith C. Herrera, at (505) 992-3863 or chamber's number (505) 992-3850.**\*

                                                                         **MATTHEW J. DYKMAN, Clerk of Court**

This will certify that a true copy of the foregoing was mailed or electronically noticed on its date of filing to counsel of record per the Court's Electronic Filing System.

---

\* To obtain daily information regarding the status of court settings, please refer to the court calendar which can be accessed through the Court's website at *www.nmcourt.fed.us/dcdocs/*.