IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| vs. | § § | Cause No. 05-CR-1849-JH |
| DANA JARVIS, *et al,* | § § § | |
| Defendants. | § | |

## CERTIFICATE OF UNAVAILABILITY

The undersigned counsel hereby notifies the Court and all parties that she will be out of state and will therefore be unavailable for court hearings from January 16-17 and from January 26-27, 2006.

Respectfully submitted,

_____*electronically filed*_____
KARI CONVERSE
2001 Carlisle Blvd. NE #E
Albuquerque, NM  87110
505/262-8597

*Attorney for Greg Hill*

### CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2006, a true and correct copy of the foregoing Certificate of Unavailability was served on the following parties as listed below:

_____*electronically filed*_____
Kari Converse

James Braun, AUSA
P.O. Box 607
Albuquerque, NM 87103
*Counsel for the government*

Judy Rosenstein
PO Box 25622
Albuquerque, NM 87125-0622
*Counsel for Dana Jarvis*

Penni Adrian
Adrian & Associates PC
4300 Carlisle Blvd. NE, Suite 4
Albuquerque, NM 87107
*Counsel for Russell Trujillo*

Zubair Aslamy
Aslamy, Workman & Carpenter, P.C.
1414 W. Broadway Road, Suite 122
Tempe, Arizona 85282

Jerry D. Herrera
620 Roma Ave., NW
Albuquerque, NM 87102-2037
*Counsel for David Reid*

Stephen D. Aarons
PO Box 1027/ 300 Catron St
Santa Fe, NM 87504-1027
*Counsel for Matthew Hothan*

Jason Bowles
PO Box 27530
500 Marquette NW #1360
Albuquerque, NM 87125-7530
*Counsel for George Ripley*

Edward O. Bustamante
610 Gold Ave., SW #214
Albuquerque, NM 87102-3182
*Counsel for Ralph Greene*

Kirtan K. Khalsa
Fine Law Firm
220 9th St. NW
Albuquerque, NM 87102-3026
*Counsel for Sam Jones*

Jason D. Lamm
300 E. Missouri, Ste B-200
Phoenix, AZ 85014-3203
*Counsel for Salvador Abeyta*

Martin Lopez III
1500 Mountain Rd., NW
Albuquerque, NM 87104-1359
*Counsel for Geno Berthod*

Clifford M. McIntyre
1500 Mountain Rd. NW
Albuquerque, NM 87104
*Counsel for Cathy Fitzgerald*

Cammie Nichols & Peter Schoenburg
Rothstein, Donatelli, Hughes, Dahlstrom &
Schoenburg LLP
500 Fourth St. NW #400
Albuquerque, NM 87102-2174
*Counsel for Patricia Berssenbrugge*

Timothy M. Padilla
Timothy M. Padilla & Associates
1412 Lomas Blvd. NW
Albuquerque, NM 87104-1236
*Counsel for Manuel Gil-Vasquez*

Brian Pori
204 Bryn Mawr NE
Albuquerque, NM 87106-2103
*Counsel for Mike Hannah*

Armand Salese
Law Offices of Armand Salese, P.L.L.C.
145 S. 6th Ave.
Tucson, AZ 85701

Tova Indritz
715 Tijeras Ave., NW
Albuquerque, NM 87102-3076
*Counsel for Jorge Luis Ortiz-Moffett*


Ann Steinmetz
Box 4305
Albuquerque, NM 87196-4305
*Counsel for Mary Cannant*


Val Whitley
Whitley Law Firm, R.C.
208 Griffith St.
Santa Fe, NM 87501
*Counsel for Barbara Hanna*


John Robbenhaar
1011 Lomas NW
Albuquerque, NM 87102
*Counsel for Ayla Jarvis*


Robert Cooper
1011 Lomas NW
Albuquerque, NM 87102
*Counsel for Adrian Sanford*