IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 05-1849 JH |
| ) | |
| PAT BERSSENBRUGGE, ) | |
| ) | |
| Defendant. ) | |

MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

Pursuant to Rule 48, Fed. R. Crim. P., the United States of America respectfully moves the Court to dismiss the Indictment in this matter without prejudice against Defendant Pat Berssenbrugge, in the interests of justice. The Defendant, through her attorney Peter Schoenburg, does not oppose this motion.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

*ELECTRONICALLY FILED*

JAMES R.W. BRAUN
Assistant United States Attorney
P.O. Box 607
Albuquerque, N. M.  87103
(505) 346-7274

I HEREBY CERTIFY that a true copy of the foregoing pleading was faxed to the defendant's counsel of record, Peter Schoenburg and Carolyn M. Nichols, this 3rd day of January, 2006.

*ELECTRONICALLY FILED*

_____
JAMES R.W. BRAUN