IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 05-1849 JH |
| ) | |
| PAT BERSSENBRUGGE, ) | |
| ) | |
| Defendant. ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before the Court on the unopposed motion of the United States to dismiss the Indictment in this matter without prejudice against Defendant Pat Berssenbrugge, and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Indictment in this matter is dismissed as to Defendant Pat Berssenbrugge, without prejudice.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE