## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                                                No. CR 05-1849 JH

AYLA JARVIS,

          Defendant.

### ORDER GRANTING DEFENDANT AYLA JARVIS' UNOPPOSED MOTION FOR PLACEMENT AT LA PASADA HALF-WAY HOUSE

THIS MATTER having come before the Court on Defendant Ayla Jarvis' Unopposed Motion for Placement at La Pasada Half-Way House, and the Court having considered said motion and noting the concurrence of the Government, and otherwise being fully advised in the circumstances;

IT IS HEREBY ORDERED that the Defendant Ayla Jarvis be released to the La Pasada Half-Way House as soon as practicable;

IT IS FURTHER ORDERED that the Defendant Ayla Jarvis comply with all conditions of release as established by the Court and Pre-Trial Services.

 

SUBMITTED:                                              _____
                                                                U.S. MAGISTRATE COURT JUDGE

<u>Filed Electronically</u>
JOHN F. ROBBENHAAR
Attorney for Defendant Ayla Jarvis

APPROVED:

<u>Telephonically on January 4, 2006</u>
JAMES BRAUN
Assistant United States Attorney