**CLERK'S MINUTES OF ARRAIGNMENT - GILA COURTROOM**

Date ____01/03/2006____  Judge _____SVET____  Clerk _____Mary Lou Gonzales_____

USA vs. ___ADRIAN SANFORD_____  Crim. No. ____05-1849 JH_____

Deft. present with/without counsel  PHILLIP SAPIEN for ROBERT COOPER, CJA _____
                                   Name                Apptd/Retd
U.S. represented by _____JAMES BRAUN_____AUSA

Deft. not present _____  Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____  Bond forfeited _____
Interpreter present:         Name of Interpreter_____
Interpreter Used:            Interpreter Sworn:

**COURT ASKED THE DEFENDANT:**

____ Name _____Adrian Darren Sanford_____ SS#_____3397_____
____ DOB _____1974_____ Tel. No. _____
____ Residence Address _____Tucson, AZ_____
____ Extent of education/schooling _____High School_____

(Y) N   Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for alcohol/narcotic addiction **Taking pain meds for back problems**

(Y) N   Whether he has received a copy of the Indictment

(Y) N   Whether he has had time to consult with attorney regarding penalties

Y (N)   Whether he wants Indictment read in open court

(Y) N   Whether he will waive reading of Indictment

(Y) N   Whether he is ready to plead

_**X**_ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_**X**__ Matter referred to USDC

_**X**__ Counsel ordered to file any motions by  1/26/06   (Complex Case; Judge Herrera provided different motions deadlines

_**X**__ Case assigned to: **HERRERA**

_**X**_ Trial set on trailing docket_____TO BE NOTIFIED_____

___ Defendant requested psychiatric examination. Instructed to file motion in USDC

_X_ Bond set/continued at COURT ADOPTS CONDITIONS SET IN ARIZONA; COURT CONTINUES DEFT ON CONDITIONS PREVIOUSLY IMPOSED IN ARIZONA

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

_**X**_ Discovery Order Distributed (e-filed)

_**X**_ First Appearance of Defendant     MAG. TAPE NO.__FTR-GILA_ @ 9:30 a.m._____

USPTS: Therese Gregory

USPO: George Castro