IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                                              Criminal No. 05-1849 JH

**ADRIAN SANFORD,**

    **Defendant.**

## **O R D E R**

**THIS MATTER** having come before the Court for an initial appearance and Arraignment, attorney James Braun appearing for the government and attorney Phillip Sapien for attorney Robert Cooper appearing for the defendant, and the Court being otherwise advised in the premises; FINDS it can set conditions of release for the defendant.

**IT IS HEREBY ORDERED** that the Conditions of Release set in Tucson, Arizona, by Magistrate Judge Jacqueline Marshall, are **ADOPTED** by this Court and all conditions previously imposed remain in full force and effect until final disposition of this matter.

_____
HON. DON J. SVET
U.S. MAGISTRATE JUDGE