IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                   Criminal No. 05-1849 JH

MATTHEW HOTTHAN,

    Defendant.

## ORDER

**THIS MATTER** came before the Court on January 5, 2006, on Defendant's Motion to Reconsider Detention with Legal Authorities, filed October 27, 2005 (Doc. 239). The Court having reviewed the pleadings, having heard argument from the parties, and having considered the nature and circumstances of the charge and the weight of the evidence, the Court finds that the Defendant is a flight risk and a danger to the community and finds that Defendant's Motion is not well taken.

**IT IS THEREFORE ORDERED** that based on the Defendant's prior criminal history, the Defendant's Motion to Reconsider Detention with Legal Authorities is **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant, Matthew Hotthan, remain in custody pending further court proceedings.

                                                              **UNITED STATES DISTRICT JUDGE**