IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

06 JAN -6 PM 2: 42

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

DANA JARVIS, et al.,

          Defendants.

Case No.: CR05-1849 JH

## ORDER PERMITTING DEFENDANT REID TO TRAVEL OUT OF STATE AND ORDER DELETING REQUIREMENT FOR DEFENDANT REID TO PARTICIPATE IN THE ELECTRONIC MONITORING PROGRAM

THIS MATTER, having come before the Court on the motion of Defendant Reid to permit him to travel out of the state of Arizona, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to travel to Oregon from January 6, 2006 to January 23, 2006.

**IT IS FURTHER ORDERED** that Defendant Reid no longer is required to participate in the electronic monitoring program through Pretrial Services Agency.

**IT IS FURTHER ORDERED** in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this __6__ day of January, 2006.

_____
Honorable Judith C. Herrera
Judge of the U.S. District Court

312