# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                         Criminal No. 05-1849 JH

DAVID REID,

       Defendant.

## ORDER

**THIS MATTER** came before the Court on January 5, 2006, on Defendant's Motion to Modify Conditions of Release, filed November 3, 2005 (Doc. 243). The Court notes that although the Defendant has met the burden of production, the Government has otherwise met the burden that the Defendant is a flight risk and a danger to the community. The Court further notes that there are no objections to the electronic monitoring being lifted. The Court having reviewed the pleadings, having heard argument from the parties, and having considered the nature and circumstances of the charges and the weight of the evidence, the Court will grant in part and deny in part the Defendant's Motion.

**IT IS THEREFORE ORDERED** that the Defendant will not be allowed to fly an aircraft pending trial and the electronic monitoring program will be lifted.

**IT IS FURTHER ORDERED** that the Defendant is required to comply with all other conditions of release as imposed by U.S. Pretrial Services.

 

_____
**UNITED STATES DISTRICT JUDGE**