IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Cause No. 05-CR-1849-JH |
| DANA JARVIS, *et al,* | § § § | |
| Defendants. | | |

**ORDER MODIFYING CONDITIONS OF RELEASE**

THIS MATTER having come before the Court on Defendant Greg Hill's Unopposed Motion to Modify Conditions of Release, and the Court being fully advised that neither the Government nor Pretrial Services have objection to the requested modifications,

IT IS HEREBY ORDERED that the conditions of release set for Greg Hill by this Court on September 1, 2005 (Doc. 169) shall be modified to remove the requirements of electronic monitoring and that Mr. Hill not travel outside the Southern District of Indiana.  He may travel, in addition to other exceptions noted in the original order, within Indiana upon giving advance notice to his probation officer.

_____
HON. JUDITH HERRERA
UNITED STATES DISTRICT JUDGE

Submitted by:

  *Kari Converse*
Counsel for Mr. Hill

*Approved by:*
*James Braun, AUSA*
*Mark Cofner, Pretrial Services Officer*