IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
    Plaintiff,

**v.**                                              No. 05-cr-1849 JH

**DANA JARVIS, et. al,,**
**MANUEL GIL,**
    Defendant.

## STIPULATED MOTION TO REMOVE ELECTRONIC MONITORING DEVICE

**COMES NOW** the Co-Defendant, MANUEL VELASQUEZ-GIL, by and through his attorneys, Timothy M. Padilla & Associates, P.C., by Timothy M. Padilla and respectfully motions this Court for an Order allowing the removal of his electronic monitoring device. As grounds therefore, counsel states:

1. That the Defendant was court ordered the electronic monitoring device;
2. That the Defendant's Federal Probation Officer, Sandra Avila-Toledo, recommends the removal of the electronic monitoring device;
3. That Assistant U.S. Attorney, James Braun, stipulates to this motion; and
4. A form of Order is attached herein.

**WHEREFORE** Counsel for the Defendant prays that the Court grant an Order for the removal of the electronic monitoring device and for such other relief as the Court deems just and proper.

Respectfully submitted:

I HERBY CERTIFY that a true
and correct copy of the foregoing
was delivered to all parties entitled
to notice, this 10th day of January, 2006.

*Electronically filed 01/10/2006*
Timothy M. Padilla
*Attorney for Manuel Velasquez-Gil*
1412 Lomas Blvd. N.W.
Albuquerque, NM 87104
(505) 842-0392 Fax (505) 842-0686

    /s/
Timothy M. Padilla
*Attorney for Manuel Velasquez-Gil*

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
    Plaintiff,

**v.**                              No.  05-cr-1849 JH

**DANA JARVIS, et. al,,**
**MANUEL GIL,**
    Defendant.

## ORDER GRANTING STIPULATED MOTION TO REMOVE ELECTRONIC MONITORING DEVICE

**THIS MATTER** having come before the Court on the Co-Defendant, MANUEL VELASQUEZ-GIL'S Stipulated Motion to Remove Electronic Monitoring Device, and the Court be well advised finds that good cause exists for the removal of the electronic monitoring device therefore:

**IT IS HEREBY ORDERED** that the electronic monitoring devise be removed immediately from the Defendant's person.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

Submitted:

Electronically submitted 01/10/2006
Timothy M. Padilla
*Attorney for Manuel Valesquez-Gil*

Approved:

Telephonically approved 01/09/2006
James Braun, AUSA and
Sandra Avila-Toledo, FPO