UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                              CR 05-1849 JH

DANA JARVIS, et al.,

    Defendant.

BY THE DIRECTION OF THE HONORABLE JUDITH C. HERRERA:

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this action is hereby set for a hearing on attorney Robert Gorence and attorney Paul Kennedy's Motion to Release Assets and for Leave to Retain Counsel [314], filed January 9, 2006, before the Honorable Judith C. Herrera on **JANUARY 19, 2006 AT 11:00 A.M.** at the U.S. District Courthouse, 333 Lomas Blvd. N.W. Rio Grande Courtroom–3rd Floor, Albuquerque, New Mexico.

Inquiries regarding this notice should be directed to Lincoln Sorrell, Deputy Clerk, at (505) 348-2080.

                                            MATTHEW J. DYKMAN, Clerk of Court

                                            _____

**A copy of this was notice was mailed or electronically transmitted**
**to all counsel of record as they are reflected on the Court's docket.**