UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BY THE DIRECTION OF THE HONORABLE JUDITH HERRERA:

# NOTICE OF RESCHEDULED SETTING

**Case Number and Caption:** CR 05-1849 JH USA v. Dana Jarvis

**Type of Hearing:**   Appointment for New Counsel

**Hearing rescheduled from:** January 12, 2006

**HEARING RESCHEDULED TO:**   January 19, 2006 at 11:00 a.m.

Location:   3rd Floor--Rio Grande Courtroom
333 Lomas Blvd. N.W.
*Albuquerque*, New Mexico 87102

Inquiries regarding this notice should be directed to Lincoln Sorrell, Acting Courtroom Deputy to Judge Herrera, at 348-2080.

MATTHEW J. DYKMAN, Clerk of Court

**A copy of this was notice was mailed or electronically transmitted
to all counsel of record as they are reflected on the Court's docket.**