FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 1 2 2006

MATTHEW J. DYKMAN
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

No. 05-cr-1849 JH

DANA JARVIS, et. al.,
MANUEL GIL,
    Defendant.

### ORDER GRANTING STIPULATED MOTION TO REMOVE ELECTRONIC MONITORING DEVICE

**THIS MATTER** having come before the Court on the Co-Defendant, MANUEL VELASQUEZ-GIL'S Stipulated Motion to Remove Electronic Monitoring Device, and the Court be well advised finds that good cause exists for the removal of the electronic monitoring device therefore:

**IT IS HEREBY ORDERED** that the electronic monitoring devise be removed immediately from the Defendant's person.

_____
HON. ALAN C. TORGERSON
U.S. MAGISTRATE JUDGE

Submitted:

Electronically submitted 01/10/2006
Timothy M. Padilla
*Attorney for Manuel Valesquez-Gil*

Approved:

Telephonically approved 01/09/2006
James Braun, AUSA and
Sandra Avila-Toledo, FPO

322