*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW MEXICO*

*Before the Honorable Judith C. Herrera*
*United States District Judge*

Clerk's Minutes

Case No.:  CR 04-1849 BB        Date: January 19, 2006

Title:    USA v. Dana Jarvis

Courtroom Clerk:  Lincoln Sorrell

Court Reporter:  Paul Baca

(x ) Albuquerque   ( ) Las Cruces   ( ) Santa Fe   ( ) Roswell          ___ Bench warrant ordered

Type of Proceeding:     Motion for New Counsel by Judith Rosenstein

ATTORNEYS PRESENT:
Plaintiff(s):                                              Defendant(s):
James Braun, Steve Kotz                                   Judith Rosenstein

**PROCEEDINGS:**

*11:06 a.m.*     Court in session; Ms. Rosenstein states her case for wanting to be withdrawn from representing Mr. Jarvis.

*11:09 a.m.*     No objection by the Government; Court grants motion for new counsel and refers the matter to the magistrate judge section to appoint new counsel.

*11:11 a.m.*     Court in recess.