UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Before the Honorable Judith C. Herrera**
**United States District Judge**

Clerk's Minutes

Case No.:  05-1849 JH                                                                  Date: January 19, 2006

Title:    USA v. Dana Jarvis

Courtroom Clerk:  Lincoln Sorrell

Court Reporter:   Paul Baca

(x) Albuquerque   ( ) Las Cruces   ( ) Santa Fe   ( ) Roswell           ___ Bench warrant ordered

Type of Proceeding:      Gorence and Kennedy Motion to Release Assets

**ATTORNEYS PRESENT:**
Plaintiff                                                                              Movants
James Braun                                                                  Robert Gorence, Paul Kennedy

**PROCEEDINGS:**

| | |
|---|---|
| 11:15 a.m | Court in session; Mr. Gorence argues in support of motion to release assets and be retained by Mr. Gorence and Mr. Kennedy.  Government argues in opposition of that motion and in support of its Motion to Strike. |
| 11:20 a.m. | Court denies motion for release of assets, rejects movants' limited entry of appearance, and grants  Government's Motion to Strike movants' motion (as contained in response.) Court may revisit motion to release assets once new CJA counsel has been  appointed and said motion has been discussed with new counsel. |
| 11:23 a.m. | Court in recess. |