**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       Cr.  No. 05-1849 JH

DANA JARVIS,

        Defendant.

**ORDER**

This matter is before the Court on the *United States' Motion to Strike "Motion to Release Assets and for Leave to Retain Counsel" Filed by Attorneys Robert Gorrence and Paul Kennedy* [Doc. No. 324].   On January 19, 2006, the Court held a hearing on this matter at which the government was represented by James Braun and Steve Kotz. Defendant Dana Jarvis, who was present, was represented by Judith Rosenstein, and attorneys Robert Gorrence and Paul Kennedy were also present.  After considering the arguments of counsel as well as the motions filed by the parties, the Court concludes that the Government's motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the *United States' Motion to Strike "Motion to Release Assets and for Leave to Retain Counsel" Filed by Attorneys Robert Gorrence and Paul Kennedy* [Doc. No. 324] is **GRANTED**, and Doc. No. 314 is hereby **STRICKEN** from the record.

_____
UNITED STATES DISTRICT JUDGE