IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED at Santa Fe, NM

JAN 2 6 2006

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DANA JARVIS, et al.,

        Defendants.

Case No.: CR05-1849 JH

## ORDER PERMITTING DEFENDANT REID TO FLY AN AIRCRAFT ON JANUARY 27, 2006 IN CASA GRANDE, ARIZONA

THIS MATTER, having come before the Court on the motion of Defendant Reid to permit him to fly an aircraft on January 27, 2006 in Case Grande, Arizona, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to fly an aircraft in Casa Grande Arizona for Turn Key Homes, Inc. on January 27, 2006. The flight shall depart from the Casa Grande Airport on January 27, 2006 and return back to the same airport no later than two hours after its departure absent any unforeseen circumstances.

/ / /

/ / /

/ / /

335

**IT IS FURTHER ORDERED** in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this __26__ day of January, 2006.

_____
Honorable Judith C. Herrera
Judge of the U.S. District Court