# Turn Key Homes, Inc.

P. O. Box 12396
Casa Grande, Az 85230
520-421-1437

To Whom It May Concern:

This is a letter of intent to use David C. Reid as pilot for a photo flight over Eloy, AZ 85231 on Wednesday, Feb. 1st. The flight will originate from the Casa Grande Airport and return to the same. The flight should take approximately one hour and will be conducted over the western side of Eloy taking pictures of real estate located in that area.

Thank you,

*Jim Wyman*

Jim Wyman
President
Turn Key Homes, Inc.