# Turn Key Homes, Inc.

P. O. Box 12396
Casa Grande, Az 85230
520-421-1437

To Whom It May Concern:

This is a letter of intent to use David C. Reid as pilot for a flight from Casa Grande, AZ to Cottonwood, AZ on Monday, Feb. 13th. The flight will originate from the Casa Grande Airport and return to the same. The flight should take approximately three hours and will be conducted in a direct route with a one hour layover at Cottonwood. The purpose of the flight is to negotiate a possible real estate offer.

Thank you,

*Jim*

Jim Wyman
President
Turn Key Homes, Inc.