IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                    CR NO. 05-1849 JH

DANA JARVIS,

    Defendant.

## NOTICE OF HEARING

**BY THE DIRECTION OF THE HONORABLE JUDITH C. HERRERA:**

**Please take notice** that a hearing on the defendant's Motion for Order to End Unconstitutional Conditions of Confinement [342], filed February 14, 2006, and on the defendant's Motion to Release Funds [338], filed February 3, 2006, is hereby scheduled for **FEBRUARY 23, 2006 AT 9:00 A.M.** before the Honorable Judith C. Herrera, at the U.S. Courthouse, 120 S. Federal Place, 2nd Floor Main Courtroom, Santa Fe, New Mexico.

Any inquiries regarding this setting should be directed to Lincoln Sorrell, Courtroom Deputy to Judge Bruce D. Black at 348-2270. **The defense attorney(s) shall notify the Court no later than two (2) days before the hearing if a Spanish or other language interpreter is needed.**

                                    MATTHEW J. DYKMAN, Clerk of Court

                                    _____

**A copy of this was notice was mailed or electronically transmitted
to all counsel of record as they are reflected on the Court's docket.**