PS 10
(8/88)

# UNITED STATES DISTRICT COURT
for
## NEW MEXICO

06 FEB 22 AM 11: 17

CLERK-ALBUQUERQUE

U.S.A. vs George Ripley

Docket No. CR 05-1849 JH

TO:[1] Any United States Marshal or any other authorized officer

| WARRANT FOR ARREST OF DEFENDANT | 1065583 |
|---|---|

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT<br>George Ripley | SEX<br>Male | RACE<br>White | AGE<br>50 |
|---|---|---|---|

ADDRESS (STREET, CITY, STATE)
3917 Thaxton S.E. Albuquerque, NM

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
US District Court Albuquerque, New Mexico

| CLERK<br>Matthew J. Dykman | (BY) DEPUTY CLERK | DATE<br>2/17/06 |
|---|---|---|

## RETURN

| Warrant received and executed | DATE RECEIVED<br>February 17, 2006 | DATE EXECUTED<br>February 21, 2006 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | U.S. MARSHALS SERVICE<br>333 LOMAS BLVD. NW, STE 180<br>ALBUQUERQUE NM 87102-2272 | |
| NAME<br>Rex Griffith, DUSM | (BY) | DATE<br>February 21, 2006 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

351