# CLERK'S MINUTES OF HEARING

HEARINGS BEFORE **RICHARD L. PUGLISI, USMJ**

TYPE OF HEARING **INITIAL/SHOW CAUSE/DETENTION HEARING**

**DEFENDANTS:**

**GEORGE RIPLEY**                          CASE NO.  **05CR1849 JH**

                                           DATE & TIME:  **2/22/06 @ 3:00 PM**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**ROBERTO ORTEGA** AUSA          **JASON BOWLES, ESQ.** Ret-CJA-AFPD

**WITNESS(ES):**

          PTS/PROB      Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

**FTR CIMARRON @**
| | | | |
|---|---|---|---|
| 3:09 - | Ct - appear- Deft | | |
| 3:10 - 3:11 | Ct - Bowles - Braun | | |

**HEARING RESULTS/FINDINGS:**

- [X]  Deft admits violation.
- [X]  Ct: finds that the allegations to which the deft has admitted establishes him as a danger to community.
- [X]  Defendant conditions of release are revoked and deft remanded into custody at this time.
- [ ]  Other
- [X]  cc: Lincoln: FYI