IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

  vs().                                    CR NO. 05-1849 JH

GEORGE RIPLEY,

        Defendant.

**O R D E R**

**THIS MATTER** is before the Court on a Petition for Action on Conditions of Pretrial Release, held on Wednesday, February 22, 2006; and the Defendant admitting the violation and the Court finding the defendant to be a danger to the community;

**IT IS THEREFORE ORDERED** that the conditions of release previously imposed are hereby **REVOKED** and the Defendant, **GEORGE RIPLEY,** is remanded into custody pending further proceedings.

                                              RICHARD L PUGLISI
                                              UNITED STATES MAGISTRATE JUDGE