## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable Judith C. Herrera

| | | | |
|---|---|---|---|
| Case No. | **CR 05-1849 JH** | Date: | **February 23, 2006** |
| Title: | **United States v. Dana Jarvis, et al.** | | |
| Courtroom Clerk: | **Valerie Vigil** | Court Reporter: | **Paul Baca** |
| Court in Session: | **10:04 a.m.** | Court in Recess: | **11:13 a.m.** |
| Type of Proceeding: | **Hearing on Jarvis' (1) motion to release assets; (2) motion to end unconstitutional conditions of confinement** | | |

Attorney(s) Present for Plaintiff:

**James Braun**
**Steve Kotz**

Attorney(s) Present for Defendant Jarvis:

**Joe Romero**
**Hope Eckert (legal consultant)**

10:04 a.m.   **Court in session.** Counsel state their appearances.

10:05 a.m.   Mr. Romero addresses motion relating to conditions of confinement.

10:32 a.m.   Ms. Eckert addresses the issue of the court's jurisdiction.

10:36. a.m.  More argument from Mr. Romero.

10:38 a.m.   Argument by Mr. Braun.

10:43 a.m.   Rebuttal by Mr. Romero.

10:47 a.m.   Statement by Mr. Braun.

10:48 a.m.   Argument by Mr. Romero regarding motion for release of funds.

11:01 a.m.   Argument by Ms. Eckert.

11:04 a.m.   Argument by Mr. Kotz.

11:10 a.m.   Argument by Mr. Romero.

11:12 a.m.	Rebuttal by Mr. Kotz.

11:13 a.m.	Court takes motions under advisement.  Recess.