PS 10
(8/88)

FILED

# UNITED STATES DISTRICT COURT

06 FEB 24 AM 8: 53

CLERK-ALBUQUERQUE

2006 FEB 23 PM 2: 34

for

## NEW MEXICO

U.S.A. vs Ayla Jarvis

Docket No. **CR05-1849**

TO:[1] **Any United States Marshal or any other authorized officer**

| WARRANT FOR ARREST OF DEFENDANT | *1065240* |
|---|---|

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT<br>Ayla Jarvis | | SEX<br>Female | RACE<br>White | AGE<br>19 |
|---|---|---|---|---|
| ADDRESS (STREET, CITY,STATE)<br>La Pasada Halfway House | | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>US District Court Albuquerque, New Mexico | | | | |
| | | | | |

| CLERK<br>Mathew J. Dykman | (BY) DEPUTY CLERK | DATE<br>2/23/06 |
|---|---|---|

| RETURN | | |
|---|---|---|
| **Warrant received and executed** | DATE RECEIVED<br>**February 23, 2006** | DATE EXECUTED<br>**February 23, 2006** |
| EXECUTING AGENCY (NAME AND ADDRESS) | **U.S. MARSHALS SERVICE**<br>333 LOMAS BLVD. NW, STE 180<br>ALBUQUERQUE NM 87102-2272 | |
| NAME<br>**Kent Halverson, DUSM** | (BY) | DATE<br>**February 23, 2006** |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____ ;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

357