**CLERK'S MINUTES OF HEARING**

HEARINGS BEFORE     **DON J. SVET, USMJ**

TYPE OF HEARING    **INITIAL/SHOW CAUSE/DETENTION HEARING**

**DEFENDANTS:**

**AYLA JARVIS**                               CASE NO.  **05CR1849 JH**

                                              DATE & TIME:  **2/24/06 @ 9:30 AM**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**NORMAN CAIRNS**  AUSA      **JOHN ROBBENHAAR, ESQ.** Ret-CJA-AFPD

**WITNESS(ES):**

**A Romero**   PTS/PROB   Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| **FTR CIMARRON @** | | | |
| 9:34 - | Ct - appear- Robbenhaar | | |
| - 9:36 | Ct - Deft | | |

**HEARING RESULTS/FINDINGS:**

| X | Deft admits violation and Waives Detention hrg. |
|---|---|
| X | Court revokes deft's conditions of release and deft is remanded into custody pending further hearing |
|   | Conditions of Release set at: |
|   | Other |
| X | **Lincoln:  FYI** |