IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                                    CR No. 05-1849 JH

AYLA JARVIS,

    Defendant.

**O R D E R**

**THIS MATTER** is before the Court on a Petition for Action on Conditions of Pretrial Release, held on Friday, February 22, 2006; and the Defendant admitting the violation and waiving the detention hearing and the Court being otherwise fully advised in the premises;

**IT IS THEREFORE ORDERED** that the conditions of release previously imposed are hereby **REVOKED** and the Defendant, **AYLA JARVIS,** is remanded to the custody of the United States Marshal pending further proceedings.

_____
UNITED STATES MAGISTRATE JUDGE