IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                       No. CR 05-1849 JH

DAVID REID,

        Defendant.

## NOTICE OF UNAVAILABILITY

        Jerry Daniel Herrera, attorney for Defendant Reid, hereby provides notice of his unavailability on March 23, 2006 through March 24, 2006. Counsel will be out of state attending a Federal Aviation Administration/NTSB legal seminar.

        /s/ electronically signed

        JERRY DANIEL HERRERA
        Attorney for Defendant Reid
        620 Roma Avenue NW
        Albuquerque, New Mexico 87102
        Telephone: (505) 262-1003

I hereby certify that a true and correct
copy of the foregoing document was
faxed to the United States Attorney
and sent to the following this 27th
day of February, 2006.

/s/ electronically signed

Zubair Aslamy
1414 W. Broadway Road, Suite 122
Tempe, Arizona 85282

*Attorney for Defendant David Reid*

Joe Romero, Jr.
1905 Lomas NW
Albuquerque, New Mexico 87104

*Attorney for Defendant Dana Jarvis*

Penni Adrian
4300 Carlisle Blvd. NE, Suite 4
Albuquerque, New Mexico 87107

*Attorney for Defendant Russell Trujillo*

Stephen Aarons
PO Box 1027
Santa Fe, New Mexico 87504

*Attorney for Defendant Matthew Hottan*

Jason Bowles
PO Box 25186
Albuquerque, New Mexico 87125

*Attorney for Defendant George Ripley*

Edward Bustamante
610 Gold Ave., SW #214
Albuquerque, New Mexico 87102

*Attorney for Defendant Ralph Greene*

Kari Converse
122 Tulane Dr. SE
Albuquerque, New Mexico 87106

*Attorney for Defendant Greg Hill*

Kirtan Khalsa
220 9th Street NW
Albuquerque, New Mexico 87102

*Attorney for Defendant Sam Jones*

Jason Lamm
300 E. Missouri, Suite B-200
Phoenix, Arizona 85014

*Attorney for Defendant Salvador Abeyta*

Martin Lopez III
1500 Mountain Rd., NW
Albuquerque, New Mexico 87104

*Attorney for Defendant Geno Berthod*

Clifford McIntyre
1500 Mountain Rd. NW
Albuquerque, New Mexico 87104

*Attorney for Defendant Cathy Fitzgerald*

Timothy Padilla
1412 Lomas Blvd. NW
Albuquerque, New Mexico 87104

*Attorney for Defendant Manuel Gil-Vasquez*

Brian Pori
204 Bryn Mawr NE
Albuquerque, NM 87106

*Attorney for Defendant Mike Hannah*

Armand Salese
145 S. 6th Avenue
Tucson, Arizona 85701

*Attorney for Defendant Jorge Luis Ortiz-Moffett*

Tova Indritz
715 Tijeras Ave., NW
Albuquerque, New Mexico 87102

*Attorney for Defendant Jorge Luis Ortiz-Moffett*

Ann Steinmetz
Box 4305
Albuquerque, New Mexico 87196

*Attorney for Defendant Mary Cannant*

Val Whitley
208 Griffith Street
Santa Fe, New Mexico 87501

*Attorney for Defendant Barbara Hanna*

John Robbenhaar
1011 Lomas NW
Albuquerque, New Mexico 87102

*Attorney for Defendant Ayla Jarvis*

Robert Cooper
1011 Lomas NW
Albuquerque, New Mexico 87102

*Attorney for Defendant Adrian Sanford*

3