IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                              CR 05-1849-JH

JORGE LUIS ORTIZ-MOFFETT.
        Defendant.

## JOINDER IN
## DEFENDANTS' UNOPPOSED JOINT MOTION
## TO CONTINUE THE DEADLINE TO SUBMIT PRE-TRIAL MOTIONS

Defendant Jorge Luis Ortiz-Moffett, through local counsel Tova Indritz, hereby joins in the motion filed by the CJA defendants on March 6, 2006, seeking to extend the deadlines for filing of motions as follows:

a) to extend the deadline for filing Pre-Trial Motions to June 16, 2006,

b) to extend the deadline for the Government's responses to August 4, 2006, and

c) to extend the deadline for replies to the Government's responses to August 18, 2006..

for the reasons stated in the DEFENDANTS' UNOPPOSED JOINT MOTION TO CONTINUE THE DEADLINE TO SUBMIT PRE-TRIAL MOTIONS.

    Assistant U.S. Attorney James Braun does not oppose this motion and concurs in the proposal that all of the multiple defendants' motions be due at the same time.

                                                                 Respectfully submitted,

                                                                 _____

                                                                 Tova Indritz, Attorney at Law
                                                                 Local counsel for defendant
                                                                      Jorge Luis Ortiz-Moffett
                                                               715 Tijeras Avenue, NW
                                                               Albuquerque, NM 87102
                                                               Telephone (505) 242-4003
                                                               Facsimile (505) 242-3125

Certificate of Service

      I hereby certify that this 7th day of March, 2006, I have mailed, faxed, or electronically transmitted a copy of the foregoing pleading to Assistant United States Attorney James Braun, P. O. Box 607, Albuquerque, NM 87103, fax 346-7296,
and to all of the co-defendants' counsel, including the following:

Scott M. Davidson, 204 Bryn Mawr Drive NE, Albuquerque, NM 87106

Brian A. Pori, 204 Bryn Mawr NE, Albuquerque, NM 87106, Counsel for Defendant Mike Hannah

Robert R. Cooper, 1011 Lomas Blvd NW, Albuquerque, NM 87102, Counsel for Defendant Adrian Sanford

Martin Lopez III, 1500 Mountain Road NW, Albuquerque, NM 87104, Counsel for Defendant Geno Berthod,

Joe M. Romero, Jr., 1905 Lomas Blvd. NW, Albuquerque, NM 87104-1207, Counsel for Defendant Dana Jarvis

Ann Steinmetz, Box 4305, Albuquerque, NM 87196-4305, Counsel for Defendant Mary Cannant

Val Whitley, 208 Griffin St., Santa Fe, NM 87501, Counsel for Defendant Barbara Hanna

John Robbenhaar, 1011 Lomas NW, Albuquerque, NM 87102, Counsel for Defendant Ayla Jarvis

Clifford M. McIntyre, 1500 Mountain Rd. NW, Albuquerque, NM 87104, Counsel for Defendants Cathy Fitzgerald and Raul Duran

Kirtan K. Khalsa, 812 Marquette NW, Albuquerque, NM 87102, Counsel for Defendant Sam Jones

Edward O. Bustamante, 610 Gold Ave. SW #214, Albuquerque, NM 87102, Counsel for Defendant Ralph Greene

Jason Bowles, P. O. Box 25186, 600 Central SE, Ste. 111, Albuquerque, NM 87125-5186, Counsel for Defendant George Ripley

Penni Adrian, 4300 Carlisle Blvd. NE, Suite 4, Albuquerque, NM 87107, Counsel for Defendant Russell Trujillo

Stephen D. Aarons, P. O. Box 1027, Santa Fe, NM 87504-1027, Counsel for Defendant Matthew Hottan

                                                                _____
                                                                 Tova Indritz