IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                  No. CR 05-1849 JH

DANA JARVIS, et al.,

      Defendants.

### ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE TO JOINTLY FILE PROCEDURAL MOTIONS

THIS MATTER HAVING COME BEFORE THIS COURT UPON The Unopposed Motion of Defendants Dana Jarvis, Mary Cannant, Barbara Hanna, Ayla Jarvis, Mike Hannah, Cathy Fitzgerald, Geno Berthod, Sam Jones, Adrian Sanford, Ralph Greene, George Ripley, Russell Trujillo, and Matthew Hottan, through their appointed counsel, and joined by defendants Reid, Hill, Abeyta, Gil-Vasquez, and Ortiz-Moffett through retained counsel, for Leave to File Procedural Motions Jointly, the Court having noted the concurrence of the Assistant United States Attorney, and having reviewed the file, FINDS granting this Motion is in the interests of justice and of judicial economy and should be granted. NOW THEREFORE

IT IS ORDERED all defendants are hereby granted leave to file procedural motions jointly.

_____
THE HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

*Electronically Filed*
Penni Adrian
*Counsel for Russell Trujillo and on behalf of all counsel and defendants*

APPROVED BY:

*Telephonic Approval 3-9-06*
James Braun
Assistant United States Attorney