IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANA JARVIS, et al.,

    Defendant.

CR NO. 05-1849-JH

## NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P.C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter from May 12, 2006 through May 16, 2006.

Respectfully submitted,

**MARTIN LOPEZ, III**
A Professional Corporation

_____
Martin Lopez, III
Attorney for Defendant Berthod
1500 Mountain Rd. NW
Albuquerque, New Mexico 87104
Tele: (505) 243-2900

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded via facsimile to Assistant U.S. Attorney, James Braun this 13th day of March, 2006.

_____
Martin Lopez, III