IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    CR NO. 05-1849-JH

DANA JARVIS, et al.,

    Defendant.

## NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P.C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter from May 22, 2006 through May 26, 2006.

    Respectfully submitted,

    **MARTIN LOPEZ, III**
    A Professional Corporation

    _/s/ Martin Lopez, III_
    Martin Lopez, III
    Attorney for Defendant Berthod
    1500 Mountain Rd. NW
    Albuquerque, New Mexico 87104
    Tele: (505) 243-2900

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded via facsimile to Assistant U.S. Attorney, James Braun this 23nd day of March, 2006.

_/s/ Martin Lopez, III_
Martin Lopez, III