UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

06 MAR 27 PM 3: 32

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                Cause No. 05 CR 1849 JH

ADRIAN SANFORD,

    Defendant.

### NOTICE OF NON-AVAILABILITY

COMES NOW Robert R. Cooper, Attorney for Defendant, and hereby gives the Court and Counsel notice of his unavailability for the period from Tuesday, April 11, 2006 to Monday, April 17, 2006. The undersigned counsel will be out of state for this period and will not be available for any matters with regard to this case. Counsel respectfully requests that no hearings be scheduled during the period of his absence.

                                                      Respectfully Submitted,

                                                      ROBERT R. COOPER
                                                      Counsel for Defendant
                                                      1011 Lomas Blvd. NW
                                                      Albuquerque, New Mexico 87102
                                                      (505) 842-8494



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following Notice of Non-Availability was served on Assistant United States Attorney [name], P.O. Box 607, Albuquerque, New Mexico, 87103; Stephen D. Aarons, 300 Catron St, Santa Fe, New Mexico, 87504, counsel for Matthew Hottan; Dawn (Penni) T. Adrian, 4300 Carlisle Blvd. NE, #4, Albuquerque, New Mexico, 87107, counsel for Russell Trujillo; Jerry Herrera, 620 Roma Ave. NW, Albuquerque, New Mexico, 87102, local counsel for David Reid; Jason Bowles, P.O. Box 25186, Albuquerque, New Mexico, 87125, counsel for George Ripley; Edward O. Bustamante, 610 Gold Ave., SW, #214, Albuquerque, New Mexico, 87102, counsel for Ralph Greene; Kari Converse, 2001 Carlisle Blvd. NE, Suite E, Albuquerque, New Mexico 87110, counsel for Greg Hill; Kirtan K. Khalsa, 220 9th Street NW, Albuquerque, New Mexico, 87102, counsel for Sam Jones; Jason D. Lamm, 1300 E. Missouri, Suite B-200, Phoenix, Arizona, 85014, counsel for Salvador Abeyta; Martine Lopez, III, 1500 Mountain Rd. NW, Albuquerque, New Mexico, 87104, counsel for Geno Berthod; Clifford M. McIntyre, 1500 Mountain Rd., NW, Albuquerque, New Mexico, 87104, counsel for Cathy Fitzgerald; Timothy M. Padilla, 1412 Lomas Blvd. NW, Albuquerque, New Mexico, 87104, counsel for Manuel Gil-Vasquez; Brian Pori, 204 Bryn Mawr NE, Albuquerque, New Mexico, 87106, counsel for Mike Hannah, John Robbenhaar, 1011 Lomas Blvd. NW, Albuquerque, New Mexico, 87102, counsel for Ayla Jarvis; Joe M. Romero, 1905 Lomas Blvd. NW, Albuquerque, New Mexico, 87104, counsel for Dana Jarvis; Tove Indritz, 715 Tijeras Ave. NW, Albuquerque, New Mexico, 87102, counsel for Jorge Luis Ortiz-Moffett; Ann Steinmetz, P.O. Box 4305, Albuquerque, New Mexico, 87196, counsel for Mary Cannant; and Val Whitley, 208 Griffin St, Santa Fe, New Mexico, 87501, Counsel for Barbara Hanna on this 22 day of March, 2006.

_____
ROBERT R. COOPER