IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 27 2006

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MIKE HANNAH

Defendant.

Criminal No. 05-1849 JH

## UNOPPOSED ORDER MODIFYING CONDITIONS OF RELEASE

THE COURT, having considered the in-court Motion by Defendant Mike Hannah to

modify the conditions of his pre-trial release and there being no opposition from counsel for the

United States Attorney, Assistant James R.W. Braun;

NOW THEREFORE IT IS ORDERED that the conditions of Defendant Mike Hannah's

release are hereby modified to eliminate the previously imposed requirement that Mr. Hannah

submit to electronic supervision while he is admitted to pre-trial release and the requirement for

electronic supervision is hereby VACATED;

IT IS FURTHER ORDERED that all other conditions of pre-trial release shall remain in

effect.

IT IS SO ORDERED.

*Robert H. Scott*    3-27-06

THE HONORABLE ROBERT H. SCOTT
UNITED STATES MAGISTRATE COURT JUDGE

Submitted by:

Brian A. Pori, Counsel for Defendant Mike Hannah
Telephonic Approval 3/24/06
AUSA James R.W. Braun, Counsel for the United States

386