IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                  CASE NO. 2005 CR 1849 JH

RUSSELL TRUJILLO,

      Defendant.

### DEFENDANT'S COUNSEL'S NOTICE OF CHANGE OF ADDRESS

Penni Adrian, attorney for Russell Trujillo, hereby notifies this Court that effective April 10, 2006, she has a new mailing address and facsimile number. Her information is as follows:

    Penni Adrian
    Adrian & Associates PC
    P.O. Box 21576
    Albuquerque, NM 87154-1576
    (505) 944-1200 Telephone
    (505) 944-1201 Facsimile
    penni@adrian-law.com

Counsel respectfully requests the Court and all counsel involved in this case change their records.

                                    Respectfully submitted,

                                    *Electronically Filed*
                                    Penni Adrian
                                    *Counsel for Russell Trujillo*
                                    P.O. Box 21576
                                    Albuquerque, NM 87154-1576
                                    (505) 944-1200 Telephone

I hereby certify a true copy of the foregoing Defendant's Counsel's Notice of Change of Address was provided to the following person(s) entitled to service this 6th day of April, 2006:

James Braun
*Assistant United States Attorney*
P.O. Box 607
Albuquerque, NM 87103-0607

All co-defendant's counsel

   *Electronically Filed*
Penni Adrian