

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

06 APR 14 AM 8:56

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,
Plaintiff,

vs.

No. 05-CR-1849 J.H.

SAM JONES et al.,
Defendant.

*(EXPEDITED RULING REQUESTED)*

### EMERGENCY PRO SE MOTION TO ALLOW TRAVEL OUTSIDE OF BERNALILLO COUNTY

Defendant, Sam Jones, hereby moves this Honorable Court to permit him to leave the County of Bernalillo for five (5) days beginning April 18, 2006 and returning April 23, 2006. The purpose of this trip is to attend the International Conference of Phi Theta Kappa, an honors society, in Seattle, Washington. Defendant is represented in this matter by his attorney Kirtan Khalsa. Whereas Defendant's counsel is unavailable until March 17, 2006 he submits this Emergency Motion Pro Se. As grounds for this Motion, Defendant states:

1. Pursuant to the current terms and conditions of release, Defendant is prohibited from traveling outside the County of Bernalillo without prior approval of Pre-Trial Services officer Sandra Avila-Toledo, (505) 348-2713.

2. Defendant has heretofore abided by all terms and conditions of his release.

3. Pursuant to these terms and conditions, Defendant is required to remain enrolled in school and maintain employment. Defendant's acceptance into the Phi Theta Kappa honors society serves as evidence of his commitment to his education and his desire to further his career.

1

4. On March 25, 2006, Defendant was elected to the position of Public Relations Secretary of said society. As an office-holding member he is invited to attend the 88th International convention in order to "Learn, grow and expand your academic, personal and career horizons." His fellow travelers will include the eight other officers of the Albuquerque TVI chapter of Phi Theta Kappa. The itinerary was prepared by the Tom Darling, the TVI administrative liaison and the non-refundable expenses have already been paid by TVI chapter of Phi Theta Kappa.

5. Officer Avila-Toledo's primary objection to this trip, as far as the Defendant is able to discern, is that he was already granted leave once prior to this request.

6. Defendant's only prior request for leave was granted in order for him to spend the Christmas holidays with his parents after which he made a prompt return to Bernalillo County in accordance with his submitted itinerary.

7. Officer Avila-Toledo was notified by telephone on March 25, 2006, immediately after Defendant was elected to the position of Public Relations Secretary. At that time, Defendant verbally submitted the dates of his request for leave. Upon receipt of the travel itinerary, Defendant immediately submitted printed copies of all travel plans including contact numbers, the address and phone number of the Seattle Westin hotel, and a copy of the program from the induction ceremony (See attachments).

8. While attendance at this conference is not strictly mandatory, it will provide an excellent opportunity for Sam Jones to engage in fellowship with other honors society members and demonstrate his commitment to his education and career path.

Based on the foregoing, Defendant, Sam Jones, prays this Honorable Court enter an Order permitting him to travel outside the state of New Mexico on April 18, 2006 to fulfill his obligation to further his education and career pursuant to his conditions of release.

Respectfully Submitted this 14th day of April, 2006 by:

*Sam Jones*
Sam Jones
Defendant
512 Ash St SE #1C
Albuquerque, NM 87106
(505)243-1643

**BOLACK TOTAL TRAVEL**



PHONE: 505-881-1198
HAVE A SPLENDID TRIP AND THANK YOU FOR BOOKING WITH BOLACK

## Itinerary - Printable By Category

Print this page | Close window | Help

**FLIGHTS**



| Tue, Apr 18: AMERICA WEST AIRLINES, HP 0522 | |
|---|---|
| From: ALBUQUERQUE, NM (ABQ) | Departs: 8:36am |
| To: PHOENIX, AZ (PHX) | Arrives: 9:15am |
| Arrival Terminal: TERMINAL 4 | |
| Class: Economy | Seat: 14D |
| Status: Confirmed | Confirmation: U0Z3BQ |
| Meal: | Smoking: No |
| Aircraft: AIRBUS JET | Mileage: 329 |
| Flight Time: 1 hours and 39 minutes | |
| Verify flight times prior to departure | |



| Tue, Apr 18: AMERICA WEST AIRLINES, HP 0071 | |
|---|---|
| From: PHOENIX, AZ (PHX) | Departs: 10:22am |
| Departure Terminal: TERMINAL 4 | |
| To: SEATTLE TACOMA, WA (SEA) | Arrives: 1:21pm |
| Class: Economy | Seat: 25C |
| Status: Confirmed | Confirmation: U0Z3BQ |
| Meal: | Smoking: No |
| Aircraft: AIRBUS JET | Mileage: 1108 |
| Flight Time: 2 hours and 59 minutes | |
| Verify flight times prior to departure | |



| Sun, Apr 23: AMERICA WEST AIRLINES, HP 0548 | |
|---|---|
| From: SEATTLE TACOMA, WA (SEA) | Departs: 2:30pm |
| To: PHOENIX, AZ (PHX) | Arrives: 5:09pm |
| Arrival Terminal: TERMINAL 4 | |
| Class: Economy | Seat: 15D |
| Status: Confirmed | Confirmation: U0Z3BQ |
| Meal: | Smoking: No |
| Aircraft: AIRBUS JET | Mileage: 1108 |
| Flight Time: 2 hours and 39 minutes | |
| Verify flight times prior to departure | |



| Sun, Apr 23: AMERICA WEST AIRLINES, HP 0208 | |
|---|---|
| From: PHOENIX, AZ (PHX) | Departs: 6:22pm |
| Departure Terminal: TERMINAL 4 | |
| To: ALBUQUERQUE, NM (ABQ) | Arrives: 8:30pm |
| Class: Economy | Seat: 21D |
| Status: Confirmed | Confirmation: U0Z3BQ |
| Meal: | Smoking: No |
| Aircraft: AIRBUS JET | Mileage: 329 |
| Flight Time: 1 hours and 8 minutes | |
| Verify flight times prior to departure | |

You are here: Phi Theta Kappa > Convention
Welcome

**Plan to join us for the
88th International Convention
In Seattle, Washington
April 20-22, 2006!**



## Watch the Convention Sessions on the Web!

### 2006 Blogging Convention Participants

*Any views or opinions presented in these blogs are solely those of the authors and do not necessarily represent those of Phi Theta Kappa International Honor Society or any of its representatives.*

Alpha Chi Nu Chapter Website, Southern Maine Community College, South Portland

Follow us as we begin Reaching Higher in Seattle, Convention Website of Psi Upsilon Chapter, Tidewater Community College, Virginia Beach Campus

Convention website of Tiffany McEldowney, President of the Beta Nu Pi Chapter and Ohio Regional Officer, Marion Technical College, Marion, OH

Convention website of Sigma Zeta Chapter, Lane Community College, Eugene, OR

Plan now to be part of the 88th International Convention-- the largest gathering of honor students in all of higher education!

Thousands of Phi Theta Kappa members, advisors, alumni and college administrators will convene in Seattle, the Emerald City, for three life-changing days of instruction, education and inspiration!

Be a Part of the Excitement! Dynamic speakers will introduce the new Honors Study Topic and International Service Program and share their experiences in the worldwide leadership arena.

Share in the Learning! The International Convention includes pre-event development conferences for chapter advisors and chapter and regional officers, more than 100 Educational Forums and opportunities for networking with your fellow Phi Theta Kappa constituencies from across the nation and abroad.

Celebrate the Hallmarks! The Opening Ceremonies, the Parade of Flags and Roll Call honor our joint commitment to scholarship, leadership, service and fellowship.

Applaud Achievements! More than 300 individuals, chapters and regions will receive Hallmark Awards for outstanding success in implementing the Society Hallmarks.

Select the Society's Next Leaders! Each chapter has a vote in the election of 2006-07 International Officer Candidates, and each advisor may cast ballots for ACA Secretary and for the Advisor Representative on the Board of Directors.

Prepare for Your Future! Meet with four-year college and university scholarship officers at the Transfer College Fair, and visit with potential employers at the Career Resource Center.

Enjoy Seattle! Phi Theta Kappa participants will have opportunities to explore one of the nation's most vital and innovative cities, home of the Space Needle, Experience Music Project and the Pike Place Market.

Reach Higher! Learn, grow and expand your academic, personal and career horizons by attending the 2006 International Convention of Phi Theta Kappa.

**Who Should Attend:**

Whatever your role in Phi Theta Kappa, the International Convention offers something for everyone. Key constituencies who should attend include:

- Chapter Officers
- Chapter Advisors
- Regional Officers
- Community College Administrators
- Phi Theta Kappa Alumni
- University and Four-year College Recruiters
- Corporate, Government and Non-Profit Employers

**Why Should You Attend:**

Higher education and community colleges are rapidly changing. Learn how Phi Theta Kappa programs can make your chapter stronger and enhance your college's opportunities for recognition. Learn more about career opportunities, interview tips and resume writing. Learn how you can be a more effective leader.

- Phi Theta Kappa members and advisors attending last year told us that the International Convention:
    - Gave them a stronger foundation in program implementation and a better understanding of the opportunities through chapter programs
    - Gave them an opportunity to hear internationally known speakers
    - Opened their eyes to new ideas about the role of honor students in contemporary society
    - Taught them how to be a stronger candidate for a scholarship or for a job
    - Gave them a better understanding of the scope, importance and benefits of Phi Theta Kappa

# WESTIN
HOTELS & RESORTS

My Account | Sign In

home  reservations  resorts & vacations  specials & packages | customer support   Language

**Hotel Overview**
Guest Rooms & Amenities
Hotel Services
Meeting & Event Facilities
Restaurants & Lounges
Local Area
Driving Directions
Hotel Offers

## The Westin Seattle

1900 5th Avenue • Seattle, Washington 98101 • United States
Phone (206) 728-1000 • Fax (206) 728-2259
E-MAIL US

Check in
Day | Month
Check out
Day | Month

reserve ▶











Click on an image to enlarge.

Use arrows to scroll through the slideshow.

• VIRTUAL HOTEL TOUR

Welcome to The Westin Seattle

### Overview

View Special Offers at The Westin Seattle.

The Westin Seattle is your front door to the Pacific Northwest! An ideal urban retreat, we are just steps away from the Washington State Convention Center, Pike Place Market, and Seattle's most enticing shops.

We are one of only two hotels in the city offering unobstructed views of Puget Sound, Lake Union, and the Seattle skyline. After a day of meetings and sightseeing, relax and unwind in the elegant Lobby Bar, featuring a full-service bar and flat-screen TVs. For fresh Northwest seafood, visit Coldwater Bar & Grill in the lobby - a fantastic place for breakfast, lunch, dinner, and drinks. Celebrate a special birthday, anniversary, or host a small meeting in the relaxed and intimate environment of its private dining room, The Loft at Coldwater Bar & Grill. Or stop by the Fifth Avenue Corner Café for light fare and snacks.

Enjoy modern elegance in our newly renovated lobby, the "heart of the hotel." Wi-Fi Internet access and a cozy gathering space make it perfect for hosting a casual meeting or simply catching up with friends.

Welcome to The Westin Seattle!

Westin didn't discover fresh air, but we're proud to offer it at this hotel. Learn more about Breathe Westin™ and our smoke-free hotels.



#### GUEST ROOMS & AMENITIES

- High Speed Internet Access in All Guest Rooms (Charge)
- The Heavenly Bed®
- The Heavenly Shower/Bath
- Coffee Maker with Starbucks Coffee
- WestinWORKOUT® Room

#### HOTEL SERVICES

- 24-Hour Room Service
- This is a smoke-free hotel. Breathe Westin(TM)
- Wake-up Service Available
- Concierge Service
- Service Express®

#### MEETING & EVENT FACILITIES

- Number of Meeting Rooms: 22
- Largest Meeting Room: 18031sq. ft.
- Largest Meeting Room Seats: 2000
- Smallest Meeting Room: 325sq. ft.
- Smallest Meeting Room Seats: 3

#### RESTAURANTS & LOUNGES

- Lobby Bar
- Fifth Avenue Corner Café
- Coldwater Bar & Grill

- TVI-Phi Theta Kappa liaison:
  Tom Darling:          224-4244              tdarling@tvi.edu
                        224-0530

- Phi Theta Kappa President:
  Gary Walters:         224-3900              gbw@tvi.edu

# TVI COMMUNITY COLLEGE



# PHI THETA KAPPA

INTERNATIONAL HONOR SOCIETY
OF THE TWO-YEAR COLLEGES

ALPHA UPSILON CHI CHAPTER

FALL INDUCTION CEREMONY

APRIL 8, 2006

## 2005 OUTGOING OFFICERS

CYNDI GREENWOOD - PRESIDENT
TALITHA TARRO – VP OF LEADERSHIP
CHRISTINE ROBERTSON – VP OF SCHOLARSHIP
GARY HAMELSTROM – VP OF FELLOWSHIP
BECCA CLINES – VP OF SERVICE
ERIN ARMIJO - TREASURER
KEITH BARRERAS – SECRETARY
STEPHANE POULIN – PUBLIC RELATIONS SECRETARY
MICHAEL KURTZ – HISTORIAN



## SPECIAL THANKS TO:

TVI SECURITY
TVI TIMES
CHEF JOYCE WOODARD, *Culinary Arts*
PAM STROME, *Student Activities*
ROSE DAVIS, *Teaching and Learning Center*
TVI POSTAL AND DUPLICATING
LAURA CRAWLEY, *Dean of Students Office*
MELVIN SHELTON, *Instructional Media Resources*
TVI FACULTY AND ADMINISTRATION
PTK MEMBERS

## WELCOME INDUCTEES AND FAMILY

CYNDI GREENWOOD, 2005 CHAPTER PRESIDENT

## SPEAKERS

CARRIE GLEASMAN
NEW MEXICO REGIONAL COORDINATOR

DR. JOHN WALSTRUM
EXECUTIVE VICE PRESIDENT OF ACADEMIC AFFAIRS

TOM DARLING
DIRECTOR OF TEACHING AND LEARNING CENTER
CHAPTER ADVISOR, PHI THETA KAPPA

## INDUCTION

PLEDGE OF MEMBERSHIP

INDUCTION OF NEW MEMBERS

INDUCTION OF HONORARY MEMBERS

INDUCTION OF NEW OFFICERS FOR 2006

GARY HAMELSTRON — PRESIDENT
ERIN ARMIJO — VP OF LEADERSHIP
MICHAEL KURTZ — VP OF SCHOLARSHIP
BECCA KLINES — VP OF SERVICE
KAREN FRIZZEL — VP OF FELLOWSHIP
TRISHA KENNEDY — TREASURER
LISA KREUZBERGER — SECRETARY
→ SAM JONES — PUBLIC RELATIONS SECRETARY
LAURA CHAMBERS — HISTORIAN

## RECOGNITIONS

## RECEPTION

---

## PHI THETA KAPPA

## PLEDGE OF MEMBERSHIP

I, _____, DO

SOLEMNLY PROMISE

ON THIS 8TH DAY OF APRIL 2006,

TO UPHOLD THE STANDARDS

OF PHI THETA KAPPA,

AND TO MAKE THIS OBJECT AND AIM

FOREMOST IN MY MIND,

AND I DO SOLEMNLY PLEDGE

MY ALLEGIANCE

TO MY FELLOW MEMBERS

AND PROMISE TO AID THEM

IN ALL WORTHY ENDEAVORS.