IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

    vs.                              **CRIM. NO. 05-1849 JH**

**CATHY FITZGERALD,**

    Defendant.

### NOTICE OF HEARING

TO:

| | |
|---|---|
| Cliff McIntyre, Esq.<br>1500 Mountain Road NW<br>Albuquerque, NM 87104 | James Braun, Esq.<br>Assistant United States Attorney<br>P.O. Box 607<br>Albuquerque, NM 87103 |

    **PLEASE TAKE NOTICE** that a **Felony Plea** has been set in the above matter for **Tuesday, April 18, 2006, at 9:00 AM,** before the Honorable Robert H. Scott, Hondo Courtroom, Fourth Floor, 333 Lomas N.W., Albuquerque, New Mexico.

    **PLEASE NOTE** the Defendant and counsel must be available for interview by the U.S. Probation Office immediately following the Plea Hearing.

    _____
    MATTHEW J. DYKMAN
    Clerk of Court

**Please direct all inquiries to:**    Mark Kokesh
    Courtroom Deputy
    Telephone: (505) 348-2018

A true copy of this notice/order was served--via facsimile transmission mail, or electronic means--to counsel of record as they are shown on the Court's docket.

cc:    U. S. Probation/Pretrial