IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.   Cr. No. 05-1849 JH

SAM JONES,

        Defendant.

### ORDER

This matter is before the Court on Defendant Sam Jones' *Emergency Pro Se Motion to Allow Travel Outside of Bernalillo County* [Doc. No. 400]. The Court is informed that neither the United States nor the assigned United States Pretrial Services Officer opposes the motion. Finding the motion to be well-taken,

**IT IS THEREFORE ORDERED** that Defendant's *Emergency Pro Se Motion to Allow Travel Outside of Bernalillo County* [Doc. No. 400] is **GRANTED,** and Sam Jones may travel to Seattle, Washington on April 18, 2006, returning to Bernalillo County, New Mexico, on April 23, 2006, for the purpose of attending the Phi Theta Kappa honor society conference.

                                                           **UNITED STATES DISTRICT JUDGE**