# PLEA MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 05-1849 JH | | UNITED STATES vs. FITZGERALD | | |
|---|---|---|---|---|
| Before The Honorable Robert H. Scott, United States Magistrate Judge ||||| 
| Hearing Date: | **April 18, 2006** | Time In and Out: | **10:14 AM - 10:22 am** | |
| Clerk: | **Mary Archuleta** | FTR Information: | **FTR/HONDO** | |
| Defendant: | **CATHY FITZGERALD** | Defendant's Counsel: | **Cliff McIntyre** | |
| AUSA: | **James Braun** | Interpreter: | **none** | Sworn |

| | |
|---|---|
| X | Defendant Sworn |
| | First Appearance |
| X | Consent to proceed before a magistrate judge and original plea agreement reviewed and executed by Deft. |
| X | Deft acknowledges receipt of: (Indictment or Information) |
| | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| X | Terms and conditions of proposed plea agreement explained. |
| X | Factual predicate to sustain the plea provided. |
| X | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. |
| X | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| X | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| X | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. |
| X | Deft pleads GUILTY to: **COUNT 1 OF INDICTMENT** |
| X | Allocution by Deft on elements of charge(s). |
| X | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| X | Deft adjudged guilty. |
| | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| X | Sentencing Date:    **to be notified** |
| | Defendant to Remain in Custody |
| X | Present conditions of release continued    Conditions changed to: |
| | Penalty for failure to appear explained |
| X | Presentence Report Ordered    **Expedited (Type III)** |
| X | Other Matters:    **cc: Probation & Lincoln** |