IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CR NO. 05-1849-JH

DANA JARVIS, et al.,

    Defendant.

### NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P.C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter from August 11, 2006 through August 15, 2006.

        Respectfully submitted,

        **MARTIN LOPEZ, III**
        A Professional Corporation

        Martin Lopez, III
        Attorney for Defendant Berthod
        1500 Mountain Rd. NW
        Albuquerque, New Mexico 87104
        Tele: (505) 243-2900

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded via facsimile to Assistant U.S. Attorney, James Braun this 18th day of April, 2006.

Martin Lopez, III

