**CLERK'S MINUTES OF HEARING HONDO COURTROOM**

HEARINGS BEFORE    **ROBERT H. SCOTT, U. S. Magistrate Judge**

KIND OF HEARING  **INITIAL PRESENTMENT**

**DEFENDANTS:**

**JOHN PATRICIO NIETO**          CASE NO.  **05-CR-1849 JH**

DATE & TIME: **April 27, 2006 @ 10:14 am**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**JAMES BRAUN**    AUSA        **PRO SE**   Ret-CJA-AFPD

**Therese Gregory** PTS/PROB        **none** Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

**FTR/HONDO**

@ **10:14 am**          Court

**HEARING RESULTS/FINDINGS:**

**X**    Defendant sworn

**X**    Defendant advised of rights.

**X**    Attorney appointment hearing held.  Defendant wants court appointed attorney

☐    Government moves to detain.

☐    Defendant(s) remanded to custody

**X**    Conditions of Release set at:        **O/R with conditions.**

**X**    Other: **FIRST APPEARANCE; Arraignment set for 4/28/06 at 9:00 a.m..**