FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 28 2006

MATTHEW J. DYKMAN
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>**DAKOTA FITZNER,** )<br>  )<br>Defendant. ) | CRIMINAL NO. 05-1849 JH |

### MOTION FOR DETENTION HEARING

Pursuant to 18 U.S.C. § 3142(e), Plaintiff moves the Court to conduct a detention hearing and thereafter order that defendant, **DAKOTA FITZNER**, be detained prior to trial, and as grounds therefore states:

That defendant, **DAKOTA FITZNER,** is a danger to the community and a flight risk.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

JAMES R. W. BRAUN
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274


418