# CLERK'S MINUTES OF ARRAIGNMENT HONDO COURTROOM

Date **April 28, 2006  FTR/HONDO  @  9:09 am**  Judge **Robert H. Scott**   Clerk **M. Archuleta**

USA vs. **JOHN PATRICIO NIETO**   Crim. No. **05-CR-1849 JH**

Deft. present with/without counsel **CHARLES ASPINWALL**
                                                  Name          Apptd/Retd

U.S. represented by **JAMES  BRAUN ,**AUSA

Deft. not present _____   Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present: Yes/No   Name of Interpreter **none**
Interpreter Used:  Yes/No   Interpreter Sworn: Yes/No/Waived

## COURT ASKED THE DEFENDANT:

____ Name _____ SS# **8764**
____ DOB **1953**   Tel. No.
____ Residence Address **Albuquerque, NM**
____ Extent of education/schooling  **GED**

**NO**  Whether he/she is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction

**YES**  Whether he/she has received a copy of the **SUPERSEDING** Indictment

**YES**  Whether he/she has had time to consult with attorney regarding penalties

**NO**  Whether he/she wants Indictment/Information read in open court

**YES**  Whether he/she will waive reading of Indictment/Information

**YES**  Whether he/she is ready to plead

**XX**  Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos.

**X**  Matter referred to USDC

**X**  Counsel ordered to file any motions by  **MAY 18, 2006**

**X**  Case assigned to:  **JUDGE:**      **HERRERA**

**X**  Trial set on trailing docket   **to be notified**

____ Defendant requested psychiatric examination.  Instructed to file motion in USDC

**X**  Bond set/continued at  **CONTINUED  O/R  WITH CONDITIONS**

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

**X**  Discovery Order electronically filed

____ First Appearance of Defendant

**OTHER:**