**CLERK'S MINUTES OF HEARING HONDO COURTROOM**

HEARINGS BEFORE     **ROBERT H. SCOTT, U. S. Magistrate Judge**

KIND OF HEARING  **INITIAL PRESENTMENT**

**DEFENDANTS:**

**DENNIS WILSON**
**LLOYD MONTOYA**
**MELANIA KIRWIN**
**DAKOTA FITZNER**          CASE NO.  **05-CR-1849 JH**

DATE & TIME: **April 28, 2006 @ 9:46 am**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**JAMES BRAUN**     AUSA      **JOHN SAMORE for Kirwin**    CJA

**Andrew Selph** PTS/PROB    **none** Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

**FTR/HONDO**

@ **9:46 am**          Court
@ **9:55 am**          Braun
@ **10:04 am**         Court

**HEARING RESULTS/FINDINGS:**

**X**   Defendants sworn

**X**   Defendants advised of rights.

**X**   Attorney appointment hearing held.  Defendants Montoya and Fitzner want court appointed attorney

**X**   Government moves to detain Wilson, Montoya and Fitzner.

**X**   Defendant(s) Wilson, Montoya and Fitzner remanded to custody

**X**   Conditions of Release set at:    **For Defendant Kirwin, 3rd party custody to brother w/other conditions**

**X**   Other:  **FIRST APPEARANCE; Detention/Arraignment set for 5/1/06 @ 9:30 a.m.**