```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW MEXICO
```

UNITED STATES OF AMERICA,
        Plaintiff,
    vs.                                    Crim. No. 05-1849 JH

DANA JARVIS, AYALA JARVIS,
GEORGE RIPLEY, RUSSELL TRUJILLO,
MATTHEW HOTHAN, MANUEL GIL,
SAM JONES, and MARY CANNANT,
        Defendants

## NOTICE OF HEARING

TO:

| Joe M. Romero, Jr. Esq.<br>John Robbenhaar, Esq.<br>Jason Bowles, Esq.<br>D. Penni Adrian, Esq.<br>Stephen Aarons, Esq.<br>Timothy Padilla, Esq.<br>Kirtan Khalsa, Esq.<br>Ann Steinmetz, Esq. | James Braun, AUSA<br>P.O. Box 607<br>Albuquerque, NM 87102 |
|---|---|

**PLEASE TAKE NOTICE** that an **Arraignment on the Superseding Indictment** has been set in the above matter for **Thursday, May 4, 2006, at 9:30 am,** before the Honorable Lorenzo F. Garcia, Chief U.S. Magistrate Judge, Pecos Courtroom, 3rd Floor, 333 Lomas Blvd., N.W., Albuquerque, New Mexico.

                                                            Matthew J. Dykman, Clerk

**Please direct all inquiries to: Kimberly Dapson**
                                        **Courtroom Deputy**
                                        **(505) 348-2053**

cc:  U.S. Pre-trial