IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                               Crim. No. 05-1849 JH

DAVID REID,
GREG HILL,
GENO BERTHOD, and
ADRIAN SANFORD,

       Defendants

**NOTICE OF HEARING**

TO:

| Zubair Aslamy, Esq.<br>Jerry Herrera, Esq.<br>Kari Converse, Esq.<br>Martin Lopez, III, Esq.<br>Robert Cooper, Esq. | James Braun, AUSA<br>P.O. Box 607<br>Albuquerque, NM 87102 |
|---|---|

      **PLEASE TAKE NOTICE** that an **Arraignment on the Superseding Indictment** has been set in the above matter for **Thursday, May 11, 2006, at 9:30 am,** before the Honorable Lorenzo F. Garcia, Chief U.S. Magistrate Judge, Pecos Courtroom, 3rd Floor, 333 Lomas Blvd., N.W., Albuquerque, New Mexico.

                                                Matthew J. Dykman, Clerk

**Please direct all inquiries to: Kimberly Dapson**
                                        **Courtroom Deputy**
                                        **(505) 348-2053**

cc:  U.S. Pre-trial