FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 28 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| JOHN PATRICIO NIETO, ) | |
| ) | |
| Defendant. ) | |

### ORDER AMENDING CONDITIONS OF RELEASE

THIS MATTER having come before the Court on the motion of the United States made in open court, and the Court being fully advised in the premises, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the defendant's conditions of release are hereby modified as follows: 1) the defendant shall immediately turn his passport over to Pretrial Services; and 2) the defendant shall be required to undergo mental health treatment as directed by Pretrial Services. All other previously-imposed conditions shall remain in effect.

*Robert H. Scott*  4-28-06
UNITED STATES MAGISTRATE JUDGE