| # | Field | Value |
|---|---|---|
| 1 | CIR./DIST./DIV. CODE | NMX |
| 2 | PERSON REPRESENTED | Montoya, Lloyd |
| 3 | MAG. DKT./DEF. NUMBER | |
| 4 | DIST. DKT./DEF. NUMBER | 1:05-001849-025 |
| 5 | APPEALS DKT./DEF. NUMBER | |
| 6 | OTHER DKT. NUMBER | |
| 7 | IN CASE/MATTER OF (Case Name) | U.S. v. Jarvis, et al. |
| 8 | PAYMENT CATEGORY | Felony |
| 9 | TYPE PERSON REPRESENTED | Adult Defendant |
| 10 | REPRESENTATION TYPE | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=MD.F -- CONSPIRACY TO DISTRIBUTE MARIJUANA

**12. ATTORNEY'S NAME AND MAILING ADDRESS**
ALBERTORIO, ROBERTO
P.O. BOX 91387
ALBUQUERQUE NM 87199

Telephone Number: (505) 924-3917

**13. COURT ORDER**
☒ O Appointing Counsel
☐ F Subs For Federal Defender
☐ P Subs For Panel Attorney
☐ C Co-Counsel
☐ R Subs For Retained Attorney
☐ Y Standby Counsel

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order: 04/28/2006

Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

## CLAIM FOR SERVICES AND EXPENSES

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $  ) TOTALS: | | | | | |
| 16a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work | | | | | |
| (Rate per hour = $  ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |

435