# MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT - *Pecos Courtroom*

Date _5/1/06_____ Judge _____Lorenzo F. Garcia_____ Clerk _____Kim_____

USA vs. ___Melanie Kirwin_____ Crim. No. __05-1849 JH_____

Deft. present with/without counsel_____John F.M. Samore_____
                                                    Name                  Apptd/Retd

U.S. represented by _____James Braun _____AUSA

Deft. not present _____       Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____    Bond forfeited _____
Interpreter present: Yes/No             Name of Interpreter_____
Interpreter Used: Yes/No               Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

Name _____ SS#_____
DOB _____ Tel. No. _____
Residence Address _____
Extent of education/schooling _____

| | |
|---|---|
| N | Whether she is currently or has been recently under the care of a physician or psychiatrist; if she has been hospitalized or treated for narcotic addiction |
| Y | Whether she has received a copy of the Indictment |
| Y | Whether she has had time to consult with attorney regarding penalties |
| N | Whether she wants Indictment read in open court |
| Y | Whether she will waive reading of Indictment |
| Y | Whether she is ready to plead |

_X___ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X___ Matter referred to USDC

_X___ Counsel ordered to file any motions by _**Confer by 5/11/06; Mtns due 5/21/06**_____

__X__ Case assigned to Judge: **HERRERA**

_X___ Trial set on trailing docket **To be Notified**_____

____ Defendant requested psychiatric examination. Instructed to file motion in USDC

_X___ Bond set/continued at__**deft released on previously imposed conditions of release**_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

_X__ Penalty for failure to appear explained

_X___ Discovery Order Distributed

____ First Appearance of Defendant        MAG. TAPE NO._**FTR-PECOS @ 10:27 am**_ - 10:37 am

__Samore - conditions of release re: no contact;  Braun - objects to any type of contact; Court - to the extent that
____the facility will allow written contact in re: the child only, will be allowed _____

_____