# United States District Court
## DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 0 1 2006

MATTHEW J. DYKMAN
CLERK

United States of America

vs.

Lloyd Montoya

**WAIVER OF DETENTION HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

Case Number: 05-1849 JH

I, Lloyd Montoya, charged in: (an indictment, complaint, petition) with Conspiracy To Distribute, Title 21, U.S.C. § 846 § 878, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., and 18 U.S.C. § 3142 including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be detained. However, I reserve the right to petition the court to review my detention and set reasonable conditions of release.

_____
Defendant

5/1/06
Date

_____
Counsel for Defendant


438