**MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT -** *Pecos Courtroom*

Date _5/1/06_____  Judge _____Lorenzo F. Garcia_____  Clerk _____Kim_____

USA vs. ___Dennis Wilson_____  Crim. No. __05-1849 JH_____

Deft. present with/without counsel_____Kimberly Middlebrooks _____
                                        Name         Apptd/Retd

U.S. represented by _____James Braun _____AUSA

Deft. not present _____  Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____  Bond forfeited _____
Interpreter present: Yes/No  Name of Interpreter_____
Interpreter Used: Yes/No  Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

Name _____ SS#_____
DOB _____ Tel. No. _____
Residence Address _____
Extent of education/schooling _____

| | |
|---|---|
| _N_ | Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction |
| _Y_ | Whether he has received a copy of the Indictment |
| _Y_ | Whether he has had time to consult with attorney regarding penalties |
| _N_ | Whether he wants Indictment read in open court |
| _Y_ | Whether he will waive reading of Indictment |
| _Y_ | Whether he is ready to plead |

_X___ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X___ Matter referred to USDC

_X___ Counsel ordered to file any motions by _**Confer by 5/11/06; Mtns due 5/21/06**_____

__X__ Case assigned to Judge:  **HERRERA**

_X___ Trial set on trailing docket **To be Notified**_____

____ Defendant requested psychiatric examination.  Instructed to file motion in USDC

_X___ Bond set/continued at__**deft remanded to custody of USMS**_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

_X___ Discovery Order Distributed

____ First Appearance of Defendant         MAG. TAPE NO._**FTR-PECOS @ 10:03 am_- 10:27 am**

___Braun proffer re; Detention;  Middlebrooks direct of Judy Wilson_____

___Court - findings;  presumption has not been overcome;  multiple convictions during the marriage;  deft has

_____preformed badly while on release; _____