# MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT - *Pecos Courtroom*

Date _5/1/06_____ Judge _____Lorenzo F. Garcia_____ Clerk _____Kim_____

USA vs. ___Dakota Fitzner_____ Crim. No. __05-1849 JH_____

Deft. present with/without counsel_____Todd Hotchkiss _____
                                                     Name                Apptd/Retd

U.S. represented by _____James Braun _____AUSA

Deft. not present _____          Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____  Bond forfeited _____
Interpreter present: Yes/No          Name of Interpreter_____
Interpreter Used:  Yes/No            Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

Name _____ SS#_____
DOB _____ Tel. No. _____
Residence Address _____
Extent of education/schooling _____

   N     Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction

   Y     Whether he has received a copy of the Indictment

   Y     Whether he has had time to consult with attorney regarding penalties

   N     Whether he wants Indictment read in open court

   Y     Whether he will waive reading of Indictment

   Y     Whether he is ready to plead

_X___ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X___ Matter referred to USDC

_X___ Counsel ordered to file any motions by _**Confer by 5/11/06; Mtns due 5/21/06**_____

__X__ Case assigned to Judge:  **HERRERA**

_X___ Trial set on trailing docket **To be Notified**_____

____ Defendant requested psychiatric examination.  Instructed to file motion in USDC

_X___ Bond set/continued at__**deft released w/conditions** _____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

_X__ Penalty for failure to appear explained

_X___ Discovery Order Distributed

____ First Appearance of Defendant        MAG. TAPE NO._**FTR-PECOS @ 10:03 am**_ - **10:17 am**

_____
_____
_____