# MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT - *Pecos Courtroom*

Date _5/4/06_____ Judge _____Lorenzo F. Garcia_____ Clerk _____Kim_____

USA vs. ___Ayala Jarvis_____ Crim. No. ___05-1849 JH_____

Deft. present with/without counsel_____John Robbenhaar _____
                                              Name                    Apptd/
U.S. represented by _____James Braun_____AUSA

Deft. not present _____            Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____     Bond forfeited _____
Interpreter present: Yes/No            Name of Interpreter_____
Interpreter Used:  Yes/No              Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

Name _____ SS#_____
DOB _____ Tel. No. _____
Residence Address _____
Extent of education/schooling _____

_N_    Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction

_Y_    Whether he has received a copy of the Indictment

_Y_    Whether he has had time to consult with attorney regarding penalties

_N_    Whether he wants Indictment read in open court

_Y_    Whether he will waive reading of Indictment

_Y_    Whether he is ready to plead

_X___ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X___ Matter referred to USDC

_X___ Counsel ordered to file any motions by __**Scheduling Order already filed** _____

__X__ Case assigned to Judge:   **HERRERA**

_X___ Trial set on trailing docket  **To be Notified**_____

____ Defendant requested psychiatric examination.  Instructed to file motion in USDC

_X___ Bond set/continued at___**Deft remanded to custody of USMS**_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

_X___ Discovery Order Distributed

____ First Appearance of Defendant         FTR-PECOS ._@ 10:30 am - 10:47 am_____

_____
_____
_____