**MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT -** *Pecos Courtroom*

Date _5/4/06_____ Judge _____Lorenzo F. Garcia_____ Clerk _____Kim_____

USA vs. ___Manuel Gil_____ Crim. No. ___05-1849 JH_____

Deft. present with/without counsel_____Timothy Padilla_____
                                                Name
U.S. represented by _____James Braun_____AUSA

Deft. not present _____  Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____  Bond forfeited _____
Interpreter present: Yes/No  Name of Interpreter____Juan Jose Pena_____
Interpreter Used: Yes/No  Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

Name _____ SS#_____
DOB _____  Tel. No. _____
Residence Address _____
Extent of education/schooling _____

| | |
|---|---|
| _N_ | Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction |
| _Y_ | Whether he has received a copy of the Indictment |
| _Y_ | Whether he has had time to consult with attorney regarding penalties |
| _N_ | Whether he wants Indictment read in open court |
| _Y_ | Whether he will waive reading of Indictment |
| _Y_ | Whether he is ready to plead |

_X___ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X___ Matter referred to USDC

_X___ Counsel ordered to file any motions by __**Scheduling Order already filed**_____

__X__ Case assigned to Judge: **HERRERA**

_X___ Trial set on trailing docket **To be Notified**_____

____ Defendant requested psychiatric examination. Instructed to file motion in USDC

_X___ Bond set/continued at___**Deft released on previously imposed conditions**_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

_X__ Penalty for failure to appear explained

_X___ Discovery Order Distributed

____ First Appearance of Defendant       FTR-PECOS ._@ 10:48 am - 10:57 am_____

_____
_____
_____