# MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT - *Pecos Courtroom*

Date __5/8/06_____ Judge _____Lorenzo F. Garcia_____ Clerk _____Kim_____

USA vs. ____Greg Hill_____ Crim. No. __05-1849 JH_____

Deft. present with/without counsel_____Kari Converse_____
                                                            Name              Apptd/Retd

U.S. represented by _____William Pflugrath _____AUSA

Deft. not present _____        Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present: Yes/No          Name of Interpreter_____
Interpreter Used:  Yes/No            Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

Name _____ SS#_____
DOB _____ Tel. No. _____
Residence Address _____
Extent of education/schooling _____

| | |
|---|---|
| Y  N | Whether he/she is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction |
| Y | Whether he/she has received a copy of the Indictment/Information |
| Y | Whether he/she has had time to consult with attorney regarding penalties |
| N | Whether he/she wants Indictment/Information read in open court |
| Y | Whether he/she will waive reading of Indictment/Information |
| Y | Whether he/she is ready to plead |

_X___ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X___ Matter referred to USDC

_X___ Counsel ordered to file any motions by _**Scheduling order already on file** _____

__X__ Case assigned to Judge:  **HERRERA**

_X___ Trial set on trailing docket  **To be Notified**_____

____ Defendant requested psychiatric examination.  Instructed to file motion in USDC

_X___ Bond set/continued at__**deft released on previously imposed conditions of release**_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

_X___ Discovery Order Distributed

____ First Appearance of Defendant       **FTR- PECOS __@ _10:14 am - 10:16 am_____**

_Deft waives appearance at hearing; _____
_____
_____