**MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT -** *Pecos Courtroom*

Date ____5-11-06_____   Judge _____Lorenzo F. Garcia_____   Clerk _____Juan_

USA vs. ___David Reid_____   Crim. No. ___05-1849 JH_____

Deft. present with counsel____Jerry Herrera_____
                                                 Name          Apptd/Retd

U.S. represented by ___James Braun _____AUSA

Deft. not present _____   Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present: Yes/No   Name of Interpreter_____
Interpreter Used: Yes/No   Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

Name _____ SS#_____
DOB _____ Tel. No. _____
Residence Address _____
Extent of education/schooling _____

Y N — Whether he/she is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction

Y — Whether he/she has received a copy of the Indictment/Information

Y — Whether he/she has had time to consult with attorney regarding penalties

N — Whether he/she wants Indictment/Information read in open court

Y — Whether he/she will waive reading of Indictment/Information

Y — Whether he/she is ready to plead

_X___ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X___ Matter referred to USDC

_X___ Counsel ordered to file any motions by _scheduling order all ready filed_____

__X__ Case assigned to Judge: **Herrera**

_X___ Trial set on trailing docket **To be Notified**

____ Defendant requested psychiatric examination. Instructed to file motion in USDC

_X___ Bond set/continued at_____deft. released w/conditions_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

_X___ Discovery Order Distributed

____ First Appearance of Defendant        FTR Pecos 9:38-9:41_____

_Deft.'s waive appearance _____

_____
_____