# **MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT -** *Pecos Courtroom*

Date _____5/11/06_ Judge _____Lorenzo F. Garcia_____   Clerk _____Juan Gonzales

USA vs.  Adrian Sanford        Cr. No. 05-1849 JH

Deft. present with counsel  Robert Cooper

                                                  Name                 Apptd/Retd

U.S. represented by James Braun AUSA

Deft. not present _____      Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present: Yes/No       Name of Interpreter_____
Interpreter Used:  Yes/No         Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

Name _____ SS#_____
DOB _____   Tel. No. _____
Residence Address _____
Extent of education/schooling _____

   N      Whether he is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction

   Y      Whether he has received a copy of the Indictment/Information

   Y      Whether he has had time to consult with attorney regarding penalties

   N      Whether he wants Indictment read in open court

   Y      Whether he will waive reading of Indictment/Information

   Y      Whether he is ready to plead

_X___ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X___ Matter referred to USDC

_X___ Counsel ordered to file any motions; scheduling order all ready on file

__X__ Case assigned to Judge:  **Herrera**

_X___ Trial set on trailing docket **To be Notified**_____

____ Defendant requested psychiatric examination.  Instructed to file motion in USDC

_X___ Bond set/continued at_____deft. released w/conditions_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

__X_ Penalty for failure to appear explained

_X___ Discovery Order Distributed

____ First Appearance of Defendant            FTR Pecos 10:08-10:19_____

_____
_____