# MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT - *Pecos Courtroom*

Date _____5/11/06_ Judge _____Lorenzo F. Garcia_____ Clerk _____Juan Gonzales

USA vs. Holly Brunner          Cr. No. 05-1849 JH

Deft. present with counsel  Kenneth Gleria

                                    Name              Apptd/Retd

U.S. represented by James Braun AUSA

Deft. not present _____          Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____     Bond forfeited _____
Interpreter present: Yes/No          Name of Interpreter_____
Interpreter Used:  Yes/No            Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

Name _____ SS#_____
DOB _____ Tel. No. _____
Residence Address _____
Extent of education/schooling _____

<u>N</u>     Whether she is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction

<u>Y</u>     Whether she has received a copy of the Indictment/Information

<u>Y</u>     Whether she has had time to consult with attorney regarding penalties

<u>N</u>     Whether she wants Indictment read in open court

<u>Y</u>     Whether she will waive reading of Indictment/Information

<u>Y</u>     Whether she is ready to plead

_X___ Defendant entered plea of not guilty to all counts

_____ Defendant entered plea of not guilty to count Nos. _____

_X___ Matter referred to USDC

_X___ Counsel ordered to file any motions; scheduling order all ready on file

__X__ Case assigned to Judge:  **Herrera**

_X___ Trial set on trailing docket  **To be Notified**_____

_____ Defendant requested psychiatric examination.  Instructed to file motion in USDC

_X___ Bond set/continued at___deft. released w/conditions_____

_____ Previous bond motion denied; advised to file bond appeal in USDC

_____ Unseal Case

__X_ Penalty for failure to appear explained

_X___ Discovery Order Distributed

__X_ First Appearance of Defendant          FTR Pecos 10:08-10:19_____

_____

___Ct. adopts conditions of release from District of Texas_____