# MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT - *Pecos Courtroom*

Date _____5/11/06_ Judge _____Lorenzo F. Garcia_____ Clerk _____Juan Gonzales

USA vs. Rafal Mistrzak          Cr. No. 05-1849 JH

Deft. present with counsel  Hank Farrah

                                    Name                    Apptd/Retd

U.S. represented by James Braun AUSA

Deft. not present _____        Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____  Bond forfeited _____
Interpreter present: Yes/No        Name of Interpreter_____
Interpreter Used:  Yes/No          Interpreter Sworn: Yes/No/Waived

## COURT ASKED THE DEFENDANT:

Name _____ SS#_____
DOB _____ Tel. No. _____
Residence Address _____
Extent of education/schooling _____

  N      Whether he is currently or has been recently under the care of a physician or psychiatrist; if he/she has
         been hospitalized or treated for narcotic addiction

  Y      Whether he has received a copy of the Indictment/Information

  Y      Whether he has had time to consult with attorney regarding penalties

  N      Whether he wants Indictment read in open court

  Y      Whether he will waive reading of Indictment/Information

  Y      Whether he is ready to plead

_X___ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X___ Matter referred to USDC

_X___ Counsel ordered to file any motions; scheduling order all ready on file

__X__ Case assigned to Judge:   **Herrera**

_X___ Trial set on trailing docket  **To be Notified**_____

____ Defendant requested psychiatric examination.  Instructed to file motion in USDC

_X___ Bond set/continued at____deft. released w/conditions_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

__X_ Penalty for failure to appear explained

_X___ Discovery Order Distributed

__X_ First Appearance of Defendant          FTR Pecos_10:08-10:19_____

_____

_Ct. adopts conditions of release from District of Florida_____