# **MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT -** *Pecos Courtroom*

Date __5/15/06_____ Judge _____Lorenzo F. Garcia_____ Clerk _____Kim_____

USA vs. _____Mary Cannant_____ Crim. No. ___05-1849 JH_____

Deft. present with/without counsel_____Ann Steinmetz_____
                                                Name                Apptd/Retd

U.S. represented by _____Tara Neda_____AUSA

Deft. not present _____       Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____   Bond forfeited _____
Interpreter present: Yes/No         Name of Interpreter_____
Interpreter Used: Yes/No           Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

Name _____ SS#_____
DOB _____ Tel. No. _____
Residence Address _____
Extent of education/schooling _____

Y N    Whether she is currently or has been recently under the care of a physician or psychiatrist; if she has been hospitalized or treated for narcotic addiction

Y    Whether she has received a copy of the Indictment

Y    Whether she has had time to consult with attorney regarding penalties

N    Whether she wants Indictment read in open court

Y    Whether she will waive reading of Indictment

Y    Whether she is ready to plead

_X___ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X___ Matter referred to USDC

_X___ Counsel ordered to file any motions by __**Scheduling Order already on file**_____

__X__ Case assigned to Judge: **HERRERA**

_X___ Trial set on trailing docket **To be Notified**_____

____ Defendant requested psychiatric examination. Instructed to file motion in USDC

_X___ Bond set/continued at__**deft released on previously imposed conditions of release**

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

__X_ Penalty for failure to appear explained

_X___ Discovery Order Distributed

____ First Appearance of Defendant       FTR-PECOS @ 9:34 am - 9:41 am_____

_____
_____
_____