IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**United States of America,**
        plaintiff,

vs.                                                                                       Cr. 05-1849 JH

**Holly Brunner,**
        defendant.

**ORDER ADOPTING/AMENDING CONDITIONS OF RELEASE**

    IT IS HEREBY ORDERED that the previously imposed Conditions of Release set in the Southern District of Texas are ADOPTED by this Court. The Conditions of Release are amended to include that the defendant will either seek and educational program or maintain verifiable employment, all other conditions shall remain in full force and effect until final disposition in this matter.

                                         *Lorenzo F. Garcia*
                                         Lorenzo F. Garcia
                                         Chief United States Magistrate Judge