UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BY THE DIRECTION OF THE HONORABLE JUDITH C. HERRERA:

# NOTICE OF SENTENCE HEARINGS

**IT IS ORDERED** that the following cases are hereby set for <u>sentencing hearings</u> on **JULY 27, 2006 AT 9:30 A.M. (trailing docket)** before the Honorable Judith C. Herrera at the U.S. District Courthouse, Brazos Courtroom--5th Floor, 333 Lomas Blvd., NW, Albuquerque, New Mexico 87102.

> Any objections, departure motions, or sentencing memoranda containing challenges to the presentence report must be filed no later than 21 calendar days prior to the sentencing date. Responses thereto are due no later than 7 calendar days prior to the sentencing date. These deadlines are set forth in accordance with Fed. R. Crim. P. 32.

If counsel desire an evidentiary hearing, request for same shall be made to the Court in standard pleading form five (5) working days before the sentencing date. Such request shall set forth the number of witnesses to be called and a good faith estimate as to the duration of the hearing. **The defense attorney shall notify the Court no later than two (2) working days before the hearing as to whether a Spanish or other language interpreter is needed.**

Inquiries regarding this notice should be directed to Lincoln Sorrell, Courtroom Deputy to Judge Judith C. Herrera, at (505) 348-2080.

MATTHEW J. DYKMAN, Clerk of Court

**A copy of this was notice was mailed or electronically transmitted to all counsel of record as they are reflected on the Court's docket.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CR 05-1849 JH USA v. Cathy Fitzgerald**
Atty for Pltf: James Braun
Atty for Deft: Cliff McIntyre

**CR 06-518 JH USA v. Gregorio Diaz-Achlagtla**
Atty for Pltf: Greg Fouratt
Atty for Deft: Victor Sizemore