

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 5 2006

MATTHEW J. DYKMAN
CLERK

## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK

MICHAEL N. MILBY
CLERK

POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

DATE:   May 10, 2006

TO:   Clerk, U.S. District Court
District of New Mexico
United States Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM  87102

From:   M. Lerma, Deputy Clerk

Case No. CR  H-06-311M

Your Case No.  05-1849 JH

USA vs Holly Bruner

Enclosed please find all papers pursuant to Rule 5 of the Federal Rules of Criminal Procedure:

[x]   File (including minutes, orders, etc.)

[x]   Bonds (Any cash deposited in the Registry will be forwarded under separate cover)

[ ]   Passports

[ ]   Other:

[x]   Please sign and return a copy of this form in the enclosed envelope.

   Rec'd By: _____

   Date: _____

cc:   Finance Section (if cash deposited in the Registry)


483

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CRIMINAL DOCKET FOR CASE #: 4:06-mj-00311-ALL**
**Internal Use Only**

FILED CLOSED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 1 6 2006
MATTHEW J. DYKMAN
CLERK

CR 05-1849 JH

Case title: USA v. Bruner              Date Filed: 04/28/2006

Assigned to: Magistrate Judge Calvin Botley

### Defendant

**Holly Bruner** (1)
*Bond $25,000 with $1,500 deposit*
*TERMINATED: 05/10/2006*
*also known as*
"Q" (1)
*TERMINATED: 05/10/2006*

represented by **Federal Public Defender**
440 Louisiana
Ste 310
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

**Disposition**

### Highest Offense Level (Opening)
None

### Terminated Counts
None

**Disposition**

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: [signature]
Deputy Clerk

### Highest Offense Level (Terminated)
None

### Complaints
None

**Disposition**

### Plaintiff
**USA**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
5-3-06
MICHAEL N. MILBY, CLERK
BY DEPUTY

AO (Rev. 8/85) Appearance Bond

UNITED STATES DISTRICT COURT

_____Southern_____ District of _____District_____

UNITED STATES OF AMERICA
V.

HOLLY BRUNNER

Defendant

## APPEARANCE BOND

Case H-06-311M

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: _Mercedes P. Lerma_
Deputy Clerk

Non-surety: I, the undersigned defendant acknowledge that I and my . . .

Surety: We, the undersigned, jointly and severally acknowledge that we and our . . . personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ __25,000__, and there has been deposited in the Registry of the Court the sum of

$ __1,500 deposit__ in cash __and Father's Uncle's Signature__ (describe other

The conditions of this bond are that the __Holly Brunner__
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __4/28/06__ at __Houston, Texas__
Date                                      Place

X Defendant _Holly A Brunner_     Address _79 Camino Valle Santa Fe NM 81508_

X Surety _Wayne Brunner_     Address _P.O Box 689 China Tx 77613_
                                                _700 West Rail Road Ave_

Surety _____     Address _____

Signed and acknowledged before me on __4/28/06__
                                                     Date

_Paul A. Gilmore_
Judicial Officer/Clerk

Approve _Cali Batley_

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Heari.

RK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
5-3-06
MICHAEL N. MILBY, CLERK
BY DEPUTY

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _Texas_

UNITED STATES OF AMERICA

v.

_Holly Brunner_
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: _H-06-311m_

CHARGING DISTRICTS
CASE NUMBER: _05-1849-JH_

I understand that charges are pending in the _____ District of _New Mexico_ alleging violation of _21 · 846_
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_5/3/06_
Date

_Holly A. R_____
Defendant

_Richa_____
Defense Counsel

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: _Mercedes P. Lerma_
Deputy Clerk

77mapin.cr (11/22/91)
**COURTROOM MINUTES:**

- [ ] INITIAL APPEARANCE
- [x] IDENTITY
- [ ] BOND HEARING
- [ ] PRELIMINARY HEARING
- [x] DETENTION HEARING
- [ ] COUNSEL DETERMINATION HEARING
- [ ] HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 5-3-06
MICHAEL N. MILBY, Clerk

THE HONORABLE CALVIN BOTLEY, Presiding
Deputy Clerk: Paul A. Yebernetsky
ERO/Tape No: _____
INTERPRETER PRESENT [x] No [ ] Yes

OPEN: 10:45   ADJOURN: 10:56
[x] Other District [ ] Division  New Mexico - Albuquerque
Case No. 05-1849-JH

CRIMINAL NO. H-06-311M   DEFT No. ____   USDJ ____

UNITED STATES OF AMERICA
vs
Holly Brunner

Tim Braley, AUS
Richard Ely (FPD)

Counsel for Defendants Appt-(A), Retd-(R), FPD-(F)

- [ ] kars..... Date of arrest: _____ or [ ] karer40
- [x] kia/..... Deft first appearance. Deft advised of rights/charges [ ] Probation violator
- ........ [x] Deft [ ] MW [ ] _____ appeared [x] with [ ] without counsel.
- ........ Requests appointed counsel.
- [ ] kfinaff... FINANCIAL AFFIDAVIT executed.
- [ ] koapptpd.. Order appointing Federal Public Defender.
- [ ] k20appt... Private Counsel appointed, _____
- ......... Deft advises he will retain counsel. He retained deposit
- [x] ko.(bcd.). Bond [x] set $ 25,000 / 450 [ ] Cash [ ] Surety [ ] 10% [ ] PR for [x] Unsecured
- [x] ......... Surety signatures required   Father
- [ ] kodm..... No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] kodm..... ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [ ] kodm..... ORDER OF DETENTION PENDING TRIAL entered.
- [x] kocondrls.. Deft advised of conditions of release.
- [x] kbnd..... BOND EXECUTED, [ ] BOND CONTINUED ( [ ] State Authorities. [ ] _____
- [ ] kloc.(LC) [ ] Deft [ ] MW REMANDED to CUSTODY.
- [ ] ko...... Deft ORDERED REMOVED to Originating District.
- [x] kwvprl... WAIVER of [ ] Preliminary WAIVER of [ ] Detention  [x] kwvr40hrg.... Waiver of Rule 40 Hearing
- [ ] ......... Court finds PROBABLE CAUSE [ ] ID [ ] PC.
- [ ] karr..... Arraignment set _____ [ ] kdtnhrg. Detention Hearing set _____
- [ ] kprlxm... Preliminary set _____ [ ] kbcdhrg. Bond Hearing set _____
- [ ] krmknn... Counsel Determination Hearing set _____
- [ ] krmvhrg.. Identity/Removal Hearing set _____
- [ ] ......... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)
- [ ] ......... See reverse for additional proceedings and attorneys addresses.

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
BY: Marcadia P. Lavina
Deputy Clerk

AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __TEXAS__

UNITED STATES OF AMERICA

V.

HOLLY BRUNER

*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: H-06-311M

Upon motion of the __UNITED STATES GOVERNMENT__, it is ORDERED that a detention hearing is set for __5-3-06__ * at __10:00 a.m.__
                                                        *Date*                    *Time*

before __UNITED STATES MAGISTRATE JUDGE CALVIN BOTLEY__
              *Name of Judicial Officer*

__HOUSTON, TEXAS__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
*Other Custodial Official*

Date: __4/28/06__                         _____
                                            *Judicial Officer*

TRUE COPY I CERTIFY
ATTEST:
Micheal N. Milby, Clerk of Court
By: _____
        Deputy Clerk

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 4-28-06
MICHAEL N. MILBY

IN UNITED STATES  ☒ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE: U.S.A. vs. BRUNNER  FOR: S.D. TX  AT: Ho., TX

LOCATION NUMBER: TXSH0

PERSON REPRESENTED (Show your full name): Holly Brunner

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: CR-H-06-311M
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor
21: 846; 848
18: 1956(2)(1)(A)(i)
18: 982

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment 0
How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE / DESCRIPTION

Approved 4/28/06
FPD appted

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors / Total Debt / Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Holly A. Brunner

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Mercedes P. Lerma
Deputy Clerk

77margin.cr (11/22/91)
**COURTROOM MINUTES:**

| | |
|---|---|
| ☑ INITIAL APPEARANCE   ☐ IDENTITY | CLERK, U.S. DISTRICT COURT |
| ☐ BOND HEARING   ☐ PRELIMINARY HEARING | SOUTHERN DISTRICT OF TEXAS |
| ☐ DETENTION HEARING | FILED |
| ☐ COUNSEL DETERMINATION HEARING | 4-28-06 |
| ☐ HEARING CONTINUED ON _____ | MICHAEL N. MILBY, Clerk |

THE HONORABLE **CALVIN BOTLEY**, Presiding   OPEN: **3:31**   ADJOURN: **3:37**
Deputy Clerk: Paul A. Yebernetsky
☐ ERO/Tape No: _____   ☑ Other District ☐ Division **New Mexico - Albuquerque**
INTERPRETER PRESENT ☑ No ☐ Yes _____   Case No. **05-1849**

------

CRIMINAL NO. **H-06-311M**   DEFT No. _____   USDJ _____

UNITED STATES OF AMERICA              §       **Stuart Burns**, ALS
vs **Holly Bruner**                   §       ☐ aguidacy.
_____                              §
_____                              §
_____                              §
_____                              §

Counsel for Defendants: Appt - (A), Retd - (R), FPD - (G)

------

- ☑ karr...... Date of arrest: **4-28-06** or ☐ karcr40
- ☑ kia...... Deft first appearance. Deft advised of rights/charges ☐ Probation violator
- ☑ ...... ☑ Deft ☐ MW ☐ _____ appeared ☐ with ☐ without counsel.
- ☑ ...... Requests appointed counsel.
- ☑ kfinaff... FINANCIAL AFFIDAVIT executed.
- ☑ kbapptpd.. Order appointing Federal Public Defender.
- ☐ k20appt... Private Counsel appointed, _____
- ☐ ...... Deft advises he will retain counsel. He retained _____
- ☐ ko.(bcd).. Bond ☐ set $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Unsecured
- ☐ ...... Surety signatures required _____.
- ☐ kodtn..... No bond set at this time, 10 day DETENTION ORDER entered.
- ☑ kodtm..... ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- ☐ kodtm..... ORDER OF DETENTION PENDING TRIAL entered.
- ☐ kocondrls. Deft advised of conditions of release.
- ☑ kbnd..... BOND EXECUTED, ☐ BOND CONTINUED (☐ State Authorities, ☐ INS)
- ☑ kloc.(LC)  ☑ Deft ☐ MW REMANDED to CUSTODY.
- ☐ ko...... Deft ORDERED REMOVED to Originating District.
- ☐ kwvprl... WAIVER of ☐ Preliminary   WAIVER of ☐ Detention   ☐ kwvr40hrg.... Waiver of Rule 40 Hearing
- ☐ ...... Court finds PROBABLE CAUSE ☐ ID ☐ PC.
- ☐ karr.... Arraignment set _____   ☑ kdtnhrg.   Detention Hearing set **Wed May 3rd At 10:00  5-3-06**
- ☐ kprlxm... Preliminary set _____   ☐ kbndhrg.   Bond Hearing set _____
- ☐ krmknn... Counsel Determination Hearing set _____
- ☑ krmvhrg.. Identity/Removal Hearing set **Wed 5-3-06 At 10:00**
- ☐ ...... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)
- ☐ ...... See reverse for additional proceedings and attorneys addresses.

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Mercedes P. Ranna
Deputy Clerk