**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 15 2006

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | § | SOUTHERN DISTRICT OF TEXAS |

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
5-1-06
MICHAEL N. MILBY, CLERK
BY DEPUTY

UNITED STATES OF AMERICA §
§
vs. § CRIMINAL NO. H-06-311M
§
HOLLY BRUNNER §
§

CR 05-1849 JH

# ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

1. Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified):

   _____ on _____
   Place                       Date/Time

2. The defendant shall immediately advise the Court, defense counsel and the Pretrial Services Agency, in writing, of any change in address and telephone number.

3. The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

4. The defendant shall not intimidate or attempt to intimidate a witness, juror or officer of the court (18 USC § 1503), obstruct a criminal investigation (18 USC § 1510), or tamper with or retaliate against a witness, victim or informant (18 USC §§ 1512 and 1513).

### RELEASE ON PERSONAL RECOGNIZANCE OR UNSECURED BOND

IT IS FURTHER ORDERED that the defendant be released provided that:

[X] 5. The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

[ ] 6. The defendant executes an unsecured bond binding the defendant to pay the United States the sum of $_____ in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

   [ ] The bond shall be signed by the following person(s) as surety:

   _____

   _____

484

# Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

[ ]   7.   The defendant is placed in the custody of:

_____
(Name of person or organization)

_____
(Address)

_____
(City/State/Zip Code)                                    (Area Code/Telephone Number)

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed:_____
                        Custodian or Proxy

[X]   8.   The defendant shall:

  [ ]   a.   Maintain verifiable employment at all times; if unemployed, actively seek employment.

  [ ]   b.   Maintain or commend an educational program.

  [X]   c.   Abide by the following restrictions on place of abode or travel: **Southern District of Texas** Reside with mother **District of New Mexico**

  [X]   d.   Avoid all contact with any alleged victim of the offense charged and with any potential witness who may testify concerning the offense, and not associate with any person engaging in criminal activities or who has been charged with or convicted of a felony offense, or who has been released on bail, probation or parole.

  [X]   e.   Report on a regular basis to the U. S. Pretrial Services Agency - Phone: **713-250-5218**.

  [ ]   f.   Comply with the following curfew:

_____

  [X]   g.   Refrain from possessing a firearm, destructive device or other dangerous weapon.

2

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case, and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _Holly A. Brumm_
Signature of Defendant

_79 Camino Valle_
Address

_Santa Fe    NM    87508_
City/State/Zip Code

_(505) 466-8730_
Telephone Number

## Direction to United States Marshal

[ ]    The defendant is ORDERED released after processing.

[ ]    The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 4/28/06

_Cal Botley_
Calvin Botley
United States Magistrate Judge

5