☼ CJA 7
(Rev. 9/05)

LOCATION CODE ___NMXAB___

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 15 2006

MATTHEW J. DYKMAN
CLERK

USA vs. Dennis Wilson

Docket No. ___05-1849 JH___

ORDER TERMINATING
APPOINTMENT OF COUNSEL   X
and/or                       Check
AUTHORIZATION FOR          one or
DISTRIBUTION OF            both
AVAILABLE PRIVATE           ☐
FUNDS

---

WHEREAS, ___KIMBERLY MIDDLEBROOKS___ was appointed as counsel for the above defendant/petitioner, on the __28TH__ day of ___APRIL___, 20 _06_ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

X  ORDERED that the appointment of said counsel is hereby terminated.

☐  AUTHORIZED/DIRECTED that such funds in the amount of $ _____ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Dated this __15TH__ day of __May__, 20 _06_.

_____
United States District Judge/Magistrate Judge

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE