# UNITED STATES DISTRICT COURT
### District of New Mexico

FILED
[illegible stamp]

06 MAY 17 PM 1:42

CLERK [illegible] ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA,) <br> ) <br> Plaintiff. ) <br> ) <br> vs. ) <br> ) <br> RAFAL MISTRZAK, ) <br> ) <br> Defendant. ) | Number: CR-05-1849 JH |

## ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

COMES NOW, Rudolph B. Chavez, and hereby enters his appearance on behalf of the Defendant, Rafal Mistrzak, in substitution of court-appointed attorney, Hank Farrah, in the above entitled and numbered cause.

Respectfully Submitted,

*[signature: for /s/ Brooks]*

**RUDOLPH B. CHAVEZ**
Attorney for Defendant
2014 Central Ave. SW
Albuquerque, NM 87104
(505) 242-5500

I hereby certify that a true
and correct copy of the foregoing
was mailed to all parties of
record this 17th day of
May, 2006.

*[signature: for /s/ Brooks]*

RUDOLPH B. CHAVEZ

491