FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 23 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANA JARVIS, et al., <br><br> Defendants. | Case No.: CR05-1849 JH |

### ORDER PERMITTING DEFENDANT REID TO TRAVEL OUT OF STATE

THIS MATTER, having come before the Court on the motion of Defendant Reid to permit him to travel out of the state of Arizona, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to travel to Oregon from May 24, 2006 to June 11, 2006.

**IT IS FURTHER ORDERED** that in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this 23rd day of May, 2006.

_____
Honorable Judith C. Herrera
Judge of the U.S. District Court