IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. No. 05-1849 JH |
| | ) | |
| DANA JARVIS, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO LIFT PROTECTIVE ORDER

The United States moves to lift the protective order filed August 25, 2005, which restrained Monroe Bank Account number 4269961, in the name of Player's Pub, Inc., located in Bloomington, Indiana.

As grounds for this motion, Plaintiff states that this bank account is not named as subject to forfeiture in the Superceding Indictment returned April 25, 2006.

Therefore, the protective order is not longer necessary.

Respectfully Submitted,

DAVID C. IGLESIAS
United States Attorney

*Electronically filed on May 24, 2006*

STEPHEN R. KOTZ
Assistant U.S. Attorney