IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                              CR NO.  05-1849 JH

DENNIS WILSON,

    Defendant.

## NOTICE OF HEARING

**BY THE DIRECTION OF THE HONORABLE JUDITH C. HERRERA:**

**Please take notice** that a hearing on the Defendant's Appeal of Order of Detention [490], filed May 17, 2006, is hereby scheduled for **JUNE 6, 2006 AT 10:30 A.M.** before the Honorable Judith C. Herrera, at the U.S. Courthouse, 120 S. Federal Place, 2nd Floor Main Courtroom, Santa Fe, New Mexico.

Any inquiries regarding this setting should be directed to Lincoln Sorrell, Courtroom Deputy to Judge Judith C. Herrera at 348-2080.  **The defense attorney(s) shall notify the Court no later than two (2) days before the hearing if a Spanish or other language interpreter is needed.**

                                          MATTHEW J. DYKMAN,  Clerk of Court

                                          _____

**A copy of this was notice was mailed or electronically transmitted
to all counsel of record as they are reflected on the Court's docket.**