UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BY THE DIRECTION OF THE HONORABLE JUDITH HERRERA:

# NOTICE OF RESCHEDULED SETTING

**Case Number and Caption:** CR 05-1849 JH USA v. Dennis Wilson

**Type of Hearing:**         Appeal of Detention Order

**Hearing rescheduled from:** June 6, 2006

**HEARING RESCHEDULED TO: JUNE 1, 2006 AT 1:00 P.M.**

Location:     Second Floor Main Courtroom
              120 S. Federal Place
              *Santa Fe*, New Mexico 87501

Inquiries regarding this notice should be directed to Lincoln Sorrell, Courtroom Deputy to Judge Herrera, at 348-2398.

MATTHEW J. DYKMAN, Clerk of Court

**A copy of this was notice was mailed or electronically transmitted
to all counsel of record as they are reflected on the Court's docket.**