IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

Crim. No. 05-1849 JH

BENJAMIN SWENTNICKAS,

    Defendant.

### ENTRY OF APPEARANCE

COME NOW attorneys, Charles Fisher and Gregory D. D'Antonio, and hereby enter their appearances in the above styled cause on behalf of the above named Defendant BENJAMIN SWENTNICKAS. A Motion for the Admission *Pro Hac Vice* of attorney Gregory D. D'Antonio is being filed contemporaneously herewith.

    Respectfully submitted,

    ALLISON & FISHER

    _____
    Charles Fisher
    300 Central Ave., SW, Suite 2200 East
    Albuquerque, New Mexico 87102
    Tel. (505) 247-4099
    Fax (505) 242-4055

And

**Gregory D. D'Antonio**
P.O. Box 43306
Tucson, AZ 85733-3306

1602 N. Park Ave., Suite C
Tucson, AZ 85719

Tel.  (702) 682 8353
Fax  (702) 222-9717

*Attorneys for Defendant*

1

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading was served by facsimile on James Braun, Assistant United States Attorney, P.O. Box 607, Albuquerque, New Mexico, 87103 on _May 30_, 2006.

_____
Charles Fisher