IN THE UNITED STATES DISTRICT COURT,

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANA JARVIS, et al.,

    Defendants.

## NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P.C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter from June 5, 2006 through June 9, 2006.

    Respectfully submitted,

    **MARTIN LOPEZ, III**
    A Professional Corporation

    Martin Lopez, III
    Attorney for Defendant Berthod
    1500 Mountain Rd. NW
    Albuquerque, New Mexico 87104
    Tele: (505) 243-2900

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded via facsimile to Assistant U.S. Attorney, James Braun this 30th day of May, 2006.

Martin Lopez, III