#569485   4:06-CR-3114-1

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

HOUSTON DIVISION   Dist of New Mexico
Case No: 05-1849-JH

UNITED STATES OF AMERICA § Criminal No. H- 06-311m
§
§ Pending in _____ District
vs. §
§ of  New Mexico
Holly Brunner § Albuquerque, N.M. Division
§
Bond Set: $ 25,000
Deposit:  $ 1,500

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 31 2006

MATTHEW J. DYKMAN
CLERK

AFFIDAVIT OF OWNERSHIP
OF SECURITY FOR APPEARANCE

I, Wayne Brunner, on oath declare that I am the (owner) (agent for owner) of the $ 1,500 Cashier's Check/Money Order No. _____ drawn on _____ deposited as security on the appearance bond set for the defendant named above, and that said deposit is to be returned to the owner at the address listed below upon conclusion of this cause of action:

Wayne Brunner
Name of Owner

P.O. Box 689
Street or P. O. Box No.

China  Tx  77613
City, State, Zip Code

I, as owner/agent for owner, subject said funds to the provisions of Local Rule 16 and consent and agree that should the defendant fail to abide by the conditions of release imposed by the Court, the Court may, upon notice to me of not less than 10 days, proceed to have said funds forfeited.

√ Wayne Brunner
Signature

Address if Different from above

SWORN TO AND SUBSCRIBED BEFORE ME on  5-3-06
MICHAEL N. MILBY, CLERK

By _____
Deputy Clerk

507