IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      NO.  CR 05-1849 JH

AYLA JARVIS,

        Defendant.

## NOTICE OF NON-AVAILABILITY

COMES NOW John F. Robbenhaar, attorney of record, and hereby notifies the Court and the United States Attorney's Office that he will be unavailable from July 17 through July 25, 2006, and respectfully requests that no hearings concerning the above-named Defendant be scheduled during this period.

                                      Respectfully submitted:

                                      *Filed Electronically*
                                      JOHN F. ROBBENHAAR
                                      Attorney for Defendant
                                      1011 Lomas NW
                                      Albuquerque, NM 87102
                                      (505) 242-1950

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was mailed/delivered to opposing counsel on June 1, 2006.

*Filed Electronically*
JOHN F. ROBBENHAAR