

To Whom It May Concern:

This is a letter of intent to use David C. Reid as pilot for multiple photo flights from Newberg, OR around the local area over the weekend of June 2, 2006 through June 4, 2006. The flight will originate from the Newberg Airport and return to the same. The flight should take approximately one hour and will be conducted over the local area. The purpose of the flight is to photograph activities taking place in the Newberg area.

Thank you,

*Sandy Dormer*

Sandy Dormer
Owner
Dormer's Screenprinting