IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 0 7 2006

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.    Crim. No. 05--1849-JH

BENJAMIN SWENTNICKAS,

    Defendant.

### ORDER

THIS MATTER having come before the Court on Defendant's Motion filed on May 30, 2006 for an Order granting the admission of a non-resident attorney, Gregory D. D' Antonio Esq., *pro hac vice* to permit his participation in association with Defendant's resident counsel of record Charles Fisher, pursuant to D.N.M. LR-Civ. 83.3, and, having reviewed the Motion, and noting that Assistant U. S. James Braun does not take any position on the Motion, and being otherwise fully advised in the premises,

THE COURT FINDS that the Motion is well taken and will be granted.

IT IS THEREFORE ORDERED that Defendant's Motion for an Order granting the admission of a non-resident attorney, Gregory D. D' Antonio Esq., *pro hac vice* to permit his participation in association with Defendant's resident counsel of record, Charles Fisher, pursuant to D.N.M. LR-Civ. 83.3 is GRANTED.

_____
Honorable Judith C. Herrera
United States District Judge

1

Draft Order Submitted by:

_____
Charles Fisher
*Attorney for Defendant*