IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                              CR  05-1849 JH

DENNIS WILSON,

      Defendant.

# ORDER

**THIS MATTER** is before the Court upon the Defendant's Appeal of Order of Detention [490], filed May 17, 2006.  The Court, after having carefully reviewed the briefs and having held a hearing on the matter on June 6, 2006, finds the appeal not well-taken.

**WHEREFORE,**

**IT IS ORDERED** that the Defendant's Appeal of Order of Detention [490], filed May 17, 2006 is **DENIED**.

                                                          UNITED STATES DISTRICT JUDGE