IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.    No. CR 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

### C.J.A. BUDGET ORDER

This matter is before the Court *sua sponte.*

Pursuant to the Section B(4) of the *Guidelines for the Administration of the Criminal Justice Act and Related Statutes,* those defense attorneys appointed under the Criminal Justice Act shall submit individual six-month budgets[1]. For attorneys who have been involved since the inception of the case, this will be a second round of six-month budgets. Attorneys appointed to newly-indicted defendants stemming from the Superceding Indictment [414] will be submitting their first such budget. Additionally, all CJA attorneys must submit a combined budget for those services and resources that are being shared among them. Both individual budgets and the combined budget are due to the Court no later than <u>June 30, 2006</u>.

For purposes of completing the combined budget, attorney Penni Adrian shall initiate contact with other counsel, collect their input, and submit the budget to the Court by the deadline.

**SO ORDERED.**

_____
United States District Judge

---

[1] Helpful guidelines and worksheets for preparing budgets can be obtained by visiting www.fd.org.