IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          No. CR 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on the Government's Motion for Order to Show Cause Why Protective Order Should Not Be Vacated [459], filed May 10, 2006. The Court will grant the Motion and set a show cause hearing as follows:

**IT IS THEREFORE ORDERED** that Harlow's on the Hill, L.L.C., through lessee Jay Baum-Lambros, appear before the undersigned on **JUNE 14, 2006 AT 1:15 P.M., 120 S. FEDERAL PLACE, SANTA FE, NEW MEXICO (2nd Floor Main Courtroom)** and show cause, if any there be, why the protective order entered November 4, 2005 should not be vacated. U.S. Marshal's Service employee Susan Finley and defendant Dana Jarvis shall also be in attendance.

Failure of Mr. Baum-Lambros to appear at this hearing may subject him to criminal contempt charges.

 

_____
UNITED STATES DISTRICT JUDGE