IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                No. CR 05-1849 JH

DANA JARVIS, et al.,

        Defendants.

BY DIRECTION OF THE HONORABLE JUDITH C. HERRERA:

## NOTICE OF STATUS CONFERENCE

**IT IS ORDERED** that a **STATUS CONFERENCE** is hereby scheduled in the above-captioned case for **JULY 11, 2006 AT 1:30 P.M.** at the United States District Courthouse, 3rd Floor, Rio Grande Courtroom, 333 Lomas Blvd. N.W., Albuquerque, New Mexico. Defendants are not required to attend.

        Additionally, the Court will hold a hearing on the following motions[1] immediately after the status conference:

        1.) D/Jarvis/Motion for Court to Reconsider or Modify it's Order Denying D/Motion for Release of Funds **[500]**, filed 5-29-06; and

        2.) D/Jarvis/Motion to Reconsider Order Denying Defendant's Motion to End Constitutional Conditions of Confinement **[499]**, filed 5-27-06

Inquiries regarding this notice should be directed to Lincoln Sorrell, Courtroom Deputy to the Honorable Judith C. Herrera, at 348-2398.

                                          MATTHEW DYKMAN, Clerk of Court

                                          _____

**A copy of this was notice was mailed or electronically transmitted to all counsel of record as they are reflected on the Court's docket.**

---

[1] Defendant Dana Jarvis <u>is</u> required to attend the motions hearing.