UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BY THE DIRECTION OF THE HONORABLE JUDITH HERRERA:

# NOTICE OF RESCHEDULED SETTING

**Case Number and Caption:** CR 05cr1849 JH USA v. Dana Jarvis, et al.,

**Type of Hearing:**   Order to Show Cause Why Protective Order Should Not be Vacated

**Hearing rescheduled from:** June 16, 2006

**HEARING RESCHEDULED TO: JUNE 22, 2006 AT 9:00 A.M.**

Location:   Second Floor Main Courtroom
            120 S. Federal Place
            _Santa Fe_, New Mexico 87501

Inquiries regarding this notice should be directed to Lincoln Sorrell, Courtroom Deputy to Judge Herrera, at 348-2390.

MATTHEW J. DYKMAN, Clerk of Court

A copy of this was notice was mailed or electronically transmitted
to all counsel of record as they are reflected on the Court's docket.