IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



06 JUN 21 AM 11:04

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                               Criminal No. 05-1849 JH

MIKE HANNAH

Defendant.

### NOTICE OF COUNSEL'S UNAVAILABILITY

COMES NOW Counsel for the Defendant, Brian A. Pori, and hereby advises the Court of his counsel's unavailability during September 15 - 25, 2006. Wherefore, due to Counsel's unavailability, Counsel respectfully requests that this Court abate any proceedings in this case during the time period of September 15 - 25, 2006.

Dated: June 21, 2006

Respectfully Submitted,

By: _____

Brian A. Pori
INOCENTE, P.C.
204 Bryn Mawr NE
Albuquerque, New Mexico 87106
(505) 255-9088

Counsel for Mike Hannah

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st of June, 2006, I served a true and correct copy of this Notice of Counsel's Unavailability by U.S. mail, postage prepaid, on counsel for the United States at the address below:

James R.W. Braun, Esq.
Assistant United States Attorney
United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103

_____
Brian A. Pori