# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable Judith C. Herrera

| | | | |
|---|---|---|---|
| Case No. | **CR 05-1849 JH** | Date: | **June 16, 2006** |
| Title: | **United States v. Dana Jarvis, et al.** | | |
| Courtroom Clerk: | **Valerie Vigil** | Court Reporter: | **Paul Baca** |
| Court in Session: | **1:32 p.m.** | Court in Recess: | |

Type of Proceeding:   **Hearing on United States' Motion for Order to Show Cause Why Protective Order Should Not Be Vacated**

Attorney(s) Present for Plaintiff:

**James Braun**
**Steve Kotz**

Attorney(s) Present for Defendant Jarvis:

**Joe Romero**
**Sharon Hock**

---

10:04 a.m.   **Court in session.** Counsel state their appearances.

Jay Baum-Lambros is here from Harlow's on the Hill. He has been unable to locate an attorney. However, he received a copy of the motion via hand-delivery on May 10.

Since the motion was filed, Government has received some money, but there is still a significant balance of almost $20,000. The June 5 payment is past due. Govt has information that Mr. Lambros is trying to sell the lease, which the Govt opposes. Concern is that property will deteriorate. Government does not oppose a short continuance of a week.

Defendant does not oppose a continuance. Since Lambros unable to comply with lease, Defendant probably would not oppose that the protective order be vacated. Defendant is concerned that if Govt reseizes the liquor license, it will expire for non-use, and the original intent of the protective order–protect the asset (property and liquor license) and generate funds for support of Defendant's children—will be frustrated.

Court will reset this for next Thursday, June 21.

1:50 p.m.   Court takes motions under advisement, and hearing will be reset. Recess.