FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 21 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITES STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                              Criminal No. 05-1849 JH

MARY CANANT, ET. Al.,

    Defendant.

### ORDER FURTHER MODIFYING DEFENDANT MARY CANANT'S CONDITIONS OF RELEASE

THIS MATTER having come before the Court upon defendant MARY CANANT'S Second Unopposed Motion to Modify Conditions of Release and the Court being fully advised that neither the Government nor Pretrial Services have objection to the requested modification;

IT IS HEREBY ORDERED that the Conditions of Release set for Defendant Mary Canant and filed on August 29, 2005, later modified by Order on October 19, 2005 shall be modified to remove requirement #6 that being placed in the custody of a third party custodian at his residence. All other conditions shall remain in effect, except as allowed by Pretrial Services.

_____
United States Magistrate Judge

Approved Telephonically:
Andrew Romero, Pretrial Services Officer
James Braun, Assistant U. S. Attorney
Submitted By:  Ann Steinmetz, Attorney for Canant
                P.O. Box 4305
                Alb., NM 87196
                (505) 344-9515



1