# CLERK'S MINUTES OF ARRAIGNMENT - GILA COURTROOM

Date _____06/23/2006_____ Judge _____TORGERSON_____ Clerk _____Mary Lou Gonzales_____

USA vs. __BENJAMIN SWENTNICKAS_____ Crim. No. ____06-1849 JH__

Deft. present with/without counsel_____CHARLES FISHER, RET LOCAL COUNSEL__
                                                Name          Apptd/Retd

U.S. represented by _____JAMES BRAUN_____AUSA

Deft. not present _____ Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____ Bond forfeited _____
Interpreter present:        Name of Interpreter_____
Interpreter Used:          Interpreter Sworn:

**COURT ASKED THE DEFENDANT:**

____ Name _____Benjamin Swentnickas_____ SS# _____7100_____
____ DOB _____1949_____ Tel. No. _____
____ Residence Address _____
____ Extent of education/schooling _____10th grade + GED_____

(Y) N   Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction **Takes meds for prostrate**

(Y) N   Whether he has received a copy of the Indictment

(Y) N   Whether he has had time to consult with attorney regarding penalties

Y (N)   Whether he wants Indictment read in open court

(Y) N   Whether he will waive reading of Indictment

(Y) N   Whether he is ready to plead

**X**  Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

**X**  Matter referred to USDC

**X**  Counsel ordered to file any motions by COMPLEX CASE - DEADLINES SET BY JUDGE HERRERA

**X**  Case assigned to: **HERRERA**

**X**  Trial set on trailing docket_____TO BE NOTIFIED_____

___ Defendant requested psychiatric examination. Instructed to file motion in USDC

**X**  Bond set/continued at __DEFT REMAINS IN CUSTODY__

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

___ Penalty for failure to appear explained

**X**  Discovery Order Distributed (e-filed)

___ First Appearance of Defendant      MAG. TAPE NO. FTR-Gila @ 9:43 am - 9:49 am

USPTS/PROB OFCR: Loretta Sanchez, Mike Carrion & Eric Padilla