

TO: Dave Reed

FIRM: _____

FAX #: (520) 876-4009

PHONE # _____

NUMBER OF PAGES INCLUDING THIS ONE  2

FROM: Dave Lanman

PHONE # (602) 432-8356

DATE: 6-22-06

fax: (480) 948-9726

1



June 22, 2006

To whom it may concern:

Please be advised, that it is the intent of CONSTELLATION AIRCRAFT MANAGEMENT, LLC to hire Mr. Dave Reed to fly a King Air A-90 during the proposed period of June 27th thru July 10th.

The above hiring is contingent on a contractual agreement being signed with a client of ours regarding a project that they need to have fulfilled. In addition, the above is also contingent on Mr. Reed's qualifications being confirmed as adequate for this project, in which, as of this date, I have not personally reviewed.

If there should be any questions or concerns, please feel free to contact me.

Thank you.

Sincerely,

David W. Lanman
President

Ofc. Ph: (480) 419-6690
Cell Ph: (602) 432-8356

dave@iflycam.com