IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     vs.<br><br>DANA JARVIS, et al.,<br><br>                              Defendants. | Case No.: CR05-1849 JH |

### ORDER PERMITTING DEFENDANT REID TO FLY
### AN AIRCRAFT JUNE 27, 2006 THROUGH JULY 10, 2006

THIS MATTER, having come before the Court on the motion of Defendant Reid to permit him to fly an aircraft June 27, 2006 through July 10, 2006 from the Deer Valley Airport, Arizona to Klamath Falls, Oregon and then returning to the Deer Valley Airport and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to fly an aircraft from June 27, 2006 through July 10, 2006 from the Deer Valley Airport, Arizona to Klamath Falls, Oregon and then returning to the Deer Valley Airport for David Lanman.  The flight shall depart from the Deer Valley Airport on June 27, 2006 and return back to the same airport no later than July 10, 2006 absent any unforeseen circumstances.

/ / /

/ / /

- 2 -

**IT IS FURTHER ORDERED** in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this _____ day of June, 2006.


_____
Honorable Judith C. Herrera
Judge of the U.S. District Court

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.