# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.                                                    Criminal No. 05-1849 JH

**DANA JARVIS,**

      **Defendant.**

## ORDER CONTINUING HEARING

This matter having come before the Court on the Motion of counsel for the Defendant, Dana Jarvis, and the Court being fully advised of the circumstances, finds the motion is well taken;

IT IS HEREBY ORDERED THAT Defendant's Motion for a continuance of the hearing on the Defendant's Motion to Reconsider or Modify Order Denying Motion for Release of Funds and Motion to Reconsider Order Denying Defendant's Motion to End Constitutional Conditions of Confinement, currently set for 1:30 p.m. on Tuesday, July 11, 2006, be and hereby is VACATED and RESET until further notice from the Court.

 

_____
JUDITH C. HERRERA
U.S. DISTRICT COURT JUDGE

SUBMITTED BY:

*Electronically filed 7/5/06*
_____
Joe M. Romero, Jr.
Attorney for Defendant Jarvis
1905 Lomas Blvd. NW
Albuquerque, NM 87104
(505) 843-9776

APPROVED BY:

unable to contact
James Braun
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274, ext. 1464