# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DANA JARVIS, et al.,

      Defendants.

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

06 JUL -5 PM 4: 20

CLERK ALBUQUERQUE

CR-NO: 05-1849-JH

## NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P.C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter from July 1, 2006 through July 9, 2006.

                      Respectfully submitted,

                      **MARTIN LOPEZ, III**
                      A Professional Corporation

                      Martin Lopez, III
                      Attorney for Defendant Berthod
                      1500 Mountain Rd. NW
                      Albuquerque, New Mexico 87104
                      Tele: (505) 243-2900

**I HEREBY CERTIFY** that a true
and correct copy of the foregoing
was forwarded via facsimile to
Assistant U.S. Attorney, James Braun
this **5th** day of July, 2006.

Martin Lopez, III

554