# Work Approval Form

**Customer** Chip Harrep

**Aircraft #** N761K

**Work Order #** _____

| Item # | 205 # | Description | Estimated Cost | | Priority | Work Approved | |
|---|---|---|---|---|---|---|---|
| | | | Parts | Labor | | Yes | No |
| 1. | | Autopilot inop | | | | | |
| 2. | | Cabin Pressure leak at 14,000 (10,000 ft. cabin) | | | | | |
| 3. | | Co pilot attitude indicator inop | | | | | |
| 4. | | Hobbs meter inop | | | | | |
| 5. | | Weather radar inop | | | | | |
| 6. | | Power levers split, 2" | | | | | |
| 7. | | Right hand wing fuel gage inop | | | | | |
| 8. | | Right hand nav light fence missing | | | | | |
| 9. | | Both taxi lights inop | | | | | |
| 10. | | Audio master ticking with engines off | | | | | |
| 11. | | Chin light behind pilot will not turn off | | | | | |
| 12. | | Nav 2, (tied to HSI copilot) only works on half the frequencies | | | | | |
| 13. | | Copilot mic switch inop | | | | | |
| 14. | | Supercharger needs servicing | | | | | |
| 15. | | Cabin door stair cable broken | | | | | |

Cutter Form 203a (02/01/04)
*Computer Generated*

Please note that tax, freight, and consumables have not been included in this estimate. Consumables are based on 5% of the total labor, not to exceed $500.00. Over and above charges may apply on cores after evaluation by the vendor.