IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DANA JARVIS, et al.,<br><br>        Defendants. | Case No.: CR05-1849 JH |

### ORDER PERMITTING DEFENDANT REID
### TO EXTEND FLIGHT TIME UNTIL JULY 20, 2006

THIS MATTER, having come before the Court on the motion of Defendant Reid to permit him to continue his flight until July 20, 2006, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to continue his flight for Constellation Aircraft Management, LLC until July 20, 2006.

**IT IS FURTHER ORDERED** that in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this _____ day of July, 2006.

_____
Honorable Judith C. Herrera
Judge of the U.S. District Court

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.