**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR05-1849 JH |
| Plaintiff, | |
| vs. | |
| DAVID REID, et al., | |
| Defendants. | |

**UNOPPOSED MOTION BY DEFENDANT DAVID REID TO MODIFY CONDITIONS OF RELEASE**

Defendant, David Reid, by and through undersigned counsel, hereby moves this Honorable Court to enter an Order modifying the current conditions of release which prohibit him from flying an aircraft without first receiving an order from the Court.

1.      Pursuant to the current terms and conditions of release, Mr. Reid is prohibited from traveling out of the state of Arizona unless approved by the Court.

2.      Pursuant to the current terms and conditions of release, Mr. Reid may fly an airplane so long as the Court enters an order allowing him to do so.

3.      Undersigned counsel and the government, by and through Assistant United States Attorney James Braun, have agreed that for the purposes of judicial economy, Mr. Reid's conditions regarding traveling out of the state of Arizona and flying a plane be modified to the following:

a. Mr. Reid may be able to fly an airplane without a court order so long as both his pre-trial services agency officers in Arizona, Suzette Frisby, and New Mexico, Nick Romero, indicate they have no objection to said flights.

b. Mr. Reid may be able to travel out of the state without a court order so long as both his pretrial services agency officers in Arizona, Suzette Frisby, and New Mexico, Nick Romero, indicate they have no objection to said travel.

Based on the foregoing, Mr. Reid requests this Honorable Court enter an Order modifying his release conditions as set forth above.

**RESPECTFULLY SUBMITTED** this 10th day of July, 2006.

/s/ electronically signed


ZUBAIR ASLAMY
Attorney for Defendant Reid
1414 W. Broadway Road, Suite 122
Tempe, Arizona  85282
(480) 968-8700


I hereby certify that a true and correct copy
of the foregoing was filed electronically with
the court and faxed to the Assistant United States
Attorney and mailed to the following this 10th
day of July, 2006.

/s/ electronically signed

- 3 -

Nick Romero
Pretrial Services Agency—New Mexico
333 Lomas Blvd. NW, Suite 120
Albuquerque, NM  87102

Suzette Frisby
U.S. Pretrial Services Agency—Arizona
405 W. Congress Street
Tucson, Arizona  85701

Jerry Daniel Herrera
620 Roma Avenue, NW
Albuquerque, New Mexico  87102

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.