# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>vs.<br><br>DANA JARVIS, et al.,<br><br>                            Defendants. | Case No.: CR05-1849 JH |

## ORDER MODIFYING DEFENDANT REID'S CONDITIONS OF RELEASE

THIS MATTER, having come before the Court on the motion of Defendant Reid to modify his conditions of release and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to fly an aircraft without a court order so long as his pre-trial services agency officers in Arizona and New Mexico have no objection to said flights.

**IT IS FURTHER ORDERED** permitting Defendant Reid to travel out of the state of Arizona without a court order so long as his pre-trial services agency officers in Arizona and New Mexico have no objection to travel.

**IT IS FURTHER ORDERED** that in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this _____ day of July, 2006.

_____
Honorable Judith C. Herrera
Judge of the U.S. District Court

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.