**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

July 5, 2006

Mr. Matthew J. Dykman, Clerk
United States District Court for the District of New Mexico
333 Lomas NW, Suite 270
Albuquerque, NM 87102-2242

Mr. James R.W. Braun
Office of the United States Attorney
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103

Mr. Robert J. Gorence
201 12th Street N.W.
Albuquerque, NM 87102

FILED
At Albuquerque NM

JUL 1 0 2006

MATTHEW J. DYKMAN
CLERK

Re:     06-2168, United States v. Wilson
        Dist/Ag docket:  CR-05-1849 JH

Dear Clerk and Counsel:

   The court filed an order today dismissing this case. A copy of the order is enclosed for all parties.

   Also enclosed for the district court clerk or for the named agency, is a certified copy of the dismissal order which is issued as the mandate of the court. Please file it in the records of the district court or agency.

   Please contact this office if you have questions.

                                        Sincerely,

                                        Elisabeth A. Shumaker
                                        Clerk, Court of Appeals

                                        By: [signature]
                                        Deputy Clerk

clk:sts

561

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 06-2168 |
| DENNIS WILSON, | (D.C. No. CR-05-1849 JH) |
| Defendant - Appellant. | |

A true copy
Teste

Elisabeth A. Shumaker
Clerk, U.S. Court of
Appeals, Tenth Circuit
By
Deputy Clerk

ORDER

Filed July 5, 2006

Appellant's amended motion for voluntary dismissal is granted. 10th Cir. R. 27.3(A)(9).

A certified copy of this order shall stand as and for the mandate of the court.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by:
Deputy Clerk