**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 1 2 2006

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
          Plaintiff,

v.                                              Cause No. 05 CR 1849 JH

ADRIAN SANFORD,
          Defendant.

## ORDER AUTHORIZING TRAVEL

THIS MATTER, having come before the Court on Defendant's motion requesting authorization for the Defendant, Adrian Sanford, to travel from his home in Tucson, Arizona to San Diego, California, and the Court being fully advised in the premises finds good cause exists to grant request.

IT IS THEREFORE **ORDERED** that the Defendant, Adrian Sanford, be, and is hereby, authorized to travel from his home in Tucson, Arizona on Monday, July 17, 2006 to San Diego, California for the purpose of a family vacation. Defendant will return to his home in Tucson, Arizona on Sunday, July 23, 2006.

_____
JUDITH C. HERERRA
United States District Court Judge

Submitted by:

_____
ROBERT R. COOPER
Counsel for Defendant