IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

06 JUL 18 AM 9:00

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,
      Plaintiff,

v.                                    CR NO: 05-1849-JH

CATHY FITZGERALD,
      Defendant.

### UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** Defendant, Cathy Fitzgerald, through counsel, and respectfully requests that the sentencing in this case, currently set on July 27, 2006 at 9:30am, before the Honorable Judith C. Herrera be continued, on the following grounds:

1. The pre-sentence report has not been prepared because the United States Attorney wishes to provide the offense conduct after some cooperating defendants' statements are disclosed.

2. Both parties agree that an October, 2006, sentencing date would be appropriate.

3. The defendant is not in custody and has been compliant with pre-trial supervision.

4. The Assistant United States Attorney, James Braun, does not oppose.

Respectfully Submitted,

Cliff McIntyre, Esq.
1500 Mountain RD. NW
Albuquerque, NM 87104

I hereby certify that a true and correct copy of the foregoing was (mailed)(faxed)(hand delivered) to all interested parties of record this _____ day of July, 2006.

Cliff McIntyre, Esq.