IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    CR NO. 05-1849-JH

DANA JARVIS, et al.

    Defendants.

### NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will not be available for hearings in this matter from August 16, 2006 through August 21, 2006.

    Respectfully submitted,

    **MARTIN LOPEZ, III**
    A Professional Corporation

    _____
    Martin Lopez, III
    Attorney for Defendant Berthod
    1500 Mountain Rd. NW
    Albuquerque, New Mexico 87104
    Tele: (505) 243-2900
    Fax: (505) 243-6339

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via facsimile to Assistant U. S. Attorney James Braun on this 17th day of July, 2006.

_____
Martin Lopez, III