

Bank of America Merlin
Customer  Products  Administration  Help

REBECCA K WILSON - MORTGAGE CORP LOAN PROFILE

ADVANTAGE

### Loan Details - Account 7025090684

**Loan Information**

| | |
|---|---|
| Account Type | CONVEN W/O INS |
| Original Property Value | $ 117,495 |
| Property Address | 1513 GSCHWIND PL SW |
| | ALBUQUERQUE NM 87121 |
| Cost Center Number | 173 |
| Investor Number | Y88 |
| Bank of America Associate | |

**Original Loan Terms**

| | |
|---|---|
| Original Loan Amount | $ 30,300 |
| Opened Date | 06/02/03 |
| Maturity Date | 06/13 |
| Term in Months | 120 |
| Payments per Year | 12 |

OK    Help

EXHIBIT
A



**Bank of America Merlin***

Customer   Products   Administration   Help

**REBECCA K WILSON – MORTGAGE CORP LOAN PROFILE**

ADVANTAGE

### Account Number, Title and Address

7025090684

REBECCA K WILSON

1513 GSCHWIND PL SW

ALBUQUERQUE NM 87121-8238

### Account Options

◉ Inquiry    ◯ Services

- Address Info
- Associate/Cost Center Info
- Delinquency Info
- Interest/Tax Info
- Loan Details
- Payment Info
- Payoff Info
- Related Customers
- Status

### Summary Information

| Item | Details |
|---|---|
| Account Type | CONVEN W/O INS |
| Principal Balance | $22,966.96 |
| Original Loan Amount | $30,300.00 |
| Opened Date | 06/02/03 |
| Closed Date | 00/00/00 |
| Maturity Date | 06/13 |
| Payment Due Date | 07/17/06 |
| Total Current Payment | $331.18 |
| Total Amount Due | $0.00 |
| Rate Type | FIXED |
| Current Interest Rate | 5.60000% |
| Term in Months | 120 |
| Payments Per Year | 12 |
| Times Past Due | 0/30   0/60   0/90 |
| Bank of America Associate |  |
| Cost Center | 173 |
| Tax ID Number | 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 |
| Status | OPEN |



EXHIBIT B