IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

    vs.                 **CASE NO. 05-1849 JH**

**GEORGE RIPLEY,**

    Defendant.

## NOTICE OF HEARING

TO:

| | |
|---|---|
| Jason Bowles, Esq.<br>Bowles & Crow<br>P. O. Box 25186<br>Albuquerque, NM 87125 | James Braun, Esq.<br>Assistant U.S. Attorney<br>P. O. Box 607<br>Albuquerque, NM 87103 |

**PLEASE TAKE NOTICE** that a **MOTION HEARING ON DEFENDANT'S SECOND MOTION TO RECONSIDER DETENTION AND TO SET REASONABLE CONDITIONS OF RELEASE** has been set in the above matter for **WEDNESDAY, JULY 26, 2006, at 1:30 P.M.,** before the Honorable Richard L. Puglisi, Cimarron Courtroom, Fifth Floor, 333 Lomas N.W., Albuquerque, New Mexico.

**YOU MUST BE PRESENT IN THE COURTROOM 15 MINUTES PRIOR TO START OF THE DOCKET.** Please meet with your clients prior to reporting to the Courtroom.

                                              MATTHEW J. DYKMAN, Clerk
                                              United States District Court

**Please direct all inquires to:**     Mary Archuleta
                                                    Courtroom Deputy
                                                      Telephone: (505) 348-2051

A true copy of this notice/order was served--via facsimile transmission mail, or electronic means--to counsel of record as they are shown on the Court's docket.

cc:    U. S. Pretrial
       U. S. Probation