IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.　　　　　　　　　　　　　　　　Cr. No. 05-1849 JH

DANA JARVIS,

        Defendant.

## NOTICE OF ERRATA

In his reply [Doc. No. 574] to the government's response to Defendant Jarvis's motion to reconsider [Doc. No. 500] its order regarding release of funds, undersigned counsel incorrectly stated the date the government filed its response as July 7, 2006. The actual date was June 13, 2006.

                Respectfully Submitted,

By:   *electronically filed*
     Joe M. Romero, Jr.
     Attorney for the Defendant
     1905 Lomas Blvd. NW
     Albuquerque, NM 87104
     (505) 843-9776

I hereby certify that a true and correct copy of the foregoing pleading was mailed to opposing counsel this 18th day of July, 2006.

*electronically filed*
JOE M. ROMERO, JR.