IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. 05-CR-1849-JH |
| | § | |
| DANA JARVIS, *et al,* | § | |
| | § | |
| Defendants. | | |

## JOINDER IN DEFENDANTS' JOINT MOTION
## TO COMPEL DISCOVERY RELATED
## TO THE INTERCEPTION OF ELECTRONIC COMMUNICATIONS

Greg Hill, by his undersigned counsel, hereby joins in the motion filed by the CJA defendants on July 16, 2006, seeking to compel discovery related to the interception of electronic communications.

Respectfully submitted,

*electronically filed*
KARI CONVERSE
122 Tulane Dr. S.E.
Albuquerque, New Mexico 87106
(505) 262-8597
Fax (505) 262-1730
*Counsel for Mr. Hill*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, I served a true and correct copy of the joinder on the following individuals at the following addresses, by fax, or by e-mail at their e-mail addresses of record:

James Braun, AUSA
P.O. Box 607
Albuquerque, NM 87103
*Counsel for the government*

Joe M. Romero Jr
1905 Lomas Blvd. NW
Albuquerque, NM 87104-1207
*Counsel for Dana Jarvis*

Penni Adrian
Adrian & Associates PC
4300 Carlisle Blvd. NE, Suite 4
Albuquerque, NM 87107
*Counsel for Russell Trujillo*

Zubair Aslamy
Aslamy, Workman & Carpenter, P.C.
1414 W. Broadway Road, Suite 122
Tempe, Arizona 85282

Jerry D. Herrera
620 Roma Ave., NW
Albuquerque, NM 87102-2037
*Counsel for David Reid*

Stephen D. Aarons
PO Box 1027/ 300 Catron St
Santa Fe, NM 87504-1027
*Counsel for Matthew Hothan*

Jason Bowles
PO Box 25186
201 3rd NW, Ste. 1370
Albuquerque, NM 87125-5186
*Counsel for George Ripley*

Kirtan K. Khalsa
Fine Law Firm
220 9th St. NW
Albuquerque, NM 87102-3026
*Counsel for Sam Jones*

Jason D. Lamm
300 E. Missouri, Ste B-200
Phoenix, AZ 85014-3203
*Counsel for Salvador Abeyta*

Martin Lopez III
1500 Mountain Rd., NW
Albuquerque, NM 87104-1359
*Counsel for Geno Berthod*

Timothy M. Padilla
Timothy M. Padilla & Associates
1412 Lomas Blvd. NW
Albuquerque, NM 87104-1236
*Counsel for Manuel Gil-Vasque*

John Robbenhaar
1011 Lomas NW
Albuquerque, NM  87102
*Counsel for Ayla Jarvis*

Robert Cooper
1011 Lomas NW
Albuquerque, NM  87102
*Counsel for Adrian Sanford*

Roberto Albertorio
P.O. Box 91387
Albuquerque, NM 87199-1387
*Counsel for Lloyd Montoya*

Chuck Aspinwall
P.O. Box 984
Los Lunas, NM 87031-0984
*Counsel for John Patrick Nieto*

Scott Davidson
204 Bryn Mawr NE
Albuquerque, NM 87106
*Motions for all CJA defendants*

Bob Gorence
201 12 ST NW
Albuquerque, NM 87106
*Counsel for Dennis Wilson*

Todd Hotchkiss
P.O. Box 26807
Albuquerque, NM 87125-6907
*Counsel for Dakota Fitzner*

John Samore
P.O. Box 1993
Albuquerque, NM 87103-1993
*Counsel for Melania Kirwin*

Ann Steinmetz
Box 4305
Albuquerque, NM 87196-4305
*Counsel for Mary Cannant*