UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**UNITED STATES** OF AMERICA,
        *Plaintiff,*

v.              № 1:0**5cr**0**1849**-15 JH

DANA **JARVIS**, et al.,
        *Defendants.*

## DEFENDANT HOTHAN'S NOTICE OF JOINDER IN
*MOTION TO COMPEL DISCOVERY RELATED TO THE INTERCEPTION OF ELECTRONIC COMMUNICATIONS*

TAKE NOTICE that defendant Hothan hereby joins in the relief requested in *Joint Motion by Defendants to Compel Discovery Related to the Interception of Electronic Communications*, as filed on 17 July 2006. Doc. 573.

       /s/ *electronically signed*
       **Stephen D Aarons**
       Counsel for Defendant Hothan
       300 Catron Street, Suite A
       PO Box 1027
       Santa Fé NM 87504-1027
       505/984-1100; Fax: 505/984-1110

Certificate of Service

On the date of filing I caused an electronic copy of this pleading to be transmitted to the following counsel of record:
       */s/* Stephen D Aarons
       Counsel for Defendant Hothan

James Braun
*Prosecutor*
  Office of US Attorney, District of New Mexico
  Post Office Box 607
  Albuquerque NM 87103-0607

Penni Adrian
*CJA Counsel for Defendant Russell Trujillo*
 Adrian & Associates PC
 P.O. Box 21576
 Albuquerque, NM 87154-1576
 (505) 944-1200
 penni@adrian-law.com

Roberto Albertorio
*CJA Counsel for Defendant Lloyd Montoya*
 P.O. Box 91387
 Albuquerque, NM 87199-1387
 (505) 924-3917
 ralbertorio@cabq.gov

Zubair Aslamy
*Counsel for Defendant David Reid*
 Aslamy, Workman & Carpenter, P.C.
 1414 W. Broadway Road, Suite 122
 Tempe, Arizona 85282
 (480) 968-8700
 aslamyz@awclawfirm.com

Jerry D. Herrera
*Local Counsel for Defendant David Reid*
 620 Roma Ave., NW
 Albuquerque, NM 87102-2037
 (505) 262-1003
 jdhcrimlaw@cs.com

Chuck Aspinwall
*CJA Counsel for Defendant John Patrick Nieto*
 P.O. Box 984
 Los Lunas, NM 87031-0984
 873-8800
 legal_eagle@comcast.net

Jason Bowles
*CJA Counsel for Defendant George Ripley*
    PO Box 25186
    201 3rd NW, Ste. 1370
    Albuquerque, NM 87125-5186
    (505) 217-2680
    jason@bowlesandcrow.com

Kari Converse
*Counsel for Defendant Greg Hill*
    2001 Carlisle Blvd., NE, Ste. E
    Albuquerque, NM 87110-4943
    (505) 262-8597
    kariconverse@earthlink.net

Robert Cooper
*CJA Counsel for Defendant Adrian Sanford*
    1011 Lomas Blvd. NW
    Albuquerque, NM 87102
    (505) 842-8494
    bob@rrcooper.com

Scott Davidson - Special Appointment
*Counsel for all CJA Defendants*
    204 Bryn Mawr NE
    Albuquerque, NM 87106
    (505) 366-4797
    scott@smdappellatelaw.com

Bob Gorence
*Counsel for Defendant Dennis Wilson*
    201 12 Street NW
    Albuquerque, NM 87102
    (505) 244-0214
    gorence@swcp.com

Todd Hotchkiss
CJA *Counsel for Defendant Dakota Fitzner*
    P.O. Box 26807

    Albuquerque, NM 87125-6907
    (505) 247-8558
    tbhotchkiss@earthlink.net

Kirtan K. Khalsa
CJA *Counsel for Defendant Sam Jones*
    Fine Law Firm
    812 Marquette, NW
    Albuquerque, NM 87102
    (505) 243-4541 or 243-4966 (home)
    kkhalsa@thefinelawfirm.com

Martin Lopez III
CJA *Counsel for Defendant Geno Berthod*
    1500 Mountain Rd., NW
    Albuquerque, NM 87104-1359
    (505) 243-2900
    ML3LAW@aol.com

Timothy M. Padilla
*Counsel for Defendant Manuel Gil-Vasquez*
    Timothy M. Padilla & Associates
    1412 Lomas Blvd. NW
    Albuquerque, NM 87104-1236
    (505) 842-0392
    tmpad@juno.com

John Robbenhaar
CJA *Counsel for Defendant Ayla Jarvis*
    1011 Lomas NW
    Albuquerque, NM  87102
    (505) 242-1950
    jrobbenhaar@lomaslaw.com