**Law Offices of**
**GREGORY D. D'ANTONIO**
P.O. Box 43306
Tucson, Arizona 85733-3306
gregorydantonio@aol.com
Arizona State Bar No. 004689
Telephone (702) 682-8353
Attorney for Defendant Swentnickas

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 1849 JH |
| Plaintiff, ) | JOINDER IN JOINT MOTION TO |
| v. ) | COMPEL DISCOVERY RELATED |
| DANA JARVIS, *et al.,* ) | TO INTERCEPTION OF ELEC- |
| Defendants. ) | TRONIC COMMUNICATIONS |

Comes now the Defendant, Benjamin Thomas Swentnickas, by and through counsel undersigned and hereby gives notice of his joinder in the Joint Motion to Compel Discovery Related to Interception of Electronic Communications.

Submitted this 19th$^{th}$ day of July, 2006.

S/
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
GREGORY D. D'ANTONIO

I hereby certify that on July 19, 2006, I served the attached document by e-mail on the following registered participant of the CM/ECF System:

United States Attorney
AUSA James Braun
PO Box 607
Albuquerque, NM 87103
James.Braun@usdoj.gov

Stephen D. Aarons
PO Box 1027/ 300 Catron St

-1-

Santa Fe, NM 87504-1027
aar095@yahoo.com
Attorney for Matthew Hothan

Penni Adrian
Adrian & Associates PC
P.O. Box 21576
Albuquerque, NM 87154-1576
penni@adrian-law.com
Attorney for Russell Trujillo

Roberto Albertorio
P.O. Box 91387
Albuquerque, NM 87199-1387
ralbertorio@cabq.gov
Attorney for Lloyd Montoya

Zubair Aslamy
Aslamy, Workman & Carpenter, P.C.
1414 W. Broadway Road, Suite 122
Tempe, Arizona 85282
zaslamy@aslamylaw.com
Attorney for David Reid

Chuck Aspinwall
P.O. Box 984
Los Lunas, NM 87031-0984
legal_eagle@comcast.net
Attorney for John Patrick Nieto

Jason Bowles
PO Box 25186
201 3rd NW, Ste. 1370
Albuquerque, NM 87125-5186
jason@bowlesandcrow.com
Attorney for George Ripley

Rudolph Chavez
2014 Central Ave., SW
Albuquerque, NM 87104
rbclaw@spinn.net
Attorney for Rafal Mistrzak

Kari Converse
2001 Carlisle Blvd., NE, Ste. E
Albuquerque, NM 87110-4943
kariconverse@earthlink.net
Attorney for Greg Hill

Robert Cooper
1011 Lomas Blvd. NW
Albuquerque, NM 87102

1. bob@rrcooper.com
Attorney for Adrian Sanford

2.

3. Scott Davidson
1011 Lomas Blvd. NW
Albuquerque, NM 87102
4. (505) 366-4797
scott@smdappellatelaw.com
5. Motions for all CJA Defendants

6. Ken Gleria
1008 5th ST NW
7. Albuquerque, NM 87102
kgleria45@comcast.net or BLUEGHOST15@hotmail.com (Avery)
8. Attorney for Holly Bruner

9. Bob Gorence
201 12 ST NW
10. Albuquerque, NM 87102
gorence@swcp.com
11. Attorney for Dennis Wilson

12. Jerry D. Herrera
620 Roma Ave., NW
13. Albuquerque, NM 87102-2037
jdhcrimlaw@cs.com

14.

15. Todd Hotchkiss
P.O. Box 26807
16. Albuquerque, NM 87125-6907
tbhotchkiss@earthlink.net
17. Attorney for Dakota Fitzner

18. Kirtan K. Khalsa
Fine Law Firm
19. 812 Marquette, NW
Albuquerque, NM 87102
20. kkhalsa@thefinelawfirm.com
Attorney for Sam Jones

21.

22. Martin Lopez III
1500 Mountain Rd., NW
Albuquerque, NM 87104-1359
23. ML3LAW@aol.com or Jan5Her@aol.com
Attorney for Geno Berthod

24.

25. Timothy M. Padilla
Timothy M. Padilla & Associates
1412 Lomas Blvd. NW
26. Albuquerque, NM 87104-1236
tmpad@juno.com or rhonda@lomaslawoffice.com

27.

28.

-3-

Attorney for Manuel Gil-Vasquez

John Robbenhaar
1011 Lomas NW
Albuquerque, NM  87102
jrobbenhaar@lomaslaw.com
Ayla Jarvis

Joe M. Romero Jr.
1905 Lomas Blvd. NW
Albuquerque, NM 87104-1207
joe@jromerolaw.com
Attorney for Dana Jarvis

John Samore
P.O. Box 1993
Albuquerque, NM 87103-1993
samoreJFM@aol.com
Attorney for Melania Kirwin

Ann Steinmetz
Box 4305
Albuquerque, NM 87196-4305
annstnmtz@aol.com
Attorney for Mary Cannant

S/_____
GREGORY D. D'ANTONIO
Attorney for Defendant

-4-