**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE. NEW MEXICO

JUL 2 4 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.                        CR NO. 05-1849 JH

CATHY FITZGERALD,
    Defendant.

## ORDER CONTINUING SENTENCING

THIS MATTER, having come before the Court on the Defendant's Unopposed

Motion to continue the Sentencing set on July 27, 2006, the Court having reviewed said

motion and being otherwise fully advised:

IT IS THEREFORE ORDERED that the sentencing scheduled for July 27, 2006 is

hereby vacated and rescheduled on _October 26, 2006 AT 9:30 A.M._
_IN ALBUQUERQUE, NM (Brazos Courtroom – 5th Floor)_

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED:

_____
Cliff McIntyre, Esq.
Attorney for Defendant

APPROVED:

Approval on July 11, 2006 in Court
James Braun
A.U.S.A.

590