IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DAVID REID, et al.,<br><br>      Defendants. | Case No.: CR05-1849 JH |

**JOINDER IN DEFENDANTS' JOINT MOTION TO COMPEL
DISCOVERY RELATED TO THE INTERCEPTION
OF ELECTRONIC COMMUNICATIONS**

  Defendant, David Reid, by and through undersigned counsel, hereby joins in the motion filed by the CJA defendants on July 16, 2006, seeking to compel discovery related to the interception of electronic communications.

  **RESPECTFULLY SUBMITTED** this 24TH day of July, 2006.

                /s/ electronically signed

                ZUBAIR ASLAMY
                Attorney for Defendant Reid
                1414 W. Broadway Road, Suite 122
                Tempe, Arizona 85282
                (480) 968-8700

I hereby certify that a true and correct copy of the foregoing was filed electronically with the court and emailed to the following this 24th day of July, 2006.

/s/ electronically signed

James Braun, AUSA
PO Box 607
Albuquerque, NM 87103
James.Braun@usdoj.gov

Stephen D. Aarons
PO Box 1027/ 300 Catron St Santa Fe,
NM 87504-1027
aar095@yahoo.com
Attorney for Matthew Hothan

Penni Adrian
Adrian & Associates PC
P.O. Box 21576
Albuquerque, NM 87154-1576
penni@adrian-law.com
Attorney for Russell Trujillo

Roberto Albertorio
P.O. Box 91387
Albuquerque, NM 87199-1387
ralbertorio@cabq.gov
Attorney for Lloyd Montoya

Gregory D. D'Antonio
P.O. Box 43306
Tucson, Arizona 85733-3306
gregorydantonio@aol.com
Attorney for Defendant Swentnickas

Chuck Aspinwall
P.O. Box 984 Los Lunas,
NM 87031-0984
legal_eagle@comcast.net
Attorney for John Patrick Nieto

Jason Bowles
PO Box 25186
201 3rd NW, Ste. 1370
Albuquerque, NM 87125-5186
jason@bowlesandcrow.com
Attorney for George Ripley

Rudolph Chavez
2014 Central Ave., SW
Albuquerque, NM 87104
rbclaw@spinn.net
Attorney for Rafal Mistrzak

Kari Converse
2001 Carlisle Blvd., NE, Ste. E
Albuquerque, NM 87110-4943
kariconverse@earthlink.net
Attorney for Greg Hill

Robert Cooper
1011 Lomas Blvd. NW
Albuquerque, NM 87102
bob@rrcooper.com
Attorney for Adrian Sanford

Scott Davidson
1011 Lomas Blvd. NW
Albuquerque, NM 87102
scott@smdappellatelaw.com
Motions for all CJA Defendants

Ken Gleria
1008 5th ST NW
Albuquerque, NM 87102
kgleria45@comcast.net or BLUEGHOST15@hotmail.com (Avery)
Attorney for Holly Bruner

Bob Gorence
201 12 ST NW
Albuquerque, NM 87102
gorence@swcp.com
Attorney for Dennis Wilson

Jerry D. Herrera
620 Roma Ave., NW
Albuquerque, NM 87102-2037
jdhcrimlaw@cs.com
Attorney for David Reid

Todd Hotchkiss
P.O. Box 26807
Albuquerque, NM 87125-6907
tbhotchkiss@earthlink.net
Attorney for Dakota Fitzner

Kirtan K. Khalsa
Fine Law Firm
812 Marquette,
NW Albuquerque, NM 87102
kkhalsa@thefinelawfirm.com
Attorney for Sam Jones

Martin Lopez III
1500 Mountain Rd. NW
Albuquerque, NM 87104-1359
ML3LAW@aol.com or Jan5Her@aol.com
Attorney for Geno Berthod

Timothy M. Padilla
Timothy M. Padilla & Associates
1412 Lomas Blvd. NW
Albuquerque, NM 87104-1236
tmpad@juno.com or rhonda@lomaslawoffice.com
Attorney for Manuel Gil-Vasquez

John Robbenhaar
1011 Lomas NW
Albuquerque, NM  87102
jrobbenhaar@lomaslaw.com
Attorney for Ayla Jarvis

Joe M. Romero Jr.
1905 Lomas Blvd. NW
Albuquerque, NM 87104-1207
joe@jromerolaw.com
Attorney for Dana Jarvis

- 5 -

John Samore
P.O. Box 1993
Albuquerque, NM 87103-1993
samoreJFM@aol.com
Attorney for Melania Kirwin

Ann Steinmetz
Box 4305
Albuquerque, NM 87196-4305
annstnmtz@aol.com
Attorney for Mary Cannant

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.