**CLERK'S MINUTES OF HEARING**

HEARINGS BEFORE     **RICHARD L. PUGLISI, USMJ**

TYPE OF HEARING  **BAIL REVIEW on Deft's Second Motion to Reconsider Detention and to Set Reasonable Conditions of Release**

**DEFENDANTS:**

**GEORGE RIPLEY**                                      CASE NO.  **05CR1849 JH**

DATE & TIME:  **7/26/06 @ 1:30 PM**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**SHARON KIMBALL FOR JAMES BRAUN**     AUSA       **JASON BOWLES, ESQ.** Ret-CJA-AFPD

**WITNESS(ES):**

**G Bauman**   PTS/PROB   Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

**FTR CIMARRON @**
2:02 -           Ct - appear- Bowles
2:06 - 2:12      Kimball - Ct - Bowles

**HEARING RESULTS/FINDINGS:**

- [X] Deft requests release to Halfway House; Court denies deft's motion and deft will remain in custody pending further proceedings
- [ ] Other
- [X] cc: Linc: FYI