IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.                                                                               CR NO. 05-1849 JH

**GEORGE RIPLEY,**

      **Defendant.**

## O R D E R

**THIS MATTER** is before the Court pursuant to Defendant's Second Motion to Reconsider Detention and to set Reasonable Conditions of Release, filed July 12, 2006, and the Court having reviewed the pleadings and having heard argument, the Court finds that the motion is not well taken.

**IT IS THEREFORE ORDERED** defendant's Motion is denied and that defendant, **GEORGE RIPLEY**, will remain in custody pending further hearing.

_____
RICHARD L. PUGLISI
UNITED STATES MAGISTRATE JUDGE