IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
        Plaintiff,

v.                                                                  No.  05-cr-1849 JH

**DANA JARVIS, et. al,,**
**MANUEL GIL,**
        Defendant.

## JOINDER IN DEFENDANTS' JOINT MOTION TO COMPEL DISCOVERY RELATED TO INTERCEPTION OF ELECTRONIC COMMUNICATIONS

**COMES NOW** the Defendant, MANUEL GIL-VELASQUEZ, by and through his attorneys, Timothy M. Padilla & Associates, P.C., by Timothy M. Padilla and hereby joins in the Motion to Compel Discovery Related to the Interception of Electronic Communications in this matter.

                                            Respectfully submitted:

                                            <u>*Electronically filed 07/27/2006*</u>
                                            Timothy M. Padilla
                                            *Attorney for Manuel Gil-Velasquez*
                                            1412 Lomas Blvd. N.W.
                                            Albuquerque, NM 87104
                                            (505) 842-0392 Fax (505) 842-0686

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading was delivered to the United States Attorney's Office, James R. W. Braun, AUSA at P.O. Box 607, Albuquerque, NM 87103 and all parties entitled to notice, on this 27th day of July, 2006.

                                            <u>    */s/*      07/27/2006       </u>
                                            Timothy M. Padilla, Esq.
                                            *Attorney for Manuel Gil-Velasquez*