IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                        No. CR 05-1849 JH

DAVID REID,

        Defendant.

## NOTICE OF CHANGE OF ADDRESS

Jerry Daniel Herrera, attorney for Defendant David Reid, hereby notifies the Court that effective July 28, 2006, counsel has a new mailing address and facsimile number as follows:

> Jerry Daniel Herrera
> Attorney at Law
> 509 13th Street SW
> Albuquerque, New Mexico 87102
> Telephone: 505.262.1003
> Facsimile: 505.243.0094

Counsel respectfully requests the Court and all counsel involved in this case change their records to reflect the new contact information of counsel Jerry Daniel Herrera.

                /s/ electronically signed

                JERRY DANIEL HERRERA
                Attorney for Defendant Reid
                509 13th Street SW
                Albuquerque, New Mexico 87102
                Telephone: 505.262.1003

I hereby certify that a true and correct copy of the foregoing document was faxed to the U.S. Attorney and mailed or faxed to the following on this 28th day of July, 2006.

/s/ electronically signed

Zubair Aslamy, Esq.
Attorney for Defendant Reid
555 W. Chandler Blvd., Suite 200
Chandler, Arizona 85225
Facsimile: 480.968.8702

Joe Romero, Jr., Esq.
Attorney for Defendant Dana Jarvis
1905 Lomas NW
Albuquerque, New Mexico 87104
Facsimile: 505.224.9554

John Robbenhaar, Esq.
Attorney for Defendant Ayla Jarvis
1011 Lomas NW
Albuquerque, New Mexico 87102
Facsimile: 505.243.6279

Armand Salese, Esq.
Attorney for Defendant Jorge Luis Ortiz-Moffeet
145 S. 6th Avenue
Tucson, Arizona 85701
Facsimile: 520.882.8016

Tova Indritz, Esq.
Attorney for Defendant Jorge Luis Ortiz-Moffeet
715 Tijeras Ave., NW
Albuquerque, New Mexico 87102
Facsimile: 505.242.3125

Brian Pori, Esq.
Attorney for Defendant Mike Hannah
204 Bryn Mawr NE
Albuquerque, NM 87106
Facsimile: 505.255.9089

Edward Bustamante, Esq.
Attorney for Defendant Ralph Greene
610 Gold Ave., SW #214
Albuquerque, New Mexico 87102
Facsimile: 505.842.9105

Jason Bowles, Esq.
Attorney for Defendant George Ripley
PO Box 25186
Albuquerque, New Mexico 87125
Facsimile: 505.217.2681

Clifford McIntyre, Esq.
Attorney for Defendant Cathy Fitzgerald
1500 Mountain Rd. NW
Albuquerque, New Mexico 87104
Facsimile: 505.243.6339

L. Val Whitley, Esq.
Attorney for Defendant Barbara Hanna
208 Griffith Street
Santa Fe, New Mexico 87501
Facsimile: 505.989.9196

Kari Converse, Esq.
Attorney for Defendant Greg Hill
122 Tulane Dr. SE
Albuquerque, New Mexico 87106
Facsimile: 505.262.1730

Martin Lopez III, Esq.
Attorney for Defendant Geno Berthod
1500 Mountain Rd., NW
Albuquerque, New Mexico 87104
Facsimile: 505.243.6339

D. Penni Adrian, Esq.
Attorney for Defendant Russell Trujillo
4300 Carlisle Blvd. NE, Suite 4
Albuquerque, New Mexico 87107
Facsimile: 505.944.1201

Scot Davidson, Esq.
Attorney for Defendant Russell Trujillo
204 Bryn Mawr NE
Albuquerque, New Mexico 87106
Facsimile: 505.255.9089

Stephen Aarons, Esq.
Attorney for Defendant Matthew Hottan
PO Box 1027
Santa Fe, New Mexico 87504
Facsimile: 505.984.1110

Timothy Padilla, Esq.
Attorney for Defendant Manuel Gil-Vasquez
1412 Lomas Blvd. NW
Albuquerque, New Mexico 87104
Facsimile: 505.842.0686

Kirtan Khalsa, Esq.
Attorney for Defendant Sam Jones
220 9th Street NW
Albuquerque, New Mexico 87102
Facsimile: 505.242.2716

Jason Lamm, Esq.
Attorney for Defendant Salvador Abeyta
300 E. Missouri, Suite B-200
Phoenix, Arizona 85014
Facsimile: 602.222.2299

Ann Steinmetz, Esq.
Attorney for Defendant Mary Cannant
Box 4305
Albuquerque, New Mexico 87196
Facsimile: Unavailable

Robert Cooper, Esq.
*Attorney for Defendant Adrian Sanford*
1011 Lomas NW
Albuquerque, New Mexico 87102
Facsimile: 505.243.6279

Gregory D. D'Antonio, Esq.
Attorney for Defendant Benjamin Swentnickas
PO Box 43306
Tucson, Arizona 85719
Facsimile: 702.222.9717

Charles N. Fisher, Esq.
Attorney for Defendant Benjamin Swentnickas
300 Central Avenue SW, Suite 2200E
Albuquerque, New Mexico 87102
Facsimile: 505.242.4055

Robert Gorence, Esq.
Attorney for Defendant Dennis Wilson
201 12th Street NW
Albuquerque, New Mexico 87102
Facsimile: 505.244.0888

Charles Aspinwall, Esq.
Attorney for Defendant John Patricio Nieto
PO Box 984
Los Lunas, New Mexico 87031
Facsimile: 505.866.9020

Roberto Albertorio, Esq.
Attorney for Defendant Lloyd Montoya
PO Box 91387
Albuquerque, New Mexico 87199
Facsimile: 505.924.3339

John Samore, Esq.
Attorney for Defendant Melania Kirwin
PO Box 1993
Albuquerque, New Mexico 87103
Facsimile: 505.243.5699

Kenneth Gleria, Esq.
Attorney for Defendant Holly Bruner
1008 5th Street NW
Albuquerque, New Mexico 87102
Facsimile: 505.242.5188

Todd Hotchkiss, Esq.
Attorney for Defendant Dakota Fitzner
PO Box 26807
Albuquerque, New Mexico 87125
Facsimile: 505.842.8560

Rudolph Chavez, Esq.
Attorney for Defendant Rafal Mistrzak
2014 Central Avenue SW
Albuquerque, New Mexico 87104
Facsimile: 505.242.3250