| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR-05-1849 JH |
| **DEFENDANT** | **TYPE OF PROCESS** |
| U.S. v. Dana Jarvis, et al. | Hardship Release SRK |

RECEIVED UNITED STATES MARSHAL 2006 JUL 10 PM 1:53 SOUTHERN DISTRICT INDPLS, INDIANA

06 JUL 27 PM 3:01

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ▶ | CLERK-ALBUQUERQUE |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen R. Kotz
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

05-DEA-456325

1. As per the attached Hardship Release Agreement the United States will return the 1999 Chevrolet Z-71 pickup to Claimant Greg Hill. Please contact Kathleen Sweeney, 155 E. Market St., Suite 400, Indianapolis, Indiana 46204, (317) 632-9411 to make arrangements.
2. Return completed copies for filing.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (505) 346-7274 | DATE 6/28/06 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve No. 28 | Signature of Authorized USMS Deputy or Clerk | Date 07/10/06 |
|---|---|---|---|---|---|
| | 1 | No. | | M. Records | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 7-11-06 / Time 1000 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 45.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Subject vehicle returned to Claimant Greg Hill on 06/28/06 along with a Seized Property Custodial Agreement signed by claimant and USMS. (M. Records) 07/11/06