IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED

UNITED STATES OF AMERICA,

Plaintiff

06 AUG -3  AM 10: 44

CLERK-ALBUQUERQUE

vs.

DANA JARVIS, et. al.
LLOYD MONTOYA,

Defendant.                    Cr. 05-1849 JH

## UNOPPOSED MOTION TO SET CONDITIONS OF RELEASE

COMES NOW, Defendant, LLOYD MONTOYA, by and through his Court appointed

Counsel, Roberto Albertorio, and hereby respectfully request this Court to grant this Unopposed

Motion to Set Conditions of Release. As grounds for this request, counsel respectfully submits

as follows:

1. Defendant's outstanding warrant in the county of Santa Fe., has been released.

2. Defendant has no extensive criminal history.

3. Defendant is a life long resident of the State of New Mexico.

4. Defendant is not a flight risk.

5. Defendant is not a danger to the community.

6. Defendant's family is supportive and will assure his compliance with any conditions

set by the Court.

617

WHEREFORE, Counsel respectfully request that this Court grant this motion with proposed conditions of release.

Respectfully submitted,

ROBERTO ALBERTORIO
Attorney for Defendant MONTOYA
P.O. Box 91387
Albuquerque, New Mexico 87199

I certify that a true copy
of this Motion was faxed
to the U.S. Attorney this
3RD. Day of August 2006

ROBERTO ALBERTORIO