IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

AUG 0 4 2006

vs.

**MATTHEW J. DYKMAN**
CLERK

DANA JARVIS, et.al.
LLOYD MONTOYA,

       Defendant.                CR. O5-1849 JH

## ORDER

**THIS MATTER,** having come before the Court on an Unopposed Motion to Set Conditions of Release, and the Court having determined that sufficient evidence exists to grant said motion, hereby grants the motion with the following conditions:

1. Defendant will be released and be required to maintain residence in New Mexico.

2. Defendant is not to communicate with any of the co-defendants.

3. Defendant is to comply with all other conditions imposed by Pre-Trial Services.

4. Defendant will meet in Albuquerque with his attorney as needed.

5. Defendant will remain free of alcohol and drugs.

6. Defendant is not to leave the jurisdiction without prior written approval.

**IT IS SO ORDERED.**

**W. Daniel Schneider**
U.S. MAGISTRATE JUDGE

619