**CLERK'S MINUTES OF HEARING**

HEARINGS BEFORE: **US MAGISTRATE JUDGE W. DANIEL SCHNEIDER**

KIND OF HEARING **SHOW CAUSE ON PRETRIAL RELEASE**

**DEFENDANTS:**

**Holly Brunner**                                                        CASE NO. **05-1849 JH**

DATE: **August 4, 2006**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**Reeve Swainston**   AUSA                          **Ken Gleria** Ret-CJA-AFPD

**Loretta Sanchez** PTS/PROB                       Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| **FTR/Gila** | | | |
| 9:14 am | Ct | | |
| | Deft | | |
| | Govt | | |
| | Deft | | |
| 9:20 am | Ct | | |

**HEARING RESULTS/FINDINGS:**

☐   Defendant waives Preliminary Hearing ☐ and Grand Jury Presentment

☐   Defendant stipulates to detention at this time.

☐   Court finds probable cause.

☐   Defendant(s) in custody

**X**   Conditions of Release set at: **release to La Pasada Halfway House**

**X**   Other: deft admits violation; pretrial requests custody; Court orders release to La Pasada, zero tolerance.