UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                                                                                                                                                         No. CR 05-1849 JH

DANA JARVIS,

       Defendant.

## MINUTE ORDER

**BY DIRECTION OF THE HONORABLE JUDITH C. HERRERA.**

Please be advised that the hearing on pending motions scheduled for **August 10, 2006 at 1:30 p.m**., has been **vacated** and **rescheduled** to **August 11, 2006, beginning at 9:00 a.m**. and concluding at **12:00 p.m.** in the Pete V. Domenici Courthouse, 333 Lomas Blvd. NW, Brazos Courtroom, 5th floor, Albuquerque, New Mexico.

Inquiries regarding this notice should be directed to Juan Gonzales, Relief Courtroom Deputy to the Honorable Judith C. Herrera, at 505-348-2044.

_____
MATTHEW J. DYKMAN, CLERK

A true copy of this notice was served--via mail or
electronic means--to counsel of record as they are shown on the Court's Docket.

To obtain daily information regarding Court settings please refer to the court calendar
which can be accessed through the Court's website at www.nmcourt.fed.us/dcdocs/