# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs )<br>)<br>RAFAL MISTRZAK, )<br>)<br>Defendant. ) | Number CR-051849 JH |

## MOTION TO JOIN CJA ATTORNEY MOTIONS

COMES NOW, Rafal Mistrzak, by and through his counsel of record, Rudolph B. Chavez, and moves this Court for an Order allowing Rafal Mistrzak's private counsel to join with the CJA attorneys in any motion filed from his issues related co-defendant and as grounds for therefore STATES:

1. Defendant was indicted April 28, 2006, under a superseding indictment.

2. Defendant pled not guilty on May 3, 2006.

3. Scott Davidson is the attorney coordinating motions for the CJA represented Defendants.

4. It would be in the interest of justice and for judicial economy to allow Defendant Rafal Mistrzak to join in any motions filed by the CJA defense attorneys.

5. Concurrence from James R. W. Braun was sought and given on July 26, 2006, telephonically.

WHEREFORE, Defendant Rafal Mistrzak prays for an Order, from this Court, allowing his counsel to join in motions filed by the CJA represented Defendants.

Respectfully submitted,

<u>S/ original signature on file</u>
**RUDOLPH B. CHAVEZ**
Attorney for Respondent
2014 Central Avenue SW
Albuquerque, New Mexico 87104
Telephone: (505) 242-5500

I HEREBY CERTIFY that a true and correct
copy of the foregoing was mailed/faxed/delivered
to all parties of interest this 9th  day
of August, 2006.

_____
**RUDOLPH B. CHAVEZ**