IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. 05-CR-1849-JH |
| | § | |
| DANA JARVIS, *et al,* | § | ***EXPEDITED RULING REQUESTED*** |
| | § | |
| Defendants. | § | |

**UNOPPOSED MOTION BY DEFENDANT GREG HILL TO BE PERMITTED
TO TRAVEL AUGUST 31 - SEPTEMBER 19, 2006**

Defendant GREG HILL, by his undersigned counsel, hereby moves this

Honorable Court to permit him to travel to Frisco, North Carolina, from August 31

through September 19, 2006, in order to work as a visiting therapist at the In Touch

Massage and Wellness Center, and to teach classes there.  The grounds for this Motion

are:

1.       Pursuant to the current terms and conditions of release, Mr. Hill is

prohibited from traveling outside the state of Indiana.

3.       Mr. Hill is a licensed Reiki therapist.  Mr. Hill has the opportunity to earn

money by providing therapy and teaching classes at the In Touch Massage and Wellness

Center.  Mr. Hill has received an offer from Dhanyo Merillat-Bowers, which is attached

to this motion as Exhibit A.

3.      Undersigned counsel has contacted Mr. Hill's assigned Pre-trial Services Agency Officer in Indiana, Mark Cosner, and Mr. Cosner stated that he has no objection to Mr. Hill traveling out of state on the specified dates.  See, Exhibit B.

4.      Undersigned counsel has contacted Assistant United States Attorney James Tierney, and Mr. Tierney has stated he has no objection to Mr. Hill traveling out of state on the specified dates, given Pretrial Services' position.

Based on the foregoing, Mr. Hill requests this Honorable Court enter an Order permitting him to travel out of state to Frisco, North Carolina, from August 31 through September 19, 2006, to work at the In Touch Massage and Wellness Center.

Respectfully submitted,

   *electronically filed*
KARI CONVERSE
2001 Carlisle Blvd. NE #E
Albuquerque, New Mexico 87110
(505) 262-8597
Fax (505) 262-1730
*Counsel for Mr. Hill*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2006, I served a true and correct copy of the joinder on the following individuals at the following addresses, by fax, or by e-mail at their e-mail addresses of record:

James Braun, AUSA
P.O. Box 607
Albuquerque, NM 87103
*Counsel for the government*

Joe M. Romero Jr
1905 Lomas Blvd. NW
Albuquerque, NM 87104-1207
*Counsel for Dana Jarvis*

Penni Adrian
Adrian & Associates PC
4300 Carlisle Blvd. NE, Suite 4
Albuquerque, NM 87107
*Counsel for Russell Trujillo*

Zubair Aslamy
Aslamy, Workman & Carpenter, P.C.
1414 W. Broadway Road, Suite 122
Tempe, Arizona 85282

Jerry D. Herrera
509 13th St. SW
Albuquerque, NM 87102
*Counsel for David Reid*

Stephen D. Aarons
PO Box 1027/ 300 Catron St
Santa Fe, NM 87504-1027
*Counsel for Matthew Hothan*

Jason Bowles
PO Box 25186
201 3rd NW, Ste. 1370
Albuquerque, NM 87125-5186
*Counsel for George Ripley*

Kirtan K. Khalsa
Fine Law Firm
220 9th St. NW
Albuquerque, NM 87102-3026
*Counsel for Sam Jones*

Jason D. Lamm
300 E. Missouri, Ste B-200
Phoenix, AZ 85014-3203
*Counsel for Salvador Abeyta*

Martin Lopez III
1500 Mountain Rd., NW
Albuquerque, NM 87104-1359
*Counsel for Geno Berthod*

Timothy M. Padilla
Timothy M. Padilla & Associates
1412 Lomas Blvd. NW
Albuquerque, NM 87104-1236
*Counsel for Manuel Gil-Vasquez*

John Robbenhaar
1011 Lomas NW
Albuquerque, NM  87102
*Counsel for Ayla Jarvis*

Robert Cooper
1011 Lomas NW
Albuquerque, NM  87102
*Counsel for Adrian Sanford*

Roberto Albertorio
P.O. Box 91387
Albuquerque, NM 87199-1387
*Counsel for Lloyd Montoya*

Chuck Aspinwall
P.O. Box 984
Los Lunas, NM 87031-0984
*Counsel for John Patrick Nieto*

Scott Davidson
204 Bryn Mawr NE
Albuquerque, NM 87106
*Motions for all CJA defendants*

Bob Gorence
201 12 ST NW
Albuquerque, NM 87106
*Counsel for Dennis Wilson*

Todd Hotchkiss
P.O. Box 26807
Albuquerque, NM 87125-6907
*Counsel for Dakota Fitzner*

John Samore
P.O. Box 1993
Albuquerque, NM 87103-1993
*Counsel for Melania Kirwin*

Ann Steinmetz
Box 4305
Albuquerque, NM 87196-4305
*Counsel for Mary Cannant*

AUG 11,2006 14:42                    2097868562                         Page 1



In Touch Massage & Wellness Center
50840 Hwy. 12
Frisco, NC 27936
(252) 995-4067

Greg Hill
3900 E. Ramp Creek Rd
Bloomington IN 47401

Dear Greg,

I am looking for someone to take the place of a vacationing therapist at In Touch Massage &
Wellness Center in Frisco, N.C. from September 1st- 18th and was wondering if you might be
available during that time frame. It would be great to have you here and would enable us to offer our
clients an opportunity to experience the possibilities that Touch for Health holds. If you would be
open to teaching, I would also like to offer a couple of TFH classes while you are here, one for
beginners as an intro to TFH and one to help practitioners like myself refine their skills.

I realize this is short notice but please let me know as soon as possible if you are available as I need to
have some one in place by the 1st of September.

Thank You,

Dhanyo Merillat - Bowers

Dhanyo Merillat-Bowers
August 11, 2006

Exhibit A

*MOTION FOR OUT OF STATE TRAVEL*
*UNITED STATES V. JARVIS, ET AL.*                                    *PAGE 5*

Greg Hill

**Subject:** Greg Hill
**From:** Mark_Cosner@insd.uscourts.gov
**Date:** Mon, 14 Aug 2006 16:51:27 -0400
**To:** kariconverse@earthlink.net

Carrie,

Greg has adjusted well to pretrial supervision. He has been 100% compliant with his conditions of release and has followed all directives. He reports in a timely manner and all urine screens have been negative for drugs since his release. In consideration of these facts, I have no reservations regarding his request to travel to the east coast in order to teach for 2 weeks. He may be required to report to a local office where he is staying and it will be necessary that he provide all contact information to me while he is there.

 *Mark Cosner*
*U.S. Probation Officer*
*Southern District of Indiana*
*(812) 334-4212*

8/14/2006 4:08 PM

Exhibit B

*MOTION FOR OUT OF STATE TRAVEL*
*UNITED STATES V. JARVIS, ET AL.*                                     *PAGE 6*