IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,   §<br>§<br>Plaintiff,   §<br>§<br>vs.   §<br>§<br>DANA JARVIS, *et al,*   §<br>§<br>Defendants.   | Cause No. 05-CR-1849-JH |

**ORDER MODIFYING CONDITIONS OF RELEASE**

THIS MATTER having come before the Court on Defendant Greg Hill's Unopposed Motion to Travel, and the Court being fully advised that neither the Government nor Pretrial Services have objection to the requested modification,

IT IS HEREBY ORDERED that the Greg Hill will be permitted to travel from Indiana to Frisco, North Carolina, from August 31, 2006 through September 19, 2006.

_____
HON. JUDITH HERRERA
UNITED STATES DISTRICT JUDGE

Submitted by:

  *Kari Converse*
Counsel for Mr. Hill

*Approved by:*
James Tierney, AUSA
Mark Cofner, Pretrial Services Officer