**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 17 2006

MATTHEW J. DYKMAN
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. 05-CR-1849-JH |
| | § | |
| DANA JARVIS, et al. | § | |
| | § | |
| Defendants. | | |

### ORDER MODIFYING CONDITIONS OF RELEASE

THIS MATTER having come before the Court on Defendant Greg Hill's Unopposed Motion to Travel, and the Court being fully advised that neither the Government nor Pretrial Services have objection to the requested modification,

IT IS HEREBY ORDERED that the Greg Hill will be permitted to travel from Indiana to Frisco, North Carolina, from August 31, 2006 through September 19, 2006.

_____
HON. JUDITH HERRERA
UNITED STATES DISTRICT JUDGE

Submitted by:

_Kari Converse_
Counsel for Mr. Hill

*Approved by:*
James Tierney, AUSA
Mark Cofner, Pretrial Services Officer

647