IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| DANA JARVIS, ) | |
| ) | |
| Defendant. ) | |

ORDER EXTENDING UNITED STATES'
TIME TO RESPOND TO DEFENDANT'S MOTION TO EXCLUDE

THIS MATTER having come before the Court upon the United States' unopposed motion for an extension of time in which to respond to defendant Dana Jarvis' motion to exclude filed August 3, 2006, and the Court being otherwise fully advised in the premises FINDS that the motion is well taken and should be granted.

NOW, THEREFORE, it is hereby ordered that the United States' response to the defendant's Motion to Exclude Consideration of the Contents Specific Wiretapped Phone Call at Any Future Proceeding, filed August 3, 2006, shall be due when its response to all motions to suppress is due.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
STEPHEN R. KOTZ
Assistant U.S. Attorney