IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  CR 05-1849 JH

RAFAL MISTRZAK,

    Defendant.

**ORDER**

The Defendant's Motion to Join CJA Attorney Motions [623], filed August 9, 2006, is hereby **GRANTED.**

**SO ORDERED.**

 

_____
UNITED STATES DISTRICT JUDGE