**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AUG 2 9 2006

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANA JARVIS, et al.,

Defendants.

MATTHEW J. DYKMAN
CLERK

No. CR 05-1849 JH

**ORDER GRANTING DEFENDANT TRUJILLO'S UNOPPOSED MOTION
FOR LEAVE TO FILE STIPULATION FOR SUBSTITUTION OF
PROPERTY SUBJECT TO FORFEITURE**

THIS MATTER HAVING COME BEFORE THIS COURT UPON Defendant Russell

Trujillo's Unopposed Motion for Leave to File Stipulation for Substitution of Property Subject to

Forfeiture,, the Court having noted the concurrence of the Assistant United States Attorney, having

reviewed the pleadings, and being otherwise fully apprised of the premises therein, THE COURT

FINDS the filing of the Stipulation for Substitution of Property Subject to Forfeiture is in the interest

of justice, is well taken and should be granted. NOW THEREFORE

IT IS ORDERED defendant Russell Trujillo is hereby granted leave to file a Stipulation for

Substitution of Property Subject to Forfeiture herein.

THE HONORABLE JUDITH C HERRERA
U.S. DISTRICT COURT JUDGE

SUBMITTED BY:

_Electronically Filed_
Penni Adrian
*Counsel for Russell Trujillo*

APPROVED BY:

_Telephonically Approved 8/24/06_
Steve Kotz
*Assistant United States Attorney*

662