IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

VS.                          CR NO.  05-1849 JH

JORGE LUIS ORTIZ-MOFFETT,

       Defendants.

## NOTICE OF HEARING

**BY THE DIRECTION OF THE HONORABLE JUDITH C. HERRERA:**

Please take notice that a hearing on the Defendant's "Motion for Reconsideration of Order of Detention" [651], filed August 21, 2006, is hereby scheduled for **SEPTEMBER 14, 2006 AT 2:30 P.M.** before the Honorable Judith C. Herrera, at the U.S. Courthouse, Brazos Courtroom–5th Floor, 333 Lomas N.W., **Albuquerque**, New Mexico.

Any inquiries regarding this setting should be directed to Lincoln Sorrell, Courtroom Deputy to Judge Judith C. Herrera at 348-2398.  The defense attorney(s) shall notify the Court no later than two (2) days before the hearing if a Spanish or other language interpreter is needed.

MATTHEW J. DYKMAN,  Clerk of Court

**A copy of this was notice was mailed or electronically transmitted
to all counsel of record as they are reflected on the Court's docket.**