IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

VS.                                             CR NO.  05-1849 JH

DANA JARVIS,

       Defendant.

## NOTICE OF HEARING

**BY THE DIRECTION OF THE HONORABLE JUDITH C. HERRERA:**

     Please take notice that a hearing on the following motions is hereby scheduled for **SEPTEMBER 20, 2006 AT 2:00 P.M.** before the Honorable Judith C. Herrera, at the U.S. Courthouse, Brazos Courtroom–5th Floor, 333 Lomas N.W., Albuquerque, New Mexico.

**Total time allotted for this hearing is 90 minutes.  Counsel shall prepare accordingly.**

Any inquiries regarding this setting should be directed to Lincoln Sorrell, Courtroom Deputy to Judge Judith C. Herrera at 348-2398.  The defense attorney(s) shall notify the Court no later than two (2) days before the hearing if a Spanish or other language interpreter is needed.

                               MATTHEW J. DYKMAN,  Clerk of Court

**A copy of this was notice was mailed or electronically transmitted
to all counsel of record as they are reflected on the Court's docket.**

    1. MOTION for interlocutory sale of real property & liquor license number 2599 by USA as to Dana Jarvis [664], filed 8-30-06
    2. MOTION to vacate protective order by Dana Jarvis [537], filed 6-22-06
    3. MOTION by USA for Order to Show Cause Why Protective Order Should Not Be Vacated [459], filed May 10, 2006. [Note: Hearing on this matter began on June 16, 2006 and resumed on June 22, 2006.  The motion was held in abeyance for 60 days.  This is a resumption of that hearing.]