IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         Cr. No. 05-1849 JH

DANA JARVIS,

        Defendant.

## SEALED ORDER

This matter is before the Court on a motion by Defendant Dana Jarvis: *Emergency Sealed Petition to Halt U.S. Marshals Service Transfer of Defendant Jarvis from RCC to Torrance County* [Doc. No. 667]. On September 12, 2006, the Court held an evidentiary hearing on the motion at which Defendant was present. After considering the arguments of counsel, the testimony, and the law, the Court concludes that the motion should be denied.

**IT IS THEREFORE ORDERED** that Defendant's *Emergency Sealed Petition to Halt U.S. Marshals Service Transfer of Defendant Jarvis from RCC to Torrance County* [Doc. No. 667] is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE