UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Clerk's Minutes
Before the Honorable Judith C. Herrera

| | | | |
|---|---|---|---|
| USA vs. | Jorge Luis Ortiz-Moffett | Case No. | CR 05-1849 JH |
| Date: | September 14, 2006 | | |
| Courtroom Clerk: | Lincoln Sorrell | Court Reporter: | Paul Baca |
| Court in Session: | 2:37 p.m. | Court in Recess: | |

Type of Proceeding:   Appeal of Detention Order hearing [651]

Court's Rulings/Disposition:   **Motion denied**

Order Consistent with Court's Ruling to be Prepared by:

Deadline for Submission of Order to Court:

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):

**James Braun**                               **Armand Salese**

Proceedings:

Court in Session:

| | |
|---|---|
| **2:37 p.m.** | Court in session; Mr. Salese for defendant argues in support of appeal of detention order. Propose 100,000.00 property bond for release. |
| **2:44 p.m.** | Government (Mr. Braun) argues in opposition to release. |
| **2:47 p.m.** | Court: After review of submission and arguments, finds that defendant poses risk of non-appearance and is danger to community. Motion is denied. |