IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                        CR 05-1849 JH

JORGE LUIS ORTIZ-MOFFETT,

    Defendant.

### ORDER

**THIS MATTER** is before the Court upon the defendant's Motion for Reconsideration of Order of Detention [651], filed August 21, 2006. After review of the parties' written submissions and consideration of arguments of counsel at a hearing on September 14, 2006, the Court finds the motion not well-taken and will deny it.

**WHEREFORE,**

**IT IS ORDERED** that the defendant's Motion for Reconsideration of Order of Detention [651], filed August 21, 2006 be, and hereby is, **DENIED**.

_____
UNITED STATES DISTRICT JUDGE

-1-