UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BY THE DIRECTION OF THE HONORABLE JUDITH HERRERA:

# NOTICE OF RESCHEDULED SETTING

**Case Number and Caption:** CR 05-1849 JH USA v. Jarvis, et al.

**Type of Hearing: Motions hearing on the following motions:**
1. MOTION for interlocutory sale of real property & liquor license number 2599 by USA as to Dana Jarvis [664], filed 8-30-06
2. MOTION to vacate protective order by Dana Jarvis [537], filed 6-22-06
3. MOTION by USA for Order to Show Cause Why Protective Order Should Not Be Vacated [459], filed May 10, 2006. [Note: Hearing on this matter began on June 16, 2006 and resumed on June 22, 2006. The motion was held in abeyance for 60 days. This is a resumption of that hearing.]

**Hearing rescheduled from: September 20, 2006**

**HEARING RESCHEDULED TO: OCTOBER 26, 2006 AT 1:30 P.M.**

Location:    Brazos Courtroom--5th Floor
             333 Lomas Blvd. N.W.
             Albuquerque, New Mexico 87102

Inquiries regarding this notice should be directed to Lincoln Sorrell, Courtroom Deputy to Judge Herrera, at 348-2398.

                                        MATTHEW J. DYKMAN, Clerk of Court

                                        _____

**A copy of this was notice was mailed or electronically transmitted to all counsel of record as they are reflected on the Court's docket.**