UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Clerk's Minutes
Before the Honorable Judith C. Herrera

| | | | |
|---|---|---|---|
| USA vs. | **Dana Jarvis, et al.** | Case No. | 05-1849 JH |
| Date: | August 11, 2006 | | |
| Courtroom Clerk: | Lincoln Sorrell | Court Reporter: | Paul Baca |
| Court in Session: | 9:35 p.m. | Court in Recess: | 11:30 a.m. |

Type of Proceeding:   MOTION for the court to reconsider or modify its order denying deft's mtn for release of funds by Dana Jarvis [500]

MOTION for reconsideration of order denying deft's mtn to end unconstitutional conditions of confinement by Dana Jarvis [499]

Court's Rulings/Disposition:   **Motion [499] denied; Motion [500] taken under advisement**

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):

**Steve Kotz**                                **Joe Romero**

Proceedings:

Court in Session:

| | |
|---|---|
| **9:35 a.m.** | Court in session; Romero argues in support of motion to reconsider release of funds [500]; response; reply.   Defendant calls **BRUCE CAIRD**; sworn; testifies re: lis pendens affect on property |
| **9:55 a.m.** | Court addresses Motion to end unconstitutional conditions of confinement [499]; defense calls psychologist **DR. ROBERT COLBY**; sworn; direct exam |
| **10:32 a.m.** | Cross exam by Kotz |
| **10:35 a.m.** | Redirect by Romero |
| **11:06 a.m.** | Additional argument by opposing counsel |
| **11:15 a.m.** | Court hears from DUSM Lee Bowman re: detainees' access to telephones |
| **11:30 a.m.** | Court in recess. |