## Receipt for Trial Exhibits

Date: September 13, 2006

Number: CR 05-1849 JH

Case Caption: USA v. Jarvis, et al.,

I, __Paul T. Romero__, received the defendant's exhibits 1, 4 (pgs. 1-3), offered but not made part of the record at the hearing on August 11, 2006, from the undersigned Court employee.

Signed: _____  Date: 9-20-06

Deputy clerk/Court employee: _____  Date: 9-20-06

690