IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANA JARVIS, et al.

    Defendants.

CR NO. 05-1849-JH

## NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will not be available for hearings in this matter from October 19, 2006 through October 23, 2006.

Respectfully submitted,

**MARTIN LOPEZ, III**
A Professional Corporation

_____
Martin Lopez, III
Attorney for Defendant Berthod
1500 Mountain Rd. NW
Albuquerque, New Mexico 87104
Tele: (505) 243-2900
Fax: (505) 243-6339

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via facsimile to Assistant U. S. Attorney James Braun on this 29th day of September, 2006.

_____
Martin Lopez, III