# AMENDED TRANSCRIPT ORDER FORM

**PART I - To be completed by appellant within ten days of filing the notice of appeal**

Short Title: **United States v. Dana Jarvis**        District: **New Mexico**

District Court Number: **CR 05-1849**        Circuit Court Number: **06-2264**
Name of Attorney: **Joe M. Romero, Jr.**
　　Name of Law Firm: **Romero Law, P.C.**
　　Address of Firm: **1905 Lomas Blvd. NW Albuquerque, New Mexico 87104**
　　Telephone of Firm: **(505) 843-9776**
Attorneys for: **Dana Jarvis, Defendant/Appellant**

Court Reporter: **Paul Baca**        Telephone of Reporter: **(505) 843-9241**

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

06 OCT -5 PM 4: 12

CLERK-ALBUQUERQUE

---

**PART II - COMPLETE SECTION A OR SECTION B**

## SECTION B - I HEREBY ORDER THE FOLLOWING ADDITIONAL TRANSCRIPTS:

1. Transcript of Proceedings held on August 11, 2006 [already ordered]
2. Transcript of Proceedings held on February 23, 2006
3. Transcript of Proceedings held on January 19, 2006

**I HEREBY CANCEL THE ORDER FOR THE FOLLOWING TRANSCRIPT:**

1. Transcript of Proceedings held on September 12, 2006 [irrelevant to appeal]]

**[X] This case is proceeding under the Criminal Justice Act.**

NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

## CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney: _____        Date: 10/5/2006

---

**PART III - TO BE COMPLETED BY THE COURT REPORTER**
*Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.*

Date arrangements for payment completed: _____

Estimated completion date: _____

Estimated number of pages: _____

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____        Date: _____