# UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES<br>    Plaintiff-Appellant,<br>v.<br>DANA JARVIS<br>    Defendant-Appellant. | District Court No. CR 05-1849 JH<br><br>Court of Appeals No. 06-2264 |

### DESIGNATION OF RECORD

Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

| **Entered On** | **Docket No.*** |
|---|---|
| 1. 9/05/06 | 666 |
| 2. 8/21/06 | 654 |
| 3. 7/18/06 | 574 |
| 4. 6/13/06 | 523 |
| 5. 5/30/06 | 500 |
| 6. 4/27/06 | 414 |
| 7. 3/13/06 | 373 |
| 8. 2/21/06 | 344 |
| 9. 2/03/06 | 338 |
| 10. 01/09/06 | 314 |
| 11. 08/24/05 | 1 |

**FILED**
At Albuquerque NM

OCT 5 2006

MATTHEW J. DYKMAN
CLERK

*District Court Docket Sheets Attached with designated items.*

---

The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Transcript of Proceedings; August 11, 2006 pp. 3-21.
2. Transcript of Proceedings; February 23, 2006 pp. 23-35.
3. Transcript of Proceedings; January 19, 2006 pp. [transcript on order]

Signature: JOE M. ROMERO, JR

Counsel for: <u>DANA JARVIS, DEFENDANT/APPELLANT</u>

I hereby certify that a copy of this designation, with docket sheets attached, was mailed on opposing counsel and the clerk of the court of appeals on this 4th day of October, 2006

Signature: