UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**UNITED STATES** OF AMERICA,
     *Plaintiff,*

v.           № 1:0**5cr**0**1849**-15 JH

DANA **JARVIS**, et al, ,
     *Defendants.*

**NOTICE OF JOINDER IN MOTION TO DISMISS FORFEITURE**

1. TAKE NOTICE that Defendant Hothan joins in the relief requested in *Defendant*'s *Joint Motion to Dismiss the Forfeiture Allegation or, in the Alternative, Motion for Bill of Particulars* as filed by defendant Jarvis on 6 October 2006. *See Doc. 697.*

WHEREFORE defendant Hothan requests that the court GRANT:

A. The relief requested in the motion; and,

B. Such further relief as justice requires.

      */s/ Electronically filed*
      Stephen D Aarons
      Counsel for Defendant Hothan
      300 Catron Street, Suite A
      PO Box 1027
      Santa Fé NM 87504-1027
      505/984-1100; Fax: 505/984-1110

Certificate of Service

On the date of filing I caused an electronic copy of this pleading to be transmitted to the following counsel of record:

| James Braun<br>US Attorney, District of New Mexico<br>Post Office Box 607<br>Albuquerque NM 87103-0607 | */s/* Stephen D Aarons<br>Counsel for Defendant Hothan |