IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       )<br>           Plaintiff, )<br>       ) | CRIMINAL NO.  05-1849 JH |
| vs. )<br>       )<br>DANA JARVIS, et al. )<br>       )<br>           Defendant. ) | |

ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Testificandum directed to the Metropolitan Detention Center, 415 Roma NW, Albuquerque, New Mexico, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Testificandum directing the said Metropolitan Detention Center, 415 Roma NW, Albuquerque, New Mexico, to surrender Jay Lambros to the United States Marshal and/or his representative for the District of New Mexico in order that the said Jay Lambros may be taken to Albuquerque, New Mexico, for a motion hearing, to testify as a witness in the above-captioned case on October 26, 2006, at 1:30 p.m., and the said United States Marshal or his authorized representative is hereby directed to return the said Jay Lambros to the custody of the aforementioned Metropolitan Detention Center, 415 Roma NW, Albuquerque, New Mexico when his presence is no longer required before said Court.

_____
UNITED STATES DISTRICT JUDGE