IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | CRIMINAL NO.  05-1849 JH |
| vs.            ) | |
| ) | |
| DANA JARVIS, et al.            ) | |
| ) | |
| Defendant.            ) | |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   Metropolitan Detention Center, 415 Roma NW, Albuquerque, New Mexico or, the United States Marshal or his authorized representative

GREETINGS:

You are hereby commanded to deliver the body of Jay Lambros, a prisoner in your custody in Metropolitan Detention Center, 415 Roma NW, Albuquerque, New Mexico to the United States Marshal or his Deputy, Albuquerque, New Mexico.

You are hereby further commanded to deliver the body of said Jay Lambros to the United States Marshal for the District of New Mexico or his representative on or before October 26, 2006, for a motion hearing, said Jay Lambros to remain in the custody of the said United States Marshal or his authorized representative until his presence is no longer required and then he is to be returned to your custody.

WITNESS the Honorable _____, Judge of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico, this ___ day of _____.

MATTHEW DYKMAN, Clerk

_____
UNITED STATES DISTRICT JUDGE