FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 17 2006

MATTHEW J. DYKMAN
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) CRIMINAL NO. 05-1849 JH |
| vs. | ) ) |
| DANA JARVIS, et al. | ) ) |
| Defendant. | ) |

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Testificandum directed to the Metropolitan Detention Center, 415 Roma NW, Albuquerque, New Mexico, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Testificandum directing the said Metropolitan Detention Center, 415 Roma NW, Albuquerque, New Mexico, to surrender Jay Lambros to the United States Marshal and/or his representative for the District of New Mexico in order that the said Jay Lambros may be taken to Albuquerque, New Mexico, for a motion hearing, to testify as a witness in the above-captioned case on October 26, 2006, at 1:30 p.m., and the said United States Marshal or his authorized representative is hereby directed to return the said Jay Lambros to the custody of the aforementioned Metropolitan Detention Center, 415 Roma NW, Albuquerque, New Mexico when his presence is no longer required before said Court.

UNITED STATES DISTRICT JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 05-1849 JH |
| vs. ) | |
| ) | |
| DANA JARVIS, et al. ) | |
| ) | |
| Defendant. ) | |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: Metropolitan Detention Center, 415 Roma NW, Albuquerque, New Mexico or, the United States Marshal or his authorized representative

### GREETINGS:

You are hereby commanded to deliver the body of Jay Lambros, a prisoner in your custody in Metropolitan Detention Center, 415 Roma NW, Albuquerque, New Mexico to the United States Marshal or his Deputy, Albuquerque, New Mexico.

You are hereby further commanded to deliver the body of said Jay Lambros to the United States Marshal for the District of New Mexico or his representative on or before October 26, 2006, for a motion hearing, said Jay Lambros to remain in the custody of the said United States Marshal or his authorized representative until his presence is no longer required and then he is to be returned to your custody.

WITNESS the Honorable **LORENZO F. GARCIA**, Judge of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico, this _17th_ day of _October, 2006_.

MATTHEW DYKMAN, Clerk

_____
UNITED STATES DISTRICT JUDGE