IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**THE UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                                                   **No. CR 05-1849 JH**

**DANA JARVIS,** *et al.,*

    **Defendants.**

### DEFENDANT DANA JARVIS' DEMAND FOR JURY TRIAL ON FORFEITURE ALLEGATION PURSUANT TO FED. R. CRIM. P. 32.2(b)(4)

Defendant Dana Jarvis, through counsel of record, Joe M. Romero, Jr. and Jody Neal-Post, hereby makes demand of bifurcation of guilt and forfeitability pursuant to Fed. R. Crim. P. 32.2(b)(4), and for retention of the jury subsequent to any return of a verdict of guilty, such that the jury determines the requisite nexus between any property alleged forfeitable and any offenses found committed by Defendant Dana Jarvis.

Respectfully submitted:

By: _____
Joe M. Romero, Jr.
Co-Counsel for Defendant Jarvis
1905 Lomas NW
Albuquerque, NM 87104
(505) 843-9776

By: _____

                                      Jody Neal-Post, Esq.
                                      Co-Counsel for Defendant Jarvis
                                      317 Amherst SE
                                      Albuquerque, NM  87106
                                      (505) 268-7263

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this  17 th day of October, 2006, I served a true and correct copy of Defendant Dana Jarvis' Jury Demand Pursuant to Fed. R. Crim. P. 32.2(b)(4) by U.S. mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Stephen Kotz, Esq.
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico  87102

                                        _____
                                        Joe M. Romero, Jr.