IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. 05-CR-1849-JH |
| | § | |
| DANA JARVIS, *et al,* | § | |
| | § | |
| Defendants. | | |

**JOINDER IN DEFENDANTS' JOINT MOTION
TO DISMISS OR IN THE ALTERNATIVE,
FOR A BILL OF PARTICULARS**

Greg Hill, by his undersigned counsel, hereby joins in the motion filed by the CJA defendants on October 6, 2006, seeking to dismiss the forfeiture allegation, or in the alternative for a bill of particulars (Doc. 697), and would add to the items sought to be seized referenced in Paragraph 2 the $40,000 seized from 3900 Ramp Creek Road, Bloomington, Indiana.

Respectfully submitted,

*electronically filed*
KARI CONVERSE
2001 Carlisle Blvd. NE #E
Albuquerque, New Mexico 87110
(505) 262-8597
Fax (505) 262-1730
*Counsel for Mr. Hill*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joinder in Motion was served on James Braun, Assistant United States Attorney, P.O. Box 607, Albuquerque, New Mexico, 87103, on October 19, 2006.

*electronically filed*
KARI CONVERSE