IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| vs. | § | Cause No. 05-CR-1849-JH |
| DANA JARVIS, *et al,* | § § § | |
| Defendants. | § § | |

**DEFENDANT GREG HILL'S DEMAND FOR JURY TRIAL ON FORFEITURE ALLEGATION PURSUANT TO FED. R. CRIM. P. 32.2(b)(4)**

Defendant Greg Hill, through his undersigned counsel, hereby makes demand of bifurcation of guilt and forfeitability pursuant to Fed. R. Crim. P. 32.2(b)(4), and for retention of the jury subsequent to any return of a verdict of guilty, such that the jury determines the requisite nexus between any property alleged forfeitable and any offenses found committed by Defendant Greg Hill.

Respectfully submitted,

*electronically filed*
KARI CONVERSE
2001 Carlisle Blvd. NE #E
Albuquerque, New Mexico 87110
(505) 262-8597
Fax (505) 262-1730
*Counsel for Mr. Hill*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joinder in Motion was served on James Braun, Assistant United States Attorney, P.O. Box 607, Albuquerque, New Mexico, 87103, on October 19, 2006.

*electronically filed*
KARI CONVERSE