IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      Plaintiff,

    vs.                              **CASE NO. 05-1849 JH**

**RUSSELL TRUJILLO,**

      Defendant.

### NOTICE OF HEARING

TO:

| Dawn (Penni) Adrian, Esq.<br>P. O. Box 21576<br>Albuquerque, NM 87154-1576 | James Braun, Esq.<br>Assistant U.S. Attorney<br>P. O. Box 607<br>Albuquerque, NM 87103 |
|---|---|

      **PLEASE TAKE NOTICE** that a **FELONY PLEA** has been set in the above matter for **WEDNESDAY, OCTOBER 25, 2006, at 10:30 A.M.,** before the Honorable Lorenzo F. Garcia, Pecos Courtroom, Third Floor, 333 Lomas N.W., Albuquerque, New Mexico.

      **PLEASE NOTE** the Defendant and counsel must be available for interview by the U.S. Probation Office immediately following the Plea hearing.

                                                            MATTHEW J. DYKMAN, Clerk
                                                          United States District Court

      **Please direct all inquires to:**    Mary Archuleta
                                                             Courtroom Deputy
                                                             Telephone: (505) 348-2051

              A true copy of this notice/order was served--via facsimile transmission
     mail, or electronic means--to counsel of record as they are shown on the Court's docket.

cc:      U. S. Probation
          U. S. Pretrial