IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                  No. CR 05-1849 JH

DANA JARVIS, *et al*.,

      Defendants.

### DEFENDANT AYLA JARVIS' NOTICE OF JOINDER
### AS TO
### DANA JARVIS' DEMAND FOR JURY TRIAL ON FORFEITURE ALLEGATION
### PURSUANT TO FED. R. CRIM. P. 32.2(b)(4)

      Defendant Ayla Jarvis, through counsel of record, John F. Robbenhaar, hereby submits this Notice of Joinder as to Defendant Dana Jarvis' demand of bifurcation of guilt and forfeitability pursuant to Fed. R. Crim. P. 32.2(b)(4), and for retention of the jury subsequent to any return of a verdict of guilty, such that the jury determines the requisite nexus between any property alleged forfeitable and any offenses found committed by the Defendant Ayla Jarvis.

      Respectfully submitted:

Filed Electronically
JOHN F. ROBBENHAAR
Counsel for Defendant Ayla Jarvis
1011 Lomas NW
Albuquerque, NM  87102
(505) 242-1950

### CERTIFICATE OF SERVICE

      I hereby certify that on this 20 th day of October, 2006, I served a true and correct copy of *Defendant Ayla Jarvis' Notice of Joinder as to Dana Jarvis' Demand for Jury Trial on Forfeiture Allegation*

1

*Pursuant to Fed. R. Crim. P. 32.2(b)(4)* by U.S. mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87102

                                        <u>Filed Electronically</u>
                                        JOHN F. ROBBENHAAR