IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    **Plaintiff,**

vs.                              No. CR 05-1849 JH

DANA JARVIS, *et al.*,

    **Defendants.**

### DEFENDANT AYLA JARVIS' NOTICE OF JOINDER
### AS TO
### DEFENDANT GREG HILL'S MOTION FOR DETERMINATION
### OF ADMISSIBILITY OF CO-CONSPIRATORS' STATEMENTS

Defendant Ayla Jarvis, through counsel of record, John F. Robbenhaar, hereby submits this Notice of Joinder as to *Defendant Greg Hill's Motion for Determination of Admissibility of Co-Conspirators' Statements*, filed on or about October 19, 2006.

                                                       Respectfully submitted:

                                                       <u>Filed Electronically</u>
                                                       JOHN F. ROBBENHAAR
                                                       Counsel for Defendant Ayla Jarvis
                                                       1011 Lomas NW
                                                       Albuquerque, NM  87102
                                                       (505) 242-1950

### CERTIFICATE OF SERVICE

I hereby certify that on this <u>20</u> [th] day of October, 2006, I served a true and correct copy of *Defendant Ayla Jarvis' Notice of Joinder as to Defendant Greg Hill's Motion for Determination of Admissibility of Co-conspirators' Statements* by U.S. mail, postage prepaid, on counsel for the United States at the address listed below:

1

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87102

      <u>Filed Electronically</u>
      JOHN F. ROBBENHAAR