**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 5 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR No. 05-1849 JH |
| ) | |
| CATHY FITZGERALD, ) | |
| ) | |
| Defendant. ) | |

ORDER CONTINUING SENTENCING

THIS MATTER having come before the Court on the unopposed motion of the United States, and the Court being otherwise fully advised in the premises, finds that the motion is well taken and will be GRANTED.

IT IS THEREFORE ORDERED that the October 26, 2006, sentencing in this matter is hereby vacated and rescheduled on April 26, 2007 at 9:30 A.M.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

James R.W. Braun
Assistant U.S. Attorney

737