## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable Judith C. Herrera

| | | | |
|---|---|---|---|
| USA vs. | Dana Jarvis | Case No. | 05-1849 JH |
| Date: | October 26, 2006 | | |
| Courtroom Clerk: | Valerie Vigil | Court Reporter: | Paul Baca |
| Court in Session: | 1:46 p.m. | Court in Recess: | |

Type of Proceeding: **Hearing on: 1.) M/Interlocutory Sale [664]; 2.) M/Vacate Protective Order [537]; 3.) M/Order to Show Cause Why Prot. Order Should Not be Vacated [459]; 4.) Emer. Motion [691]**

Court's Rulings/Disposition:
1.) M/Interlocutory Sale [664]: Taken under advisement
2.) M/Vacate Protective Order [537]: Taken under advisement
3.) M/Order to Show Cause Why Prot. Order Should Not be Vacated [459]: Taken under advisement
4.) Emer. Motion [691]: under advisement; motion may be moot; counsel to notify chambers

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

Steve Kotz                                 Joe Romero, Jody Neal-Post, Sharon Hawk
                                           Dennis Montoya for Jay Lambros, witness

Proceedings:

Court in Session:

| | |
|---|---|
| **1:46 p.m.** | Court in session. Counsel state their appearances. |
| **1:48 p.m.** | Mr. Romero addresses emergency motion; issues regarding access to medical regimen have been addressed; remaining issues re: conditions of confinement, access to laptop computer. |
| **1:55 p.m.** | Response by Mr. Kotz. |
| **1:58 p.m.** | Mr. Romero addresses motions to vacate protective order, for interlocutory sale, and to show cause why protective order should not be vacated. |
| **2:13 p.m.** | Response by Mr. Kotz. |
| **2:32 p.m.** | Reply by Mr. Romero. |
| **2:49 p.m.** | Testimony by Brandon Cummings. Direct exam by Mr. Romero. |
| **2:57 p.m.** | Cross examination by Mr. Kotz. |
| **3:05 p.m.** | Questions by the Court for Mr. Cummings. |

| | |
|---|---|
| **3:07 p.m.** | Argument by Mr. Romero. |
| **3:09 p.m.** | Response by Mr. Kotz. |
| **3:15 p.m.** | Court orders Defendant to inform Court of any concrete proposal no later than November 3. If pafties cannot agree, Court will rule on the motions.   MOTIONS TAKEN UNDER ADVISEMENT. |
| **3:16 p.m.** | Recess. |