IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        No. CR 05-1849 JH

DANA JARVIS, *et al.*,

    Defendants.

### DEFENDANT DANA JARVIS' NOTICE OF JOINDER AS TO DEFENDANT DENNIS WILSON'S MOTION TO EXCLUDE CO-CONSPIRATOR STATEMENTS [Doc. No. 725].

Defendant Dana Jarvis, through counsel of record, Joe M. Romero, Jr. and Jody Neal-Post, hereby submits this Notice of Joinder as to *Defendant Dennis Wilsons Motion to Exclude Co-Conspirator Statements*, Doc. No. 725, filed on or about October 22, 2006.

Respectfully submitted:

*Electronically filed 10/30/06*
By: _____
    Joe M. Romero, Jr.
    Attorney for Defendant Jarvis
    1905 Lomas NW
    Albuquerque, NM 87104
    (505) 843-9776

*Electronically filed 10/30/06*
By: _____
    Jody Neal-Post
    Attorney for Defendant Jarvis
    317 Amherst SE
    Albuquerque, NM 87106
    (505) 268-7263

I hereby certify that a true and correct copy of the foregoing was mailed to opposing counsel, AUSA James Braun and Stephen Kotz, on October 30, 2006.

*Electronically filed 10/30/06*

_____
Joe M. Romero, Jr.