IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.          No. CR 05-1849 JH

DANA JARVIS, *et al.*,

    Defendants.

**DEFENDANT DANA JARVIS' NOTICE OF JOINDER
AS TO
DEFENDANT DENNIS WILSON'S MOTION FOR DISCOVERY REGARDING
PRIOR CRIMINAL ACTS BY GOVERNMENT WITNESSES [Doc. No. 726]**

    Defendant Dana Jarvis, through counsel of record, Joe M. Romero, Jr. and Jody Neal-Post, hereby submits this Notice of Joinder as to *Defendant Dennis Wilson's Motion For Discovery regarding Prior Criminal Acts by Government Witnesses*, Doc. No. 726, filed on or about October 22, 2006.

    Respectfully submitted:

*Electronically filed 10/30/06*
By: _____
    Joe M. Romero, Jr.
    Attorney for Defendant Jarvis
    1905 Lomas NW
    Albuquerque, NM 87104
    (505) 843-9776

*Electronically filed 10/30/06*
By: _____
    Jody Neal-Post
    Attorney for Defendant Jarvis
    317 Amherst SE
    Albuquerque, NM 87106
    (505) 268-7263

I hereby certify that a true and correct copy of the foregoing was mailed to opposing counsel, AUSA James Braun and Stephen Kotz, on October 30, 2006.

*Electronically filed 10/30/06*

_____

Joe M. Romero, Jr.