IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            No. CR 05-1849 JH

DANA JARVIS, *et al.*,

    Defendants.

### DEFENDANT DANA JARVIS' NOTICE OF JOINDER
### AS TO
### DEFENDANT AYLA JARVIS' MOTION FOR SEVERANCE
### [Doc. No. 714]

Defendant Dana Jarvis, through counsel of record, Joe M. Romero, Jr. and Jody Neal-Post, hereby submits this Notice of Joinder as to *Defendant Ayla Jarvis' Motion to Sever*, Doc. No. 714, filed on or about October 20, 2006.

                                                           Respectfully submitted:

                                                           *Electronically filed 10/30/06*
                                   By:   _____
                                                        Joe M. Romero, Jr.
                                                        Attorney for Defendant Jarvis
                                                        1905 Lomas NW
                                                        Albuquerque, NM 87104
                                                        (505) 843-9776

                                                          *Electronically filed 10/30/06*
                                   By:   _____
                                                        Jody Neal-Post
                                                        Attorney for Defendant Jarvis
                                                        317 Amherst SE
                                                        Albuquerque, NM  87106
                                                        (505) 268-7263

I hereby certify that a true and correct copy of the foregoing was mailed to opposing counsel, AUSA James Braun and Stephen Kotz, on October 30, 2006.

*Electronically filed 10/30/06*

_____

Joe M. Romero, Jr.