IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.                         No. CR 05-1849 JH

DANA JARVIS, *et al.*,

    Defendants.

**DEFENDANT DANA JARVIS' NOTICE OF JOINDER
AS TO
DEFENDANT DAKOTA FITZNER'S MOTION TO DISMISS COUNT I [Doc. No. 731]**

    Defendant Dana Jarvis, through counsel of record, Joe M. Romero, Jr. and Jody Neal-Post, hereby submits this Notice of Joinder as to *Defendant Dakota Fitzner's Motion to Dismiss Count I*, Doc. No. 731, filed on or about October 20, 2006.

                                              Respectfully submitted:

                                              *Electronically filed 10/30/06*
                                 By:  _____
                                              Joe M. Romero, Jr.
                                              Attorney for Defendant Jarvis
                                              1905 Lomas NW
                                              Albuquerque, NM 87104
                                              (505) 843-9776

                                              *Electronically filed 10/30/06*
                                 By:  _____
                                                Jody Neal-Post
                                              Attorney for Defendant Jarvis
                                              317 Amherst SE
                                              Albuquerque, NM  87106
                                              (505) 268-7263

I hereby certify that a true and correct copy of the foregoing was mailed to opposing counsel, AUSA James Braun and Stephen Kotz, on October 30, 2006.

*Electronically filed 10/30/06*

_____
Joe M. Romero, Jr.