IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         No. CR 05-1849 JH

DANA JARVIS, *et al.*,

    Defendants.

### DEFENDANT DANA JARVIS' NOTICE OF JOINDER AS TO DEFENDANT GEORGE RIPLEY'S MOTION FOR CO-CONSPIRATOR STATEMENTS AND ALTERNATIVELY FOR BRADY DISCLOSURE [No. 729]

      Defendant Dana Jarvis, through counsel of record, Joe M. Romero, Jr. and Jody Neal-Post, hereby submits this Notice of Joinder as to *Defendant George Ripley's Motion for CoConspirator Statements and Alternatively for Brady Disclosures*, Doc. No. 729, filed on or about October 20, 2006.

                                    Respectfully submitted:

                                    *Electronically filed 10/30/06*
                     By: _____
                          Joe M. Romero, Jr.
                          Attorney for Defendant Jarvis
                          1905 Lomas NW
                          Albuquerque, NM 87104
                          (505) 843-9776

                          *Electronically filed 10/30/06*
                   By: _____
                          Jody Neal-Post
                          Attorney for Defendant Jarvis
                          317 Amherst SE
                          Albuquerque, NM 87106
                          (505) 268-7263

I hereby certify that a true and correct copy of the foregoing was mailed to opposing counsel, AUSA James Braun and Stephen Kotz, on October 30, 2006.

*Electronically filed 10/30/06*

_____

Joe M. Romero, Jr.