IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        No. CR 05-1849 JH

DANA JARVIS, *et al.*,

    Defendants.

### DEFENDANT DANA JARVIS' NOTICE OF JOINDER
### AS TO
### DEFENDANT DENNIS WILSON'S MOTION IN LIMINE CONCERNING OPINION TESTIMONY [No. 724]

Defendant Dana Jarvis, through counsel of record, Joe M. Romero, Jr. and Jody Neal-Post, hereby submits this Notice of Joinder as to *Defendant Dennis Wilson's Motion in Limine Concerning Opinion Testimony*, Doc. No. 724, filed on or about October 22, 2006.

                                                         Respectfully submitted:

                                                         *Electronically filed 10/30/06*
                                  By:   _____
                                                         Joe M. Romero, Jr.
                                                         Attorney for Defendant Jarvis
                                                         1905 Lomas NW
                                                         Albuquerque, NM 87104
                                                         (505) 843-9776

                                                         *Electronically filed 10/30/06*
                                  By:   _____
                                                         Jody Neal-Post
                                                         Attorney for Defendant Jarvis
                                                         317 Amherst SE
                                                         Albuquerque, NM  87106
                                                         (505) 268-7263

I hereby certify that a true and correct copy of the foregoing was mailed to opposing counsel, AUSA James Braun and Stephen Kotz, on October 30, 2006.

*Electronically filed 10/30/06*

_____
Joe M. Romero, Jr.