IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                            No. CR 05-1849 JH

DANA JARVIS, *et al.*,

      Defendants.

## DEFENDANT DANA JARVIS' NOTICE OF JOINDER
## AS TO
## DEFENDANT DENNIS WILSON'S MOTION TO DISMISS INDICTMENT, OR IN THE ALTERNATIVE, A MOTION FOR A BILL OF PARTICULARS No. 728]

Defendant Dana Jarvis, through counsel of record, Joe M. Romero, Jr. and Jody Neal-Post, hereby submits this Notice of Joinder as to *Defendant Dennis Wilson's Motion to Dismiss Indictment, or in the Alternative a Motion for a Bill of Particulars*, Doc. No. 728, filed on or about October 22, 2006.

Respectfully submitted:

*Electronically filed 10/30/06*
By: _____
Joe M. Romero, Jr.
Attorney for Defendant Jarvis
1905 Lomas NW
Albuquerque, NM 87104
(505) 843-9776

*Electronically filed 10/30/06*
By: _____
Jody Neal-Post
Attorney for Defendant Jarvis
317 Amherst SE
Albuquerque, NM 87106
(505) 268-7263

I hereby certify that a true and correct copy of the foregoing was mailed to opposing counsel, AUSA James Braun and Stephen Kotz, on October 30, 2006.

*Electronically filed 10/30/06*

_____

Joe M. Romero, Jr.