IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                       No. CR 05-1849 JH

DANA JARVIS, *et al.*,

    Defendants.

### DEFENDANT AYLA JARVIS' NOTICE OF JOINDER
### AS TO
### DEFENDANT DENNIS WILSON'S "MOTION TO DISMISS INDICTMENT OR, IN THE ALTERNATIVE, A MOTION FOR BILL OF PARTICULARS"

Defendant Ayla Jarvis, through counsel of record, John F. Robbenhaar, hereby submits this Notice of Joinder as to Defendant Dennis Wilson's *Motion to Dismiss Indictment or, In the Alternative, A Motion for Bill of Particulars* [Doc. 728].

                                              Respectfully submitted:

                                              Filed Electronically
                                              JOHN F. ROBBENHAAR
                                              Counsel for Defendant Ayla Jarvis
                                              1011 Lomas NW
                                              Albuquerque, NM  87102
                                              (505) 242-1950

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2006, I served a true and correct copy of *Defendant Ayla Jarvis' Notice of Joinder as to Defendant Dennis Wilsons Motion to Dismiss Indictment or, In the Alternative, A Motion for a Bill of Particulars by U.S.* mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87102

<u>Filed Electronically</u>
JOHN F. ROBBENHAAR