IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                   No. CR 05-1849 JH

DANA JARVIS, *et al.*,

    Defendants.

### DEFENDANT AYLA JARVIS' NOTICE OF JOINDER AS TO DEFENDANT DENNIS WILSON'S "MOTION IN LIMINE CONCERNING OPINION TESTIMONY"

Defendant Ayla Jarvis, through counsel of record, John F. Robbenhaar, hereby submits this Notice of Joinder as to Defendant Dennis Wilson's *Motion In Limine Concerning Opinion Testimony* [Doc. 724].

                                                          Respectfully submitted:

                                                          <u>Filed Electronically</u>
                                                          JOHN F. ROBBENHAAR
                                                          Counsel for Defendant Ayla Jarvis
                                                          1011 Lomas NW
                                                          Albuquerque, NM  87102
                                                          (505) 242-1950

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2006, I served a true and correct copy of *Defendant Ayla Jarvis' Notice of Joinder as to Defendant Dennis Wilson's Motion in Limine Concerning Opinion Testimony by U.S.* mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87102

<u>Filed Electronically</u>
JOHN F. ROBBENHAAR