IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              No. CR 05-1849 JH

DANA JARVIS, *et al.*,

    Defendants.

### DEFENDANT AYLA JARVIS' NOTICE OF JOINDER AS TO DEFENDANT DENNIS WILSON'S "MOTION AND SUPPORTING MEMORANDUM FOR DISCOVERY REGARDING PRIOR CRIMINAL ACTS BY GOVERNMENT WITNESSES AND INFORMATION NECESSARY TO EFFECTIVELY CROSS-EXAMINE GOVERNMENT WITNESSES"

Defendant Ayla Jarvis, through counsel of record, John F. Robbenhaar, hereby submits this Notice of Joinder as to Defendant Dennis Wilson's "*Motion and Supporting Memorandum for Discovery Regarding Prior Criminal Acts by Government Witnesses and Information Necessary to Effectively Cross-Examine Government Witnesses*" [Doc. 726].

    Respectfully submitted:

Filed Electronically
JOHN F. ROBBENHAAR
Counsel for Defendant Ayla Jarvis
1011 Lomas NW
Albuquerque, NM 87102
(505) 242-1950

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2006, I served a true and correct copy of *Defendant Ayla Jarvis' Notice of Joinder as to Defendant Dennis Wilson's "Motion*

*and Supporting Memorandum for Discovery Regarding Prior Criminal Acts by Government Witnesses and Information Necessary to Effectively Cross-Examine Government Witnesses"* [Doc. 726] by U.S. mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87102

                                            <u>Filed Electronically</u>
                                            JOHN F. ROBBENHAAR