IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            No. CR 05-1849 JH

DANA JARVIS, *et al.*,

    Defendants.

## DEFENDANT AYLA JARVIS' NOTICE OF JOINDER AS TO "DEFENDANT DAKOTA FITZNER'S MOTION TO DISMISS COUNT 1 OR FOR A BILL OF PARTICULARS AND SUPPORTING POINTS AND AUTHORITIES"

Defendant Ayla Jarvis, through counsel of record, John F. Robbenhaar, hereby submits this Notice of Joinder as to *"Defendant Dakota Fitzner's Motion to Dismiss Count 1 or for a Bill of Particulars and Supporting Points and Authorities"* [Doc. 731].

                                                             Respectfully submitted:

                                                              Filed Electronically
                                                              JOHN F. ROBBENHAAR
                                                              Counsel for Defendant Ayla Jarvis
                                                              1011 Lomas NW
                                                              Albuquerque, NM  87102
                                                              (505) 242-1950

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2006, I served a true and correct copy of *Defendant Ayla Jarvis' Notice of Joinder as to "Defendant Dakota Fitzner's Motion to Dismiss Count 1 or for a Bill of Particulars and Supporting Points and Authorities"* [Doc.

731] by U.S. mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87102

<u>Filed Electronically</u>
JOHN F. ROBBENHAAR