IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. 05-CR-1849-JH |
| | § | |
| DANA JARVIS, *et al,* | § | |
| | § | |
| Defendants. | § | |

### JOINDER IN DEFENDANT DENNIS WILSON'S MOTION FOR SEVERANCE, Doc. 727

Greg Hill, by his undersigned counsel, hereby joins in the motion filed by Co-defendant Dennis Wilson for Severance of Defendants on October 23, 2006, Doc. 727, and would specifically add to facts and argument presented in that motion the following:

Mr. Hill's alleged involvement is both temporally and geographically disparate from that of most of the other defendants in this case. There exists the distinct possibility that there is not one immense conspiracy here, but rather multiple conspiracies. This adds to the reasons that the joinder of 22 defendants in one indictment is improper.

Respectfully submitted,

*electronically filed*
KARI CONVERSE
2001 Carlisle Blvd. NE #E
Albuquerque, New Mexico 87110
(505) 262-8597
Fax (505) 262-1730
*Counsel for Mr. Hill*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joinder in Motion was served on James Braun, Assistant United States Attorney, P.O. Box 607, Albuquerque, New Mexico, 87103, on November 2, 2006.

*electronically filed*
KARI CONVERSE