IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. 05-CR-1849-JH |
| | § | |
| DANA JARVIS, *et al,* | § | |
| | § | |
| Defendants. | § | |

**JOINDER IN DEFENDANT DENNIS WILSON'S MOTION REGARDING CRIMINAL ACTS BY GOVERNMENT WITNESSES, Doc. 726**

Greg Hill, by his undersigned counsel, hereby joins in the motion filed by the joint CJA defendants for Disclosure and Production of Confidential Informants on October 23, 2006, and would specifically add to facts and argument presented in that motion the following:

Mr. Hill would note to the Court that the identities of most or all of the cooperating witnesses are known to the defendants, from the statements produced and from other sources. Thus there is no government interest in protecting the identities of the witnesses. What is *not* known to the defense is the exculpatory information concerning these witnesses. Finally, to the extent it is not explicit from Mr. Wilson's list of items sought, Mr. Hill requests disclosure of any charges dropped, reduced, or not brought, against these cooperating witnesses.

Respectfully submitted,

*electronically filed*
KARI CONVERSE
2001 Carlisle Blvd. NE #E
Albuquerque, New Mexico 87110
(505) 262-8597
Fax (505) 262-1730
*Counsel for Mr. Hill*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joinder in Motion was served on James Braun, Assistant United States Attorney, P.O. Box 607, Albuquerque, New Mexico, 87103, on November 2, 2006.

                                    *electronically filed*
                                    KARI CONVERSE