IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § Cause No. 05-CR-1849-JH |
| | § |
| DANA JARVIS, *et al,* | § |
| | § |
| Defendants. | § |

**JOINDER IN DEFENDANT DAKOTA FITZNER'S MOTION TO DISMISS COUNT 1 OR FOR BILL OF PARTICULARS, Doc. 731**

Greg Hill, by his undersigned counsel, hereby joins in the motion filed by Co-defendant Dakota Fitzner's Motion to Dismiss Count 1, or for Bill of Particulars on October 23, 2006, Doc. 731 , and would specifically add to facts and argument presented in that motion the following:

Pursuant to United States v. Dunmire, 403 F.3d 722 (10th Cir. 2005), the length of time a defendant is a member of a conspiracy is relevant not only to what amount of drugs are properly attributable to him under the guidelines, but also under 21 U.S.C. § 841 to the applicability of any minimum mandatory sentence.

Respectfully submitted,

*electronically filed*
KARI CONVERSE
2001 Carlisle Blvd. NE #E
Albuquerque, New Mexico 87110
(505) 262-8597
Fax (505) 262-1730
*Counsel for Mr. Hill*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Joinder in Motion was served on James Braun, Assistant United States Attorney, P.O. Box 607, Albuquerque, New Mexico, 87103, on November 2, 2006.

          *electronically filed*
          KARI CONVERSE