IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Cause No. 05-CR-1849-JH |
| § | |
| DANA JARVIS, *et al,* § | |
| § | |
| Defendants. § | |

**JOINDER IN DEFENDANT DAKOTA FITZNER'S
MOTION FOR CO-CONSPIRATOR STATEMENTS  Doc. 730**

Greg Hill, by his undersigned counsel, hereby joins in the motion filed by Co-defendant Dakota Fitzner's Motion for Co-conspirator statements on October 23, 2006, Doc. 730.

Respectfully submitted,

   *electronically filed*
KARI CONVERSE
2001 Carlisle Blvd. NE #E
Albuquerque, New Mexico 87110
(505) 262-8597
Fax (505) 262-1730
*Counsel for Mr. Hill*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joinder in Motion was served on James Braun, Assistant United States Attorney, P.O. Box 607, Albuquerque, New Mexico, 87103, on November 2, 2006.

   *electronically filed*
KARI CONVERSE