# SEARCHES AND SEIZURES ARISING FROM WIRE INTERCEPTS

## SAMPLING

1. 1440 Cielo Vista, Bernalillo, NM
2. 15300 E. Colossal Cave Rd., Vail, AZ
3. 1827 W. 102nd Ave., Thorton, CO
4. 1920 Lead SE, ABQ, NM
5. 28 Quail Run, Santa Fe, NM
6. 3101 E. 46th St., Tucson, AZ
7. 3900 E. Ramp Creek Rd., Bloomington, IN
8. 424 S. Walnut St., Bloomington, IN
9. 4750 N. Maple Grove Rd., Bloomington, IN
10. 5 Camerada Rd., Santa Fe, NM
11. 512 Ash SE Apt. 1C ABQ
12. 524 Forestwood Dr., Gahanna, OH
13. 63 Van Stant St., Zanesville, OH
14. 6731 Blackburn Rd., Athens, OH
15. 7511 Vore Ridge, The Plains, OH
16. 7596 Corrales Rd., Corrales, NM
17. 3917 Thaxton SE, ABQ, NM
18. 8012 1st St., ABQ, NM
19. 817 Ingleside St., ABQ, NM
20. 9227 W. Weaver Circle, Casa Grande, AZ
21. Dana Lane Moriarity House
22. Silver Chevy Suburban NMGCD571
23. 2001 Pontiac Grand-Am WA109MBF
24. 1999 Grey Chevrolet Extended Cab Pick-Up
25. 1998 GMC Yukon
26. 1978 Beechcraft King Air N754TW
27. 1972 Cessna N3AJ
28. Compass Ch. Acct #250-44408676
29. Compass Ch. Acct #87080587
30. First State Ch. Acct. #1874524
31. First State Svg. Acct. #1223801
32. Bank One Ch. Acct. #689832822
33. Bank One Svg. Acct #40455157
34. Wells Fargo Ch. Acct #76921766733

DEFENDANT'S EXHIBIT