UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 28 2006

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

        Plaintiff

vs

DAVID REID,

        Defendant

CR 05 1849 JH

SUBSTITUTION OF ATTORNEY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I, DAVID REID, hereby substitute:

__WALTER NASH__
(Print Name of New Attorney)

__110 S. CHURCH AVE., STE. 4297, TUCSON, AZ   85701__
(Print Address)

__(520) 792-1613__ as attorney of record in place and stead of
Telephone Number

__ZUBAIR ASLAMY__
(Print Name of Present Attorney)

Dated: Oct. 6th, 2006.

_/s/ David C Reid_
Defendant Signature

I CONSENT TO THE ABOVE SUBSTITUTION.

Dated: 10/11/06, 2006.

_/s/_
Present Attorney Signature

ABOVE SUBSTITUTION ACCEPTED.

Dated: 10/6, 2006.

_/s/ Walter Nash_
New Attorney Signature

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Dated: _____, 2006.

APPROVED:

_/s/ Judith C. Herrera_
UNITED STATES DISTRICT JUDGE

CR-14