# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number: CR 05 1849 JH |
| Plaintiff, ) | ORDER PERMITTING TRAVEL |
| v. ) | |
| DANA JARVIS, *et al.*, ) | |
| Defendants. ) | |

The above captioned matter having come before the Court, and the Court being fully informed in the premises, the United States Attorney and Pre-trial Services having concurred and good cause appearing,

IT IS HEREBY ORDERED THAT the Defendant Benjamin Thomas Swentnickas shall be permitted to travel from Tucson, Arizona to Enfield, Connecticut and return December 13, 2006 through and including January 3, 2007. All other terms and conditions of his release not inconsistent with this Order shall remain in full force and effect.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE