IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    No. CR 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

## NOTICE OF UNAVAILABILITY OF COUNSEL

Scott M. Davidson, associate counsel for Defendants represented by counsel who have been appointed pursuant to the Criminal Justice Act, hereby notifies the Court that he will be unavailable from December 6, 2006 through December 13, 2006.

                                             Respectfully submitted,

                                             <u>Electronically filed</u>
                                             Scott M. Davidson, Ph.D., Esq.
                                             1011 Lomas Boulevard NW
                                             Albuquerque, NM 87102
                                             (505) 255-9084
                                             Associate Counsel for Defendants
                                                 represented by counsel appointed
                                                 under the Criminal Justice Act

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2006, I served a true and correct copy of this notice of unavailability of counsel via facsimile on counsel for the United States, Assistant United States Attorney James R. W. Braun, Esq. at 346-7296.

<u>Electronically filed</u>
Scott M. Davidson, Ph.D., Esq.