LAW OFFICES OF
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid



06 DEC -6 AM 11: 53

CLERK-ALBUQUERQUE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID REID,

    Defendant.

CR-05-1849 JH

**EXPEDITED RULING REQUESTED**

### <u>UNOPPOSED MOTION FOR ADMISSION<br>PRO HAC VICE OF ATTORNEY WILLIAM KIRCHNER</u>

William Parnall, Attorney at Law and a member of the Bar of this Court, hereby motions the Court for an Order authorizing and directing that William Kirchner be admitted to the Bar of this Court, *Pro Hac Vice,* in the above-referenced cause as counsel for Defendant David Reid and as co-counsel with William Parnall. As grounds for said Motion counsel would state as follows:

1.   Mr. Kirchner has been privately retained to represent Mr. Reid. Mr. Kirchner is a member in good standing of the Arizona Bar and the United States District Court Bar of the District of Arizona.

2.   Assistant United States Attorney James Braun was contacted and does not oppose this motion.

3.   A substitution has been filed herein.

Wherefore, counsel respectfully requests this Court to allow the admission of William Kirchner to the Bar of this Court.

RESPECTFULLY SUBMITTED this 4th day of December, 2006.

NASH & KIRCHNER, P.C.

By *(signature)*
William Kirchner
Atty. for Defendant Reid

WILLIAM E. PARNALL

By *(signature)*
William E. Parnall
Local Counsel for Def. Reid