**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 06 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,  )
                           )
    Plaintiff,              )
                           )
vs.                        )   CRIMINAL NO. 05-1849 JH
                           )
HOLLY BRUNNER,             )
                           )
    Defendant.             )

### CONSENT TO APPEAR BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:  Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.**

_____
HOLLY BRUNNER
Defendant

_____
KENNETH A. GLERIA
Attorney for Defendant

Date: _____

Before: _____
United States Magistrate Judge

791