ORIGINAL

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 8 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID REID,

    Defendant.

CR-05-1849 JH

EXPEDITED RULING
REQUESTED

## ORDER ALLOWING ADMISSION *PRO HAC VICE* OF ATTORNEY WILLIAM KIRCHNER

THIS MATTER, having come before the Court on the motion of counsel for the defendant and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Attorney William Kirchner be admitted to the Bar of this Court *Pro Hac Vice*.

DATED this _8th_ day of December, 2006.

*JUDITH C. HERRERA*

Hon. Judith C. Herrera
United States District Judge