IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                           No. CR 05-1849 JH

DANA JARVIS, *et al.*,

      Defendants.

### DEFENDANT AYLA JARVIS' NOTICE OF WITHDRAWAL OF "MOTION TO PRODUCE TRAINING AND ACCURACY RECORDS OF INDIANA STATE POLICE DOX 'BRIX'" [DOC. 716]

Defendant Ayla Jarvis, through counsel of record, John F. Robbenhaar, hereby submits this Notice of Withdrawal of her motion to produce the training and accuracy records of the Indiana State Police Dog "Brix", for the reason that the Government has produced various records in response to said motion. Defendant reserves her right to renew the motion in the event that it becomes evident that other discoverable material concerning the police dog "Brix" has not been produced.

                                          Respectfully submitted:

                                          Filed Electronically
                                          JOHN F. ROBBENHAAR
                                          Counsel for Defendant Ayla Jarvis
                                          1011 Lomas NW
                                          Albuquerque, NM  87102
                                          (505) 242-1950

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2006, I served a true and correct copy of *Defendant Ayla Jarvis' Notice of Withdrawal of "Motion to Produce Training and Accuracy Records of Indiana State Police Dog 'Brix'" [Doc. 716]* by U.S. mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87102


                    Filed Electronically
                    JOHN F. ROBBENHAAR