IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM
DEC 1 1 2006
MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,
    *Plaintiff*,

v.

CR 05-1849 JH

SALVADOR ABEYTA,
    *Defendant*,

## ORDER MODIFYING RELEASE CONDITIONS

This matter having come before Court on Defendant Abeyta's Motion to Modify Release Conditions, and the Court having considered the Motion, the position of the Government, as well as the position of Pretrial Services,

**IT IS HEREBY ORDERED GRANTING SAID MOTION** and removing the condition of Defendant Abeyta's release that he have an ignition interlock device installed in any vehicle that he operates. All other conditions of release are hereby affirmed.

Done in open court this 11th day of December, 2006

JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF NEW MEXICO

1