**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

DEC 1 1 2006

THE UNITED STATES OF AMERICA,

**Plaintiff,**

v.

**RUSSELL TRUJILLO,**

**Defendant.**

MATTHEW J. DYKMAN
CLERK

CASE NO. 2005 CR 1849 JH

### ORDER APPROVING COUNSEL PENNI ADRIAN'S UNOPPOSED MOTION FOR SUBSTITUTION OF JODY NEAL-POST AS COORDINATING DEFENSE COUNSEL

THIS MATTER HAVING COME BEFORE THIS COURT upon the Unopposed motion of Penni Adrian, attorney for Russell Trujillo, moving this Court to substitute Jody Neal Post for Ms. Adrian as coordinating counsel for all defendants' attorneys effective December 1, 2006, the Court having reviewed the pleadings, having noted the lack of opposition by the Assistant United States Attorney, and being otherwise fully apprised of the premises therein, FINDS the motion is well taken and should be granted. NOW THEREFORE

IT IS ORDERED Jody Neal Post shall serve as coordinating defense counsel effective December 1, 2006.

THE HONORABLE JUDITH C. HERRERA
U.S. DISTRICT COURT JUDGE

SUBMITTED BY:
*Electronically Filed*
Penni Adrian
*Counsel for Russell Trujillo*

APPROVED BY:
*Electronic Approval 11-30-06*
James Braun
*Assistant United States Attorney*

799