IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.     No. 05-1849 JH

DALE JARVIS, MELANIA KIRWIN, et al.

    Defendants,

## NOTICE OF NON-AVAILABILITY

COMES NOW the counsel for Melania Kirwin to request that the Court not set hearings or trial for the above case during the time period of January 8-11, 2007, when he is scheduled for medical leave.

Respectfully submitted,

_____
John F. Moon Samore, Esq.
Attorney for Defendant
300 Central SW, Suite 2500 W
P.O. Box 1993
Albuquerque, NM 87103
(505) 244-0450

Copy provided to opposing
Counsel this 5th day of
Dec , 2006 by ordinary
mail or facsimile transmission

_____
John F. Moon Samore, Esq.



06 DEC 12 AM 10: 13

CLERK ALBUQUERQUE



800