IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                          No. CR 05-1849 JH

DANA JARVIS,

      Defendant.

## DEFENDANT DANA JARVIS'S
## NOTICE OF WITHDRAWAL OF "RULE 16 MOTION TO
## COMPEL PRODUCTION OF CERTAIN FINANCIAL DISCOVERY (DOC. 712)

      Defendant Dana Jarvis, through undersigned counsel, Joe M. Romero, Jr. and Jody Neal-Post, hereby submits this Notice of Withdrawal of the above titled Motion at Docket No. 712, filed on October 20, 2006.

                                                         Respectfully submitted:

                                                         *Electronically filed 12/14/06*
                                   By: _____
                                          Joe M. Romero, Jr.
                                          Attorney for Defendant Jarvis
                                          1905 Lomas NW
                                          Albuquerque, NM 87104
                                          (505) 843-9776

                                          *Electronically filed 12/14/06*
                                  By: _____
                                          Jody Neal-Post
                                          Attorney for Defendant Jarvis
                                          317 Amherst SE
                                          Albuquerque, NM 87106
                                          (505) 268-7263

I hereby certify that a true and correct copy of the foregoing was faxed to opposing counsel, AUSA James Braun, on December 14, 2006.

*Electronically filed 12/14/06*
_____
Jody Neal-Post