IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff

vs.

LLOYD MONTOYA,

        Defendant.

Cr. No 05-1849 JH

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

06 DEC 15 PM 2:52

CLERK-ALBUQUERQUE

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW, Defendant, LLOYD MONTOYA, by and through his Court appointed Counsel, Roberto Albertorio, and hereby respectfully request this Court to modify conditions of release. As grounds for this Motion, Counsel respectfully submits as follows:

1. Defendant is presently released on his own recognizance with the condition that he reside with his parents.

2. Defendant has maintained continuous contact with his attorney and with Margaret Gonzalez of the U.S. Probation Office.

3. Ms. Gonzalez has agreed to allow Mr. Montoya to reside at 6500 Cerrillos Road, Santa Fe, New Mexico in lieu of residing with his parents.

4. Mr. Montoya's new residence with adjacent to his place of employment. He will reside there with his family.

5. Mr. Montoya has been fully compliant with all conditions of release.



WHEREFORE, Counsel respectfully request that the Court modify the conditions of release to allow Mr. Montoya to reside at 6500 Cerrillos Road., Santa Fe., New Mexico and to further comply with all conditions previously imposed.

Respectfully submitted,

*/s/ Roberto Albertorio*
ROBERTO ALBERTORIO
Attorney for Mr. Montoya
P.O. Box 91387
Albuquerque, New Mexico 87199
505-450-2870

I certify that a true copy of this Motion was faxed to the U.S. Attorney and U.S. Probation Office this 14th day of December 2006.

*/s/ Roberto Albertorio*
ROBERTO ALBERTORIO