

**U.S. Department of Justice**

*United States Attorney*
*District of New Mexico*

P.O. Box 607                                    505/346-7274
Albuquerque, New Mexico 87103  *Fax 505/346-7296*

November 10, 2005

Kathleen M. Sweeney
Attorney at Law
155 E. Market St., Suite 400
Indianapolis, Indiana 46204

    RE:    United States v. Jarvis (Greg Hill)
             CR-05-1849 JH

Dear Ms. Sweeney:

    Per our previous conversations, enclosed are copies of all documents seized from 3900 Ramp Creek Road and 424 S. Walnut (Players Pub) in Bloomington. By copy of this letter, I am also providing copies of these documents to Kari Converse, Mr. Hill's attorney in the above-referenced case. Mr. Hill's computer will be sent to you separately.

    If you have any questions regarding this matter, please do not hesitate to contact me.

                                                        Very truly yours,

                                                         DAVID C. IGLESIAS
                                                         United States Attorney

                                                          JAMES R.W. BRAUN
                                                        Assistant U.S. Attorney

JRWB/rlm
cc:    Kari Converse with encs.