IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANA JARVIS, et al.

    Defendants.

06 DEC 15 PM 4: 16

CLERK-ALBUQUERQUE

CR NO. 05-1849-JH

### NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will not be available for hearings in this matter from December 22, 2006 through January 2, 2007.

Respectfully submitted,

**MARTIN LOPEZ, III**
A Professional Corporation

Martin Lopez, III
Attorney for Defendant Berthod
1500 Mountain Rd. NW
Albuquerque, New Mexico 87104
Tele: (505) 243-2900
Fax: (505) 243-6339

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via facsimile to Assistant U. S. Attorney James Braun on this 15th day of December, 2006.

Martin Lopez, III