IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 1 9 2006

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

Plaintiff

vs.

LLOYD MONTOYA,

Defendant.

Cr. No 05-1849 JH

## ORDER

THIS MATTER, having come before the Court on an Unopposed Motion to Modify Conditions of Release, and the Court having been advised that the Defendant has complied with all previous conditions of release and has further complied with all other requirements to the satisfaction of the U.S. Probation Office and the Court having been advised that the Defendant will have permanent employment and residence at 6500 Cerrillos Road, Santa Fe, New Mexico; and the Court having determined that this Motion is well taken, hereby:

ORDERS that the Defendant, LLOYD MONTOYA, is hereby permitted to reside at 6500 Cerrillos Road and further that Mr. Montoya is required to comply with all other conditions of release as established by the U.S. Probation Officer.

IT IS SO ORDERED.

RICHARD L. PUGLISI
U.S. MAGISTRATE JUDGE

815