IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.                                         Criminal No. 05-1849 JH

**DANA JARVIS,**

      **Defendant.**

**DEFENDANT DANA JARVIS' ADDENDUM TO HIS REPLY TO THE UNITED STATES RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE AND PRODUCTION OF CONFIDENTIAL/COOPERATING WITNESSES [ Doc. 767]**

     Defendant Dana Jarvis, by and through counsel, Joe M. Romero, Jr. and Jody Neal-Post, hereby submits the attached document as an addendum to his Reply to the United States Response to Defendant's Motion for Disclosure and Production of Confidential/Cooperating Witnesses. Said document is referred to in the aforementioned reply as Defendant's *Exhibit A*.

                        Respectfully Submitted

                        */s/ Joe M. Romero, Jr.*
By: _____
                        Joe M. Romero, Jr.
                        Attorney for Defendant Jarvis
                        1905 Lomas NW
                        Albuquerque, NM 87104
                        (505) 843-9776

                        */s/ Jody Neal Post*
By: _____
                        Jody Neal-Post
                        Attorney for Defendant Jarvis
                        317 Amherst SE
                        Albuquerque, NM 87106
                        (505) 268-7263

I hereby certify that a true and correct copy of the foregoing was mailed to opposing counsel, AUSA James Braun and Stephen Kotz, on January 5, 2007.

*/s/ Joe M. Romero, Jr.*
_____
Joe M. Romero, Jr.