IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| DANA JARVIS, et al., ) | |
| ) | |
| Defendants. ) | |

UNITED STATES' MOTION FOR
LEAVE TO FILE SURREPLY RE: "DEFENDANTS' JOINT MOTION
FOR DISCLOSURE AND PRODUCTION OF CONFIDENTIAL INFORMANTS"

COMES NOW the United States of America, by and through David C. Iglesias, United States Attorney for the District of New Mexico, and James R.W. Braun, Assistant United States Attorney for said District, and hereby moves the court for leave to file a surreply re: "Defendants' Joint Motion for Disclosure and Production of Confidential Informants" (Doc. 722), and in support thereof states:

1. On October 20, 2006, defendant Dana Jarvis filed "Defendants' Joint Motion for Disclosure and Production of Confidential Informants." The United States filed a timely response to the motion and thereafter Jarvis filed a timely reply to the United States' response.

2. In his reply, Jarvis requests additional material that was not requested in his initial motion, and expands upon some requests that were made in his initial motion. As

Jarvis agrees in his reply, (Def. Reply at 8), the United States should be allowed to file a surreply to address the arguments made in Jarvis's reply.

    3.  The United States has drafted a surreply, which is attached hereto for the court's review.

    WHEREFORE, the United States requests leave of the court to file the surreply attached hereto.

    Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

*/s/ James R.W. Braun*

JAMES R.W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM   87103
(505) 346-7274

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 8th day of January, 2007, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for defendant Dana Jarvis, Joe Romero, Jr., and Jody Neal-Post, to be served by electronic means.

*/s/ James R.W. Braun*

JAMES R.W. BRAUN
Assistant U.S. Attorney