IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: CR 05 1849 JH |
| ) | |
| DENNIS WILSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER MODIFYING CONDITIONS OF RELEASE**

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Modify Conditions of Release in the above-captioned matter, and the Court having considered the motion and the grounds therefore, and being otherwise fully advised in the premises, FINDS that the motion is well taken, in the interest of justice, and should be GRANTED;

IT IS THEREFORE ORDERED that the Dennis Wilson's conditions of release are modified allowing him to reside at the home of his wife, Judy, at 4028 Hwy 68, Ranchos de Taos, New Mexico 87557. All remaining conditions of release remain in full force.

_____
THE HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

Submitted by:

 */s/ Robert J. Gorence*
Robert J. Gorence