UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                 No. CR-05-1849 JH

DAVID REID
        Defendant.

## SUBSTITUTION OF COUNSEL

COME NOW William E. Parnall and Jerry Herrera, and Jerry Herrera withdraws as local counsel for Defendant David Reid, and William E. Parnall enters his appearance as local counsel for Defendant David Reid in the above-styled matter.

                                          Respectfully submitted,

Telephonically approved 1/10/07        filed electronically 1-10-07
Jerry Herrera                                  William E. Parnall
                                                Attorney for Defendant
                                                503 Slate, NW
                                                Albuquerque, New Mexico 87102
                                                505/247-2972

I hereby certify that a true and correct copy
of the foregoing was mailed to all defense counsel
of record and counsel for the United States on
this 10th day of January, 2007:

filed electronically 1-10-07
William E. Parnall