IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

    vs.                                  **CRIM. NO. 05-1849 JH**

**ADRIAN SANFORD,**

    Defendant.

## NOTICE OF HEARING

TO:

| | |
|---|---|
| Robert Cooper, Esq.<br>1011 Lomas NW<br>Albuquerque, NM 87102 | James Braun, Esq.<br>Assistant U.S. Attorney<br>P. O. Box 607<br>Albuquerque, NM 87103 |

    **PLEASE TAKE NOTICE** that a **FELONY PLEA** has been set in the above matter for **MONDAY, JANUARY 29, 2007, at 9:30 A.M.,** before the Honorable W. Daniel Schneider, Gila Courtroom, Fifth Floor, 333 Lomas N.W., Albuquerque, New Mexico.

    **PLEASE NOTE** the Defendant and counsel must be available for interview by the U.S. Probation Office immediately following the Plea hearing.

                                                    MATTHEW J. DYKMAN, Clerk
                                                    United States District Court

        **Please direct all inquires to:**    Mary Archuleta
                                                              Courtroom Deputy
                                                               Telephone: (505) 348-2051

A true copy of this notice/order was served--via facsimile transmission mail, or electronic means--to counsel of record as they are shown on the Court's docket.

cc:        U. S. Pretrial/Probation