IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                          CR 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

## ORDER

**THIS MATTER** is before the Court *sua sponte*.

On January 12, 2007, a letter was inadvertently filed to this cause of action. The document was given number 853. Document 853, therefore, will be stricken as it belongs in another case.

**WHEREFORE,**

**IT IS ORDERED** that the Clerk strike document number 853 from this case.

_____
UNITED STATES DISTRICT JUDGE