IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
             **Plaintiff,**

vs.                                                                                Criminal No. 05-1849 JH

**DANA JARVIS,**
             **Defendant.**

### NOTICE OF NON-AVAILABLITY

Joe M. Romero, Jr., counsel for Defendant Dana Jarvis, hereby gives notice of his non-availability from Monday, February 5, 2007 until Sunday, February 18, 2007 for the reason that counsel will be out of state on military duty as a reserve officer with the New Mexico Army National Guard.

                                                            Respectfully submitted,

                                                            /s/
                                    By:    _____
                                                            Joe M. Romero, Jr.
                                                            Attorney at Law
                                                            1905 Lomas Blvd. NW
                                                            Albuquerque, NM 87104
                                                            (505) 843-9776

I hereby certify that a copy of the foregoing
pleading was mailed to opposing counsel
this 16th day of January 2007.

/s/
_____
Joe M. Romero, Jr.