UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                No. CR-05-1849 JH

DAVID REID
      Defendant.

### DEFENDANT REID'S JOINDER IN DEFENDANTS' UNAPPOSED JOINT MOTION TO AMEND THE SCHEDULING ORDER (Doc. #660) REGARDING THE BRIEFING SCHEDULE PERTAINING TO THE DEFENDANTS' JOINT MOTION TO SUPPRESS WIRETAP EVIDENCE

Defendant Reid, by his undersigned counsel, hereby joins in the unopposed Joint Motion to Amend the Scheduling Order (Doc. #660) regarding the Briefing Schedule Pertaining to the Defendants' Joint Motion to Suppress Wiretap Evidence filed by the co-defendants herein.

                                                Respectfully submitted,

Telephonically approved 1/10/07      filed electronically 1-10-07
James Braun                              William E. Parnall
Assistant U. S. Attorney                Attorney for Defendant
                                                503 Slate, NW
                                                Albuquerque, New Mexico 87102
                                                505/247-2972

I hereby certify that a true and correct copy
of the foregoing was faxed to counsel for the Government
of record and counsel for the United States on
this 18th day of January, 2007:

filed electronically 1-18-07
William E. Parnall