IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Cr. No. 05-1849 JH |
| DANA JARVIS, | ) ) ) |
| Defendant. | ) |

UNITED STATES' NOTICE OF WITHDRAWAL OF
ITS "MOTION FOR INTERLOCUTORY SALE OF REAL
PROPERTY AND LIQUOR LICENSE NUMBER 2599" (DOC. 664)

The United States of America, by and through David C. Iglesias, United States Attorney for the District of New Mexico, and Stephen R. Kotz, Assistant United States Attorney for said District, hereby submits this Notice of Withdrawal of its "Motion for Interlocutory Sale of Real Property and Liquor License Number 2599," filed on August 30, 2006, at Docket No. 664. Defendant Jarvis, through his counsel, does not object to the withdrawal of said motion.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

*electronically filed on 1-19-07*

STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274

I HEREBY CERTIFY that a true copy of
the foregoing pleading was faxed to opposing
counsel of record, Joe M. Romero, Jr., and
Jody Neal-Post, this _19th__ day of January, 2007.


STEPHEN R. KOTZ
Assistant U.S. Attorney