IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      Plaintiff,

      vs.                                  **CRIM. NO.  05-1849 JH**

**BENJAMIN SWENTNIKCAS,**

      Defendant.

### NOTICE OF HEARING

TO:

| | |
|---|---|
| Gregory  D. D'Antonio, Esq.<br>P. O. Box 43306<br>Tucson, AZ  85719 | James Braun, Esq.<br>Assistant U.S. Attorney<br>201 Third St. NW, Suite 900<br>Albuquerque, NM 87103 |

**PLEASE TAKE NOTICE** that a **FELONY PLEA** has been set in the above matter

for **THURSDAY, JANUARY 25, 2007, at 9:30 A.M.,** before the Honorable W. Daniel Schneider,

Gila Courtroom, Fifth Floor, 333 Lomas N.W., Albuquerque, New Mexico.

**PLEASE NOTE** the Defendant and counsel must be available for interview by the

U.S. Probation Office immediately following the Plea hearing.

_____
MATTHEW J. DYKMAN, Clerk
United States District Court

**Please direct all inquires to:**    Mary Archuleta
                                      Courtroom Deputy
                                      Telephone: (505) 348-2051

A true copy of this notice/order was served--via facsimile transmission
mail, or electronic means--to counsel of record as they are shown on the Court's docket.

cc:      U. S. Pretrial/Probation