# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
120 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM 88001
(505) 528-1400
Fax (505)528-1425

January 24, 2007

**Electronically filed and distributed to all counsel of record through the CM/ECF system**

Dear Counsel:

I received an e-mail from John Robbenhaar indicating he had spoken with some of you regarding the possibility of using a special juror questionnaire for the *Jarvis* trial.  If you collectively intend to pursue this, please submit a joint (prosecution and defense) proposed special questionnaire to the Court no later than close of business on February 12, 2007.

Judge Herrera is considering a special juror questionnaire but only to the extent that such a questionnaire might reveal jurors who could serve for an extended period of time.  Current informal estimates of trial length range from 3 to 5 weeks.  The standard juror questionnaire could be modified to add this one, limited area of inquiry.  As this is not a death penalty case nor has it generated much publicity, the standard juror questions, as well as the voir dire process, would appear to suffice in eliciting the kind of information you will need to select a jury.  However, the Court will entertain suggestions on a proposed special questionnaire in the event you wish to pursue it.

Please call me at 348-2398 if you have any questions

Sincerely,


/s/
_____
Lincoln Sorrell
Courtroom Deputy to Judge Herrera

/ljs