IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                            No. CR 05-1849 JH

DANA JARVIS, et al.,
    Defendants.

**ORDER**

This matter came before the Court on the Defendants' unopposed joint motion to amend the scheduling order (Doc. #660 Second Order Setting Deadlines and Declaring Case Complex) regarding the briefing schedule pertaining to the defendants' joint motion to suppress wiretap evidence.

The Court is aware that the parties have consulted and have agreed to a briefing schedule regarding the wiretap suppression motion to allow the defense team sufficient time to review newly-produced discovery. Jury selection and trial in this matter are set for April 10, 2007 (date certain.) After careful consideration of this issue, the Court will grant a limited extension of said deadline but not to the degree contemplated by the parties. The Court will also set a hearing on the contemplated motion to suppress, as set forth below.

WHEREFORE IT IS ORDERED that the scheduling order (Doc. #660) is hereby amended as follows: the Defendants' joint wiretap suppression motion will

be due **February 15, 2007;** the Government's response will be due **March 1, 2007**, and the Defendants' joint reply will be due **March 8, 2007**. A motion hearing is hereby scheduled for **March 13, 2007 at 9:30 a.m**., Brazos Courtroom - 5th Floor, 333 Lomas Blvd. N.W., Albuquerque, New Mexico. At this point, this motions hearing date pertains only to the contemplated motion to suppress.

*[signature]*
The Honorable Judith C. Herrera
United States District Judge