

**U. S. Department of Justice**
Drug Enforcement Administration
DEA North Central Laboratory
536 South Clark Street
Room 800
Chicago, IL 60605

*www.dea.gov*

TO: James R.W. Braun
Assistance U.S. Attorney
District of New Mexico

FROM: _Camala C Dubach_  1/22/07
Camala L. Dubach
Senior Forensic Chemist
DEA North Central Laboratory

APPROVED: _Patricia A Brown_  01-22-2007
Patricia A. Brown
Laboratory Director
DEA North Central Laboratory

SUBJECT: RULE 16(a)(1)(E) SUMMARY OF TESTIMONY IN
UNITED STATES v. Gregory Hill
USDC Case No. CR-05-1849 JH
DEA Case No. I2-05-0010

DATE: January 22, 2007

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(E):

1. My name is Camala L. Dubach

2. I am employed by the Department of Justice, Drug Enforcement Administration (DEA), in the capacity of Senior Forensic Chemist, and was so employed when I conducted the examinations and analyses described below. My qualifications to interpret the results described below are based on my knowledge, skill, experience, training and education. My experience, education, and training are described in detail in Attachment A.

3. The opinions described below are based on chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results.

4. I examined and analyzed the substance(s) contained in the exhibit, which was submitted for analysis in the above referenced case.



GOVERNMENT EXHIBIT 3

SUBJECT: RULE 16(a)(1)(E) SUMMARY OF TESTIMONY IN           Page 2 of 2
UNITED STATES v. Gregory Hill
District of New Mexico Case Number CR-05-1849 JH

DEA Case No. I2-05-0010

5. In my opinion, the substance referred to herein as DEA Case No. I2-05-0010, Exhibit # 6, DEA NCL Lab No. 166345 has been identified as follows:

   a. Active drug ingredient: Cocaine Hydrochloride
   b. Quantitative Result: 83%
   c. Net Weight: 25.2 grams

6. The above opinion is based on the following physical, chemical, and instrumental analyses:

   i. Gas Chromatography/mass spectrometry (GC/MS)
   ii. Gas Chromatography (GC)
   ii. Infrared spectrophotometry (IR)