# Curriculum Vitae

**Name of Laboratory:** North Central Laboratory SFL#5        **Date:** 1/22/07

**Drug Enforcement Administration**

**Name:** Camala L. Dubach        **Job Title:** Senior Forensic Chemist

## Discipline(s)

Controlled Substances Examinations

## Education

| Institution: | Dates Attended: | Major: | Degree Completed: |
|---|---|---|---|
| Ohio University | 9/93-6/97 | Forensic Chemistry | Bachelor of Science |

## Other Training
### Continuing Education, Workshops, In-Service, or Formal Training

| Course: | Location: | Dates: |
|---|---|---|
| BASICS OF MASS SPECTROMETRY AND SPECTRAL INTERPRETATION | DEA-North Central Laboratory SFL#5 | 06/1998 |
| NUCLEAR MAGNETIC RESONANCE SPECTROSCOPY (SHORT COURSE) | DEA-North Central Laboratory SFL#5 | 08/1998 |
| INTRODUCTION TO THE INTERPRETATION OF INFRARED AND RAMAN SPECTRA (SHORT COURSE) | DEA-North Central Laboratory SFL#5 | 08/1998 |
| CAPILLARY ELECTROPHORESIS | DEA-North Central Laboratory SFL#5 | 03/1998 |
| HOW TO MAKE PRESENTATIONS WITH CONFIDENCE AND POWER | DEA-North Central Laboratory SFL#5 | 09/1998 |
| IONSCAN THEORY AND MAINTENANCE | DEA-North Central Laboratory SFL#5 | 02/2001 |
| HOW TO DEVELOP, VALIDATE, AND TROUBLESHOOT GC AND HPLC METHODS | ACS National Meeting, New York, NY | 09/2003 |
| AGILENT 5973 GC-MSD TROUBLESHOOTING AND MAINTENANCE | Alpharetta, GA | 08/2004 |
| MANAGEMENT INSTITUTE | Landsdown, VA | 12/2004 |


GOVERNMENT EXHIBIT 4

*CIRRICULUM VITAE*
*NAME: CAMALA L. DUBACH*
*PAGE 2*

## Representative Courtroom Experience

**Discipline:**  
Forensic Chemistry

**Time Frame:**  
3/98-present

**Number of Times:**  
thirty

## Other Qualifications
### Research, Academic Positions, Other Relevant Qualifications

December 1996-January 1997: Internship at the Hamilton County Coroner's Laboratory, Cincinnati, Ohio. Received extensive training in the following disciplines: Trace Evidence and Arson Analysis, Serology, Toxicology, Firearm Identification, and Drug Analysis.

Research: Ionscan employed in the identification of club drugs.

Ionscan: Performed Ionscans in Milwaukee, WI, Omaha, NE, London, KY, Detroit, MI, and Chicago, IL.

## Publications and Professional Presentations:

2006 Midwestern Association of Forensic Scientists (MAFS) Training Workshop (Overland Park, KS)-Presented presentations on the analysis of methamphetamine, production capacity of clandestine laboratories, and the validation and quantitative chromatographic methods via gas chromatography.

2005 Southwestern Association of Forensic Scientists (SWAFS) Annual Meeting (Wichita, KS)-Presented a workshop on the validation of quantitative chromatographic methods via gas chromatography and the analysis of clandestine laboratory samples.

2005 American Association of Forensic Sciences (AAFS) Annual Meeting (New Orleans, LA)-Presented a workshop on clandestine laboratories, including handling/sampling at clandestine laboratory sites and analysis of solid samples.

State and Local Clandestine Laboratory School (SALC) (Ft. Leonardwood, MO, Fort Dodge, IA, and Quantico, VA)-Provided training to State and Local Law Enforcement Officers on clandestine laboratory investigation and identification, demonstrated both the synthesis of GHB from GBL and the synthesis of methamphetamine via the Birch reduction method; supervised/instructed students during the synthesis of methamphetamine via the red phosphorus-iodine method.

HAZWOPER (Lincoln, NE)-Provided instruction to State and Local Law Enforcement Personnel concerning the synthesis of methamphetamine via the anhydrous ammonia method and supervised/instructed students during the synthesis of methamphetamine via this method utilizing techniques/tools most commonly employed by actual clandestine laboratory "cooks."

Police Training Institute (PTI) (Orland Park, IL)-Presented information to State and Local Law Enforcement Officers on cocaine base and demonstrated how to synthesize "crack" from cocaine hydrochloride.

PTI (St. Louis, MO, Dayton, OH, and Schaumburg, IL)-Presented information to State and Local Law Enforcement Officers on field testing, clandestine laboratories, club drugs, and demonstrated the synthesis of "crack" from cocaine hydrochloride.

PTI (Chicago, IL)-Provided training to Federal, State and Local Law Enforcement Officers on the pharmacology of "club drugs", hallucinogens, cocaine, heroin, methamphetamine, steroids, and other popular drugs.

**CIRRICULUM VITAE**
**NAME: CAMALA L. DUBACH**
**PAGE 3**

Presentation (Valparaiso, IN)-Provided training to State and Local Law Enforcement Officers on "club drugs" and clandestine laboratory hazards

Ionscan Presentation (Kansas City, MO)-Provided training on the applications and use of the ionscan to area DEA Agents.

**Attachment A**