

**U. S. Department of Justice**
Drug Enforcement Administration
Drug Enforcement Administration
North Central Laboratory
536 S. Clark Street, Room 800
Chicago, Illinois 60605

*www.dea.gov*

To: James R.W. Braun
Assistant United States Attorney
District of New Mexico

From: Carrie C. Gallagher
Forensic Chemist

Approved: Patricia A. Brown
Laboratory Director

Subject: Rule 16(a)(1)(G) Summary of Testimony in
United States v. Dana Jarvis et al.
DEA Case Number: JB-05-0015

Date: January 22, 2007

The following summary of testimony is provided by Federal Rule of Criminal Procedure 16(a)(1)(G):

1. My name is Carrie C. Gallagher.

2. I am employed by the Department of Justice, Drug Enforcement Administration (DEA), in the capacity of forensic chemist, and was so employed when I conducted the examinations and analyses described below. My qualifications to interpret the results described below, and to express an opinion as to the identity of the exhibit(s) described below, are based on my knowledge, skill, experience, training, and education. My experience and training are described in detail in Attachment A.

3. The opinions described below are based on the following chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results.

4. I have examined and analyzed the substance contained in the exhibit, which were submitted for analysis in the above referenced case.



GOVERNMENT EXHIBIT 5

Rule 16(a)(1)(G) Summary of Testimony in
United States v. Dana Jarvis et al.
DEA Case Number: IB-05-0015

5. In my opinion, the substance referred to herein as DEA Exhibit #11 (DEA Lab Number 166691) has been identified as follows:

   a. Active drug ingredient: Marijuana
   b. Net Weight: 1163grams(g)

The above opinion is based on the following physical, chemical, and instrumental analyses:

   i. Microscopic examination
   ii. Modified Duquenois-Levine
   iii. Gas Chromatography/Mass Spectrometry

6. In my opinion, the substance referred to herein as DEA Exhibit #14 (DEA Lab Number 166694) has been identified as follows:

   a. Active drug ingredient: Cocaine Hydrochloride
   b. Quantitative result: 84%
   c. Net Weight: 99.7 grams(g)

The above opinion is based on the following physical, chemical, and instrumental analyses:

   i. Infrared Spectrometry
   ii. Gas Chromatography
   iii. Gas Chromatography/Mass Spectrometry

7. In my opinion, the substance referred to herein as DEA Exhibit #15.01 (DEA Lab Number 166695) has been identified as follows:

   a. Active drug ingredient: Marijuana
   b. Net Weight: 80.4 grams(g)

The above opinion is based on the following physical, chemical, and instrumental analyses:

   i. Microscopic examination
   ii. Modified Duquenois-Levine
   iii. Gas Chromatography/Mass Spectrometry

Rule 16(a)(1)(G) Summary of Testimony in
United States v. Dana Jarvis et al.
DEA Case Number: IB-05-0015

8. In my opinion, the substance referred to herein as DEA Exhibit #15.02 (DEA Lab Number 166695) has been identified as follows:

   a. Active drug ingredient: Marijuana Resin
   b. Net Weight: 64 milligrams(mg)

The above opinion is based on the following physical, chemical, and instrumental analyses:

   i. Microscopic examination
   ii. Modified Duquenois-Levine
   iii. Gas Chromatography/Mass Spectrometry