Attachment A

## Carrie C. Gallagher
Forensic Chemist
United States Department of Justice
Drug Enforcement Administration
North Central Laboratory
536 South Clark Street, Room 800
Chicago, Illinois 60605
312.353.3640

---

**Education:**

    Master of Science in Forensic Science, 2002
    University of Illinois at Chicago

    Bachelor of Science in Chemistry: Biochemistry emphasis, 2001
    University of Northern Iowa

    Bachelor of Science in Biology and Spanish, 2000
    University of Northern Iowa

**Specialized Training:**

    DEA Basic Forensic Sciences School, Quantico, VA
    DEA Clandestine Laboratory School, Quantico, VA
    In-house training, North Central Laboratory

**Professional Affiliations:**

    American Academy of Forensic Sciences
    American Chemical Society

(Revised 01/22/07)


GOVERNMENT EXHIBIT 6