Attachment A

# CURRICULUM VITAE

## Anthony C. Harris, Forensic Chemist

U.S. Department of Justice
Drug Enforcement Administration
North Central Laboratory
536 S. Clark Street – Room 800
Chicago, Illinois 60605
(312) 353-3640

### EDUCATION

Bachelor of Science Degree in Chemistry from the University of Illinois at Chicago- *August 1994*

### TRAINING

DEA Basic Training Program for Forensic Drug Chemist at the North Central Laboratory in Chicago – *July 1999*

DEA Basic Forensic Chemist School No. 9 at the Justice Training Center in Quantico, Virginia - *August 1999*

DEA Clandestine Laboratory Certification Training, Investigation and Safety School in Quantico, Virginia - *August 1999*

### EMPLOYMENT

August 1998 – Present
Drug Enforcement Administration
North Central Laboratory, Chicago Illinois
Position: Forensic Chemist

July 1990 – June 1998
USDA Science and Technology Division
3570 N. Avondale, Chicago, Illinois
Position 7/90 to 2/95: Physical Science Technician
Position 3/95 to 6/98: Chemist

GOVERNMENT EXHIBIT 8