Tests performed on Sarpy County Evidence No. 16214-05

I, Christy Reisen, received the evidence from Sarpy County Sheriff evidence officer, Sally Cannia, with an agency case number of 16214-05, items #1-11 on May 25, 2005. The evidence consisted of samples of plant material taken by the Sarpy County Sheriff's office. After having custody of the evidence, it was logged into a log book at the Eastern Nebraska Forensic Lab, and placed into our evidence safe until testing could be performed.

On June 3, 2005, I took the evidence out of the evidence safe, cut open the packaging, removed a portion of the sample in item #1 and proceeded to perform a microscopic examination of the sample. In the examination, I found systolith and multi-cellular hairs present. I then performed the Duquenois test on the sample, which is a color test that is an indicator of marijuana. The two tests performed in accordance with one another give a confirmation for the presence of marijuana.

The items were then returned to their packaging and to Sarpy County Sheriff's evidence officer.



GOVERNMENT EXHIBIT 11