# Christine M. Reisen

## Positions Held

| | |
|---|---|
| May 1998 - present | Forensic Chemist: Eastern Nebraska Forensic Lab - involved with all metropolitan Omaha forensic type law enforcement drug testing, test bodily fluids for alcohol and drug levels, confidential and accurate record keeping, sample management, research and testing of new drugs, reporting results and laboratory equipment maintenance. |
| Aug 1995 - May 1998 | Technical Support Specialist: Abbott Diagnostics Division - responsible for 4+ state area installing laboratory equipment, troubleshooting and assisting customers with technical issues. |
| Sept 1990 - Aug 1995 | Medical Technologist: Physicians Laboratory Services - served as a technologist in Chemistry, Special Chemistry and RIA departments performing analysis, documenting results and maintaining laboratory equipment. |
| Sept 1992 - Aug 1995 | Medical Technologist: St. Joseph Hospital - served as a generalist medical technologist for the 11-7 shift of trauma hospital, performing all areas of laboratory testing, reporting results and laboratory equipment maintenance. |

## Professional Organizations
American Society of Clinical Pathologists - registered medical technologist
Midwestern Association of Forensic Scientists

## Licenses
Registered Medical Technologist, ASCP
Class A permit Alcohol content testing permit from the State of Nebraska
Class D Drug Detection testing permit from the State of Nebraska
Class D Drug Screening testing permit from the State of Nebraska
Certification in Arson Accelerant Detection from the CCI



GOVERNMENT EXHIBIT 12

# Christine M. Reisen

709 S. 20th St.
Omaha, NE 68102
(402) 346-4764

## Qualifications

- 16 years experience in laboratory setting ( 6 years medical technologist, 2 years technical support specialist, 8 years forensic chemistry)
- knowledge of chemistry due to education and continual on-the-job training from Mr. William Ihm ( 27 years experience in forensic chemistry)
- attendance in training seminars and schools
- current holder of Class A permit, Class D drug detection permit and Class D drug screening permit.

## Education

August 1989 — Bachelor of Science - Medical Technology (major), Chemistry (minor) - Wayne State College; Wayne, NE

July 1989 — Medical Technology Certification - Marian Health Center - Sioux City, IA

## Awards

Abbott Diagnostics Division
    Technical Support Specialist of the Quarter - Chicago Region

## Training

October 1995 — Abbott Diagnostics Division
    ADx Training School
    TDx/FLx Training School

December 7-11, 1998 — Drug Enforcement Administration
    Forensic Chemist Training School

April 27-29, 1999 — Midwestern Association of Forensic Scientists
    Interpretation of Mass Spectra

Sept 27- Oct 1, 1999 — California Criminalistics Institute
    Arson Accelerant Detection

November 1-5, 1999 — Clandestine Laboratory Investigators Association
    Clandestine Laboratory Awareness Program