All Accounts | Jarvis, Dana  
Bank Account Summary  
Lead Sheet | M. Albers  
7-28-06

### Summary of Bank Accounts

| Bank Name | Type of Acct | Account Name | Acct Number | Missing Items | Statement Period | Subponea Period |
|---|---|---|---|---|---|---|
| Bank of America | Checking | Club Rhythm & Blues - Payroll | 002064492265 | | | |
| Bank of America | Checking | Club Rhythm & Blues - Operating | 002064192936 | | | |
| Bank of America | Checking | Dana Jarvis | 0011-1122-8357 | | | |
| Bank One | Savings | Dana Jarvis | 4045-5157 | | | |
| Bank One | Checking | Dana Jarvis or Melania Kerwin | 661565861 | | | |
| Bank One | Checking | Dana Jarvis | 689832822 | | | |
| First State Bank | Savings | Dana Jarvis | 1223801 | | | |
| First State Bank | Checking | Dana Jarvis | 1874527 | | | |
| Community Bank | Checking | Dana Jarvis or Dakota Fitzner | 271021353 | | | |

Page 1 of 1



GOVERNMENT EXHIBIT 15

| Summary of Cash In's and Cash Out's | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total | % |
| Cash IN | $233,766.35 | $302,574.50 | $324,400.38 | $309,947.70 | $217,960.72 | $161,469.55 | $14,329.54 | $1,564,448.74 | |
| Cash OUT | $12,183.00 | $10,500.00 | $37,344.33 | $12,987.00 | $5,579.33 | $4,163.28 | $14,420.00 | $97,176.94 | 6.21% |
| Difference | $221,583.35 | $292,074.50 | $287,056.05 | $296,960.70 | $212,381.39 | $157,306.27 | ($90.46) | $1,467,271.80 | 93.79% |

Jarvis, Dana
Bank Account Summary

M. Albers
10-12-06

| Acct Number | Total Deposits | Cash Deposits | Check Deposits | Merchant Sales | Missing Deposits | Transfers In | Other Deposits | Cash W/Held from Dep | Total Withdrawals | Cash Withdrawals | Checks Written | Transfers Out | Other Debits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002064492265 | $68,977.14 | $2,500.00 | | $43,717.58 | | $20,750.00 | $2,009.56 | | $69,478.99 | | $50,014.80 | | $19,464.19 |
| 002064192936 | $298,139.10 | $202,705.35 | $7,027.50 | | $88,365.70 | | $40.55 | | $302,757.21 | $150.00 | $281,524.61 | $20,750.00 | $482.60 |
| 0011-1122-8357 | $6,460.46 | | $5,608.27 | | $852.19 | | | | $6,591.40 | | $6,591.40 | | |
| 4045-5157 | $5,533.31 | $5,401.00 | | | | | $132.31 | | $10,000.00 | | $10,000.00 | | |
| 661565861 | | | | | | | | | | | | | |
| 689832822 | | | | | | | | | | | | | |
| 1223801 | $16,201.52 | $16,040.00 | | | | | $161.52 | | $14,129.56 | $11,653.00 | $2,476.56 | | |
| 1874527 | | | | | | | | | | | | | |
| 271021353 | $7,579.75 | $7,120.00 | | | $450.00 | | $9.75 | | $7,473.80 | $380.00 | $7,075.05 | | $18.75 |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| Totals | $402,891.28 | $233,766.35 | $12,635.77 | $43,717.58 | $89,667.89 | $20,750.00 | $2,353.69 | $0.00 | $410,430.96 | $12,183.00 | $357,682.42 | $20,750.00 | $19,965.54 |

| Acct Number | Total Deposits | Cash Deposits | Check Deposit | Merchant Sales | Missing Deposits | Transfers In | Other Deposits | Cash W/H from Dep | Total Withdrawals | Cash Withdrawals | Checks Written | Transfers Out | Other Debits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002064492265 | $120,067.29 | $11,998.50 | $2,000.00 | $52,477.85 | | $53,400.00 | $190.94 | | $114,873.52 | | $82,458.80 | | $32,414.72 |
| 002064192936 | $272,477.10 | $265,677.75 | $6,629.45 | | $110.00 | | $59.90 | | $265,437.71 | | $187,887.42 | $77,400.00 | $150.29 |
| 0011-1122-8357 | $100,822.50 | | $76,633.92 | | $188.58 | $24,000.00 | | | $30,779.31 | | $30,779.31 | | |
| 4045-5157 | $4,934.89 | $4,681.00 | | | | | $253.89 | | $0.00 | | | | |
| 661565861 | | | | | | | | | | | | | |
| 689832822 | | | | | | | | | | | | | |
| 1223801 | $20,184.36 | $16,917.25 | | | | | $3,267.11 | | $21,010.95 | $10,500.00 | $10,500.00 | | $10.95 |
| 1874527 | | | | | | | | | | | | | |
| 271021353 | $3,304.31 | $3,300.00 | | | | | $4.31 | | $3,410.26 | | $3,301.95 | | $108.31 |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| **Totals** | $521,790.45 | $302,574.50 | $85,263.37 | $52,477.85 | $298.58 | $77,400.00 | $3,776.15 | $0.00 | $435,511.75 | $10,500.00 | $314,927.48 | $77,400.00 | $32,684.27 |

Calendar Year 2001     Jarvis, Dana     M. Albers
Bank Account Summary     10-12-06

| Acct Number | Total Deposits | Cash Deposits | Check Deposits | Merchant Sales | Missing Deposits | Transfers In | Other Deposits | Total Withdrawals | Cash Withdrawals | Checks Written | Transfers Out | Other Debits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002064492265 | $73,253.85 | | | $67,741.46 | | $5,500.00 | $12.39 | $77,688.84 | $200.00 | $49,051.35 | $12,700.00 | $15,737.49 |
| 002064192936 | $322,233.49 | $299,124.25 | $7,322.18 | | | $12,700.00 | $3,087.06 | $331,600.63 | $270.00 | $280,514.11 | $43,421.11 | $7,395.41 |
| 0011-1122-8357 | $54,332.97 | $6,000.00 | $13,362.71 | | $3,049.15 | $31,921.11 | | $122,818.67 | | $122,758.67 | | $60.00 |
| 4045-5157 | $160.96 | | | | | | $160.96 | $6,000.00 | | $6,000.00 | | |
| 661565861 | | | | | | | | | | | | |
| 689832822 | | | | | | | | | | | | |
| 1223801 | $36,798.44 | $19,276.13 | $6,749.60 | | $608.37 | | $10,164.34 | $41,801.30 | $36,874.33 | $4,000.00 | | $926.97 |
| 1874527 | | | | | | | | | | | | |
| 271021353 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| **Totals** | $486,779.71 | $324,400.38 | $27,434.49 | $67,741.46 | $3,657.52 | $50,121.11 | $13,424.75 | $579,909.44 | $37,344.33 | $462,324.13 | $56,121.11 | $24,119.87 |

| Acct Number | Total Deposits | Cash Deposits | Check Deposits | Merchant Sales | Missing Deposits | Transfers In | Other Deposits | Total Withdrawals | Cash Withdrawals | Checks Written | Transfers Out | Other Debits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002064492265 | $96,211.07 | $11,800.00 | $3,083.01 | $75,944.20 | | $5,378.50 | $5.36 | $96,130.25 | | $64,226.48 | $6,000.00 | $25,903.77 |
| 002064192936 | $276,160.27 | $265,331.70 | $4,817.00 | | | $6,000.00 | $11.57 | $279,671.06 | $4,287.00 | $245,444.21 | $27,725.06 | $2,214.79 |
| 0011-1122-8357 | $27,629.96 | $5,200.00 | $7,199.64 | | $9,197.01 | $6,000.00 | $33.31 | $30,776.42 | $2,000.00 | $27,521.42 | | $1,255.00 |
| 4045-5157 | $27.96 | | | | | | $27.96 | $10.00 | | | | $10.00 |
| 661565861 | | | | | | | | | | | | |
| 689832822 | | | | | | | | | | | | |
| 1223801 | $81,744.18 | $25,766.00 | $32,200.23 | | | $14,068.00 | $9,709.95 | $42,908.88 | $6,700.00 | $925.97 | $32,500.00 | $2,782.91 |
| 1874527 | $49,551.80 | $1,850.00 | $6,923.24 | | | $40,778.56 | | $45,892.18 | | $45,085.41 | | $806.77 |
| 271021353 | | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| Totals | $531,325.24 | $309,947.70 | $54,223.12 | $75,944.20 | $9,197.01 | $72,225.06 | $9,788.15 | $495,388.79 | $12,987.00 | $383,203.49 | $66,225.06 | $32,973.24 |

| Acct Number | Total Deposits | Cash Deposits | Check Deposits | Merchant Sales | Missing Deposits | Transfers In | Other Deposits | Total Withdrawals | Cash Withdrawals | Checks Written | Transfers Out | Other Debits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00206449265 | $88,098.11 | $4,053.00 | $2,256.58 | $71,971.10 | | $9,600.00 | $217.43 | $89,404.63 | | $54,822.84 | $7,000.00 | $27,581.79 |
| 002064192936 | $195,796.72 | $178,206.05 | $4,463.37 | | $6,073.50 | $7,049.00 | $4.80 | $197,854.25 | $3,579.33 | $151,809.47 | $27,000.00 | $15,465.45 |
| 0011-1122-8357 | | | | | | | | | | | | |
| 4045-5157 | $31.60 | $10.00 | | | | | $21.60 | $2,000.00 | $2,000.00 | | | |
| 661565861 | | | | | | | | | | | | |
| 689832822 | | | | | | | | | | | | |
| 1223801 | $38,661.83 | $22,344.67 | $6,240.99 | | | $10,000.00 | $76.17 | $81,421.80 | | | $62,850.00 | $18,571.80 |
| 1874527 | $92,330.96 | $13,347.00 | $6,458.96 | | | $70,750.00 | $1,775.00 | $94,597.20 | | $93,125.94 | | $1,471.26 |
| 271021353 | | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| | 0 | | | | | | | | | | | |
| Totals | $414,919.22 | $217,960.72 | $19,419.90 | $71,971.10 | $6,073.50 | $97,399.00 | $2,095.00 | $465,277.88 | $5,579.33 | $299,758.25 | $96,850.00 | $63,090.30 |

Calendar Year 2004          Jarvis, Dana          M. Albers
Bank Account Summary          10-12-06

| Acct Number | Total Deposits | Cash Deposits | Check Deposits | Merchant Sales | Missing Deposits | Transfers In | Other Deposits | Cash W/D From Dep | Total Withdrawals | Cash Withdrawals | Checks Written | Transfers Out | Other Debits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002064492265 | $51,197.46 | | | $48,278.46 | | $2,600.00 | $319.00 | | $49,476.48 | | $31,207.27 | $9,344.32 | $8,924.89 |
| 002064192936 | $113,602.74 | $100,072.55 | $3,964.50 | | | $9,563.32 | $2.37 | | $113,634.05 | $763.28 | $76,107.53 | $27,769.00 | $8,994.24 |
| 0011-1122-8357 | | | | | | | | | | | | | |
| 4045-5157 | $4,995.54 | $400.00 | $1,582.00 | | | $3,000.00 | $13.54 | | $9,762.00 | $2,000.00 | $5,005.00 | $2,700.00 | $57.00 |
| 661565861 | $26,788.97 | $23,203.00 | $51.80 | | | $2,700.00 | $834.17 | $2,000.00 | $26,653.47 | $1,400.00 | $15,042.93 | $3,000.00 | $7,210.54 |
| 689832822 | | | | | | | | | | | | | |
| 1223801 | $32,940.62 | $17,469.00 | $2,634.31 | | | $8,300.00 | $4,537.31 | | $33,613.96 | | | $22,425.00 | $11,188.96 |
| 1874527 | $76,347.22 | $20,325.00 | $17,132.22 | | | $38,875.00 | $15.00 | | $77,523.83 | | $75,752.41 | $300.00 | $1,471.42 |
| 271021353 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| Totals | $305,872.55 | $161,469.55 | $25,364.83 | $48,278.46 | $0.00 | $65,038.32 | $5,721.39 | $2,000.00 | $310,663.79 | $4,163.28 | $203,115.14 | $65,538.32 | $37,847.05 |

Calendar Year 2005  Jarvis, Dana / Bank Account Summary  M. Albers  10-12-06

| Acct Number | Total Deposits | Cash Deposits | Check Deposits | Merchant Sales | Missing Deposits | Transfers In | Other Deposits | Total Withdrawals | Cash Withdrawals | Checks Written | Transfers Out | Other Debits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002064492265 | $7,869.09 | $190.54 | | $6,694.00 | | $415.00 | $569.55 | $9,847.40 | | $4,272.92 | | $5,574.48 |
| 002064192936 | $2,674.20 | | | | $2,570.00 | | $104.20 | $3,591.03 | | $1,613.40 | $415.00 | $1,562.63 |
| 0011-1122-8357 | | | | | | | | | | | | |
| 4045-5157 | $17,898.44 | $200.00 | $16,697.00 | | | $1,000.00 | $1.44 | $17,156.50 | $3,770.00 | | $13,250.00 | $136.50 |
| 661565861 | $570.00 | $570.00 | | | | | | $705.50 | $40.00 | | | $665.50 |
| 689832822 | $14,750.00 | $500.00 | | | | $14,250.00 | | $13,478.81 | $5,010.00 | $5,690.00 | $2,500.00 | $278.81 |
| 1223801 | $46,855.56 | $3,319.00 | | | | $43,510.00 | $26.56 | $36,174.56 | $2,600.00 | | $27,050.00 | $6,524.56 |
| 1874527 | $116,772.94 | $9,550.00 | $80,172.94 | | | $27,050.00 | | $117,573.18 | $3,000.00 | $70,245.41 | $43,010.00 | $1,317.77 |
| 271021353 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| 0 | | | | | | | | | | | | |
| Totals | $207,390.23 | $14,329.54 | $96,869.94 | $6,694.00 | $2,570.00 | $86,225.00 | $701.75 | $198,526.98 | $14,420.00 | $81,821.73 | $86,225.00 | $16,060.25 |