Analysis of Club Rhythm Blues Income Expenditures
1998 - 2004

J. Somera
1-19-07

| Description | 1998 | Exh. | Pg. | 1999 | Exh. | Pg. | 2000 | Exh. | Pg. |
|---|---|---|---|---|---|---|---|---|---|
| Sch C Gross Receipts-Club R&B | $193,998.00 | 85 | 7 | $323,739.00 | 85 | 125 | $340,251.00 | 85 | 239 |
| Other Income - Sign Rental | | | | | | | | | |
| **Total Gross Income** | **$193,998.00** | | | **$323,739.00** | | | **$340,251.00** | | |
| | | | | | | | | | |
| **Less:** | | | | | | | | | |
| Sch C Expenses-Club R&B | $120,046.00 | 85 | 7 | $182,759.00 | 85 | 125 | $206,437.00 | 85 | 239 |
| Returns & Allowances | | | | | | | $1,258.00 | 85 | 239 |
| Plus Cost of Goods Sold | $35,227.00 | 85 | 8 | $64,420.00 | 85 | 126 | $88,105.00 | 85 | 240 |
| Materials | $11,284.00 | 85 | 8 | | | | | | |
| Less Depreciation | ($22,043.00) | 85 | 7 | ($13,848.00) | 85 | 125 | ($12,906.00) | 85 | 239 |
| Less Amortization | ($50.00) | 85 | 8 | ($100.00) | 85 | 126 | ($100.00) | 85 | 250 |
| Bar Principle Payments | $90,766.75 | 85 | 71 | $119,800.00 | * | | $25,200.02 | * | |
| Down Pymt on Bldg | $7,500.00 | 85 | 81 | | | | | | |
| Purchase of Equip-Goodwill | $15,000.00 | 85 | 76 | | | | | | |
| Purchase of Kitchen Equip | $2,500.00 | 85 | 103 | | | | | | |
| New Bathrooms-floor | $21,390.00 | 85 | 49 | | | | | | |
| Capital Purchases | | | | $6,669.00 | 85 | 132 | $6,338.00 | 85 | 246 |
| Personal Draws | | | | | | | $27,000.00 | 85 | 298 |
| Down Pymt on Liquor License | | | | | | | | | |
| Pymt. On Liquor License Loan | | | | | | | | | |
| **Total Expenditures - Club R&B** | **$281,620.75** | | | **$359,700.00** | | | **$341,332.02** | | |
| | | | | | | | | | |
| **Equals:** | | | | | | | | | |
| **Net Income (Loss)** | **($87,622.75)** | | | **($35,961.00)** | | | **($1,081.02)** | | |
| | | | | | | | | | |
| | | | | | | | | | |
| *Total Payments on Bldg Purchase | | | | $130,275.10 | 85 | 192 | $26,055.02 | 85 | 297 |
| Less: Interest Per Sch. C | | | | ($10,475.00) | 85 | 125 | ($855.00) | 85 | 239 |
| Equals: Principle Paid | | | | $119,800.10 | | | $25,200.02 | | |
| | | | | | | | | | |
| **Total Payments on Liquor License | | | | | | | | | |
| Less: Interest Per Sch. C | | | | | | | | | |
| Equals: Principle Paid | | | | | | | | | |



GOVERNMENT EXHIBIT 20

| Description | 2001 | Exh. | Pg. | 2002 | Exh. | Pg. | 2003 | Exh. | Pg. | 2004 | Exh. | Pg. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sch C Gross Receipts-Club R&B | $356,273.00 | 85 | 369 | $364,251.00 | 85 | 547 | $253,045.00 | 85 | 541 | $162,440.00 | 85 | 468 |
| Other Income - Sign Rental | | | | | | | $2,500.00 | 85 | 541 | $2,500.00 | 85 | 468 |
| **Total Gross Income** | **$356,273.00** | | | **$364,251.00** | | | **$255,545.00** | | | **$164,940.00** | | |
| | | | | | | | | | | | | |
| Less: | | | | | | | | | | | | |
| Sch C Expenses-Club R&B | $236,160.00 | 85 | 369 | $257,297.00 | 85 | 547 | $160,699.00 | 85 | 541 | $90,046.00 | 85 | 468 |
| Returns & Allowances | | | | | | | | | | | | |
| Plus Cost of Goods Sold | $97,365.00 | 85 | 370 | $83,707.00 | 85 | 548 | $58,867.00 | 85 | 541 | $39,385.00 | 85 | 469 |
| Materials | | | | | | | | | | | | |
| Less Depreciation | ($6,132.00) | 85 | 369 | ($5,821.00) | 85 | 547 | ($5,821.00) | 85 | 541 | ($5,821.00) | 85 | 468 |
| Less Amortization | ($100.00) | 85 | 382 | ($100.00) | 85 | 564 | ($100.00) | 85 | 542 | ($100.00) | 85 | 469 |
| Bar Principle Payments | | | | | | | | | | | | |
| Down Pymt on Bldg | | | | | | | | | | | | |
| Purchase of Equip-Goodwill | | | | | | | | | | | | |
| Purchase of Kitchen Equip | | | | | | | | | | | | |
| New Bathrooms-floor | | | | | | | | | | | | |
| Capital Purchases | $1,200.00 | 85 | 377 | | | | | | | | | |
| Personal Draws | $37,921.00 | 85 | 439 | $28,366.50 | 85 | 618 | $17,400.00 | 85 | 644 | $24,950.00 | 85 | 532 & 533 |
| Down Pymt on Liquor License | | | | | | | $15,000.00 | 85 | 627 | | | |
| Pymt. On Liquor License Loan | | | | | | | $268.98 | ** | | $1,085.56 | ** | |
| **Total Expenditures - Club R&B** | **$366,414.00** | | | **$363,449.50** | | | **$246,313.98** | | | **$149,545.56** | | |
| | | | | | | | | | | | | |
| Equals: | | | | | | | | | | | | |
| **Net Income (Loss)** | **($10,141.00)** | | | **$801.50** | | | **$9,231.02** | | | **$15,394.44** | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| *Total Payments on Bldg Purchase | | | | | | | | | | | | |
| Less: Interest Per Sch. C | | | | | | | | | | | | |
| Equals: Principle Paid | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Total Payments on Liquor License | | | | | | | $5,350.98 | 85 | 628 | $9,810.00 | 85 | 523 |
| Less: Interest Per Sch. C | | | | | | | ($5,082.00) | 85 | 606 | ($8,724.44) | 85 | 528 |
| Equals: Principle Paid | | | | | | | $268.98 | | | $1,085.56 | | |