| Year | Expense Item | Amount | Exhibit Reference | Page # |
|---|---|---|---|---|
| 1999 | Advertising | $1,299.83 | 85 | 204-205 |
| 1999 | Bad Debt | $72.75 | 85 | 204 |
| 1999 | Bar Equipment | $7,072.87 | 85 | 204-206 |
| 1999 | Bar Supplies | $27,042.48 | 85 | 200-203 |
| 1999 | Adjusted per Sysco | -$15,596.45 | Interview w/Sysco | |
| 1999 | Business Expense | $177.95 | 85 | 200 |
| 1999 | Charity | $125.00 | 85 | 200 |
| 1999 | Clerical | $704.48 | 85 | 200 |
| 1999 | Entertainment | $376.06 | 85 | 198 |
| 1999 | Improvements | $3,576.80 | 85 | 198 |
| 1999 | Liquor | $4,790.31 | 85 | 191 |
| 1999 | Maintenance | $1,761.03 | 85 | 191-192 |
| 1999 | Office Equipment | $271.10 | 85 | 192 |
| 1999 | Office Expense | $733.35 | 85 | 192-193 |
| 1999 | Gas & Electric | $24.40 | 85 | 193 |
| **Total** | | **$32,431.96** | | |
| | | | | |
| 2000 | Advertising | $750.82 | 85 | 283 |
| 2000 | Bar Equipment | $754.00 | 85 | 284 |
| 2000 | Bar Supplies | $2,741.21 | 85 | 285-286 |
| 2000 | Business Expense | $394.39 | 85 | 286-287 |
| 2000 | Cigarettes | $4,073.92 | 85 | 287 |
| 2000 | Clerical | $781.57 | 85 | 287 |
| 2000 | Contract Labor | $150.00 | 85 | 288 |
| 2000 | Flowers | $1,275.00 | 85 | 288-289 |
| 2000 | Improvements | $3,312.46 | 85 | 290 |
| 2000 | Linen | $31.33 | 85 | 291 |
| 2000 | Liquor | $401.51 | 85 | 295 |
| 2000 | Maintenance | $5,731.55 | 85 | 295-297 |
| 2000 | Office Expense | $331.83 | 85 | 297 |

GOVERNMENT EXHIBIT 21

| Year | Expense Item | Amount | Exhibit Reference | Page # |
|---|---|---|---|---|
| **Total** | | $20,729.59 | | |
| | | | | |
| 2001 | Bar Supplies | $787.05 | 85 | 426-427 |
| 2001 | Business Expense | $126.72 | 85 | 427-428 |
| 2001 | Cigarettes | $55.37 | 85 | 428 |
| 2001 | Flowers | $1,320.00 | 85 | 431 |
| 2001 | Improvements | $210.00 | 85 | 432 |
| 2001 | Liquor | $527.18 | 85 | 436 |
| 2001 | Maintenance | $468.24 | 85 | 438 |
| 2001 | Office Expense | $442.54 | 85 | 438-439 |
| **Total** | | $3,937.10 | | |
| | | | | |
| 2002 | Business Expense | $1,604.77 | 85 | 603 |
| 2002 | Donations | $1,000.00 | 85 | 604 |
| 2002 | Medical | $1,574.75 | 85 | 605 |
| 2002 | Doctor | $1,450.00 | 85 | 605 |
| 2002 | Medicine | $48.98 | 85 | 605 |
| 2002 | Bar Equipment | $0.00 | 85 | 646 |
| 2002 | Bar Supplies | $390.71 | 85 | 649 |
| 2002 | Contract Labor | $60.00 | 85 | 635 |
| 2002 | Dues | $0.00 | 85 | 652 |
| 2002 | Flowers | $990.00 | 85 | 640 |
| 2002 | Improvements | $239.50 | 85 | 642 |
| 2002 | Liquor | $14.00 | 85 | 668 |
| 2002 | Maintenance | $339.87 | 85 | 614 |
| 2002 | Miscellaneous | $208.02 | 85 | 615 |
| 2002 | Office Expense | $173.23 | 85 | 616 |
| **Total** | | $8,093.83 | | |
| | | | | |
| 2003 | Club Expense | $290.72 | 85 | 629 |

Schedule of Cash Expenditures Extracted from P L
Club Rhtyhm Blues

J. Somera
11-15-06

| Year | Expense Item | Amount | Exhibit Reference | Page # |
|------|--------------|--------|-------------------|--------|
| 2003 | Doctor | $6,507.00 | 85 | 626 |
| 2003 | Medicine | $105.39 | 85 | 625 |
| 2003 | Bar Supplies | $17.87 | 85 | 635 |
| 2003 | Maintenance | $0.00 | 85 | 642 |
| **Total** | | **$6,920.98** | | |
| 2004 | Bar Supplies | $348.41 | 85 | 539 |
| 2004 | Maintenance | $209.61 | 85 | 533 |
| 2004 | Office Expense | $272.13 | 85 | 533 |
| **Total** | | **$830.15** | | |