**JOSELYN SOMERA**
Special Enforcement Revenue Agent
Internal Revenue Service Small Business/ Self Employed Division
United States Department of Treasury

## Education

| | |
|---|---|
| Bachelor of Arts (1984)<br>  Business Administration,<br>  Accounting Major | Highlands University, Las Vegas, New Mexico |
| Real Estate (1986) | Phoenix, Arizona |
| Currently enrolled in prep course<br>  For Certified Fraud Examiner | Phoenix, Arizona |

## Experience

Special Enforcement Revenue Agent                Phoenix, Arizona  (05/04-present)
Internal Revenue Service
Small Business Self Employed

Abusive Tax Avoidance Revenue Agent           Phoenix, Arizona  (05/00-05/04)
Internal Revenue Service
Small Business Self Employed

Revenue Agent                                                      Phoenix, Arizona  (06/84-05/00)
Internal Revenue Service
Small Business Self Employed

Revenue Agent Reviewer                                     Phoenix, Arizona  (5/87-12/90)
Internal Revenue Service
Technical Services

District Counsel Details                                         Phoenix, Arizona  (as needed)
Internal Revenue Service
Area Counsel

Revenue Agent Instructor                                    Phoenix, Arizona  (numerous)
Internal Revenue Service
Small Business Self Employed

Acting Group Manager                                         Phoenix, Arizona  (numerous)
Internal Revenue Service
Small Business Self Employed

GOVERNMENT EXHIBIT 24

## Relevant Training

| | |
|---|---|
| Special Enforcement Training | Jacksonville, Florida |
| Expert Witness Training | Seattle, Washington |
| Abusive Tax Avoidance Training | Phoenix, Arizona |
| Indirect Methods Training | Phoenix, Arizona |
| Revenue Agent Phase I Training (Individual Non-Business) | San Francisco, California |
| Revenue Agent Phase II Training (Business Income) | Phoenix, Arizona |
| Revenue Agent Phase III Training (Corporate) | Phoenix, Arizona |
| Revenue Agent Phase IV Training (Partnerships and S Corporations) | Phoenix, Arizona |
| Revenue Agent Phase V Training (Consolidated Returns) | Phoenix, Arizona |
| Continuing Professional Education Training (annually) | Various |
| Off-Shore Trust | Phoenix, Arizona |
| On the Job Instructor for Revenue Agents | Phoenix, Arizona |
| Employment Tax Training | Chicago, Illinois |
| Reviewer Training | Phoenix, Arizona |

## Specialized Experience

I have been employed with the Internal Revenue Service, United States Department of the Treasury for approximately 22 ½ years. I have conducted numerous audits involving a wide range of businesses. My duties as a Revenue Agent include, but are not limited to:
- reviewing returns for audit potential
- conducting examinations of business and personal accounting records
- analyzing records
- securing information from third parties as necessary
- executing Summonses if needed
- preparing schedules
- prepare indirect methods to verify income
- preparing Revenue Agent Reports to reflect audit findings
- explaining my finding to taxpayers and/or their attorney

Since becoming a Special Enforcement Revenue Agent, the emphasis of my duties is concentrated in working with Special Agents in Criminal Investigation Division. I assist Special Agents in reviewing and scheduling documentation and records secured from individuals and/or business that are under criminal investigation. I prepare civil settlements for cases after they have been prosecuted criminally. On occasion I perform parallel investigations in conjunction with the Criminal Investigation Division in order to expedite case processing.

In my career with the Internal Revenue Service I have also performed the following assignments:
- Acting Group Manager
- Instructor for Continuing Professional Education for Revenue Agents
- Classification Details (to classify returns for audit potential)
- Small Business Workshops
- Revenue Agent on the job instructor