**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                 CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

**DEFENDANT REID'S JOINDER IN DEFENDANTS'**
**MOTION TO DISMISS, OR FOR A BILL OF**
**PARTICULARS, AS TO COUNT III**

Excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this motion or of an order based thereon.

The Defendant Reid, by his counsel undersigned, hereby joins in the Motion to Dismiss, or for a Bill of Particulars, as to Count III filed by the co-

defendants herein and related other defendant pleadings.

RESPECTFULLY SUBMITTED this ___ day of January, 2007

                                LAW OFFICES OF
                                NASH & KIRCHNER, P.C.

                                BY /S/ Walter Nash
                                  WALTER NASH
                                  Attorney for Defendant Reid

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

-2-

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2007, I served a true and correct copy of this Joinder by U.S. Mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103

/s/ Walter Nash
_____

-3-