IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      Plaintiff,

      vs.                                  **CRIM. NO. 05-cr-1849 JH**

**GEORGE RIPLEY,**

      Defendant.

## NOTICE OF HEARING

TO:

| Jason Bowles, Esq.<br>Bowles & Crow<br>P. O. Box 25186<br>Albuquerque, NM 87125 | James Braun, Esq.<br>Assistant U.S. Attorney<br>P. O. Box 607<br>Albuquerque, NM 87103 |
|---|---|

      **PLEASE TAKE NOTICE** that a **FELONY PLEA** has been set in the above matter for **TUESDAY, JANUARY 30, 2007, at 9:30 A.M.,** before the Honorable W. Daniel Schneider, Gila Courtroom, Fifth Floor, 333 Lomas N.W., Albuquerque, New Mexico.

      **PLEASE NOTE** the Defendant and counsel must be available for interview by the U.S. Probation Office immediately following the Plea hearing.

                                              _____
                                              MATTHEW J. DYKMAN, Clerk
                                              United States District Court

      **Please direct all inquires to:**    Mary Archuleta
                                              Courtroom Deputy
                                              Telephone: (505) 348-2051

            A true copy of this notice/order was served--via facsimile transmission
     mail, or electronic means--to counsel of record as they are shown on the Court's docket.

cc:      U. S. Pretrial/Probation