# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 05-1849 JH | UNITED STATES vs. GIL |
|---|---|

**Before The Honorable Robert H. Scott, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | **February 2, 2007** | Time In and Out: | **9:34 AM - 9:45 AM   (11 min)** |
| Clerk: | **Mary Archuleta** | FTR Information: | **FTR/HONDO** |
| Defendant: | **MANUEL GIL** | Defendant's Counsel: | **Timothy Padilla** |
| AUSA: | **James Braun** | Interpreter: | **B. Korp-Edwards**   Sworn |

| | | | |
|---|---|---|---|
| X | Defendant Sworn | | First Appearance |
| X | Consent to proceed before a magistrate judge and original plea agreement reviewed and executed by Deft. | | |
| X | Deft acknowledges receipt of: (Indictment or Information) | | |
| | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | | |
| X | Terms and conditions of proposed plea agreement explained. | | |
| X | Factual predicate to sustain the plea provided. | | |
| X | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. | | |
| X | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | | |
| X | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | | |
| X | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. | | |
| X | Deft pleads GUILTY to: **COUNT 1 OF SUPERSEDING INDICTMENT** | | |
| X | Allocution by Deft on elements of charge(s). | | |
| X | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | | |
| X | Deft adjudged guilty. | | |
| X | Acceptance of plea agreement deferred until final disposition hearing by district judge. | | |
| X | Sentencing Date:    **to be notified** | | |
| | Defendant to Remain in Custody | | |
| X | Present conditions of release continued | | Conditions changed to: |
| | Penalty for failure to appear explained | | |
| X | Presentence Report Ordered | | **Expedited (Type III)** |
| X | Other Matters: | | |
| | | | |