IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO.  05-1849 JH |
| MANUEL GIL, | ) | |
| Defendant. | ) | |

## CONSENT TO APPEAR BEFORE
## UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with

which I am charged and the maximum possible penalties which might be imposed if I plead

guilty.  I have been informed of my right to the assistance of legal counsel and of my right to

plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:   Waive (give up) my right to enter my plea before a United States**

**District Judge and I consent to entering my plea, knowingly and voluntarily, before a**

**United States Magistrate Judge.**

MANUEL GIL
Defendant

TIMOTHY PADILLA
Attorney for Defendant

Date:  2-2-07

Before:  Robert H. Scott
United States Magistrate Judge