**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                              CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

## JOINDER IN MOTIONS FOR SEVERANCE

Excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this motion or of an order based thereon.

The defendant David Reid, by his counsel undersigned, hereby joins in the Motions for Severance previously filed by the co-defendants and their counsel herein including, but not limited to, the defendant Dana Jarvis'

-1-

Motion for Severance filed on October 20, 2006, defendants' Joint Motion to Sever Counts 1 and 3, filed on October 20, 2006, the Motion for Severance filed by the defendant Dennis Wilson on October 23, 2006, and defendant Ayla Jarvis' Motion for Severance filed October 20, 2006. Government's counsel has been notified of this filing in advance thereof.

RESPECTFULLY SUBMITTED this 5th day January, 2007

        LAW OFFICES OF
        NASH & KIRCHNER, P.C.

        BY /S/ Walter Nash
        WALTER NASH
        Attorney for Defendant Reid

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2007, I served a true and correct copy of this Joinder by U.S. Mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103

/s/ Walter Nash
_____

-3-