**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
**P.O. BOX 2310**
**TUCSON, ARIZONA 85702**
**Telephone (520) 792-1613**
**Fax (520) 628-1079**
**Pima County Computer No. 41636**
**State Bar No. 002893**
**walter.nash@azbar.org**
**bkirchner@azbar.org**

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,                         CR-05-1849 JH

vs.

DAVID REID,

     Defendant.

REQUEST FOR *BRADY* MATERIAL

No excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this motion or of an order based thereon.

The defendant David Reid, by his counsel undersigned, hereby files this specific request for various categories of exculpatory information. No hearing is requested on this matter at this time and no responsive pleading is deemed to be necessary on behalf of the Government. The defendant Reid requests the following:

-1-

1.   All documents, statements, intelligence, tangible objects, or other
     things that are of evidentiary value in this case that affirmatively
     indicate that the Defendant did not participate in any of the events
     alleged and any such item that does indicate the involvement of other
     alleged co-conspirators, both named and unnamed, and/or any co-
     defendants, but which does not include the Defendant.

2.   All exculpatory statements made by the Defendant.

3.   All statements of any co-conspirators, both named and unnamed,
     and/or any co-defendants that affirmatively indicate that the
     Defendant had no involvement in the alleged crime and any such
     statement of any other alleged co-conspirator, both named and
     unnamed, and/or any co-defendant that does not mention the
     Defendant.

4.   All statements of any other individual, either in writing or oral, that
     exculpate the Defendant and any statements, either in writing or oral,
     that indicate the guilt of other alleged co-conspirators, either named
     or unnamed, and/or any co-defendants, but which do not make any
     mention of the Defendant.

5.   The full nature and extent of any and all terms of any plea agreement

or other negotiated disposition entered into by and between the

prosecutor herein, or any other governmental agency, with any

individual or entity in exchange for Grand Jury testimony, trial

testimony, testimony at any hearings, and/or intelligence given or to

be given by that individual or entity involving any individual in the

case at bar.

6.    All efforts of the investigating agents, other police personnel and any

prosecutors or agents thereof to verify any of the information

provided by any informer, cooperating witness, or any other individual

who is providing testimony or information against any defendant

herein, or in support of any allegations herein, which such efforts

were negative.

7.    The following information for any informant, cooperating individual,

and/or other witness in this case:

a.    All statements made by the witness relative to the allegations of

this case, any of the facts giving rise to this case or in any way

involved therein, and/or concerning any of the defendants

herein.  This includes any written document prepared by the

witness, any written document (including notes) prepared by

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

any other individual of oral statements made by the witness,

and any document or tape otherwise purporting to contain the

substance of any such statements made by the witness;

b.     The entire criminal record (both arrests and convictions),

including any juvenile record, of said witness;

c.     Any information suggesting any bias, prejudice or motive that

the witness may have for testifying falsely or otherwise against

any defendant;

d.     Any information tending to establish that the witness is a user

of any drug or alcohol and any other information which tends to

discredit the witness's ability to perceive, recollect, and/or

narrate about events;

e.     All information relative to the witness's admission to any in or

out patient care or counseling program regarding drug and/or

alcohol use or other behavioral issues;

f.     All promises, agreements, benefits, monies or any thing of

value (including immigration benefits) whatsoever made to or

provided to the witness, his family or friends, directly or

indirectly, by federal, state or local authorities in Arizona or

elsewhere in this matter or any other matter in exchange for his cooperation;

g.    All documents, letters, or emails between any representative of the witness or the witness and any government agency relating to the negotiation of any bargain or other agreement;

h.    All documents (or facts if not reduced to writing) which reflect investigation of any individuals arising out of the information received in whole or in part from the witness, the results of which were in any manner inconsistent with the information obtained from the witness;

i.    All documents, including government's reports (or facts if not reduced to writing), which indicate instances of illegal behavior of the witness or specific instances of misconduct which relate in any manner whatsoever to the witness's credibility.  (See Rule of Evidence 608(b)).  This request includes any law enforcement reports relating to these incidents;

j.    Any statements made to any government agency or attorney from any source which relates to the witness's lack of credibility;

-5-

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

k.    Any of the witness's juvenile or adult probation, supervised release, or parole reports, presentence reports, violation reports, and any supplements thereto;

l.    All Pre-Trial Services (or similar agency) records or reports reflecting any violation of conditions of release including positive drug tests results;

m.    Copies of all Naddis or other computerized intelligence system records on the witness;

These requests include any oral statements made to any government agency or attorney which were not memorialized in writing or in notes regarding the foregoing.  In addition, the Defendant herein requests that the Government provide copies of any and all written documents or memoranda relating to all of these requested items.  These requests include reports or results of scientific tests and other examinations.

RESPECTFULLY SUBMITTED this 5th day of February, 2007.

LAW OFFICES OF
NASH & KIRCHNER, P.C.


BY /S/ Walter Nash
    WALTER NASH
    Attorney for Defendant Reid

-6-

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2007, I served a true

and correct copy of this Joinder by U.S. Mail, postage prepaid, on counsel

for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103


/s/ Walter Nash

_____

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

-7-