**+LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-05-1849 JH |
| vs. | |
| DAVID REID, | |
| Defendant. | |

NOTICE OF TRIAL CONFLICT

Excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this motion or of an order based thereon.

The trial in this matter is presently set for April 10, 2007. Counsel undersigned is advised that the estimated time for trial is between three and five weeks.

Counsel undersigned is also the attorney of record in the *United*

*States v. Horacio Estrada-Elias, et. al., 6:06 CR96-1-DCR*, presently pending in the United States District Court for the Eastern District of Kentucky (London).  The matter is presently assigned to the Honorable Danny C. Reeves.  That matter involves an in custody defendant and is presently set for trial on April 17, 2007.  It is estimated that that trial will last approximately three to five days.[1]  Counsel undersigned will continue to keep this Court apprised of that situation. Counsel undersigned is uncertain if the *Estrada-Elias* matter will be continued (it is not anticipated that it will be absent a superceding indictment) or resolved by means of a plea agreement (also unlikely at this time).

    Counsel undersigned also has eight other matters calendared for trial in the United States District Court in the District of Arizona in the months of February, March, and April.  However, it is anticipated that all of these matters will be continued to accommodate the trial dates in both New Mexico and Kentucky and/or resolved by means of a negotiated disposition.  Two additional matters are presently set in state court in Tucson, Arizona, but will also continued or be resolved without the

---

[1] Due to the geographic location and time zone changes, a full day travel between Arizona to Kentucky is necessitated each direction.  The Estrada-Elias matter had been set earlier for trial, but was continued on motion of a co-defendant.

-2-

necessity of the trial.

      RESPECTFULLY SUBMITTED this 5th day of February, 2007.

                                   LAW OFFICES OF
                                   NASH & KIRCHNER, P.C.

                                   BY /S/ Walter Nash
                                       WALTER NASH
                                       Attorney for Defendant Reid

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2007, I served a true and correct copy of this Joinder by U.S. Mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103

/s/ Walter Nash
_____