1

**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**

2

**P.O. BOX 2310**
**TUCSON, ARIZONA 85702**

3

**Telephone (520) 792-1613**
**Fax (520) 628-1079**
**Pima County Computer No. 41636**

4

**State Bar No. 002893**
**walter.nash@azbar.org**
**bkirchner@azbar.org**

5

Attorney for defendant David Reid

6

7

8          IN THE UNITED STATES DISTRICT COURT

9             FOR THE DISTRICT OF NEW MEXICO

10

11    UNITED STATES OF AMERICA,

12          Plaintiff,                          CR-05-1849 JH

13

14    vs.

15    DAVID REID,

16          Defendant.

17

18

19          DEFENDANT REID'S JOINDER IN PREVIOUSLY
                        FILED MOTIONS

20

21          Excludable delay under 18 U.S.C. §3161(h)(1)(F) may arise as a

22    result of this motion or of an order based thereon.

23          The defendant Reid, by his present counsel undersigned, hereby

24    joins in various pretrial motions previously filed by co-defendants.  This

25

26    filing is made in order to perfect the record on appeal for the defendant

-1-

1    Reid.

2        James Braun, counsel for the Government herein, has been
3
4    previously notified of the filing of this Joinder.

5        Several previously filed motions were denominated as "joint" motions.
6    Counsel undersigned is uncertain as to whether the joint filing was only for
7
8    those defendants with court appointed counsel or if it was intended to cover
9    all defendants in the case.  Out of the abundance of caution the defendant
10   Reid hereby joins in the following motions:

11       1.  The Motion to Dismiss Forfeiture Allegations/Bill of Particulars,
12   filed on October 6, 2006, by the co-defendant Dana Jarvis.
13
14       2.  The Joint Motion for Disclosure of Confidential Informants, filed on
15   December 20, 2006, by the co-defendant Dana Jarvis.

16       3.  The Joint Motion to Sever Counts One and Three, filed on
17
18   October 20, 2006, by the co-defendant Dana Jarvis.

19       4.  The Joint Motion to Compel Discovery, filed on October 30, 2006,
20   by the defendant Dana Jarvis.

21       The defendant Reid also joins in the following motions previously filed
22
23   which were not denominated as joint motions:

24       1.  The Demand for Jury Trial on Forfeiture Allegation, filed on

25

26                                    -2-

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

October 17, 2006, by the co-defendant Dana Jarvis (similar motion filed by defendant Hill on October 19, 2006)).

2. The Unopposed Motion for Grand Jury Transcripts, filed on October 20, 2006, by co-defendant Dana Jarvis.

3. The Motion for Co-Conspirator Statements, filed on October 20, 2006, by the co-defendant George Ripley.

4. The Motion to Dismiss Count One/Bill of Particulars, filed on October 22, 2006, by the co-defendant Dakota Fitzner.

5. The Motion for Co-Conspirator statements/*Brady*, filed on October 20, 2006, by co-defendant Dakota Fitzner.

6. The Motion for Bill of Particulars regarding Count Three and Forfeiture Allegation, filed on October 20, 2006, by the co-defendant Ayla Jarvis.

7. The Motion to Exclude Co-Conspirator Statements, filed on October 22, 2006, by the co-defendant Dennis Wilson.

8. The Motion for Disclosure of Impeachment Information Regarding Government's witnesses, filed on October 22, 2006, by the defendant Dennis Wilson.

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

-3-

9.  The Motion to Dismiss/Bill of Particulars, filed on October 22, 2006, by the co-defendant Dennis Wilson.

10.  The Motion in Limine Regarding Opinion Testimony, filed on October 22, 2006, by the co-defendant Dennis Wilson.

11.  The Motion to Disclose Rule 12 Evidence, filed on December 27, 2006, by the co-defendant Dana Jarvis.

12.  The Motion for Determination of Admissibility of Co-Conspirator Statements, filed on October 19, 2006 by Greg Hill.

13.  The Motion to Extend Deadline for Filing Wiretap Related Motions (until after ruling on Motion for Discovery of Electronic Communications), filed on October 19, 2006, by Dana Jarvis.

14.  The Motion to Dismiss Indictment/Bill of Particulars, filed on October 22, 2006, by Dennis Wilson.

RESPECTFULLY SUBMITTED this 5th day of February, 2007.

LAW OFFICES OF
NASH & KIRCHNER, P.C.


BY /S/ Walter Nash
     WALTER NASH
     Attorney for Defendant Reid

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

-4-

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on this 5th day of February, 2007, I served a true

3

4

and correct copy of this Joinder by U.S. Mail, postage prepaid, on counsel

5

for the United States at the address listed below:

6

James R.W. Braun, Esq.

7

Assistant United States Attorney
P.O. Box 607

8

Albuquerque, New Mexico   87103

9

10

/s/ Walter Nash

11

_____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-5-

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613