IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

       Plaintiff,

       vs.                               No. CR 05-1849 JH

DANA JARVIS, *et al*.,

       Defendants.

**DEFENDANT AYLA JARVIS' NOTICE OF JOINDER
AS TO
DEFENDANT DANA JARVIS' "MOTION FOR STAY PENDING APPEAL
OF SIXTH AMENDMENT CHOICE OF COUNSEL
AND RESTRAINT OF SUBSTITUTE ASSETS ISSUES"**

Defendant Ayla Jarvis, through counsel of record, John F. Robbenhaar, hereby submits this

Notice of Joinder as to *Defendant Dana Jarvis' "Motion for Stay Pending Appeal of Sixth Amendment Choice of*

*Counsel and Restrinat of Substitute Assets Issues"*, filed on or about February 6, 2007.

                             Respectfully submitted:

                             Filed Electronically
                             JOHN F. ROBBENHAAR
                             Counsel for Defendant Ayla Jarvis
                             1011 Lomas NW
                             Albuquerque, NM  87102
                             (505) 242-1950

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 12, 2007 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87102

                             Filed Electronically
                             JOHN F. ROBBENHAAR