IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | Cause No. 05-CR-1849-JH |
| vs. § | |
| DANA JARVIS, et al, § | |
| Defendants. § | |

## WAIVER OF APPEARANCE AT STATUS CONFERENCE

GREG HILL, pursuant to Rule 43(b)(3) of the Federal Rules of Criminal Procedure, hereby waives his appearance at the status conference set for February 13, 2007, as his presence is not required at conferences, and it would be extremely expensive and difficult for him to appear personally at this conference. He wishes to appear solely through counsel at this conference.

Respectfully submitted,

GREG HILL
3900 E. Ramp Creek Rd.
Bloomington, IN 47401-9546

KARI CONVERSE
2001 Carlisle Blvd. NE #E
Albuerque, New Mexico 87106
(505) 262-8597
Fax (505) 262-1730
Counsel for Mr. Hill

Accepted by the Court:

_____
Hon. Judith Herrera
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I personally served a true and correct copy of the waiver of appearance on James Braun, AUSA P.O. Box 607, Albuquerque, NM 87103.

_____
Kari Converse