IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

United States of America,

       Plaintiff,                  No. **05CR1849 JH**

v.

JOHN PATRICIO NIETO,

       Defendant.

## **NOTICE OF UNAVAILABILITY**

      Charles S. Aspinwall, attorney for Defendant Nieto, notifies the Court, parties and counsel that he will not be available due to business commitments from April 12, 2007 through May 13, 2007.

                                    CHARLES S. ASPINWALL J.D.
                                                      TRIAL LAWYER

                                              *ELECTRONICALLY SIGNED*
                                              CHARLES S. ASPINWALL
                                              Attorney for Defendant Nieto
                                                       Los Lunas Satellite
                                                            PO Bx 984
                                                Los Lunas NM 87031-0984
                                                     Phone: 505.873.8800
                                                       Fax:    505.866.8020
                                     Email: Legal_Eagle@santafe.cc

I certify that I caused a copy
of this pleading to be served
upon opposing counsel of record
on February 14, 2007.


_____*ELECTRONICALLY SIGNED*____
      CHARLES S. ASPINWALL