IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                              CRIM. NO. 05-1849 JH

JOHN PATRICIO NIETO,

    Defendant.

## NOTICE OF HEARING

TO:

| Charles Aspinwall, Esq.<br>P. O. Box 984<br>Los Lunas, New Mexico  87031 | James Braun, AUSA<br>P. O. Box 607<br>Albuquerque, New Mexico  87103 |
|---|---|

**PLEASE TAKE NOTICE** that a **FELONY PLEA** has been set in the above matter for **FRIDAY, FEBRUARY 16, 2007, at 9:30 AM,** before the Honorable Robert H. Scott, U.S. Magistrate Judge, at the U.S. District Courthouse, 333 Lomas, NW, Hondo Courtroom, Fourth Floor, Albuquerque, New Mexico.  **YOU MUST BE PRESENT IN THE COURTROOM 15 MINUTES PRIOR TO START OF THE DOCKET.**

**PLEASE NOTE** the Defendant and his counsel must be available for interview by the U.S. Probation Office immediately following the Plea hearing.

_____
**MATTHEW J. DYKMAN, CLERK**

**Please direct all inquiries to:**    Denise D. Sanchez
Courtroom Deputy
Telephone: (505) 348-2052

_____
A true copy of this notice/order was served--via facsimile transmission,
mail, or electronic means--to counsel of record as they are shown on the Court's docket.