IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

.

-vs-                                                         No.05-1849 JH

DAVID REID,

        Defendant.

## **NOTICE OF DEFICIENCY**

        Please be advised that the pleading(s) electronically filed in this matter are incorrect for the following reasons(s):

1.   ( )  Document e-filed in wrong case

2   ( )  Case number and/or case caption is incorrect

3.   ( )  Document reflects incorrect filer

4.   ( )  Document linked incorrectly

5.   (X)  Incorrect document type selected <u>Category: Motion/ Event: Continue</u>

6.   ( )  Incorrect party role selected

7.   ( )  Incorrect party added to the case

8.   ( )  Document not in compliance with Local Rule _____

9.   ( )  Document is illegible

10.   ( )  Leave of court required to file document

11.   ( )  Party not added to the case

12.   ( )  Incorrect PDF document attached

13. ( ) Party(ies) not terminated

14. ( ) Other: _____

TYPE OF ACTION:

1. ( ) Action by the Court

2. (X) Action by the Filer:

    ( ) Refile document in correct case

    (X) Refile corrected document

    ( ) Refile document when leave of the court is granted

    ( ) Refile document using correct event

    ( ) No further action required

    (X) Other: Correct Event is: JOINDER ; CONTINUE _____

    Please be advised that failure to correct the above-noted deficiencies **WITHIN THREE (3) DAYS OF THE DATE OF THIS NOTICE** may result in the pleading(s) being stricken from the record.

                                                 <u>electronically filed</u>
                                                 MATTHEW J. DYKMAN
                                                 CLERK, U.S. DISTRICT COURT