# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 05-1849 JH | UNITED STATES vs. MISTRZAK |
|---|---|

**Before The Honorable Robert H. Scott, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | **February 15, 2007** | Time In and Out: | **10:18 AM - 10:19 AM  (1 min)** |
| Clerk: | **Mary Archuleta** | FTR Information: | **FTR/HONDO** |
| Defendant: | **RAFAEL MISTRZAK** (not present) | Defendant's Counsel: | **Rudolph Chavez (not present)** |
| AUSA: | **James Braun  (not present)** | Interpreter: | **none**    Sworn |
| **X** | **PLEA CONTINUED** | | |