IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      Case NO. 05-1849 JH

RAFAEL MISTRZAK,

    Defendant.

### AMENDED NOTICE OF HEARING

TO:

| Rudolph B. Chavez, Esq. | James Braun, AUSA |
|---|---|
| 2014 Central Ave SW<br>Albuquerque, NM  87104 | P.O. Box 607<br>Albuquerque, NM  87102 |

**PLEASE TAKE NOTICE** that a **FELONY PLEA** has been set in the above matter for **TUESDAY, FEBRUARY 21, 2007, at 9:30 AM,** before the Honorable Robert Scott, U.S. Magistrate, Hondo Courtroom, 4th Floor, 333 Lomas Blvd., N.W., Albuquerque, New Mexico.

**PLEASE NOTE** the Defendant and counsel must be available for interview by the U.S. Probation Office immediately following the Plea Hearing.

                                                    /s/
                                          Matthew J. Dykman, CLERK

    Please direct all inquires to:  Kimberly Dapson
                                    Courtroom Deputy
                                    Telephone: (505) 348-2053
cc:  U. S. Pretrial/Probation