FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 16 2007

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

United States of America,

    Plaintiff,

-vs-

JOHN PATRICIO NIETO,

    Defendant.

No. 05cr1849 JH

### CONSENT to APPEAR BEFORE UNTIED STATES MAGISTRATE JUDGE in A FELONY CASE

    The United States Magistrate Judge has explained to me the nature of the offenses with which I am charged, and the maximum possible penalties that might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead guilty or go to trial with judgment and sentencing before a United States District Judge.

    I hereby waive [give up] my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.

_____
JOHN PATRICIO NIETO
Defendant

_____
CHARLES SPENCER ASPINWALL
Attorney for Defendant

Before:

__Robert H. Scott   2-16-07__
UNITED STATES MAGISTRATE JUDGE

C:\My Documents\MY FILES\Nieto, John\MagJudgeConsent.wpd