IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                                      Case NO. 05-1849 JH

MELANIE KIRWIN,

    Defendant.

**NOTICE OF HEARING**

TO:

| John Samore, Esq. | James Braun, AUSA |
|---|---|
| P.O. Box 1993<br>Albuquerque, NM  87103 | P.O. Box 607<br>Albuquerque, NM  87102 |

    **PLEASE TAKE NOTICE** that a **FELONY PLEA** has been set in the above matter for **THURSDAY, FEBRUARY 22, 2007, at 9:30 AM,** before the Honorable Robert Scott, U.S. Magistrate, Hondo Courtroom, 4th Floor, 333 Lomas Blvd., N.W., Albuquerque, New Mexico.

    **PLEASE NOTE** the Defendant and counsel must be available for interview by the U.S. Probation Office immediately following the Plea Hearing.

                                                       _____
                                                       Matthew J. Dykman, CLERK

            Please direct all inquires to:  Kimberly Dapson
                                            Courtroom Deputy
                                              Telephone: (505) 348-2053
cc:   U. S. Pretrial/Probation