# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
120 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM 88001
(505) 528-1400
Fax (505)528-1425

February 20, 2007

Betsy Schumaker, Clerk
United States Court of Appeals
Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

Re:   USA v. Dana Jarvis; Cr-05-1849; USCA# 06-2264

Dear Ms. Schumaker,

    Pursuant to the Order entered in your court on February 9, 2007, enclosed is the supplemental record on appeal in one (1) volume which consists of the following:

    Supplemental Volume I Pleadings 64, 65, 293, 324 and 329

    Please acknowledge receipt of this record on the copy of this letter and return it to this office.

                                Matthew J. Dykman, Clerk
                                of the United States District Court
                                for the District of New Mexico

enclosures
cc: counsel of record