# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 06-2264 <br> (D.C. No. CR-05-1849 JH) |
| DANA JARVIS, | |
| Defendant - Appellant. | |

ORDER

Filed February 9, 2007

This matter is before the court on Appellant's motion to supplement the record on appeal. The motion is unopposed. The Clerk of the District Court for the District of New Mexico is requested to supplement the record on appeal with document numbers 64, 65, 293, 324, and 329.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: *[signature]*
Deputy Clerk

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

February 9, 2007

NOTIFICATION OF MAILING

Re:     06-2264, United States v. Jarvis
        Dist/Ag docket:  CR-05-1849-JH

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Jody Neal-Post
317 Amhert S.E.
Albuquerque, NM 87106

Mr. David C. Iglesias
Mr. James R.W. Braun
Office of the United States Attorney
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103

Mr. Matthew J. Dykman, Clerk
United States District Court for the District of New Mexico
333 Lomas NW, Suite 270
Albuquerque, NM 87102-2242

_____
DEPUTY CLERK