**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 21 2007

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 05-1849 JH |
| RAFAL MISTRZAK, | ) |
| Defendant. | ) |

**CONSENT TO APPEAR BEFORE
UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE**

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:  Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.**

_____
RAFAL MISTRZAK
Defendant

_____
RUDOLPH B. CHAVEZ
Attorney for Defendant

Date: 2-21-07

Before: Robert H. Scott
United States Magistrate Judge