IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                    CR NO.  05-1849 JH

AYLA JARVIS,

    Defendant.

## NOTICE OF HEARING

**BY THE DIRECTION OF THE HONORABLE JUDITH C. HERRERA:**

Please take notice that an evidentiary hearing on Ayla Jarvis' Motion to Suppress Evidence from Illegal Traffic Stop & Search on 10-28-04 in Bloomington, IA [715], filed October 20, 2006, is hereby scheduled for **APRIL 3, 2007 AT 9:30 A.M.** before the Honorable Judith C. Herrera, at the U.S. Courthouse, Brazos Courtroom–5th Floor, 333 Lomas N.W., **Albuquerque**, New Mexico.

Any inquiries regarding this setting should be directed to Lincoln Sorrell, Courtroom Deputy to Judge Judith C. Herrera at 348-2398.

                              MATTHEW J. DYKMAN,  Clerk of Court

                              _____

**A copy of this was notice was mailed or electronically transmitted
to all counsel of record as they are reflected on the Court's docket.**