# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 05-1849 JH | UNITED STATES vs. KIRWIN |
|---|---|

**Before The Honorable Robert H. Scott, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | **February 22, 2007** | Time In and Out: | **9:27 am - 9:36 am   (9 min)** |
| Clerk: | **Mary Archuleta** | FTR Information: | **FTR/HONDO** |
| Defendant: | **MELANIA KIRWIN** | Defendant's Counsel: | **John Samore** |
| AUSA: | **JAMES BRAUN** | Interpreter: | **none**       Sworn |

| | |
|---|---|
| X | Defendant Sworn |
|   | First Appearance |
| X | Consent to proceed before a magistrate judge and original plea agreement reviewed and executed by Deft. |
| X | Deft acknowledges receipt of:  (Indictment or Information) |
|   | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| X | Terms and conditions of proposed plea agreement explained. |
| X | Factual predicate to sustain the plea provided. |
| X | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. |
| X | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| X | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| X | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. |
| X | Deft pleads GUILTY to:   **COUNT 1 OF SUPERSEDING INDICTMENT** |
| X | Allocution by Deft on elements of charge(s). |
| X | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| X | Deft adjudged guilty. |
| X | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| X | Sentencing Date:        **to be notified** |
|   | Defendant to Remain in Custody |
| X | Present conditions of release continued       Conditions changed to: |
|   | Penalty for failure to appear explained |
| X | Presentence Report Ordered       **Expedited (Type III)** |
|   | Other Matters: |