**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 22 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 05-1849 JH |
| | ) | |
| MELANIA KIRWIN, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO APPEAR BEFORE
## UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with

which I am charged and the maximum possible penalties which might be imposed if I plead

guilty. I have been informed of my right to the assistance of legal counsel and of my right to

plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:  Waive (give up) my right to enter my plea before a United States**

**District Judge and I consent to entering my plea, knowingly and voluntarily, before a**

**United States Magistrate Judge.**

MELANIA KIRWIN
Defendant

JOHN F. MOON SAMORE
Attorney for Defendant

Date:  Feb 22  2007

Before:  Robert H Scott
United States Magistrate Judge
Robert H. Scott