IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

.

-vs-                                      No.05-1849 JH

DAVID REID,

        Defendant.

## NOTICE OF DEFICIENCY

        Please be advised that the pleading(s) electronically filed in this matter are incorrect for the following reasons(s):

1.    ( )    Document e-filed in wrong case

2    ( )    Case number and/or case caption is incorrect

3.    ( )    Document reflects incorrect filer

4.    ( )    Document linked incorrectly

5.    ( )  Incorrect document type selected_____

6.    ( )    Incorrect party role selected

7.    ( )    Incorrect party added to the case

8.    ( )    Document not in compliance with Local Rule _____

9.    ( )    Document is illegible

10.    ( )    Leave of court required to file document

11.    ( )    Party not added to the case

12.    ( )    Incorrect PDF document attached

13.    ( )    Party(ies) not terminated

14.    (X )    Other: This is an Order & is not "e" filed, it is sent to the Judge's "E" mail address

TYPE OF ACTION:

1.    ( )    Action by the Court

2.    (X)    Action by the Filer:

        ( )    Refile document in correct case

        ( )    Refile corrected document

        ( )    Refile document when leave of the court is granted

        ( )    Refile document using correct event

        ( )    No further action required

        (X)    Other:  Resubmit the Order & send it to the Judge's "E" mail address

Please be advised that failure to correct the above-noted deficiencies **WITHIN THREE (3) DAYS OF THE DATE OF THIS NOTICE** may result in the pleading(s) being stricken from the record.

electronically filed
MATTHEW J. DYKMAN
CLERK, U.S. DISTRICT COURT