IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  CR NO. 05-1849-JH

DANA JARVIS, et al.

    Defendants.

## NOTICE OF NON-AVAILABILITY

    **COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will not be available for hearings in this matter from March 26, 2007 through April 2, 2007.

                                                         Respectfully submitted,

                                                         **MARTIN LOPEZ, III**
                                                         A Professional Corporation

                                                         Electronically filed March 8, 2007
                                                         Martin Lopez, III
                                                         Attorney for Defendant Berthod
                                                         1500 Mountain Rd. NW
                                                         Albuquerque, New Mexico 87104
                                                         Tele: (505) 243-2900
                                                         Fax: (505) 243-6339

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via facsimile to Assistant U. S. Attorney James Braun on this   8th  day of March, 2007.

 Electronically filed March 8, 2007
Martin Lopez, III