IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: CR 05 1849 JH |
| ) | |
| DENNIS WILSON, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION REQUESTING ELECTRONIC
MONITORING BE REMOVED AS A CONDITION OF RELEASE**

The Defendant, Dennis Wilson, through his attorney, Robert J. Gorence, Esq., of Gorence & Oliveros, P.C., moves this court to request that the electronic monitoring be removed as a condition of release. As grounds for this request, counsel for Mr. Wilson states:

1. Mr. Wilson has need to travel outside Taos County, New Mexico on business related matters.

2. AUSA James Braun does not oppose this motion.

4. United States Probation Officer Dominico Encinias does not oppose this motion.

Respectfully submitted,

Electronically filed: 03/16/07
Robert J. Gorence
Gorence & Oliveros, P.C.
Attorneys for Defendant Dennis Wilson
201 12th Street NW
Albuquerque, NM 87102
(505) 244-0214   Fax (505) 244-0888

I HEREBY CERTIFY that a true and correct copy of the foregoing has been faxed to AUSA James R.W. Brawn and to U.S. Probation Officer Dominico Encinias this 16th day of March, 2007.

Electronically filed: 03/16/07
Robert J. Gorence