**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                      CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

### ORDER

This matter having come before the Court on defendant Reid's Motion to Modify Travel Restrictions, the United States of America having no objection, Pretrial Services having no objection, and the Court being fully advised,

IT IS HEREBY ORDERED that the travel restrictions for the defendant

Reid shall be modified in that he is allowed to travel in conjunction with his employment and initial training anywhere in the United States, or to Canada and Mexico, subject to advising PTS as to where he will be going, when he will be departing, and when he will be returning, in advance of each trip. All other respects the conditions of release shall remain unchanged.

*[signature]*
THE HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2007, I served a true and correct copy of this Joinder by U.S. Mail, postage prepaid, on counsel for the United States at the address listed below.

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103

/s/ Walter Nash
_____

-3-