IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
vs.                             )   Case Number: CR 05 1849 JH
                                )
DENNIS WILSON,                  )
                                )
        Defendant.              )

## ORDER REMOVING ELECTRONIC MONITORING AS CONDITION OF RELEASE

This matter, having come before the Court on the Defendant, Dennis Wilson's Motion Requesting Electronic Monitoring Be Removed As A Condition Of Release and the Court having considered the motion and the grounds therefore, and being otherwise fully advised in the premises, FINDS that the motion is well taken and should be GRANTED;

IT IS THEREFORE ORDERED that Defendant not be required to use electronic monitoring.

_____
THE HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Robert J. Gorence*
Robert J. Gorence