IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

United States of America,

    Plaintiff,

-vs-

Catherine Fitzgerald

    Defendant.

No. 05CR1849

### ORDER

**THIS MATTER** having come before the Court on defendant's unopposed Motion for Release to Halfway House and Court being fully advised in the premises;

**HEREBY ORDERS** that the defendant's Order Setting Conditions of Release be **MODIFIED** to require that the defendant be placed at the La Pasada Halfway House in Albuquerque, New Mexico and follow all rules of that program.

**IT IS FURTHER ORDERED** that the conditions of release previously imposed in this case shall remain in full force and effect.

Honorable Judith Herrera
U.S. District Judge