IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

United States of America,

        Plaintiff,

    -vs-                                                                                                                             No. 05CR1849 JH

Holly Brunner,

        Defendant.

### ORDER MODIFYING CONDITIONS OF RELEASE

The Court moving on its own motion with information from Pretrial Services, unopposed by Assistant U.S. Attorney James Braun, and U.S. Pretrial Services, and the Court being fully advised in the premises;

**HEREBY ORDERS** that the defendant's conditions of release be modified to allow the defendant to leave La Pasada Halfway House, to live with her mother at 79 Camino Valle, Santa Fe, NM 87508.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed in this case shall remain in full force and effect.

                                                                                 */s/ Lorenzo F. Garcia*
                                                                        Honorable Lorenzo F. Garcia
                                                                        Chief, U.S. Magistrate Judge