AO 442 (Rev. 5/93) Warrant for Arrest                                                          1076675

# United States District Court

FOR THE DISTRICT OF NEW MEXICO   07 MAR 26 PM 3:45

UNITED STATES OF AMERICA

v.

Bill Jones, a/k/a Charles William Johnston

**WARRANT FOR ARREST**

CASE NUMBER: CR-05-1849 JH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Bill Jones, a/k/a Charles William Johnston
                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Count 1: 21 U.S.C. § 846 – Conspiracy to Distribute 1000 Kilograms and More of Marijuana; Count 2: 21 U.S.C. § 848 – Continuing Criminal Enterprise; Count 3: 18 U.S.C. § 1956(h) – Conspiracy to Launder Money; Counts 4 - 26: 18 U.S.C. §§ 1956(a)(1)(A)(i) and (a)(1)(B)(i) – Money Laundering; 18 U.S.C. § 982 and 21 U.S.C. § 853: Criminal Forfeiture.

in violation of Title  21  United States Code, Section(s)  846

Matthew J. Dykman
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Court Clerk
Title of Issuing Officer

4/25/06 @ Albuquerque, NM
Date and Location

Bail fixed at $ _____  by _____
                                     Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 4/26/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/22/07 | Kent Halverson, DUSM | _[signature]_ |

This form was electronically produced by Elite Federal Forms, Inc.