IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                             Criminal No. 05-1849 JH

MIKE HANNAH,

       Defendant.

## NOTICE OF COUNSEL'S UNAVAILABILITY

       COMES NOW Counsel for the Defendant Mike Hannah, Brian Pori, and hereby advises the Court of Counsel's unavailability from April 16 through and including April 19, on May 3, and from May 25 through May 29, 2007. Wherefore, due to Counsel's unavailability, Counsel respectfully requests that this Court abate any proceedings in this case during these time periods.

       Dated: <u>April 3, 2007</u>

                                         Respectfully Submitted:

                                   By: <u>/s/Brian Pori (electronically filed 4/3/07)</u>
                                            Brian A. Pori
                                            INOCENTE, P.C.
                                            204 Bryn Mawr NE
                                            Albuquerque, NM   87106
                                            (505) 255-9088 (telephone)
                                            (505) 255-9089 (facsimile)

                                            Attorney for Defendant Mike Hannah

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of April, 2007, I served a true and correct copy of the foregoing Notice of Counsel's Unavailability on Counsel for the Plaintiff via CM/ECF:

James R.W. Braun, Esq.
Assistant United States Attorney
United States Attorney's Office
PO Box 607
Albuquerque, NM  87103

                                      /s/Brian Pori (electronically filed 4/3/07)
                                      BRIAN A. PORI