

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 7 2007

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

MATTHEW J. DYKMAN
CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

April 12, 2007

U.S. District Court
333 Lomas Boulevard, N.W., Suite 270
Albuquerque, NM 87102

Colorado Case Number: 07-mj-01072
New Mexico Case Number: CR-05-1849-JH
Case Name: USA v Bill Jones

Dear sir or madam,

The above numbered case has been ordered transferred to your district pursuant to an order of this court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a copy of this letter noting the case number in your court in the enclosed envelope.


Very truly yours,
Gregory C. Langham, Clerk


by: s/Kathy Triplett
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM

APR 25 2006

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

**DANA JARVIS** a/k/a Todd Ward,
**AYLA JARVIS,**
**BENJAMIN SWENTNICKAS** a/k/a
"Doc,"
**DENNIS WILSON** a/k/a "Big Dennis,"
**GEORGE RIPLEY,**
**DAVID REID,**
**JOHN PATRICIO NIETO** a/k/a
"Townman," a/k/a "Big John,"
**LLOYD MONTOYA** a/k/a "Smiley,"
**GEORGE OSGOOD** a/k/a "Mushroom
George,"
**GREG HILL,**
**GENO BERTHOD** a/k/a "Old Man,"
**RUSSELL TRUJILLO** a/k/a "Rusty,"
**MATTHEW HOTHAN** a/k/a "Matrix,"
**MANUEL GIL** a/k/a "Manny,"
**MELANIA KIRWIN** a/k/a Mila Kirwin,
**HOLLY BRUNER** a/k/a "Q,"
**SAM JONES,**
**BILL JONES** a/k/a Charles Johnston,
**DAKOTA FITZNER,**
**RAFAL MISTRZAK,**
**MARY CANNANT,** and
**ADRIAN SANFORD,**

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CRIMINAL NO. 05-1849 JH

Count 1: 21 U.S.C. § 846 –
Conspiracy to Distribute 1000
Kilograms and More of Marijuana;

Count 2: 21 U.S.C. § 848 –
Continuing Criminal Enterprise;

Count 3: 18 U.S.C. § 1956(h) –
Conspiracy to Launder Money;

Counts 4 - 26: 18 U.S.C.
§§ 1956(a)(1)(A)(i) and (a)(1)(B)(i) –
Money Laundering;

18 U.S.C. § 982 and 21 U.S.C.
§ 853: Criminal Forfeiture.

07-MJ-01072-MEH

## S U P E R S E D I N G  I N D I C T M E N T

The Grand Jury charges:

### COUNT 1

From approximately 1990, the precise date being unknown to the Grand Jury, up
to and including August 25, 2005, in the State and District of New Mexico, and
elsewhere, the defendants, **DANA JARVIS** a/k/a Todd Ward, **AYLA JARVIS,**
**BENJAMIN SWENTNICKAS** a/k/a "Doc," **DENNIS WILSON** a/k/a "Big Dennis,"

GEORGE RIPLEY, DAVID REID, JOHN PATRICIO NIETO a/k/a "Townman" a/k/a "Big John," LLOYD MONTOYA a/k/a "Smiley," GEORGE OSGOOD a/k/a "Mushroom George," GREG HILL, GENO BERTHOD a/k/a "Old Man," RUSSELL TRUJILLO a/k/a "Rusty," MATTHEW HOTHAN a/k/a "Matrix," MANUEL GIL a/k/a "Manny," MELANIA KIRWIN a/k/a Mila Kirwin, HOLLY BRUNER a/k/a "Q," SAM JONES, BILL JONES a/k/a Charles Johnston, DAKOTA FITZNER, RAFAL MISTRZAK, MARY CANNANT, and ADRIAN SANFORD, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons whose names are known and unknown to the grand jury to distribute 1000 kilograms and more of marijuana, a schedule I controlled substance, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

### Manner and Means of the Conspiracy

During the course of the conspiracy, the defendants and other unindicted co-conspirators participated in a collective endeavor, organized and supervised by defendant Dana Jarvis, to distribute marijuana for profit. Dana Jarvis obtained bulk wholesale quantities of marijuana from sources of supply in the Tucson, Arizona area, including defendant BENJAMIN Swentnickas and unindicted co-conspirators Jorge Luis Ortiz-Moffett, "Navigator," and Dennis Cox. Prior to purchase, the marijuana was inspected for quality by Dana Jarvis and/or another member of the conspiracy, including Dana Jarvis's daughter, defendant Ayla Jarvis. The marijuana was then weighed and wrapped by members of the conspiracy, including defendants Manuel Gil, Dennis Wilson, Melania Kirwin, Holly Brunner, Matthew Hothan, Sam Jones, and Adrian Sanford at "stash house" locations in the Tucson area.

Generally, the bulk marijuana was transported by members of the conspiracy, including defendants Russell Trujillo, Lloyd Montoya, and Dakota Fitzner, from the Tucson area to New Mexico where it was stored at additional stash houses maintained by Dana Jarvis and/or other members of the conspiracy, including defendants Mary

Cannant, Dakota Fitzner, and Dennis Wilson.  From the New Mexico stash houses,
marijuana was transported by members of the conspiracy, including defendants George
Ripley and Dakota Fitzner, to various locations throughout the United States, to include
the Denver, Colorado area; Columbus, Ohio; and Bloomington, Indiana.  Although the
marijuana was generally transported in duffel bags by motor vehicle, in the summer of
2005 the marijuana was also transported in suitcases aboard aircraft piloted by
defendant David Reid.

From the Denver area, defendant Geno Berthod transported the marijuana to the
east coast of the United States.  In Bloomington, defendant Greg Hill re-distributed the
marijuana for profit.  In Columbus the marijuana was re-distributed for profit by
unindicted co-conspirators.

The proceeds from the distribution of the marijuana, in the form of United States
currency, were transported back to New Mexico, either by motor vehicle driven by
members of the conspiracy, including defendants Dakota Fitzner, Rafal Mistrzak and
George Osgood, or aboard aircraft piloted by defendant David Reid.  In New Mexico,
the proceeds would be delivered to members of the conspiracy who would count the
proceeds.  Some or all of the proceeds were then transported by members of the
conspiracy, including defendant John Nieto, to an unindicted co-conspirator in Tucson
for safekeeping.  Dana Jarvis used the proceeds to, among other things, purchase
assets, pay co-conspirators, operate his nightclub in Albuquerque (Club Rhythm and
Blues), and purchase additional bulk marijuana for distribution.

In violation of 21 U.S.C. § 846.

## COUNT 2

From approximately 1990, the precise date being unknown to the Grand Jury, up
to and including August 25, 2005, in the State and District of New Mexico, and
elsewhere, defendant **DANA JARVIS** a/k/a Todd Ward, did unlawfully, knowingly and

3

intentionally engage in a continuing criminal enterprise, in that the defendant did violate the provisions of Title 21 of the United States Code, Sections 841(a) and 841(b), the punishment for which exceeds one year imprisonment, and such violations were part of a continuing series of violations of Title 21 of the United States Code that were undertaken by the defendant in concert with five or more other persons with respect to whom the defendant occupied a position of organizer, a supervisory position, or other positions of management, and from which the defendant obtained substantial income and resources, and the said violations included, without limitation, the following: (1) possession with intent to distribute marijuana in early March 2005; (2) possession with intent to distribute marijuana on or about May 20, 2005; (3) possession with intent to distribute marijuana in early July 2005; (4) possession with intent to distribute marijuana on or about July 16, 2005; and (5) possession with intent to distribute marijuana on or about August 11, 2005.

In violation of 21 U.S.C. §§ 848(a), 848(c) and 18 U.S.C. § 2.

## COUNT 3

From approximately 1990, the precise date being unknown to the Grand Jury, up to and including August 25, 2005, in the State and District of New Mexico, and elsewhere, the defendants, **DANA JARVIS** a/k/a Todd Ward, **AYLA JARVIS**, **GEORGE RIPLEY**, **DAVID REID**, **JOHN PATRICIO NIETO** a/k/a "Townman" a/k/a "Big John," **GEORGE OSGOOD** a/k/a "Mushroom George," **GREG HILL**, **GENO BERTHOD** a/k/a "Old Man," **DAKOTA FITZNER**, and **RAFAL MISTRZAK**, did unlawfully, knowingly and intentionally conspire and agree with each other and with other persons whose names are known and unknown to the grand jury to commit the following offenses against the United States, that is, laundering of monetary instruments, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

In violation of 18 U.S.C. § 1956(h).

4

## COUNTS 4 - 12

On or about the dates listed below, in the State and District of New Mexico, and elsewhere, defendant **DANA JARVIS** a/k/a Todd Ward, did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit: the transfer of currency through First State Bank checking account number 1874527, which involved the proceeds of specified unlawful activity, that is conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 846, with the intent to promote the carrying on of such specified unlawful activity, and knowing that each transaction was designed in whole or in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of such specified unlawful activities, and that while conducting and attempting to conduct each financial transaction, knew that the property involved in the financial transaction, that is, the checks identified below, represented the proceeds of some form of unlawful activity:

| Count | Date Check Cleared | Amount of Check | Check Number | Name of Payee |
|-------|--------------------|-----------------|--------------|---------------|
| 4 | December 4, 2002 | $932.08 | 569 | Commercial Federal |
| 5 | January 6, 2003 | $932.08 | 590 | Commercial Federal |
| 6 | February 3, 2003 | $932.08 | 604 | Commercial Federal |
| 7 | March 10, 2003 | $932.08 | 622 | Commercial Federal |
| 8 | April 9, 2003 | $932.08 | 638 | Commercial Federal |
| 9 | May 12, 2003 | $932.08 | 653 | Commercial Federal |
| 10 | June 9, 2003 | $932.08 | 668 | Commercial Federal |
| 11 | July 7, 2003 | $932.08 | 686 | Commercial Federal |
| 12 | August 11, 2003 | $932.08 | 701 | Commercial Federal |

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i),1956(a)(1)(B)(i) and 2.

**COUNTS 13 - 23**

On or about the dates listed below, in the State and District of New Mexico, and elsewhere, defendant **DANA JARVIS** a/k/a Todd Ward did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit: the transfer of currency through First State Bank savings account number 1223801, which involved the proceeds of specified unlawful activity, that is conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 846, with the intent to promote the carrying on of such specified unlawful activity, and knowing that each transaction was designed in whole or in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and that while conducting and attempting to conduct each financial transaction, knew that the property involved in the financial transaction, that is, the drafts identified below, represented the proceeds of some form of unlawful activity:

| Count | Date Draft Cleared | Amount of Draft | Name of Payee |
|-------|--------------------|-----------------|---------------|
| 13 | July 7, 2004 | $932.08 | Commercial Federal |
| 14 | August 4, 2004 | $932.08 | Commercial Federal |
| 15 | September 7, 2004 | $932.08 | Commercial Federal |
| 16 | October 5, 2004 | $932.08 | Commercial Federal |
| 17 | November 4, 2004 | $932.08 | Commercial Federal |
| 18 | December 6, 2004 | $932.08 | Commercial Federal |
| 19 | January 4, 2005 | $932.08 | Commercial Federal |
| 20 | February 4, 2005 | $932.08 | Commercial Federal |
| 21 | March 4, 2005 | $932.08 | Commercial Federal |
| 22 | April 5, 2005 | $932.08 | Commercial Federal |
| 23 | May 4, 2005 | $932.08 | Commercial Federal |

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2.

6

**COUNTS 24 - 26**

On or about the dates listed below, in the State and District of New Mexico, and elsewhere, defendant **DANA JARVIS** a/k/a Todd Ward, did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit: the transfer of currency from Compass Bank checking account number 87080587 into First State Bank checking account number 1874527, which involved the proceeds of specified unlawful activity, that is conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 846, with the intent to promote the carrying on of such specified unlawful activity, and knowing that each transaction was designed in whole or in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and that while conducting and attempting to conduct each financial transaction, knew that the property involved in the financial transaction, that is, the checks identified below, represented the proceeds of some form of unlawful activity:

| Count | Date Check Cleared | Amount of Check | Check Number | Name of Payee |
|-------|--------------------|-----------------|--------------|---------------|
| 24 | January 31, 2005 | $700.00 | 7321 | Santa Fe Consulting |
| 25 | February 7, 2005 | $700.00 | 7351 | Santa Fe Consulting |
| 26 | July 19, 2005 | $1,350.00 | 8038 | Santa Fe Consulting |

All in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i),1956(a)(1)(B)(i) and 2.

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses alleged in Counts 1 through 26 of this Superseding Indictment, the defendants, **DANA JARVIS** a/k/a Todd Ward, **AYLA JARVIS, BENJAMIN SWENTNICKAS** a/k/a "Doc," **DENNIS WILSON** a/k/a "Big Dennis," **GEORGE RIPLEY, DAVID REID, JOHN PATRICIO NIETO** a/k/a "Townman"

7

a/k/a "Big John," **LLOYD MONTOYA** a/k/a "Smiley," **GEORGE OSGOOD** a/k/a

"Mushroom George," **GREG HILL, GENO BERTHOD** a/k/a "Old Man," **RUSSELL**

**TRUJILLO** a/k/a "Rusty," **MATTHEW HOTHAN** a/k/a "Matrix," **MANUEL GIL** a/k/a

"Manny," **MELANIA KIRWIN** a/k/a Mila Kirwin, **HOLLY BRUNER** a/k/a "Q," **SAM**

**JONES, BILL JONES** a/k/a Charles Johnston, **DAKOTA FITZNER, RAFAL**

**MISTRZAK, MARY CANNANT**, and **ADRIAN SANFORD**, shall forfeit to the United

States pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds

obtained, directly or indirectly, as a result of each offense in violation of 21 U.S.C.

§§ 841, 846, or 848 for which the defendants are convicted, and any property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of

the said offenses, and shall forfeit to the United States pursuant to 18 U.S.C.

§ 982(a)(1) all property, real and personal, involved in each offense in violation of 18

U.S.C. § 1956, or conspiracy to commit such offense, for which the defendants are

convicted, and all property traceable to such property, including but not limited to the

following:

    1. MONEY JUDGMENT

    A sum of money equal to $158,400,000.00 United States currency, representing

the amount of money derived from or involved in the offenses, for which the defendants

are jointly and severally liable.

    2. BANK ACCOUNTS

        a. All United States currency, funds, or other monetary instruments

credited to account number 40455157, in the name of Dana Jarvis, located at Bank

One, or its successor in interest.

        b. All United States currency, funds, or other monetary instruments

credited to account number 689832822, in the name of Dana Jarvis, located at Bank

One, or its successor in interest.

c. All United States currency, funds, or other monetary instruments credited to account number 1874527, in the name of Dana Jarvis, located at First State Bank, or its successor in interest.

d. All United States currency, funds, or other monetary instruments credited to account number 1223801, in the name of Dana Jarvis, located at First State Bank, or its successor in interest.

e. All United States currency, funds, or other monetary instruments credited to account number 87080587, in the name of Continental Steel West Corp. d/b/a Continental Steel, located at Compass Bank, or its successor in interest.

f. All United States currency, funds, or other monetary instruments credited to account number 2504448676, in the name of RC Aviation, located at Compass Bank, or its successor in interest.

g. All United States currency, funds, or other monetary instruments credited to account number 7692176673, in the name of Barbara Hanna, located at Wells Fargo Bank, or its successor in interest.

3. REAL PROPERTY

a. 1440 Calle Cielo Vista, Bernalillo, New Mexico, which is more particularly described as follows:

TRACT LETTERED "C", OF THE SCHLAKS ADDITION, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT ENTITLED "TRACTS A THROUGH D, SCHLAKS ADDITION, SANDOVAL COUNTY, NEW MEXICO", FILED IN THE OFFICE OF THE COUNTY CLERK OF SANDOVAL COUNTY, NEW MEXICO ON JULY 17, 1978, IN PLAT BOOK 2, FOLIO 237-B.

b. 3523 Central Avenue N.E., Albuquerque, New Mexico, which is more particularly described as follows:

LOTS NUMBERED TEN (10), ELEVEN (11) AND TWELVE (12) IN BLOCK NUMBERED FOUR (4) OF MONTE VISTA, AN ADDITION TO THE CITY OF ALBUQUERQUE, NEW MEXICO, AS THE SAME ARE SHOWN AND DESIGNATED ON THE MAP OF SAID ADDITION FILED IN THE OFFICE

OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO, OCTOBER 14, 1926.

THERE IS EXCEPTED THE NORTHERLY PORTION OF SAID LOT THEN (10) WHICH IS DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID LOT TEN (10) RUNNING

THENCE SOUTHERLY ALONG THE WESTERLY LINE OF NORTH CARLISLE AVENUE, 62.28 FEET TO THE SOUTHEAST CORNER OF THE TRACT HEREIN DESCRIBED; THENCE WESTERLY, PARALLEL WITH AND 60 FEET NORTHERLY AT RIGHT ANGLES FROM THE NORTHERLY LINE OF EAST CENTRAL AVENUE, 80.19 FEET TO THE SOUTHWEST CORNER OF THE TRACT HEREIN DESCRIBED; THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID LOT 10, 86.09 FEET TO THE NORTHWEST CORNER OF THE TRACT HEREIN DESCRIBED WHICH IS THE NORTHWEST CORNER OF SAID LOT 10; THENCE EASTERLY ALONG THE SOUTHERLY LINE OF CAMPUS BOULEVARD, 86.97 FEET TO THE PLACE OF BEGINNING.

c.  8012 1st Street N.W., Albuquerque, New Mexico, which is more

particularly described as follows:

LOT "A-1" OF THE PLAT OF LOTS A-1 AND A-2, LANDS OF LARRY SWANK, SITUATE WITHIN PROJECTED SECTION 22, T. 11 N., R. 3 E., N.M.P.M., BERNALILLO COUNTY, NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON SAID PLAT FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO ON FEBRUARY 2, 1995.

d.  67 Willow (a/k/a 28 Quail Run), Santa Fe, New Mexico, which is more

particularly described as follows:

SE 1/4 SE 1/4 NE 1/4 SW 1/4 OF SECTION 31, TOWNSHIP 15 NORTH, RANGE 9 EAST, N.M.P.M., SANTA FE COUNTY, NEW MEXICO.

4.  CONVEYANCES

a.  1978 Beechcraft King Air C-90 Turboprop Aircraft, United States

Registration Number N754TW, Serial Number LJ-754.

b.  1972 Cessna 421B Aircraft, United States Registration Number N3AJ,

Serial Number 421B0230.

c.  1999 Honda Accord, VIN 1HGCG1656XA057214.

d.  1999 Chevrolet Z-71 pickup, VIN 2GCEK19T1X1204114.

e. 2003 Honda Goldwing motorcycle, VIN 1HFSC47023A207622.

5. LIQUOR LICENSE

New Mexico Liquor License No. 2599 in the name of Club Rhythm and Blues located at 3523 Central N.E., Albuquerque, New Mexico, owned by Dana Jarvis.

6. UNITED STATES CURRENCY

a. $1,050.00 in United States currency seized from 5 Camerada Road, Santa Fe, New Mexico on August 25, 2005.

b. $40,000.00 in United States currency seized from 3900 Ramp Creek Road, Bloomington, Indiana on August 25, 2005.

c. $8,000.00 in United States currency seized from 9227 West Weaver Circle, Casa Grande, Arizona on August 25, 2005.

d. $42,000.00 in United States currency seized from 05 Lauro, Santa Fe, New Mexico on August 25, 2005.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value;

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above, including but not limited to the following:

1. REAL PROPERTY

    a. 9227 West Weaver Circle, Casa Grande, Arizona, which is more

particularly described as follows:

STITUATED IN PINAL COUNTY, ARIZONA TO WIT: LOT 2, OF WEAVER RANCH UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, IN CABINET C OF MAPS, SLIDE 174.

    b. 7596 Corrales Road, Corrales, New Mexico, which is more particularly

described as follows:

LOT NUMBERED TWO (2), CORRALES CLASSIC FARMS, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT THEREOF ENTITLED "SUMMARY PLAT, LOTS 1 AND 2, CORRALES CLASSIC FARMS, SITUATE WITHIN THE TOWN OF ALAMEDA GRANT (PROJECTED), SECTION 14, T.12N., R.3E., N.M.P.M., BEING A REPLAT OF A PORTION OF TRACT 30 AND ALL OF TRACTS 31 AND 32, MIDDLE RIO GRANDE CONSERVANCY DISTRICT PROPERTY MAP NO. 14, VILLAGE OF CORRALES, SANDOVAL COUNTY, NEW MEXICO", FILED IN THE OFFICE OF THE COUNTY CLERK OF SANDOVAL COUNTY, NEW MEXICO, ON DECEMBER 11, 1992, VOLUME 3, FOLIO 1019-B, INSTRUMENT NO. 271.

    c. Land in Mora County, New Mexico, which is more particularly

described as follows:

A CERTAIN TRACT OF LAND WITHIN THE MORA GRANT, BEING SITUATE IN SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, NEW MEXICO, PRINCIPAL MERIDIAN, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT FOR THE SECTION CORNER COMMON TO SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, NEW MEXICO PRINCIPAL MERIDIAN; THENCE DUE NORTH A DISTANCE OF 847.82 FEET, THENCE S. 49°51'E., A DISTANCE OF 2614.45 FEET; THENCE S. 42°58'w, A DISTANCE OF 2109.41 FEET, THENCE S. 59°09'E. A DISTANCE OF 371 FEET; THENCE S.70°54'E. A DISTANCE OF 256.95 FEET; THENCE DUE NORTH A DISTANCE OF 2106.99 FEET TO THE POINT AND PLACE OF BEGINNING. CONTAINING 82.044 ACRES, MORE OR LESS, TOGETHER WITH ALL WATER RIGHTS AND EASEMENTS PERTAINING TO THE ABOVE DESCRIBED PROPERTY.

** TOTAL PAGE.14 **

   d.  Land in Mora County, New Mexico, which is more particularly described

as follows:

   TRACT B: A CERTAIN TRACT OR PARCEL OF LAND LYING AND BEING
   SITUATE WITHIN THE MORA GRANT, IN SECTIONS 25 AND 36,
   TOWNSHIP 21 NORTH, RANGE 14 EAST, N.M.P.M. COUNTY OF MORA,
   STATE OF NEW MEXICO, AND BEING MORE PARTICULARLY BOUNDED
   AND DESCRIBED AS FOLLOWS:

   BEGINNING AT THE NORTHWEST CORNER OF THE HEREIN
   DESCRIBED TRACT, ALSO BEING A POINT ON THE SANTA FE
   NATIONAL FOREST BOUNDARY, FROM WHICH POINT THE SECTION
   CORNER COMMON TO SECTIONS 25 AND 36 T. 21 N., R 14 E., N.M.P.M.
   BEARS SOUTH, A DISTANCE OF 847.82 FEET; THENCE FROM SAID
   POINT OF BEGINNING, S. 49°51'00"E., A DISTANCE OF 1307.22 FEET
   TO A POINT; THENCE S. 40°09'00"W., A DISTANCE OF 150.00 FEET TO
   A POINT; THENCE N. 49°51'00"W., A DISTANCE OF 1180.69 FEET TO
   A POINT ON THE SANTA FE NATIONAL FOREST BOUNDARY; THENCE
   DUE NORTH, ALONG SAID FOREST BOUNDARY, A DISTANCE OF
   196.24 FEET TO THE POINT AND PLACE OF BEGINNING.

   CONTAINING 4.284 ACRES MORE OR LESS.  TOGETHER WITH ALL
   WATER RIGHTS AND EASEMENTS PERTAINING TO THE ABOVE
   DESCRIBED PROPERTY. SHOWN AS TRACT B ON PLAT OF SURVEY
   ENTITLED "REPLAT OF SURVEY FOR DANA JARVIS" PREPARED BY
   ARSENIO J. MARTINEZ, N.M.L.S. NO. 4254, IN JULY, 1972.

   2.  BANK ACCOUNTS

   All United States currency, funds, or other monetary instruments credited to

account number 2937487, in the name of Greg and Mary Hill, located at Monroe Bank

in Bloomington, Indiana, or its successor in interest.

   A TRUE BILL:

   /S/
   FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
United States Attorney

04/25/06 10:12am

13

CERTIFIED a True Copy of the original filed in my office
_____ Clerk
_____ Deputy

*cn 05-1849 JH*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael E. Hegarty | Tracey Lee |
| U.S. Magistrate Judge | Deputy Clerk |

Case Number: 07-mj-01072                    FTR MEH PM

March 23, 2007

UNITED STATES OF AMERICA                    Greg Rhodes

        v.

BILL JONES
A/K/A CHARLES WILLIAM JOHNSTON                    Without Counsel

## INITIAL APPEARANCE ON RULE 5 FROM THE DISTRICT OF NEW MEXICO

Court in Session: 1:45 pm

Court calls case and appearance of counsel.

Ed Ruiz appears from pre-trial services.

The defendant is advised of rights, charges and possible penalties.

The defendant states he has retained counsel.

The government is seeking detention.

**ORDERED:** Detention and identity hearing is set for March 28, 2007 at 1:30pm.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 1:49 pm

Hearing concluded.

total time: 4 minutes.

CR 05-1849 JH

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Michael J. Watanabe                                         K. Weckwerth
U.S. Magistrate Judge                                      Deputy Clerk

Case Number: 07-mj-01072                                   FTR MJW PM

Date: April 3, 2007

UNITED STATES OF AMERICA                                   Greg Rhodes

          v.

BILL JONES                                                 Robert Pepin
a/k/a CHARLES WILLIAM JOHNSTON

## IDENTIFICATION AND DETENTION HEARING ON RULE 5 FROM DISTRICT OF NEW MEXICO

Court in session: 1:33 pm

Court calls case and appearances of counsel. Ed Ruiz is present from pre-trial services.

Defendant tenders a waiver of identification to the court.

Court accepts waiver as knowing and intelligent.

Government continues to seek detention.

Case proceeds to detention hearing. Witness testimony is taken. Defendant offers a proffer for release. Defense counsel presents community letters in support of proffer.

Court orders community letters to become part of file.

Court presents findings.

Counsel to chambers.

**ORDERED:** Defendant shall be released upon execution of a $50,000 cash/property/surety bond with conditions of release.

**ORDERED:** Review Hearing Re: Bond is set for April 5, 2007 at 1:30pm.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Court in recess: 2:22 pm
Total Time: 51 minutes

Hearing concluded.

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

DISTRICT OF _Colorado_

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

_Bill Jones  A/k/a Charles_

Defendant _William Johnston_

CASE NUMBER: _07-mj-01072-MEH_

CHARGING DISTRICTS
CASE NUMBER: _CR-05-1849 JH_

I understand that charges are pending in the _____ District of _New Mexico_

alleging violation of _21 USC 846, 848; 18 USC 1956(h)_ and that I have been arrested in this district and
_18 USC 1956(a)(2)(A)(i)+(a)(1)(B)(i); 18 USC 982; 21 USC 853_
(Title and Section)

taken before a judge,  who has informed me of the charge(s) and  my rights to:

    (1)        retain counsel or request the assignment of counsel if I am unable to retain counsel;

    (2)        an ideatity hearing to determine whether I am the person named in the charges;

    (3)        a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable
                  cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution;
                  and

    (4)        Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

(   ) preliminary hearing

( ✓ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of
       an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

_4-3-07_
Date

_____
Defense Counsel

Tom Graham
112 Blackhawk Dr.
New Castle, CO 81647
970 984-0683

CR 05-1849 JH

March 29, 2007

Robert Pepin
Public Defenders Office
Denver, CO

Dear Mr. Pepin,

My name is Tom Graham; I live in new Castle Colorado. I would like to speak for a moment on the behalf of Bill Johnston.

I have lived in this community for the past twenty-seven years. After retiring from a banking career of twenty-five years, I started a construction company and build custom homes in the New Castle area.

Bill has worked with me for the past fifteen months performing wood working and interior trim. I only build one to two houses a year which does not provide full employment for Bill, however based on his work ethic and quality of craftsmanship, he is sought after by many of the contractors in the community. During this period of time, I have never seen Bill take any drugs or act in a manner to make one think he is selling drugs. If Bill was involved in this activity prior to moving here, he certainly wasn't very successful or at the least a very minor player. I always thought people that sell drugs made a lot of money. During the time I have known Bill, he goes to work every day and needs a paycheck on Friday to buy food and pay rent. His life style is not consistent with a major player of a large drug ring or of one that has been involved in this activity for a long period of time.

The Bill I know is a hard workingman on a daily bases just trying to make a living like you and I. Bill is a non-violent individual presenting no physical threat to anyone. At Bill's age, a long-term prison sentence is a life sentence and the man I know doesn't deserve that. I would employ Bill again in the future given the opportunity.

Respectfully submitted

Tom Graham

March 29, 2007

To Whom It May Concern:

I have known Bill Jones for about 13 years. We met on a jobsite in Longmont, Colorado. Bill was a finish carpenter with good work ethics. Bill taught me some carpentry and I taught him some basic electrical skills.

Over the years Bill and I worked together many times. And Bill always worked as a professional.

Bill would come to my house for barbeques. He always treated my family with total respect.

Bill and I became fishing pals. He has always respected the laws.

I feel that Bill Jones is a totally trustworthy individual. And he is a fine citizen. Bill is always welcome in my home.

Truly,

Randy W. Kinford
2267 10th St. SW
Loveland, Co. 80537
970-278-0522

302 8ᵗʰ Street, Ste. 110
Glenwood Springs, CO 81601
(970) 945-1000 telephone
(970) 945-9218 facsimile

**Thomas D. Silverman, P.C.**
**Attorneys at Law**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Robert Papin | **From:** | Gail Robinson |
| **Fax:** | 303-294-1192 | **Pages:** | 6 including cover |
| **Phone:** | | **Date:** | April 2, 2007 |
| **Re:** | Bill Jones # 34802-013 | **CC:** | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Attached are letters of Character Reference for Bill. Please contact me if all pages are not received.

Also, I would like very much to speak with you prior to the bond hearing tomorrow. I am planning on attending the hearing and need to know the exact location. Please call me at 970-945-1000.

I want to do anything I can to help.

Thanks,

Gail Robinson

April 2, 2007

● NOTICE: This communication is intended solely for the use of the person named above or others
authorized to receive it. This communication may include privileged and confidential information and
any use, dissemination or reproduction by unauthorized persons is absolutely prohibited. If you have
received this communication in error, please notify the sender immediately.

● Page 2

Gretchen A.S. Wettlin, R.N.
0123 Mohawk Drive
Silt, CO 81652

March 30, 2007

To Whom It May Concern:

I knew Bill Johnston in grade school in Bartlesville, Oklahoma in the 1960's.  As a
teenager, however, I lost track of him when his parents divorced and he moved away.
We met again several years ago while on vacation, through mutual friends.  This past
year, Bill relocated to New Castle, Colorado, where we met once more.

I am writing this letter in support of Bill, who has been a kind and helpful friend to me
and to my family.  Last summer Bill helped my son who worked as a "go-fur" on a
construction site where my son helped with clean-up, wire-pulling and such for a few
days between jobs.  My son spoke highly of Bill then, where he knew nothing, but was
able to observe house construction trades to see if he wanted to continue in this line of
work.  Bill treated my son with respect and kindness and was supportive of him who, at
age 19, was searching for a career path.

My connection with Bill has been on a social basis.  We went to his house for dinner
where he cooked my husband and me a sumptuous dinner.  He came to our house a
couple of times for dinner or a party.  Bill has always been quiet, courteous and
thoughtful towards me and my family.  For my Christmas party, Bill brought us a jar of
his home made barbeque sauce.  Bill has always behaved appropriately in my presence.

It is my fervent hope that Bill is granted leniency by the courts, for whatever offenses he
may have committed.  While I have known him he has always been a peaceful, kind and
helpful friend who loves to garden, play with family pets and host a fine meal.  We love
having Bill in our lives and look forward to the continued relationship.

Please contact me if I can be of further help.

Sincerely,

Gretchen A.S. Wettlin

March 31, 2007


Kathryn Cihak, RN
329 Faas Ranch Road
New Castle, CO  81647

To Whom It May Concern:

I am writing this letter to speak about the character of Bill Johnston.  I came to know Bill this past year as he was working on finishing the basement in my home.  Bill's a great guy.  He always showed up on time every morning, left for lunch, and was back for the rest of the afternoon.  Bill was courteous, polite and neat.  The work he did was second to none.  He is a superb craftsman who takes pride in his work.  Bill's gentle understanding and quiet kindness were greatly appreciated when decisions had to be made regarding the ongoing project.  I always found it a pleasant diversion in my day to stop for a few moments and talk with Bill.

So, in closing, I feel it is important to convey to you that I have the utmost respect for Bill.  I look forward to his return soon.

If I can be of further assistance in this matter, please don't hesitate to contact me.

Sincerely,

Kathryn Cihak

04/02/2007  08:02    9709459218              SILVERMANLAWOFFICES                    PAGE  05/06

Gail M. Robinson
143 N. 7th St. #7
PO Box 104
New Castle, CO 81647

March 31, 2007

To Whom it May Concern:

I have known Bill for a very long time. He has been a true friend. We have shared 3 different homes together over the years. He has always paid his rent on time, is always willing to help out in any way he can. He is a hard workingman. He goes to work every day. He does beautiful woodworking.

Bill is a quiet, kind and gentle man. There is not a mean bone in his body. He has such a warm heart.

Over the last few years he has worked so hard make a home for himself, and here with me, he has worked really hard to make a home here for us. He has helped me so much over the last year. I have grown to rely on Bill very much, more than I can say.

Bill is a good and loyal friend. He has a great many friends. He is a good man. He's smart, funny, and happy. He is extremely talented. He can build anything. My home is full of his beautiful woodwork. He loves to cook, he is a great cook. Cooks for friends wedding, and parties and for me almost every night.

Bill really goes nowhere except to work and home everyday. Sometimes he goes fishing, he enjoys that. He has been working so hard to help me get my new home set up. He was just working in the yard to put in a garden and help me fix up my yard. He can do just about anything, and is always willing to help anyone who needs his help.

I want to help Bill as much as I can. I know he regrets some of the choices he has made in the past and is working really hard to be a better person and just live his life. And, he has been doing a great job! Bill has a lot of people who support him. He has never hurt anyone, he is not a violent person.

I do think, as a young boy Bill was truly devastated when his parents split up. His family was torn apart, he was taken from his friends. His whole life changed at 16. He was young and vulnerable and alone. Unfortunately he made some bad choices, which does not make him a bad person. There were people who took advantage of his vulnerability. He had no one. He was young and less

experienced. He just wants and deserves the opportunity to live his life, be successful, happy and safe. I am not excusing anything he has done, but I do not believe he deserves to be locked up. Again, he is not violent, he works hard. He is a good, caring, quiet loving man. He has my support and the support of many others.

I will make sure he attends every court appearance. I will do whatever it takes to assist him through this and get on with his life. I implore you to give him this chance.

Please contact me if I can be of further help.

Sincerely,

Gail M Robinson

*CN 05-1849 JH*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe<br>United States Magistrate Judge | K. Weckwerth<br>Deputy Clerk |
| Case Number: 07-mj-01072 | FTR MJW PM |
| Date: April 5, 2007 | |
| UNITED STATES OF AMERICA | Greg Rhodes |
|     v. | |
| BILL JONES<br>a/k/a CHARLES WILLIAM JOHNSTON | Robert Pepin |

---

**HEARING ON BOND RELEASE AND EMERGENCY GOVERNMENT MOTION FOR
STAY OF RELEASE PENDING REVIEW BY THE DISTRICT COURT**

---

Court in Session: 1:46 pm

Court calls case and appearances of counsel.

Ed Ruiz is present from pre-trial services.

Government addresses the motion [8].

Defendant addresses the motion.  Defense counsel states oral motion for District Court Judge in Colorado to review bond release issue.

Court presents findings.

**ORDERED: Defendant oral motion for District Court Judge in Colorado to review bond release is DENIED.**

**ORDERED: Government motion [8] for stay of release is GRANTED.  A Review hearing regarding bond release is set for April 9, 2007 at 1:30pm.  The government shall provide proof of motion for bond review filed with the district of New Mexico.**

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Hearing concluded.

Court in recess: 1:58 pm

time in court: 12 minutes

*CN 05-1849
JH*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Michael J. Watanabe                                  K. Weckwerth
United States Magistrate Judge                       Deputy Clerk


Case Number: 07-mj-01072                             FTR MJW PM

Date: April 9, 2007


UNITED STATES OF AMERICA                             Greg Rhodes

　　　　v.


BILL JONES                                           Robert Pepin
a/k/a CHARLES WILLIAM JOHNSTON

---

### REVIEW HEARING REGARDING BOND

---

Court in Session: 1:54 pm

Court calls case and appearances of counsel.

Ed Ruiz is present from probation.

Court reviews government document tendered to the court.

Government indicates the Motion to revoke Magistrate Judge's Release Order and
Request to Stay was filed in the district of New Mexico on April 6, 2007.  Government
requests the court continue the current stay.

Defense counsel requests bond issue be heard in Colorado.

Court presents findings.

**ORDERED: Stay of bond to remain in effect.  Review hearing is set for April 16,
2007 at 10:00 am**

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Hearing concluded.

Court in recess: 2:00 pm

time in court: 6 minutes

AO94 (D/CO Mod. 08/01)                                                                    Commitment to Another District

# United States District Court
### District of Colorado

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

v.

BILL JONES

| Docket Number | | Magistrate Judge Case Number | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 07-mj-01072 | CR-05-1849-JH |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

_X_ Indictment    ___ Information    ___ Complaint    ___ Other (specify):

Charging a violation of  U.S.C. §

**DISTRICT OF OFFENSE**: New Mexico

**DESCRIPTION OF CHARGES:** 21 § 841 Conspiracy to Distribute Marijuana

**CURRENT BOND STATUS:**

___ Bail fixed at $ _____ and conditions were not met.

_X_ Government moved for detention and defendant detained after hearing in District of Arrest

___ Government moved for detention and defendant detained pending detention hearing in District of Offense

___ Other (specify):

**REPRESENTATION:**    ___ Retained Own Counsel  _X_ Federal Defender Organization    ___ CJA Attorney    ___ None

**INTERPRETER REQUIRED:**    _X_ No    ___ Yes    Language:

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| April 12, 2007 | s/Michael J. Watanabe |
|---|---|
| Date | United States Judge or Magistrate Judge |

| **RETURN** | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| Date Commitment Order was Received | Place of Commitment | Date Defendant Committed |
| | | |
| Date | United States Marshal | (By) Deputy Marshal |

TERMED

# U.S. District Court
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:07-mj-01072-MEH All Defendants

Case title: USA v. Jones
Other court case number: CR-05-1849-JH District of New Mexico-Albuquerque

Date Filed: 03/23/2007
Date Terminated: 04/12/2007

---

Assigned to: Magistrate Judge Michael E. Hegarty

**Defendant**

**Bill Jones** (1)
*TERMINATED: 04/12/2007*
*also known as*
Charles William Johnston (1)
*TERMINATED: 04/12/2007*

represented by **Robert William Pepin**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Robert_Pepin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Disposition**

**Disposition**

**Plaintiff**

**USA**                                  represented by   **Gregory Hayze Rhodes**
                                                          U.S. Attorney's Office-Denver
                                                          1225 Seventeenth Street
                                                          #700
                                                          Denver, CO 80202
                                                          303-454-0310
                                                          Fax: 454-0401
                                                          Email: Greg.Rhodes@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2007 | 1 | RULE 5 AFFIDAVIT from the District of New Mexico at Albuquerque, as to Bill Jones (Attachments: # 1 New Mexico Warrant)(tll, ) (Entered: 03/23/2007) |
| 03/23/2007 | 2 | Minutes of Initial Appearance in Rule 5(c)(3) held before Magistrate Judge Michael E. Hegarty as to Bill Jones on 3/23/2007. Dft advised. Dft states he has retained counsel. Gov't seeking detention. Detention/ID Hearing set for 3/28/2007 01:30 PM before Magistrate Judge Michael E. Hegarty. Dft remanded. Hearing concluded. (Tape #FTR MEH PM.) (sschrsl, ) (Entered: 03/23/2007) |
| 03/28/2007 | 3 | Sealed Document - Financial Affidavit. (sschrsl, ) (Entered: 03/28/2007) |
| 03/28/2007 | 4 | Minutes of ID/Detention hearing held before Magistrate Judge Michael E. Hegarty as to Bill Jones on 3/28/2007. Fin affidavit tendered. FPD Robert Pepin appt'd. Defense counsel requests continuance of hearing and waives 5 day presumptive limit. Court accepts waiver. ID/Detention Hearing set for 4/3/2007 01:30 PM before Magistrate Judge Michael J. Watanabe. Dft remanded. Hearing concluded. (Tape #FTR MEH PM.) (sschrsl, ) (Entered: 03/29/2007) |
| 04/03/2007 | 5 | Minutes of Detention and Identity Hearing on rule 5 from the district of New Mexico as to Bill Jones held on 4/3/2007 before Judge Michael J. Watanabe : Deft waives identity hearing and proceeds to detention hearing. Court grants a $50,000 cash/surety/property bond. Case will be reviewed as the bond is posted. Status Conference set for 4/5/2007 01:30 PM before Magistrate Judge Michael J. Watanabe. (Court Reporter FTR MJW PM.) (tll, ) (Entered: 04/04/2007) |
| 04/03/2007 | 6 | WAIVER of identity hearing as to Bill Jones (tll, ) (Entered: 04/04/2007) |
| 04/03/2007 | 7 | SUPPLEMENT to 5 Detention Hearing as to Bill Jones. (Letters) (tll, ) (Entered: 04/04/2007) |

| 04/04/2007 | 8 | Emergency MOTION for Stay *Of Release Order Pending 18 USC § 3145 Review by the District Court* by USA as to Bill Jones. (Attachments: # 1 Proposed Order (PDF Only))(Rhodes, Gregory) (Entered: 04/04/2007) |
|---|---|---|
| 04/05/2007 | 9 | Minutes of before Bond Hearing and hearing on motion 8 as to Bill Jones held on 4/5/2007 Judge Michael J. Watanabe : The 8 Emergency MOTION for Stay *Of Release Order Pending 18 USC § 3145 Review by the District Court* filed by USA is denied as to the motion to review order of release by a District Judge. The motion is granted as to the stay of release. Status Conference set for 4/9/2007 01:30 PM before Magistrate Judge Michael J. Watanabe. (Court Reporter FTR MJW PM.) (tll, ) (Entered: 04/09/2007) |
| 04/09/2007 | 10 | Minutes of Status Conference as to Bill Jones held on 4/9/2007 before Judge Michael J. Watanabe : Government requests that the court continue the stay on release, granted. Deft remanded. Further Status Conference set for 4/16/2007 10:00 AM before Magistrate Judge Gudrun J Rice. (Court Reporter FTR MJW PM.) (tll, ) (Entered: 04/09/2007) |
| 04/11/2007 | 11 | NOTICE OF ATTORNEY APPEARANCE: Robert William Pepin appearing for Bill Jones (Pepin, Robert) (Entered: 04/11/2007) |
| 04/11/2007 | 12 | NOTICE *of Pending Hearing in New Medico Re Revocation of Release Order* by Bill Jones (Pepin, Robert) (Entered: 04/11/2007) |
| 04/12/2007 | 13 | COMMITMENT TO ANOTHER DISTRICT as to Bill Jones. Defendant committed to District of New Mexico., MAGISTRATE CASE TERMINATED as to Bill Jones (kltsl, ) (Entered: 04/12/2007) |
| 04/12/2007 | 14 | Removal Documents Sent To District of New Mexico (kltsl, ) (Entered: 04/12/2007) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/16/2007 16:36:11 | | |
| PACER Login: | td0910 | Client Code: | joemurphy |
| Description: | Docket Report | Search Criteria: | 1:07-mj-01072-MEH |
| Billable Pages: | 2 | Cost: | 0.16 |