## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.	CR NO. 05-1849 JH

CATHY FITZGERALD,
    Defendant.

### UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** Defendant , Cathy Fitzgerald, through counsel, and respectfully requests that the sentencing in this case, currently set on April 26, 2007, before the Honorable Judith C. Herrera be continued, on the following grounds:

1.	Defendant pled April 18, 2006.

2.	Defendant's Sentencing is scheduled for April 26, 2007.

3.	Defense counsel received the pre-sentence report on April 23, 2007. The defense requests more time to review the pre-sentence report.

2.	The Defendant is in custody at La Posada Half Way House and has been fully compliant with conditions of release.

3.	The Assistant United States Attorney, James Braun, does not oppose.

           Respectfully Submitted,

           _____
           Cliff McIntyre, Esq.
           1500 Mountain RD NW
           Albuquerque, NM 87104
           505-243-2900 / fax 243-6339

I certify that a true and accurate copy of the foregoing was given to all counsel and/or parties of record this _____ day of April, 2007.

_____
**Cliff McIntyre, Esq.**

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.