# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
### Clerk's Minutes
### Before the Honorable Judith C. Herrera

| | | | |
|---|---|---|---|
| USA vs. | Bill Jones | Case No. | 05-1849 JH |

Date: April 19, 2007

| | | | |
|---|---|---|---|
| Courtroom Clerk: | Lincoln Sorrell | Court Reporter: | Paul Baca |
| Court in Session: | 1:27 p.m./1:40 p.m. | Total Time: | 13 minutes |

Type of Proceeding:   Hearing on Government's Motion to Revoke MJ Release Order [950]

Attorney(s) Present for Plaintiff(s):            Attorney(s) Present for Defendant(s):

James Braun                         Victor Sizemore

### Proceedings:

Court in Session:

| Time | Event |
|---|---|
| **1:27 p.m.** | Court in session; Attorney appearances. |
| **1:28 p.m.** | Government (Mr. Braun) argues in support of the motion. Pretrial services recommends that defendant be detained. Argues other reasons therefor. |
| **1:31 p.m.** | Defendant responds. Defendant gainfully employed. No evidence to put on at this time. Mr. Jones not a flight risk. |
| **1:35 p.m.** | Mr. Braun replies. |
| **1:36 p.m.** | Court: Finds that the Government's motion should be granted. Government has met it's burden. Finds defendant a flight risk; presumption not rebutted. Defendant to remain in custody. Magistrate's order in Colorado will be revoked. |
| **1:40 p.m.** | Court in recess. |