UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| BILL JONES, a/k/a Charles Johnston, ) | |
| ) | |
| Defendant. ) | |

### ORDER REVOKING MAGISTRATE JUDGE'S RELEASE ORDER

THIS MATTER having come before the Court on the motion of the United States, and the Court having held a hearing on the motion on April 19, 2007 and being otherwise fully advised in the premises,

FINDS that the defendant has not overcome the presumption established by 18 U.S.C. § 3142(e) that no condition or combination of conditions exist that would reasonably assure his future appearance in court as required or the safety of the community. Moreover, the Court finds by a preponderance of the evidence that, based on his prior felony drug trafficking conviction, his use of multiple aliases, and the fact that he remained a fugitive for nearly eighteen months despite having been advised of the warrant for his arrest in this case by attorney Eddie Veltman, the defendant poses an unreasonable risk of flight.

IT IS THEREFORE ORDERED that the release order of Magistrate Judge Michael J. Watanabe is hereby revoked. The defendant is remanded to the custody of the United States Marshal pending final disposition.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

Submitted by:
James R.W. Braun, Assistant U.S. Attorney