IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                              CR NO. 05-1849-JH

DANA JARVIS, et al.

       Defendants.

## NOTICE OF NON-AVAILABILITY

       **COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will out of state and unavailable for hearings in this matter from May 11, 2007 through May 17, 2007.

                                                 Respectfully submitted,

                                                 **MARTIN LOPEZ, III**
                                                 A Professional Corporation

                                               Electronically Filed April 27, 2007
                                               Martin Lopez, III
                                               Attorney for Defendant Berthod
                                               1500 Mountain Rd. NW
                                               Albuquerque, New Mexico 87104
                                               Tele: (505) 243-2900
                                               Fax: (505) 243-6339

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via facsimile to Assistant U. S. Attorney James Braun on this  27th   day of April, 2007.

Electronically Filed April 27, 2007
Martin Lopez, III