IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                 Crim. No. 05-1849 JH

**MATTHEW HOTTHAN,**

    Defendant.

### NOTICE OF HEARING

TO:

| Stephen Aarons, Esq.<br>P.O. Box 1027<br>Santa Fe, NM  87504 | James Braun, AUSA<br>P.O. Box 607<br>Albuquerque, NM 87102 |
|---|---|

    **PLEASE TAKE NOTICE** that an **Plea Hearing** has been set in the above matter for **Monday, May 21, 2007, at 9:30 am,** before Don J. Svet, U.S. Magistrate Judge, Cimarron Courtroom, 5th Floor, 333 Lomas Blvd., N.W., Albuquerque, New Mexico.

    **PLEASE NOTE** the Defendant and counsel must be available for interview by the U.S. Probation Office immediately following the Plea Hearing.

                                                  Matthew J. Dykman, Clerk

**Please direct all inquiries to: Kimberly Dapson**
                             **Courtroom Deputy**
                             **(505) 348-2053**

cc:    U.S. Pre-trial
         U.S. Probation