## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
         **Plaintiff,**

**v.**                                                          **CR NO. 05-1849**

**CATHERINE FITZGERALD,**
         **Defendant**.

## NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for the Defendant Catherine Fitzgerald, Cliff McIntyre and states that he will not be available for hearings in this matter from June 27, 2007 through July 5, 2007.

                                                                Respectfully Submitted,

                                                                _____/s/_____
                                                                Cliff McIntyre, Esq.
                                                                1500 Mountain RD NW
                                                                Albuquerque, NM 87104
                                                                505/243-2900 / 243-6339

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded to all parties of record on this 10th day of May, 2007.

_____/s/_____
Cliff McIntyre, Esq.

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.