# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| 05CR1849 JH | UNITED STATES vs. MATTHEW HOTTHAN |
|---|---|

**Before The Honorable Don J. Svet, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | **May 21, 2007** | Time In and Out: | **9:48 a.m. - 9:57 a.m. (9 MINS)** |
| Clerk: | **Denise D. Sanchez** | Court Reporter or Counter Numbers: | **FTR CIMARRON** |
| Defendant: | ***Matthew Hotthan** | Defendant's Counsel: | **Stephen Aarons, Esq.** |
| AUSA: | **Steve Gontis for James Braun** | Interpreter: | Sworn |

| X | DISCREPANCIES BETWEEN INFORMATION AND PLEA AGREEMENT NEED TO BE RECONCILED AND COURT RESETS PLEA FOR TUESDAY, 5/22/07 @ 9:30 AM BEFORE MAGIS JUDGE SVET; DEFT REMANDED INTO CUSTODY |
|---|---|

Other Matters: **cc: Lincoln/Probation**