**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 2 2007

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**UNITED STATES** OF AMERICA,
        *Plaintiff,*

v.

№ 1:05cr01849-15 JH

DANA **JARVIS**, et al, ,
 *Defendants.*

## ORDER TO CONTINUE HOTHAN CHANGE OF PLEA REHEARING

THIS MATTER comes before the Court on defendant Hothan's unopposed *Motion to Continue Change of Plea Rehearing* as filed on 21 May 2007. Doc 976. The Court finds that the motion is unopposed and will be granted.

THE COURT VACATES the Change of Plea Hearing set for 22 May.

TAKE NOTICE that the Change of Plea Hearing will proceed at 9:30 a.m. on 7 June 2007 at the Gila Courtroom, 5th Floor, on a trailing calendar.

HON DON J. SVET
US MAGISTRATE JUDGE

*Electronically submitted by:*
Stephen D Aarons
Attorney for Defendant