# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**

                                                          **CR No. 05-1849 JH**

**DANA JARVIS,**

      **Defendant.**

## NOTICE OF NON-AVAILABILITY

Joe M. Romero, Jr., counsel for Defendant Jarvis, hereby gives notice of his non-availability from Friday, May 25, 2007 until Monday, June 4, 2007 for the reason that counsel will be out of state on a family vacation.

                                          Respectfully submitted,

                                  /s/

By: _____

                     Joe M. Romero, Jr.
                     Attorney at Law
                     1905 Lomas Blvd. NW
                     Albuquerque, NM 87104
                     (505) 843-9776

I hereby certify that a copy of the foregoing pleading was delivered to opposing counsel via the CM/ECF system this 22nd day of May, 2007.

/s/

_____

Joe M. Romero, Jr.