IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.

                                          CR No. 05-1849 JH

**DANA JARVIS,**

        **Defendant.**

## NOTICE OF NON-AVAILABILITY

      Jody Neal-Post, counsel for Defendant Dana Jarvis, hereby gives notice of her non-availability from Monday, June 18, 2007 through Wednesday, June 27, 2007 for the reasons that counsel will be out of town on a family vacation.

                                                        Respectfully submitted by:

                                                        *Electronically Filed*
                                                        */s/*

                                                        By_____
                                                        Jody Neal-Post, Esq.
                                                        317 Amherst SE
                                                        Albuquerque, NM 87106
                                                        (505) 268.7263

I hereby certify that a true and correct copy of
the foregoing pleading was delivered to opposing
counsel via the CM/ECF system this 23rd of May, 2007.

*Electronically Filed*
_____
Jody Neal-Post.