IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

    vs.                                **CRIM. NO. 05-1849 JH**

**MATTHEW HOTTHAN,**

    Defendant.

## NOTICE RE-SETTING HEARING

TO:

| Stephen Aarons, Esq.<br>Defense Counsel | James Braun, Esq.<br>Assistant United States Attorney |
|---|---|

    **PLEASE TAKE NOTICE** that a **Plea Hearing** has been re-set in the above matter for **Wednesday, June 6, 2007, at 9:30 AM,** before the Honorable W. Daniel Schneider, Gila Courtroom, Fifth Floor, 333 Lomas Boulevard N.W., Albuquerque, New Mexico.

    **YOU MUST BE PRESENT IN THE COURTROOM 15 MINUTES PRIOR TO START OF THE DOCKET.** PLEASE NOTE the Defendant and counsel must be available for interview by the U.S. Probation Office immediately following the Plea Hearing.

                                                  _____
                                                  MATTHEW J. DYKMAN
                                                  Clerk of Court

        **Please direct all inquiries to:**    Mark Kokesh
                                                          Courtroom Deputy
                                                          Telephone: (505) 348-2018

              A true copy of this notice/order was served--via facsimile transmission
        mail, or electronic means--to counsel of record as they are shown on the Court's docket.

cc:        U. S. Probation/Pretrial