IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    **Plaintiff,**

    vs.                                                      No. CR 05-1849 JH

**DANA JARVIS, et al.,**

    **Defendants.**

## NOTICE OF UNAVAILABILITY OF COUNSEL

Scott M. Davidson, associate counsel for Defendants represented by counsel who have been appointed pursuant to the Criminal Justice Act, hereby notifies the Court that he will be unavailable for the four-day period extending from Tuesday, May 29, 2007 through Friday, June 1, 2007.

                                              Respectfully submitted,

                                              <u>Electronically filed</u>
                                              Scott M. Davidson, Ph.D., Esq.
                                              1011 Lomas Boulevard NW
                                              Albuquerque, NM 87102
                                              (505) 255-9084
                                              Associate Counsel for Defendants
                                                  represented by counsel appointed
                                                  under the Criminal Justice Act

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2007, I filed the foregoing electronically through the CM/ECF system, which caused all counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing.

<u>Electronically filed</u>
Scott M. Davidson