IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                     Crim. No. 05-1849 JH
                                             ()

**GREG HILL,**

    Defendant.

### NOTICE OF HEARING

TO:

| Kari Converse, Esq, | James Braun, AUSA |
| 2001 Carlisle NE, Suite E | P.O. Box 607 |
| Albuquerque, NM 87110 | Albuquerque, NM 87102 |

**PLEASE TAKE NOTICE** that a **Plea Hearing** has been set in the above matter for **Thursday, June 21, 2007, at 9:30 am,** before W. Daniel Schneider, U.S. Magistrate Judge, Gila Courtroom, 5th Floor, 333 Lomas Blvd., N.W., Albuquerque, New Mexico.

**PLEASE NOTE** the Defendant and counsel must be available for interview by the U.S. Probation Office immediately following the Plea Hearing.

                                                                          Matthew J. Dykman, Clerk

**Please direct all inquiries to: Kimberly Dapson**
                                     **Courtroom Deputy**
                                       **(505) 348-2053**

cc:      U.S. Pre-trial/Probation