**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUN - 6 2007

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| **MATTHEW HOTHAN**, | ) | CRIMINAL NO. 05-1849 JH |
| Defendant. | ) | 21 U.S.C. § 846 – Conspiracy to Distribute 50 Kilograms and More of Marijuana. |

## INFORMATION

The United States Attorney charges:

From approximately January 2004, up to and including August 25, 2005, in the State and District of New Mexico and elsewhere, the defendant **MATTHEW HOTHAN** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons to distribute 50 kilograms and more of marijuana, a schedule I controlled substance, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

In violation of 21 U.S.C. § 846.

Respectfully submitted,

LARRY GOMEZ
Acting United States Attorney

JAMES R.W. BRAUN
Assistant United States Attorney
P.O. Box 607
Albuquerque, N. M. 87103
(505) 346-7274