IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN - 6 2007

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CR-05-1849 JH |
| MATTHEW HOTHAN, ) | |
| Defendant. ) | |

## WAIVER OF INDICTMENT

I, MATTHEW HOTHAN, the above named defendant, who is accused of 21 U.S.C. § 846, that being Conspiracy to Possess with Intent to Distribute More Than 50 kilograms of Marijuana, and being advised of the nature of the charges, the information, and of my rights, hereby waive in open court on ___6 Jun 07___, 2007, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MATTHEW HOTHAN
Defendant

_____
STEPHEN D. AARONS
Attorney for Defendant

Before:

_____
UNITED STATES MAGISTRATE JUDGE