IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATE OF AMERICA,

      Plaintiff,

vs.                                           Criminal No. 05-1849 JH

DANA JARVIS, *et al.,*

      Defendant.

## NOTICE OF NON-AVAILABILITY

Counsel for Defendant Sam Jones hereby gives notice that she will be unavailable in this matter from July 25, 2007 through August 14, 2007 as she will be out of the country. Counsel respectfully requests that no hearings be scheduled in this matter during that time period.

                                                  Respectfully submitted,

                                                  /s/Kirtan Khalsa
                                                  Kirtan Khalsa
                                                  Attorney for Defendant
                                                  812 Marquette Ave. NW
                                                  Albuquerque, New Mexico  87102
                                                  (505) 604-3322

I hereby certify that a true
and correct copy of the foregoing
was sent to all parties entitled to
notice via CMECF on this
13th day of June, 2007.

/s/Kirtan Khalsa
Kirtan Khalsa