IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| vs. | § | Cause No. 05-CR-1849-JH |
| DANA JARVIS, *et al,* | § § § | |
| Defendants. | § | |

## NOTICE OF UNAVAILABILITY BY GREG HILL

The undersigned counsel hereby notifies the Court and all parties that she will be out of state and will therefore be unavailable for court hearings on the following dates: June 27-29, 2007, and July 13-20, 2007.

Respectfully submitted,

_____*electronically filed*_____
KARI CONVERSE
Attorney for Mr. Hill
2001 Carlisle Blvd. NE #E
Albuquerque, NM 87110
505/262-8597

### CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2007, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing.

_____*electronically filed*_____
Kari Converse