1065063

PS 10
(8/88)

# UNITED STATES DISTRICT COURT
for
## NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

07 JUN 13 PM 4: 07

CLERK-ALBUQUERQUE

U.S.A. vs Cathy Fitzgerald                                    Docket No. 05CR1849

TO:[1] Any United States Marshal or any other authorized officer

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. | | | |
| NAME OF DEFENDANT<br>**Cathy Fitzgerald** | SEX<br>female | RACE<br>White | AGE<br>44 |
| ADDRESS (STREET, CITY, STATE)<br>**28 Quail Run Rd., Santa Fe, NM 87508** | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>**US District Court Albuquerque, New Mexico** | | | |
| CLERK<br><br>Mathew J. Dykman | (BY) DEPUTY CLERK<br>*[signature]* | | DATE<br>6-4-07 |

| RETURN | | |
|---|---|---|
| **Warrant received and executed** | DATE RECEIVED<br>6/4/07 | DATE EXECUTED<br>6/12/07 |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME Robert Kozeluh, DUSM | (BY) *[signature]* | DATE 6/12/07 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."