(Rev. 11/99) Waiver of Detention Hearing

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# United States District Court

### *DISTRICT OF NEW MEXICO*

JUN 1 4 2007

United States of America

vs.

*CATHY FITZGERALD*

MATTHEW J. DYKMAN
CLERK

## WAIVER OF DETENTION HEARING
(Rule 5 or 32.1 , Fed. R. Crim. P., 18 U.S.C. § 3142)

Case Number: *05-1849 JH*

I, _*CATHY FITZGERALD*_ , charged in: (an indictment, complaint, (petition)

with _*FAILURE TO VOLUNTARILY SURRENDER*_ ,

Title _____, U.S.C., _____, and

having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1,

Fed. R. Crim. P., and 18 U.S.C. § 3142 including my right to have a detention hearing, do hereby

waive (give up) my right to a detention hearing and agree to be detained.  However, I reserve the

right to petition the court to review my detention and set reasonable conditions of release.

_____
Defendant

_____
6/14/09
Date

_____
Counsel for Defendant