AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 1 4 2007

MATTHEW J. DYKMAN
CLERK

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

CATHY FITZGERALD

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-1849 JH

I, CATHY FITZGERALD, _____, charged in a (complaint) (petition) pending in this District with FAILURE TO VOLUNTARILY SURRENDER

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

6/14/07
Date

_____
Counsel for Defendant