# CLERK'S MINUTES OF HEARING

HEARINGS BEFORE: **US MAGISTRATE JUDGE W. DANIEL SCHNEIDER**

KIND OF HEARING: **INITIAL / ORDER TO SHOW CAUSE**

| | |
|---|---|
| **DEFENDANTS:** | Clerk: M Kokesh |
| **CATHY FITZGERALD** | CASE NO. **05-1849 JH** |
| | DATE: **June 14, 2007** |

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**James Braun** AUSA                                  **Cliff McIntyre** Ret-CJA-AFPD

**Sandra Avila-Toledo** PTS/PROB            Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| **FTR Gila** | | | |
| @ 9:36 am | Ct | | |
| | Deft | | |
| | Pltf | | |
| 9:38 am | Ct | | |

**(2 minutes)**

**HEARING RESULTS/FINDINGS:**

- **X**   Defendant waives Preliminary Hearing
- **X**   Defendant waives Detention Hearing
- **X**   Court finds probable cause.
- **X**   Defendant(s) in custody
-     Conditions of Release set at:
- **X**   Other: Court revokes conditions of release and remands deft to custody of USMS