IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.                            CRIM. NO. **05-1849 JH**

**CATHY FITZGERALD,**

        **Defendant.**

## **O R D E R**

**THIS MATTER** is before the Court for hearing, and based on the testimony by U.S. Pretrial Services concerning violation of conditions of release, and the Court having found that the Defendant violated her conditions of release, and the Court being fully advised in the premises;

**IT IS THEREFORE ORDERED** that the conditions of release previously imposed are hereby **REVOKED**; and that the Defendant Cathy Fitzgerald, be remanded to the custody of the U.S. Marshal pending final disposition in this matter.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**