IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                                              CRIM. NO. 05-1849 JH

LLOYD MONTOYA,

    Defendant.

## NOTICE OF HEARING

TO:

| *Roberto Albertorio, Esq.* | *James Braun, AUSA* |

**PLEASE TAKE NOTICE** that a **FELONY PLEA** has been set in the above matter for **WEDNESDAY, JUNE 27, 2007, at 9:30 AM,** before the Honorable W. Daniel Schneider, U.S. Magistrate Judge, at the U.S. District Courthouse, 333 Lomas, NW, Gila Courtroom, Fourth Floor, Albuquerque, New Mexico. **YOU MUST BE PRESENT IN THE COURTROOM 15 MINUTES PRIOR TO START OF THE DOCKET.**

**PLEASE NOTE** the Defendant and his counsel must be available for interview by the U.S. Probation Office immediately following the Plea hearing.

_____
**MATTHEW J. DYKMAN, CLERK**

**Please direct all inquiries to:**    Denise D. Sanchez
    Courtroom Deputy
    Telephone: (505) 348-2052

_____
A true copy of this notice/order was served--via facsimile transmission,
mail, or electronic means--to counsel of record as they are shown on the Court's docket.