UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET**

| | | | | |
|---|---|---|---|---|
| CR No. | 05-1849 JH | USA vs. | Cathy Fitzgerald | |
| Date: | June 19, 2007 | Name of Deft: | Same | Sentencing-Non-Evidentiary |
| | Before the Honorable | Judith C. Herrera | | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | **10:10 a.m./10:36** | Total Time in Court (for JS10): | 26 minutes | |
| Clerk: | **Lincoln Sorrell** | Court Reporter: | Paul Baca | |
| AUSA: | **Steve Kotz** | Defendant's Counsel: | Cliff McIntyre | |
| Sentencing in: | **Albuquerque** | Interpreter: | | |
| Probation Officer: | **Anthony Galaz** | Sworn? | Yes | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | x | Plea | | Verdict | As to: | x Information | Indictment |
| If Plea: | x | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| Date of Plea/Verdict: | 6/19/2007 | | | | PSR: | x Not Disputed | Disputed |
| PSR: | x | Court Adopts PSR Findings | | | Evidentiary Hearing: | x Not Needed | Needed |
| Exceptions to PSR: | | | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): 84 months | | |
|---|---|---|---|
| Supervised Release: 5 years | | Probation: | x 500-Hour Drug Program |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| x | Participate in substance abuse program/drug testing | | Register as sex offender |
| x | Participate in mental health program | | Participate in sex offender treatment program |
| x | No alcohol/liquor establishments | | Possess no sexual material |
| x | Submit to search of person/property | | No computer with access to online services |
| x | No contact with co-Deft(s) | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| x | OTHER: forfeiture of items set forth in plea agreement | | |

| | | | | |
|---|---|---|---|---|
| Fine: $ | 0 | | Restitution: $ | |
| SPA: $ | 100.00 | ($100 as to each Count) | Payment Schedule: | x Due Immediately    Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | x | Waived Appeal Rights per Plea Agreement |
| x | Held in Custody | | Voluntary Surrender |
| x | Recommended place(s) of incarceration: | | FCI--Phoenix |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS | High blood pressure medicine have not been delivered to defendant at the jail.  Defendant asks for voluntary surrender.   Money judgment will be taken against defendant; motion for same tendered to the court and approved. Court: will value of seized truck be credited to the money judgment?  Kotz: we will look into that.  DEA did not keep truck. Court directs authorities to make medicine available to defendant. Govt dismisses Count I of S. Indictment as to this defendant. Written motion to be tendered. |