IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **CATHY FITZGERALD**, ) | CRIMINAL NO. 05-1849 JH |
| ) | |
| Defendant. ) | 21 U.S.C. § 846 – Conspiracy to Distribute |
| ) | 100 Kilograms and More of Marijuana. |

### INFORMATION

The United States Attorney charges:

From approximately 1990, up to and including August 25, 2005, in the State and District of New Mexico and elsewhere, the defendant **CATHY FITZGERALD** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons to distribute 100 kilograms and more of marijuana, a schedule I controlled substance, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

In violation of 21 U.S.C. § 846.

Respectfully submitted,

LARRY GOMEZ
Acting United States Attorney

JAMES R. W. BRAUN
Assistant United States Attorney
P.O. Box 607
Albuquerque, N. M. 87103
(505) 346-7274