IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1849 JH |
| | ) | |
| CATHY FITZGERALD, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
07 JUN 19 AM 11: 26
CLERK-ALBUQUERQUE

## MONEY JUDGMENT

This matter, having come before the Court on the Motion of the United States for a Money Judgment, the Court having read the motion and being fully advised in the premises, finds that the motion is well taken.

It is therefore ORDERED as follows:

1. A Money Judgment in the amount of $5,000.00 is entered against defendant Cathy Fitzgerald, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure.

2. The United States District Court for the District of New Mexico shall retain jurisdiction in the case for the purpose of enforcing this Order.

3. This Money Judgment shall become final as to defendant Cathy Fitzgerald at the time of sentencing or before sentencing if the defendant consents, and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Judgment to substitute property having a value not to exceed $5,000.00 to satisfy the money judgment in whole or in part.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

_____
STEPHEN R. KOTZ
Assistant U.S. Attorney