IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 05-1849 JH |
| ) | |
| CATHY FITZGERALD, ) | |
| ) | |
| Defendant. ) | |

MOTION TO DISMISS COUNT 1
OF INDICTMENT WITHOUT PREJUDICE

Pursuant to Rule 48, Fed. R. Crim. P., the United States of America respectfully moves the Court to dismiss Count 1 of the Indictment in this case, without prejudice, against Defendant CATHY FITZGERALD, and in support states as follows:

Pursuant to her plea agreement, the United States agreed to dismiss COUNT 1 of the Indictment against Defendant CATHY FITZGERALD only, upon sentencing, and sentencing having taken place;

Wherefore, the United States prays the Court dismiss COUNT 1 of the Indictment without prejudice against Defendant CATHY FITZGERALD.

    Respectfully submitted,

    LARRY GOMEZ
    Acting United States Attorney

    *Electronically filed*

    JAMES R.W. BRAUN
    Assistant United States Attorney
    P.O. Box 607
    Albuquerque, N. M.  87103
    (505) 346-7274

I HEREBY CERTIFY that I did deliver a
copy of the foregoing pleading to
opposing counsel of record,
Cliff Mcintyre
this <u>19th</u> day of June, 2007.

/S/_____
JAMES R.W. BRAUN