**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 20 2007

MATTHEW J. DYKMAN
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. 05-CR-1849-JH |
| | § | |
| DANA JARVIS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER VACATING PLEA HEARING

THIS MATTER comes before the Court on the Motion of Greg Hill to vacate the plea hearing set for June 21, 2007. The Court, having reviewed the Motion and being otherwise fully advised in the premises, is of the opinion that the Motion is well taken and should be granted.

IT IS THEREFORE **ORDERED** that the June 21, 2007 plea setting be vacated.

_____
HON. DANIEL SCHNEIDER
United States Magistrate Judge