IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

07 JUN 19 AM 11: 26

CLERK-ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR-05-1849 JH |
| CATHY FITZGERALD, | ) |
| Defendant. | ) |

## WAIVER OF INDICTMENT

I, CATHY FITZGERALD, the above named defendant, who is accused of violation of 21 U.S.C. § 846, that being conspiracy to possess with intent to distribute 100 kilograms and more of marijuana, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and being advised of the nature of the charges, the information, and of my rights, hereby waive in open court on _June 19_, 2007, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

CATHY FITZGERALD
Defendant

CLIFFORD MCINTYRE
Attorney for Defendant

Before:

UNITED STATES DISTRICT JUDGE