**Law Offices of**
**GREGORY D. D'ANTONIO**
P.O. Box 43306
Tucson, Arizona 85733-3306
gregorydantonio@aol.com
Arizona State Bar No. 004689
Telephone (702) 682-8353
Attorney for Defendant Swentnickas

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number: CR 05 1849 JH |
| Plaintiff, ) | UNOPPOSED |
| v. ) | MOTION TO PERMIT TRAVEL |
| DANA JARVIS, *et al.,* ) | |
| Defendants. ) | |

Comes now the Defendant, SWENTNICKAS, and hereby moves the Court to permit the Defendant to travel for summer visitation with his father in accordance with the itinerary attached hereto as exhibit "1." This Motion is made pursuant to 18 U.S.C.A. sec. 3142 *et seq.,* and 18 U.S.C.A. 3145 *et seq.* and is supported by the accompanying Memorandum of Points and Authorities and proposed form of Order. Pursuant to D.N.M.LR-Cr. 47, the terms and conditions of release set forth in the proposed form of Order have been approved by counsel for the United States of America, James Braun, and Pretrial services and this Motion has the concurrence of the United States of America and Pretrial Services.

Submitted this 26th day of June, 2007.

S/_____
GREGORY D. D'ANTONIO
Attorney for Defendant Swentnickas

-1-

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.
## BACKGROUND FACTS

Thomas Benjamin Swentnickas, a single man, was previously ordered released from pre-trial confinement by this court. He is currently residing in Tucson, Arizona with his brother in law and his sister Marie Higgins. He is employed by his brother in law in his Native art business. In his unopposed motion to set conditions of release, the Defendant notified the court of his desire to pay his last respects to his father who is elderly and infirm.

In that regard, the Defendant requested permission to travel during the Christmas holidays to Connecticut and New York to visit is father and relatives from pre-trial services who agreed to his request. He also submitted his request to AUSA James Braun who also agreed to the request. The Court granted the request and the Defendant was able to visit with his father and family over the Christmas holidays. Traditionally the Defendant has also visited his father during the summer months during which time he also performs all needed maintenance to his father's home . Accordingly, the Defendant requests permission to travel in accordance with the attached itinerary.

## II.
## THE BAIL REFORM ACT PERMITS
## THE COURT TO SET APPROPRIATE
## CONDITIONS OF RELEASE

The court has broad latitude in setting conditions of release to include travel

-2-

1  restrictions pursuant to 18 U.S.C. 3142 *et seq.*   This Defendant has previously
2  been granted release an only requires that the court modify the travel restrictions
3  to permit the requested visits. 18 U.S.C.A. 3142 9 c .
4
5  Based upon th foregoing, the Defendant requests that the court enter an order
6  permitting travel in accordance with the itinerary submitted herewith in
7  accordance with the proposed form of Order submitted with this Unopposed
8  Motion.
9
10  S/_____
    GREGORY D. D'ANTONIO
11  Attorney for Defendant Swentnickas
12
13  CERTIFICATE OF SERVICE
    I hereby certify that on June 26, 2007, I electronically transmitted the
14  attached document to the Clerk's Office using the CM/ECF System for filing and
15  transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:
    United States Attorney
16  AUSA James Braun
17  PO Box 607
    Albuquerque, NM  87103
18  James.Braun@usdoj.gov
19
20  Stephen D. Aarons
    PO Box 1027/ 300 Catron St
21  Santa Fe, NM 87504-1027
22  aar095@yahoo.com
    Attorney for Matthew Hothan
23
24  Roberto Albertorio
    P.O. Box 91387
25  Albuquerque, NM 87199-1387
26  ralbertorio@cabq.gov
27  Attorney for Lloyd Montoya
28                                            -3-

Zubair Aslamy
Aslamy, Workman & Carpenter, P.C.
1414 W. Broadway Road, Suite 122
Tempe, Arizona 85282
zaslamy@aslamylaw.com
Attorney for David Reid

Chuck Aspinwall
P.O. Box 984
Los Lunas, NM 87031-0984
legal_eagle@comcast.net
Attorney for John Patrick Nieto

Jason Bowles
PO Box 25186
201 3rd NW, Ste. 1370
Albuquerque, NM 87125-5186
jason@bowlesandcrow.com
Attorney for George Ripley

Rudolph Chavez
2014 Central Ave., SW
Albuquerque, NM 87104
rbclaw@spinn.net
Attorney for Rafal Mistrzak

Kari Converse
2001 Carlisle Blvd., NE, Ste. E
Albuquerque, NM 87110-4943
kariconverse@earthlink.net
Attorney for Greg Hill

Robert Cooper
1011 Lomas Blvd. NW
Albuquerque, NM 87102
bob@rrcooper.com

Attorney for Adrian Sanford

Scott Davidson
1011 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 366-4797
scott@smdappellatelaw.com
Motions for all CJA Defendants

Ken Gleria
1008 5th ST NW
Albuquerque, NM 87102
kgleria45@comcast.net or BLUEGHOST15@hotmail.com (Avery)
Attorney for Holly Bruner

Bob Gorence
201 12 ST NW
Albuquerque, NM 87102
gorence@swcp.com
Attorney for Dennis Wilson

Jerry D. Herrera
620 Roma Ave., NW
Albuquerque, NM 87102-2037
jdhcrimlaw@cs.com


Todd Hotchkiss
P.O. Box 26807
Albuquerque, NM 87125-6907
tbhotchkiss@earthlink.net
Attorney for Dakota Fitzner

Kirtan K. Khalsa
Fine Law Firm
812 Marquette, NW
Albuquerque, NM 87102

1  kkhalsa@thefinelawfirm.com
2  Attorney for Sam Jones

3  Martin Lopez III
4  1500 Mountain Rd., NW
   Albuquerque, NM 87104-1359
5  ML3LAW@aol.com or Jan5Her@aol.com
6  Attorney for Geno Berthod

7
   Timothy M. Padilla
8  Timothy M. Padilla & Associates
9  1412 Lomas Blvd. NW
   Albuquerque, NM 87104-1236
10 tmpad@juno.com or rhonda@lomaslawoffice.com
11
   Attorney for Manuel Gil-Vasquez
12

13 John Robbenhaar
14 1011 Lomas NW
   Albuquerque, NM  87102
15 jrobbenhaar@lomaslaw.com
16 Ayla Jarvis

17
   Joe M. Romero Jr.
18 1905 Lomas Blvd. NW
19 Albuquerque, NM 87104-1207
   joe@jromerolaw.com
20 Attorney for Dana Jarvis

21
   John Samore
22 P.O. Box 1993
23 Albuquerque, NM 87103-1993
24 samoreJFM@aol.com
   Attorney for Melania Kirwin
25

26
   Ann Steinmetz
27

28                                      -6-

Box 4305
Albuquerque, NM 87196-4305
annstnmtz@aol.com
Attorney for Mary Cannant


S/_____
GREGORY D. D'ANTONIO
Attorney for Defendant