# US AIRWAYS

**Confirmation** ED0T8Y
**Date Issued** 6/22/2007
**Form of Payment** Visa ****-****-****-9377
**Grand Total** $10.00
**Unflown Value** $10.00

## Passenger Information

| Party of (1) | Airline Partner | Dividend Miles # | Ticket # | Seats |
|---|---|---|---|---|
| BENJAMINT SWENTNICKAS | US Airways | 04475171379 | 03721388696314 | |

If you have selected an exit row, please view Emergency exit row/Airport check in kiosk notice

## Contact Information

**Contact Name** BENJAMINT SWENTNICKAS
**Day Phone** (520) 495-9370
**Destination Phone**

## Passenger Itinerary

| Depart | Arrive | Flight # and Details | | Meal / Travel Time |
|---|---|---|---|---|
| 1:15 PM 27 Jun 2007<br>Tucson, AZ | 2:00 PM 27 Jun 2007<br>Phoenix, AZ | Flight: 2733 | M Canadair Regional Jet<br>On-Time: 90-100% | Meal: None<br>Travel Time: 0 h 45 m |
| 4:00 PM 27 Jun 2007<br>Phoenix, AZ | 11:40 PM 27 Jun 2007<br>Hartford/Springfield, CT | Flight: 418 | Airbus A319<br>On-Time: 60-70% | Meal: Lunch<br>Travel Time: 4 h 40 m |
| 6:20 AM 09 Aug 2007<br>Hartford/Springfield, CT | 8:44 AM 09 Aug 2007<br>Phoenix, AZ | Flight: 419 | Airbus A319<br>On-Time: 90-100% | Meal: Breakfast<br>Travel Time: 5 h 24 m |
| 10:06 AM 09 Aug 2007<br>Phoenix, AZ | 10:55 AM 09 Aug 2007<br>Tucson, AZ | Flight: 2979 | M Canadair Regional Jet 900<br>On-Time: 90-100% | Meal: None<br>Travel Time: 0 h 49 m |

Flight operated by America West Airlines
M Flight operated by Mesa Airlines doing business as America West Express

**Summary (1 Passenger)**
Base Fare         $0.00
Taxes and Fees   $10.00
**Grand Total**   **$10.00**

## Terms and Conditions

- We're sorry, the Terms and Conditions for this reservation cannot be displayed at this time. Please contact the Internet Support team at 800-327-7810 with questions regarding your reservation.

# Travel Tips

**June 2007 — New passport exception**
The State Department issued an exception to passport requirements for travel between the United States and Canada, Mexico, the Caribbean and Bermuda.

If you have applied for, but not yet received your passport, you can travel to and from Canada, Mexico, the Caribbean and Bermuda through **September 30, 2007** as long as you show:

- a government issued ID
- Birth certificate
- Department of State official proof of application for a passport

Check with the State Department for more information.