FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 7 2007

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | CRIMINAL NO. 05-1849 JH |
| LLOYD MONTOYA, | ) ) ) | |
| Defendant. | ) | |

**CONSENT TO APPEAR BEFORE**
**UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE**

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:** **Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.**

*/s/ Lloyd Montoya*
LLOYD MONTOYA
Defendant

*/s/ Roberto Albertorio*
ROBERTO ALBERTORIO
Attorney for Defendant

Date: 27 Jun 07

Before: _____
United States Magistrate Judge