FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 27 2007

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR-05-1849 JH |
| LLOYD MONTOYA, | ) |
| Defendant. | ) |

## WAIVER OF INDICTMENT

I, LLOYD MONTOYA, the above named defendant, who is accused of violation of 21 U.S.C. § 846, that being conspiracy to distribute and possession with intent to distribute 100 kilograms and more of marijuana, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and being advised of the nature of the charges, the information, and of my rights, hereby waive in open court on __6/27/07__, 2007, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

LLOYD MONTOYA
Defendant

ROBERTO ALBERTORIO
Attorney for Defendant

Before:

UNITED STATES DISTRICT JUDGE