FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 28 2007

MATTHEW J. DYKMAN
CLERK

Law Offices of
GREGORY D. D'ANTONIO
P.O. Box 43306
Tucson, Arizona 85733-3306
gregorydantonio@aol.com
Arizona State Bar No. 004689
Telephone (702) 682-8353
Attorney for Defendant Swentnickas

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: CR 05 1849 JH |
| Plaintiff, | UNOPPOSED |
| v. | MOTION TO PERMIT TRAVEL |
| DANA JARVIS, *et al.*, | |
| Defendants. | |

Comes now the Defendant, SWENTNICKAS, and hereby moves the Court to permit the Defendant to travel for summer visitation with his father in accordance with the itinerary attached hereto as exhibit "1." This Motion is made pursuant to 18 U.S.C.A. sec. 3142 *et seq.*, and 18 U.S.C.A. 3145 *et seq.* and is supported by the accompanying Memorandum of Points and Authorities and proposed form of Order. Pursuant to D.N.M.LR-Cr. 47, the terms and conditions of release set forth in the proposed form of Order have been approved by counsel for the United States of America, James Braun, and Pretrial services and this Motion has the concurrence of the United States of America and Pretrial Services.

Submitted this 26th day of June, 2007.

S/
GREGORY D. D'ANTONIO
Attorney for Defendant Swentnickas

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.
## BACKGROUND FACTS

Thomas Benjamin Swentnickas, a single man, was previously ordered released from pre-trial confinement by this court. He is currently residing in Tucson, Arizona with his brother in law and his sister Marie Higgins. He is employed by his brother in law in his Native art business. In his unopposed motion to set conditions of release, the Defendant notified the court of his desire to pay his last respects to his father who is elderly and infirm.

In that regard, the Defendant requested permission to travel during the Christmas holidays to Connecticut and New York to visit is father and relatives from pre-trial services who agreed to his request. He also submitted his request to AUSA James Braun who also agreed to the request. The Court granted the request and the Defendant was able to visit with his father and family over the Christmas holidays. Traditionally the Defendant has also visited his father during the summer months during which time he also performs all needed maintenance to his father's home . Accordingly, the Defendant requests permission to travel in accordance with the attached itinerary.

## II.
## THE BAIL REFORM ACT PERMITS
## THE COURT TO SET APPROPRIATE
## CONDITIONS OF RELEASE

The court has broad latitude in setting conditions of release to include travel

-2-

restrictions pursuant to 18 U.S.C. 3142 *et seq.*  This Defendant has previously been granted release an only requires that the court modify the travel restrictions to permit the requested visits. 18 U.S.C.A. 3142 9 c .

Based upon th foregoing, the Defendant requests that the court enter an order permitting travel in accordance with the itinerary submitted herewith in accordance with the proposed form of Order submitted with this Unopposed Motion.

S/_____
GREGORY D. D'ANTONIO
Attorney for Defendant Swentnickas

CERTIFICATE OF SERVICE
I hereby certify that on June 26, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:
United States Attorney
AUSA James Braun
PO Box 607
Albuquerque, NM  87103
James.Braun@usdoj.gov

Stephen D. Aarons
PO Box 1027/ 300 Catron St
Santa Fe, NM 87504-1027
aar095@yahoo.com
Attorney for Matthew Hothan

Roberto Albertorio
P.O. Box 91387
Albuquerque, NM 87199-1387
ralbertorio@cabq.gov
Attorney for Lloyd Montoya

```
 1
 2  Zubair Aslamy
    Aslamy, Workman & Carpenter, P.C.
 3  1414 W. Broadway Road, Suite 122
 4  Tempe, Arizona 85282
    zaslamy@aslamylaw.com
 5  Attorney for David Reid
 6
 7  Chuck Aspinwall
    P.O. Box 984
 8  Los Lunas, NM 87031-0984
 9  legal_eagle@comcast.net
    Attorney for John Patrick Nieto
10
11  Jason Bowles
    PO Box 25186
12  201 3rd NW, Ste. 1370
13  Albuquerque, NM 87125-5186
14  jason@bowlesandcrow.com
    Attorney for George Ripley
15
16  Rudolph Chavez
17  2014 Central Ave., SW
    Albuquerque, NM 87104
18  rbclaw@spinn.net
19  Attorney for Rafal Mistrzak
20
    Kari Converse
21  2001 Carlisle Blvd., NE, Ste. E
22  Albuquerque, NM 87110-4943
    kariconverse@earthlink.net
23  Attorney for Greg Hill
24
    Robert Cooper
25  1011 Lomas Blvd. NW
26  Albuquerque, NM 87102
    bob@rrcooper.com
27
28                                          -4-
```

Attorney for Adrian Sanford

Scott Davidson
1011 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 366-4797
scott@smdappellatelaw.com
Motions for all CJA Defendants

Ken Gleria
1008 5th ST NW
Albuquerque, NM 87102
kgleria45@comcast.net or BLUEGHOST15@hotmail.com (Avery)
Attorney for Holly Bruner

Bob Gorence
201 12 ST NW
Albuquerque, NM 87102
gorence@swcp.com
Attorney for Dennis Wilson

Jerry D. Herrera
620 Roma Ave., NW
Albuquerque, NM 87102-2037
jdhcrimlaw@cs.com

Todd Hotchkiss
P.O. Box 26807
Albuquerque, NM 87125-6907
tbhotchkiss@earthlink.net
Attorney for Dakota Fitzner

Kirtan K. Khalsa
Fine Law Firm
812 Marquette, NW
Albuquerque, NM 87102

1 | kkhalsa@thefinelawfirm.com
2 | Attorney for Sam Jones

3 | Martin Lopez III
4 | 1500 Mountain Rd., NW
   | Albuquerque, NM 87104-1359
5 | ML3LAW@aol.com or Jan5Her@aol.com
6 | Attorney for Geno Berthod

7 |
8 | Timothy M. Padilla
   | Timothy M. Padilla & Associates
9 | 1412 Lomas Blvd. NW
   | Albuquerque, NM 87104-1236
10 | tmpad@juno.com or rhonda@lomaslawoffice.com
11 |
12 | Attorney for Manuel Gil-Vasquez

13 | John Robbenhaar
14 | 1011 Lomas NW
   | Albuquerque, NM 87102
15 | jrobbenhaar@lomaslaw.com
16 | Ayla Jarvis

17 |
   | Joe M. Romero Jr.
18 | 1905 Lomas Blvd. NW
19 | Albuquerque, NM 87104-1207
   | joe@jromerolaw.com
20 | Attorney for Dana Jarvis

21 |
   | John Samore
22 | P.O. Box 1993
23 | Albuquerque, NM 87103-1993
   | samoreJFM@aol.com
24 | Attorney for Melania Kirwin
25 |

26 |
   | Ann Steinmetz
27 |

28 |                                    -6-

1 | Box 4305
2 | Albuquerque, NM 87196-4305
  | annstnmtz@aol.com
3 | Attorney for Mary Cannant
4 |
5 | S/_____
6 | GREGORY D. D'ANTONIO
7 | Attorney for Defendant

-7-

# US AIRWAYS

| | |
|---|---|
| Confirmation | ED0T8Y |
| Date Issued | 6/22/2007 |
| Form of Payment | Visa ****-****-****-9377 |
| Grand Total | $10.00 |
| Unflown Value | $10.00 |

## Passenger Information

| Party of (1) | Airline Partner | Dividend Miles # | Ticket # | Seats |
|---|---|---|---|---|
| BENJAMINT SWENTNICKAS | US Airways | 04475171379 | 03721388696314 | |

If you have selected an exit row, please view Emergency exit row/Airport check in kiosk notice

## Contact Information

| Contact Name | Day Phone | Destination Phone |
|---|---|---|
| BENJAMINT SWENTNICKAS | (520) 495-9370 | |

## Passenger Itinerary

| Depart | Arrive | Flight | Flight # and Details | Meal / Travel Time |
|---|---|---|---|---|
| 1:15 PM 27 Jun 2007 Tucson, AZ | 2:00 PM 27 Jun 2007 Phoenix, AZ | Flight: 2733 | Canadair Regional Jet On-Time: 90-100% | Meal: None Travel Time: 0 h 45 m |
| 4:00 PM 27 Jun 2007 Phoenix, AZ | 11:40 PM 27 Jun 2007 Hartford/Springfield, CT | Flight: 418 | Airbus A319 On-Time: 60-70% | Meal: Lunch Travel Time: 4 h 40 m |
| 6:20 AM 09 Aug 2007 Hartford/Springfield, CT | 8:44 AM 09 Aug 2007 Phoenix, AZ | Flight: 419 | Airbus A319 On-Time: 90-100% | Meal: Breakfast Travel Time: 5 h 24 m |
| 10:06 AM 09 Aug 2007 Phoenix, AZ | 10:55 AM 09 Aug 2007 Tucson, AZ | Flight: 2979 | Canadair Regional Jet 900 On-Time: 90-100% | Meal: None Travel Time: 0 h 49 m |

Flight operated by America West Airlines
Flight operated by Mesa Airlines doing business as America West Express

**Summary (1 Passenger)**

| | |
|---|---|
| Base Fare | $0.00 |
| Taxes and Fees | $10.00 |
| Grand Total | $10.00 |

## Terms and Conditions

- We're sorry, the Terms and Conditions for this reservation cannot be displayed at this time. Please contact the Internet Support team at 800-327-7810 with questions regarding your reservation.

## Travel Tips

**June 2007 — New passport exception**
The State Department issued an exception to passport requirements for travel between the United States and Canada, Mexico, the Caribbean and Bermuda.

If you have applied for, but not yet received your passport, you can travel to and from Canada, Mexico, the Caribbean and Bermuda through **September 30, 2007** as long as you show:

- a government issued ID
- Birth certificate
- Department of State official proof of application for a passport

Check with the State Department for more information.