FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 28 2007

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number: CR 05 1849 JH |
| Plaintiff, ) | ORDER PERMITTING TRAVEL |
| v. ) | |
| DANA JARVIS, *et al.*, ) | |
| Defendants. ) | |

The above captioned matter having come on for hearing and the court being fully informed in the premises, the United States Attorney and Pre-trial Services having concurred and good cause appearing,

IT IS HEREBY ORDERED THAT the Defendant Benjamin Thomas Swentnickas shall be permitted to travel from Tucson, Arizona to Enfield, Connecticut and return June 27, 2007 through and including August 9, 2007. All other terms and conditions of his release not inconsistent with this Order shall remain in full force and effect.

Done in open court this 28 day of June 2007.

JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE