# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

FILED at Albuquerque NM

JUL 24 2007

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

No. 1:05CR01849-033JCH

-vs-

Dakota Fitzner

    Defendant.

## ORDER AMENDING CONDITIONS OF RELEASE

IT IS HEREBY ORDERED that the defendant's Order Setting Conditions of Release be amended as follows:

1) the defendant will be subject to electronic monitoring/sobrietor under the home detention component. The defendant will pay all costs associated as deemed necessary by the United States Probation Office;

2) all other previously imposed conditions will remain unchanged.

Honorable Judith C. Herrera
United States District Judge