IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. 05-CR-1849-JH |
| | § | |
| DANA JARVIS, *et al*, | § | |
| | § | |
| Defendants. | § | |

# UNOPPOSED MOTION TO WITHDRAW
# AS COUNSEL FOR GREG HILL

KARI CONVERSE, retained counsel for GREG HILL, moves to withdraw as counsel for him.  As grounds therefor, he would show the Court the following:

1.She has accepted full time employment with the federal public defender's office.

2.She has been informed that the federal public defender's office has conflicts with this case.  Thus, even if Mr. Hill were to be found indigent, she could not continue with her representation of him.

3.Counsel has consulted with AUSA James Braun, who does not oppose herein.

4.Counsel has consulted with her client extensively about this issue, and has attempted to assist him in obtaining new counsel.  It is Mr. Hill's intention to retain

new counsel. However, due to a serious eye injury, he was unable to travel from his home in Indiana to New Mexico for several weeks, and as of the filing of this motion, has not yet retained substitute counsel. Counsel will continue to assist in this transition, pursuant to NMRA 16-116(D).

WHEREFORE, counsel requests that this Court authorize her withdrawal from this case.

Respectfully submitted,

*electronically filed*
KARI CONVERSE
2001 Carlisle Blvd. NE #E
Albuquerque, New Mexico 87110
(505) 262-8597
Fax (505) 262-1730
*Counsel for Mr. Hill*

### CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing.

*electronically filed*
Kari Converse