**Law Offices of**
**GREGORY D. D'ANTONIO**
P.O. Box 43306
Tucson, Arizona 85733-3306
gregorydantonio@aol.com
Arizona State Bar No. 004689
Telephone (702) 682-8353
Attorney for Defendant Swentnickas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | Case Number: CR 05 1849 JH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | UNOPPOSED |
| v. | ) | MOTION TO EXTEND TRAVEL |
| | ) | |
| DANA JARVIS, *et al.,* | ) | |
| Defendants. | ) | |

Defendant SWENTNICKAS hereby moves the Court to permit him to extend his previously approved travel itinerary to permit him to be present for his father's birthday. His previously submitted travel itinerary will remain the same except that he will return on August 28, 2007. This Motion is made pursuant to 18 U.S.C.A. sec. 3142 *et seq.,* and 18 U.S.C.A. 3145 *et seq.* and is supported by the accompanying Memorandum of Points and Authorities and proposed form of Order. Pursuant to D.N.M.LR-Cr. 47, the terms and conditions of release set forth in the proposed form of Order have been approved by counsel for the United States, James Braun, and Pretrial services and this Motion has their concurrence. Submitted this 30th day of July, 2007.

S/_____
GREGORY D. D'ANTONIO
Attorney for Defendant Swentnickas

-1-

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.
## BACKGROUND FACTS

Thomas Benjamin Swentnickas, a single man, was previously ordered released from pre-trial confinement by this court.  He is currently residing in Tucson, Arizona with his brother in law and his sister Marie Higgins.  He is employed by his brother in law in his Native art business.   In his unopposed motion to set conditions of release, the Defendant notified the court of his desire to pay his last respects to his father who is elderly and infirm.

In that regard, the Defendant requested permission to travel during the Christmas holidays to Connecticut and New York to visit is father and relatives from pre-trial services who agreed to his request.  He also submitted his request to AUSA James Braun who also agreed to the request.  The Court granted the request and the Defendant was able to visit with his father and family over the Christmas holidays. Traditionally the Defendant has also visited his father during the summer months during which time he also performs all needed maintenance to his father's home . This court approved his unopposed motion to travel for the summer to be with his father.  The Defendant wishes to extend his travel tome to allow him to celebrate his father's birthday with his father.  Accordingly, the Defendant requests permission to extend his travel through and including August 28, 2007 otherwise in accordance with the previously submitted itinerary.

## II.

## THE BAIL REFORM ACT PERMITS THE COURT TO SET APPROPRIATE CONDITIONS OF RELEASE

The court has broad latitude in setting conditions of release to include travel restrictions pursuant to 18 U.S.C. 3142 *et seq.*   This Defendant has previously been granted release an only requires that the court modify the travel restrictions to permit the requested visits. 18 U.S.C.A. 3142 9 c .

Based upon th foregoing, the Defendant requests that the court enter an order permitting travel in accordance with the itinerary submitted herewith in accordance with the proposed form of Order submitted with this Unopposed Motion.

S/_____
GREGORY D.  D'ANTONIO
Attorney for Defendant Swentnickas

CERTIFICATE OF SERVICE
I hereby certify that on July 31, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

United States Attorney
AUSA James Braun
PO Box 607
Albuquerque, NM  87103
James.Braun@usdoj.gov

Stephen D. Aarons

1  PO Box 1027/ 300 Catron St
2  Santa Fe, NM 87504-1027
   aar095@yahoo.com
3  Attorney for Matthew Hothan

4
   Roberto Albertorio
5  P.O. Box 91387
6  Albuquerque, NM 87199-1387
7  ralbertorio@cabq.gov
   Attorney for Lloyd Montoya
8

9  Zubair Aslamy
   Aslamy, Workman & Carpenter, P.C.
10 1414 W. Broadway Road, Suite 122
11 Tempe, Arizona 85282
12 zaslamy@aslamylaw.com
   Attorney for David Reid
13

14 Chuck Aspinwall
   P.O. Box 984
15 Los Lunas, NM 87031-0984
16 legal_eagle@comcast.net
   Attorney for John Patrick Nieto
17

18 Jason Bowles
19 PO Box 25186
   201 3rd NW, Ste. 1370
20 Albuquerque, NM 87125-5186
21 jason@bowlesandcrow.com
   Attorney for George Ripley
22

23 Rudolph Chavez
24 2014 Central Ave., SW
   Albuquerque, NM 87104
25 rbclaw@spinn.net
26 Attorney for Rafal Mistrzak

27

28                                      -4-

Kari Converse
2001 Carlisle Blvd., NE, Ste. E
Albuquerque, NM 87110-4943
kariconverse@earthlink.net
Attorney for Greg Hill

Robert Cooper
1011 Lomas Blvd. NW
Albuquerque, NM 87102
bob@rrcooper.com
Attorney for Adrian Sanford

Scott Davidson
1011 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 366-4797
scott@smdappellatelaw.com
Motions for all CJA Defendants

Ken Gleria
1008 5th ST NW
Albuquerque, NM 87102
kgleria45@comcast.net or BLUEGHOST15@hotmail.com (Avery)
Attorney for Holly Bruner

Bob Gorence
201 12 ST NW
Albuquerque, NM 87102
gorence@swcp.com
Attorney for Dennis Wilson

Jerry D. Herrera
620 Roma Ave., NW
Albuquerque, NM 87102-2037
jdhcrimlaw@cs.com

Todd Hotchkiss
P.O. Box 26807
Albuquerque, NM 87125-6907
tbhotchkiss@earthlink.net
Attorney for Dakota Fitzner

Kirtan K. Khalsa
Fine Law Firm
812 Marquette, NW
Albuquerque, NM 87102
kkhalsa@thefinelawfirm.com
Attorney for Sam Jones

Martin Lopez III
1500 Mountain Rd., NW
Albuquerque, NM 87104-1359
ML3LAW@aol.com or Jan5Her@aol.com
Attorney for Geno Berthod

Timothy M. Padilla
Timothy M. Padilla & Associates
1412 Lomas Blvd. NW
Albuquerque, NM 87104-1236
tmpad@juno.com or rhonda@lomaslawoffice.com

Attorney for Manuel Gil-Vasquez

John Robbenhaar
1011 Lomas NW
Albuquerque, NM  87102
jrobbenhaar@lomaslaw.com
Ayla Jarvis

Joe M. Romero Jr.
1905 Lomas Blvd. NW
Albuquerque, NM 87104-1207
joe@jromerolaw.com

-6-

Attorney for Dana Jarvis

John Samore
P.O. Box 1993
Albuquerque, NM 87103-1993
samoreJFM@aol.com
Attorney for Melania Kirwin


Ann Steinmetz
Box 4305
Albuquerque, NM 87196-4305
annstnmtz@aol.com
Attorney for Mary Cannant


S/_____
GREGORY D. D'ANTONIO
Attorney for Defendant