# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,        )        Case Number: CR 05 1849 JH

             Plaintiff,        )        ORDER PERMITTING TRAVEL

                        )

v.        )

DANA JARVIS, *et al.,*        )

             Defendants.        )

—————————————————        )

The above captioned matter having come on for hearing and the court being fully informed in the premises, the United States Attorney and Pre-trial Services having concurred and good cause appearing,

IT IS HEREBY ORDERED THAT the Defendant Benjamin Thomas Swentnickas shall be permitted to extend his travel itinerary to travel from Tucson, Arizona to Enfield, Connecticut and return June 27, 2007 through and including August 28, 2007. All other terms and conditions of his release and previously approved travel itinerary not inconsistent with this Order shall remain in full force and effect.

Done in open court this _____ day of _____, 2007.

                       ————————————————

                       JUDITH C. HERRERA

                       UNITED STATES DISTRICT JUDGE