FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 3 1 2007

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                      Criminal No. 05-1849 JH

MIKE HANNAH

    Defendant.

## ORDER MODIFYING CONDITIONS OF RELEASE

THE COURT, having considered the Defendant's Motion modify the conditions of his pre-trial release, and there being no opposition from counsel for the United States, Assistant United States Attorney James R.W. Braun;

NOW THEREFORE IT IS ORDERED that the conditions of Defendant Mike Hannah's release are hereby modified to allow Mr. Hannah to travel from Arizona to New Mexico for business purposes, provided he obtains prior approval from the Pre-Trial Services Division of the United States Probation Office;

IT IS FURTHER ORDERED that all other conditions of pre-trial release shall remain in effect.

IT IS SO ORDERED.

*Robert H. Scott*    7-31-07
ROBERT H. SCOTT
United States Magistrate Judge