IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | Cause No. 05-CR-1849-JH |
| DANA JARVIS, *et al*, | | |
| Defendants. | | |

## ORDER PERMITTING WITHDRAWAL
## AS COUNSEL FOR GREG HILL

THIS MATTER came before the court on the unopposed motion of Kari Convers to withdraw as counsel for GREG HILL. The Court, being advised of the premises, concludes the motion is well-taken and shall be GRANTED.

IT IS HEREBY ORDERED that Ms. Converse is permitted to withdraw as counsel for Mr. Hill.

_____
HON. JUDITH HERRERA
UNITED STATES DISTRICT JUDGE