UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF
    AMERICA, Plaintiff,

v.                                              Cause No. 05 CR 1849 JH

ADRIAN SANFORD,
Defendant.

### ORDER AUTHORIZING TRAVEL

THIS MATTER, having come before the Court on Defendant's motion requesting

authorization for the Defendant, Adrian Sanford, to travel from his home in Tucson, Arizona to San

Diego, California, and the Court being fully advised in the premises finds good cause exists to grant

said motion.

IT IS THEREFORE **ORDERED** that the Defendant, Adrian Sanford, be, and is hereby,

authorized to travel from his home in Tucson, Arizona on Saturday, August 4, 2007 to San Diego,

California for the purpose of a family vacation. Defendant will return to his home in Tucson,

Arizona on Friday, August 10, 2007.

_____
JUDITH C. HERRERA
United States District Court Judge

Submitted by:

_____/s/_____

ROBERT R. COOPER