IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CR NO. 05-1849-JH

DANA JARVIS, et al.

       Defendants.

## NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will be unavailable in this matter from August 22, 2007 through August 27, 2007.

       Respectfully submitted,

       **MARTIN LOPEZ, III**
       A Professional Corporation


       <u>Electronically Filed August 6, 2007</u>
       Martin Lopez, III
       Attorney for Defendant Berthod
       1500 Mountain Rd. NW
       Albuquerque, New Mexico 87104
       Tele: (505) 243-2900
       Fax: (505) 243-6339

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via electronic notice to Assistant U. S. Attorney James Braun on this <u>6th</u> day of August, 2007.

<u>Electronically Filed August 6, 2007</u>
Martin Lopez, III