IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                      Cause No. 05-CR-1849-JH

GREG HILL,

    Defendant.

## **ENTRY OF APPEARANCE**

    Billy R. Blackburn, Attorney at Law, hereby enters his appearance for and on behalf of the above-referenced Defendant Greg Hill in the above-entitled and numbered cause.

                                      Respectfully submitted,

                                      Electronically filed 8/8/07
                                      BILLY R. BLACKBURN
                                      Attorney for Defendant
                                      1011 Lomas Blvd. NW
                                      Albuquerque, NM 87102
                                      (505) 242-1600

    I hereby certify that a true and accurate copy of the foregoing was emailed by CM/ECF to AUSA James Braun this 8th day of August, 2007.

Electronically filed 8/8/07
Billy R. Blackburn