UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                            CR 05-1849 JH

MARY CANNANT,

    Defendant.

BY THE DIRECTION OF THE HONORABLE JUDITH C. HERRERA:

## NOTICE OF SENTENCING HEARING

    **PLEASE TAKE NOTICE** that this action is hereby set for a <u>sentencing hearing</u> on **OCTOBER 11, 2007 AT 9:30 A.M.** before the Honorable Judith C. Herrera at the U.S. District Courthouse, Brazos Courtroom (5th Floor), 333 Lomas N.W., Albuquerque, New Mexico.

> Any objections, variance motions, or sentencing memoranda containing challenges to the presentence report must be filed within 21 calendar days from disclosure of the presentence report. Responsive pleadings must be filed as soon as possible but not more than 7 calendar days after service of pleading regarding sentencing. These deadlines are set forth in accordance with D.N.M.LR-Cr. 32.C.

    If counsel desire an evidentiary hearing, request for same shall be made to the Court in standard pleading form five (5) working days before the sentencing date. Such request shall set forth the number of witnesses to be called and a good faith estimate as to the duration of the hearing. Defense attorney shall notify the Court no later than two (2) working days before the hearing as to whether a Spanish or other language interpreter is needed.

    Inquiries regarding this notice should be directed to Lincoln Sorrell, Deputy Clerk, at (505) 348-2398.

                                                                     MATTHEW J. DYKMAN, Clerk of Court

**A copy of this was notice was mailed or electronically transmitted
to all counsel of record as they are reflected on the Court's docket.**