## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**

                                      **CR No. 05-1849 JH**

**DANA JARVIS,**

      **Defendant.**

### NOTICE OF NON-AVAILABLITY

    Joe M. Romero, Jr., co-counsel for Defendant, hereby gives notice of his non-availability from Monday, December 17, 2007 until Monday, January 5, 2009. Undersigned counsel is a reserve officer in the New Mexico Army National Guard, and is scheduled for a twelve (12) month overseas military deployment during the aforementioned time period.

                                Respectfully submitted,

By:    _____
               Joe M. Romero, Jr.
               Attorney at Law
               1905 Lomas Blvd. NW
               Albuquerque, NM 87104
               (505) 843-9776

I hereby certify that a copy of the foregoing
pleading was mailed to opposing counsel
this 10th day of September, 2007.

_____
Joe M. Romero, Jr.