FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 1 0 2007

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 05-1849 JH |
| AYLA JARVIS, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

From approximately July 2002, up to and including August 25, 2005, in the State and District of New Mexico and elsewhere, the defendant, **AYLA JARVIS**, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons to distribute 50 kilograms and more of marijuana, a schedule I controlled substance, contrary to 21 U.S.C. §§ 841(a)(1) and (B)(1)(C).

In violation of 21 U.S.C. § 846.

Respectfully submitted,

LARRY GOMEZ
United States Attorney

JAMES R. W. BRAUN
Assistant United States Attorney
P.O. Box 607
Albuquerque, N. M. 87103
(505) 346-7274