**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 1 0 2007

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
  )
  Plaintiff, )
  )
vs. ) CR-05-1849 JH
  )
AYLA JARVIS, )
  )
  Defendant. )

## WAIVER OF INDICTMENT

I, AYLA JARVIS, the above named defendant, who is accused of violation of 21 U.S.C. § 846, that being conspiracy to distribute and possession with intent to distribute 1000 kilograms and more of marijuana, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and being advised of the nature of the charges, the information, and of my rights, hereby waive in open court on _____, 2007, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
AYLA JARVIS
Defendant

_____
JOHN F. ROBBENHAAR
Attorney for Defendant

Before:

_____
UNITED STATES DISTRICT JUDGE