UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | 05-1849 JH | | USA vs. | Mary Cannant |
| Date: | October 11, 2007 | | Name of Deft: | Same |
| | Before the Honorable | | Judith C. Herrera | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | 10:53 a.m./10:28 a.m. (35 mins.) | Type of Sentencing | Sentencing Non-Evidentiary | |
| Clerk: | L. Sorrell | Court Reporter: | P. Baca | |
| AUSA: | James Braun | Defendant's Counsel: | Ann Steinmetz | |
| Sentencing in: | Albuquerque | Interpreter: | | |
| Probation Officer: | Anthony Galaz | Sworn? | Yes | No |
| Convicted on: | **x** Plea / Verdict | As to: | Information | **x** Indictment |
| If Plea: | **x** Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | | |
| Date of Plea/Verdict: | 2/6/2007 | PSR: | **x** Not Disputed | Disputed |
| PSR: | **x** Court Adopts PSR Findings | Evidentiary Hearing: | **x** Not Needed | Needed |
| Exceptions to PSR: | | | | |

### SENTENCE IMPOSED

Imprisonment (BOP): 24 months

| | | | |
|---|---|---|---|
| Supervised Release: | 3 years | Probation: | **x** Court recommends BOP 500-Hour Drug Program |

#### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulations | | Community service for ___ months ___ days |
| | ICE to begin removal immediately/during sentence | | Reside halfway house ___ months ___ days |
| **x** | Participate in substance abuse program/drug testing | | Register as sex offender |
| **x** | Participate in mental health program | | Participate in sex offender treatment program |
| **x** | No alcohol/liquor establishments | | Possess no sexual material |
| **x** | Submit to search of person/property | | No computer with access to online services |
| **x** | No contact with co-Defts | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| | OTHER: | | |

| | | | | |
|---|---|---|---|---|
| Fine: $ | **0** | | Restitution: $ | |
| SPA: $ | 100.00 ($100 as to each Count) | | Payment Schedule: | Due Immediately / Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| **x** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | **x** | Voluntary Surrender |
| **x** | Recommended place(s) of incarceration: | | Alderson prison facility in West Virginia |
| | Dismissed Counts: | | |
| OTHER COMMENTS | Defendant asks to move to Pittsburgh and surrender herself in Pittsburgh. Govt. no objections. Court directs defense counsel to work with probation on the paperwork. | | |