IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                      Cr. No. 05-1849 JH

DANA JARVIS,

          Defendant.

## ORDER

In accordance with the Judgment of the United States Court of Appeals for the Tenth Circuit, filed on this Court's docket on September 24, 2007, the Court hereby orders the Plaintiff, within three business days of the entry of this Order, to remove the lis pendens Plaintiff filed with the Mora County Clerk regarding Defendant's "Mora properties."

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE