## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                Cr.  No. 05-1849 JH

DANA JARVIS, et al.,

        Defendants.

## ORDER

Having received the Judgment of the United States Court of Appeals for the Tenth Circuit,

filed on this Court's docket on September 24, 2007, the Court hereby lifts the stay of proceedings

entered as to Defendant Dana Jarvis as described in this Court's Order entered February 21, 2007

[Doc. No. 924].

**IT IS SO ORDERED**.


_____
**UNITED STATES DISTRICT JUDGE**