IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Criminal No. CR 05-1849 JH

DANA JARVIS,

    Defendant.

## LIMITED ENTRY OF APPEARANCE

    Robert J. Gorence, of Gorence & Oliveros, P.C. and Paul Kennedy of Kennedy & Han, hereby enter their limited appearance, on behalf of Defendant Dana Jarvis, regarding Defendant Dana Jarvis' Motion to Release Assets and for Leave to Retain Counsel and for presenting this motion to the Court. If the motion is successful, Robert J. Gorence and Paul Kennedy will then enter their appearances on behalf of Defendant, Dana Jarvis, as it is Mr. Jarvis's desire to retain Robert J. Gorence and Paul Kennedy to represent him in the above-styled cause.

                                                      Respectfully submitted,

                                                        /s/
                                                      Robert J. Gorence, Esq.
                                                      Gorence & Oliveros, P.C.
                                                      201 12th Street NW
                                                      Albuquerque, NM 87102

                                                        /s/
                                                      Paul J. Kennedy
                                                      Kennedy & Han
                                                      201 12th Street NW
                                                      Albuquerque, NM 87102

    I hereby certify that a true and correct copy of the foregoing has been faxed and/or hand delivered on this ___ day of January, 2006 to:

AUSA James R.W. Braun
US Attorney's Office
PO Box 607
Albuquerque, NM 87103
(505) 346-7296 (fax)

AUSA Steve Kotz
US Attorney's Office
PO Box 607
Albuquerque, NM 87103
(505) 346-7296

Cliff McIntyre, Esq.
1500 Mountain Road NW
Albuquerque, NM 87104
(505) 243-6339 (fax)

Judy Rosenstein
PO Box 25622
Albuquerque, NM 87125
(505) 797-8086 (fax)

_____

Robert J. Gorence