# Robert Gorence

**From:** Jody Neal-Post [jodynealpost@gmail.com]
**Sent:** Tuesday, October 09, 2007 5:50 PM
**To:** 'Robert Gorence'; 'Joe Romero'
**Subject:** USA v. Dana Jarvis
**Attachments:** JarvisGorencePrivNotice100907.pdf

October 9, 2007

Dear Mr. Gorence,

    Pls find correspondence attached.

Thank you-

Jody Neal-Post



1

**JODY NEAL-POST, ESQ.**
317 Amherst SE
Albuquerque, New Mexico 87106
Phone (505)268-7263 Fax (505) 255-2782
jodynealpost@gmail.com

October 9, 2007

**Via Email at** Gorence@swcp.com

Mr. Robert Gorence, Esq.
210 12th Street NW
Albuquerque, New Mexico 87102-1815

Re: *USA v. Dana Jarvis*, Dist Ct 05cr1849

Dear Mr. Gorence,

Please accept this letter as formal notice on behalf of Mr. Jarvis that he is asserting his privilege of attorney-client confidentiality regarding your handling of matters on his behalf in this present case. *See In re Lichtenberg*, 117 N.M. 325, 326 (1994)(" confidentiality under this rule may attach 'when the lawyer agrees to consider whether a client-lawyer relationship shall be established.'"). Such matters include the actual, albeit brief, in court representation you provided at a hearing of January 19, 2006 in which you argued a Motion you filed above your signature on Mr. Jarvis' behalf.

Should you be contacted by anyone regarding Mr. Jarvis, please advise them that Mr. Jarvis has asserted privilege and refer them to his present counsel, Mr. Romero or myself.

If you have any questions, please do not hesitate to call or write.

Sincerely,

/s/
Jody Neal-Post

Cc:   Dana Jarvis
      Joe M. Romero, Jr.

# Robert Gorence

**From:** Robert Gorence [gorence@swcp.com]
**Sent:** Thursday, October 11, 2007 10:40 AM
**To:** 'jodynealpost@gmail.com'
**Cc:** Joe M. Romero, Jr.
**Attachments:** wilson.letter.neal.post.10.11.07.pdf

Dear Ms. Neal-Post,

Please see correspondence attached.

Robert J. Gorence

```
Gorence & Oliveros, P.C.
201 12th Street NW
Albuquerque, NM 87102
Phone:  (505) 244-0214
Fax: (505) 244-0888
```

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please delete it from your system without copying it and notify the sender by reply e-mail or by calling (505) 244-0214 so that our address record can be corrected. Thank you.



1

**GORENCE & OLIVEROS, P.C.**
*201 12th Street NW*
*Albuquerque, New Mexico 87102*
*(505) 244-0214    Fax (505) 244-0888*

---

**ROBERT J. GORENCE**
**LOUREN OLIVEROS**
**MARK PUSTAY**

October 11, 2007

*Via Email at jodynealpost@gmail.com*

Jody Neal-Post, Esq.
317 Amherst, SE
Albuquerque, NM 87106

       RE:    *USA v. Wilson*, Case No. 05 CR 1849

Ms. Neal-Post:

I am in receipt of your October 9, 2007 email although I did not see it until yesterday given the time at which it was sent. I dispute your assertion that an attorney client privilege ever existed between Mr. Jarvis and myself. As such, I will continue my representation of Mr. Wilson.

Sincerely,

*Original signed by Robert J. Gorence*
Robert J. Gorence

RJG/llh

cc:    Dennis Wilson
        Joe M. Romero, Jr. (via email at joe@jromerolaw.com)

# Robert Gorence

| | |
|---|---|
| **From:** | Jody Neal-Post [jodynealpost@gmail.com] |
| **Sent:** | Thursday, October 11, 2007 12:18 PM |
| **To:** | 'Robert Gorence' |
| **Cc:** | 'Joe Romero' |
| **Subject:** | RE: Jarvis |
| **Attachments:** | JarvisGorenceLetter101107.pdf |

Thank you for your response- please see our reply.

**From:** Robert Gorence [mailto:gorence@swcp.com]
**Sent:** Thursday, October 11, 2007 9:40 AM
**To:** jodynealpost@gmail.com
**Cc:** Joe M. Romero, Jr.
**Subject:**

Dear Ms. Neal-Post,

Please see correspondence attached.

Robert J. Gorence

```
Gorence & Oliveros, P.C.
201 12th Street NW
Albuquerque, NM 87102
Phone:  (505) 244-0214
Fax: (505) 244-0888

This message is intended only for the use of the individual or entity to which it is
addressed and may contain information that is privileged, confidential and exempt from
disclosure under applicable law.  If the reader of this message is not the intended recipient
or agent responsible for delivering the message to the intended recipient, you are hereby
notified that any dissemination or copying of this communication is strictly prohibited. If
you have received this electronic transmission in error, please delete it from your system
without copying it and notify the sender by reply e-mail or by calling (505) 244-0214 so that
our address record can be corrected. Thank you.
```



1

**JODY NEAL-POST, ESQ.**
317 Amherst SE
Albuquerque, New Mexico 87106
Phone (505)268-7263 Fax (505) 255-2782
jodynealpost@gmail.com

October 11, 2007

**Via Email at** Gorence@swcp.com

Mr. Robert Gorence, Esq.
210 12th Street NW
Albuquerque, New Mexico 87102-1815

Re: *USA v. Dana Jarvis,* Dist Ct 05cr1849

Dear Mr. Gorence,

Thank you for your response to my letter dated October 9, 2007. While we can understand your concern that Mr. Jarvis could raise issues regarding your present representation of Mr. Wilson, neither Mr. Romero nor I presently intend nor anticipate doing so. Mr. Jarvis' concern is mostly an historic issue that is adequately reflected in an existing record without need of supplementation. It is our viewpoint that the record speaks for itself and the Rules of Professional Conduct counsel the appropriate path being not to go behind the record in a situation such as this. Silence now, or lack of unnecessary supplementation is the best assurance that there is no harm to any client from a present course of action.

We continue to be available for dialogue on this matter, should you or client wish to explore it.

Sincerely,

/s/
Jody Neal-Post

Cc:   Dana Jarvis
      Joe M. Romero, Jr.