U. S. Department of Justice

United States Marshals Service

---

## BUYER'S INFORMATION

### Notice to Buyers:

Title 18 USC Section 1963(g) and 21 USC Section 853(h) of the Comprehensive Crime Control Act of 1984, prohibits the United States Government from reverting forfeited property to the defendant(s) convicted of violation under 18 USC Section 1962 or 21 USC Section 841 et seu. Or any person acting in concert with or on behalf of such defendant(s). To ensure compliance with the prohibition, you are required to certify that you are not acting and will not act in concert with or on behalf of the defendant(s) in this case upon the satisfaction of your purchase. Upon receipt of your certification, as set forth below, a records check will be made with the investigating agencies involved in the prosecution of the said case to confirm your submitted certification. In the event your certification cannot be confirmed, the purchase shall be immediately dissolved, and further criminal action taken.

### Certification:

In accordance with 18 USC Section 1963(g) and 21 USC Section 853(h), I hereby certify that I am not acting and will not act in concert with the defendant(s) in the case of:
United STATES OF AMERICA vs_____

Name of Defendant(s):

I understand that any falsification of this statement is punishable under the provisions of 18 USC Section 1001 by a fine of not more than $10,000.00 and imprisonment of not more than five years.

Name:_____

Address:_____

Telephone No.:_____

Social Security:_____

Birth date:_____

Date of Certification:_____

