**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                       CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

**NOTICE OF CONFLICTING TRIAL SETTING**

Excludable delay under 18 U.S.C. §3161(h)(1)(F) may occur as a result of this Motion or of an order based thereon.

Counsel undersigned is one of the attorneys of record in *United States v. Burgos,* CR-05-0125-TUC-DCB(BPV). The matter was recently confirmed for trial commencing on November 27, 2007, before the

Honorable David Bury.  The Government estimates that its case in chief will take approximately five full weeks to present.  If convictions are obtained, the Government will then commence the forfeiture phase of the trial.  Judge Bury normally conducts trials five days per week.  The Court will recess for three days to observe Christmas and to observe the New Year's Holiday.

The case involves 21 counts, allegations of parallel cocaine and marijuana conspiracies, and a Continuing Criminal Enterprise allegation.  It is anticipated that six Defendants will proceed to trial jointly.

Counsel undersigned will be working virtually full time between this date and the commencement of that trial to prepare for it.  Accordingly counsel provides this Notice that he will be unavailable for trials and evidentiary hearings, most likely into January of 2008.

RESPECTFULLY SUBMITTED this 1st day of November, 2007.

        LAW OFFICES OF
        NASH & KIRCHNER, P.C.

        BY     /s/ Walter Nash
            WALTER NASH
            Attorney for Defendant

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2007, I served a true and correct copy of this Joinder by U.S. Mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103

/s/ Walter Nash

_____

-3-