IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANA JARVIS, a/k/a Todd Ward,<br>AYLA JARVIS,<br>JORGE LUIS ORTIZ-MOFFETT,<br>ROBERT DRISCOLL,<br>DENNIS COX,<br>MIKE HANNA,<br>RALPH GREENE, a/k/a "RB,"<br>GEORGE RIPLEY,<br>CATHY FITZGERALD,<br>DAVID REID,<br>PAT BERSSENBRUGGE,<br>BARBARA HANNA,<br>GEORGE OSGOOD, a/k/a "Mushroom George,"<br>GREG HILL,<br>GENO BERTHOD, a/k/a "Old Man,"<br>DAN CHOMYN, a/k/a "Rocky,"<br>RUSSELL TRUJILLO, a/k/a "Rusty,"<br>MANUEL GIL,<br>SAM JONES,<br>SALVADOR ABEYTA,<br>BILL JONES, a/k/a Charles Johnston,<br>MARY CANNANT,<br>ADRIAN SANFORD,<br>JOSH GAMBOA,<br><br>Defendants. | CRIMINAL NO. 05-1849<br><br>Count 1: 21 U.S.C. § 846 –<br>Conspiracy to Distribute 1000<br>Kilograms and More of Marijuana;<br><br>Count 2: 21 U.S.C. § 848 –<br>Continuing Criminal Enterprise;<br><br>Count 3: 18 U.S.C. § 1956(h) –<br>Conspiracy to Launder Money;<br><br>Counts 4 - _: 18 U.S.C.<br>§ 1956(a)(1)(B)(i) – Money<br>Laundering;<br><br>18 U.S.C. § 982: Criminal<br>Forfeiture. |

**RELEASE OF NOTICE OF LIS PENDENS**

The United States of America releases the Notice of Lis Pendens filed with the County

1

Clerk, County of Mora, State of New Mexico, on August 25, 2005, with respect to the property located in Mora County, New Mexico, all of the lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. A complete description of real property is listed as follows:

TRACT B: A CERTAIN TRACT OR PARCEL OF LAND LYING AND BEING SITUATE WITHIN THE MORA GRANT, IN SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, N.M.P.M. COUNTY OF MORA, STATE OF NEW MEXICO, AND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT, ALSO BEING A POINT ON THE SANTA FE NATIONAL FOREST BOUNDARY, FROM WHICH POINT THE SECTION CORNER COMMON TO SECTIONS 25 AND 36 T. 21 N., R 14 E., N.M.P.M. BEARS SOUTH, A DISTANCE OF 847.82 FEET; THENCE FROM SAID POINT OF BEGINNING, S. 49°51'00"E., A DISTANCE OF 1307.22 FEET TO A POINT; THENCE S. 40°09'00"W., A DISTANCE OF 150.00 FEET TO A POINT; THENCE N. 49°51"00"W., A DISTANCE OF 1180.69 FEET TO A POINT ON THE SANTA FE NATIONAL FOREST BOUNDARY; THENCE DUE NORTH, ALONG SAID FOREST BOUNDARY, A DISTANCE OF 196.24 FEET TO THE POINT AND PLACE OF BEGINNING.

CONTAINING 4.284 ACRES MORE OR LESS. TOGETHER WITH ALL WATER RIGHTS AND EASEMENTS PERTAINING TO THE ABOVE DESCRIBED PROPERTY. SHOWN AS TRACT B ON PLAT OF SURVEY ENTITLED "REPLAT OF SURVEY FOR DANA JARVIS" PREPARED BY ARSENIO J. MARTINEZ, N.M.L.S. NO. 4254, IN JULY, 1972.

                                              LARRY GOMEZ
                                              **United States Attorney**

                                              Stephen R. Kotz
                                              Assistant U.S. Attorney
                                              P.O. Box 607
                                              Albuquerque, NM 87103
                                              Telephone: (505) 346-7274

Signed and sworn to before me this 12th day
of October, 2007 by Stephen R. Kotz
in Bernalillo County, New Mexico.

*[signature]*
NOTARY PUBLIC

My Commission Expires:

November 26, 2010

```
COUNTY OF MORA          )      RELEASE OF LIS PENDENS
STATE OF NEW MEXICO     ) ss   PAGES: 3

I Hereby Certify That This Instrument Was Filed for
Record On The 24TH Day Of October, 2007 at 09:41:42 AM
And Was Duly Recorded as Instrument # 20071241
Of The Records Of Mora County

                        Witness My Hand And Seal Of Office
                                       Charlotte R. Duran
Deputy Christine M Barela     County Clerk, Mora, NM
```

3