**Defendant Jarvis' Reply Motion to Dismiss**

**Exhibit B, Part 2**

**Professor Uphoff's CV**

**RODNEY J. UPHOFF**
**UNIVERSITY OF MISSOURI - COLUMBIA**
**SCHOOL OF LAW**
**213 HULSTON HALL**
**COLUMBIA, MO   65211**
**(573) 882-3035**

## PRIOR LEGAL EXPERIENCE

| | |
|---|---|
| 2001 - Present | Elwood Thomas Missouri Endowed Professor of Law, University of Missouri - Columbia |
| 2005 - Present | Director - University of Missouri South African Educational Program |
| 2002 - 2005 | Associate Dean - Academic Affairs, University of Missouri - Columbia, Columbia, Missouri |
| 1997 - 2001 | Professor/Director Clinical Legal Education, University of Oklahoma College of Law, Norman, Oklahoma. |
| 2000 (Fall Semester) | Visiting Elwood Thomas Professor of Law, University of Missouri - Columbia |
| 1990 - 1996 | Associate Professor/Associate Director Clinical Legal Education, University of Oklahoma College of Law |
| 1988 - 1990 | Associate, Gimbel, Reilly, Guerin & Brown, 111 East Kilbourn Avenue, Milwaukee, Wisconsin 53202<br>Private law practice focusing almost exclusively on personal injury and products liability litigation. |
| 1984 - 1988 | Associate Clinical Professor/Director, Legal Defense Project, University of Wisconsin Law School, Madison, Wisconsin.  Directed clinical program in which law students represented criminal defendants under the supervision of one of the clinical instructors.  Also, taught trial advocacy and professional responsibilities courses. |
| 1979 - 1984 | Attorney/Chief Staff Attorney, State Public Defender Office, Milwaukee, Wisconsin.   Together with the Director, shared responsibility for administering the Milwaukee Office and supervising a staff of 41 attorneys. Handled a caseload of felony, misdemeanor and paternity cases.  Also responsible for conducting the training of new staff attorneys and developing programs to improve the trial skills of the staff attorneys. |

1978 - 1979     Trial Attorney, Legal Aid Society, Milwaukee, Wisconsin. Represented indigent criminal defendants charged with felony and misdemeanor offenses.

1977 - 1978     Consumer Attorney, Office of the Commissioners of Insurance, Madison, Wisconsin. Responsible for enforcement activities of the department; reviewed and drafted legislation and administrative rules; provided legal advice to the Commissioner and department staff.

1976 - 1977     Associate, Jacobs and Doyle, Madison, Wisconsin. Private law firm concentrating on civil and criminal litigation.

## EDUCATIONAL BACKGROUND

1973 - 1976     University of Wisconsin Law School, J.D.
(Honors Graduate)

1972 - 1973     London School of Economics, M.Sc.
(International Relations)
International Rotary Fellow

1968 - 1972     University of Wisconsin, B.A( Honors Program).
(Political Science),
Phi Beta Kappa, Graduating Speaker at 1972 Honors Commencement.

## TEACHING

University of Missouri-Columbia (2001 - Present)
    Criminal Procedure
    Professional Responsibilities
    Criminal Litigation Skills
    Trial Practice
    Criminal Ethics Seminar

University of Florida (2007)
    Police Practices

University of Oklahoma (1990 - 2001)
    Criminal Procedure
    Professional Responsibility
    Criminal Defense Clinic
    Criminal Litigation Skills
    Interviewing & Counseling
    Legal Aid Clinic
    Civil Litigation Skills
    Prisoners' Rights Clinic
    Trial Techniques
    Legal Externship
    Professionalism Seminar

University of Wisconsin (1984 - 1988)
       Legal Defense Project (clinic course)
       Trial Advocacy
       Professional Responsibility
       Criminal Litigation

Harvard University (Sept. 1994), (Sept. 1995), (Sept. 1996) & (Sept. 1997)
       Trial Advocacy Workshop

University of Giessen (West Germany)
       Seminar on the American Criminal Justice System (Summer 1988)

Karl-Franzens University (Graz, Austria)
       Seminar on American Criminal Justice System (Oct. 12-16, 1998)

University of Cape Town ( South Africa)
       Comparative Criminal Justice( June 14th- July, 21, 2007)

University of Western Cape( Cape Town, South Africa)
       Comparative Criminal Justice Administration (June 21 - July 8, 2004), (June 20 - July 7, 2005)
       & (July 4 - 15, 2006)
       Alternative Dispute Resolution ( July 20 - July 31, 2003)

## COMMITTEE, BOARD AND BAR MEMBERSHIPS

<u>Bar Admissions</u>

State Bar of Missouri (2002)
State Bar of Oklahoma (1990-2007)
State Bar of Wisconsin (1976)
U.S. District Court Western District Wisconsin (1976)

<u>Professional Associations</u>

American Bar Association
Cleveland County Bar Association
Clinical Legal Education Association
Missouri Bar Association
National Association of Criminal Defense Lawyers
Oklahoma Association of Criminal Defense Lawyers
Oklahoma Bar Association
Section on Clinical Education, American Association of Law Schools
Wisconsin Bar Association

<u>Committees</u>

*University and Law School*

*Present*

M.U. Diversity Committee (2003 - present)
M.U. Honor Code Committee (2003 - present)
M.U. Council on International Initiatives (2003 - present)
M.U. Study Abroad Advisory Council (2002-present)
M.U. LL.M. Admissions (2002-present)

*Past*

M.U. Chairs Council (2002-2005)
M.U. Clinical & Skills Committee (2001-2005)
M.U. Curriculum Committee (2001-2005)
M.U. Affirmative Action (2002-2003)
M.U. Certificate Committee (2001-2002)
M.U. Honor Code Committee, Chair (2001-2002)
O.U. Curriculum & Scheduling Committee (1999-2001)
O.U.Building Committee (1999-2001)
O.U. Code of Academic Responsibility Appeals Board (1999-2001)
O.U. Academic Appeals Board (1999-2001)
O.U. Enrichment Committee (1999-2001)
O.U. Athletic Council - Budget Sub-Committee, Chair (1996-98)
O.U. College of Law Enrichment Committee, Chair (1997-98)
O.U. College of Law Hearing Tribunal (Alternate) (1997-98)
O.U. College of Law Personnel Committee, Chair (1997-98)
O.U. College of Law, Search Committee for Director Indian Law & Police Center, Chair (1997- 98)
O.U. Legal Panel (1993-96)
O.U. College of Law Dean Selection Committee (1996)
O.U. College of Law Enrichment Committee, Chair (1995-96) (1996-97)
O.U. Law School Architect Selection Committee (1995)
O.U. College of Law Ad Hoc Committee on Honor Code (1993-95)
O.U. College of Law Academic Appeals (Alternate 1994-95)
O.U. College of Law Self-Study (1993-94)
O.U. College of Law Hearing Tribunal (Alternate) (1993-97)
O.U. Athletic Council (1991-93)
O.U. College of Law Curriculum Revision (1992-93)
O.U. College of Law Scholarship & Awards (1990-95)
O.U. College of Law Law Day - Moot Court (1990-93)
O.U. College of Law Hearing Tribunal (1990-91)
O.U. College of Law Personnel (1991-92) (1996-97)
O.U. College of Law Council of Academic Responsibility (1991-92)
O.U. College of Law Law Center Facilities (1991-92)

*National, State & Local*

*Present*

Member, Defense Services Committee, ABA Criminal Justice Section (1991 - Present)

*Past*

Member, Board of Editors, Clinical Law Review (1996-2001)
Member, Oklahoma Indigent Defense System Board (1995-1998)
Oklahoma Association of Criminal Defense Lawyers Board of Directors (1993 -1998)
Oklahoma Indian Legal Services, Treasurer & Board of Directors (1995 - 1998)
Individual Rights Council, State Bar of Wisconsin (1987 - 1990)
District Committee, Wisconsin Board of Professional Responsibility (1987 - 1990)
AALS, Section on Clinical Legal Education, Alternatives Committee (1991)
AALS, Section on Clinical Legal Education, Annual Meeting Planning Committee (1990)
Cleveland County Bar Association, Legal Service Availability Committee (1992-93)
Legal Intern Committee, Oklahoma Bar Association (1991 - 1993)
Advisory Council to Oklahoma Indigent Defense System Board (1992 - 1995)
AALS, Section of Clinical Legal Education, Promotion and Tenure Committee (Co-chair) (1990 - 1996)
CLEA, Nominations Committee (1997)
AALS, Section of Clinical Legal Education, Awards Committee (1997)
Vice Chair, Defense Services Committee, ABA Criminal Justice Section (1991 - 1996)
Promotion and Tenure Committee (Co-chair), Clinical Section
  American Association of Law Schools (1990 - 1996)
Vice-Chair, Public Defender Committee, Oklahoma Bar Association (1991-1997)
Oklahoma Bar Association Legal Intern Committee (1997-2001)
Member, Oklahoma Bar Association, Mandatory Post-Admission Task Force (1997-2001)
Member, Public Defender Committee, Oklahoma Bar Association (1991-2001)

## PUBLICATIONS

Rodney J. Uphoff, On Misjudging and its Implications for Criminal Defendants, their Lawyers and the Criminal Justice System, __ NEV L. J.___(2007)

Rodney J. Uphoff, Convicting the Innocent: Aberration or Systemic Problem, 2006 WIS. L. REV. 101

Rodney J. Uphoff, Relations Between Lawyer and Client in *Damages:* Model, Typical, or Dysfunctional?, 1  J. Disp. Res. 143 (2004)

Rodney J. Uphoff, Who Should Control the Decision to Call a Witness: Respecting a Criminal Defendant's Tactical Choices, 68 U. CIN. L. REV. 763 (2000)

Rodney J. Uphoff, Strategic Decisions in the Criminal Case: Who Really Calls the Shots?, CRIM. JUST., Fall 1999, at 4.

Rodney J. Uphoff, Why In-House Live Client Clinics Won't Work In Romania: Confessions of   a Clinician Educator, 6 CLIN.    L. REV. 315 (1999)

Rodney J. Uphoff and Peter B. Wood, The Allocation of Decisionmaking Between Defense Counsel and Criminal Defendant: An Empirical Study of Attorney-Client Decisionmaking, 47 U. KAN. L. REV. 1 (1998)

Rodney J. Uphoff, Edward Monahan and James Clark, Preparing the New Law Graduate to Practice Law:  A View from the Trenches, 65 U. CIN. L. REV. 381 (1997)

The Criminal Defense Lawyer as Effective Negotiator:  A Systemic Approach, 2 CLIN. L. REV. 73 (1995), *reprinted in* WISCONSIN DEFENDER (Vol. 5, No. 4, July 1997) and *reprinted in* Kentucky Department of Public Advocacy, *The Advocate* (Vol. 20, No. 5, September 1998)

ETHICAL PROBLEMS FACING THE CRIMINAL DEFENSE LAWYER (Rodney J. Uphoff ed., 1995)

Criminal Discovery in Oklahoma:  A Call for Legislative Action, 46 OKLA. L. REV. 381 (1993)

The Right To Appointed Counsel:  Why Defendants In Oklahoma Still Are Unrepresented, 64 OKLA. B. J. 918 (1993)

The Criminal Defense Lawyer:  Zealous Advocate, Double Agent, or Beleaguered Dealer, 28 CRIM. L. BULL. 419 (Sept./Oct 1992), *reprinted in* COURTS AND JUSTICE A READER 279 (G. Larry Mays & Peter R. Gregware eds., 1995)

The New Criminal Discovery Code in Oklahoma:  A Two-Way Street in the Wrong Direction, 44 OKLA. L. REV. 387(1991)

The Role of the Criminal Defense Lawyer in Representing the Mentally Impaired Defendant: Zealous Advocate or Officer of the Court, 1988 WIS. L. REV. 65

Depo-Provera for the Sex Offender:  A Defense Attorney's Perspective, 22 CRIM. L. BULL. 405 (Sept./Oct. 1986)

## PRESENTATIONS

Federal Public Defenders, Nashville, TN (Apr 6, 2007) Presenter- "Inside The Oklahoma City Bombing Case: The Real Story Behind The Headlines"

Ritsumeikan University School of Law, Kyoto, JP (March 15, 2007), Keynote Speaker and Panelist- "Teaching Effective Trial Advocacy"

Japan Federation of Bar Associations, Tokyo, JP (Mar 13, 2007), Keynote Speaker and Panelist- "Defense Activities in the Death Penalty Case in US"

Hitotsubashi University School of Law, Tokyo, JP (Mar 11, 2007), Presenter- "Convicting the Innocent: Aberration or Systemic Problem"

Hitotsubashi University School of Law, Tokyo, JP (Mar 10, 2007), Keynote Speaker and Panelist- "The Role of Lawyers and Legal Ethics Education"

Miscarriages of Justice: Current Perspectives academic conference, Warrensburg, MO (Feb 19, 2007), Speaker- "Convicting the Innocent: Why It Isn't Just an Isolated Occurrence."

Washington University in St. Louis School of Law, St. Louis, MO (Nov 17, 2006), Plenary Presenter- "Questions for the Panel on Possible Cases of Wrongful Executions" and Presenter-   "What are the Risks of Wrongful Executions and What is the Role of the Press and Academia?"

Indiana Public Defender Council, Indianapolis, IN ( Oct 19, 2006), Speaker "Ethics for Criminal Defense Lawyers"

International Education Association of South Africa ,10th Annual Conference, Keynote Speaker-
"Reflections on 20 Years of International Cooperation between UM/UWC", Cape
Town, South Africa ( Sept 1, 2006) and   Presenter, "UWC/UM Comparative Law
Program: Why This Program Works"

NC Academy of Trial Lawyers, Asheville, NC(Mar. 30th- Apr.1st, 2006), Speaker- "Terry Nichols:
Inside Looking Out"

Florida Coastal School of Law Center for Law & Public Policy  Issues 2006 Forum, Jacksonville,
FL (February 28, 2006) - Presenter - High Profile Death Penalty Cases: "Issues and
Perspectives"

Oklahoma Bar Association Complex Criminal Law Issues, Oklahoma City, OK (December 9,
2005) - Presenter - "Jury Selection"

Oklahoma Bar Association Complex Criminal Law Issues, Oklahoma City, OK (December 9,
2005) - Presenter - "Ethically Dealing with the Prosecution"

Oklahoma Bar Association Complex Criminal Law Issues, Oklahoma City, OK (December 8,
2005) - Presenter - "Ethics and Gag Orders"

Missouri State Public Defender Annual Conference, Lake of the Ozarks, MO (December 7, 2005)
Presenter) "Inside the Terry Nichols Case"

Wisconsin Law Review Symposium, Univ. of Wisconsin School of Law (Nov. 18-19, 2005) -
Speaker - "Convicting the Innocent - Why it is so Hard to Recognize the Systemic
Nature of the Problem"

Colorado State Public Defender Annual Conference, Copper Mountain Resort (Sept. 19, 2005) -
Lecturer - "Defending Terry Nichols"

Missouri State Public Defender Capital Conference, St. Louis, MO  (April 27, 2005) - Lecturer -
"Working on a Capital Defense Team: Avoiding the Pitfalls and Perils"

Missouri State Public Defender Capital Conference, St. Louis, MO (April 27, 2005) - Lecturer -
"Inside the Terry Nichols Defense Team"

Missouri Bar CLE - Ethics in Litigation, St. Louis, MO (December 9, 2004) - Lecturer - "Key
Issues in the Attorney-Client Privilege, the Work Doctrine, and the Ethical Duty of
Confidentiality"

Westminster College, Fulton, MO (November 18, 2004) - Lecturer - "An Inside Look at the Terry
Nichols Case"

University of Missouri-Columbia, Columbia, MO (November 18, 2004) - Lecturer - "The News
Media and the Terry Nichols Trial"

Indiana Public Defender Council, Indianapolis, IN (October 22, 2004) - Lecturer - "Ethics for
Criminal Defense Lawyers"

NACDL's 2004 Fall Meeting, Atlanta, GA (October 15, 2004) - Lecturer - "Ethical Dilemmas
Facing Today's  Criminal Defense Lawyer"

University of Missouri-Columbia, Columbia, MO (October 5, 2004) - Lecturer - "State vs. Terry
Nichols:  An Inside Look at the Oklahoma Bombing Case" - Faculty Colloquium

Winston S. Howard Distinguished Lecture at the University of Wyoming, Laramie, Wyoming
(September 24, 2004) - Lecturer - "An Inside Look at Oklahoma v. Terry Nichols:
Justice Denied or Justice Done?"

University of Missouri-Columbia, Columbia, MO (September 14, 2004) - Lecturer - "State vs.
Terry Nichols: An Inside Look at the Oklahoma Bombing Case"

University of Missouri-Columbia, Columbia, MO (September 10, 2004) - Lecturer - "Bridging the
Gap From Law School to Practice"

Missouri State Public Defenders Client Counseling Workshop, St. Louis, MO (August 27, 2004) -
Facilitator - "Ethical Dilemmas in Client Counseling"

New York State Defenders Association, 17th Annual Metropolitan New York Trainer, NYC, NY

(Mar 8, 2003) - Lecturer  "Ethical Issues in Criminal Defense Practice"

MO State Public Defender Winter Workshop, 2002, Lake of the Ozarks, MO (Dec 11-13, 2002) - Co-Presenter - "Ethical Defense Investigation" and "Ethical Dilemmas in Negotiation"

MO Bar CLE, Kansas City, MO (Dec. 13, 2002) - Lecturer - "Attorney Disqualification Disputes: Standing and Common Issues"

Wisconsin State Public Defender Annual Conference, Milwaukee, WI (Sept 27, 2002) - Lecturer - "Striking Hard Blows or Foul Ones: Ethical Lessons From High Profile Cases" and Moderator of Panel "A View From Both Sides: Prosecutor and Defense Views on Ethical Issues"

University of Western Cape, Cape Town, South Africa (August 5 - 9, 2002) - Lecturer - "Death Penalty in the United States" and "The American Criminal Justice System: Lessons from the Oklahoma City Bombing Case"

AALS Conference on Clinical Legal Education, Pittsburgh, PA (May 18 - 22, 2002) - Panelist - "Using Clients' Voices in Scholarship"

 The 6th Annual Missouri Criminal Law Institute, Columbia, MO (May 10 - 11, 2002) - Presenter - "Hot Topics in Criminal Procedure"

Missouri State Public Defender,2002 Ethics & Professionalism Workshop, Jefferson City, MO (April 26, 2002) - Presenter - "Criminal Defense Ethics: Dealing With Evidence That Is Too Hot To Handle, Witness Perjury & Ethics Roundtable"

Harvard Law School's Criminal Justice Institute/ New England Innocence Project, Wrongful Convictions: A Call to Action Harvard Law School, (April 19-20,2002) - Panelist - "Assistance of Counsel– Theory and Reality" and " Junk Science and Wrongful Convictions"

Second Annual Access to Equal Justice Conference, Washington Univ. School of Law,  St Louis, MO (Feb. 15, 2002)-Panelist- "Envisioning a Future with Access to Equal Justice"

Univ. of Missouri-Columbia and Shook, Hardy & Bacon, Elwood  L. Thomas Lecture, Kansas City, KS (November 30, 2001) -  Lecturer "The Ethics of Surreptitious Taping"

AALS, Workshop on Clinical Legal Education, Montreal, Canada (May 12, 2001) - Panelist - "The Joys and Sorrows of Collaborative Scholarship"

Mamara University, Istanbul, Turkey, (December 18-22, 2000) Conference on Clinical Legal Education - Speaker and Co- Organizer of Conference

AALS and University of Arkansas, Fayetteville, Arkansas (November 17, 2000) Equal Justice Colloquium - Presenter - "A Snapshot of Access to Justice at the Dawn of the 21st Century"

New York State Defenders Association, Annual Meeting and Training Conference, Kerhonkson, New York (July 29, 2000) -  Speaker "Dealing with Experts Ethically"

Criminal Defense Institute, Norman, OK (June 29, 2000) - Speaker, "Ethical Highlights and Lowlights" Wisconsin Association of Criminal Defense Lawyers Ethics Conference,

Madison, Wisconsin (December 11, 1999) - Speaker, "The Ethics of Plea Bargaining"

New York State Defenders Association, Regional Training Conference, Rochester, New York (November 20, 1999) - Speaker, "Criminal Defense Ethical Issues"

Midwest Clinical Conference, Madison, Wisconsin (November 5, 1999) Presenter, "The Dangers of Proselytizing: International Exchanges of Ideas on Clinical Education"

Oklahoma Bar Association, Dallas, Texas (October 8, 1999) Presenter and Panelist, "Professionalism"

New York State Defenders  Association, Annual Meeting and Training Conference, Glens Falls, New York (July 31, 1999) - Presenter, "Criminal Defense Ethical Issues"

Criminal Defense Institute, Norman, OK (June 24, 1999) - Moderator, Ethics Panel Discussion

Vasile Goldis University, Arad, Romania (Nov. 4, 1998) - Lecturer "The Meaning of Clinical Legal Education" Tibiscus University, Timisoara, Romania (Oct. 24, 1998) - Lecturer "The Prospects for Clinical Legal Education in Romania"

Babes Bolyai University, Cluj, Romania (Oct. 6, 1998) - Lecturer "Clinical Legal Education - Past, Present and Future"

Criminal Defense Institute, Norman, OK (June 25-26, 1998) Co-Organizer of Conference, "Defending Your Client Without Expert Assistance: Is It Unethical?"

Kentucky Department of Public Advocacy's 26th Annual Public Defender Conference, Lexington, Kentucky (June 15-17, 1998) Presenter "The Criminal Defense Lawyer As Effective Negotiator - A Systemic Approach" and "Ethical Problems Facing the Criminal Defense Lawyer"

California Attorneys for Criminal Justice / California Public Defender Association, Monterey, California (February 14, 1998) - Presenter "The Ethics of Obtaining Expert Services for Trial: Prioritizing Limited Resources"

Criminal Defense Institute, Norman, OK (August 21-22, 1997) -Co-Organizer of Conference, Moderator and presenter on Plea Bargaining & Attorney/Client Decision Making

National Legal Aid and Defender Association Advocacy Institute, Albuquerque, NM (August 10-15, 1997) - Keynote Address "Client-Centered Decision Making"

AALS, 1997 Workshop on Clinical Legal Education, Dallas, Texas (May 3-6, 1997), - Presenter "New Teachers: I Survived My First Year, Now What Do I Do?"

Southern Sociological Society Annual Meeting, New Orleans, Louisiana (April 6, 1997) "Power and Control in the Attorney-Client Relationship: A Survey of 700 Public Defenders"

National Legal Aid and Defender Association Annual Conference, Las Vegas, Nevada (November 11, 1996) - Speaker "Conflict of Interests in Defender Offices"

Wisconsin State Public Defender Annual Conference, Milwaukee, WI (Oct. 31, 1996), - Moderator of Panel on "Cultural Awareness, Race and Client Centered Decision Making"

Criminal Defense Institute, Norman, OK (June 6-7, 1996) - Co-Organizer of Conference, Moderator and presenter on "Dealing with Ethical Dilemmas"

National Association of Sentencing Advocates, Charlotte, NC (May 31, 1996), - Speaker "Lawyers and Social Workers: Resolving Ethical Dilemmas"

Wisconsin State Public Defender Annual Conference, Oconomowoc, WI (Oct. 19, 1995) - Speaker - "Defense Counsel & The Expert Witness: Problems and Pitfalls"

Univ. of Oklahoma Continuing Legal Educ., Norman, OK. (Sept. 22-23, 1995) Lecturer - "Interviewing, Counseling, Negotiation, Mediation and the American Civil Trial Process"

Okla. Criminal Defense Lawyers Assoc./State Bar of Oklahoma, Advanced Criminal Law and the Death Penalty, Oklahoma City, OK. (August 17, 1995) Panelist - "Model Rule 4.2 and the Thornburgh Memorandum"

Univ. of Oklahoma Continuing Legal Educ., Norman, OK. (July 6-7, 1995) Lecturer - "Interviewing, Counseling, Negotiation, Mediation and the American Civil Trial Process"

Criminal Defense Institute, Norman, OK (June. 8-9, 1995) - Moderator and presenter on "Ethical Pitfalls in the Preparation and Investigation of Criminal Cases"

Mid-West Clinical Legal Education Teachers Conference, Lawrence, KS (Nov. 4-5, 1994) - Panelist "Educating Students With Special Needs"

Wisconsin State Public Defender Annual Conference, Oconomowoc, WI (Oct. 6-7, 1994) - Speaker "The Ethics of Investigation and Discovery" and "The Ethics of Handling Physical Evidence"

University of Oklahoma Continuing Legal Education, Oklahoma City, OK (Sept. 23, 1994) - Speaker "The Active Academician's View of the New Discovery Code"

Criminal Defense Institute, Norman, OK (June 9-10, 1994) - Moderator and presenter on "The Ethics of Handling Physical Evidence"

Wisconsin State Public Defender Annual Conference, Oconomowoc, WI (Oct. 22, 1993) - Speaker - "Recognizing and Resolving Ethical Conflicts"

Criminal Defense Institute, Norman, OK (June 24-26, 1993) - Co-organizer of conference, moderator and presenter on "Recognizing and Dealing with Prosecutorial Misconduct"

AALS, Conference on Clinical Legal Education, Washington, D.C. (May 6-8, 1993) Group Facilitator

University of Oklahoma Faculty Colloquium on Thurgood Marshall (February 22, 1993) - Presenter

Wisconsin State Public Defender Annual Conference, Oconomowoc, WI (Oct. 1, 1992) - Speaker - "Ethical Dilemmas for Criminal Defense Lawyers"

National Legal Aid and Defender Association Annual Meeting, Toronto, Canada (Nov. 11, 1992) - Moderator of Panel on Ethical Dilemmas for Public Defenders

AALS, Section on Clinical Legal Education, Annual Meeting, San Antonio, TX (Jan. 4, 1992) - Group facilitator of discussion group on tenure criteria

National Legal Aid and Defender Association Annual Meeting, Portland, OR (Oct. 30, 1991) - Panelist on Criminal Defense Ethics

Title IX National Evaluation Conference, Des Moines, IA (Sept. 27-30, 1990) - Group facilitator at conference evaluating clinical legal education

## OTHER ACTIVITIES & AWARDS

Director, University of Missouri-Columbia Summer Study Abroad Program in Capetown, South Africa (June/July 2004)(June/July 2005) & June/July 2006)

BLSA Faculty Advisor (2004 - 2005)

Blackwell Sanders Peper Martin Distinguished Faculty Award (2002)

Advisory Board, Effective Lawyer Client Communications Project (1998 - 2002)

ABA Central and East European Law Initiative (CEELI) - Legal Specialist (Romania, Sept.-Nov. 1998)

Co-coach O.U. Law School National Trial Team (1990 - 1994)

Co-Principal Investigator, Department of Education Clinical Legal Education Grants (1991-1993) (1994-1996)

University of Oklahoma Student Association Outstanding Law Professor (1994)

Director, University of Oklahoma College of Law Summer Program at Oxford, England (1996)

Handled two investigations for Wisconsin Judicial Commission (1986, 1987)

Member, International Rotary Group Study Exchange to S.W. France (March 1996)

Law School's Nominee for the Merrick Teaching Award (1994, 1996)

Member, ABA Site Evaluation Team (St. Thomas University Law School) (March 25-27, 1998)

Member, Terry Nichols Defense Team - Oklahoma City Bombing State Trial (1999 - 2004)