IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**

      **Plaintiff,**

  **vs.**                                  Case Number CR 05-1849 JH

**DAVID REID**

      **Defendant.**

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

William Parnell hereby withdraws as counsel of record for the above-named Defendant and the undersigned counsel, Rachel E. Higgins, is hereby substituted as counsel of record on behalf of the Defendant.

                                  Respectfully submitted,

                                  Electronically filed: 11/13/07_____
                                  Rachel E. Higgins
                                  Attorney for David Reid
                                  620 Roma NW
                                  Albuquerque, NM 87102
                                  (505) 247-9339 Fax (505) 246-2668

                                  Telephonically approved: 11/8/07___
                                  William E. Parnall
                                  503 Slate NW
                                  Albuquerque, NM 87102
                                  (505) 247-2972 Fax (505) 842-6945

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to AUSA James R.W. Braun this 13th day of November, 2007.

Electronically filed: 11/13/07
Rachel E. Higgins