IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                            No. CR 05-1849 JH

DANA JARVIS et al.,

        Defendants.

## ORDER OF DESIGNATION

THIS MATTER comes before the Court *sua sponte*. The trial judge in this case hereby designates Chief United States Magistrate Judge Lorenzo F. Garcia to hear and determine the non-dispositive Motion to Determine Whether an Alleged Conflict of Interest Exists with Robert J. Gorence's Representation of Dennis Wilson [Doc. 1098], filed October 26, 2007 by Defendant Dennis Wilson; and the non-dispositive Motion to Seal Proceedings Related to Attorney-Client Issue Regarding Robert Gorence [Doc. 1090], filed October 16, 2007 by Defendant Dana Jarvis.

This designation is made pursuant to 28 U.S.C. § 636(b)(1)(A). *See*, Hutchinson v. Pfeil, 105 F.3d 562, 565 (10th Cir. 1997) (motion to disqualify counsel for alleged conflict of interest is a nondispositive matter which a magistrate judge may decide).

IT IS SO ORDERED.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE