IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

VS.                                          CR NO. 05-1849 JH

DANA JARVIS, et al.,

        Defendants.

## NOTICE OF CHANGE IN HEARINGS

**BY THE DIRECTION OF THE HONORABLE JUDITH C. HERRERA AND THE HONORABLE LORENZO F. GARCIA:**

Pursuant to the Court's Order of Designation [1125] entered November 15, 2007, please take notice that Chief U.S. Magistrate Judge Lorenzo F. Garcia will hear the Motion To Determine Whether an Alleged Conflict of Interest Exists with Robert Gorence's Representation of Dennis Wilson [1098] on **NOVEMBER 20, 2007** AT *1:30 P.M.* , 333 Lomas Blvd. N.W., 5th Floor, Brazos Courtroom, Albuquerque, New Mexico.

Immediately upon completion of this hearing, Judge Judith C. Herrera will hear defendant Dana Jarvis' Motion to Dismiss for Irreparable Structural Error & Additional Fifth & Sixth Amendment Violations [1076] in the aforementioned courtroom. The Notices of Hearing [1094 and 1103], entered 10/22/2007 and 10/30/2007 respectively, are hereby amended to reflect this change. Please see the table below:

| Motion to be Heard | Old Setting | **New Setting** |
|---|---|---|
| Motion To Determine Whether an Alleged Conflict of Interest Exists with Robert Gorence's Representation of Dennis Wilson [1098] | 11/20/07 at 9:30 a.m. before Judge Herrera | **11/20/07 at 1:30 p.m. before Judge Garcia, Brazos Courtroom.** |
| Dana Jarvis' Motion to Dismiss for Irreparable Structural Error & Additional Fifth & Sixth Amendment Violations [1076] | 11/20/07 at 1:30 p.m. before Judge Herrera | **11/20/07 after Judge Garcia's hearing before Judge Herrera, Brazos Courtroom** |

Any inquiries regarding this setting should be directed to Lincoln Sorrell, Courtroom Deputy to Judge Judith C. Herrera at 348-2398. The defense attorney(s) shall notify the Court no later than two (2) days before the hearing if a Spanish or other language interpreter is needed.

MATTHEW J. DYKMAN, Clerk of Court

_____

**A copy of this was notice was mailed or electronically transmitted
to all counsel of record as they are reflected on the Court's docket.**