**FILED**

UNITED STATES DISTRICT COURT

IN THE UNITES STATES DISTRICT COURT    ALBUQUERQUE, NEW MEXICO

FOR THE DISTRICT OF NEW MEXICO

NOV 1 6 2007

UNITED STATES OF AMERICA,
            Plaintiff,

**MATTHEW J. DYKMAN**
                    **CLERK**

VS.                                                      Criminal No.  05-1849 JH

MARY CANANT, *ET. AL.*,
            Defendant.

<u>ORDER FURTHER  MODIFYING DEFENDANT CANANT'S CONDITIONS OF RELEASE</u>

THIS MATTER having come before the Court upon the written Motion of Defendant Mary

Canant, through her court appointed attorney, to modify her conditions of release as requested on

October 11, 2007 at the conclusion of her sentencing hearing and neither the Government nor the

Probation Officer who was to advise the Pretrial Services Officer, having objection and the Court

giving approval,

IT IS HEREBY ORDERED that the Conditions of Release set for Mary Canant originally filed

on August 29, 2005, modified by Order filed October 19, 2005 and further modified to release Ms.

Canant from third party custody, and then to allow her to reside at various locations within Bernalillo

County SHALL BE MODIFIED to allow Ms. Canant to travel to the Pittsburgh, PA area to reside at

her parents home in Bethel Park, PA, as specified in the Presentence Report, to report to the Probation

Office for the Western District of Pennsylvania as soon as she arrives and to be do as they direct until

such time as she is designated to a facility for service of her sentence and directed to appear at such

facility by the U. S. Marshal Service.  She shall not be subject to electronic monitoring, home

detention or have to participate in further counseling programs.  She shall be subject to drug testing

and reporting conditions as directed by the Probation Office for the Western District of Pennsylvania.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE