**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                        CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

**NOTICE OF RESOLUTION OF CONFLICT**

No excludable delay under 18 U.S.C. §3161(h)(1)(F) may occur as a result of this motion or of an order based thereon.

Counsel undersigned had previously notified the Court and all parties that a lengthy trial could create a conflict with various events calendared in the instant case. The trial referred to in the prior Notice, *United States v.*

*Burgos,* CR-05-0125-TUC-DCB(BPV), was resolved last week.  Thus, that matter will present no date conflict herein.

RESPECTFULLY SUBMITTED this 28th day of November, 2007.

        LAW OFFICES OF
        NASH & KIRCHNER, P.C.

        BY____/s/ Walter Nash_____
           WALTER NASH
           Attorney for Defendant

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2007, I served a true and correct copy of this Joinder by U.S. Mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103

/s/ Walter Nash
_____

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

-3-