IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                       CR NO. 05-1849-JH

DANA JARVIS, et al.

        Defendants.

## NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will be unavailable in this matter from December 13, 2007 through December 17, 2007.

                                                    Respectfully submitted,

                                                    **MARTIN LOPEZ, III**
                                                    A Professional Corporation

                                                    Electronically Filed 11/29/07
                                                    Martin Lopez, III
                                                    Attorney for Defendant Berthod
                                                    1500 Mountain Rd. NW
                                                    Albuquerque, New Mexico 87104
                                                    Tele: (505) 243-2900
                                                    Fax: (505) 243-6339

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via electronic notice to Assistant U. S. Attorney James Braun on this  29th  day of November, 2007.

Electronically Filed November 29, 2007
Martin Lopez, III