9/7/07

Dear Judge Herrara:

I have reviewed the 10th Circuit opinion regarding the district court's refusal to release the lis pendens on my Mora property.

In response to the 10th Circuit decision, I have instructed my CJA appointed attorneys to contact Mr. Bob Gorence and Mr. Paul Kennedy, and inquire as to their availability. Mr. Gorence and Mr. Kennedy are still the attorneys I wish to retain to represent me in my case.

Respectfully,

Dana Jarvis