IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| vs.      ) | Case Number: CR 05 1849 JH |
| ) | |
| DENNIS WILSON,      ) | |
| ) | |
| Defendant.      ) | |

ENTRY OF APPEARANCE

  Louren Oliveros of Gorence & Oliveros, P.C., hereby enters her appearance on behalf of the Defendant, Dennis Wilson, in the above-styled cause.

              Respectfully submitted,

              Electronically filed: 11/30/07
              Louren Oliveros
              Gorence & Oliveros, P.C.
              Attorneys for Defendant Dennis Wilson
              201 12th Street NW
              Albuquerque, NM 87102
              (505)  244-0214   Fax (505) 244-0888

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been emailed by CM/ECF to all parties of record on this 30th day of November, 2007.

Electronically filed: 11/30/07
Louren Oliveros