IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                                  No. CR 05-1849 JH

DENNIS WILSON, et. al,

        Defendants.

### ORDER GRANTING MOTION TO SEAL
### AND DESIGNATING MAGISTRATE JUDGE TO HEAR
### AND DETERMINE MOTION TO DISQUALIFY COUNSEL

THIS MATTER comes before the Court on Defendant Dana Jarvis's Motion to Seal His Motion to Disqualify His Former Counsel, Robert Gorence, as Counsel for Do-Defendant Wilson [Doc. 1144], filed November 29, 2007. Attached to the Motion to Seal was a proposed Motion to Disqualify, which has not yet been docketed in this case. No response to the Motion to Seal is necessary.

The Court determines that the Motion to Seal should be granted, and that the Motion to Disqualify should be referred to a Magistrate Judge for determination pursuant to 28 U.S.C. § 636(b)(1)(A).

IT IS THEREFORE ORDERED that Defendant Jarvis's Motion to Seal [Doc. 1144] is granted. Defendant Jarvis shall file his Motion to Disqualify His Former Counsel, Robert Gorence, As Counsel for Co-Defendant Wilson, under seal within five days of the date of this Order.

IS IT FURTHER ORDERED that Chief Magistrate Judge Lorenzo F. Garcia is designated, pursuant to 28 U.S.C. § 636(b)(1)(A), to hear and determine Defendant Jarvis's non-dispositive Motion to Disqualify His Former Counsel, Robert Gorence, As Counsel for Co-Defendant Wilson.

_____
UNITED STATES DISTRICT JUDGE