IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                                              CR 05-1849 JH

DANA JARVIS, et al.,

      Defendants.

BY THE DIRECTION OF THE HONORABLE JUDITH C. HERRERA:

## MINUTE ORDER

**PLEASE TAKE NOTE** that the resumption of the hearing on Defendant Dana Jarvis's Motion to Dismiss for Irreparable Structural Error [1076], set for December 11, 2007 at 1:30 p.m. is hereby **VACATED**. Said hearing will be reset as soon as practicable after Chief U.S. Magistrate Judge Lorenzo F. Garcia issues a ruling upon his *in camera* review of the material set forth in Defendant's privilege log for the purpose of determining whether the materials detailed in the privilege log rebut or impeach Mr. Gorence's testimony that he would not have represented Defendant Jarvis if the Court had released only Jarvis' Mora County property.

                                              MATTHEW J. DYKMAN, Clerk

A copy of this Minute Order
was mailed or electronically
transmitted to all counsel of record
on December 10, 2007.