IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      No:    05-CR- 1849 (JH)

DANA JARVIS,

      Defendant.

### CERTIFICATE OF SERVICE
### FOR DEFENDANT DANA JARVIS' SUBMISSIONS TO CHIEF MAGISTRATE JUDGE GARCIA, PURSUANT TO ORDER OF DESIGNATION AT DOC. 1158

Defendant, Dana Jarvis, through counsels of record Joe M. Romero, Jr. and Jody Neal-Post, hereby certifies that Defendant Jarvis' privilege log filed at Doc. 1129-2 and the underlying original documents reflected therein have today been hand served on Chief Magistrate Judge Garcia, including a copy of the Transcript of the Proceedings of November 20, 2007 and minutes before the Honorable Judith Herrera, in compliance with the Order of Designation at Doc. 1158. These documents reflect in the Notebook entitled "*USA v. Dana Jarvis*, Submission of Privileged Documents for *In Camera* review, pursuant to Order, Doc. 1158."

Also hand served today on Chief Magistrate Judge Garcia is the following list of documents, all of record in this case, intended to facilitate rather than direct Judge Garcia's review of the materials in the voluminous docket. The numbered list below corresponds to the second Notebook of the two volumes served today, which contain printed copies of the actual documents from the Court docket in the order shown on this certificate, pursuant to Judge Herrera's approval of such submission as communicated through Courtroom Deputy Sorrell, December 11 and 12, 2007.

This certificate, without the Notebook or other attachments, is also served upon Judge Herrera and the United States, AUSAs Braun and Kotz on today's date.

Notebook 2, *USA v. Dana Jarvis* Submissions pursuant to Doc. 1158, which shows at the front of the Notebook:

1. Doc. 1154: Defendant Dana Jarvis" Motion for Order of Designation, granted at Doc. 1158;

2. Doc. 314: Defendant Dana Jarvis' Motion to Release Assets, filed January 9, 2006 by Robert Gorence;

3. Doc. 320: Court Notice of Hearing on "attorney Robert Gorence's…Motion to Release [Doc. 314];

4. Doc 1095, Ex. 1: "Limited Entry of Appearance" tendered by Robert Gorence at January 19, 2006 hearing;

5. Doc. 1076, Exhibit: Transcript of January 19, 2006 hearing;

6. Doc. 1076: Defendant Dana Jarvis' Motion to Dismiss;

7. Doc. 1095: United States' Response to Defendant Jarvis' Motion to Dismiss;

8. Doc. 1111: Defendant Dana Jarvis' Reply to the United States response to his Motion to Dismiss;

9. Doc. 1111-2, Exhibit A: Dana Jarvis' Affidavit;

10. Doc. 1111-5, Exhibit C: Excerpts of sealed discovery;

11. Doc. 1111-6, Exhibit D: AUSA Letter of November 1, 2007;

12. Doc. 1112: Defendant Jarvis' Motion to Exceed Page Limits;

13. Doc. Unknown, filed by USA 11/19/07: United States' Surreply Motion to Dismiss;

14. Doc. Unknown, filed by USA 11/19/07: United States' Motion for leave to File Surreply;

15. Doc. 1090: Defendant Dana Jarvis' Motion to Seal proceedings related to Attorney Client issue Regarding Robert Gorence;

16. Doc. 1098: Defendant Wilson's Motion to Determine Whether An Alleged Cobnflcit of Interest Exists with Robert J. Gorence;

17. Doc. Unknown (not showing): Defendant Dana jarvis' Response to Co-Defendant

Wilson's Motion at Doc. 1098;

    18.    Doc. 1117: United States' response to Defendant Wilson's Motion to Determine Conflict at Doc. 1098;

    19.    Doc. 1161: Defendant Dana Jarvis' Motion to Disqualify his Former Counsel, Robert Gorence;

    20.    Doc. 1161-2, Exhibit by Dana Jarvis dated September 7, 2007;

    21.    Doc. 1161-3, Exhibit: Affidavit of Albert Mares, Investigator;

    22.    Doc. 1161-4, Exhibit: Affidavit of Dana Jarvis regarding testimony of Robert Gorence;

    23.    Doc. 1153: Defendant Wilson's Sealed Motion for reconsideration of untied States Magistrate Garcia's proposed Findings;

    24.    Doc. 1156: Defendant Dana Jarvis' Response in Opposition to defendant Wilson's Motion for reconsideration; and

    25.    Doc. 1155: defendant Jarvis' Motion for Brady/Giglio/Giles/Kyles Materials Related to Government Witness Robert J. Gorence, Esq.

Undersigned counsel further certifies that no document listed above is highlighted or otherwise marked, and that service by hand was made personally today, December 12, 2007 by paralegal Matthew Lopez.

Respectfully submitted:

*Electronically filed 12/12/07*
By: _____
Joe M. Romero, Jr.
Attorney for Defendant Jarvis
1905 Lomas NW
Albuquerque, NM 87104
(505) 843-9776

*Electronically filed 12/12/07*
By: _____

                                                Jody Neal-Post
                                                Attorney for Defendant Jarvis
                                                317 Amherst SE
                                              Albuquerque, NM  87106
                                              (505) 268-7263

I hereby certify that a true and correct copy of the foregoing was served on opposing counsel, AUSAs James Braun and Stephen Kotz, on December 12, 2007.

*Electronically filed 12/12/07*
_____
Joe M. Romero, Jr.