IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                           CR No. 05-1849 JH

MIKE HANNAH,

      Defendant.

### NOTICE OF COUNSEL'S UNAVAILABILITY

COMES NOW Brian Pori, Counsel for the Defendant Mike Hannah, and hereby advises the Court of Counsel's unavailability from March 22 through April 8, 2008; and from July 18 through August 6, 2008.  Wherefore, due to Counsel's unavailability, Counsel respectfully requests that this Court abate any proceedings in this case during these time periods.

    Dated:  December 20, 2007

                                          Respectfully Submitted:

                                          By: /s/Brian Pori (electronically submitted 12/20/07)
                                                   Brian A. Pori
                                                   INOCENTE, P.C.
                                                   204 Bryn Mawr NE
                                                   Albuquerque, NM   87106
                                                   (505) 255-9088 (telephone)
                                                   (505) 255-9089 (facsimile)

                                                   Attorney for Defendant Mike Hannah

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of  December , 2007, I served a true and correct copy of the foregoing Notice of Counsel's Unavailability on Counsel for the Plaintiff by CM/ECF, addressed as follows:

James R.W. Braun, Esq.
Assistant United States Attorney
United States Attorney's Office
PO Box 607
Albuquerque, NM   87103-0607

                                            /s/ Brian Pori (electronically submitted 12/20/07)
                                            Brian A. Pori