**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
**P.O. BOX 2310**
**TUCSON, ARIZONA 85702**
**Telephone (520) 792-1613**
**Fax (520) 628-1079**
**Pima County Computer No. 41636**
**State Bar No. 002893**
**walter.nash@azbar.org**
**bkirchner@azbar.org**

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,                         CR-05-1849 JH

vs.

DAVID REID,

      Defendant.

<u>SECOND MOTION FOR MODIFICATION OF CONDITIONS</u>
<u>OF RELEASE (UNOPPOSED)</u>

The defendant David Reid, by his counsel undersigned, hereby

moves this Court for an Order modifying his conditions of release (travel

restrictions only).  Counsel undersigned has reviewed this matter with

James Braun, the Assistant United States Attorney handling this matter.

Mr. Braun has no objection to the entry of this Order.

Personnel in the office of counsel undersigned have reviewed this

matter with PTS personnel in both Phoenix, Arizona and Santa Fe, New

Mexico.  Mr. Reid has reviewed the details of the proposed modification

and the reason therefore with Dominnico Encinias of PTS in Santa Fe PTS

has no objection to this modification.

Mr. Reid's mother resides in Newberg, Oregon.  She is very ill and is

not expected to live much longer.  Mr. Reid would be traveling to visit her

whenever possible to help care for her and to help her get her affairs in

order.

Therefore, the Court is respectfully urged to allow Mr. Reid to be

allowed to travel to visit his mother in Newberg, Oregon, subject to advising

PTS as to where he will be going, when he will be leaving, and when he will

be returning, prior to commencing the trip.

No hearing is requested on this matter.  A copy of this motion and the

proposed order are being provided to Dominnico Encinias (PTS, New

Mexico) and Claudette Thomas (PTS, Arizona).

. . .
. . .

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

-2-

1    RESPECTFULLY SUBMITTED this 21st day of December, 2007.

2

3                                          LAW OFFICES OF
                                           NASH & KIRCHNER, P.C.

4

5

6                                          BY /s/ Walter Nash
                                              WALTER NASH
7                                             Attorney for Defendant Reid

8

9

10

11

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                          -3-

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2007, I served a

true and correct copy of this Joinder by U.S. Mail, postage prepaid, on

counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103


/s/ Walter Nash

_____

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613