**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**

                                       **CR No. 05-1849 JH**

**DANA JARVIS,**

        **Defendant.**


<u>**NOTICE OF NON-AVAILABILITY**</u>

       Jody Neal-Post, counsel for Defendant Dana Jarvis, hereby gives notice of her

non-availability from Monday, February 11, 2008 through Monday February 18, 2008 to

attend the Federal Defenders Winning Strategies CLE in New Orleans, LA.

                                Respectfully submitted by:

                                *Electronically Filed*
                                */s/*
                                    *January 6, 2008*
                                By_____
                                Jody Neal-Post, Esq.
                                317 Amherst SE
                                Albuquerque, NM 87106
                                (505) 268.7263

I hereby certify that a true and correct copy of
the foregoing pleading was delivered to opposing
counsel via the CM/ECF system this 6th of January, 2008.

*Electronically Filed*
_____
Jody Neal-Post.