**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

vs.

                                              CR No. 05-1849 JH

**DANA JARVIS,**

       **Defendant.**

**DEFENDANT JARVIS' NOTICE OF SUPPLEMENTAL AUTHORITY IN**
**SUPPORT OF HIS MOTION TO DISMISS FOR STRUCTURAL ERROR**
**[Doc. 1076]**

COMES NOW the Defendant DANA JARVIS, by and through co-counsel of record, Jody Neal-Post, and hereby provides this Notice of Supplemental Authority to assist the Court regarding Mr. Jarvis' claims of structural error and critical stage violation remedies.

**Supplemental Authorities**

On January 2, 2008, the California Court of Appeals entered its published decision in *People v. Lawrence,* 2008 Cal. App. LEXIS 2. The decision is relevant to Mr. Jarvis' various claims of a right not to be tried, i.e. dismissal with prejudice, due to cumulative Sixth Amendment violations based upon *United States v. Gonzalez-Lopez,* and as to critical stage violations in the right to counsel being structural error requiring automatic reversal. *See e.g. id.* at *26-37 (" § 3 The Trial Court's Denial of Lawrence's Request is Structural Error Requiring Automatic Reversal.").

                                                   Respectfully submitted by:

                                                   *Electronically Filed*
                                                       /s/

*January 7, 2008*
By_____
Jody Neal-Post, Esq.
317 Amherst SE
Albuquerque, NM 87106
(505) 268.7263

I hereby certify that a true and correct copy of
the foregoing pleading was delivered to opposing
counsel via the CM/ECF system this 7th of January, 2008.

*Electronically Filed*

_____
Jody Neal-Post.