IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                                              CR 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

## ORDER GRANTING MOTION TO SEAL MOTION TO DISQUALIFY

**THIS MATTER** is before the Court upon Defendant Dana Jarvis' Motion to Seal His Motion to Disqualify His Former Counsel, Robert Gorence, as Counsel for Co-defendant Wilson, Filed Simultaneously Herewith [1160], filed December 10, 2007. Said Motion was filed under seal ("ex parte") by the Movant through the Court's electronic filing system.

The Court, having reviewed the motion and being otherwise fully advised in the premises, finds the motion well-taken.

**WHEREFORE,**

**IT IS ORDERED** that the Defendant Dana Jarvis' Motion to Seal His Motion to Disqualify His Former Counsel, Robert Gorence, as Counsel for Co-defendant Wilson, filed Simultaneously Herewith [1160], filed December 16, 2007 is **GRANTED**.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
Chief United States Magistrate Judge