IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                                  No. : 05-cr-01849-JCH-1

**DANA JARVIS et al**,

    Defendant.

## UNOPPOSED MOTION REMOVING DEFENDANT
## FROM PRE-TRIAL SUPERVISION

Comes now the Defendant, **BARBARA HANNA,** by and through counsel, **L. Val Whitley, Esq.,** and moves this court to remove Defendant from supervision by Pre-Trial Services, while maintaining all other conditions of release as imposed by this Court. As ground therefore counsel states:

1.    Defense Counsel has been contacted by Domenico Encinia's of Pre-Trial Services and has been informed that Ms. Hannah had followed all conditions of release and requirements of Pre-Trial Services, and therefore it was his recommendation that Ms. Hannah no longer needs further Pre-Trial Services supervision.

2.    AUSA James Braun is unopposed to this motion with the understanding that all other conditions of release remain in place.

WHEREFORE, it is respectfully requested that this Court agree to an order removing Ms. Barbara Hannah from active supervision of Pre-Trial Services.

                                                Respectfully submitted,

| | |
|---|---|
| I hereby certify that a true copy of the foregoing was e-mailed to | L. Val Whitley |
| **James R.W. Braun** | 238 Griffin Street |
| United States Attorney's Office | Santa Fe, NM 87501 |
| PO Box 607 | elval@cybermesa.com |
| Albuquerque, NM 87103 | (505) 992-2903 |
| (505) 224-1498 | (505) 989-9196 |
| Fax: (505) 724-3329 | |
| Email: james.braun@usdoj.gov | |

_____        _____/s/ (filed electronically_____