IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

United States of America,

        Plaintiff,                                  No. **05CR1849 JH**

v.

JOHN PATRICIO NIETO,

        Defendant.

**NOTICE OF UNAVAILABILITY**

Charles S. Aspinwall, attorney for Defendant Nieto, notifies the Court, parties and counsel that he will not be available due to other commitments from February 1, 2008 through February 29, 2008.

CHARLES S. ASPINWALL J.D.  
TRIAL LAWYER

*ELECTRONICALLY SIGNED*  
CHARLES S. ASPINWALL  
Attorney for Defendant Nieto  
Los Lunas Satellite  
PO Bx 984  
Los Lunas NM 87031-0984  
Phone: 505.873.8800  
Fax:    505.866.8020  
Email: Legal_Eagle@santafe.cc

I certify that I caused a copy  
of this pleading to be served  
upon counsel of record  
through the auspices of CM/ECF  
USDCNM on January 17, 2008.

_____*ELECTRONICALLY SIGNED*____

      CHARLES S. ASPINWALL

C:\My Documents\MY FILES\Nieto, John\Notice of UnavailabilityFeb08.wpd