FILED
At Albuquerque NM
JAN 25 2008
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.     CR 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

### ORDER

**THIS MATTER** is before the Court upon Defendant Dana Jarvis' Motion to Seal His Motion to Disqualify His Former Counsel, Robert Gorence, as Counsel for Co-defendant Wilson, Filed Simultaneously Herewith [1160], filed December 16, 2007. Said Motion was filed under seal ("ex parte") by the Movant through the Court's electronic filing system.

The Court, having reviewed the motion and being otherwise fully advised in the premises, finds the motion well-taken.

**WHEREFORE,**

**IT IS ORDERED** that the Defendant Dana Jarvis' Motion to Seal His Motion to Disqualify His Former Counsel, Robert Gorence, as Counsel for Co-defendant Wilson, filed Simultaneously Herewith [1160], filed December 16, 2007 is **GRANTED**.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE