IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                          CR 05-1849 JH

AYLA JARVIS,

    Defendant.

## NOTICE OF NON-AVAILABILITY

    COMES NOW John F. Robbenhaar, attorney of record, and hereby notifies the Court and the United States Attorney's Office that he will be unavailable from March 24, 2008 through March 31, 2008, and respectfully requests that no hearings concerning the above-named Defendant be scheduled during this period.

    Respectfully submitted:

*Filed Electronically*
JOHN F. ROBBENHAAR
Attorney for Defendant
1011 Lomas NW
Albuquerque, NM 87102
(505) 242-1950

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 30, 2008 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

JAMES BRAUN
Assistant U.S. Attorney
PO Box 607
Albuquerque, New Mexico 87103

*Filed Electronically*
JOHN F. ROBBENHAAR