IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                            CV 05-1849 JH

DANA JARVIS,

       Defendant.

### ORDER

**THIS MATTER** is before the Court upon *sua sponte*.

The Court hereby appoints attorney Gary Mitchell, Esq. to represent Defendant Dana Jarvis in this matter.   Mr. Mitchell's representation in this matter shall be subject to the provisions of the Criminal Justice Act.  The Clerk shall send to Mr. Mitchell the  requisite CJA form(s).

**SO ORDERED.**

UNITED STATES DISTRICT JUDGE