IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs                                                           Cause No.  05-CR-1849-JH

GREG HILL,

       Defendant.

### **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

       Defendant Greg Hill, by and through his attorney Billy R. Blackburn, respectfully requests this Court to modify the Defendant's conditions of release to allow him to travel within the State of Indiana.  As grounds in support thereof, Defendant states as follows:

       1.  On or about August 23, 2005, the Defendant Greg Hill was indicted and charged with conspiracy to distribute 1000 kilograms and more of marijuana, conspiracy to launder money and criminal forfeiture.

       2.  On or about August 25, 2005, the Defendant Greg Hill appeared for initial appearance before V. Sue Shields, U.S. Magistrate for the Southern District of Indiana.  At that time, certain conditions were set, including ankle bracelet monitoring, Pretrial Services reporting, and restricting the Defendant's travel to the Southern District of Indiana.   Thereafter, on September 1, 2005, the Defendant Greg Hill was arraigned before U.S. Magistrate Richard Puglisi in the District of New Mexico.  Judge Puglisi adopted the conditions set by Judge V. Sue Shields.

       3.  On or about January 16, 2006, Kari Converse, attorney for Greg Hill,

filed an unopposed Motion to Modify Conditions of Release requesting the Defendant's conditions be modified to eliminate the requirement of ankle bracelet monitoring and to permit the Defendant to travel to the Northern District of Indiana upon advance notice to his probation Officer.

    4. On or about January 12, 2006, the Honorable Alan C. Torgerson signed an Order Modifying Conditions of Release. The Order indicated the conditions of release set on September 1, 2005, be modified to remove the requirement of electronic monitoring and allow the Defendant to travel within Indiana upon giving advance notice to his probation officer.

    5. The Defendant Greg Hill is now requesting that he be allowed to travel within the State of Indiana without advance notification to his probation officer, as long as notification is provided at the time of travel. Defendant Greg Hill has several family members who are ill and would like to travel to visit with them in the State of Indiana. However, currently his probation officer requests ten days advance notice, a requirement which is difficult to comply with given the nature of the need for his travel. For instance, the Defendant's aunt passed away on Saturday, February 2, 2008, and due to the advance notice requirement, the Defendant was unable to attend the funeral in Northern Indiana because there was not ten days time within which to notify his probation officer. At the same time, the Defendant owns property in Northern Indiana that is currently rented. On occasions, there are unforeseen emergencies at some of these rental properties. Due to the advance notice requirement, the Defendant is now required to hire individuals to complete minor work wherein the Defendant could otherwise travel to those properties in less than two hours and make the repairs himself.

6. Attorney Billy R. Blackburn has discussed this matter with United States Probation Officer Nick Romero who is currently the New Mexico supervisor for the Defendant Greg Hill. Mr. Romero, in conjunction with Jay Hardy, United States Probation Officer for the Southern District of Indiana, has no objection and concurs with the relief requested herein. As a condition to the Defendant Greg Hill being allowed to travel entirely within the State of Indiana without advance notice, the Probation Office is requesting that the Defendant notify Mr. Hardy when he leaves his residence in Southern Indiana to travel throughout the State of Indiana.

7. Assistant U.S. Attorney James Braun has been contacted concerning this motion and has no objection to the relief requested herein.

WHEREFORE, for the above stated reasons, the Defendant Greg Hill respectfully requests this Court to modify the Defendant's conditions of release to allow him to travel within the State of Indiana without having to give ten days advance notice to the Probation Office.

Respectfully submitted,

<u>Electronically filed 2-7-08</u>
BILLY R. BLACKBURN
Attorney for Defendant
1011 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1600

I hereby certify that a true and accurate copy of the foregoing was emailed by CM/ECF to AUSA James Braun this 7th day of February, 2008.

<u>Electronically filed 2-7-08</u>
Billy R. Blackburn

3