IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs                                    Cause No.  05-CR-1849-JH

GREG HILL,

       Defendant.

### GREG HILL'S MOTION FOR JOINDER IN DEFENDANT DENNIS WILSON'S MOTION TO DISMISS WITHOUT PREJUDICE ON THE BASIS THAT THE CURRENT UNITED STATES ATTORNEY HAS BEEN UNCONSTITUTIONALLY APPOINTED

The Defendant Greg Hill, by and through his attorney Billy R. Blackburn, pursuant to Rule 47.6 of the Local Rules for Criminal Proceedings in the United States District Court, respectfully requests this Court allow said Defendant to join in Dennis Wilson's Motion to Dismiss Without Prejudice on the Basis That the Current United States Attorney Has Been Unconstitutionally Appointed, document #1207.  Defendant Greg Hill adopts the factual statements, legal arguments, conclusion and the relief requested therein.

Attorney Billy R. Blackburn has contacted Assistant U.S. Attorney James Braun and Mr. Braun has no objection to the relief requested in this Motion.

WHEREFORE, for the above stated reasons, and with the concurrence of Assistant U.S. Attorney James Braun, Defendant Greg Hill respectfully requests this Court to allow him to join in Dennis Wilson's Motion to Dismiss Without Prejudice on the

Basis That the Current United States Attorney Has Been Unconstitutionally Appointed,

document #1207.

Respectfully submitted,

Electronically filed 2-7-08
BILLY R. BLACKBURN
Attorney for Defendant
1011 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1600


I hereby certify that a true and accurate copy of the foregoing was emailed by CM/ECF to AUSA James Braun this 7th day of February, 2008.

Electronically filed 2-7-08
Billy R. Blackburn