IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                            Cause No.  05-CR-1849-JH

GREG HILL,

    Defendant.

## ORDER

THIS MATTER having come before the Court on Defendant's Motion to Modify Conditions of Release and the Court having been fully informed and having determined that the motion is well taken and should be granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Modify Conditions of Release is hereby granted and the Defendant Greg Hill is allowed to travel throughout the State of Indiana without having to give ten days advance notice to the United States Probation Office.  The Defendant is only required to Defendant notify the United States Probation Office when he leaves his residence in Southern Indiana to travel throughout the State of Indiana.

_____
U.S. DISTRICT COURT JUDGE