UNITED STATES DISTRICT COURT
District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Number: 05-1849 JH |
| ) | |
| MELANIA KIRWIN, ) | |
| ) | |
| Defendant. ) | |

MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, Rudolph B. Chavez, and hereby moves this Court to be allowed to substitute as counsel of record on behalf of the Defendant, **Melania Kirwin**, in substitution of attorney, John F. Moon Samore, in the above entitled and numbered cause.

Respectfully Submitted,

s/submitted electronically
**RUDOLPH B. CHAVEZ**
Attorney for Defendant
2014 Central Ave. SW
Albuquerque, NM 87104
(505) 242-5500   (505)242-3250 Fax

I hereby certify that a true
and correct copy of the foregoing
was mailed to all parties of
record this 14th day of
February, 2008.

s/submitted electronically
RUDOLPH B. CHAVEZ