IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                                                              No. : 05-cr-01849-10-JCH-1

**DANA JARVIS et al**,

    Defendant.

## ORDER REMOVING DEFENDANT
## FROM PRE-TRIAL SUPERVISION

    **THIS MATTER** having come before the Court on the Defendant's Stipulated Motion to Remove the Defendant BARBARA HANNA from Pre-Trial Supervision, filed on January 17th, 2008, the Court having reviewed the motion and the Court being fully advised in the premises, finds the motion is well taken and shall be granted.

    **IT IS THEREFORE ORDERED** that the Defendant's Motion is granted, and the Defendant be removed from Pre-Trial Supervision.

_____
HONORABLE JUDITH C. HERRERA
DISTRICT COURT JUDGE