# U.S. District Court
## District of New Mexico - Version 3.0 (Albuquerque)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-01849-JCH All Defendants

Case title: USA v. Jarvis, et al                                    Date Filed: 08/24/2005

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | 1224 | REPLY TO RESPONSE to Motion by Dennis Wilson re 1207 MOTION to Dismiss *Indictment Without Prejudice on the Basis that the Current United States Attorney has been Unconstitutionally Appointed* (Gorence, Robert) (Entered: 02/20/2008) |
| 02/15/2008 | 1223 | ORDER by Judge Judith C. Herrera granting 1196 Motion to Modify Conditions of Release as to Barbara Hanna (10) (ljs) (Entered: 02/15/2008) |
| 02/14/2008 | 1222 | MOTION to Substitute Attorney by Melania Kirwin. (Chavez, Rudolph) (Entered: 02/14/2008) |
| 02/13/2008 | 1221 | RESPONSE by USA as to Greg Hill, Bill Jones, Dennis Wilson re 1207 MOTION to Dismiss *Indictment Without Prejudice on the Basis that the Current United States Attorney has been Unconstitutionally Appointed*, [1218] Order on Motion for Joinder, 1214 Unopposed MOTION for Joinder *in Dennis Wilson's Motion to Dismiss Without Prejudice*, 1220 First MOTION to Dismiss *without prejudice* (Braun, James) (Entered: |

| | | |
|---|---|---|
| | | 02/13/2008) |
| 02/11/2008 | 1220 | First MOTION to Dismiss *without prejudice* by Bill Jones. (Sizemore, Victor) (Entered: 02/11/2008) |
| 02/11/2008 | 1219 | ORDER by Judge Judith C. Herrera granting 1213 Motion to Modify Conditions of Release as to Greg Hill (12) (ljs) (Entered: 02/11/2008) |
| 02/11/2008 | 1218 | ORDER by Judge Judith C. Herrera granting 1214 Motion for Joinder as to Greg Hill (12). [THIS IS A TEXT-ONLY ENTRY. NO DOCUMENTS ARE ATTACHED.] (ljs) (Entered: 02/11/2008) |
| 02/07/2008 | 1217 | ORDER by Judge Judith C. Herrera denying 1182 Appeal. (ljs) (Entered: 02/07/2008) |
| 02/07/2008 | 1214 | Unopposed MOTION for Joinder *in Dennis Wilson's Motion to Dismiss Without Prejudice* by Greg Hill. (Blackburn, Billy) (Entered: 02/07/2008) |
| 02/07/2008 | 1213 | Unopposed MOTION to Modify Conditions of Release by Greg Hill. (Blackburn, Billy) (Entered: 02/07/2008) |
| 02/06/2008 | 1212 | CJA 20: Appointment of Attorney Gary Mitchell for Dana Jarvis by Judge Judith C. Herrera (dmw) (Entered: 02/06/2008) |
| 02/06/2008 | 1211 | ORDER by Judge Judith C. Herrera appointing Gary Mitchell, Esq. to represent Defendant Dana Jarvis pursuant to the Criminal Justice Act. (ljs) (Entered: 02/06/2008) |
| 01/30/2008 | 1207 | MOTION to Dismiss *Indictment Without Prejudice on the Basis that the Current United States Attorney has been Unconstitutionally Appointed* by Dennis Wilson. (Gorence, Robert) (Entered: 01/30/2008) |
| 01/30/2008 | 1206 | NOTICE of Attorney Non-Availability on 3/24-31/08 by Ayla Jarvis (Robbenhaar, John) Modified on 1/31/2008 (Murphy, Joe). (Entered: 01/30/2008) |

| 01/25/2008 | 1205 | ORDER as to Dana Jarvis re [1160], [1161] Ex Parte MOTION to Seal to disqualify filed by Dana Jarvis by Judge Lorenzo F. Garcia (jrm) (Entered: 01/28/2008) |