# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
120 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM 88001
(505) 528-1400
Fax (505)528-1425

March 10, 2008

Elisabeth Schumaker, Clerk
United States Court of Appeals
for the Tenth Circuit
The Byron white United States Courthouse
1823 Stout Street
Denver, Colorado  80257

Re:   USA v. Dana Jarvis; 1:05-cr-01849-JCH

Dear Ms. Schumaker,

    A Notice of Appeal was filed in the above referenced case.  Enclosed is the preliminary record which consists of the Notice of Appeal filed March 7, 2008, Memorandum Opinion and Order filed February 26, 2008 and a copy of the docket entries.

    The docket and appeal fee has not been paid.

    Appellant's counsel is required to refer to The Tenth Circuit Court of Appeals web site http://www.ck10.uscourt.gov/clerk/rules to obtain the appropriate forms, click on Orders & Forms, click on Other Forms, click on Initial Appeal Documents and Instructions.

                          Matthew J. Dykman, Clerk
                          of the United States District Court
                          for the District of New Mexico

enclosures
cc:  counsel of record