IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                  Cause No.  05-CR-1849-JH

GREG HILL,

    Defendant.

## NOTICE OF UNAVAILABILITY

Billy R. Blackburn, Attorney for Defendant, hereby notifies the Court and all parties that he will be unavailable for meetings, interviews, hearings on the following dates:

    March 24, 2008, March 25, 2008, March 26, 2008, March 27, 2008 and March 28, 2008;

    April 7, 2008, April 8, 2008, April 9, 2008, April 10, 2008 and April 11, 2008.

                            Respectfully submitted,

                            <u>Electronically filed 3-14-08</u>
                            BILLY R. BLACKBURN
                            Attorney for Defendant
                            1011 Lomas Blvd. NW
                            Albuquerque, NM 87102
                            (505) 242-1600

    I hereby certify that a true and accurate copy of the foregoing was emailed by CM/ECF to AUSA James Braun this 14th day of March, 2008.

<u>Electronically filed 3-14-08</u>
Billy R. Blackburn