IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DANA JARVIS, )<br>)<br>Defendant. ) | Cr. No. 05-1849 JH |

ORDER EXTENDING UNITED STATES'
TIME TO RESPOND TO DEFENDANT'S MOTION TO RECONSIDER

THIS MATTER having come before the Court upon the United States' unopposed motion for an extension of time in which to respond to defendant Dana Jarvis's "Motion for Reconsideration of the Denial of His Appeal to the District Court of the Chief Magistrate Judge's Report on Order of Designation" (Doc. 1232), and the Court being otherwise fully advised in the premises FINDS that the motion is well taken and should be granted.

NOW, THEREFORE, it is hereby ordered that the United States' response to the defendant's Dana Jarvis's ("Jarvis") "Motion for Reconsideration of the Denial of His Appeal to the District Court of the Chief Magistrate Judge's Report on Order of Designation" shall be due on March 21, 2008.

_____
UNITED STATES DISTRICT JUDGE