IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


**UNITED STATES OF AMERICA,**

       **Plaintiff,**

vs.

                                                                                       CR No. 05-1849 JH

**DANA JARVIS,**

       **Defendant.**


## NOTICE OF NON-AVAILABILITY

      Jody Neal-Post, co-counsel for Defendant Dana Jarvis, hereby gives notice of her non-availability from Monday, April 21, 2008 through Monday April 28, 2008, to visit a terminally ill family member in Los Angeles.

                                                          Respectfully submitted by:

                                                          *Electronically Filed*
                                                         */s/*
                                                            *March 28, 2008*
                                                       By_____
                                                       Jody Neal-Post, Esq.
                                                       317 Amherst SE
                                                      Albuquerque, NM 87106
                                                      (505) 268.7263

I hereby certify that a true and correct copy of
the foregoing pleading was delivered to opposing
counsel via the CM/ECF system this 28th of March, 2008.

*Electronically Filed*
_____
Jody Neal-Post.