UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

|                | NOTICE THAT COUNSEL HAS MOVED TO WITHDRAW |
|----------------|-------------------------------------------|
| v.             | No.                                       |

TO: _____
(Name)

_____
(Street Address or Prison Box)

_____
(City, State, Zip Code)

Your attorney filed a brief on _____, 19\_\_, stating a belief that your appeal is frivolous and requesting permission to withdraw from the case. Please be advised:

(1) You have 30 days from the date this notice was mailed to raise any points to show why your conviction should be set aside.

(2) If you do not respond within the 30 days, the court may affirm or dismiss your appeal. An affirmance or dismissal would mean that your case would be finally decided against you.

(3) If you want to make a showing why the court should not affirm or dismiss your appeal, and you believe that there is a very good reason why you will not be able to file your objections to affirmance or dismissal with the court within the 30-day limit, you should write immediately to the court and ask for up to 30 more days. If additional time is granted, you must file your objections and state the reasons why the court should not affirm or dismiss your appeal before your additional time expires.

(4) You do not have a right to another attorney unless this court finds, based upon your objections and the reasons for them, that your case requires further briefing or argument. If the court finds that your case requires further briefing or argument, an

attorney will be appointed to handle your appeal.

If you want to write to this court, you should address your letter to:

>    Clerk of the Court
>    United States Court of Appeals
>    Byron White United States Courthouse
>    1823 Stout Street
>    Denver, Colorado 80257

<u>Be sure to show the name and number of your case clearly on any material you send to the court.</u>

Notice mailed _____   _____
              Date            Deputy Clerk, U.S. Court of Appeals