UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**DANA JARVIS**

                                 USDC Cause No. 1:05-cr-01849-JCH

    Defendant.

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DANA JARVIS IN THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

    **COMES NOW, GARY C. MITCHELL,** appointed counsel for **DANA JARVIS** in the United States District Court, and moves to withdraw as counsel for him in the United States Court of Appeals for the Tenth Circuit. As grounds therefore, he would show the Court the following:

    1.    Gary C. Mitchell wishes to withdraw as counsel in this appeal and Jody Neal-Post will be continuing as CJA Appellate Counsel.

    2.    Mr. Jarvis has been informed of this withdrawal.

    3.    Ms. Neal-Post concurs with this motion and will continue to represent Defendant in this appeal in the United States Court of Appeals for the Tenth Circuit.

    4.    Counsel has consulted with James Braun, AUSA, who does not oppose herein.

    **WHEREFORE,** counsel requests that this Court authorize his withdrawal from this case in the United States Court of Appeals for the Tenth Circuit.

                                            GARY C. MITCHELL, P.C.
                                            P. O. Box 2460
                                            Ruidoso, New Mexico 88345
                                            (575) 257-3070

                                            ATTORNEY FOR DEFENDANT

## *Certificate of Service*

I hereby certify that I have caused to be emailed a true and correct copy of the foregoing to James Braun, and to Jody Neal-Post on this 28th day of March, 2008.

Gary C. Mitchell, P.C.