Print Form

## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

### PART I - To be completed by appellant within ten days of filing the notice of appeal

Short Title: USA v Jarvis    District: New Mexico
District Court Number: 1:05CR1849    Circuit Court Number: 08-2066
Name of Attorney: Jody Neal-Post
  Name of Law Firm: Jody Neal-Post
  Address of Firm: 317 Amherst SE, Albuquerque, NM 87106
  Telephone of Firm: 505.268.7263    Attorneys for: Dana Jarvis
Name of Court Reporter: Paul Baca    Telephone of Reporter: 505.843.9242

### PART II - COMPLETE SECTION A OR SECTION B
### SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
- [ ] A transcript is not necessary for this appeal, or
- [ ] The necessary transcript is already on file in District Court
- [ ] The necessary transcript was ordered previously in appeal number _____

### SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
(Specify the date and proceeding in the space below)

Voir dire: _____ ; Opening Statements: _____
Trial proceedings: _____ ; Instruction Cnf: _____
Jury Instructions: _____ ; Closing Arguments: _____
Post Trial Motions: _____ ; Other Proceedings: as noted at PP 8-17 of attached Designation of Record
(Attach additional pages if necessary)

- [ ] Appellant will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.

- [x] This case is proceeding under the Criminal Justice Act.
NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: _____    Date: April 1, 2008

### PART III - TO BE COMPLETED BY THE COURT REPORTER

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____    Date: _____

TRANSCRIPT ORDER FORM

A-8 Revised 8/01  Transcript Order Form

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff-Appellee, | ) District Court No. CR-05-1849 JH |
| v. | ) Court of Appeals No. 08-2066 |
| DANA JARVIS, | ) |
| Defendant-Appellant. | ) |

## DESIGNATION OF RECORD: Additional Sheets Reflecting Designations of Documents & Transcripts

Defendant Appellant Jarvis provides the following pages 2-3 of his Designation as his additional designations:

5. Doc. No. 1136, USA Surreply to Defendant's Motion to Dismiss;

6. Doc. No. 1130 USA Motion for leave to File Surreply;

7. **All** exhibits attached to any designated pleadings;

8. Transcript of October 27, 2005, R. 44 Hearing re: Dana Jarvis, pp. 14-47;

9. Transcript of January 19, 2006;

10. Transcript of February 23, 2006;

11. Transcript of August 11, 2006, Motion re: Unconstitutional Conditions Confinement & Motion to Release Assets;

12. Transcript of October 27, 2006 (Portion related to Emergency motion Doc No. 691);

13. Transcript of February 13, 2007;

14. Transcript of August 11, 2007;

15. Transcript of October 11, 2007;

16. Transcript of November 20, 2007 (Chief Magistrate Judge Garcia, presiding);

17. Transcript of November 20, 2007 (Honorable Judith Herrera, presiding);

18. Notebook of confidential materials submitted to Chief Magistrate Judge Garcia on December 12, 2007, entitled "USA v. Dana Jarvis, Submission of Privileged Documents for *In Camera* Review, pursuant to Order, Doc. 1158.

Jody Neal-Post, Counsel for Dana Jarvis

I hereby certify that a copy of this designation, with redacted docket sheets attached, was mailed to opposing counsel and the clerk of the court of appeals on April 1, 2008.

Jody Neal-Post

2