IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    Cause No. 05-CR-1849-JH

BILL JONES,

    Defendant

## BILL JONES' MOTION FOR JOINDER IN DEFENDANT DENNIS WILSON'S MOTION TO DISMISS WITHOUT PREJUDICE ON THE BASIS THAT THE CURRENT UNITED STATES ATTORNEY HAS BEEN UNCONSTITUTIONALLY APPOINTED

The defendant Bill Jones, through his attorney of record, pursuant to Rule 47 FRAP and 47.6 DNMLR, files this motion requesting joinder in the defendant Wilson's motion to dismiss without prejudice on the basis that the current United States Attorney has been unconstitutionally appointed, see doc #1207.

1.    Defendant Bill Jones incorporates by reference the factual statements, legal arguments, conclusions and joins further in all the relief requested by defendant Wilson.

2.    Counsel has contacted AUSA James Braun and he has no objection to the joinder by defendant Jones.

WHEREFORE, defendant Jones respectfully requests the Court to permit him to join in defendant Wilson's Motion to Dismiss Without Prejudice on the basis that the current U.S. Attorney has been unconstitutionally appointed.

        Respectfully submitted,

        <u>Electronically filed 2-11-08</u>
        VICTOR K. SIZEMORE
        Attorney for Defendant Jones
        P.O. Box 782
        Placitas, NM 87043
        (505) 867-10210
        (505) 867-6607

    I hereby certify that a true and accurate copy of the foregoing was emailed by CM/EDF to AUSA James Braun on this 11th day of February, 2008.

<u>Electronically filed 2-11-08</u>
Victor K. Sizemore