IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. No. 05-1849 JH |
| | ) |
| DANA JARVIS, | ) |
| | ) |
| Defendant. | ) |

UNITED STATES' RESPONSE TO DEFENDANT
DANA JARVIS'S MOTION TO RECONSIDER (DOC. 1249)

The United States hereby responds to defendant Dana Jarvis's "Motion to Reconsider the Court's Order at Doc. 1236 Regarding Mr. Jarvis' Motion for Relief from Interference with His Right to Present His Defense Due to Continuous Irregularities in the Electronic Case Docketing, Including Defendant's Inaccessibility to His Own Docket" (Doc. 1249).  The United States takes no position on the relief requested in defendant Jarvis's motion.

Respectfully submitted,

GREGORY J. FOURATT
United States Attorney

*/s/ James R.W. Braun*

JAMES R.W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of April, 2008, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

*/s/ James R.W. Braun*

JAMES R.W. BRAUN
Assistant U.S. Attorney