**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | April 07, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Gary C. Mitchell
P.O. Box 2460
Ruidoso, NM 88345-0000

Jody Neal-Post
317 Amhert S.E.
Albuquerque, NM 87106-0000

**RE:**   **08-2066, United States v. Jarvis**
Dist/Ag docket: 1:05-CR-1849-JCH-1

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:   Laura Fashing