FILED
United States Court of Appeals
Tenth Circuit

April 7, 2008

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

DANA JARVIS,

    Defendant - Appellant

No. 08-2066

---

ORDER

---

This matter is before the court on attorney Gary C. Mitchell's motion to withdraw as counsel for appellant. The motion is granted.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk