# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM  88001
(505) 528-1400
Fax (505)528-1425

April 11, 2008

Elisabeth Shumaker, Clerk
United States Court of Appeals
for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

Re: USA v. Dana Jarvis; 1:05-cr-1849-JH; USCA# 08-2066

Dear Ms. Shumaker,

Enclosed please find the record on appeal in the above-captioned case in eleven (11) volumes which consists of the following:

| | |
|---|---|
| Volume I | Pleadings |
| Volume II | Sealed Box with Notebooks I & II confidential materials re: order #1158 |
| Volume III | Transcript of Proceedings October 26, 2006 |
| Volume IV | Transcript of Proceedings January 19, 2006 |
| Volume V | Transcript of Proceedings held before Judge Garcia morning session November 20, 2007 |
| Volume VI | Transcript of Proceedings held before Judge Herrera afternoon session November 20, 2007 |
| Volume VII | Transcript of Proceedings October 11, 2007 |
| Volume VIII | Transcript of Proceedings February 13, 2007 |
| Volume IX | Transcript of Proceedings August 11, 2006 |
| Volume X | Transcript of Proceedings February 23, 2006 |
| Volume XI | Transcript of Proceedings October 27, 2005 |

Matthew J. Dykman
Clerk of the United States
District Court of New Mexico