# Certificate of Completion

This is to certify that

# Jody Neal-Post

has successfully completed the

*CM/ECF Comprehensive Application Training Class*

March 26, 2008

