**aar095**

| | |
|---|---|
| **From:** | aar095 [aar095@yahoo.com] |
| **Sent:** | Friday, April 04, 2008 4:08 PM |
| **To:** | 'james.braun@usdoj.gov' |
| **Subject:** | Hothan, Matthew (US v Jarvis 5cr1849-15 JH) |

USPO has been sitting on the PSIR on this case even though my office has pressured them. Matthew has served more time now than what the sentence guidelines contemplate. If you cannot exert pressure to proceed to sentencing, I am thinking I should move to withdraw the plea due to excessive sentencing delay? Not sure how to get this ball moving again.