UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**UNITED STATES** OF AMERICA,
      *Plaintiff,*

v.
            № 1:**05cr**0**1849**-15 JH

DANA **JARVIS**, et al,
      *Defendants.*

### DEFENDANT HOTHAN'S NOTICE OF WITHDRAWAL OF HIS 1276 *MOTION TO DISMISS ON SPEEDY TRIAL VIOLATION DUE TO UNREASONABLE DELAY IN SENTENCING*

TAKE NOTICE that defendant Matthew Hothan hereby withdraws his *Motion to Dismiss on Speedy Trial Violation Due to Unreasonable Delay in Sentencing*. Doc. 1276 filed on April 12, 2008. Should circumstances require, he reserves the right to raise the issue again at some future date.

            /s/ *Electronic signature*
            Stephen D Aarons
            Counsel for Defendant Hothan
            300 Catron Street, Suite A
            PO Box 1027
            Santa Fé NM 87504-1027
            505/984-1100; Fax: 505/984-1110

<u>Certificate of Service</u>
On the date of filing I caused an electronic copy of this pleading to be transmitted to counsel of record.

            /s/ Stephen D Aarons
            Counsel for Defendant