IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                 CR NO. 05-1849-JH

DANA JARVIS, et al.

      Defendants.

## NOTICE OF NON-AVAILABILITY

     **COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter from May 2, 2008 through May 7, 2008.

                                                     Respectfully submitted,

                                                     **MARTIN LOPEZ, III**
                                                     A Professional Corporation

                                                     Electronically filed April 15, 2008
                                                     Martin Lopez, III
                                                     Attorney for Defendant Berthod
                                                     1500 Mountain Rd. NW
                                                     Albuquerque, New Mexico 87104
                                                     Tele: (505) 243-2900

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via CM/ECF electronic notice to Assistant U. S. Attorney James Braun on this  15th  day of April, 2008.

Electronically filed April 15, 2008
Martin Lopez, III