IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                              CR NO. 05-1849-JH

DANA JARVIS, et al.

        Defendants.

### NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter. Counsel will be in trial on the matter of **U. S. A. v. Nick et al., United States District Court Cause No. CR-08-0052** from June 6, 2008 through June 16, 2008.

                                            Respectfully submitted,

                                            **MARTIN LOPEZ, III**
                                            A Professional Corporation

                                            Electronically filed April 15, 2008
                                            Martin Lopez, III
                                            Attorney for Defendant Berthod
                                            1500 Mountain Rd. NW
                                            Albuquerque, New Mexico 87104
                                            Tele: (505) 243-2900
                                            Fax: (505) 243-6339

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via CM/ECF electronic notice to Assistant U. S. Attorney James Braun on this  15th  day of April, 2008.

Electronically filed April 15, 2008
Martin Lopez, III