**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | April 15, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Jody Neal-Post
317 Amhert S.E.
Albuquerque, NM 87106-0000

**RE:**     **08-2066, United States v. Jarvis**
            Dist/Ag docket: 1:05-CR-1849-JCH-1

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act (18 U.S.C.A. 3006A). The CJA 20 voucher appointing you will be mailed and must be retained until the appeal is concluded. At that time, you must complete the voucher to claim compensation for services and reimbursement for expenses. Your claim for services must be supported by contemporaneous time records and must be reported in hours and tenths of hours. Expenses must be itemized and supported by appropriate documentation. The completed voucher should be returned to this office. If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for certiorari. If the client requests, and you believe a petition to be legally sound, you must file one with the clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services in petitioning for certiorari, you must attach a copy of the petition to your voucher.

Please note that briefing is suspended pending ruling on appellee's motion to dismiss appeal for lack of jurisdiction. See 10th Cir. R. 27.2(C).

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:     Laura Fashing