UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

*Clerk's Minutes*

*Before the Honorable Judith C. Herrera*

**CASE NO.** 05-1849 JH                                **DATE:** April 17, 2008

**TITLE:** *United States v. Matthew Hotthan*

**COURTROOM CLERK:** I. Duran                **COURT REPORTER:** J. Goehl-Sanchez
**PROBATION/PRETRIAL SERVICES OFFICER:** Andrew Selph

**COURT IN SESSION:** 11:07 A.M.              **COURT IN RECESS:** 11:17 A.M.

**TOTAL COURT TIME:** 10 minutes

**TYPE OF PROCEEDING:** Unopposed Motion to Modify Conditions of Release

**COURT'S RULINGS/DISPOSITION:** Ct. grants Deft's Unopposed Motion to Modify Conditions of Release. Deft released to La Pasada Halfway House.

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:** By the Court.

**DEADLINE FOR SUBMISSION OF ORDER TO COURT:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**

   James R.W. Braun                                          Stephen Aarons


**PROCEEDINGS:**

11:10 AM  Court in Session. Court calls case.

11:10 AM Counsel enter their appearances. Deft present.

11:10 AM Defense counsel addresses Ct. & notes that Pretrial Services Officer has secured placement at La Pasada Halfway House. Defense counsel states that he may later ask for placement w/his family & notes that deft will have a job. Defense counsel refers to deft's minimal criminal history & notes sentencing date of 7/1/08.

11:14 AM  Govt. has no objection to deft's motion & notes deft does not pose a danger to community & defers to the ruling of the Ct.

11:15 AM  Probation addresses Ct. & notes placement at La Pasada Halfway House.

11:15 AM  Ct. allows deft's release to La Pasada Halfway House & will allow Probation time to gather more information re: deft's release to his family. Ct. grants deft's Motion to Release Deft to La Pasada Halfway House.

11:16 AM  Govt. addresses Ct.

11:17 AM Ct in recess.