*UNITED STATES DISTRICT COURT*

*DISTRICT OF NEW MEXICO*

*Clerk's Minutes*

*Before the Honorable Judith C. Herrera*

CASE NO.  05-1849 JH                    DATE:  April 17, 2008

TITLE:  *United States v. Bill Jones*

COURTROOM CLERK:  I. Duran                    COURT REPORTER: J. Goehl-Sanchez
PROBATION/PRETRIAL SERVICES OFFICER:  Andrew Selph

COURT IN SESSION:  10:00 A.M.                    COURT IN RECESS:  10:07 A.M.

TOTAL COURT TIME:  7 minutes

TYPE OF PROCEEDING:  Deft's Unopposed Motion to Modify Conditions of Release

COURT'S RULINGS/DISPOSITION:  Ct. grants Deft's Unopposed Motion to Modify Conditions of Release.  Deft released to 3rd party custodian, Gayle Robinson.

ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:  By the Court.

DEADLINE FOR SUBMISSION OF ORDER TO COURT:

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):

 James R.W. Braun                         Victor K. Sizemore


PROCEEDINGS:

10:00 AM    Court in Session. Court calls case.

10:00 AM  Counsel enter their appearances. Deft. present.

10:01 AM  Defense counsel calls Gayle Robinson & states that Ms. Robinson would serve as 3rd Party Custodian.

10:02 AM  Witness Gayle Robinson SWORN.

10:02 AM  Ct. questions 3rd Party custodian, Gayle Robinson

10:03 AM  Ms. Robinson responds & states that she lives in Colorado.

10:03 AM  Defense counsel Sizemore addresses Ct. & gives history of 3rd Party custodian Robinson.  Defense
                counsel notes that Probation concurs with the request &  moves the Ct. to grant deft's motion.

10:05 AM  Govt. makes no comment.

10:05 AM  Ct. grants deft's unopposed motion & allows deft to be released to 3rd party custodian Gayle Robinson.

10:06 AM  Defense counsel makes inquiry as to when deft will be released.

10:07 AM  Probation responds.

10:07 AM  Ct. in recess.