IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| DANA JARVIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE STAY IN DISTRICT COURT ISSUE

THIS MATTER having come before the Court upon the Defendant's unopposed motion for an extension of time in which to respond to the issue of a stay in District Court, and the Court being otherwise fully advised in the premises FINDS that the motion is well taken and should be granted.

NOW, THEREFORE, it is hereby ordered that the Defendant's Dana Jarvis' response to the United States' Motion regarding a Stay in District Court of Proceedings is granted and an extension is granted for one week until May 9, 2008.

_____
UNITED STATES DISTRICT JUDGE

*/s/ Gary C. Mitchell*_____
Gary C. Mitchell P.C.
Attorney for Defendant
PO Box 2460
Ruidoso, NM 88355

*Approved by telephone 4/21/08*
Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM  87103