# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| **UNITED STATES OF AMERICA ,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **MELANIA KIRWIN,** ) <br> ) <br> **Defendant.** ) | Number: 05-1849 JH |

### ORDER ALLOWING SUBSTITUTION OF COUNSEL

THIS MATTER having come before this Court on a Motion for Substitution of Counsel from Defendant, Melania Kirwin and the Court being fully apprized in the premises FINDS:

1.   The motion is well-taken.

THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED that Rudolph B. Chavez shall be allowed to substitute as counsel for the above referenced Defendant.

_____
HONORABLE JUDGE JUDITH C. HERRERA

Submitted by:
s/submitted electronically
**RUDOLPH B. CHAVEZ**				John F. Moon Samore, Esq.
Attorney for Defendant				P.O. Box 1993
2014 Central Ave. SW				300 Central SW, Ste. #2500W
Albuquerque, NM 87104				Albuquerque, NM 87103-1993
(505) 242-5500   (505)242-3250 Fax		(505)244-0450     (505)938-1302  Fax