IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.

                                                                                      CR No. 05-1849 JH

**DANA JARVIS,**

      **Defendant.**

## NOTICE OF NON-AVAILABILITY

Jody Neal-Post, co-counsel for Defendant Dana Jarvis, hereby gives notice of her non-availability from Monday, June 16, 2008 through Monday, July 7, 2008, to visit and attend to her terminally ill sister in Los Angeles.

Counsel respectfully requests no briefings deadlines be scheduled to fall within this time period nor immediately thereafter and that any hearings be scheduled only before or after co-counsel's period of non-availability, to ensure proper representation of the Defendant, Mr. Jarvis.

                                              Respectfully submitted by:

                                              *Electronically Filed*
                                              */s/*
                                                  *May 23, 2008*
                                              By_____
                                              Jody Neal-Post, Esq.
                                              317 Amherst SE
                                              Albuquerque, NM 87106
                                              (505) 268.7263

I hereby certify that a true and correct copy of
the foregoing pleading was delivered to opposing
counsel via the CM/ECF system this 23rd of May, 2008.

2

*Electronically Filed*

_____
Jody Neal-Post.