IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

                                     CR No. 05-1849 JH

vs.

DANA JARVIS,

       Defendant.

## LIMITED ENTRY OF APPEARANCE

Attorney Ray Twohig, hereby enters his appearance on behalf of Jody Neal-Post, for the limited purpose of representation concerning Defendant Jarvis' First Motion To Reconsider The Court's Order At Doc. 1236 Regarding Mr. Jarvis' Motion For Relief From Interference With His Right To Present His Defense Due To Continuous Irregularities In The Electronic Case Docketing, Including Defendant's Inaccessibility To His Own Docket.

                              Respectfully submitted,

                              RAY TWOHIG, P.C.

                              /s/ Ray Twohig

                              _____

                              Ray Twohig
                              Attorney for Jody Neal-Post
                              8998 Rio Grande Blvd., N.W.
                              Albuquerque, NM  87114
                              Phone: 505/898-0400
                              Fax: 505/898-0004
                              Email: rambaud@flash.net

I hereby certify that on the 29th day
of May, 2008, I filed the fore-
going electronically through the
CM/ECF system, which caused
all counsel of record to be served
by electronic means, as more
fully reflected on the Notice of
Electronic Filing.


/s/ Ray Twohig

_____

Ray Twohig