IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            CR No. 05-1849 JH

DANA JARVIS,

    Defendant.

## MOTION FOR CONTINUANCE

    Jody Neal-Post, through her attorney, Ray Twohig, moves this Court for an order continuing the motion hearing currently set for Tuesday, June 3, 2008, at 1:30 p.m. on the ground that undersigned counsel is scheduled for jury selection in the matter of <u>State of New Mexico vs. Salcido</u>, First Judicial District Court No. CR 2006-0670, before Judge Stephen Pfeffer in Santa Fe, New Mexico on the same date and time as this matter.

    Assistant U.S. Attorney James R. W. Braun is out of his office until June 2, 2008, and undersigned counsel is currently unable to determine his position on this motion.

                          Respectfully submitted,

                          RAY TWOHIG, P.C.

                          /s/ Ray Twohig

                          _____
Ray Twohig
Attorney for Jody Neal-Post
8998 Rio Grande Blvd., N.W.
Albuquerque, NM  87114
Phone: 505/898-0400
Fax: 505/898-0004
Email: rambaud@flash.net

I hereby certify that on the 29th day of May, 2008, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Ray Twohig
_____
Ray Twohig