UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　　　　　May 28, 2008　　　　　　　　　　　Douglas E. Cressler
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Ms. Laura Fashing
Office of the United States Attorney
P.O. Box 607
Albuquerque, NM 87103-0000

Ms. Jody Neal-Post
317 Amhert S.E.
Albuquerque, NM 87106-0000

Mr. Matthew Dykman
United States District Court for the District of New Mexico
333 Lomas N.W.
Albuquerque, NM 87102

**RE:**　　**08-2066, United States v. Jarvis**
　　　　　　Dist/Ag docket: 1:05-CR-1849-JCH-1

Dear Counsel and Clerk:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly. Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　*Elisabeth A. Shumaker*

　　　　　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

EAS/sds