IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                  CR NO. 05-1849-JH

DANA JARVIS, et al.

        Defendants.

## NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter from June 19, 2008 through June 25, 2008.

                                                  Respectfully submitted,

                                                  **MARTIN LOPEZ, III**
                                                  A Professional Corporation

                                                  Electronically filed June 4, 2008
                                                  Martin Lopez, III
                                                  Attorney for Defendant Berthod
                                                  1500 Mountain Rd. NW
                                                  Albuquerque, New Mexico 87104
                                                  Tele: (505) 243-2900
                                                  Fax: (505) 243-6339

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via CM/ECF electronic notice to Assistant U. S. Attorney James Braun on this  4th  day of June, 2008.

Electronically filed June 4,  2008
Martin Lopez, III