FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 1 1 2008

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

Criminal No. 05-1849 JH

MIKE HANNAH
        Defendant.

## UNOPPOSED ORDER MODIFYING CONDITIONS OF RELEASE

THE COURT, having considered Unopposed Motion by Defendant Mike Hannah to modify the conditions of his pre-trial release to permit the release of the posted bond to Carol L. Huntington and to permit Mr. Hannah to remain released on his own recognizance (Doc. 1333), and there being no opposition from counsel for the United States Attorney, Assistant James R.W. Braun;

NOW THEREFORE IT IS ORDERED that the conditions of Defendant Mike Hannah's release are hereby modified to allow Mr. Hannah to be released on his own recognizance, and that all other conditions of pre-trial release previously imposed shall remain in effect;

IT IS FURTHER ORDERED that the bail posted in this case on September 2, 2005 in the United States District Court for the District of Kansas in the amount of $10,000 shall be released and returned to Carol L. Huntington, the individual who initially posted the bail on behalf of Mr. Hannah;

IT IS SO ORDERED.

*[signature]*
THE HONORABLE LORENZO F. GARCIA
CHIEF U.S. MAGISTRATE JUDGE

Submitted by:
/s/ (submitted electronically 6-10-08)
Brian A. Pori, Counsel for Defendant Mike Hannah
Telephonic Approval 6-10-08
AUSA James R.W. Braun, Counsel for the United States