IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                                            No. 05-cr-1849 JH

**DANA JARVIS, et. al,,**
**MANUEL GIL,**

      Defendant.

## STIPULATED MOTION CONTINUE SENTENCING

**COMES NOW** the Defendant, MANUEL VELASQUEZ-GIL, by and through his attorneys, Timothy M. Padilla & Associates, P.C., by Timothy M. Padilla and respectfully motions this Court for an Order continuing the Sentencing in this matter currently set for July 29, 2008. As grounds therefore, counsel states:

1. The Defendant is not in custody, and has been in complete compliance with Pre-Trial Services Probation;

2. That the Pre-Sentence Report for the Defendant has not yet been completed;

3. That Counsel for the Defendant, upon receipt of the Pre-Sentence Report, will need additional time in which to review the report and respond, if necessary;

4. That Assistant U.S. Attorney, James Braun, stipulates with this motion.

**WHEREFORE** Counsel for the Defendant prays that the Court grant this Stipulated Motion to Continue the Sentencing issue an Order for the removal of the electronic monitoring device and for such other relief as the Court deems just and proper.

                                                           Respectfully submitted:

                                                           */s/ Timothy M. Padilla*

>Timothy M. Padilla
>*Attorney for Manuel Velasquez-Gil*
>1412 Lomas Blvd. N.W.
>Albuquerque, NM 87104
>(505) 842-0392 Fax (505) 842-0686

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading was filed and delivered electronically through the CM/ECF system to all parties entitled to notice, this 19th day of June, 2008.

>*/s/ Timothy M. Padilla*
>Timothy M. Padilla