UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**UNITED STATES** OF AMERICA,
     *Plaintiff,*

v.             № 1:**05cr01849**-15 JH

DANA **JARVIS**, et al,
     *Defendants.*

## DEFENDANT HOTHAN'S UNOPPOSED *MOTION TO CONTINUE SENTENCE HEARING*

DEFENDANT MATTHEW HOTHAN, in support of his unopposed *Motion to Continue Sentence Hearing*, states

1. On June 12, 2008, the court has scheduled defendant's sentence hearing for July 1, 2008 at 1:30 p.m. Doc. 1335.

2. Defense counsel will be out of the country from 27 June until Monday, 14 July 2008.

3. AUSA Braun does not oppose the relief requested in this motion.

WHEREFORE defendant Hothan requests that the court:

A. Vacate the sentence hearing and reset at a time convenient for all parties before 27 June or after 14 July 2008; and,

B. Grant such further relief as justice requires.

          */s/ Electronic Signature*
          Stephen D Aarons

Counsel for Defendant Hothan
300 Catron Street; PO Box 1027
Santa Fé NM 87504-1027

### Certificate of Service

A copy of this motion has been provided electronically to opposing counsel:

| James R Braun, Assistant US Attorney<br>Dist of New Mexico<br>Post Office Box 607<br>Albuquerque NM 87103-0607 | */s/* Stephen D Aarons<br>Counsel for Defendant Hothan |
|---|---|