IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )  Plaintiff,  )  )  vs.  )  )  AYLA JARVIS, et al.,  )  )  Defendants.  ) | CR No. 05-1849 JH |

ORDER GRANTING THE UNITED STATES MOTION FOR LEAVE TO FILE SURREPLY RE: "DEFENDANT AYLA JARVIS'S MOTION FOR A BILL OF PARTICULARS AS TO COUNT 3 AND THE FORFEITURE ALLEGATION" (DOC. 904)

THIS MATTER having come before the Court upon the United States' Unopposed Motion for Leave to File Surreply Re: "Defendant Ayla Jarvis's Motion for a Bill of Particulars as to Count 3 and the Forfeiture Allegation" (Doc. 904) and the Court being otherwise fully advised in the premises FINDS that the motion is well taken and should be granted.

NOW, THEREFORE, it is hereby ordered that the United States' may file its Surreply to Defendant Ayla Jarvis's Motion for a Bill of Particulars as to Count 3 and the Forfeiture Allegation (Doc. 713).

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE