UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         Cause No. 05 CR 1849 JH

ADRIAN SANFORD,

        Defendant.

**FIRST AMENDED**
**UNOPPOSED MOTION TO AUTHORIZE OUT OF STATE TRAVEL**

COMES NOW the Defendant, Adrian Sanford, by and through his counsel of record, Robert R. Cooper, and respectfully requests that this Court enter an Order amending Mr. Sanford's authorization to travel out of state and as grounds, Counsel for Defendant states:

1.   Mr. Sanford is charged as a co-defendant in a four count Superseding Indictment filed on April 25, 2006.

2.   A Motion requesting authorization for Mr. Sanford to travel on Sunday, July 6, 2008 from his home in Tucson, Arizona to California for the purpose of a family vacation and to return to his home in Tucson, Arizona on Wednesday, July 9, 2008 was filed on July 2, 2008.

3.   Mr. Sanford has contacted the undersigned counsel informing counsel of a change in the travel schedule from the previously requested dates in the Unopposed Motion to Authorize Out of State Travel filed on July 2, 2008, to the new travel dates of July 19, 2008 through July 23, 2008.

4.   Mr. Sanford has maintained contact with the undersigned attorney and is doing well under Pretrial Supervision.  Mr. Sanford is not a flight risk.

5.      The undersigned counsel has contacted Assistant United States Attorney James Braun regarding this Motion.  Mr. Braun has indicated that the Government does not oppose this Motion.

6.      The undersigned counsel has also contacted United States Probation Officer Gabe Gutierrez in Tucson, Arizona.  Mr. Gutierrez does not oppose this Motion.

WHEREFORE, Defendant Adrian Sanford respectfully requests that this Court enter an Order allowing Mr. Sanford to travel from his home in Tucson, Arizona to California for the purpose of a family vacation from Saturday, July 19, 2008 to Wednesday, July 23, 2008.

/s/
ROBERT R. COOPER
Counsel for Defendant
1011 Lomas Blvd. NW
Albuquerque, New Mexico  87102
(505) 842-8494

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James Braun
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico, 87103

/s/
ROBERT R. COOPER