UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 05-1849 JH | USA vs. | Hotthan |
| Date: | July 29, 2008 | Name of Deft: | Matthew Hotthan |
| Before the Honorable | Judith C. Herrera | | |

| | | | |
|---|---|---|---|
| Time In/Out: | 11:43 a.m. - 12:03 a.m. (20 minutes) | Type of Proceeding: | Sentencing - Non Evidentiary |
| Clerk: | I. Duran | Court Reporter: | P. Baca |
| AUSA: | James Braun | Defendant's Counsel: | Stephen D. Aarons |
| Sentencing in: | Albuquerque, New Mexico | Interpreter: | None |
| Probation Officer: | Anthony Galaz | Sworn? | Yes / No |
| Convicted on: | **x** Plea / Verdict | As to: | **x** Information / Indictment |
| If Plea: | **x** Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | |
| Date of Plea/Verdict: | June 6, 2007 | PSR: | **x** Not Disputed / Disputed |
| PSR: | **x** Court Adopts PSR Findings | Evidentiary Hearing: | **x** Not Needed / Needed |
| Exceptions to PSR: | | | |

### SENTENCE IMPOSED
Imprisonment (BOP): 953 days or time served, whichever is less

| Supervised Release: | 3 years | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulations | | Community service for ____ months ____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house ____ months ____ days |
| **x** | Participate in substance abuse program/drug testing | | Register as sex offender |
| **x** | Participate in mental health program | | Participate in sex offender treatment program |
| **x** | No alcohol/liquor establishments | | Possess no sexual material |
| **x** | Submit to search of person/property | | No computer with access to online services |
| **x** | No contact with co-Deft(s) | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| **x** | OTHER: Standard & Mandatory Conditions: Participate & submit in DNA collection; No firearms; Deft shall reside at the Halfway House for 37 days as a condition. | | |

| Fine: | $ **0** | Restitution: | $ | |
|---|---|---|---|---|
| SPA: | $ 100.00 ($100 as to each Count) | Payment Schedule: | **x** Due Immediately | Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| **x** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **x** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS | Defense counsel addresses Ct. & has no objections to PSR. Ct. accepts deft's plea of guilty. Defense asks for a minor variance of less than 30 days. Defense notes his progress at Halfway House & requests that the deft be allowed to leave the Halfway House to work at other employment. Defense tenders an evaluation on deft's progress. Deft addresses Ct. Ct. notes deft's family present in Court. Govt. addresses Ct. & does not oppose a sentence of time-served. Probation approaches bench.. Bench conference held.   Ct has reviewed PSR & findings & considers sentencing guidelines & 3553 factors. Ct. notes deft's history & characteristics. Ct. grants a variance under 3553. Ct. imposes sentence. Deft will stay at La Pasada for 37 days as a condition. |