UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| CR No. | 05-1849 JH | | | USA vs. | Montoya | |
|---|---|---|---|---|---|---|
| Date: | August 7, 2008 | | | Name of Deft: | Lloyd Montoya | |
| Before the Honorable | | Judith C. Herrera | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Time In/Out: | 10:23 am - 10:36 a.m.(13 minutes) | | | Type of Proceeding: | Sentencing - Non Evidentiary | | |
| Clerk: | I. Duran | | | Court Reporter: | P. Baca | | |
| AUSA: | James Braun | | | Defendant's Counsel: | Roberto Albertorio | | |
| Sentencing in: | Albuquerque, New Mexico | | | Interpreter: | None | | |
| Probation Officer: | Anthony Galaz | | Sworn? | | Yes | | No |
| Convicted on: | **x** Plea | Verdict | As to: | **x** Information | | Indictment | |
| If Plea: | **x** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| Date of Plea/Verdict: | June 27, 2007 | | PSR: | **x** Not Disputed | | Disputed | |
| PSR: | x Court Adopts PSR Findings | | Evidentiary Hearing: | **x** Not Needed | | Needed | |
| Exceptions to PSR: | | | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): 60 months |
|---|---|

| Supervised Release: | 4 years | Probation: | | **x** 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| **x** | Participate in substance abuse program/drug testing | | Register as sex offender |
| **x** | Participate in mental health program | | Participate in sex offender treatment program |
| **x** | No alcohol/liquor establishments | | Possess no sexual material |
| **x** | Submit to search of person/property | | No computer with access to online services |
| **x** | No contact with co-Deft(s) | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| **x** | OTHER: Standard & Mandatory Conditions: Participate DNA collection & No firearms | | |

| Fine: $ | **0** | | Restitution: $ | | |
|---|---|---|---|---|---|
| SPA: $ | 100 | ($100 as to each Count) | Payment Schedule: | x Due Immediately | Waived |
| OTHER: | | | | | |

| | Advised of Right to Appeal | x | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| | Held in Custody | x | Voluntary Surrender (3 months) |
| **x** | Recommended place(s) of incarceration: | | FCI, Florence, CO |
| | Dismissed Counts: | | |

| OTHER COMMENTS | Defense counsel addresses Ct. & notes deft's family present in the Courtroom.  Defense has no objections to PSR.  Ct. accepts deft's guilty plea & accepts plea agreement.  Defense notes deft has began rehabilitation & asks for a minimum sentence & for the 500 hour drug program & placement at Florence, CO facility; as well as for voluntary surrender of 3 months.  Deft addresses Ct. Govt. addresses Ct. & does not opposes low-end of sentence nor voluntary surrender.   Ct. has reviewed the PSR, its findings & has considered the sentencing guidelines & 3553 & imposes sentence.  Ct. grants voluntary surrender for 3 months. |
|---|---|