**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                    CR-05-1849 JH

vs.

DAVID REID,

    Defendant.


NOTICE OF WITHDRAWAL OF DOCUMENT #1373

Defendant David Reid, by his counsel undersigned, hereby withdraws document number 1373, filed August 15, 2008, which is entitled "Second Motion for Modification of Conditions Of Release (Unopposed)." Document no. 1373 is a previously-filed motion which, through an error in counsel's office was inadvertently re-filed instead of the motion that counsel directed

-1-

to be filed. The correct motion is being filed contemporaneously herewith. Counsel apologizes for this error.

RESPECTFULLY SUBMITTED this 19th day of August, 2008

LAW OFFICES OF
NASH & KIRCHNER, P.C.

BY /S/ Walter Nash
   WALTER NASH
   Attorney for Defendant Reid

CERTIFICATE OF SERVICE
I hereby certify that on this 19th day of August, 2008, I filed the foregoing notice electronically through the CM/ECF system, which caused counsel for the Government and other parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing. I further certify that I caused copies of this pleading to be sent to:

Ms. Monica Hoyle
(PTS, New Mexico) by email at
monica_hoyle@nmcourt.fed.us

Ms. Claudette Thomas (PTS, Arizona) by email at claudette_thomas@azd.uscourts.gov

Electronically filed

Walter Nash

-2-