**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-05-1849-8 JCH |
| vs. | |
| DAVID REID, | |
| Defendant. | |

### THIRD MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE (UNOPPOSED)

Defendant David Reid, by his counsel undersigned, hereby moves this Court for an Order modifying his conditions of release, which were previously set.  Pretrial Services has made the recommendation Mr. Reid be released on his own recognizance.  Mr. Reid has been on pretrial supervision for several years now and counsel is informed that he has not had any problems.  He has been subject to random urinalysis, and has not had any positive tests.  In any event, he will continue to be subject to

random urinalysis for his employment as a pilot.  He is already allowed to travel outside of the United States, and has done so and returned several times, demonstrating that he is not a flight risk.  There is no allegation that he presents a danger.  Accordingly, pre-trial supervision is not required.

Counsel has contacted Ms. Monica Hoyle, the supervising Pre-Trial Services officer in Albuquerque, and Ms. Claudette Thomas, the Pre-Trial Services Officer in Phoenix, Arizona who is providing courtesy supervision.  Neither has any objection to this request.  James Braun, the Assistant United States Attorney handling this matter, also has no objection to the entry of this Order.  Therefore, the Court is respectfully urged to modify Mr. Reid's conditions to release on his own recognizance.

Because there is no objection from the Government, no hearing is requested on this matter.

RESPECTFULLY SUBMITTED this 19th day of August, 2008.

LAW OFFICES OF
NASH & KIRCHNER, P.C.

BY /s/ Walter Nash
   WALTER NASH
   Attorney for Defendant Reid

CERTIFICATE OF SERVICE
I hereby certify that on this 19th day of August, 2008, I filed the foregoing motion electronically through the CM/ECF system, which caused counsel for the Government and other parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.  I further certify that I caused copies of this pleading to be sent to:

-2-

1  Ms. Monica Hoyle
   (PTS, New Mexico) by email at
2  monica_hoyle@nmcourt.fed.us

   Ms. Claudette Thomas (PTS, Arizona) by
3  email at claudette_thomas@azd.uscourts.gov

4  Electronically filed

5  Walter Nash