UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| CR No. | 05-1849 JH | USA vs. | Kirwin |
|---|---|---|---|
| Date: | August 21, 2008 | Name of Deft: | Melania Kirwin |

| | Before the Honorable | Judith C. Herrera | |
|---|---|---|---|

| Time In/Out: | 10:51 am -11:11 am. (20 minutes) | Type of Proceeding: | Sentencing - Non Evidentiary |
|---|---|---|---|
| Clerk: | I. Duran | Court Reporter: | P. Baca |
| AUSA: | James Braun | Defendant's Counsel: | John Samore |
| Sentencing in: | Albuquerque, New Mexico | Interpreter: | None |

| Probation Officer: | Mindy Pirkovic | Sworn? | Yes | | No | |
|---|---|---|---|---|---|---|

| Convicted on: | **x** | Plea | | Verdict | As to: | Information | **x** | Superceding Indictment |
|---|---|---|---|---|---|---|---|---|

| If Plea: | **x** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | |
|---|---|---|---|---|---|---|

| Date of Plea/Verdict: | February 22, 2007 | PSR: | **x** | Not Disputed | | Disputed |
|---|---|---|---|---|---|---|

| PSR: | x | Court Adopts PSR Findings | Evidentiary Hearing: | **x** | Not Needed | | Needed |
|---|---|---|---|---|---|---|---|

| Exceptions to PSR: | |
|---|---|

## SENTENCE IMPOSED

Imprisonment (BOP): 12 months + 1 day

| Supervised Release: | 3 years | Probation: | | | 500-Hour Drug Program |
|---|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulations | | Community service for ___ months ___ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house ___ months ___ days |
| **x** | Participate in substance abuse program/drug testing | | Register as sex offender |
| | Participate in mental health program | | Participate in sex offender treatment program |
| **x** | No alcohol/liquor establishments | | Possess no sexual material |
| **x** | Submit to search of person/property | | No computer with access to online services |
| **x** | No contact with co-Deft(s) | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| **x** | OTHER: Standard Conditions: Submit to DNA collection & No firearms | | |

| Fine: | $ | 0 | Restitution: $ | |
|---|---|---|---|---|
| SPA: | $ | 100          ($100 as to each Count) | Payment Schedule: | x | Due Immediately | | Waived |

| OTHER: | Deft forfeits his rights, title & interest. |
|---|---|

| | Advised of Right to Appeal | x | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| | Held in Custody | x | Voluntary Surrender within 60 days |
| **x** | Recommended place(s) of incarceration: | New Mexico (Sandoval County or closest facility to NM to be close to her family) |
| | Dismissed Counts: | |

| OTHER COMMENTS | Ct. reviewed PSR & a number of letters stated on the record. Defense counsel addresses Ct. & has no objections to PSR.  Ct. notes deft's guilty plea was accepted by the Magistrate Judge & Ct. will accepts plea agreement.  Defense asks for incarceration in or near New Mexico & asks the Ct. to allow boyfriend Gerald Peralta address the Ct.  Govt. defers to the Ct.  Gerald Peralta addresses Ct. Deft addresses Ct.  Defense counsel re-addresses Ct.  & asks for recommendation in Phoenix, AZ & asks for a 60 day voluntary surrender.   Govt. addresses Ct.  Probation makes no comment.  Ct. holds bench conference w/Probation.. Ct. adopts PSR, considers sentencing guidelines & notes that deft meets criteria under 3553.  Ct.  imposes sentence. |