IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                CR 05-1849 LH

DAVID REID,

      Defendant.

**UNOPPOSED ORDER MODIFYING CONDITIONS OF RELEASE**

THIS MATTER having come before the Court upon the Defendant's Third Unopposed Motion for Modification of Conditions of Release. The Court having considered the recommendation by Pretrial Services, and the Government having no objection to the motion, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. David Reid's Third Motion for Modification of Conditions of Release (Unopposed) [Doc. 1376] is granted.

2. David Reid shall be released on his own recognizance.

3. David Reid shall continue to submit to random urinalysis for his employment as a pilot.

4. All other conditions shall remain in effect.

JUDITH C. HERRERA
United States District Judge

Request by:
Walter Nash
Attorney for David Reid


No objection by:                             No objection by:
James Braun, AUSA                       Monica Hoyle & Claudette Thomas
Attorney for Plaintiff                       United States Pretrial Service Officers