**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Number: CR-05-1849 JH |
| ) | |
| RAFAL MISTRZAK, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR CONTINUANCE**

COMES NOW Defendant Rafal Mistrzak, by and through his counsel of record, Rudolph B. Chavez, and with the concurrence of United States Assistant Attorney James Braun, requests that this Honorable Court grant an order continuing this cause of action from its sentencing hearing on Friday August 29th, 2008 at 9:30 a.m. before the Honorable Judith C. Herrea and as grounds therefore states:

1. United States Assistant Attorney James Braun will not be available for sentencing on Friday August 29th, 2008 at 9:30.

2. The pre-sentence report was prepared and arrived in insufficient time to be able to file any amendments or objections.

3. Concurrence was sought from opposing counsel and was granted.

WHEREFORE Defendant requests this Court continues the sentencing hearing set for Friday August 29th, 2008 at 9:30 a.m. before the Honorable Judith C. Herrea.

                                                _____
                                                RUDOLPH B. CHAVEZ
                                                Attorney for Defendant
                                                2014 Central SW
                                                Albuquerque, NM  87104
                                                (505) 242-5500

I hereby certify that a true and correct copy of the foregoing was hand-delivered/mailed/faxed/place in the DA's incoming box on this _____ day of _____, 20_____.

_____
RUDOLPH B. CHAVEZ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>RAFAL MISTRZAK,  )<br>)<br>Defendant.  ) | Number: CR-05-1849 JH |

### ORDER OF CONTINUANCE

THIS MATTER having come before the Court upon Defendant's Motion for Continuance by and through Defendant's attorney, Rudolph B. Chavez, and the Court having been fully advised in the premises, finds that the sentencing hearing set for Friday August 29th, 2008 at 9:30 a.m. is hereby continued.

_____
Honorable JUDITH C. HERREA

Submitted by:


_____
RUDOLPH B. CHAVEZ
Attorney for Defendant
2014 Central SW
Albuquerque, NM 87104
(505) 242-5500


Approved:


Telephonic Concurrence
_____
JAMES BEAUN
Assistant Unites States District Attorney
PO Box 607
Albuquerque, NM 87103