IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff(s),

-vs-
                                                      CR-05-01849  JH

RAFAL MISTRZAK,

        Defendant(s).

## NOTICE OF DEFICIENCY

**ATTN:  Rudolph B. Chavez**

        Please be advised that the pleading(s) electronically filed in this matter are incorrect for the following reasons(s):

1.    ( )   Document e-filed in wrong case

2.    ( )   Case number and/or case caption is incorrect

3.    ( )   Document e-filed with account not matching name listed as signor of document

4.    ( )   Document linked incorrectly

5.    ( )   Incorrect document type was  selected

6.    ( )   Incorrect party role selected

7.    ( )   Incorrect party added to the case

8.    **(x)**   **Document [1385] not in compliance with CM/ECF Administrative Procedures Manual  re: "Proposed Orders"**  also, the signature page (page 2)  is incorrect format (Horizontal) needs to be vertical format.

9.    ( )   Document  is illegible

10.    ( )   Leave of court required on documents

11.   ( )   Party not added to the case

12.   ( )   Incorrect PDF document attached

13.   ( )   Party(ies) not terminated

14.   ( )   Other**:**

TYPE OF ACTION:

1.   ( )   Action by the Court required

2.   **(X )**   Action by the Filer: *Rudolph B. Chavez,*  Attorney for Defendant Rafal Mistrzak

      ( )   Refile document in correct case

***   **(X)**   **Refile** a corrected document without attaching "proposed order" ***

      ( )   Refile document when leave of the court is granted

      ( )   Refile document  using correct case number & case caption

      **( )**   No further action required

***   (X)   Other: **Send "Proposed Orders" via judge's e-mail box. ***

        Please be advised that failure to correct the above-noted deficiencies **WITHIN THREE (3) DAYS OF THE DATE OF THIS NOTICE** may result in the pleading(s) being stricken from the record.

                                                                    electronically filed                              
                                                                    MATTHEW J. DYKMAN
                                                                    CLERK, U.S. DISTRICT COURT