# Attachment A

The following documents have not been provided in the course of discovery in *United States v. Dana Jarvis, et al.*, Cr. No. 05-1849 JH.  Alternatively the government has not provided the authority under which one or more of the below exhibits have been withheld from disclosure to the Defendants:

    Exhibit 1
    Exhibit 4
    Exhibit 5
    Exhibit 6
    Exhibit 7
    Exhibit 8
    Exhibit 12
    Exhibit 14
    Exhibit 16
    Exhibit 20
    Exhibit 21
    Exhibit 22
    Exhibit 23
    Exhibit 27
    Exhibit 31
    Exhibit 32
    Exhibit 35
    Exhibit 42
    Exhibit 60
    Exhibit 61
    Exhibit 62
    Exhibit 66
    Exhibit 73
    Exhibit 74
    Exhibit 91
    Exhibit 92
    Exhibit 93
    Exhibit 98 or higher