# Attachment B

The following exhibits comprise pages which have not been provided in the course of discovery in *United States v. Dana Jarvis, et al.*, Cr. No. 05-1849 JH.  Alternatively the government has not provided the authority under which one or more of the below exhibit pages have been withheld from disclosure to the Defendants:

| EXHIBIT FOOTER | MISSING |
|---|---|
| 2-D.Jarvis-9421 | 1-12 |
| 9-Wasington mutual/5 Lauro/B. Hanna | 1 |
| 10-6751 Vah Ki Inn | 1-3 |
| 11-1119 Vahki inn | 1-5 |
| 13- Popular Mtb/13Enebro | 1 |
| 17-Option/9227Weaver/Reid | 1-4 |
| 19-Ntl City Mtg/138Berger/Hanna | 1-5 |
| 28-1st American/Cielo visits | 1-2 |
| 29-Community/Fitzner/Jarvis-1353/1007/3747 | 1-4 |
| 35-B of A/Hanna/0640 | 1-3 |
| 37-B of A/arvis/2265 | 1-7 |
| 38-B of A/Jarvis/2936 | 65-200 |
| 40-Accredited/9227 Weaver/Reid | 1-7 |
| 41-Citibank/B. Hanna/7497 | 1 |
| 43-1ST State/Jarvis/4527 | 2-99 |
| 45-1st State/Jarvis/Liquor lic | 1 |
| 46-Washington mutual/142Half/B. hanna | 1-3, 6 |
| 48-Countrywide/612 Gomez#1/B. Hanna | 1-3 |
| 49-Compas/M. Hannah/87080587 | 1-4 |
| 55-B of A/Jarvis/8357 | 1 |
| 58-Wells fargo/B. Hanna/6673 | 1-10 |
| 59-B of A/CC/Reid/0474 | 1-4, 54-99 |
| 63-county records/Club rhythm/ | 1-6 |
| 65-Merrick bank/Jarvis/0077 | 1-2 |
| 67B of A/cc/Jarvis/8361 | 1-3 |
| 68-Equicredit/1440 Cielo vista/Jarvis | 1-3 |
| 69-US bank/Jarvis/trust acct | 1 |
| 78-Sunstate/Reid/1021/1012 | 1-4 |
| 80-Wells Fargo/B. Hanna/2157896 | 1-2 |
| 83-Lane Aviaton-Ohio/N3AJ/Reid & Jarvis | 1 |
| 84-JP Morgan bank one/M. Hannah/4836, 1745, 1604, 9795 | 1 |
| 85-Mossman CPA/Jarvis tax returns/ | 1-532 |
| 87-Wash mutual/Reid/9566 | 1 |