# Attachment D

The following matrix lists documentary discovery released to Defendants to date in *United States v. Dana Jarvis, et al.*, Cr. No. 05-1849 JH.

**AUSA Discovery Letters**
    2005 09-09 Discovery Cover Letter
    2005 11-18 Discovery Cover Letter
    2005 12-06 Discovery Cover Letter
    2005 12-08 Discovery Cover Letter
    2006 01-11 (1) Discovery Cover Letter
    2006 01-11 (2) Discovery Cover Letter
    2006 01-25 Discovery Cover Letter
    2006 03-10 Discovery Cover Letter
    2006 03-14 Discovery Cover Letter
    2006 03-23 Discovery Cover Letter
    2006 04-03 (1) Discovery Cover Letter
    2006 04-03 (2) Discovery Cover Letter
    2006 05-25 Discovery Cover Letter
    2006 05-26 Discovery Cover Letter
    2006 07-11 (1) Discovery Cover Letter
    2006 07-11 (2) Discovery Cover Letter
    2006 07-11 (3) Discovery Cover Letter
    2006 07-11 (4) Discovery Cover Letter
    2006 07-25 Discovery Cover Letter
    2006 09-05 Discovery Cover Letter
    2006 09-21 Discovery Cover Letter
    2006 10-27 Discovery Cover Letter
    2006 11-28 (1) Discovery Cover Letter
    2006 11-28 (2) Discovery Cover Letter
    2006 11-30 Discovery Cover Letter
    2007 01-10 Discovery Cover Letter

    2007 01-26 Discovery Cover Letter
    2007 02-06 Discovery Cover Letter
    2007 04-25 Discovery Cover Letter
    2007 07-19 (1) Discovery Cover Letter
    2007 07-19 (2) Discovery Cover Letter
    2007 09-06 Discovery Cover Letter
    2007 09-27 Discovery Cover Letter

2008 02-08 Discovery Cover Letter

## Counter Narcotics Alliance
    3.949-3.955 Counter Narcotics Alliance (#050507045)
    3.956-3.1298 Counter Narcotics Alliance (#031101012)

## Customs
    3.568-3.569 Fax

## DEA (Indiana)
    11.22-11.26 Indiana DEA Ex N-3 (DEA-6 3.123-3.126)
    11.27-11.34 Indiana DEA Ex N-4 (DEA-6 3.135-3.136)
    11.35-11.35 Indiana DEA Ex N-5 (DEA-6 3.145-3.146)

## DEA-6
    3.001-3.099 DEA-6
    3.100-3.199 DEA-6
    3.200-3.299 DEA-6
    3.300-3.399 DEA-6

    3.671-3.673 DEA-6
    3.681-3.682 DEA-6
    3.683-3.868 DEA-6
    3.911-3.930 DEA-6
    3.942-3.943 DEA-6
    3.944-3.948 DEA-6
    9.07.1-9.07.25 DEA-6 (CW07)
    9.10.1-9.10.11 DEA-6 (CW10)
    9.12.1-9.12.21 DEA-6 (CW12)
    9.13.1-9.13.10 DEA-6 (CW13)

## DEA-7
    4.01-4.39 DEA-7
    4.40-4.68 DEA-7
    4.70-4.72 DEA-7
    4.91-4.92 DEA-7
    4.93-4.94 DEA-7
    4.95-4.96 DEA-7
    4.97-4.97 DEA-7

    4.98-4.99 DEA-7

**DEA-7a**
    5.001-5.098 DEA-7a
    5.099-5.113 DEA-7a
    5.114-5.122 DEA-7a



    5.138-5.138 DEA-7a
    5.139-5.139 DEA-7a
    5.140-5.140 DEA-7a
    5.141-5.141 DEA-7a
    5.142-5.142 DEA-7a
    5.143-5.143 DEA-7a
    5.144-5.144 DEA-7a
    5.145-5.145 DEA-7a
    5.146-5.146 DEA-7a
    5.147-5.147 DEA-7a
    5.148-5.148 DEA-7a
    5.149-5.149 DEA-7a
    5.150-5.150 DEA-7a
    5.151-5.154 DEA-7a

**Discovery (Bates)**
    00001-00013 Application (05-11JC)
    00014-00014 Order 2758-2005 (05-11JC)
    00015-00016 Memorandum (05-11JC)
    00017-00061 Affidavit (05-11JC)
    00062-00072 Order (05-11JC)
    00073-00087 Application (05-20JC)
    00088-00088 Order 2758-2005 (05-20JC)
    00089-00090 Memorandum (05-20JC)




    00198-00198 Order 2758-2005 (05-23JB)
    00199-00200 Memorandum (05-23JB)
    00201-00254 Affidavit (05-23JB)

00255-00289 Affidavit (05-20JC)
00290-00334 Affidavit (05-20JC)
00335-00347 Order (05-23JB)
00348-00360 Application (05MC30)
00361-00361 Order 2758-2005 (05MC30)
00362-00363 Memorandum (05MC30)
00364-00397 Affidavit (05MC30)
00398-00451 Affidavit (05-23JB)
00452-00486 Affidavit (05-20JC)
00487-00531 Affidavit (05-20JC)
00532-00542 Order (05MC30)
00543-00558 Application (05MC34)
00559-00559 Order 2758-2005 (05MC34)
00560-00561 Memorandum (05MC34)
00562-00609 Affidavit (05MC34)
00610-00643 Affidavit (05MC30)
00644-00697 Affidavit (05-23JB)
00698-00732 Affidavit (05-20JC)
00733-00777 Affidavit (05-20JC)
00778-00790 Order (05MC34)
00791-00805 Application (05MC37BB)

00906-00939 Affidavit (05MC30)
00940-00993 Affidavit (05-23JB)
00994-01028 Affidavit (05-20JC)
01029-01073 Affidavit (05-20JC)
01074-01086 Order (05MC37BB)
01087-01113 Search (05M512)
01114-01140 Search (05M513)
01141-01164 Search (05M507)
01165-01188 Search (05M509)
01189-01215 Search (05M506)
01216-01242 Search (05M510)
01243-01269 Search (05M511)
01270-01296 Search (05M515)
01297-01323 Search (05M514)
01324-01350 Search (05M508)

01351-01366 Search (05-00631M)
01367-01384 Search (05-00629M)
01385-01400 Search (05-00628M)
01401-01414 Search (05M501)
01415-01428 Search (05M498)
01429-01442 Search (05M504)
01443-01456 Search (05M503)
01457-01470 Search (05M502)
01471-01484 Search (05M500)



01520-01526 Search (05M518)
01527-01528 Search (05M499)
01529-01530 Search (05M502)
01531-01532 Search (05M503)
01533-01534 Search (05M504)
01535-01539 Search (05M513)
01540-01541 Search (05M519)
01542-01543 Search (05M521)
01544-01545 Search (05M520)
01546-01547 Search (05M518)
01548-01552 Search (05M507)
01553-01557 Search (05M511)
01558-01562 Search (05M508)
01563-01567 Search (05M506)
01568-01572 Search (05M515)
01573-01577 Search (05M509)
01578-01582 Search (05M512)
01583-01612 Search (IP 05-0335M-01)
01613-01642 Search (IP 05-0336M-01)
01643-01672 Search (IP 05-0337M-01)
01673-01702 Search (IP 05-0338M-01)
01703-01705 Search (05-00628M)
01706-01708 Search (05-00629M)
01709-01711 Search (05-00631M)

01817-01853 Search (2.05-MJ-384-MRA)
01854-01865 Search Warrant for Computer (HillG)
01866-01880 (Minimization Instructions 03-02-05)
01881-01894 (Minimization Instructions 04-05-05)
01895-01910 (Minimization Instructions 05-17-05)
01911-01924 (Minimization Instructions 05-27-05)
01925-01940 (Minimization Instructions 06-21-05)
01941-01957 (Minimization Instructions 08-04-05)
01958-01992 (Periodic Report to Court (A) #1 - 03-14-05)
01993-02025 (Periodic Report to Court (A) #2 - 03-24-05)
02026-02044 (Periodic Report to Court (A) #3 - 04-05-05)
02045-02105 (Periodic Report to Court (B) #1 - 04-21-05)
02106-02130 (Periodic Report to Court (B) #2 - 04-29-05)
02131-02158 (Periodic Report to Court (B) #3 - 05-11-05)
02159-02217 (Periodic Report to Court (C) #1 - 06-01-05)
02218-02272 (Periodic Report to Court (C) #2 - 06-07-05)
02252-02253 (Periodic Report to Court (F) #2 - 08-26-05)
02273-02296 (Periodic Report to Court (C) #3 - 06-16-05)
02297-02334 (Periodic Report to Court (D) #1 - 06-16-05)
02335-02350 (Periodic Report to Court (D) #2 - 06-16-05)
02351-02411 (Periodic Report to Court (E) #1 - 07-06-05)
02412-02460 (Periodic Report to Court (E) #2 - 07-xx-05)
02461-02521 (Periodic Report to Court (E) #3 - 07-xx-05)
02522-02551 (Periodic Report to Court (F) #1 - 08-26-05)

**Exhibits**

Exhibit 02 - 00001-00050 - Bank of America - 9421 (JarvisD)
Exhibit 03 - 00001-00191 - Cielo Vista (JarvisD)
Exhibit 09 - 00001-00544 - Washington Mutual - 5 Lauro (HannaB)
Exhibit 10 - 00001-00363 - Vah Ki Inn (ReidD)
Exhibit 11 - 00001-00178 - Vah Ki Inn (ReidD)
Exhibit 13 - 00001-00223 - Popular Mortgage - 13 Enebro (ReidD)
Exhibit 17 - 00001-00215 - Option - 9227 Weaver (ReidD)
Exhibit 19 - 00001-00148 - National City - 138 Berger (HannaB)
Exhibit 24 - 00001-00158 - Indymac - 13 Enebro (JarvisD)

Exhibit 25 - 00001-00164 - Stewart Title - 5 Lauro (HannaB)
Exhibit 26 - 00001-00020 - DC Concrete - MRI Medical (ReidD)
Exhibit 28 - 00001-00163 - 1st American Title - Cielo Vista
Exhibit 29 - 00001-00134 - Community - 1353 (FitznerD)
Exhibit 30 - 00001-00227 - Precision - 1119 Vah Li Inn (ReidD)
Exhibit 33 - 00001-00287 - New Century - 2nd St-OR (ReidD)
Exhibit 34 - 00001-00250 - Precision - 214 2nd-OR (ReidD)
Exhibit 36 - 00001-00072 - Bank of America - 0640 (HannaB)
Exhibit 37 - 00001-00999 - Bank of America - 2265 (JarvisD)
Exhibit 37 - 01000-01774 - Bank of America - 2265 (JarvisD)
Exhibit 37sec2 - 00001-00356 - Bank of America - 2265 (JarvisD)
Exhibit 38 - 00001-00999 - Bank of America - 2936 (JarvisD)

Exhibit 38sec2 - 00001-00521 - Bank of America - 2936 (JarvisD)
Exhibit 39 - 00001-00264 - Compass - 7389 (ReidD)
Exhibit 40 - 00001-00193 - Accredited - 9227 Weaver (ReidD)
Exhibit 41 - 00001-00148 - Citibank - 7497 (HannaB)
Exhibit 43 - 00001-00597 - 1st State - 4527 (JarvisD)
Exhibit 43p - 00001-00099 - 1st State - 4527 (JarvisD)
Exhibit 44 - 00001-00290 - 1st State - 3801 (JarvisD)
Exhibit 45 - 00001-00153 - 1st State - Liquor License (JarvisD)
Exhibit 46 - 00001-00436 - Washington Mutual - 142 Half (HannaB)
Exhibit 47 - 00001-00042 - Wells Fargo - 3959 (HannaB)
Exhibit 48 - 00001-00158 - Countrywide - 612 Gomez #1 (HannaB)
Exhibit 49 - 00001-00999 - Compass - 87080487 (HannahM)
Exhibit 49 - 01000-01999 - Compass - 87080487 (HannahM)
Exhibit 49 - 02000-02999 - Compass - 87080487 (HannahM)
Exhibit 49 - 03000-03366 - Compass - 87080487 (HannahM)
Exhibit 50 - 00001-00999 - Compass - 87080579 (HannahM)
Exhibit 50 - 01000-01801 - Compass - 87080579 (HannahM)
Exhibit 51 - 00001-00027 - Bank One - 689832822 (JarvisD)
Exhibit 52a - 00001-00362 - Bank One - 5157 (JarvisD)
Exhibit 52b - 00001-00288 - Bank One - 5861 (JarvisD)
Exhibit 53 - 00001-00041 - Tucson Aero - N3AJ-N754TW (ReidD)
Exhibit 54 - 00001-00041 - Westar - Escrow Dep (JarvisD)
Exhibit 55 - 00001-00358 - Bank of America - 8357 (JarvisD)

Exhibit 64 - 00001-00070 - County Records - Evergreen (JarvisD)
Exhibit 65 - 00001-00028 - Merrick Bank - 0077 (JarvisD)
Exhibit 67 - 00001-00079 - Bank of America - 8361 (JarvisD)
Exhibit 68 - 00001-00175 - Equicredit - 1440 Cielo Vista (JarvisD)
Exhibit 69 - 00002-00003 - US Bank - Trust Acct (JarvisD)
Exhibit 70 - 00001-00085 - Farmers Insurance (JarvisD, WardT)
Exhibit 71 - 00001-00048 - Farmers Insurance (HannaB)
Exhibit 72 - 00001-00026 - MVD (JarvisD, WardT)
Exhibit 75 - 00001-00455 - Compass - 3216 (ReidD)
Exhibit 76 - 00001-00173 - Compass - 8676 (ReidD)
Exhibit 77 - 00001-00124 - Compass - 1230 (ReidD)
Exhibit 78 - 00001-00807 - Sunstate - 1012 (ReidD)
Exhibit 78pt2 - 00001-00196 - Sunstate - 1012 (ReidD)
Exhibit 79 - 00001-00922 - Compass - 0633 (HannahM)
Exhibit 80 - 00001-00123 - Wells Fargo - 2157895 (HannaB)
Exhibit 81 - 00001-00164 - 1st American Title - 138 Berger (HannaB)
Exhibit 82 - 00001-00052 - Countrywide - 8012 1st (GreeneR)
Exhibit 83 - 00001-00022 - Lane Aviation Ohio - N3AJ (ReidD - JarvisD)
Exhibit 84 - 00001-00070 - JP Morgan Bank One - 4386-1745-1604-9797 (HannahM)
Exhibit 85 - 00001-00694 - Mossman CPA - Jarvis Tax Returns
Exhibit 85add - 00001-00673 - Mossman CPA - Jarvis Tax Returns
Exhibit 86 - 00001-00186 - Commercial Federal - 1440 Cielo Vista (JarvisD)
Exhibit 87 - 00001-00038 - Washington Mutual - 9566 (ReidD)

Exhibit 95 - 00001-00027 - American Escrow - Club Ryhthm (JarvisD)
Exhibit 96 - 00001-00071 - Sandia Title -  Club Rhythm (JarvisD)
Exhibit 97 - 00001-00030 - Powell Aircraft - N754TW (ReidD)
Exhibit 999 - 00001-00001 - Greyhound (MistrzakR)
Exhibit N225 - 00001-00050
Exhibit N226 - 00001-00048

Exhibit N227 - 00001-00054

-22

**Gil, Manuel**

    3.939-3.941 ICE (ROI)

**IRS**

    3.663-3.664 IRS (Memorandum of Contact)
    3.665-3.666 IRS (Memorandum of Activity)
    3.667-3.668 IRS (Memorandum of Conversation)
    3.669-3.670 IRS (Memorandum of Conversation)
    7.001-7.099 Tax Returns (FitzgeraldC, Club, Jarvis)
    7.100-7.199 Tax Returns (FitzgeraldC, Club, Jarvis)
    7.200-7.213 Tax Returns (FitzgeraldC, Club, Jarvis)
    7.214-7.299 IRS
    7.300-7.399 IRS
    7.400-7.499 IRS
    7.500-7.599 IRS
    7.600-7.699 IRS
    7.700-7.776 IRS
    7.777-7.798 IRS
    7.799-7.901 IRS
    7.902-7.997 IRS
    7.998-7.1034 IRS

    9.11.13-9.11.24 Transcript (Plea Hearing)

    9.11.25-9.11.32 Plea Agreement
    9.11.33-9.11.35 Cooperation

**NLETS**
    2.01-2.57 NLETS
    2.58-2.85 NLETS

**Photographs - 1440 Calle Cielo Vista**
    1440 Calle Cielo Vista 01 - 23

**Photographs - Club Rhythm and Blues**
    Club R&B 01 - 10

**Ripley, George**
    9.16.01-9.16.15 Discovery (DEA-6)

**Searches**
    1.001-1.099 Search
    1.100-1.199 Search
    1.200-1.299 Search
    1.300-1.395 Search
    1.396-1.428 Search

**Transcripts**
    1.001-1.064 Transcript (GJ 08-23-05)
    1.065-1.110 Transcript (GJ 04-25-06)
    12.001-12.041 Transcript (Telephone Conversations 01-29-07)
    12.042-12.118 Transcript (Conversations 01-31-07)
    12.119-12.280 Transcript (Telephone Conversations 02-09-07)