IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR No. 05-1849 JH |
| DANA JARVIS, et al., | ) |
| Defendants. | ) |

### ORDER

THIS MATTER having come before the Court upon the United States' Unopposed Motion to Continue *James* Hearing Currently Set for September 30, 2008 [Doc. No. 1392], and the Court being otherwise fully advised in the premises FINDS that the motion is well taken and should be granted.

NOW, THEREFORE, it is hereby ordered that the *James* hearing currently scheduled for September 30, 2008 and the August 29, 2008 disclosure deadline of materials relevant thereto are hereby vacated and will be reset at a later date.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE