## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

September 03, 2008

Douglas E. Cressler
Chief Deputy Clerk

Honorable Deanell Reece Tacha

Honorable Paul J. Kelly, Jr.

Honorable Terrence L. O'Brien

**RE:**   08-2066, United States v. Jarvis
          Dist/Ag docket: 1:05-CR-1849-JCH-1

Dear Judges:

The Clerk of the Supreme Court has notified us that a Petition for Writ of Certiorari was filed in this case on 08/25/2008 and assigned Supreme Court No. 08-6011.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:   Honorable Judith C. Herrera
      Matthew Dykman

EAS/sds