# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

August 28, 2008

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Dana Jarvis
v. United States
No. 08-6011
(Your No. 08-2066)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 25, 2008 and placed on the docket August 28, 2008 as No. 08-6011.

Sincerely,

**William K. Suter**, Clerk

by

Ruth Jones
Case Analyst