IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 05-1849 JH |
| | ) | |
| DANA JARVIS, ET. AL., | ) | |
| | ) | |
| Defendants. | ) | |

ENTRY OF APPEARANCE

THE UNITED STATES OF AMERICA, by and through Gregory J. Fouratt, United States Attorney for the District of New Mexico, and Stephen R. Kotz, Assistant United States Attorney, enters Stephen R. Kotz as co-counsel of record in the above-captioned cause.

    Respectfully submitted,

    GREGORY J. FOURATT
    United States Attorney


    */s/*
    STEPHEN R. KOTZ
    Assistant United States Attorney
    Post Office Box 607
    Albuquerque, New Mexico 87103
    (505) 346-7274

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of September, 2008.
I filed the foregoing electronically through the CM/ECF system.

 /s/
STEPHEN R. KOTZ
Assistant U.S. Attorney