**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

**vs.**

              **CR No. 05-1849 JH**

**DANA JARVIS,**

   **Defendant.**

**<u>NOTICE OF NON-AVAILABILITY</u>**

   Jody Neal-Post, co-counsel for Defendant Dana Jarvis, hereby gives notice of the non-availability of Suzanne Doucette, wiretap expert on behalf of CJA defendants on the following dates:

   September 12, 2008 through Monday September 15, 2008;

   September 17, 2008 through September 22, 2008;

   October 15, 2008 commencing at 5:00 p.m. through October 20, 2008; and

   November 3rd through November 12, 2008.

   Presently there are no hearings scheduled that Ms. Doucette's non-availability will impact.

         Respectfully submitted by:

         ***Electronically Filed***
         */s/*
           ***September 10, 2008***
         By_____
         Jody Neal-Post, Esq.
         317 Amherst SE
         Albuquerque, NM 87106
         (505) 268.7263

I hereby certify that a true and correct copy of
the foregoing pleading was delivered to opposing
counsel via the CM/ECF system this 10th of September, 2008.

***Electronically Filed***

_____

Jody Neal-Post