IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                             Cause No. 05-CR-1849-JH

GREG HILL,

    Defendant.

## SUBSTITUTION OF COUNSEL

    Billy R. Blackburn, Attorney at Law, hereby substitutes his appearance as retained counsel for and on behalf of the above-referenced Defendant Greg Hill in the above-entitled and numbered cause in place of B.J. Crow who hereby withdraws his appearance on behalf of the Defendant.

                                                      Respectfully submitted,

                                                      Electronically filed 9/11/08
                                                      BILLY R. BLACKBURN
                                                      Attorney for Defendant
                                                      1011 Lomas Blvd. NW
                                                      Albuquerque, NM 87102
                                                      (505) 242-1600

    I hereby certify that a true and accurate copy of the foregoing was emailed by CM/ECF to AUSA James Braun this 11th day of September, 2008.

Electronically filed 9/11/08
Billy R. Blackburn