# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

08 SEP 16 AM 10: 19

CLERK-ALBUQUERQUE

**UNITED STATES OF AMERICA,**

       Plaintiff,

                                                    No. **05CR1849-08 JH**

-vs-

**DAVID REID**

       Defendant.

## ORDER AMENDING CONDITIONS OF RELEASE

IT IS HEREBY ORDERED that the defendant's Order Setting Conditions of Release be amended removing the condition requiring that the defendant report to U.S. Probation/ Pretrial Services as directed; and that he is removed from the supervision and monitoring of pretrial services.

*/s/ Judith C. Herrera*
Honorable Judith C. Herrera
United States District Judge