IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                             No:    05-CR- 1849 (JH)

DANA JARVIS,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Mr. Dana Jarvis, through appointed counsel Jody Neal-Post, hereby appeals the District Court's Memorandum Order at Doc. 1397 "Denying Defendant's Motion for Release on Conditions Pursuant to Fifth Amendment Requirements of Due Process," entered September 9, 2008.

This Notice of Appeal is filed pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3145(c).

                      Respectfully submitted:

                      *Electronically filed*
                      *September 19, 2008*

By: \_\_/s/ _____
    Jody Neal-Post
    Co-Counsel for Defendant Jarvis
    317 Amherst SE
    Albuquerque, NM 87106
    505.268.7263

By: \_\_/s/ _____
    Trace Rabern
    Research & Writing Counsel for
    Defendant Jarvis
    1626 Ben Hur Drive
    Santa Fe, NM 87501
    505.690.7969

I hereby certify that on September 19, 2008,
I filed the foregoing pleading electronically through
The CM/ECF system.

*Electronically filed 9/19/08*
_____
Jody Neal-Post