IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                No:    05-CR- 1849 (JH)

DANA JARVIS,

      Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Mr. Dana Jarvis, through appointed counsel Jody Neal-Post, hereby appeals the District Court's Memorandum Order at Doc. 1397 "Denying Defendant's Motion for Release on Conditions Pursuant to Fifth Amendment Requirements of Due Process," entered September 9, 2008.

This Notice of Appeal is filed pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3145(c).

                            Respectfully submitted:

                            *Electronically filed*
                            *September 19, 2008*

By: __/s/ _____
     Jody Neal-Post
     Co-Counsel for Defendant Jarvis
     317 Amherst SE
     Albuquerque, NM 87106
     505.268.7263

By: __/s/ _____
     Trace Rabern
     Research & Writing Counsel for
     Defendant Jarvis
     1626 Ben Hur Drive
     Santa Fe, NM 87501
     505.690.7969

I hereby certify that on September 19, 2008,
I filed the foregoing pleading electronically through
The CM/ECF system.

*Electronically filed 9/19/08*
_____

Jody Neal-Post

2