UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET** - CONTINUED

| | | | |
|---|---|---|---|
| CR No. | 05-1849 JH | USA vs. | Mistrzak |
| Date: | October 2, 2008 | Name of Deft: | Rafal Mistrzak |
| Before the Honorable | Judith C. Herrera | | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:36 A.M. -9:42 A.M. (6 minutes) | Type of Proceeding: | Sentencing - Non Evidentiary |
| Clerk: | I. Duran | Court Reporter: | P. Baca |
| AUSA: | James R.W. Braun | Defendant's Counsel: | Rudolph Chavez |
| Sentencing in: | Albuquerque, New Mexico | Interpreter: | None |
| Probation Officer: | Anthony Galaz | Sworn? | Yes / No |
| Convicted on: | **x** Plea / Verdict | As to: | Information / **x** Superceding Indictment |
| If Plea: | Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | |
| Date of Plea/Verdict: | February 21, 2007 | PSR: | Not Disputed / Disputed |
| PSR: | Court Adopts PSR Findings | Evidentiary Hearing: | Not Needed / Needed |
| Exceptions to PSR: | | | |

**SENTENCE IMPOSED**   Imprisonment (BOP):

| | | | |
|---|---|---|---|
| Supervised Release: | | Probation: | 500-Hour Drug Program |

**SPECIAL CONDITIONS OF SUPERVISION**

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for _____ months _____ days |
| Comply with ICE laws and regulations | Community service for _____ months _____ days |
| ICE to begin removal immediately or during sentence | Reside halfway house _____ months _____ days |
| Participate in substance abuse program/drug testing | Register as sex offender |
| Participate in mental health program | Participate in sex offender treatment program |
| No alcohol/liquor establishments | Possess no sexual material |
| Submit to search of person/property | No computer with access to online services |
| No contact with co-Deft(s) | No contact with children under 18 years |
| No entering, or loitering near, victim's residence | No volunteering where children supervised |
| Provide financial information | Restricted from occupation with access to children |
| Grant limited waiver of confidentiality | No loitering within 100 feet of school yards |

OTHER: Standard Conditions:

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | |
| SPA: $ | ($100 as to each Count) | Payment Schedule: | Due Immediately / Waived |
| OTHER: | | | |

| | |
|---|---|
| Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| Held in Custody | Voluntary Surrender |
| Recommended place(s) of incarceration: | |
| Dismissed Counts: | |

| | |
|---|---|
| OTHER COMMENTS | Defense counsel introduces deft, deft's father & friend of deft; and expresses his desire to make a verbal argument for variance under Booker, without any documentation to support his argument. Ct. reminds defense counsel that documents should be filed in order that all parties can respond adequately to the deft's argument. Defense responds. Govt. requests that the all parties be allowed time to submit the necessary documentation in order to argue the defendant's motion for variance. Ct. continues sentencing to allow time for defense counsel to file his sentencing memo under Booker and allows time for the Govt. & Probation to respond. |