AO 442 (Rev. 5/93) Warrant for Arrest                                                                                   1076696

# United States District Court

FOR THE DISTRICT OF NEW MEXICO

88 OCT -2 PM 3:05

UNITED STATES OF AMERICA

v.

George Osgood, a/k/a "Mushroom George"

## WARRANT FOR ARREST

CASE NUMBER: CR-05-1849 JH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  George Osgood, a/k/a "Mushroom George"
                                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Count 1: 21 U.S.C. § 846 – Conspiracy to Distribute 1000 Kilograms and More of Marijuana; Count 2: 21 U.S.C. § 848 – Continuing Criminal Enterprise; Count 3: 18 U.S.C. § 1956(h) – Conspiracy to Launder Money; Counts 4 - 26: 18 U.S.C. §§ 1956(a)(1)(A)(i) and (a)(1)(B)(i) – Money Laundering; 18 U.S.C. § 982 and 21 U.S.C. § 853: Criminal Forfeiture.

in violation of Title  21  United States Code, Section(s)  846

Matthew J. Dykman
Name of Issuing Officer

Kimberly Moyano (signature)
Signature of Issuing Officer

Court Clerk
Title of Issuing Officer

4/25/06 @ Albuquerque, NM
Date and Location

Bail fixed at $ _____ by _____
                                                        Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 4/26/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/29/08 | Richard Hoyle, DUSM | (signature) |

This form was electronically produced by Elite Federal Forms, Inc.