# CLERK'S MINUTES OF HEARING/HONDO COURTROOM

HEARINGS BEFORE    **ROBERT H. SCOTT, U. S. Magistrate Judge**

KIND OF HEARING    **INITIAL PRESENTMENT**

**DEFENDANTS:**

**SALVADOR RANDY ABEYTA**    CASE NO. **05-CR-1849 JH**

DATE: **October 9, 2008**    Clerk: **M. Archuleta**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**JAMES BRAUN**    AUSA    **JASON LAMM (Telephonically)**   Ret

**Andrew Selph**    PTS/PROB    **none**   Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

**FTR/HONDO**

10:49 am    Court
10:53 am    end

**(4 min)**

**HEARING RESULTS/FINDINGS:**

**X**    Defendant sworn

**X**    Defendant advised of rights.

**X**    Defendant stipulates to detention at this time.

**X**    Defendant(s) remanded to custody

      Conditions of Release set at:

      Other: .