# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                        CRIM. NO. **05-1849 JH**
                                           MAG. NO.

**SALVADOR RANDY ABEYTA,**

    Defendant.

## O R D E R

THIS MATTER is before the Court for hearing and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby REVOKED; and that the Defendant SALVADOR RANDY ABEYTA, be remanded to the custody of the U.S. Marshal at this time.

                                                    */s/ Robert Hayes Scott*
                                                **ROBERT H. SCOTT**
                                                **UNITED STATES MAGISTRATE JUDGE**