**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 14, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Honorable Deanell Reece Tacha

Honorable Paul J. Kelly Jr.

Honorable Terrence L. O'Brien

**RE:**   **08-2066, United States v. Jarvis**
         Dist/Ag docket: 1:05-CR-1849-JCH-1

Dear Judges:

We have received notice that the petition for writ of certiorari filed in this case was denied on October 6, 2008.

Please contact this office if you have questions.

                                        Sincerely,

                                        *Elisabeth A. Shumaker*

                                        Elisabeth A. Shumaker
                                        Clerk of the Court


cc:   Judith C. Herrera
      Matthew (NMalb) Dykman


EAS/jm