PS 10
(8/88)

1065263

# UNITED STATES DISTRICT COURT
for
## NEW MEXICO

08 OCT 15 AM 10: 44

U.S.A. vs Salvador Randy Abeyta

Docket No. **05CR1849-18 JH**

TO:[1] Any United States Marshal or any other authorized officer

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. | | | |
| NAME OF DEFENDANT<br>Salvador Randy Abeyta | SEX<br>Male | RACE<br>Hispanic | AGE<br>35 |
| ADDRESS (STREET, CITY, STATE)<br>615 Menaul Boulevard NW Apt. A   Albuquerque, New Mexico   87102 | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>US District Court, New Mexico | | | |
| CLERK<br>Mathew J. Dykman | (BY) DEPUTY CLERK | DATE<br>Oct. 8, 2008 | |

| RETURN | | |
|---|---|---|
| **Warrant received and executed** | DATE RECEIVED  10/08/08 | DATE EXECUTED  10/8/08 |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME FRED GARCIA, DUSM | (BY) | DATE  10/8/08 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."