IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                  No. CR 05-1849 JH

DAVID REID,

        Defendant.

### NOTICE OF CHANGE OF ADDRESS

RACHEL E. HIGGINS, Attorney for Defendant David Reid, hereby notifies the Court that effective October 24, 2008, counsel has a new mailing address and facsimile number as follows:

    Rachel E. Higgins
    Attorney at Law
    509 Roma NW
    Albuquerque, New Mexico 87102
    Telephone: (505) 247-9339
    Facsimile: (505) 243-9882

Respectfully submitted,

LAW OFFICE OF RACHEL E. HIGGINS

/s/ Rachel E. Higgins
Rachel E. Higgins
509 Roma NW
Albuquerque, NM 87102

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 22nd day of October, 2008, I filed the foregoing electronically through the CM/ECF system, which caused all parties and counsel entitled to notice to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Rachel E. Higgins
Rachel E. Higgins