## CLERK'S MINUTES OF HEARING HONDO COURTROOM

HEARINGS BEFORE    **ROBERT H. SCOTT, U. S. Magistrate Judge**

KIND OF HEARING   **INITIAL PRESENTMENT**

**DEFENDANTS:**

**GEORGE OSGOOD**          CASE NO.  **05-CR-1849 JH**

DATE: **October 22, 2008**    Clerk:  **M. Archuleta**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**PAIGE MESSEC**    AUSA        **PRO SE**   Ret-CJA-AFPD

**Shane Johnson** PTS/PROB            **none**   Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

**FTR/HONDO**

11:14 am        Court
11:18 am    end

**(3 min)**

**HEARING RESULTS/FINDINGS:**

**X**   Defendant sworn

**X**   Defendant advised of rights.

**X**   Defendant wants court appointed attorney

**X**   Government moves to detain.

**X**   Defendant(s) remanded to custody

       Conditions of Release set at:

**X**   Other:  **FIRST APPEARANCE; Detention/preliminary set for 10/23/08 @ 1:30 pm.**