UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
        Plaintiff,

v.          Cause No. 05 CR 1849 JH

ADRIAN SANFORD,
        Defendant.

**UNOPPOSED MOTION TO CONTINUE
NOVEMBER 6, 2008 SENTENCING HEARING**

COMES NOW the Defendant, Adrian Sanford, by and through his counsel of record, Robert R. Cooper, moves the Court to continue the sentencing of this cause currently set for November 6, 2008 and as grounds therefore states:

1.    The Pre-Sentence Report relating to Mr. Sanford has not been completed. The undersigned counsel needs additional time within which to review the Pre-Sentence Report and adequately prepare for the sentencing hearing in this cause.

2.    The undersigned counsel has contacted Assistant United States Attorney James Braun regarding this Motion. Mr. Braun has indicated that the Government has no objection to the continuance.

WHEREFORE, Defendant Adrian Sanford respectfully requests that this Court continue the November 6, 2008 sentencing hearing of this cause and for such other relief as the Court deems just.

Respectfully submitted,

/s/
ROBERT R. COOPER
RYAN J. VILLA
Counsel for Adrian Sanford
1011 Lomas Blvd. NW
Albuquerque, New Mexico  87102
(505) 842-8494

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James Braun
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico, 87103


          /s/
ROBERT R. COOPER