(Rev. 11/99) Waiver of Detention Hearing

# United States District Court
## DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM

OCT 2 3 2008

MATTHEW J. DYKMAN
CLERK

United States of America

vs.

GEORGE OSGOOD

**WAIVER OF DETENTION HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

Case Number: 1:05-CR-01849-JCH

I, _George Osgood_, charged in: (an indictment, ~~complaint,~~ petition) with _Conspiracy to Dist. Marijuana (21 USC 846) and Conspiracy to Launder Money_, Title _21 and 18_, U.S.C. _846, 1956(h)_, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., and 18 U.S.C. § 3142 including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be detained. However, I reserve the right to petition the court to review my detention and set reasonable conditions of release.

_[signature: George Osgood]_
Defendant

_[signature]_
Counsel for Defendant

10-23-08
Date