**CLERK'S MINUTES OF <mark>ARRAIGNMENT/DETENTION</mark>**

Date: **October 23, 2008  FTR/Hondo @  3:04-3:08 pm**   Judge **Robert H. Scott**   Clerk **M. Archuleta**

USA vs. **GEORGE OSGOOD**          Crim. No. **05-CR-1849 JH**

Deft. present with/without counsel **MARK CHOUINARD**
                                            Name              Apptd/Retd
U.S. represented by  **JAMES BRAUN** ,AUSA

Deft. not present _____      Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____     Bond forfeited _____
Interpreter present: Yes/No          Name of Interpreter **NONE**
Interpreter Used: Yes/No             Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

____ Name _____ SS# **3471**
____ DOB **1949**   Tel. No.
____ Residence Address **Las Vegas, NM**
____ Extent of education/schooling  **2 years photography school**

**NO**    Whether he/she is currently or has been recently under the care of a physician or psychiatrist; if he/she has been hospitalized or treated for narcotic addiction

**YES**   Whether he/she has received a copy of the Indictment/Information

**YES**   Whether he/she has had time to consult with attorney regarding penalties

**NO**    Whether he/she wants Indictment/Information read in open court

**YES**   Whether he/she will waive reading of Indictment/Information

**YES**   Whether he/she is ready to plead

**XX**    Defendant entered plea of not guilty to all counts

____  Defendant entered plea of not guilty to count Nos.

**X**    Matter referred to USDC

**X**    Counsel ordered to file any motions by   **NO DEADLINES  - COMPLEX CASE**

**X**    Case assigned to:  **JUDGE:**         **HERRERA**

**X**    Trial set on trailing docket    **to be notified**

____ Defendant requested psychiatric examination. Instructed to file motion in USDC

**X**    Bond set/continued at  **NO BOND - CUSTODY**

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

____ Discovery Order electronically filed

____ First Appearance of Defendant

**OTHER:**