IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.           Case No. 1:05-cr-1849

**GEORGE OSGOOD, et al,**
    **Defendant.**

## NOTICE OF NON-AVAILABILITY

PLEASE TAKE NOTICE that Mark Chouinard, counsel of record for the Defendant, George Osgood, will be away from the state and unavailable for hearings from October 24th, 2008 through November 3rd, 2008.

Thank you for your cooperation.

              Respectfully submitted,
              <u>Electronically submitted</u>
              Mark Chouinard
              Attorney for Defendant
              3541 San Pedro NE
              Albuquerque, NM 871110
              (505) 888-2673

I hereby certify that a true and correct
copy of the forgoing was sent to
all counsel on the 24TH day of October, 2008.

<u>Electronically submitted</u>
Mark Chouinard