IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 7 2008

MATTHEW J. DYKMAN
CLERK

United States of America,

    Plaintiff,

-vs-

Lloyd Montoya

    Defendant.

No. 1:05CR01849-030-JH

## ORDER

The Court, moving on its own motion, with information from United States Probation/Pretrial Services, **HEREBY ORDERS** that the defendant's voluntary surrender, granted on August 7, 2008, is hereby rescinded. The defendant is remanded to the custody of the United States Marshal for transfer to the designated Bureau of Prisons facility to commence his term of imprisonment.

10/27/2008

Honorable Judith C. Herrera
United States District Judge

DATE: October 27, 2008