**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pia County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                            CR-05-1849 J

vs.

DAVID REID,

    Defendant.

CORRECTION OF TYPOGRAPHICAL ERROR ON PRIOR PLEADING

    The Defendant David Reid, through his counsel undersigned, filed a Motion to Continue which was not opposed by the Government and in which all counsel other than the defendant Jarvis joined.  The defendant Jarvis simply took no position.

    The parties had agreed on a motions-filing deadline for the

defendants of December 19th. Counsel undersigned inadvertently filed a pleading which contained a typographical error providing for a deadline of December 5th. Therefore, the Court is respectfully urged to provide for the date of December 19th in its Order, rather than December 5th. All other dates were correctly set out.

Therefore, for good cause shown, the defendant Reid respectfully requests that the Court vacate the present motions deadline and hearing date and reset these matters in accordance with the agreed-upon schedule set out herein.

Respectfully submitted this 31st day of October, 2008.

                LAW OFFICES OF
                NASH & KIRCHNER, P.C.


                BY /S/ Walter Nash
                WALTER NASH
                Attorney for Defendant Reid

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2008, I served a true and correct copy of this Joinder by U.S. Mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103

/s/ Walter Nash

_____

-3-