IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

          Plaintiff,

vs.          No. CR 05-1849 JH

DANA JARVIS, et al.,

## ORDER

THIS MATTER is before the Court on Defendant David Reid's Unopposed Motion to Continue Motions Deadline and Hearing [Doc. 1446], filed October 27, 2008 and Defendant David Reid's Supplement/Appendix [Doc. 1451], filed November 3, 2008. The Motion Hearing is currently scheduled for January 27, 2009 and the motion deadline is November 7, 2008.

The Court, having reviewed the Defendant's unopposed motion and supplement and noting the U.S. Attorney does not oppose the motion, finds that the motion will be **granted in part.**

IT IS THEREFORE ORDERED that the Defendant David Reid's Unopposed Motion to Continue Motions Deadline and Hearing [Doc. 1446], filed October 27, 2008 is granted in part, and the Motions Hearing of January 27, 2009, is vacated and rescheduled for **Tuesday, April 28, 2009 at 9:30 A.M. before The Honorable Judith C. Herrera . Motions Hearing will be held in the "Brazos" Courtroom, 5th Floor, Albuquerque, New Mexico.**

IT IS FURTHER ORDERED that the **motions deadline** is hereby extended from November 7, 2008 until **February 2, 2009.**

IT IS FURTHER ORDERED that the Government's **responses** to the Defendants' motions shall be filed no later than **March 9, 2009.**

IT IS FURTHER ORDERED that the Defendants' **reply** shall be filed no later than **March 23, 2009**.

IT IS FURTHER ORDERED that jury selection/trial of March 23, 2009 is **VACATED** and will be reset at a later time.

FINALLY, IT IS ORDERED that a *James Hearing* will be set for **December 9, 2008 at 9:30 a.m., "Brazos" Courtroom, 5th Floor, Albuquerque, New Mexico** and the **disclosure deadline of materials relevant** thereto are due no later than **November 21, 2008.**

_____
UNITED STATES DISTRICT JUDGE