IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
        Plaintiff,

**v.**                                              No.  CR 05-1849 JH

**MANUEL GIL,**
        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING

      **THIS MATTER** having come before the Court on the Defendant, MANUEL VELASQUEZ-GIL'S Unopposed Motion to Continue Sentencing [doc. 1459]. The Court being well advised of the premises, finds that good cause exists for the granting of such motion, therefore:

      **IT IS HEREBY ORDERED** that the Sentencing, currently scheduled for November 20, 2008, is CONTINUED, and will be re-set by the Court at a later date.

                                                          _____
                                                          JUDITH C. HERRERA
                                                          UNITED STATES DISTRICT JUDGE

Submitted:

_/s/ Timothy M. Padilla_
Timothy M. Padilla
*Attorney for Manuel Valesquez-Gil*

Approved:

_Telephonic approval 11/10/2008_
James Braun
Assistant United States Attorney