**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pia County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                               CR-05-1849 J

vs.

DAVID REID,

    Defendant.

UNOPPOSED MOTION TO CONTINUE *JAMES* HEARING AND DEADLINE

The Defendant David Reid, hereby moves this Court for an order continuing the *James* hearing in this matter and resetting the Government's deadline to provide information in conjunction therewith to 30 days prior to the new hearing date. The Government does not oppose this Motion.

The defendant Jarvis, through his counsel, does not oppose the Government obtaining an extension of time to comply with the disclosure deadline and takes no position on resetting the hearing. All other defense counsel join in this Motion.

For valid personal reasons, the Government requested additional time for the filing of required materials. No defendant opposes that. The defendants requested additional time to review said disclosure in advance of the hearing and to reset the hearing. The Government does not oppose that.

The trial date has been vacated and no new date has been set as of this point in time. The motions deadline has been extended by the Court.

Therefore, the Court is respectfully urged to vacate the *James* hearing presently set for December 9th and to reset it at a later point in time. The Court is also requested to reset the deadline for the Government's filings in conjunction with the *James* hearing to a date approximately 30 days in advance of the new hearing date.

. . . .

. . . .

Respectfully submitted this 21st day of November, 2008

          LAW OFFICES OF
          NASH & KIRCHNER, P.C.


          BY /S/ Walter Nash
          WALTER NASH
          Attorney for Defendant Reid

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

-3-

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2008, I served a true and correct copy of this Joinder by U.S. Mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103

/s/ Walter Nash
_____