# PLEA MINUTE SHEET

Time in: 3:36 p.m. recess 3:43
Time in: 3:55 p.m. recess 4:30 p.m.
TOTAL TIME IN COURT: 42 minutes

Date: 11/21/08   Judge: Parker   Reporter: J. De La Rosa   Clerk: C. Blumenthal

USA  v.  Dana Jarvis          Cr. No. 05cr1849JH

Deft. present & sworn

Deft. Counsel:  Jodi Neil-Post  & Judy Rosenstein for Gary Mitchell
AUSA:  James Braun & Steve Kotz

Plea taken at:  Albuquerque

Court questions defendant as to:
Physical & mental condition ( X ) education (X )  use of drugs/ alcohol/ medication  ( X )
(X ) Deft. found competent to proceed

Deft. pleads GUILTY as to the Superseding Indictment to Counts 1 & 26

Deft. acknowledges possible consequences of plea

Deft. acknowledges receipt and review of  superseding indictment

Plea agreement filed but not accepted until sentencing judge accepts

Rights explained:   Jury trial ( X )   Attorney (X  )
                   Confront & cross-examine witnesses ( X )   Against self-incrimination ( X )
Age:  59

Court confirms / advises deft. of maximum possible penalties:

Imprisonment CT. I:   not less than 10 years nor more than life
Imprisonment CT. 26:  not more than 20 years

Fine CT. I:  $4,000.000.00 or twice the pecuniary gain to the defendant or pecuniary loss to the
         victim
Fine CT. 26:  $500,000.00 or twice the pecuniary gain to the defendant or pecuniary loss to the
         victim

Supervised Release CT. I:  mandatory term of  not less than 5 years
Supervised Release CT. 26:  mandatory term of not more than 3 years

PAGE TWO
PLEA ON DANA JARVIS
05cr1849 JH


Restitution may be ordered by the Court
SPA Ct. I: $100
SPA Ct. 26: $100


Pursuant to a stipulation by parties to RULE 11(c)(1)(C) that the sentence shall be imprisoned for a term of 168 months followed by a term of supervised release of and 5 years.

==Plea of guilty ACCEPTED.==  Acceptance of plea agreement deferred until reviewed. by sentencing judge

Sentencing to be set at a later date

Defendant to remain in custody


NOTES: On the record defendant and counsel agree that Judge Parker can take the plea despite the fact that he was involved in plea negotiations.
Plea agreement reviewed and Mr. Jarvis agrees with Paragraph 8, with his explanation. Govt. o.k. with defendant's explanation.