IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CR No. 05-1849 JH |
| DANA JARVIS, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

THIS MATTER having come before the Court upon Defendant David Reid's Unopposed Motion to Continue *James* Hearing and Deadline [Doc. No. 1463], and the Court being otherwise fully advised in the premises FINDS that the motion is well taken and should be granted.

NOW, THEREFORE, it is hereby ordered that the *James* hearing currently scheduled for December 9, 2008 is VACATED and RESET for **Monday, January 26, 2009 at 9:30 a.m., "Brazos" Courtroom, Albuquerque, New Mexico.**

IT IS FURTHER ORDERED that the disclosure deadline of materials relevant thereto are hereby extended until December 29, 2008.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE