| UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO |||||||||
|---|---|---|---|---|---|---|---|---|
| **SENTENCING MINUTE SHEET** |||||||||
| CR No. | 05-1849 JH | | | USA vs. | Mistrzak ||||
| Date: | December 11, 2008 | | | Name of Deft: | Rafael Mistrzak ||||
| | Before the Honorable | | | Judith C. Herrera ||||| 
| Time In/Out: | 1:32 pm - 1:45 pm  (27 minutes) 1:52 pm - 2:06 pm ||| | Type of Proceeding: | Sentencing - Non-Evidentiary ||||
| Clerk: | I. Duran ||| | Court Reporter: | L. Reinicke ||||
| AUSA: | James R.W. Braun ||| | Defendant's Counsel: | Rudolph Chavez ||||
| Sentencing in: | Albuquerque, New Mexico ||| | Interpreter: | None ||||
| Probation Officer: | Anthony Galaz ||| | Sworn? | | Yes | | No |
| Convicted on: | **x** | Plea | | Verdict | As to: | Information | **x** | Superceding Indictment |
| If Plea: | **x** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: ||||
| Date of Plea/Verdict: | 2/21/07 |||| PSR: | **x** | Not Disputed | | Disputed |
| PSR: | **x** | Court Adopts PSR Findings ||| Evidentiary Hearing: | **x** | Not Needed | | Needed |
| Exceptions to PSR: | |||||||||

| | **SENTENCE IMPOSED** | Imprisonment (BOP): 12 months as to Count III of Superceding Indictment ||
|---|---|---|---|
| Supervised Release: | 2 years | Probation: | 500-Hour Drug Program |

| SPECIAL CONDITIONS OF SUPERVISION ||||
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| **x** | Participate in substance abuse program/drug testing | | Register as sex offender |
| **x** | Participate in mental health program | | Participate in sex offender treatment program |
| **x** | No alcohol/liquor establishments | | Possess no sexual material |
| **x** | Submit to search of person/property | | No computer with access to online services |
| **x** | No contact with co-Defts | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| **x** | OTHER: Standard & Mandatory Conditions: DNA collection & No firearms. |||

| Fine: | $ | **0** | | Restitution: $ | **0** | | |
|---|---|---|---|---|---|---|---|
| SPA: | $ | 100 | ($100 as to each Count) | Payment Schedule: | **x** | Due Immediately | Waived |
| OTHER: | Deft shall forfeit his rights, title, & interest to a 1999 Honda Accord VIN 1HGCG165XA057214 |||||||

| **x** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| | Held in Custody | **x** | Voluntary Surrender |
| **x** | Recommended place(s) of incarceration: | | FCI, Elton, Ohio or Laredo, Pennsylvania or Allenwood, PA to be close to family |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS | Defense counsel addresses Ct. & has no objections to PSR. Ct. accepts the plea agreement. Defense has introduces deft's father & friends present on behalf of deft. Defense makes argument & asks for a Probation sentence. Deft addresses Ct. Govt. responds to deft's argument. Defense replies & asks for specific places of incarceration. Ct. refers & has reviewed the materials and the PSR. Ct. makes findings on the record re: deft's conduct & personal characteristics. Ct. imposes sentence under the 3553 factors. Govt. moves to dismiss Ct. I of Superceding Indictment. |