IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

        **Plaintiff,**

vs.                        Case Number CR 05-1849 JH

DAVID REID

        **Defendant.**

## NOTICE OF UNAVAILABILITY

COMES NOW, Rachel E. Higgins, attorney of record for Defendant David Reid, to hereby notify the Court that the undersigned counsel will be unavailable January 2, 2009 through January 9, 2009.

Respectfully submitted,

*/s/ Rachel E. Higgins*
Rachel E. Higgins
509 Roma NW
Albuquerque, NM 87102
(505) 247-9339

I HEREBY CERTIFY that on the 19th day of December, 2008, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel entitled to notice to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

/s/ Rachel E. Higgins
Rachel E. Higgins