IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                      Cause No.  05-CR-1849-JH

GREG HILL,

    Defendant.

## **NOTICE OF UNAVAILABILITY**

    Billy R. Blackburn, Attorney for Defendant, hereby notifies the Court and all parties that he will be unavailable for meetings, interviews, hearings on the following dates:

    February 5 and 6, 2008

    May 13, 14 and 15, 2008.

                                            Respectfully submitted,

                                            <u>Electronically filed 12-22-08</u>
                                            BILLY R. BLACKBURN
                                            Attorney for Defendant
                                            1011 Lomas Blvd. NW
                                            Albuquerque, NM 87102
                                            (505) 242-1600

    I hereby certify that a true and accurate copy of the foregoing was emailed by CM/ECF to AUSA James Braun this 22nd day of December, 2008.

<u>Electronically filed 12-22-08</u>
Billy R. Blackburn