## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
                    *Plaintiff*,

v.

                                                    **CR  05-1849 JH**

SALVADOR ABEYTA,
                    *Defendant*,


## MOTION TO MODIFY RELEASE CONDITIONS

Defendant, through undersigned counsel, hereby moves to modify the conditions of defendant's release on grounds set forth herein.

Defendant is presently incarcerated, subsequent to his being taken into custody for an alcohol related violation of his conditions of release.  He has been in custody for approximately two months.

It is specifically requested that the Court order that Defendant be released to the third party custody of the LaPasada Halfway House in Albuquerque, subject to the rules of the facility, and that Defendant comply with all further directives of Pretrial Services concerning substance abuse counseling and continuous alcohol monitoring.

Assistant United States Attorney James Braun takes no position on this motion and simply defers to Pretrial Services.  The undersigned has personally consulted Andrew Selph Defendant's supervising Pretrial Services Officer.  He does not oppose this request and specifically suggested the aforementioned language regarding the proposed modifications of Defendant's release.

Dated this 19th of December, 2008.

1

By:    <u>/s Jason D. Lamm</u>
      Jason D. Lamm
      1300 E. Missouri
      Suite B200
      Phoenix, Arizona 85014

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
                    *Plaintiff*,

v.
                                                            **CR  05-1849 JH**

SALVADOR ABEYTA,
                    *Defendant*,


## CERTIFICATE OF SERVICE OF
## MOTION TO MODIFY RELEASE CONDITIONS

        I certify that a copy of the above pleading was mailed to the attorney for the United States

of America:

James Braun, Esquire
Assistant United States Attorney
P.O. Box 607,
Albuquerque, New Mexico  87103

And

Andrew Selph
United States Pretrial Services
401 W. Washington
Phoenix, Arizona 85003


on December <u>18</u>, 2008



 <u>/s Jason D. Lamm</u>
Jason D. Lamm
Attorney for Defendant