IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                           CR NO. 05-1849-JH

DANA JARVIS, et al.

        Defendants.

## NOTICE OF NON-AVAILABILITY

        **COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter. Counsel will be out of state from January 14, 2009 through January 16, 2009.

                                                               Respectfully submitted,

                                                               **MARTIN LOPEZ, III**
                                                               A Professional Corporation

                                                               Electronically filed January 6, 2009
                                                               Martin Lopez, III
                                                               Attorney for Defendant Berthod
                                                               1500 Mountain Rd. NW
                                                               Albuquerque, New Mexico 87104
                                                               Tele: (505) 243-2900
                                                               Fax: (505) 243-6339

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via CM/ECF electronic notice to Assistant U. S. Attorney James Braun on this  6th  day of January, 2009.

Electronically filed January 6, 2009
Martin Lopez, III