**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FO**

**THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

**v.**                                                                                    **Cr. No. 05-1849 JCH**

**GEORGE OSGOOD, et al.,**
          **Defendants.**

**UNOPPOSED MOTION TO WITHDRAW**

COMES NOW, Mark Chouinard, Counsel of Record for the Defendant, George Osgood, and hereby respectfully moves this Court to allow him to withdraw as Defendants's Counsel of Record in this Cause of action. As for his grounds, moveant states:

1. This Court has jurisdiction over the parties and subject matter over this matter herein.

2. Moveant has discovered unwaiveable conflicts of interest between himself and two other entities previously represented.

3. Further description of said conflict or attempts to obtain waivers of conflict would necessarily lead to a violation of Attorney/ Client privilege between one or more parties, and is therefore not forthcoming for ethical reasons.

4. Because of said conflicts moveant can no longer ethically provide adequate assistance of counsel to the Defendant or any other of the aforementioned entities,

and withdrawal is the only remedy available.

5. The United States is unopposed to this motion.

WHEREFORE, the Moveant, Mark Chouinard, respectfully requests that this Court enter an order withdrawing him as Counsel of Record for the Defendant George Osgood, that new counsel be appointed for Mr. Osgood's defense as soon as possible, and for whatever further relief this Court deems just and proper.

Respectfully Submitted,

Electronically filed
Mark Chouinard
Attorney for Defendant
3541 San Pedro NE
Albuquerque, NM 87110
(505) 888-2673

I hereby certify that a true and
correct copy of the foregoing
was sent to all parties entitled
to notice on this 6th day of January,
2009.

Electronically filed
Mark Chouinard