# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                                                CR 05-1849 JH

DANA JARVIS,

        Defendant.

## NOTICE OF SENTENCING HEARING

**PLEASE TAKE NOTICE** that this matter is hereby **SET** for a **SENTENCING HEARING** on **THURSDAY, JANUARY 22, 2009 AT 9:30 A.M.** before The Honorable Judith C. Herrera, United States District Judge, at the United States Courthouse, 333 Lomas Blvd., NW, *"Brazos"* Courtroom, Fifth Floor, Albuquerque, New Mexico.

**Any Objections/Motions and Sentencing Memorandum to the Presentence Report shall be filed no later than fourteen (14) calendar days after the report is disclosed.**

Inquiries regarding the above setting should be directed to Irene Duran, Courtroom Deputy to Judge Herrera at (505) 348-2398.

                                                                MATTHEW J. DYKMAN, Clerk

A true copy of this notice was served--via mail or electronic means--to counsel of record as they are shown on the Court's Docket.