IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                           Cause No. 05-CR-1849-JH

GREG HILL,

    Defendant.

## AMENDED NOTICE OF UNAVAILABILITY

Billy R. Blackburn, Attorney for Defendant, hereby notifies the Court and all parties that he will be unavailable for meetings, interviews, hearings and/or trial on the following dates:

    February 5 and 6, 2009

    May 13, 14 and 15, 2009.

                                          Respectfully submitted,

                                          <u>Electronically filed 1/9/09</u>
                                          BILLY R. BLACKBURN
                                          Attorney for Defendant
                                          1011 Lomas Blvd. NW
                                          Albuquerque, NM 87102
                                          (505) 242-1600

    I hereby certify that a true and accurate copy of the foregoing was emailed by CM/ECF to AUSA James Braun this 9th day of January, 2009.

<u>Electronically filed 1/9/09</u>
Billy R. Blackburn