UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.                                                  CR 05-1849 JH

**GEORGE OSGOOD**,

        Defendant.

### ORDER

THIS MATTER having come before the Court on Defense Counsel Mark Chouinard's Unopposed Motion to Withdraw as counsel of record for Defendant George Osgood **[1496]**, and the Court having reviewed the record and his motion, finds good cause to grant Mr. Chouinard's Motion to Withdraw;

**IT IS THEREFORE ORDERED** that Defense Counsel Mark Chouinard's Motion to Withdraw **[1496]** is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk is directed to appoint new counsel for the Defendant George Osgood in this matter.

                                                        JUDITH C. HERRERA
                                                        UNITED STATES DISTRICT JUDGE