IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| RAFAL MISTRZAK, ) | |
| ) | |
| Defendants. ) | |

ORDER

THIS MATTER having come before the Court on the United States' motion to dismiss Count 1 of the superseding indictment as to defendant RAFAL MISTRZAK, without prejudice, and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that Count 1 of the superseding indictment in this case is hereby dismissed as to defendant RAFAL MISTRZAK, without prejudice.

JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE