IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CR No. 05-1849 JH |
| | ) |
| DANA JARVIS, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

THIS MATTER having come before the Court upon Government's Unopposed Motion to Continue *James* Hearing Currently Scheduled for January 26, 2009 **[Doc. No. 1503]** and Defendant George Osgood's Motion to Join the Unopposed Motion to Continue *James* Hearing Currently Scheduled for January 26, 2009 **[Doc. No. 1508]**, and the Court being otherwise fully advised in the premises FINDS that the Government's unopposed motion is well taken and should be granted, and that the Defendant George Osgood's motion to join is granted in part.

NOW, THEREFORE, it is hereby ordered that the *James* hearing currently scheduled for January 26, 2009 is VACATED and RESET for **Wednesday, April 1, 2009 at 9:30 a.m., "Brazos" Courtroom, Albuquerque, New Mexico.**

IT IS FURTHER ORDERED that the disclosure deadline of materials relevant thereto is hereby extended until March 1, 2009.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE