# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR. 05cr1849 JCH | UNITED STATES vs. CHARLES WILLIAM JOHNSTON, a/k/a BILL JONES |
|---|---|

**Before The Honorable James A. Parker**

| Hearing Date: | 1-22-09 | Time In and Out: | IN: 3:58 p.m.  OUT: 4:10<br>TOTAL TIME: 12 minutes |
|---|---|---|---|
| Clerk: | C. Blumenthal | Court Reporter: | J. De La Rosa |
| Defendant: | CHARLES WILLIAM JOHNSTON, a/k/a BILL JONES | Defendant's Counsel: | Victor K. Sizemore |
| AUSA: | James Braun | | |

| | |
|---|---|
| X | Defendant Sworn |
| X | Deft acknowledges receipt of: Information |
| X | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| X | Terms and conditions of proposed plea agreement explained. |
| X | Factual predicate to sustain the plea provided. |
| X | Deft questioned re Deft's age (54), education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. |
| X | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| X | Deft questioned re time to consult with attorney and if satisfied with his representation. |
| X | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. |
| X | Deft pleads GUILTY to: an Information |
| X | Court finds plea freely, voluntarily, and intelligently made; **plea of guilty accepted.** |
| X | Deft adjudged guilty. |
| X | **Plea agreement not accepted at this time. Will leave up to the sentencing judge.** |
| X | Sentencing Date to be set |
| X | Present conditions of release continued |