**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

JAN 2 2 2009

FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 05-1849 JH |
| ) | |
| vs. ) | 21 U.S.C. § 846 – Conspiracy to Distribute |
| ) | 50 Kilograms and More of Marijuana. |
| **BILL JONES, a/k/a Charles Johnston**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## INFORMATION

The United States Attorney charges:

From at least June 2002, up to and including August 25, 2005, in the State and District of New Mexico and elsewhere, the defendant, **BILL JONES, a/k/a Charles Johnston,** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons to distribute 50 kilograms and more of marijuana, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

In violation of 21 U.S.C. § 846.

Respectfully submitted,

GREGORY J. FOURATT
United States Attorney

JAMES R.W. BRAUN
Assistant United States Attorney
P.O. Box 607
Albuquerque, N. M. 87103
(505) 346-7274