IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 22 2009

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )   CRIMINAL NO.  05-1849 JH
)
BILL JONES, a/k/a Charles Johnston )
)
Defendant. )

## WAIVER OF INDICTMENT

I, BILL JONES, a/k/a Charles Johnston, the above named defendant, who is accused of violating 21 U.S.C. §846 that being conspiracy to distribute 50 kilograms and more of marijuana, a felony charge, and being advised of the nature of the charges, the Information, and of my rights, I hereby waive in open Court on _January 22, 09_ prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
BILL JONES
Defendant

_____
VIC SIZEMORE
Attorney for Defendant

Before:

_____
UNITED STATES SENIOR DISTRICT JUDGE