**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,                                      CR-05-1849 JH

vs.

DAVID REID,

      Defendant.

NOTICE OF NON-AVAILABILITY

Walter Nash, counsel for the defendant David Reid, hereby gives notice of his non-availability due to previously scheduled conflicts. The Court may be setting dates for hearings on the Motion to Suppress Wiretap Evidence, subsequent hearings on all other remaining motions, and a trial date. The dates of non-availability and the activity precipitating the non-availability are as follows:

-1-

1. February 18th - 23rd: prearranged vacation out-of-the State of Arizona.

2. April 15th - 19th: prepaid vacation out-of-the State of Arizona.

3. September 22nd - October 13th: trial set in the Pima County Superior Court in a multi-defendant case involving various charges, including first degree murder. Counsel would also like to not have conflicting matters set during the preceding week to allow for additional pretrial preparation.

4. November 11 - November 16th: daughter's wedding (out-of-the country).

Counsel undersigned is in Tucson, Arizona. Due to travel schedules the Court is respectfully urged to allow one day at each end of the period of these dates for travel to and from New Mexico.

RESPECTFULLY SUBMITTED this 29th day of January, 2009

                LAW OFFICES OF
                NASH & KIRCHNER, P.C.

                BY /S/ Walter Nash
                WALTER NASH
                Attorney for Defendant Reid

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered to opposing counsel and all other counsel of record *via* the CM/ECF system this 29th day of January, 2009.

/s/ Walter Nash
_____
Walter Nash

-3-