**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

UNOPPOSED MOTION TO EXCEED PAGE LIMIT

    The defendant Reid, by his counsel undersigned, hereby respectfully moves this Court for an Order allowing this defendant to file a Motion to Suppress Wiretap Evidence, with attachments, in excess of the normal page limitation. Scott Davidson, one of the appointed counsel involved in this case, has advised counsel undersigned that he has discussed this

-1-

issue with James Braun, the prosecutor herein, and that Mr. Braun has no objection to this Motion being granted. The issues presented by the wiretap are complex and require a lengthy discussion.

RESPECTFULLY SUBMITTED this 2nd day of February, 2009

LAW OFFICES OF
NASH & KIRCHNER, P.C.


BY /S/ Walter Nash
WALTER NASH
Attorney for Defendant Reid

-2-

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered to opposing counsel and all other counsel of record *via* the CM/ECF system this 2nd day of February, 2009.

/s/ Walter Nash
Walter Nash

-3-