IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                No. 05-cr-1849 JH

**MANUEL GIL,**
    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING

**THIS MATTER** having come before the Court on the Defendant, MANUEL VELASQUEZ-GIL'S Unopposed Motion to Continue Sentencing [doc. 1527]. The Court being well advised of the premises, finds that good cause exists for the granting of such motion, therefore:

**IT IS HEREBY ORDERED** that the Sentencing, currently scheduled for February 12, 2009 is CONTINUED, and will be re-set by the Court at a later date.

                                              _____
                                              JUDITH C. HERRERA
                                              UNITED STATES DISTRICT JUDGE

Submitted:

_/s/ Timothy M. Padilla_
Timothy M. Padilla
*Attorney for Manuel Valesquez-Gil*

Approved:

*Telephonic approval 01/29/2009*
James Braun
*Assistant United States Attorney*