US v DANA JARVIS  CR 05-1489 JH
STATEMENT BY DEFENDANT

I admit being a leader of a conspiracy to distribute marijuana in New Mexico and elsewhere over a number of years.  I understand the federal laws involved, as well as the penalties.  Because of this understanding, I have agreed to a plea bargain which requires that I serve a lengthy term of incarceration.  However, I would like the court and prosecution to understand that I am not merely a "criminal" and that the illegal acts I have committed are not all there is to the person being harshly punished.

I love my children dearly and I have always tried to do my best for them. Like most parents, I have made mistakes.  The fact that, through the plea agreement, I was able to make sure their futures are a bit more secure was an important reason for my accepting it. I am not a violent person.  My only prior conviction is for a misdemeanor eleven years ago.  I supplied a product because there was a demand for it, like most businesses.  I did not deal in hard drugs.  I sincerely hope the Court believes me when I say that the amounts of marijuana and money involved were far less than what was alleged in the Indictment and the PSR.  I have openly and fully accepted responsibility for my conduct and just hope that the PSR will be amended to state the complete truth.

Marijuana is a relatively benign substance which has been shown to assist individuals suffering from the negative results of chemotherapy for cancer, glaucoma and AIDS wasting disease, without the negative side effects.  A number of states, including New Mexico, have legalized marijuana for medical purposes and some have decriminalized personal use.  Marijuana is a proven analgesic, which was prescribed to and used by Queen Victoria, among many others, for pain. It is the largest cash crop in the United States, and its legalization and taxation would help in relieving the nation of its current financial difficulties.  There is no evidence that the use of marijuana leads to hard drug use, but there is a lot of evidence that legal substances, such as tobacco and alcohol are far more harmful to people than marijuana.

What I am saying is that what I did, in my opinion, and in the opinions of many others, does not merit the period of incarceration to which I agreed.  I am asking, however, that the Court accept the plea agreement, as I accept full responsibility for my illegal conduct.

/S/   DANA JARVIS