UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
         Plaintiff,

v.                                                Cause No. 05 CR 1849 JH

ADRIAN SANFORD,
         Defendant.

## ORDER AUTHORIZING TRAVEL

THIS MATTER, having come before the Court on Defendant's unopposed motion requesting authorization for the Defendant, Adrian Sanford, to travel from his home in Tucson, Arizona to Las Vegas, Nevada, and the Court being fully advised in the premises finds good cause exists to grant said motion.

IT IS THEREFORE **ORDERED** that the Defendant, Adrian Sanford, be, and is hereby, authorized to travel from his home in Tucson, Arizona on Friday, February 13, 2009 to Las Vegas, Nevada for the purpose of a family vacation. Defendant will return to his home in Tucson, Arizona on Tuesday, February 17, 2009.

JUDITH C. HERRERA
United States District Court Judge

Submitted by:

_____/s/_____
ROBERT R. COOPER