IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| DANA JARVIS, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING THE UNITED STATES'
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S OBJECTIONS AND EXCEPTIONS TO THE PRESENTENCE REPORT

THIS MATTER having come before the Court upon the United States' unopposed motion for an extension of time in which to respond to defendant Dana Jarvis's Objections and Exceptions to the Presentence Report, filed on February 6, 2009 (Doc. 1539), and the Court being otherwise fully advised in the premises FINDS that the motion is well taken and should be granted.

NOW, THEREFORE, it is hereby ordered that the United States' response to the defendant's Objections and Exceptions to the Presentence Report shall be due on March 13, 2009.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE