IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                                            ) | |
| Plaintiff,              ) | |
|                                                            ) | |
| vs.                                                      ) | Cr. No. 05-1849 JH |
|                                                            ) | |
| DANA JARVIS, et al.,                        ) | |
|                                                            ) | |
| Defendants.        ) | |

ORDER

THIS MATTER having come before the Court on the United States' Unopposed Motion for Extension of Time to Respond to the Defendants' Joint Motion to Suppress the Fruit of Title III Wiretaps **[Doc. 1552]**, and the Court being otherwise fully advised in the premises FINDS that the motion is well taken and should be granted.

NOW, THEREFORE, it is hereby ordered that the United States' shall be allowed to file a consolidated response to the defendant's Joint Motion to Suppress the Fruit of Title III Wiretaps (Doc. 1533) and any motion to suppress the wiretaps filed by defendant George Osgood.  The United States consolidated response shall be due by **May 19, 2009.**

_____
UNITED STATES DISTRICT JUDGE