IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs         Cause No. 05-CR-1849-JH

GREG HILL,

    Defendant.

### ORDER

THIS MATTER having come before the Court on Defendant's Motion to Modify Conditions of Release and the Court having been fully informed and having determined that the motion is well taken and should be granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Modify Conditions of Release is hereby granted and the Defendant Greg Hill is allowed to travel to the Western District of Kentucky from his home in the adjacent Southern District of Indiana in order to offer support to a terminally ill friend.

IT IS FURTHER ORDERED that the Defendant shall receive prior approval from United States Probation Officer Jay Hardy before traveling to the Western District of Kentucky. The Defendant's travel is limited to day trips with prior approval of Mr. Hardy.

IT IS FURTHER ORDERED that all other previously set conditions remain in effect.

_____
U.S. DISTRICT COURT JUDGE