UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
### SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 05-1849 JH | USA vs. | Jarvis |
| Date: | March 24, 2009 | Name of Deft: | Dana Jarvis |
| | Before the Honorable | Judith C. Herrera | |

| | | | |
|---|---|---|---|
| Time In/Out: | 11:00 am- 11:48 (48 minutes) | Type of Proceeding: | Sentencing -Non-Evidentiary |
| Clerk: | I. Duran | Court Reporter: | P. Baca |
| AUSA: | James Braun & Steve Kotz | Defendant's Counsel: | Judith Rosenstein, Jody Neal Post, Gary Mitchell |
| Sentencing in: | Albuquerque, New Mexico | Interpreter: | None |
| Probation Officer: | Anthony Galaz/Ron Travers | Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **x** Plea | | Verdict | As to: | Information | **x** | Superceding Indictment |
| If Plea: | **x** Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **Cts. 1 & 26** | | |
| Date of Plea/Verdict: | 11/21/08 | | | PSR: | **x** Not Disputed | | Disputed |
| PSR: | **x** Court Adopts PSR Findings | | | Evidentiary Hearing: | **x** | | Needed |
| Exceptions to PSR: | | | | | | | |

### SENTENCE IMPOSED

Imprisonment (BOP): 168 months as to Counts 1 & 26; said terms to run concurrently

| | | | |
|---|---|---|---|
| Supervised Release: | 5 years as to Ct. 1 & 3 years as to Ct. 26; said terms to run concurrently | Probation: | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| | Participate in substance abuse program/drug testing | | Register as sex offender |
| | Participate in mental health program | | Participate in sex offender treatment program |
| **x** | No alcohol/liquor establishments | | Possess no sexual material |
| **x** | Submit to search of person/property | | No computer with access to online services |
| **x** | No contact w/co-Deft(s), except for those listed below | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| **x** | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |

| | |
|---|---|
| **x** | OTHER: Deft shall have no contact with the co-defts, except for his daughter, Ayla Jarvis, mother of his child, Melania Kirwin & deft's sister-in-law, Cathy Fitzgerald; and Deft shall be evaluated by Probation to determine if substance abuse & mental health treatment is necessary.<br><br>Standard & Mandatory Conditions: Deft shall submit to DNA collection & shall not possess a firearm, ammunition, explosives, etc. |

| | | | |
|---|---|---|---|
| Fine: $ | 0 | Restitution: $ | |
| SPA: $ | 200  ($100 as to each Count) | Payment Schedule: | **x** Due Immediately (It is noted that deft has already paid the SPA) / Waived |
| OTHER: | Deft shall forfeit his rights, title, & interest to the items & property noted in paragraph 11 of the plea agreement. | | |

| x | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| x | Held in Custody | | Voluntary Surrender |
| x | Recommended place(s) of incarceration: | | FCI, Englewood, Colorado |
| | Dismissed Counts: | | |
| OTHER COMMENTS | Defense counsel tenders a signed affidavit by Mr. Jarvis.  Defense makes argument.  Govt. responds.  Defense counsel replies.   Defense counsel continues argument, requests Englewood, Co as place of incarceration, & requests that personal property be returned to the Deft.  Govt. responds.  Defense tenders a stipulated order to the Ct. for signature re: personal property. Ct. approves stipulated order.  Defense asks the Ct. to waive the statute re: federal benefits; and further requests that all Non-CJA pleadings & other specific documents  relating to Mr. Jarvis be unsealed.   Govt. responds.  Defense counsel offers waiver on the record concerning specific documents that should be unsealed relating to Jarvis.  Deft addresses Ct.  Ct. notes that deft's statement and all documents, along with the PSR & addendums have been reviewed. & the Court has considered the sentencing guidelines & factors under 3553.  Ct. accepts plea agreement under Rule 11(c)(1)(C) & imposes sentence.  Defense notes that SPA has already been paid.  Defense moves to reconsider the conditions imposed specifically: the substance abuse program, prohibition of alcohol, mental health, and financial information.  Deft re-addresses Ct.  Govt. takes no position.  Probation addresses Ct. re: evaluation of the defendant.  Defense concurs with Probation.  Ct. modifies the order re: mental & substance abuse conditions only & allows Probation to evaluate the deft re: these 2 conditions.  Defense makes inquiry re: Ct.'s ruling on the issue of federal benefits.  Govt. has no objection to Defense's request re: federal benefits.  Probation speaks to the issue.   Ct. finds that the deft should not be denied his federal benefits.  Defense counsel Jodi Neal-Post offers to provide the Ct. with a list of those documents to be unsealed.  Govt. concurs.  Ct. will accept the parties stipulation of information as to which documents relating to Jarvis will need to be unsealed.  <br><br>Ct. in recess at 11:48 a.m. | | |