IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                             Criminal No. 05-1849 JCH

DAKOTA FITZNER,

    Defendant.

**NOTICE OF ATTORNEY NON-AVAILABILITY**

Counsel for Defendant, DAKOTA FITZNER, Todd Hotchkiss of Frechette & Associates, P.C., hereby notifies the Court and the United States that he will be unavailable for hearings in this matter from April 1 through April 17, 2009.

    Respectfully submitted,

    /s/ Todd Hotchkiss
    TODD HOTCHKISS
    FRECHETTE & ASSOCIATES, P.C.
    Attorney for DAKOTA FITZNER
    P.O. Box 26807
    Albuquerque, New Mexico  87125
    Tele. (505) 247-8558
    E-mail: tbhotchkiss@frechettelaw.com

**CERTIFICATE OF FILING AND SERVICE**

I, Todd Hotchkiss, hereby certify on March 31, 2009 I electronically filed this notice through the CM/ECF system, through which opposing counsel James Braun, Assistant United States Attorney, will be served with a true and accurate copy.

    /s/ Todd Hotchkiss
    TODD HOTCHKISS

1