UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

## Clerk's Minutes

## Before the Honorable Judith C. Herrera

**CASE NO.** CR 05-1849 JH              **DATE:** April 1, 2009

**TITLE:**   USA v. David Reid, Greg Hill, Dennis Wilson & George Osgood.

**COURTROOM CLERK:** V. Vigil              **COURT REPORTER:** P. Baca

**COURT IN SESSION:** 9:37 A.M.              **COURT IN RECESS:** 11:30 A.M.
**COURT IN SESSION:** 1:31 P.M.              **COURT IN RECESS:**  2:06 P.M.

**TOTAL COURT TIME**: 2 HOURS & 28 MINUTES

**TYPE OF PROCEEDING:** *James* hearing

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| James R.W. Braun | Walter B. Nash, II for David Reid (presence waived) |
| Stephen R. Kotz | Billy Blackburn and Paul Linnenburger for Greg Hill (present) |
| | Robert Gorence for Dennis Wilson (presence waived) |
| | Amy Sirignano and Scott Davidson for George Osgood (present) |

**PROCEEDINGS:**

| | |
|---|---|
| 9:37 AM | Court in Session.  Court calls case. |
| 9:37 AM | Counsel enter their appearances. |
| | Government and defendant Wilson have reached an agreement and therefore Mr. Gorence withdraws his motion for James hearing and asks to be excused.  Court grants request. |
| 9:42 a.m. | Discussion of procedure to follow in the hearing.  Comments by Mr. Braun, Mr. Blackburn, Ms. Sirignano.  Mr. Nash asks that the April 28 motion hearing be vacated, and all counsel agree.  Court will vacate that hearing. |
| 9:52 a.m. | United States calls DEA Special Agent Richard Stark. |
| 10:24 a.m. | Cross examination by Mr. Nash. |
| 10:48 a.m. | Cross examination by Mr. Blackburn. |

| Time | Event |
|---|---|
| 11:08 a.m. | Cross examination by Ms. Sirignano. |
| 11:30 a.m. | RECESS. |
| 1:31 p.m. | Court in session. Cross examination by Ms. Sirignano continues. |
| 2:00 p.m. | Recross by Mr. Nash |
| 2:05 p.m. | Government rests. |
| 2:06 p.m. | Court will rule in a few business days. RECESS. |