**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**DANA JARVIS,** *et al.,* )<br>)<br>**Defendant.** ) | CR 05-1849 JH |

**ORDER UNSEALING CERTAIN DOCUMENTS**

THIS MATTER, having come before the Court on the oral motion of Mr. Jarvis' counsel at sentencing on March 24, 2009 to unseal certain documents sealed during the active phases of this case, and the Court, being fully advised and finding the motion well taken and without objection by the United States,

HEREBY FINDS that openness in criminal trials "enhances both the basic fairness of the criminal trial and the appearance of fairness so essential to public confidence in the system," *Press-Enterprise Co. v. Superior Court*, 478 U.S. 1, 9 (1986) (*Press Enterprise II*), such that the following documents filed in this case should be henceforth unsealed, to wit:

Document numbers:

1. 667;

2. 675;

3. 1090 and attachments;

4. 1109 and attachments;

1

5. 1111 and attachments (77 pages);

6. 1113 and attachments (86 pages);

7. 1114 (31 pages);

8. 1115 and attachments (50 pages);

9. 1116 and attachments (50 pages);

10. 1122 and attachment;

11. 1129 an attachments (26 pages);

12. 1131;

13. 1132;

14. 1144 and attachments;

15. 1156;

16. 1160 and attachments;

17. 1161 and attachments;

18. 1167;

19. 1216; and

20. 1230.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately unseal the aforementioned documents.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

Submitted by:

Jody Neal-Post
Attorney for Defendant Jarvis

Approved by:

James Braun, SAUSA
Via email 4/8/09

3