IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 16 2009

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 05-1849 JH |
| ) | |
| vs. ) | 21 U.S.C. § 846 – Conspiracy to Distribute |
| ) | 50 Kilograms and More of Marijuana. |
| **DENNIS WILSON,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### INFORMATION

The United States Attorney charges:

From approximately 1990, up to and including August 25, 2005, in the State and District of New Mexico and elsewhere, the defendant, **DENNIS WILSON,** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons to distribute 50 kilograms and more of marijuana, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

In violation of 21 U.S.C. § 846.

Respectfully submitted,

GREGORY J. FOURATT
United States Attorney

JAMES R.W. BRAUN
Assistant United States Attorney
P.O. Box 607
Albuquerque, N. M. 87103
(505) 346-7274