AO 455 (Rev. 5/85)  Waiver of Indictment

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 16 2009

MATTHEW J. DYKMAN
CLERK

# United States District Court

DISTRICT OF _____

UNITED STATES OF AMERICA

V.

DENNIS WILSON

WAIVER OF INDICTMENT

CASE NUMBER: CR 05-1849 JH

I, __DENNIS WILSON__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/16/09__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer