UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 6 2009

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENNIS WILSON

    Defendant.

CR No. 05-1849 JH

## CONSENT TO PROCEED BEFORE
## UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:** Waive (give up) my right to enter my plea before a United States District Judge, and I consent to entering my plea, knowingly and voluntarily, before The Honorable Richard L. Puglisi, United States Magistrate Judge.

_____
Defendant

_____
Attorney for Defendant

Date: 4/16/09

Before: _____
RICHARD L. PUGLISI
UNITED STATES MAGISTRATE JUDGE