IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>BILL JONES A/K/A CHARLES JOHNSTON,<br><br>DEFENDANT. | No: CR 05-1849 (JH)<br><br>UNOPPOSED MOTION TO RESET SENTENCING HEARING CURRENTLY SET FOR APRIL 23, 2009 |

### DEFENDANT'S UNOPPOSED MOTION TO RESET SENTENCING HEARING SET FOR APRIL 23, 2009

**COMES NOW,** D. Chipman "Chip" Venie, and THE LAW OFFICE OF CHIP VENIE, AND Moves this Court to re set the sentencing currently set for April 23, 2009.

As grounds for this Motion, defendant states as follows:

1.   The Government's representative in this case, James Braun, is not opposed to this Motion.

2.   As per the plea agreement, Mr. Jones is going to get a time served sentence and three years of supervised release.

3.   On the date and time currently set for this sentencing, undersigned counsel has mandatory CLE in Santa Fe.   This CLE is being held at the Spring National conference for the National Association of Criminal Defense Lawyers.

1

4. The defendant, Mr. Jones is out of custody. He has remained in weekly contact with the office of undersigned counsel.

**WHEREFORE,** Defendant prays for this Court grant his **MOTION TO RESET SENTENCING CURRENTLY SET FOR APRIL 23, 2009.**

Respectfully submitted,

THE LAW OFFICE OF CHIP VENIE

*[signature]*

D. Chipman Venie, Esq.
The Law Office of Chip Venie
820 2nd Street NW
Albuquerque, New Mexico 87102
Telephone: (505) 766-9000
Facsimile: (505) 766-9001

Attorneys for Defendant:
BILL JONES

2

## CERTIFICATE OF SERVICE BY ATTORNEY

I certify that I caused a copy of this Motion to be served by hand delivery on the following persons or entities by delivery on this 20TH day of April 2009.

Mr. James Braun
United States Attorneys Office
PO Box 607
Albuquerque, New Mexico 87103

BY:    Attorney, D. Chipman Venie

_____
Signature

_____
Date of signature

4/20/09