**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                               CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

**DEFENDANT REID'S JOINDER IN DEFENDANT OSGOOD'S MOTION TO COMPEL DISCOVERY RELATED TO PEN REGISTER, CELL PHONE SITE, OR GPS DATA**

Excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this motion or of an order based thereon.

The Defendant Reid, by his counsel undersigned, hereby joins in the Motion to Compel Discovery related to pen register, cell phone site, or GPS

data, filed by the co-defendant Osgood herein .

RESPECTFULLY SUBMITTED this 19th day of April, 2009

                                      LAW OFFICES OF
                                      NASH & KIRCHNER, P.C.


                                      BY /S/ Walter Nash
                                      WALTER NASH
                                      Attorney for Defendant Reid

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered to opposing counsel and all other counsel of record *via* the CM/ECF system this 19th day of April, 2009

/s/ Walter Nash

-3-