IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
| Plaintiff,                    ) | |
|                                 ) | |
| vs.                             ) | |
|                                 ) | Cr. No.05-1849 JH |
| GEORGE OSGOOD,                  ) | |
|                                 ) | |
| Defendant.                    ) | |

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court on the United States' unopposed motion for an extension of time until May 1, 2009 to respond to the defendant Osgood's Motion to Compel Discovery Related to Pen Register, Cell Phone site, or GPS Data (Doc. 1578) , and the Court being otherwise fully advised in the premises FINDS that the motion is well taken and should be granted.

NOW, THEREFORE, it is hereby ordered that the United States' response to the defendant's Motion to Compel Discovery Related to Pen Register, Cell Phone site, or GPS Data (Doc. 1578) shall be due on May 1, 2009.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE