IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR NO. 05-1849 JH |
| ) | |
| DANA JARVIS, ) | |
| ) | |
| Defendants. ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before the Court on the United States' unopposed motion to dismiss Counts 2 - 25 of the Superseding Indictment in this case as to defendant Dana Jarvis without prejudice, and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that Counts 2 - 25 of the Superseding Indictment in this case are hereby dismissed as to defendant Dana Jarvis without prejudice.

_____
JUDITH C. HERRERA
United States District Judge