**FILED
United States Court of Appeals
Tenth Circuit**

**April 21, 2009**

**Elisabeth A. Shumaker
Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

DANA JARVIS,

    Defendant-Appellant.

No. 08-2223
(D.C. No. 1:05-CR-01849-JCH-1)
(D. N.M.)

---

### ORDER TO SHOW CAUSE

---

Before **O'BRIEN**, **EBEL**, and **TYMKOVICH**, Circuit Judges.

---

This court granted the parties' "Stipulated Motion to Stay Appeal Pending Resolution of Plea," stayed consideration of Mr. Jarvis's petition for rehearing, and allowed the parties to return to district court for consideration of a plea agreement. The district court docket sheet indicates that Mr. Jarvis pleaded guilty to two counts and on March 24, 2009, was sentenced to 168 months' imprisonment. Judgment was entered on April 3, 2009.

Accordingly, Mr. Jarvis is ORDERED TO SHOW CAUSE on or before May 1, 2009, why his petition for rehearing should not be dismissed as moot and this appeal concluded.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk