IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM
APR 23 2009
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 05-1849 JH |
| GEORGE OSGOOD, | ) |
| Defendant. | ) |

## WAIVER OF INDICTMENT

I, GEORGE OSGOOD, the above named defendant, who is accused of violating 21 U.S.C. §846 that being conspiracy to distribute 50 kilograms and more of marijuana, a felony charge, and being advised of the nature of the charges, the Information, and of my rights, I hereby waive in open Court on April 23, 2009 prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
GEORGE OSGOOD
Defendant

_____
AMY SIRIGNANO
Attorney for Defendant

Before:

_____
UNITED STATES MAGISTRATE JUDGE