**Law Offices of**
**GREGORY D. D'ANTONIO**
P.O. Box 43306
Tucson, Arizona 85733-3306
gregorydantonio@gmail.com
Arizona State Bar No. 004689
Telephone (702) 682-8353
Attorney for Defendant Swentnickas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number: CR 05 1849 JH |
| Plaintiff, ) | |
| ) | UNOPPOSED |
| v. ) | MOTION TO CONTINUE |
| ) | SENTENCING |
| DANA JARVIS, *et al.,* ) | |
| Defendants. ) | |
| _____ ) | |

Comes now the Defendant, SWENTNICKAS, and hereby moves the Court to continue the sentencing hearing currently scheduled for April 30, 2009 at the hour of 9:30 AM for the reason that pre-sentence report has not been completed and disclosed to counsel for the Defendant. Counsel for the Defendant Swentnickas was advised of the situation with respect to the pre-sentence report by counsel for the United States of America, James Braun, who concurs in this motion.

Submitted this 27th day of April, 2009.

S/_____
GREGORY D. D'ANTONIO
Attorney for Defendant Swentnickas

-1-

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

United States Attorney

AUSA James Braun

PO Box 607

Albuquerque, NM  87103

James.Braun@usdoj.gov

Submitted this 27th day of April, 2009.


S/_____

GREGORY D.  D'ANTONIO

Attorney for Defendant