# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number: CR 05 1849 JH |
| Plaintiff, ) | ORDER CONTINUING |
| v. ) | SENTENCING |
| DANA JARVIS, *et al.,* ) | |
| Defendants. ) | |

Based upon the Unopposed Motion to Continue Sentencing, and the court being fully informed in the premises, the United States Attorney having concurred and good cause appearing,

IT IS HEREBY ORDERED THAT the Sentencing Hearing currently scheduled for the Defendant Benjamin Thomas Swentnickas on April 30, 2009, at the hour of 9:30AM, be and hereby is continued to Thursday the 4th day of June at the hour of 10:00 AM.

Done in open court this _____ day of _____, 2009.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE