**Law Offices of**
**GREGORY D. D'ANTONIO**
P.O. Box 43306
Tucson, Arizona 85733-3306
gregorydantonio@gmail.com
Arizona State Bar No. 004689
Telephone (702) 682-8353
Attorney for Defendant Swentnickas

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Number: CR 05 1849 JH |
| Plaintiff, | ) | NOTICE OF CHANGE OF |
| | ) | EMAIL ADDRESS |
| v. | ) | |
| DANA JARVIS, *et al.,* | ) | |
| Defendants. | ) | |
| _____ | ) | |

Counsel for the Defendant, BENJAMIN THOMAS SWENTNICKAS, hereby

gives notice that the email address for Gregory D. D'Antonio has been changed to:

gregorydantonio@gmail.com.

Submitted this 27th day of April, 2009.


S/
_____
GREGORY D. D'ANTONIO
Attorney for Defendant Swentnickas

-1-

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2009, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

United States Attorney

AUSA James Braun

PO Box 607

Albuquerque, NM  87103

James.Braun@usdoj.gov


Submitted this 27th day of April, 2009.


S/_____

GREGORY D.  D'ANTONIO

Attorney for Defendant