**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**PLAINTIFF,**<br>**V.**<br>**BILL JONES,**<br>**DEFENDANT.** | **No: 05 CR 1849 (JCH)**<br>**MOTION TO RE-SET SENTENCING CURRENTLY SCHEDULED FOR MAY 7, 2009** |

## MOTION TO RE-SET SENTENCING CURRENTLY SCHEDULED FOR MAY 7, 2009

**COMES NOW,** D. Chipman "Chip" Venie, and THE LAW OFFICE OF CHIP VENIE, and moves this Court to reset the arraignment currently scheduled for May 7, 2009, to the court's next sentencing hearing calendar setting:

As grounds for this Motion, defendant states as follows:

1. Undersigned counsel will be in Santa Fe before Judge Black for a federal jury trial in *United States v. Karim Ibrahim*, 09-CR-168. That trial was just confirmed for 3-4 days and will start on May 4, 2009.

Respectfully submitted,

Chip Venie, Esq.

I hereby certify that a true and correct copy of this pleading/document was served upon or faxed to the United States Attorney's Office on 29th day of April, 2009.

Chip Venie, Esq.