IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  vs. )<br>  )<br>DANA JARVIS, *et al.*, )<br>  )<br>  Defendant. ) | CR 05-1849 JH |

**UNOPPOSED MOTION REGARDING DEFENDANT'S CUSTODY**

**COMES NOW** Defendant Dana Jarvis, by and through his counsel of record, and files this unopposed motion regarding his custody status pending the resolution of the pending the United States Amended Motion to Dismiss (Doc. 1611) on the following grounds:

1. The Defendant herein has been sentenced and is currently pending designation by the Bureau of Prisons. Upon designation, the U.S. Marshal Service will arrange to transport him to his designated facility for the service of the balance of the sentence.

2. The United States initially moved to have the counts of the above noted Indictment to which the Defendant had not pled guilty be dismissed without prejudice. The Defendant immediately and informally objected based on his belief that the plea agreement required the counts to be dismissed with prejudice.

3. The government then filed an amended motion, which is pending. The parties

agree that the Defendant is entitled to be present at any hearing on said pending motion. The U.S. Marshal Service has informed counsel that it requires an Order to keep the Defendant in its custody should he be designated prior to the motion's resolution.

4. A proposed Order allowing the U.S. Marshal to retain custody of the Defendant until after this matter is resolved will be sent to the Court. The United States does not oppose this motion or the entry of such an Order.

**WHEREFORE,** Defendant Dana Jarvis respectfully requests the Court grant this motion.

| | |
|---|---|
| I hereby certify that a true copy of this pleading was sent to AUSA James Braun via electronic filing and e-mail on this 30th day of April, 2009. | JUDITH A. ROSENSTEIN<br>P.O. Box 25622<br>Albuquerque, NM 87125-5622<br>(505) 379-1289 (telephone)<br>(505) 797-8086 (facsimile)<br>jrosenstein7@cybermesa.com |
| ELECTRONICALLY FILED<br>_____<br>Judith A. Rosenstein | ELECTRONICALLY FILED<br>_____<br>Judith A. Rosenstein<br>Attorney for Defendant |
| | JODY NEAL-POST<br>Attorney for Defendant<br>317 Amherst Dr. SE<br>Albuquerque, NM 87106-1403<br>(505) 268-7263 (telephone)<br>(505) 255-2782 (facsimile) |
| | GARY C. MITCHELL<br>Attorney for Defendant<br>P.O. Box 2460<br>Ruidoso, NM 88355-2460<br>(575) 257-3070 (telephone)<br>(575) 257-3171 (facsimile) |