IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        Criminal No. 05-1849 JH

DAKOTA FITZNER,

    Defendant.

**ORDER MODIFYING OR AMENDING**
**MAY 1, 2006 ORDER SETTING CONDITIONS OF RELEASE**
**AND JULY 24, 2007 ORDER AMENDING CONDITIONS OF RELEASE**

THIS MATTER HAVING COME before this Court upon Defendant's unopposed motion to modify or amend May 1, 2006 Order Amending Conditions of Release and July 24, 2007 Order Amending Conditions of Release, this Court, having reviewed said motion, understanding its premises and there being no opposition,

HEREBY FINDS that said motion is well-taken and granted, and

HEREBY ORDERS that the May 1, 2006 Order Setting Conditions of Release and July 24, 2007 Order Amending Conditions of Release are modified or amended by removing the conditions that Defendant be subject to electronic monitoring and to sobrietor monitoring, and

HEREBY ORDERS that all of the remaining conditions of release in the May 1, 2006 Order Setting Conditions of Release shall remain

effective and applicable.

DATED this _30th_ day of April, 2009.

_____
UNITED STATES MAGISTRATE COURT JUDGE


APPROVED BY:

 /S/ Todd Hotchkiss
TODD HOTCHKISS
FRECHETTE & ASSOCIATES, P.C.
Attorney for DAKOTA FITZNER


Approval 4/27/09
SANDRA DAY
UNITED STATES PRETRIAL SERVICES OFFICER


Telephonic approval 4/27/09
JAMES R.W. BRAUN
ASSISTANT UNITED STATES ATTORNEY