IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GEORGE OSGOOD, )<br>)<br>Defendant. ) | CR NO.05-1849 JH |

SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO "DEFENDANT
GEORGE OSGOOD'S MOTION TO COMPEL DISCOVERY
RELATED TO PEN REGISTER, CELL PHONE SITE, OR GPS DATA

The United States hereby moves for an extension of time to May 11, 2009 to file its response to "Defendant George Osgood's Motion to Compel Discovery Related to Pen Register, Cell Phone Site, or GPS Data" (Doc. 1578) and in support of its motion states as follows:

1.      Defendant Osgood filed his motion on April 4, 2009. On April 20, 2009, the United States filed a motion for extension of time to respond to Osgood's motion because the parties had negotiated a plea agreement which would make the motion moot. The Court granted an extension of time until May 1, 2009. Defendant Osgood entered a plea of guilty on April 23, 2009.

2.      On April 20, 2009, defendant Reid filed a notice of joinder in defendant Osgood's motion. The United States requests additional time to confer with counsel for defendant Reid regarding the discovery he is seeking.

3.     Defendant, through counsel Walter Nash, does not oppose this motion.

WHEREFORE, the United States respectfully requests that the Court grant an extension of time, to May 11, 2009, to file its response to "Defendant George Osgood's Motion to Compel Discovery Related to Pen Register, Cell Phone Site, or GPS Data."

Respectfully submitted,

GREGORY J. FOURATT
United States Attorney

*/s/ James R.W. Braun*

JAMES R.W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of May, 2009, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

*/s/ James R.W. Braun*

JAMES R.W. BRAUN
Assistant U.S. Attorney