IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,) | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR 05-1849 JH |
| | ) | |
| DANA JARVIS, *et al.,* | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER, having come before the Court on the unopposed motion of the Defendant, and the Court, being fully advised and finding the motion well taken:

IT IS HEREBY ORDERED that the United States Marshal Service shall retain custody of Defendant Dana Jarvis until further Order of this Court; and

IT IS FURTHER ORDERED that the Court Clerk shall provide the United States Marshal Service with two certified copies of this Order.

JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

Submitted by:

Judith A. Rosenstein
Attorney for Defendant

Telephonically Approved by:

James Braun
Attorney for Plaintiff

Case 1:05-cr-01849-JCH     Document 1626     Filed 05/01/09     Page 2 of 2