ATTACHMENT #1







