IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| DANA JARVIS, et al., ) | |
| ) | |
| Defendants. ) | |

UNITED STATES' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO
SUPPRESS THE FRUIT OF TITLE III WIRETAPS AND SUPPLEMENT THERETO

The United States hereby moves the Court for an extension of time to respond to the defendants' Joint Motion to Suppress the Fruit of Title III Wiretaps (Doc. 1533) and supplement thereto (Doc. 1627), and in support of its motion states:

1. Defendants David Reid, Dennis Wilson, and Greg Hill filed their Joint Motion to Suppress the Fruit of Title III Wiretaps on February 2, 2009. (Doc. 1533). The motion and accompanying affidavits consist of over 125 pages.

2. On May 4, 2009, the remaining two defendants, Reid and Hill, filed a supplement to the motion to suppress wiretaps which, with accompanying affidavits, consists of an additional 77 pages. (Doc. 1627).

3. The United States' consolidated response to the motion to suppress wiretaps and supplement thereto is due on May 18, 2009.

4. Additional time is requested in order to adequately respond to the numerous

legal and factual issues raised in the defendants' motion and supplement.

5. Counsel for the remaining defendants do not oppose the relief requested in this motion.

WHEREFORE, the United States respectfully requests that the Court grant an extension of time, to June 8, 2009, to file its response to the defendants' Joint Motion to Suppress the Fruit of Title III Wiretaps (Doc. 1533) and supplement thereto (Doc. 1627).

Respectfully submitted,

GREGORY J. FOURATT
United States Attorney

*ELECTRONICALLY FILED*

JAMES R.W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of May, 2009, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendants to be served by electronic means.

*ELECTRONICALLY FILED*

JAMES R.W. BRAUN
Assistant U.S. Attorney