IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>)<br>Plaintiff,    )<br>)<br>vs.    )<br>)<br>DANA JARVIS, et al.,    )<br>)<br>Defendants.    ) | Cr. No. 05-1849 JH |

ORDER

THIS MATTER having come before the Court on the United States' unopposed motion for an extension of time in which to respond to the defendant's Joint Motion to Suppress the Fruit of Title III Wiretaps (Doc. 1533) and supplement thereto (Doc. 1627), and the Court being otherwise fully advised in the premises FINDS that the motion is well taken and should be granted.

NOW, THEREFORE, it is hereby ordered that the United States' consolidated response to the defendant's Joint Motion to Suppress the Fruit of Title III Wiretaps (Doc. 1533) and supplement thereto (Doc. 1627) shall be due on June 8, 2009.

_____
UNITED STATES DISTRICT JUDGE