UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 05-1849 JH | USA vs. | Jones |
| Date: | May 19, 2009 | Name of Deft: | Bill Jones |
| Before the Honorable | | Judith C. Herrera | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:30 am-9:35 am (5 minutes) | Type of Proceeding: | Sentencing - Non-Evidentiary |
| Clerk: | I. Duran | Court Reporter: | P. Baca |
| AUSA: | Steve Kotz | Defendant's Counsel: | D. Chipman Venie |
| Sentencing in: | Albuquerque, New Mexico | Interpreter: | None |

| | | | | | |
|---|---|---|---|---|---|
| Probation Officer: | John Lovato | | Sworn? | Yes | No |
| Convicted on: | **x** Plea | Verdict | As to: | **x** Information | Indictment |
| If Plea: | **x** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| Date of Plea/Verdict: | 1/22/09 | | PSR: | **x** Not Disputed | Disputed |
| PSR: | **x** Court Adopts PSR Findings | | Evidentiary Hearing: | **x** Not Needed | Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): 392 days or time served, whichever is less

| | | | |
|---|---|---|---|
| Supervised Release: | 3 years | Probation: | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| **x** | Participate in substance abuse program/drug testing | | Register as sex offender |
| | Participate in mental health program | | Participate in sex offender treatment program |
| **x** | No alcohol/liquor establishments | | Possess no sexual material |
| **x** | Submit to search of person/property | | No computer with access to online services |
| **x** | No contact with co-Deft(s) or co-conspirators | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| **x** | OTHER: Standard & Mandatory Conditions: deft shall submit to DNA collection & shall have NO firearms, etc. | | |

| | | | |
|---|---|---|---|
| Fine: $ | 0 | Restitution: $ | 0 |
| SPA: $ | 100(Waived)  ($100 as to each Count) | Payment Schedule: | Due Immediately    **x** Waived |

| | | |
|---|---|---|
| | Advised of Right to Appeal | **x** Waived Appeal Rights per Plea Agreement |
| **x** | Held in Custody | Voluntary Surrender |
| | Recommended place(s) of incarceration: | |
| | Dismissed Counts: | |
| OTHER COMMENTS | Defense counsel addresses Ct. & has no objections to PSR. Ct. accepts the plea agreement in this case. Defendant makes no comment. Govt. addresses Ct. Ct. has reviewed the PSR & findings & has considered the sentencing guidelines & 3553 factors & imposes sentence. | |