IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                   Cr. No. 05-1849 JH

**DANA JARVIS,**

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the *Order Granting Motion to Enforce Plea Agreement and Withdrawing Previous Order of Dismissal* entered contemporaneously with this Order,

**IT IS HEREBY ORDERED** that Counts 2 - 25 of the Superseding Indictment in this case are dismissed as to defendant Dana Jarvis with prejudice.

_____
**UNITED STATES DISTRICT JUDGE**