**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                 CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

NOTICE OF FILING

Defendant David Reid, by his counsel undersigned, hereby files a signed copy of the Affidavit of Dana Jarvis, dated May 19, 2009. An unsigned copy of the same affidavit was filed as Exhibit G to our Supplement To Motion To Suppress (document number 1627). In that pleading it was noted that the affidavit was being filed unsigned due to time

-1-

constraints, with the proviso that a signed copy would be filed when obtained. This filing fulfills that commitment.

RESPECTFULLY SUBMITTED this 22nd day of May, 2009

LAW OFFICES OF
NASH & KIRCHNER, P.C.


BY /S/ Walter Nash
WALTER NASH
Attorney for Defendant Reid

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered to opposing counsel and all other counsel of record *via* the CMC/ECF system this 22nd day of May, 2009.


/s/ Walter Nash

-3-