FILED
At Albuquerque NM

MAY 2 2 2009

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF NEW MEXICO,

        Plaintiff,

vs.                                            CR. NO. 05-1849-JCH

GENO BERTHOD,

        Defendant.

## UNOPPOSED ORDER MODIFYING CONDITIONS OF RELEASE

THIS MATTER having come before the Court upon Defendant's Motion for Modification of Conditions of Release and the Court having been fully informed and having determined that the motion is well-take and should be granted,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Defendant's Motion to Modify Conditions of Release is hereby granted and the condition of release as set forth within Paragraph 7(b) of the Order Setting Conditions of Release that Defendant execute a bond or an agreement to forfeit upon his failure to appear Water Rights (The Farmer's Ditch Company) be removed as a condition and returned to Defendant and/or Cherie Berthod.

                                                                                  _____
                                                                                   United States Magistrate Judge

Submitted:

*/s/ Martin Lopez, III*
Martin Lopez, III
Attorney for Defendant Berthod