**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**

**P.O. BOX 2310**
**TUCSON, ARIZONA 85702**
**Telephone (520) 792-1613**
**Fax (520) 628-1079**
**Pima County Computer No. 41636**
**State Bar No. 002893**
**walter.nash@azbar.org**
**bkirchner@azbar.org**

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,                   CR-05-1849 JH

vs.

DAVID REID,

       Defendant.

SUPPLEMENT TO MOTION TO SEVER

Excludable delay under 18 U.S.C. §3161(h)(i)(F) will occur as a result of this Motion or of an order based thereon.

The defendant Reid previously filed a Motion to Sever his trial from that of co-defendants based upon, *inter-alia,* the right to have access to non-testifying defendants and their exculpatory testimony offered on his

-1-

behalf. Attached hereto is an affidavit executed by the co-defendant Greg Hill satisfying the requirements of the previously-cited case law.

The defendant Hill and Reid are the only remaining defendants in this matter.

RESPECTFULLY SUBMITTED this 1st day of June, 2009

>LAW OFFICES OF
>NASH & KIRCHNER, P.C.
>
>BY /S/ Walter Nash
>WALTER NASH
>Attorney for Defendant Reid

-2-

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered to opposing counsel and all other counsel of record *via* the CM/ECF system this 1st day of June, 2009

/s/ Walter Nash

-3-