IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      Cause No. 05-CR-1849-JH

DANA JARVIS, et al.

    Defendant.

## AFFIDAVIT OF GREG HILL

STATE OF NEW MEXICO    )
                                      ) SS.
COUNTY OF BERNALILLO    )

    GREG HILL, being first duly sworn upon his oath, deposes and states as follows:

    1. I am Greg Hill. I am a Defendant in the above-entitled and numbered cause.

    2. I am executing and filing this Affidavit solely and in conjunction with pre-trial motions. By signing and filing this Affidavit, I am not waiving any right or privilege I may have.

    3. I will not testify in my own trial. After consultation with my lawyer, at the present time I intend to invoke my Fifth Amendment rights.

    4. However, I would testify in a separate trial for David Reid if said trial was held after my trial.

    5. I would testify that during the time I was engaged in certain activities with Dana Jarvis, I never met, saw or had any contact with David Reid. In fact, the first

contact I ever had with David Reid was at a court hearing in Albuquerque, New Mexico, approximately three years after the Indictment in the above matter was filed.

6. I would further testify that I never heard any other person associated with Dana Jarvis or Dana Jarvis himself ever say that David Reid was a knowing participant in any drug related activity and/or had knowledge of any such activity involving Dana Jarvis.

7. I have reviewed which is represented as a transcript of a call between Dana Jarvis and myself. The call references "Dr. Reed." I have no recollection of the name Dr. Reed in any phone conversation with Dana Jarvis.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GREG HILL

SUBSCRIBED AND SWORN to before me this 1st day of April, 2009, by Greg Hill.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: 9/23/09