**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**

P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING OF REPLY

    Excludable delay under 18 U.S.C. §3161(h)(i)(F) will occur as a result of this motion or of an order based thereon.

    The defendant Reid, by his counsel undersigned, hereby moves this Court for an Order allowing a reply to the Government's response to be

filed contemporaneously with the defendant's reply to the wiretap Motion to Suppress.  The Government has no objection to the filing taking place at that time.  No hearing is requested on this matter.

RESPECTFULLY SUBMITTED this 3rd day of June, 2009

>LAW OFFICES OF
>NASH & KIRCHNER, P.C.
>
>
>BY /S/ Walter Nash
>WALTER NASH
>Attorney for Defendant Reid

-2-

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered to opposing counsel and all other counsel of record *via* the CM/ECF system this 3rd day of June, 2009.

/s/ Walter Nash

-3-