IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF NEW MEXICO,

    Plaintiff,

vs.

    CR. NO. 05-1849

DANA JARVIS, et al.,

    Defendants.

09 JUN -4 PM 3:57

## RELEASE OF THE FARMERS DITCH COMPANY STOCK CERTIFICATE

Cherie Berthod, hereby acknowledges release of The Farmers Ditch Company Stock Certificate from the possession of the United States District Court, District of New Mexico to the office of Martin Lopez, III, P. C., Attorney for Defendant Geno Berthod for return to me.

Respectfully submitted,

By: Cherie Berthod
Owner of said Certificate
14834 WCR 3
Longmont, CO 80504
Tele: (303) 682-2550

## VERIFICATION

STATE OF _COLORADO_ )
                    )ss.
COUNTY OF _Boulder_ )

On this _26th_ day May, 2009, before me personally appeared Cherie Berthod, to me known to be the person who executed the forgoing instrument, and acknowledged that she executed the same as the free act.

Mary Susan Brooks
Notary Public

My Commission Expires:
_4·18·2010_