ORIGINAL   N° 1819

# RECEIPT FOR NON-CASH COLLATERAL
## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF NEW MEXICO

AT **Abq.**

**RECEIVED FROM** Cherie Berthod
14834 WCR 3
Longmont, CO 80504

**PHONE#**

| | |
|---|---|
| **CASE NO:** | 05 CR 1849 |
| **CASE NAME:** | US v. Geno Berthod |
| **DESCRIPTION:** | Stock Certificate #2764 |
| | Water Rights Stock Certificate |
| | #2764 for One and one fourth (1 1/4) |
| | Shares of the Capital Stock of the |
| | Farmers Ditch Corp. |
| | |
| | Bond Affidavit and certificate released |
| | to Martin Lopez III's office. 6-4-09. |
| | X Janett Hernandez |
| | Assistant |

**DEPUTY CLERK:**

DATE October 14, 20 05

WHITE-SURETY    YELLOW-RECORDS    PINK-CASE FILE