**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | Page 1 of 2 | |
|---|---|---|---|---|
| 1. Program Code | 2. Cross Related Files File | | 3. File No. ▓▓▓▓ | 4. G-DEP Identifier ▓▓▓▓ |
| 5. By: S/A Richard Stark  At: Albuquerque DO | ☐ ☐ ☐ ☐ | | 6. File Title ▓▓▓▓ | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | ☐ | | 8. Date Prepared 06-13-2002 | |
| 9. Other Officers: NMSP Sergeant Patrick Garrett. | | | | |
| 10. Report Re: A/ Attempted Trash Recovery at 13 Enebro, Santa Fe, New Mexico on 06-13-2002. | | | | |

**DETAILS:**

1. Reference previous DEA-6 Reports of Investigation under this case number and file title.

2. On 06-13-2002, S/A Richard Stark and New Mexico State Police Sergeant Patrick Garrett made arrangements with a representative of Waste Management of Santa Fe, New Mexico to collect the trash deposited outside the residence at 13 Enebro Place, in El Dorado, New Mexico (a suburb of Santa Fe New Mexico.) Dana JARVIS is known to live at said residence.

3. At approximately 7:23 a.m., S/A Stark and NMSP Sergeant Garrett drove past 13 Enebro. A man matching the description of JARVIS was observed in the driveway of the residence. A blue Chevrolet suburban type vehicle was observed backed up against the garage area of the house. No vehicle license plate was visible. A dark colored Volvo station wagon was also observed backed against the garage area. A front Colorado vehicle plate was observed to be 546-GIX. A query of Colorado Department of Motor Vehicle records for vehicle plate 546-GIX revealed it to be a Black 1997 Volvo station wagon registered to Anne WARD at 1670 E Cheyenne Mountain Bluff #208, Colorado Springs, Colorado.

4. At approximately 730 a.m., a representative of Waste Management in an official company truck attempted to replace the full trash receptacle

| 11. Distribution:  Division El Paso FD  District  Other | 12. Signature (Agent)  S/A Richard Stark  14. Approved (Name and Title)  Jay A. Erickson  Group Supervisor | 13. Date  15. Date |
|---|---|---|

DEA Form - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor



EXHIBIT 6

This report is th[e property of the Drug Enforce]ment Administration.
Neither it nor its contents [may be disseminated outside] the agency to which loaned

US v Jarvis     3.13

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ███ | 2. G-DEP Identifier ███ |
|---|---|---|
| | 3. File Title ███ | |
| 4. Page 2 of 2 | | |
| 5. Program Code | 6. Date Prepared 06-13-2002 | |

on the street in front of 13 Enebro with an empty container. A man believed to be JARVIS confronted the Waste Management employee and stated he (JARVIS) felt something was going on and that he (JARVIS) had private investigators in the past trying to steel his trash. The employee replaced the full container with an empty trash receptacle and started to remove the full one when JARVIS stopped said employee and insisted he (the employee) empty the trash into the new container. JARVIS insisted that the trash could not be removed unless it was emptied into a large garbage truck. JARVIS also insisted the employee provide his name and telephone number. When said employee departed JARVIS was standing on the street next to his trash receptacle in front of the 13 Enebro residence waiting for the regularly scheduled trash pick-up.

## INDEXING SECTION:

. JARVIS, Dana 

2. WARD, Anne

## Vehicle Indexing Section:

1. 546-GIX (Colorado)
   R/O Anne WARD
   1997 Black Volvo Station Wagon
   1670 East Cheyenne Mountain Bluff #208
   Colorado Springs, Colorado
   (Seen at 13 Enebro, home of Dana JARVIS, on 06-13-2002)

:A Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v Jarvis    3.14