**AYLA F JARVIS**

## Address

**Street**  12711 E CABEZA DE VACA
**City**  TUCSON
**County**  PIMA
**Country**  USA

**State** AZ
**Zip Code** 85749-9169

## Medical

**Medical Class:** Third                **Medical Date:** 3/2003

- MUST WEAR CORR LENSES & POSSESS GLASSES FOR NEAR & INTRM VISION.

## Certificates

1 of 1

**DOI:**  3/31/2003
**Certificate:**  STUDENT PILOT



EXHIBIT 8