**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 5

| | |
|---|---|
| 1. Program Code | 2. Cross Related Files  3. File No.  4. G-DEP Identifier |
| 5. By: SA Ivar Hella  At: Albuquerque D.O.  Group II | 6. File Title |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | 8. Date Prepared  08/22/06 |
| 9. Other Officers: SA Rich Stark | |
| 10. Report Re: J/ Acquisition of Exhibits N-286 through N-297 from BATFE. | |

## SYNOPSIS

In October of 2005, BATFE Agents served a Federal Search Warrant in Tucson, Arizona, ~~based on information received from the Albuquerque District Office regarding a murder for hire plot against SA Rich Stark and AUSA James Braun~~. The information below details the acquisition of evidence transferred to DEA subsequent to the service of the search warrant.

## DETAILS

1. Reference is made to Bureau of Alcohol, Tobacco, Firearms, and Explosives (BATFE) ROI written by SA Brandon Garcia regarding a search warrant that was served at 5175 West Ajo Way, Unit #15, Tucson, Arizona on October 6, 2005.

2. In September of 2005, Special Agents of the ATFE became aware of a Confidential Source (CS) who had contact with **Dana JARVIS** while incarcerated at the Regional Correctional Center (RCC) in Albuquerque, New Mexico. During this contact, JARVIS boasted that he had various weapons in a storage shed in Tucson, Arizona. Later, JARVIS boasted of having an H&K model 91 and an UZI machine gun. JARVIS also stated that he wished to pay someone to have the case agent and AUSA of the instant case killed in an attempt to frustrate the government's case against him. (The CS related the above

| | | |
|---|---|---|
| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  SA Ivar Hella | 13. Date  8-31-06 |
| | 14. Approved (Name and Title)  Harry Paul Kaczmarek  Group Supervisor | 15. Date  AUG 3 1 2006 |

DEA Form - 6
Jul. 1996

**DEA SENSITIVE**
Drug Enforcement Administration

IBH
1 – Prosecutor

This report is the [property of the Drug Enforcement] Administration.
Neither it nor its contents [may be disseminated outside] the agency to which loaned.
Previ[ous edition dated 8/76 may be] used.

EXHIBIT 9

Jarvis

3.944

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. ▓▓▓ | 2. G-DEP Identifier ▓▓▓ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ▓▓▓ | |
| 4. Page 2 of 5 | | |
| 5. Program Code | 6. Date Prepared 08/22/06 | |

information regarding the storage unit prior to the threat on the case agent and AUSA.)

3. BATFE Special Agents subsequently notified the FBI regarding the storage unit and the threat on the agent/AUSA's life. The FBI initiated a murder for hire investigation which was reported under FBI reports of investigation.

4. Pursuant to a federal search warrant on the storage unit in the name of **Adrian SANFORD**, (a co-conspirator) BATFE Special Agents discovered a menagerie of property and a small cache of weapons, including an H&K model 91 and an UZI submachine gun. Both weapons happened to be semi-automatic and not select fire (fully automatic), consequently the items were not seized at that time per BATFE guidelines. The owner of the storage unit, after proper notification, declared the weapons abandoned and was going to auction the weapons. The items were subsequently held for safekeeping pending consultation with DEA regarding the results of the search. Upon relaying the results of the search to SA Hella, it was discovered that the items had evidentiary value to the FBI investigation regarding the attempted murder of SA Stark and AUSA Braun.

5. On June 26, 2006, pertinent items taken in the BATFE search, including the weapons, were transferred to SA STARK, via Federal Express and were subsequently assigned Exhibit numbers **N-286 through N-297**.

## CUSTODY OF EVIDENCE

**Exhibit N-286** is described as one master lock. Exhibit N-286 was taken by BATFE agents from Unit #15 at AJO storage at 5175 W Ajo Way on October 6, 2005 in Tucson, Arizona subsequent to a search warrant. The exhibit was initially logged into evidence by the Tucson BATFE office. The exhibit was transferred to the custody of S/A Stark at the DEA ADO via FedEx. S/A Stark received the exhibit on June 26, 2006. S/A Stark processed the exhibit and maintained custody of the exhibit until it was transferred to the custody of the ADO NDEC.

DEA Form - 6a (Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Jarvis   3.945  :utor

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. ▬▬▬ | 2. G-DEP Identifier ▬▬▬ |
|---|---|---|
| | 3. File Title ▬▬▬ | |
| 4.<br>Page 3 of 5 | | |
| 5. Program Code | 6. Date Prepared<br>08/22/06 | |

**Exhibit N-287** is described as four computer CD's. Exhibit N-287 was taken by BATFE agents from Unit #15 at AJO storage at 5175 W Ajo Way on October 6, 2005 in Tucson, Arizona subsequent to a search warrant. The exhibit was initially logged into evidence by the Tucson BATFE office. The exhibit was transferred to the custody of S/A Stark at the DEA ADO via FedEx. S/A Stark received the exhibit on June 26, 2006. S/A Stark processed the exhibit and maintained custody of the exhibit until it was transferred to the custody of the ADO NDEC.

**Exhibit N-288** is described as miscellaneous documents. Exhibit N-288 was taken by BATFE agents from Unit #15 at AJO storage at 5175 W Ajo Way on October 6, 2005 in Tucson, Arizona subsequent to a search warrant. The exhibit was initially logged into evidence by the Tucson BATFE office. The exhibit was transferred to the custody of S/A Stark at the DEA ADO via FedEx. S/A Stark received the exhibit on June 26, 2006. S/A Stark rocessed the exhibit and maintained custody of the exhibit until it was ransferred to the custody of the ADO NDEC.

**Exhibit N-289** is described as miscellaneous documents. Exhibit N-289 was taken by BATFE agents from Unit #15 at AJO storage at 5175 W Ajo Way on October 6, 2005 in Tucson, Arizona subsequent to a search warrant. The exhibit was initially logged into evidence by the Tucson BATFE office. The exhibit was transferred to the custody of S/A Stark at the DEA ADO via FedEx. S/A Stark received the exhibit on June 26, 2006. S/A Stark processed the exhibit and maintained custody of the exhibit until it was transferred to the custody of the ADO NDEC.

**Exhibit N-290** is described as miscellaneous gun magazines. Exhibit N-290 was taken by BATFE agents from Unit #15 at AJO storage at 5175 W Ajo Way on October 6, 2005 in Tucson, Arizona subsequent to a search warrant. The exhibit was initially logged into evidence by the Tucson BATFE office. The exhibit was transferred to the custody of S/A Stark at the DEA ADO via FedEx. S/A Stark received the exhibit on June 26, 2006. S/A Stark processed the exhibit and maintained custody of the exhibit until it was transferred to the custody of the ADO NDEC.

**Exhibit N-291** is described as digital photos. Exhibit N-291 was taken by BATFE agents from Unit #15 at AJO storage at 5175 W Ajo Way on October 6,

JEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which

Jarvis    3.946    utor

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | ███████ | ███████ |
| | 3. File Title ███████ | |
| 4. Page 4 of 5 | | |
| 5. Program Code | 6. Date Prepared 08/22/06 | |

2005 in Tucson, Arizona subsequent to a search warrant. The exhibit was initially logged into evidence by the Tucson BATFE office. The exhibit was transferred to the custody of S/A Stark at the DEA ADO via FedEx. S/A Stark received the exhibit on June 26, 2006. S/A Stark processed the exhibit and maintained custody of the exhibit until it was transferred to the custody of the ADO NDEC.

**Exhibit N-292** is described as a Winchester rifle, Model 1906, .22 Caliber bearing Serial #551645B. Exhibit N-292 was taken by BATFE agents from Unit #15 at AJO storage at 5175 W Ajo Way on October 6, 2005 in Tucson, Arizona subsequent to a search warrant. The exhibit was initially logged into evidence by the Tucson BATFE office. The exhibit was transferred to the custody of S/A Stark at the DEA ADO via FedEx. S/A Stark received the exhibit on June 26, 2006. S/A Stark processed the exhibits and maintained custody of the exhibit until it was transferred to the custody of the ADO 'DEC.

**Exhibit N-293** is described as a Savage rifle, Model 22LR, .22 Caliber with no serial number. Exhibit N-293 was taken by BATFE agents from Unit #15 at AJO storage at 5175 W Ajo Way on October 6, 2005 in Tucson, Arizona subsequent to a search warrant. The exhibit was initially logged into evidence by the Tucson BATFE office. The exhibit was transferred to the custody of S/A Stark at the DEA ADO via FedEx. S/A Stark received the exhibit on June 26, 2006. S/A Stark processed the exhibit and maintained custody of the exhibit until it was transferred to the custody of the ADO NDEC.

**Exhibit N-294** is described as a Heckler & Koch rifle Model 91, .308 Caliber bearing serial #A012811. Exhibit N-294 was taken by BATFE agents from Unit #15 at AJO storage at 5175 W Ajo Way on October 6, 2005 in Tucson, Arizona subsequent to a search warrant. The exhibit was initially logged into evidence by the Tucson BATFE office. The exhibit was transferred to the custody of S/A Stark at the DEA ADO via FedEx. S/A Stark received the exhibit on June 26, 2006. S/A Stark processed the exhibit and maintained custody of the exhibit until it was transferred to the custody of the ADO NDEC.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loa████.

Previous edition dated 8/94 may be used.

Jarvis    3.947

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No. ▬▬▬ | 2. G-DEP Identifier ▬▬▬ |
|---|---|---|
| | 3. File Title ▬▬▬ | |
| 4.<br>Page 5 of 5 | | |
| 5. Program Code | 6. Date Prepared<br>08/22/06 | |

**Exhibit N-295** is described as a Browning rifle Model BLR, .243 Caliber bearing serial #53122K57. Exhibit N-295 was taken by BATFE agents from Unit #15 at AJO storage at 5175 W Ajo Way on October 6, 2005 in Tucson, Arizona subsequent to a search warrant. The exhibit was initially logged into evidence by the Tucson BATFE office. The exhibit was transferred to the custody of S/A Stark at the DEA ADO via FedEx. S/A Stark received the exhibit on June 26, 2006. S/A Stark processed the exhibit and maintained custody of the exhibit until it was transferred to the custody of the ADO NDEC.

**Exhibit N-296** is described as an Israel Military Industries Model A, 9mm bearing serial #SA33361. Exhibit N-296 was taken by BATFE agents from Unit #15 at AJO storage at 5175 W Ajo Way on October 6, 2005 in Tucson, Arizona subsequent to a search warrant. The exhibit was initially logged into evidence by the Tucson BATFE office. The exhibit was transferred to he custody of S/A Stark at the DEA ADO via FedEx. S/A Stark received the exhibit on June 26, 2006. S/A Stark processed the exhibit and maintained custody of the exhibit until it was transferred to the custody of the ADO NDEC.

**Exhibit N-297** is described as miscellaneous documents. Exhibit N-297 was taken by BATFE agents from Unit #15 at AJO storage at 5175 W Ajo Way on October 6, 2005 in Tucson, Arizona subsequent to a search warrant. The exhibit was initially logged into evidence by the Tucson BATFE office. The exhibit was transferred to the custody of S/A Stark at the DEA ADO via FedEx. S/A Stark received the exhibit on June 26, 2006. S/A Stark processed the exhibit and maintained custody of the exhibit until it was transferred to the custody of the ADO NDEC.

<u>**INDEXING**</u>



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Jarvis    3.948