## INDIANA STATE POLICE CASE REPORT

| Field | Value |
|---|---|
| Assignment Card # | |
| Incident # | |
| Hours | 8.0 |
| Page | 1 |
| of | 4 |
| Case # | 96-00478 |
| Offense | US Currency Seizure |
| I.C. # | 34-24-1-1 |
| Victim Name/Incorporated Business | STATE OF INDIANA |
| TX: | N/A |
| Victim's Address | N/A |
| Victim Sex | N/A |
| Race | N/A |
| DOB | N/A |
| Age | N/A |
| SSN | N/A |
| Place of Treatment | N/A |
| Date & Time of Occurrence | 10-28-04 Appx. 3:45pm |
| Date & Time Reported | 10-28-04 Appx. 3:45pm |
| How Reported | In person |
| Received By PE | 5789 |
| Reported By (Name & Address) | S/Tpr. Kirby W. Stailey---Indiana State Police Drug Enforcement Section |
| TX: | (888)233-3959 |
| Location of Offense | West 3rd Street @ Profile Parkway |
| City | Bloomington |
| Township | Monroe |
| County | Monroe |
| State | IN |
| Suspect/Name & Address | N/A |
| DOB | N/A |
| SSN | N/A |
| Descriptions/Sex/Race/Hgt/Wgt/Hair/Eyes/Scars, Tattoos/Clothing | N/A |
| Arrested? | N/A |
| Tracking # | N/A |
| Complaint & Summons Ticket # | N/A |
| Prints? | N/A |
| Crim. Check? | N/A |
| Tech. P.E. | N/A |
| Prop Form # | 701988 |
| Inst., Force, or Weapon | N/A |
| If Arrested by Other Agency, What Agency? | N/A |
| Vehicle Involved? | Yes |
| Make | Chrysler |
| Year | 2004 |
| Color | Green |
| Lic. #: | 53B1695 |
| Lic. St. | IN |
| Lic. Yr. | 04 |
| VIN | N/A |
| Name of Owner | N/A |
| Address | N/A |
| Where Held | N/A |

SCENE PROCESSING: The US Currency was photographed and a receipt for the Currency Was provided to MS. JARVIS.

EVIDENCE COLLECTED: A blue nylon suitcase containing a white plastic bag and a brown paper Bag, each containing numerous rubber-banded bundles of US Currency.

PROPERTY RECOVERED: $287,210.00 in US Currency

WITNESSES: Trooper Ryan Miller---ISP Bloomington Post

| DIC's Name | Case Status | Assigned Officer's Name, PE, Date |
|---|---|---|
| Sgt. Thomas R. Ferguson 3616 11-03-04 | p | Tpr. Kirby W. Stailey PE 5789 10-29-04 |

State Form 20663 (R3/2-97)

Stock 625
INV



EXHIBIT 5

US v Jarvis     3.35

| INDIANA STATE POLICE SUPPLEMENTAL CASE REPORT | Incident | Hours 8.0 | Page 2 | of 4 | Case No. 96-00478 |
|---|---|---|---|---|---|
| Offense US Currency Seizure | | I.C. Code | | | County of Offense Monroe |
| Victim Name/Incorporated Business STATE OF INDIANA | | Victim's Address N/A | | | |

On 10-28-04 at approximately 3:45pm, I was westbound on 3rd Street in Bloomington when I observed a green Chrysler minivan make an illegal U-turn in front of me at Profile Parkway. The vehicle also gave an improper turn signal as it turned off of 3rd Street onto Profile Parkway. The signal was improper because it was not given until the vehicle had actually begun making the turn. At this time, I initiated a traffic stop on the vehicle on Profile Parkway for the above mentioned traffic violations.

Upon approaching the passenger side of the vehicle, I requested the driver's license and vehicle registration. The white female driver was the sole occupant of the vehicle. She produced a New Mexico driver's license, which identified her as AYLA JARVIS. MS. JARVIS also produced an Indiana vehicle registration. MS. JARVIS immediately apologized for making the U-turn and told me that she was from out of town and was trying to find her way back to the Monroe County airport. I asked her where she was from and she told me that she was from Tucson, Arizona. She further stated that she had flown into the Monroe County Airport earlier in the afternoon and was in Bloomington to visit a friend for a "few hours". I asked her what her friends name was and she told me that it was GREG, but that she didn't know his last name. She further stated that she had met him at the Cracker Barrel Restaurant in Bloomington. During my conversation with MS. JARVIS, she appeared to be very nervous as evident by her animated behavior and due to the fact that her hand was excessively shaking when she handed me the license and registration. I also observed a large blue nylon bag between the front seats. While engaged in this conversation with her, I was standing at the passenger side window completing the written warning for the violations. She told me that she was going back to the airport to get her luggage and thought that she might stay at a hotel in Bloomington for 3 days. She also told me that she had not made reservations anywhere. I advised her to wait in her vehicle while I returned to my commission to conduct radio checks and complete the written warning.

Once inside my commission, I contacted the Bloomington Post by radio and I requested a backup unit at the scene. I also ran a driver's license check on MS. JARVIS. Trooper Ryan Miller arrived at the scene within 2-3 minutes and I asked him to complete the written warning and to monitor the radio traffic. At this time, I approached the driver's side of the vehicle and I asked MS. JARVIS if she would care if I walked my drug dog, Brix, around the outside of her vehicle. MS. JARVIS told me that she did not care and I asked her to step out of the vehicle and to wait back at Trooper Miller's commission. During the exterior trot, Brix gave a positive alert on the front driver's side door on the first pass around the vehicle. I put Brix back into my commission at this time and I advised MS. JARVIS of her Miranda Warning, which she stated that she understood. I told her that she was not under arrest, but that my K-9 had alerted to the vehicle and that I was going to have to search her person, the vehicle, and contents. MS. JARVIS told me that there was a large sum of US Currency in the vehicle. I asked her how much was in the vehicle and she told me that he didn't know. I then asked her what the money was for and where she obtained it and she told me that she picked it up from GREG at the Cracker Barrel and that it

| DIC's Name Sgt. Thomas R. Ferguson 3616 11-03-04 | Case Status p | Assigned Officer's Name, PE, Date Tpr. Kirby W. Stailey PE 5789 10-29-04 |
|---|---|---|
| State Form 20663 (R3/2-97) | | |

Stock 625
INV

US v Jarvis   3.36

## INDIANA STATE POLICE
## SUPPLEMENTAL CASE REPORT

| Incident | Hours | Page | of | Case No. |
|---|---|---|---|---|
| | 8.0 | 3 | 4 | 96-00478 |

| Offense | I.C. Code | County of Offense |
|---|---|---|
| US Currency Seizure | | Monroe |

| Victim Name/Incorporated Business | Victim's Address | |
|---|---|---|
| STATE OF INDIANA | N/A | |

was money for a Real Estate purchase between GREG and her father in Tucson, Arizona. She also told me that this was the first time that she had met GREG and that her father did not believe in checks and banks and that is why he dealt in currency only. I asked her where the money was at in the vehicle and she told me that it was in the blue nylon bag in between the front seats. At this time, I opened the vehicle and located the nylon bag. I unzipped the bag and observed a towel that was covering a white plastic shopping bag and a paper bag, which each contained numerous rubber-banded bundles of US Currency. I again asked her how much money was in the bag and she told me that it was about $200,000.00. She also asked me if she was going to be arrested or if I was going to seize the money. I told her that I was only asking questions at this point and that she could not be arrested for possessing only money. I asked her what the money was for and she told me that it might be for purchasing an airplane or real estate and that she really didn't know. I again asked her how much money was there and she told me that there was $238,000.00. At this time, I conducted a thorough search of the entire vehicle and I did not locate any contraband. I also photographed the money and completed a Property Record and Receipt for the money, which MS. JARVIS signed. ( See Attached ) I asked MS. JARVIS if she had ever been arrested for drugs before and she told me that she was arrested for possession of cocaine about 2 years ago. MS. JARVIS told me that her father was a businessman in the Tucson area and that he owned a real estate company and nightclubs. I explained the forfeiture process to her, gave her my name and phone number, and I insured that she had her receipt. I also gave her license, registration, and written warning back to her.

Shortly after leaving the scene, I received a message from the Jasper Post to contact a DAVID REED @ (520) 251-0243 reference the money that I seized. I called MR. REED and he told me that the money that I seized was his and that it was to be used on a down payment on a King Air airplane. He also to me that there was $287,300.00 in the bag. He further stated that he could send me written documentation to verify that the money was for an airplane. I explained to him that we had probable cause to seize the money based on the suspicious circumstances. I also explained the forfeiture process to him and told him that I had provided a written receipt to his daughter for the currency. On 10-29-04, I received another message to contact MR. REED. During this conversation, he told me that he had spoken to his attorney and that he was willing to enter into a "compromising agreement" where he would donate $25,000.00 to the Troopers fund in exchange for the return of the remainder of the money. He also told me that it was not a bribe. I told him that those decisions were not up to me, but would be handled between his attorney and the asset forfeiture personnel. He told me that he hoped that all that could be avoided by making a "compromising agreement". I told him that he would be contacted by the forfeiting agency in the near future. On 10-29-04, I learned that the money would be adopted and seized federally.

ATTACHMENTS: 1 Copy of PR and R #701988

| DIC's Name | Case Status | Assigned Officer's Name, PE, Date |
|---|---|---|
| Sgt. Thomas R. Ferguson 3616 11-03-04 | p | Tpr. Kirby W. Stailey PE 5789 10-29-04 |
| State Form 20663 (R3/2-97) | | |

Stock 625
INV

US v Jarvis    3.37

| INDIANA STATE POLICE SUPPLEMENTAL CASE REPORT | Incident | Hours | Page | of | Case No. |
|---|---|---|---|---|---|
| | | 8.0 | 4 | 4 | 96-00478 |
| Offense | | I.C. Code | | | County of Offense |
| US Currency Seizure | | | | | Monroe |
| Victim Name/Incorporated Business | | Victim's Address | | | |
| STATE OF INDIANA | | N/A | | | |

| DIC's Name | Case Status | Assigned Officer's Name, PE, Date |
|---|---|---|
| Sgt. Thomas R. Ferguson 3616 11-03-04 | P | Tpr. Kirby W. Stailey PE 5789 10-29-04 |
| State Form 20663 (R3/2-97) | | |

Stock 625
INV

US v Jarvis     3.38