U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross Related Files File | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: S/A Ivar Hella  At: Albuquerque D/O  Group II | ☒ ☐ ☐ ☐ ☐ | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared  10/29/04 | |
| 9. Other Officers: S/A's Richard Stark, Kim McClung, Robert Schmoler | | | |
| 10. Report Re: A/Surveillance at 28 Quail Run, Santa Fe, New Mexico on October 22, 2004. | | | |

**SYNOPSIS:**

On October 22, 2004 agents established surveillance at the home of Kathy FITZGERALD located at 28 Quail Run in Santa Fe County. Agents received information from a confidential source that FITZGERALD was holding several hundred pounds of marijuana for "the old man." The marijuana was reported to be stored in a sport utility vehicle bearing New Mexico vehicle plate GCD-571. The following report details said surveillance.

**DETAILS**

C▓▓▓▓▓▓▓, hereafter referred to as "CS," stated that Donald TRUJILLO recently returned from Tucson, Arizona with a load of marijuana estimated to be several hundred pounds. (TRUJILLO was reported to have returned to

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  S/A Ivar Hella | 13. Date  12-21-2004 |
|---|---|---|
| | 14. Approved (Name and Title)  Harry Paul Katzmarek  Group Supervisor | 15. Date  12/21/04 |

DEA Form - 6
(Jul. 1996)
  IBH
1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

EXHIBIT 7

This report is th... ment Administration.
Neither it nor its content... the agency to which loaned.
Pr... be used.

US v Jarvis    3.557

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| 4. Page 2 of 3 | | |
| 5. Program Code | 6. Date Prepared 10/29/04 | |

the Santa Fe area on or about the evening of October 21 or early a.m. October 22.) The CS stated that Dana JARVIS contacted TRUJILLO in the early morning hours of October 22 and then directed Kathy FITZGERALD to drive to Santa Fe and take possession of the marijuana that was temporarily stored in the back of TRUJILLO's Sport Utility Vehicle (SUV). According to the CS, FITZGERALD picked up TRUJILLO's SUV in the early morning hours of October 22 and drove it to her house which is located at 28 Quail Run in a rural suburb of Santa Fe, in Santa Fe County. FITZGERALD was reported to be storing the marijuana for "the old man," an unidentified drug courier from the state of Colorado who was supposed to pick up said marijuana on October 22.

At approximately 12:00 p.m., surveillance was established in the area of 28 Quail Run. Observed on the property were vehicles known to be used or permanently parked at the residence (white Honda, white Chevy P/U, and a green Chevy mini-van).

At approximately 1:10 p.m., S/As Stark and Hella observed a metallic brown/silver 1999 Chevrolet Suburban bearing New Mexico license GCD-571 driving toward the Quail Run residence. S/A Stark observed a female driver and an unidentifiable passenger inside the vehicle.

At approximately 1:12 p.m., a metallic brown/silver 1999 Chevrolet Suburban bearing New Mexico license GCD-571 was observed by S/As McClung and Schmoler driving around the perimeter of 28 Quail Run, make a U-turn and then stop outside the property near a dead end. The vehicle subsequently pulled onto the property where it was observed parking near a white storage shed on the southeast area of the property.

At approximately 1:15 p.m., S/As McClung and Schmoler observed the suburban pull out of the residence and travel a short distance North on Quail Run at a very slow speed in what appeared to be a counter-surveillance gesture. The vehicle made a u-turn on Quail Run and returned to the residence immediately thereafter.

The female driver, believed to be Cathy FITZGERALD was observed exiting the drivers side of the vehicle and a male wearing a white T-shirt was observed exiting the passenger side of the vehicle. The unidentified male

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v Jarvis    3.558

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. ▓▓▓ | 2. G-DEP Identifier ▓▓▓ |
|---|---|---|
| | 3. File Title ▓▓▓ | |
| 4. Page 3 of 3 | | |
| 5. Program Code | 6. Date Prepared 10/29/04 | |

was seen walking from the suburban to a small white shed on the property several times by S/As McClung and Schmoler. The view into the property was obscured by the fence encircling the property.

At approximately 3:50 p.m. S/A Stark was contacted by the CS. According to the CS "the old man" was in the Santa Fe geographic region and expected to pick up the marijuana and transport it to an undisclosed location. Kathy FITZGERALD was also supposed to return Donald TRUJILLO's Chevrolet sport utility vehicle with one hour.

At approximately 4:14 p.m., S/As Stark and Hella observed the Suburban depart the Quail run address and drive West to a side road which eventually connected to Highway 14.

S/As Stark and Hella followed the female driver, later identified as Kathy FITZGERALD to a residence located at 1917 Camino Lumbre in Santa Fe. Other vehicles at the residence revealed the Camino Lumbre location to be the home residence of Donald TRUJILLO. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

At approximately 4:55 p.m., S/As Stark, Hella, and Detective Roe observed the suburban relocate to 2710 Vereda Rodiando.

At approximately 5:15 p.m., S/As Stark and Hella observed Donald TRUJILLO turn West on Rodeo Road from Camino Rodiando.

Surveillance was terminated at approximately 5:35p.m.

**INDEXING**

1. TRUJILLO, Donald       

2. FITZGERALD, Kathy

3. JARVIS, Dana

---

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**1 - Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v Jarvis   3.559