**AYLA F JARVIS**

## Address

**Street** 12711 E CABEZA DE VACA
**City** TUCSON
**County** PIMA
**Country** USA

**State** AZ
**Zip Code** 85749-9169

## Medical

**Medical Class:** Third     **Medical Date:** 3/2003

- MUST WEAR CORR LENSES & POSSESS GLASSES FOR NEAR & INTRM VISION.

## Certificates

1 of 1

**DOI:** 3/31/2003
**Certificate:** STUDENT PILOT



EXHIBIT 8