**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                      CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

UNOPPOSED MOTION TO EXTEND DUE DATE FOR REPLY TO GOVERNMENT'S RESPONSE RE: FRUITS OF TITLE III WIRETAPS AND TO SET A HEARING

Excludable day under 18 U.S.C. §3161(h)(i)(F) will occur as a result of this motion or of an order based thereon.

The defendant Reid, by his counsel undersigned, hereby moves this

Court for an Order extending for 30 days the time for filing a reply to the Government's Response (document number 1661) to Defendants Joint Motion to Suppress the Fruit of Title III Wiretaps (document number 1533), and the Supplement of Defendants David Reid and Greg Hill to the Defendant's Joint Motion To Suppress The Fruit Of Title III Wiretaps (filed February 2, 2009) (document number 1627).  The reasons for this request are:

1. The unusually fact-intensive and complex nature of the issues to be addressed and size of the conspiracy involved;

2. The length of brief replied to (the Government's Response is 48 pages long);

3. The fact that counsel has deadlines in several other cases that have been set around the same time.

Pursuant to Rule 47.8(a), local Rules of Crim. P. the deadline would be June 22, 2009.  The defense respectfully requests an extension of thirty (30) days to and including July 22, 2009.

The Government has no objection to the requested extension.

It is further requested that the Court set a hearing on the issue of whether a *Franks* hearing will be granted in this matter.  It is requested that the hearing be set the second week of August, 2009, if possible and that

-2-

two hours be allowed.  The Government concurs with this request.

RESPECTFULLY SUBMITTED this 10th day of June, 2009

>LAW OFFICES OF
>NASH & KIRCHNER, P.C.
>
>
>BY /S/ Walter Nash
>WALTER NASH
>Attorney for Defendant Reid

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered to opposing counsel and all other counsel of record *via* the CM/ECF system this 10th day of June, 2009.

/s/ Walter Nash

-4-