ALBUQUERQUE DEA/ALT

# Albuquerque District Office

# Transcription

| | |
|---|---|
| CASE # | MM-02-0135 |
| TARGET # | 520-705-7130 |
| CALL # | 868 |
| OUTGOING: | 812-325-4531 |
| SUBSCRIBER: | SMITH JOHN<br>4000 PEARL ST<br>BLOOMINGTON, IN |
| DATE: | 06/17/2005 |
| TIME: | 12:51:10 - 12:55:58 |
| PARTICIPANTS: | DANA JARVIS<br>GREG HILL |
| TRANSCRIBER:<br>QC | M. R. MARTINEZ |

Legend:

[U/I]  =   Unintelligible
[Ph]   =   Phonetic spelling
[]     =   Brackets separate the transcriber's comments from the spoken words.

ALBUQUERQUE DEA/ALT

[TELEPHONE RINGS]

| | |
|---|---|
| GREG: | Hello. |
| DANA: | Hey, my friend. |
| GREG: | Hey, how's it going? |
| DANA: | Pretty good. I just have a mouthful of sweet roll. Sorry. |
| GREG: | That's all right. What do you know? |
| DANA: | Well, it's a hot one down here today. |
| GREG: | Yeah, in fact, it's pretty pleasant here today. A little bit of a breeze. Of course, I just put air conditioning in, so that would make it cool off, you know. |
| DANA: | Yep. At the, at your work? [U/I] |
| GREG: | Yeah. Yep, had to put, put in a new unit. Had two and half tons, and needed at least five, so I put in another unit. A four ton on top of the two and half. |
| DANA: | Well, that's better. So if ... |
| GREG: | So, so what, so what's up my friend? |
| DANA: | ... holding on, it'll last you longer that way too. |
| GREG: | Yep. That's what I figured. |
| DANA: | I got you ... |
| GREG: | What's up? |
| DANA: | ... some good news. |
| GREG: | Okay. |
| DANA: | I got some excellent news. Ah, I'm real happy about that. And ah ... |

ALBUQUERQUE DEA/ALT

GREG: Okay.

DANA: ... the little bit, that I want you to do. Ask a little request of you, though. I was wondering ah, if possible, I ah ... I don't know if you met, ah, doctor Reed, the pilot. Have you met him before?

GREG: No, I have not.

DANA: Okay. Well, he's ah, he bought a new plane. I, I sold mine and ah, he got one of his own and it's a real nice one. Deluxe eight seater.

GREG: Uh hm.

DANA: We would be ah, doing some travelling, corporate travelling. And ah, is it possible that ah, he could come out and pick you up? I don't know, maybe Sunday, if that's a convenient day for you. I know you, have housework that day. And ah, what we need to ah, to secure this ah, this investment, would be ah, a ah, a down payment and ah, I was wondering. I know it's a little out of normal, but, I think it would be worth it. I'm a little bit on the low side as far as finances goes. Would you be interested in cruising out here with the, ah, bring your checkbook and ah ...

GREG: I, I can't do it. I, I can't do it. I, I'm, I'm way covered up.

DANA: Uh hm.

GREG: But, but, I'd, you know, I'd be happy to do it. But there's no way I can go anywhere.

DANA: Uh hm.

GREG: I mean, I'm, I'm so tied. I mean, I, I, might even be open six months [U/I], you know.

DANA: Uh hm.

GREG: I mean, I mean I've got the air conditioning guy coming on Monday to finish things. And, I, I, haven't had a day off in so long, son, I don't even know what a day off, day off is. I can't even say it.

DANA: Well, all work and no play. You know that one.

GREG: Yeah, I know. And I, I am getting pretty dull, I gotta tell you.

DANA: [LAUGHS] What if I was to [U/I], between myself and ah, we could come back and have that basically on the way. You know?

GREG: What kind, what kind of a stroke do you need?

DANA: Well, ah, buck and half would be pretty nice.

3

ALBUQUERQUE DEA/ALT

| | |
|---|---|
| GREG: | I, I'll do that. |
| DANA: | Okay. |
| GREG: | Um, and is it important enough that you have to fly somebody? Or I mean, can you actually, you know, send somebody out? |
| DANA: | Nope. Just logistically ah, to secure this, um, I have to have that down here. |
| GREG: | Ah ha. |
| DANA: | Well, cause it's just ah, I don't know, this time of year a lot of people looking for just the right piece of real estate with the perfect air conditioner. And ah ... |
| GREG: | Ah ha. |
| DANA: | ... pay cash for it, and ah, then there's other people that ah, would sit and not put up their money for a while. And they kinda get lost out of the picture, so I was hoping we could get in on that. But ah, I can have that all actually, um, the whole paperwork and the whole process, kinda wrapped up, so to speak. Ah ... |
| GREG: | Uh hm. |
| DANA: | ... and overlap, like to see you, and maybe within forty-eight hours. The ah ... |
| GREG: | Okay. |
| DANA: | ... [U/I]. |
| GREG: | So, so you thinking about coming down on Sunday? |
| DANA: | Yeah. Or ... |
| GREG: | Okay. |
| DANA: | ... maybe earlier. I don't know. But Sunday would be better for me cause today's Friday and I've gotta, my kids and ... |
| GREG: | [U/I] |
| DANA: | ... work up my way up to ah, my hometown up there. |
| GREG: | Ah ha. |
| DANA: | It would be from there and ah, on Sunday. Probably get out there, on Sunday afternoon, something |

|  |  |
|---|---|
|  | like that? |
| GREG: | All right. Do you remember how to get to my place? |
| DANA: | Ah, well, I'd have to get a little refresher, of course. |
| GREG: | Okay. |
| DANA: | I can maybe ... |
| GREG: | [U/I] |
| DANA: | ... into town and have coldy [PH]. See the ... |
| GREG: | Right. We can always do that. You, you can come by, like that'd be fine. You, you, ah, even if you can't there, I can give you directions once you get it, once you land. Ah, why don't you call me and leave a message or something, if you don't get me. And let me know what time you'll be in, so I'll make sure I'm free. |
| DANA: | [U/I]. I'll be seeing ah, the doctor, this afternoon here. And ah, I'll go over the plans with him and I'll call you back. |
| GREG: | All right buddy. |
| DANA: | Sounds good. |
| GREG: | I'll look forward to it. We need to talk, anyway. |
| DANA: | Yeah, terrific. Bye. Bye. |

[END OF CALL]