IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,
v.

CR 05-1849 JH

SALVADOR ABEYTA,
    Defendant,

## ORDER MODIFYING RELEASE CONDITIONS

This matter having come before Court on Defendant Abeyta's Motion to Modify Release Conditions, and the Court having considered the Motion, the positions of the Government and Pretrial Services,

**IT IS HEREBY ORDERED GRANTING SAID MOTION** and modifying the previously imposed condition of Defendant's release that required him to live in a halfway house, to the limited extent that Defendant may now reside in a residence approved by Pretrial Services, subject to his participating in electronic monitoring as directed by Pretrial Services.

All other conditions of release are hereby affirmed.

Done in open court this 19 day of June, 2009

_____
U.S. MAGISTRATE JUDGE

FILED
At Albuquerque NM
JUN 19 2009
MATTHEW J. DYKMAN
CLERK

1