UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                                                            CR  05-1849 JH

DAVID REID, et al.,

        Defendant.

**NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that this matter is hereby **SET** for a *Franks Hearing* as a **back-up to a Jury Trial Calendar** on **TUESDAY, AUGUST 18, 2009 AT 9:00 A.M.** before The Honorable Judith C. Herrera, United States District Judge, at the United States Courthouse, 333 Lomas Blvd., NW, *"Brazos"* Courtroom, Fifth Floor, **Albuquerque, New Mexico.**

    **SHOULD THIS HEARING NEED TO BE RESET, PLEASE TAKE NOTICE** that this matter will be **RESET** for a *Franks Hearing* on **THURSDAY, SEPTEMBER 17, 2009 at 1:30 P.M.** before The Honorable Judith C. Herrera, United States District Judge, at the United States Courthouse, 333 Lomas Blvd., NW, *"Brazos"* Courtroom, Fifth Floor, **Albuquerque, New Mexico.**

    Inquires regarding the above setting should be directed to Irene Duran, Courtroom Deputy to Judge Herrera at (505) 348-2398.  **2 hours allocated for this hearing.**

                                                     MATTHEW J. DYKMAN, Clerk

A true copy of this notice was served--via mail or
electronic means--to counsel of record as they are shown on the Court's Docket.
