**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 23, 2009**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

DANA JARVIS,

    Defendant-Appellant.

No. 08-2223
(D.C. No. 1:05-CR-01849-JCH-1)
(D. N.M.)

---

**ORDER**

---

Before **O'BRIEN**, **EBEL**, and **TYMKOVICH**, Circuit Judges.

---

This matter is before the court on appellant's "Unopposed Motion to Dismiss." The motion is GRANTED, the stay ordered by this court is VACATED, and the matter is DISMISSED.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk