IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                           CRIMINAL NO.:  05-CR-1849 JH

GEORGE OSGOOD,

        Defendant.

**UNOPPOSED MOTION CONTINUE
THE JULY 21, 2009 SENTENCING**

COMES NOW, George Osgood, by and through counsel of record, Amy Sirignano of the Law Office of Amy Sirignano, PC, in support of his Motion to Continue the July 21, 2009 Sentencing (Doc. 1635), and states the following:

1. Mr. Osgood pleaded guilty on April 23, 2009 before the Hon. Don J. Svet (Doc 1609).

2. Undersigned counsel has been working with Mr. Osgood to obtain character letters, and with representatives from the Torrance County Detention Center ("TCDC") for copies of his medical records.  Mr. Osgood is suffering from serious and extensive medical problems relating to his liver, and he has been seen by the University of New Mexico ("UNM") Gastrointestinal/Liver clinic for treatment.

3. Counsel has also contacted the UNM Gastrointestinal/Liver clinic to obtain copies of Mr. Osgood's medical records, but they have not yet been provided.

4. Counsel will be filing a motion for immediate medical treatment prior to sentencing, as counsel believes that Mr. Osgood is in need of immediate and extensive blood tests and

medical treatment for his liver. TCDC records show that he suffers from liver disease and may need a liver transplant in the near future if medical treatment is postponed or not tendered.

5.  If medical treatment and care is not resolved prior to sentencing, Mr. Osgood may not be placed in an appropriate medical facility by the BOP for the duration of his term of imprisonment.

6.  AUSA James Braun was contacted and does not oppose this motion.

7.  The Presentence Report has yet to be disclosed to the parties.

For the foregoing reasons, Mr. Osgood respectfully requests that the Court enter an Order continuing the July 21, 2009 sentencing for at least thirty (30) days.

Respectfully submitted,

\_\_/s_____
Amy Sirignano, Esq.
Law Office of Amy Sirignano, PC
1011 Lomas Blvd. N.W.
Albuquerque, NM 87102
(505) 242-2770
(505) 242-2774 facsimile
amy@abqnmlaw.com

Attorney for Defendant

**CERTIFICATE OF SERVICE:**
I hereby certify that a copy of the
foregoing pleading was served via
EM/ECF on opposing counsel,
AUSA James Braun,
this 14th day of July, 2009.


\_/s_____
Amy Sirignano