**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| vs. | ) |
| **DANA JARVIS**, a/k/a Todd Ward, et al. | ) CRIMINAL NO. 05-1849 |
| *Defendants.* | ) |

**NOTICE OF ENTRY OF APPEARANCE**

The undersigned hereby enters an appearance on behalf of the United States.

Respectfully submitted,

GREGORY J. FOURATT
United States Attorney

Electronically filed 7/20/09
CYNTHIA L. WEISMAN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
Tel: (505) 346-7274
Fax: 505-346-6886

I HEREBY CERTIFY that onJuly 20, 2009, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Electronically filed 7/20/09
CYNTHIA L. WEISMAN
Assistant U.S. Attorney