**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                      CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

## MOTION TO EXCEED PAGE LIMIT

The defendant Reid, by his counsel undersigned, hereby respectfully moves this Court for an Order allowing the defense to file its Reply to the Government's Response to the Defense a Motion to Suppress Wiretap Evidence in excess of the normal page limitation. The issues presented by the wiretap are complex, both factually and legally, and therefore require a lengthy discussion.  In addition, the brief to which the Reply is responding

also exceeded the normal page limits, by agreement of the parties. Accordingly, an over-sized Reply is required in the interests of justice.

The office of counsel undersigned has attempted to contact the Government for its position on this matter, but has yet not received a response.  However, the parties herein have not objected to over-sized briefs previously in this matter, given the complexity of the issues involved. Therefore, this Court's order accepting the Reply brief is respectfully requested.

RESPECTFULLY SUBMITTED this 22nd day of July, 2009

                LAW OFFICES OF
                NASH & KIRCHNER, P.C.


                BY  /S/ Walter Nash
                WALTER NASH
                Attorney for Defendant Reid

-2-

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered to opposing counsel and all other counsel of record *via* the CM/ECF system this 22nd day of July, 2009.

/s/ Walter Nash
Walter Nash