IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

                                         Cr. No. 05-1849 JH

vs.

HOLLY BRUNNER,

        Defendant.

## UNOPPOSED MOTION TO RELEASE DEFENDANT FROM PRETRIAL SERVICES SUPERVISION

    COMES NOW Defendant Holly Brunner, by and through her attorney, Kenneth A. Gleria, and respectfully moves the Court for its Order granting her release from United States Pretrial Services supervision, and releasing her on her personal recognizance in this matter, and as grounds therefore states as follows:

    1.    On December 6, 2006 Defendant Holly Brunner pleaded guilty to count I of a Superseding Indictment charging violation of 21 U.S.C. §846 Conspiracy to Distribute more than 1000 kilograms and more of Marijuana. No sentencing hearing has been scheduled.

    2.    Previously, on May 11, 2005, after her arraignment in this matter, the Court set conditions of release for Holly Brunner, and she was placed on United States Pretrial Services Supervision. On August 4, 2006 she was found to have violated the terms and conditions of her pretrial release, and on that same date Holly Brunner's conditions of release were modified by Honorable W. Daniel Schneider, United States Magistrate Judge, to require her placement at La Pasada Halfway House in Albuquerque, New Mexico. After successfully completing a term of residence at the Halfway House, Holly Brunner was again placed on United States Pretrial Services Supervision, and has been complaint with her condition of release to the present date.

3. Undersigned counsel has communicated with U.S. Pretrial Services Officer, Dominico Encinias, who is assigned to the supervision of Holly Brunner, and he recommends that she be released from U.S. Pretrial Services Supervision due the her long-term compliance with the terms and conditions of her release. U.S. Pretrial Service Officer Dominico Encinias' stated reason that Holly Brunner be released from U.S. Pretrial Services Supervision, and that she be released on her personal recognizance is that, in his professional opinion, that Holly Brunner no longer poses a risk of violation of the terms and conditions of her release in this matter. Additionally, the United States, by and through its Assistant United States Attorney, James R.W. Braun, has been contacted regarding this matter and does not oppose this motion.

WHEREFORE Defendant Holly Brunner respectfully requests that the Court release her from the requirement of United States Pretrial Services supervision, and that she be released on her personal recognizance in this matter.

>                             Respectfully submitted:
>
>                             Electronically filed
>                             Kenneth A. Gleria
>                             Attorney for Holly Brunner
>                             1008 5th St. NW
>                             Albuquerque, NM 87102
>                             (505) 243-7843

I HEREBY CERTIFY that a copy of the foregoing was mailed/delivered to all counsel of record, and to Dominico Encinias, USPTSO, this 22nd day of July, 2009.  Kenneth A. Gleria

2