FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 2 7 2009

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            Cr. No. 05-1849 JH

HOLLY BRUNNER,

    Defendant.

## ORDER

THIS MATTER having come before the Court upon motion of the Defendant Holly Brunner to release her from United States Pretrial Services supervision, and allow her release on her personal recognizance in this matter, and the Court having reviewed said motion, and being otherwise fully advised in the premises, and for good cause shown, FINDS that it is well taken,

IT IS THEREFORE ORDERED that Defendant Holly Brunner, be and hereby is released from United States Pretrial Services supervision, and that she is hereby released on her personal recognizance in this matter, subject to following conditions of release:

1.) The Defendant shall not commit any offense in violation of federal, state or local law while on release in this matter

2.) The Defendant shall immediately advise the Court, defense counsel, and the U.S. attorney in writing before any change in address and telephone number.

3.) The Defendant shall appear at all proceedings in this matter as required and shall surrender for service of any sentence imposed as directed.

IT IS SO ORDERED.

                                              HONORABLE W. DANIEL SCHNEIDER
                                              UNITED STATES MAGISTRATE JUDGE

Submitted on July 22, 2009 by:

Kenneth A. Gleria
Attorney for Holly Brunner

No objection:

James R. W. Braun
Attorney for Government
and
Dominico Encinias, USPTSO