IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                   CRIMINAL NO.:  05-01849 JCH

GEORGE OSGOOD,

        Defendant.

## NOTICE OF UNAVAILABILITY

Counsel will be out of the country and unavailable from September 1 through September 15, 2009.

Respectfully submitted,

By: __/s_____
Amy Sirignano, Esq.
Law Office of Amy Sirignano, PC
1011 Lomas Blvd. N.W.
Albuquerque, NM  87102
(505) 242-2770
(505) 242-2774 facsimile
amy@abqnmlaw.com

Attorney for Defendant

*CERTIFICATE OF SERVICE:*
I hereby certify that a copy of the foregoing was sent via facsimile to opposing counsel, AUSA James Braun, this 30th day of July, 2009.

__/s_____
Amy Sirignano, Esq.