

# Department of the Treasury
### *Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>05-1849 JH |
|---|---|
| DEFENDANT<br>Dana Jarvis | TYPE OF PROCESS<br>Final Disposition |

| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Stephen R. Kotz<br>Assistant U.S. Attorney<br>P.O. Box 607<br>Albuquerque, NM 87103<br>(505) 346-7274 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | 16 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

1. Per the attached Final Order of Forfeiture Regarding Certain Dana Jarvis Assets the Bank One Acct No.40455157 and Acct. No.689832822; and the First State Bank Acct. No.1874527 and Acct. No.1223801 has been forfeited to the United States. Please dispose according to law.

2. Return completed copies for filing.   05-ICE-000251, 05-ICE-000250, 05-ICE-000252, 05-ICE-000253
   CBP   20052407000048, 20052407000048, 20052407000029, 20052407000029

| Signature of Attorney or other Originator requesting service on behalf of<br>[signature] for S. Kotz | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO.<br>(505) 346-7274 | DATE<br>07/20/2009 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS
[signature] for CBP Cases only / AUG [ ] 2009

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin<br>No._____ | District to Serve<br>No._____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | ☐ AM<br>☐ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

**REMARKS:**
CBP's cases
20052407000029 forfeited per court order & transferred to NFaut.
20052407000048 forfeited per court order & transferred to NFaut.

TD F 90-22.48   (6/96)