IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

vs.

                CR No. 05-1849 JH

**DANA JARVIS,**

  **Defendant.**

## NOTICE OF NON-AVAILABILITY

  Jody Neal-Post, co-counsel for Defendant Dana Jarvis, hereby gives notice of her non-availability for the following dates:

  August 25 through September 2, 2009;

  September 24 through October 6, 2009; and

  October 28 through October 29, 2009

  Counsel respectfully requests that no hearings be set during the above periods of non-availability.

                Respectfully submitted by:

                *Electronically Filed*
                /s/
                  *August 17, 2009*
                By_____
                Jody Neal-Post, Esq.
                317 Amherst SE
                Albuquerque, NM 87106
                (505) 268.7263

I hereby certify that a true and correct copy of

the foregoing pleading was delivered to opposing
counsel via the CM/ECF system this 17th of August, 2009.

***Electronically Filed***

_____
Jody Neal-Post