IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )  | |
| Plaintiff,        ) | |
| )  | |
| vs.        ) | CR. NO. 05-1849 JH |
| )  | |
| DENNIS WILSON,        ) | |
| )  | |
| Defendant.        ) | |

### UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING SET FOR SEPTEMBER 1, 2009

The United States hereby moves this Court for an Order continuing the sentencing hearing set for September 1, 2009, and as grounds therefore states:

1. The Sentencing Hearing is currently set for September 1, 2009.

2. Due to the complexity of this case, the United States has agreed to provide the offense conduct to the United States Probation Office for inclusion in the Presentence Report; the United States anticipates that the offense conduct will be submitted to Probation by September 11, 2009. Probation will then be able to complete the Presentence Report. The parties cannot proceed to sentencing until the Presentence Report is completed.

3. Robert Gorence, on behalf of the defendant, does not oppose this motion.

WHEREFORE, the United States respectfully requests that this Court continue the sentencing hearing set for September 1, 2009 until late October 2009.

        Respectfully submitted

        GREGORY J. FOURATT
        United States Attorney

        *ELECTRONICALLY FILED*

        JAMES R. W. BRAUN
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, NM 87103

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of August, 2009, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendants to be served by electronic means.

        *ELECTRONICALLY FILED*

        JAMES R.W. BRAUN
        Assistant U.S. Attorney