IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Criminal No. 05-1849 JH |
| ) | |
| DANA JARVIS, ) | |
| ) | |
| *Defendant,* ) | |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| *Third Party Petitioner.* ) | |

**ENTRY OF APPEARANCE AND NOTICE OF CLAIM REGARDING
REAL PROPERTY 1440 CALLE CIELO VISTA**

Third Party Petitioner, Wells Fargo Bank, N.A., through its counsel, D. Renae Richards Charney, hereby enters its appearance and submits its Notice of Claim, set forth as follows:

1. Wells Fargo Bank, N.A. claims an interest in the property described as follows: 1440 Calle Cielo Vista, Bernalillo, New Mexico, which is more particularly described as follows:

> TRACT LETTERED "C", OF THE SCHLAKS ADDITION, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT ENTITLED "TRACTS A THROUGH D, SCHLAKS ADDITION, SANDOVAL COUNTY, NEW MEXICO," FILED IN THE OFFICE OF THE COUNTY CLERKS OF SANDOVAL COUNTY, NEW MEXICO ON JULY 17, 1978, IN PLAT BOOK 2, FOLIO 237-B.

2. This property is the subject of New Mexico State Court foreclosure action, *Wells Fargo v. Jarvis*, No. D-1329-CV-200701307.

3. D. Renae Richards Charney, hereby enters her appearance as counsel of record for Wells Fargo Bank, N.A., for the purpose of asserting its claim to the property.

                    Respectfully submitted,

                    <u>Electronically filed 9/2/2009</u>
                    D. RENAE RICHARDS CHARNEY
                    Castle Meinhold & Stawiarski
                    999 18th St., Suite 2201, Bin 1
                    Denver, CO 80202
                    (800) 286-0013; (303) 285-2222

I HEREBY CERTIFY that on September 1, 2009, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>Electronically filed 9/1/2009</u>
D. Renae Richards Charney
Attorney for Wells Fargo Bank, N.A.