STATE OF NEW MEXICO
COUNTY OF SANDOVAL
THIRTEENTH JUDICIAL DISTRICT

Case No. D1329CV200701307

**WELLS FARGO BANK, N.A.,**

       Plaintiff,

vs.

**DANA E. JARVIS; UNITED STATES OF AMERICA; OCCUPANTS, WHOSE TRUE NAMES ARE UNKNOWN; THE UNKNOWN SPOUSE OF DANA E. JARVIS, IF ANY,**
   Defendant(s).

## NOTICE OF DELAY IN PUTTING CASE AT ISSUE

PLEASE TAKE NOTICE that as of **July 30, 2009**, Plaintiff and Defendant United States of America are reviewing the viability of accepting a Marshal's Deed from the United States of America for the subject property in lieu of foreclosure for the subject property. Defendant Jarvis has entered into a plea agreement with Defendant United States of America in a criminal case currently pending in the United States District Court, Criminal Case No. 05-1879 JH wherein Defendant Jarvis has forfeited the property which is the subject of this foreclosure action to the United States of America. United States of America has offered to relinquish all interest in the subject property by tender of a Marshal's Deed for the subject property. Plaintiff is in the process of reviewing and considering the United States of America's offer. Upon conclusion of Plaintiff's review of the United States of America's offer and in the event of Plaintiff's acceptance of such offer, the Plaintiff will dismiss the above-captioned action.



1

Respectfully Submitted,
CASTLE MEINHOLD & STAWIARSKI

By: _____
Sharon Hankla
D. Renae Richards Charney
Keya Koul
999 18th St., Suite 2201, Bin 1
Denver, CO 80202
800/286-0013; 303/285-2222
*Attorney for Plaintiff*

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above and foregoing Notice of Delay Putting Case at Issue has been forwarded by First Class U.S. Mail, postage prepaid, on this 17th day of August, 2009, to:

Dana Jarvis
P.O. Drawer 837
Estancia, NM 87016
*Pro Se Defendant*

Manuel Lucero
Cynthia Weissman
Assistant United States Attorneys
United States Attorney's Office
201 Third Street NW Suite 900
Albuquerque, NM 87103
*Attorneys for Defendant United States of America*

_____
Jacqueline A. Strain

55-3144/Jarvis, Dana