# New Mexico Courts
## Case Lookup

Exit

Name Search   Case Number Search   DWI Search
Case Detail

## WELLS FARGO VS JARVIS

| CASE DETAIL | | | |
|---|---|---|---|
| CASE NUMBER | CURRENT JUDGE | FILING DATE | COURT |
| D-1329-CV-200701307 | JOHN F DAVIS | 10/02/2007 | BERNALILLO DISTRICT |

| PARTIES TO THIS CASE | | | |
|---|---|---|---|
| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
| D | DEFENDANT | 1 | JARVIS DANA E |
| | | ATTORNEY: | PRO SE |
| D | DEFENDANT | 2 | UNITED STATES OF AMERICA |
| | | ATTORNEY: | PRO SE |
| P | PLAINTIFF | 1 | WELLS FARGO BANK NA |
| | | ATTORNEY: | SHARON L HANKLA |

| CIVIL COMPLAINT DETAIL | | | | |
|---|---|---|---|---|
| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISPOSITION | DISPOSITION DATE |
| 10/02/2007 | 1 | OPN: COMPLAINT | CVB: DISMISSED LOP | 02/27/2009 |
| COA SEQUENCE # | COA DESCRIPTION | | | |
| 1 | FORECLOSURE | | | |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| JARVIS DANA E | D | 1 |
| UNITED STATES OF AMERICA | D | 2 |
| WELLS FARGO BANK NA | P | 1 |

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| 06/16/2009 | 1 | RPN: ORD TO REOPEN | Pending | |
| COA SEQUENCE # | COA DESCRIPTION | | | |
| 1 | FORECLOSURE | | | |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|


GOVERNMENT EXHIBIT A

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| JARVIS DANA E | D | 1 |
| UNITED STATES OF AMERICA | D | 2 |
| WELLS FARGO BANK NA | P | 1 |

| REGISTER OF ACTIONS ACTIVITY ||||||
|---|---|---|---|---|---|
| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
| 08/18/2009 | NTC: DCM DELAY CASE AT ISSUE | | | | |
| | FILED NOTICE OF DELAY IN PUTTING CASE AT ISSUE | | | | |
| 06/16/2009 | RPN: ORD TO REOPEN | | | | |
| | FILED ORDER OF REINSTATEMENT | | | | |
| 06/15/2009 | REQUEST FOR HEARING/SETTING | | | | |
| | FILED REQUEST FOR HEARING | | | | |
| | MOTION TO REINSTATE | | | | |
| 06/15/2009 | MTN: TO REINSTATE | | P | 1 | |
| | FILED MOTION FOR REINSTATEMENT | | | | |
| 03/17/2009 | CERT STATE OF THE RECORD | | | | |
| | FILED CERTIFICATE AS TO THE STATE OF THE RECORD AND NON-APPEARANCE | | | | |
| 03/17/2009 | AFFIDAVIT | | | | |
| | FILED PLAINTIFF'S AFFIDAVIT OF AMOUNTS DUE | | | | |
| 03/17/2009 | AFFIDAVIT OF NON-MILITARY | | | | |
| | FILED AFFIDAVIT OF NON-MILITARY SERVICE <ATTACHMENT> | | | | |
| 03/17/2009 | ATTORNEY'S AFFIDAVIT | | | | |
| | FILED AFFIDAVIT BY ATTORNEY | | | | |
| 03/17/2009 | MTN: FOR SUMMARY JUDGMT | | P | 1 | |
| | FILED MOTION FOR SUMMARY JUDGMENT | | | | |
| 03/17/2009 | APPLICATION | | P | 1 | |
| | FILED APPLICATION FOR DEFAULT JUDGMENT (PL) | | | | |
| 02/27/2009 | CLS: DISMISSAL LOP | | | | |
| | FILED ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE | | | | |
| 02/22/2008 | NTC: NOTICE | | P | 1 | |
| | FILED NOTICE OF PLAINTIFF'S COUNSEL'S CHANGE OF ADDRESS, | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | PHONE NUMBER AND FAX NUMBER. AS OF 02/15/08, COUNSEL'S | | | | | |
| | ADDRESS IS 999 18TH STREET, SUITE 2201, BIN 1 | | | | | |
| | DENVER CO, 80202 | | | | | |
| 01/08/2008 | RESPONSE | | | D | 1 | |
| | FILED RESPONSE TO COMPALINT FOR FORECLOSURE | | | | | |
| 01/03/2008 | RESPONSE | | | D | 1 | |
| | FILED RESPONSE TO COMPLAINT FOR FORECLOSURE | | | | | |
| 12/07/2007 | AFFIDAVIT OF PUBLICATION | | | | | |
| | FILED AFFIDAVIT OF PUBLICATION IN THE RIO RANCHO OBSERVER ON | | | | | |
| | 11-15-07 - 11-29-07 | | | | | |
| 12/03/2007 | ANSWER | | | D | 2 | |
| | FILED ANSWER (DF US AMERICA) | | | | | |
| 11/20/2007 | SUMMONS RETURN | | | | | |
| | FILED SUMMONS RETURN SERVED TO DANA E JARVIS 10/31/07 | | | | | |
| 10/31/2007 | NTC: OF SUIT | | | P | 1 | |
| | FILED NOTICE OF SUIT | | | | | |
| 10/31/2007 | ORD: ORDER | | | | | |
| | FILED ORDER FOR SERVICE BY PUBLICATION IN A NEWSPAPER | | | | | |
| 10/25/2007 | MTN: MOTION | | | P | 1 | |
| | FILED VERIFIED MOTION FOR SERVICE BY PUBLICATION | | | | | |
| 10/23/2007 | NCJ: DISMISSAL BY PARTY | | | P | 1 | |
| | FILED NOTICE OF DISMISSAL OF PARTY: OCCUPANTS, WHOSE | | | | | |
| | TRUE NAMES ARE UNKNOWN | | | | | |
| 10/22/2007 | SUMMONS RETURN | | | | | |
| | FILED SUMMONS RETURN SERVED TO CINDY HILL ON BEHALF OF | | | | | |
| | UNITED STATES OF AMERICA ON 10-11-07 | | | | | |
| 10/02/2007 | SUMMONS ISSUED | | | | | |
| 10/02/2007 | OPN: COMPLAINT | | | P | 1 | |
| | FILED COMPLAINT FOR FORECLOSURE | | | | | |
| 10/02/2007 | ASM: CIVIL FILING W/ ARBITRAT | | | P | 1 | $ 122.00 |

| JUDGE ASSIGNMENT HISTORY | | | |
|---|---|---|---|
| ASSIGNMENT DATE | JUDGE NAME | SEQUENCE # | ASSIGNMENT EVENT DESCRIPTION |

| 10/02/2007 | JOHN F DAVIS | 1 | INITIAL ASSIGNMENT |

[Return] [Print]

©2007 New Mexico Courts