**Amy Sirignano**

**From:** alan osgood [alangosgood@gmail.com]
**Sent:** Tuesday, September 01, 2009 3:42 PM
**To:** amy@abqnmlaw.com
**Subject:** Character Letter for George Osgood
**Attachments:** _AVG certification_.txt

Dear Honorable Judith C. Herrera,

My name is Alan Osgood and I am the son of George Osgood. As his only child, I have been privileged to more aspects of his character than most people he has known. Throughout my life, my father has worked as hard as he could to support me and to provide me with a higher standard of living than he had. He has, without a doubt, been successful in that regard. With his help and encouragement, I have been able to attend college and will be graduating in less than 2 years. I can honestly say that I would not be where I am now without his work ethic and perseverance over the years. His work in the construction industry has been a great contribution to society because he has improved the life of others by building them spaces to live in, work in, and contribute to society in. Because his work has enabled me to go to college, I can also go out into the world and make my contribution to the progression of society.

My father has, however, struggled with an all-too-common addiction in America; alcoholism. I believe that he, like many others, developed this addiction as a coping mechanism for the economic pressures of our society. As we all know, it is hard enough to support ourselves, much less a family without the aid of higher education. My father never had the benefit of higher education and as a result had to do manual labor, which can be highly taxing on ones spirit.

I believe that my father can and will overcome this addiction. It has, unfortunately, caused him to develop cirrhosis of the liver for which he needs immediate medical attention. It is my hope that my father will be sent to a BOP medical facility so that he can be treated for his liver disease so that he may see me graduate from college and go out into the world with more opportunity than he had.

Sincerely,

Alan Osgood