FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO        SEP 1 4 2009

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO.  05-1849 JH |
| | ) | |
| vs. | ) | 21 U.S.C. § 846 – Conspiracy to Distribute |
| | ) | 100 Kilograms and More of Marijuana. |
| **BENJAMIN SWENTNICKAS,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INFORMATION

The United States Attorney charges:

From approximately 1990, up to and including August 25, 2005, in the District of New Mexico and elsewhere, the defendant, **BENJAMIN SWENTNICKAS,** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons to distribute 100 kilograms and more of marijuana, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

In violation of 21 U.S.C. § 846.

Respectfully submitted,

GREGORY J. FOURATT
United States Attorney

JAMES R.W. BRAUN
STEPHEN R. KOTZ
Assistant United States Attorneys
P.O. Box 607
Albuquerque, N. M.  87103
(505) 346-7274