FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 4 2009

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 05-1849 LH |
| | ) | |
| vs. | ) | |
| | ) | |
| BENJAMIN SWENTNICKAS, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF INDICTMENT

I, BENJAMIN SWENTNICKAS, the above named Defendant, who is accused of violating 21 U.S.C. § 846, a felony, that being Conspiracy, and being advised of the nature of the charge, the Information, and of my rights, hereby waive in open Court on  9/14/09  prosecution by Indictment and consent to proceeding by Information rather than by Indictment.

_____
BENJAMIN SWENTNICKAS
Defendant

_____
GREGORY D'ANTONIO
Attorney for Defendant

Before:

_____
UNITED STATES MAGISTRATE JUDGE