# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 05-1849 JH | UNITED STATES vs. SWENTNICKAS |
|---|---|

**Before The Honorable Lorenzo F. Garcia, Chief United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | **September 14, 2009** | Time In and Out: | **11:00 am - 11:18 am** |
| Clerk: | **Kim** | FTR Information: | **FTR-Pecos** |
| Defendant: | **Benjamin Swentnickas** | Defendant's Counsel: | **Charles Fisher & Gregory D'Antonio** |
| AUSA: | **Stephen Kotz** | Interpreter: | Sworn |

| | | | |
|---|---|---|---|
| **X** | Defendant Sworn | | First Appearance |
| **X** | Consent to proceed before a magistrate judge and original plea agreement reviewed and executed by Deft. |||
| **X** | Deft acknowledges receipt of: (Indictment or Information) |||
| X | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |||
| **X** | Terms and conditions of proposed plea agreement explained. |||
| **X** | Factual predicate to sustain the plea provided. |||
| **X** | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. |||
| **X** | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |||
| **X** | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |||
| **X** | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. |||
| **X** | Deft pleads GUILTY to: **Information** |||
| **X** | Allocution by Deft on elements of charge(s). |||
| **X** | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |||
| **X** | Deft adjudged guilty. |||
| X | Acceptance of plea agreement deferred until final disposition hearing by district judge. |||
| **X** | Sentencing Date: **to be notified** |||
| | Defendant to Remain in Custody |||
| X | Present conditions of release continued | | Conditions changed to: |
| | Penalty for failure to appear explained |||
| **X** | Presentence Report Ordered | | **Expedited (Type III)** |
| **X** | Other Matters: **cc: Probation** |||
| X | |||