UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 05-1849 JH | USA vs. | Swentnickas |
| Date: | September 14, 2009 | Name of Deft: | Benjamin Swentnickas |
| Before the Honorable | | Judith C. Herrera | |

| | | | |
|---|---|---|---|
| Time In/Out: | 10:03 am -10:06 am<br>11:32 am -11:43 am (14 mintues) | Type of Proceeding: | Sentencing -Non-Evidentiary |
| Clerk: | I. Duran | Court Reporter: | P. Baca |
| AUSA: | Steve Kotz | Defendant's Counsel: | Chales N. Fisher & Gregory D. D'Antonio |
| Sentencing in: | Albuquerque, New Mexico | Interpreter: | None |
| Probation Officer: | Anthony Galaz | Sworn? | Yes [ ]  No [ ] |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | x | Plea | | Verdict | As to: | x | Information |
| If Plea: | x | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| Date of Plea/Verdict: | 1/25/07 | | | | PSR: x | Not Disputed | Disputed |
| PSR: | x | Court Adopts PSR Findings | | | Evidentiary Hearing: x | Not Needed | Needed |
| Exceptions to PSR: | | | | | | | |

## SENTENCE IMPOSED
Imprisonment (BOP): 87 months

| Supervised Release: | 5 years | Probation: | | x | 500-Hour Drug Program |
|---|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| x | Participate in substance abuse program/drug testing | | Register as sex offender |
| | Participate in mental health program | | Participate in sex offender treatment program |
| x | No alcohol/liquor establishments | | Possess no sexual material |
| x | Submit to search of person/property | | No computer with access to online services |
| x | No contact with co-Deft(s) | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| x | OTHER: Standard & Mandatory Conditions: Deft shall submit to DNA collection & shall not possess any firearms | | |

| Fine: $ | 0 | | Restitution: $ | 0 | | |
|---|---|---|---|---|---|---|
| SPA: $ | 100 | ($100 as to each Count) | Payment Schedule: | x | Due Immediately | Waived |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | x | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | x | Voluntary Surrender |
| x | Recommended place(s) of incarceration: | | FCI, Safford, AZ to be close to family. |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS | Defense counsel addresses Ct & remits new documents.  Ct. takes recess to review new information.  Ct. back in session.  Ct. notes receipt of all documents in this case.  Defense has no objections to PSR.  Ct. accepts plea agreement under Rule 11(c)(1)( C).  Defense notes those present.  Deft addresses the Court.  Govt. makes no comment. Probation makes no comment.  Ct. has reviewed the PSR & its findings and has considered the sentencing guidelines & factors under 3553 & imposes sentence.  Govt. moves to dismiss Ct. I of Indictment. Ct. grants motion. |