IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 14 2009

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | CR. No. 05-1849 JH |
| BENJAMIN SWENTNICKAS, | ) ) | |
| *Defendant.* | ) | |

### MOTION TO DISMISS COUNT 1 OF INDICTMENT CR NO. 05-1849 LH WITHOUT PREJUDICE

The United States moves to dismiss without prejudice Count 1 of Indictment CR No. 05-1849 LH against Defendant Benjamin Swentnickas. As grounds for this motion, defendant pled guilty to Information CR No. 05-1849 LH.

WHEREFORE, the United States requests that this Court enter an order dismissing without prejudice Count 1 of Indictment CR No. 05-1849 LH, as to Defendant Benjamin Swentnickas, only.

Respectfully submitted,

GREGORY J. FOURATT
United States Attorney

JAMES R. W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274