**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 4 2009

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CR. No. 05-1849 JH |
| BENJAMIN SWENTNICKAS, | ) ) | |
| Defendant. | ) | |

### ORDER TO DISMISS COUNT 1 OF INDICTMENT CR NO. 05-1849 LH

THIS MATTER having come before the Court on the Motion of the United States to Dismiss Count 1 of Indictment CR No. 05-1849 LH pending against Defendant Benjamin Swentnickas, the Court having read the Motion, and being advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Count 1 of Indictment CR No. 05-1849 LH pending against Defendant Benjamin Swentnickas is hereby dismissed.

_____
UNITED STATES DISTRICT JUDGE