IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) |
| | ) |
| **DANA JARVIS**, et.al., | ) CRIMINAL NO. 05-1849 JH |
| | ) |
| *Defendant.* | ) |

### RELEASE OF NOTICE OF LIS PENDENS

The United States of America releases the Notice of Lis Pendens filed with the Office of the County Clerk, County of Santa Fe, State of New Mexico, on September 30, 2005, with respect to the property located at 67 Willow, (a/k/a 28 Quail Run) Santa Fe, New Mexico, all of the lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. A complete description of real property is listed as follows:

SE 1/4 SE 1/4 NE 1/4 SW 1/4 OF SECTION 31, TOWNSHIP 15 NORTH, RANGE 9 EAST, N.M.P.M., SANTA FE COUNTY, NEW MEXICO.

SUBJECT TO: RESERVATIONS, RESTRICTIONS, AND EASEMENTS OF RECORD.

GREGORY R. FOURATT
United States Attorney

*Cynthia L. Weisman*
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274



RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE, NEW MEXICO
2009 AUG 21  PM 12: 56

Signed and sworn to before me this 20th day of July, 2009 by Cynthia L. Weisman in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC

My Commission Expires:

July 30, 2011

COUNTY OF SANTA FE    )
STATE OF NEW MEXICO   ) ss

RELEASE OF LIS PENDENS
PAGES: 2

I Hereby Certify That This Instrument Was Filed for Record On The 13TH Day Of August, 2009 at 10:32:07 AM And Was Duly Recorded as Instrument # 1573827 Of The Records Of Santa Fe County

Witness My Hand And Seal Of Office
Valerie Espinoza
Deputy _____ County Clerk, Santa Fe, NM