IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE, NEW MEXICO
2009 SEP 15 PM 2: 36

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | |
| ) | |
| DANA JARVIS, a/k/a Todd Ward, ) | CRIMINAL NO. 05-1849 JH |
| AYLA JARVIS, ) | |
| JORGE LUIS ORTIZ-MOFFETT, ) | |
| MIKE HANNA, ) | |
| RALPH GREENE, a/k/a "RB," ) | |
| GEORGE RIPLEY, ) | |
| CATHY FITZGERALD, ) | |
| DAVID REID, ) | |
| PAT BERSSENBRUGGE, ) | |
| BARBARA HANNA, ) | |
| GEORGE OSGOOD, a/k/a "Mushroom ) | |
| George," ) | |
| GREG HILL, ) | |
| GENO BERTHOD, a/k/a "Old Man," ) | |
| DAN CHOMYN, a/k/a "Rocky," ) | |
| RUSSELL TRUJILLO, a/k/a "Rusty," ) | |
| MANUEL GIL, ) | |
| SAM JONES, ) | |
| SALVADOR ABEYTA, ) | |
| BILL JONES, a/k/a Charles Johnston, ) | |
| MARY CANNANT, and ) | |
| ADRIAN SANFORD, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE, NEW MEXICO
2009 AUG 21 PM 4: 48

**RELEASE OF NOTICE OF LIS PENDENS**

The United States of America releases the Notice of Lis Pendens filed with the Santa Fe County Clerks Office, in the County of Santa Fe, State of New Mexico, on August 25, 2005, with

respect to the property located at 5 Lauro Road, Santa Fe, New Mexico, all of the lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. A complete description of real property is listed as follows:

> LOT EIGHT (8), BLOCK FORTY-NINE (49), UNIT THREE (3), ELDORADO AT SANTA FE, AS SHOWN AND DELINEATED ON THE PLAT THEREOF (KNOW AS SHEET 15), FILED JUNE 29, 1977, AS DOCUMENT NO. 404,723 AND RECORDED IN ELDORADO PLAT BOOK 5, AT PAGE 13, RECORDS OF SANTA FE COUNTY, NEW MEXICO.

GREGORY R. FOURATT
United States Attorney

Cynthia L. Weisman
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274

Signed and sworn to before me this 21st day of August, 2009 by Cynthia L. Weisman in Bernalillo County, New Mexico.




COUNTY OF SANTA FE    )
STATE OF NEW MEXICO   ) ss

RELEASE OF LIS PENDENS
PAGES: 2

Hereby Certify That This Instrument Was Filed for Record On The 10TH Day Of September, 2009 at 02:16:28 PM and Was Duly Recorded as Instrument # 1576830 of The Records Of Santa Fe County

Witness My Hand And Seal Of Office
Valerie Espinoza
Deputy _____ County Clerk, Santa Fe, NM