UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**Clerk's Minutes**

**Before the Honorable Judith C. Herrera**

**CASE NO.** 05-1849 JH                                              **DATE:** September 17, 2009

**TITLE:**   USA v David Reid & Greg Hill

**COURTROOM CLERK:** V. Vigil                **COURT REPORTER:** P. Baca
**PROBATION/PRETRIAL SERVICES OFFICER:** None

**COURT IN SESSION:**  1:35 PM                **COURT IN RECESS:** 2:40 PM

**TOTAL COURT TIME**: 1 HOUR + 5 MINUTES

**TYPE OF PROCEEDING:** Preliminary Franks Hearing (oral argument only)

**COURT'S RULINGS/DISPOSITION:**   Motion to suppress taken under advisement.

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| James R. W. Braun | Walter B. Nash, II, Rachel Higgins, & William Kirchner for David Reid |
| Stephen R. Kotz & Cynthia W. Weisman | Billy R. Blackburn and Paul Linnenburger for Greg Hill |

**PROCEEDINGS:**

1:35 p.m.   Court in Session.  Counsel enter their appearances.  Mr. Hill present; Mr. Reid is not present and his presence is waived.

1:37 p.m.   Argument by Mr. Nash.

2:07 p.m.   Response argument by Mr. Kotz.

2:19 pm.    Reply argument by Mr. Nash.

2:31 p.m.   Argument by Mr. Linnenburger.

2:38 p.m.   Rebuttal by Mr. Kotz.

2:40 p.m.   Court takes motion under advisement.  RECESS.