U.S Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S Marshal"
on the reverse of this form.

CR-05-1849

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 05-1849 JH |
| DEFENDANT | TYPE OF PROCESS |
| Dana Jarvis | Final Disposition |

JDIS 23

POSTED

SERVE — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

▶ AT — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2009 JUL 20 PM 2:48
RECEIVED SERVICE
U.S. MARSHALS SERVICE
ALBUQUERQUE, NEW MEXICO

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen R. Kotz
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                                             Fold

1. As per the attached Final Order of Forfeiture Regarding Certain Dana Jarvis Assets the New Mexico Liquor License No.2599 or proceeds from the sale thereof has been forfeited to the United States. Please dispose according to law.
2. Return completed copies for filing.

05-DEA-467420

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] for S. Kotz | | (505) 346-7274 | 07/20/09 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 51 | 51 | Catherine Pascuito | 7-21-09 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9-4-09    Time: am/pm

Signature of U.S. Marshal or Deputy: Cathy Pascuito

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

TR funds to AFF

PRIOR EDITIONS MAY BE USED        1. CLERK OF THE COURT        FORM USM-285