IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

United States of America,

        Plaintiff,                              No. **05CR1849 JH**

-vs-

JOHN PATRICIO NIETO,

        Defendant.

### NOTICE OF UNAVAILABILITY

      Charles S. Aspinwall, Attorney for Defendant, notifies the Court and counsel that he will be unavailable due to family and educational commitments from October 5, 2009 through October 9, 2009, and October 15 and 16, 2009.

                              CHARLES S. ASPINWALL, LTD. CO.
                                            LAWYERS

                            BY:__*Electronically Filed*____
                                        CHARLES S. ASPINWALL
                                             Los Lunas Satellite
                                  Attorney for Defendant Nieto
                                                 PO Bx 984
                                   Los Lunas NM 87031-0984
                                         Phone: 505.873.8800
                                            Fax:    505.565.5491
                             Email:  Legal_Eagle@santafe.cc

I certify that I caused a copy
of this pleading to be served
upon counsel of record
through the auspices of CM/ECF
USDCNM on September 29, 2009.


_____*ELECTRONICALLY SIGNED*____
     CHARLES S. ASPINWALL


C:\My Documents\MY FILES\Nieto, John\NietoUnavailOct05.NOT.wpd