UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 05-1849 JH | USA vs. | Osgood |
| Date: | September 29, 2009 | Name of Deft: | George Osgood |
| Before the Honorable | Judith C. Herrera | | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:59 am - 10:24 ( 25 minutes) | Type of Proceeding: | Sentencing -Non-Evidentiary |
| Clerk: | I. Duran | Court Reporter: | P. Baca |
| AUSA: | James Braun | Defendant's Counsel: | Amy Sirignano |
| Sentencing in: | Albuquerque, New Mexico | Interpreter: | None |
| Probation Officer: | John Lovato | Sworn? | [ ] Yes  [ ] No |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | **x** Plea | [ ] Verdict | As to: | **x** Information | [ ] Indictment |
| If Plea: | **x** Accepted | [ ] Not Accepted | Adjudged/Found Guilty on Counts: | | |
| Date of Plea/Verdict: | 4/23/09 | | PSR: | [ ] Not Disputed | **x** Disputed |
| PSR: **x** | Court Adopts PSR Findings | | Evidentiary Hearing: | **x** Not Needed | [ ] Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): 30 months

| Supervised Release: | 3 years | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| [ ] | No re-entry without legal authorization | [ ] | Home confinement for _____ months _____ days |
| [ ] | Comply with ICE laws and regulations | [ ] | Community service for _____ months _____ days |
| [ ] | ICE to begin removal immediately or during sentence | [ ] | Reside halfway house _____ months _____ days |
| **x** | Participate in substance abuse program/drug testing | [ ] | Register as sex offender |
| **x** | Participate in mental health program | [ ] | Participate in sex offender treatment program |
| **x** | No alcohol/liquor establishments | [ ] | Possess no sexual material |
| **x** | Submit to search of person/property | [ ] | No computer with access to online services |
| **x** | No contact with victim(s) and/or co-Deft(s) | [ ] | No contact with children under 18 years |
| [ ] | No entering, or loitering near, victim's residence | [ ] | No volunteering where children supervised |
| [ ] | Provide financial information | [ ] | Restricted from occupation with access to children |
| [ ] | Grant limited waiver of confidentiality | [ ] | No loitering within 100 feet of school yards |
| **x** | OTHER: Standard Conditions: deft shall submit to DNA collection & shall not possess any firearms. | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | **0** | | Restitution: $ | **0** | |
| SPA: $ | 100 | ($100 as to each Count) | Payment Schedule: | **x** Due Immediately | [ ] Waived |
| OTHER: | | | | | |

| | | | |
|---|---|---|---|
| [ ] | Advised of Right to Appeal | **x** | Waived Appeal Rights per Plea Agreement |
| **x** | Held in Custody | [ ] | Voluntary Surrender |
| **x** | Recommended place(s) of incarceration: | | BOP Medical facility to address deft's medical needs (Springfield, Missouri, Fort Worth, Texas or Rochester, Minnesota) |
| [ ] | Dismissed Counts: | | |

| OTHER COMMENTS | Ct. has reviewed all the documents submitted to the Ct.  Defense counsel refers to Exhibit C (letter from deft's son) and withdraws argument re: supervision & refers to the plea agreement.  Defense refers to paragraphs in the PSR & states that these paragraphs have no relevance as to sentencing & requests that they be deleted from the PSR.  Govt. objects to deletion of said paragraphs.  Probation makes no comment.  Defense replies & elaborates as to why these paragraphs should be stricken from the PSR.  Govt. responds.  Ct. finds that the paragraphs are appropriate & denies the request to delete such paragraphs. Ct. accepts plea agreement under Rule11 (C)(1)©.  Defense gives summary of deft's medical condition & asks for medical treatment & designation at a medical facility such as Springfield, MO, Fort Worth, TX or Rochester, Minnesota.   Deft allocutes to the Ct.  Govt. concurs to a prompt designation to a medical facility. Ct. directs US Marshal to look into medical treatment for this deft & for prompt designation by BOP to a medical facility.  Ct. has reviewed the PSR & findings & has considered the sentencing guidelines & factors under 3553 & imposes sentence.  Govt. moves to dismiss Superceding Indictment. |
|---|---|