IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) | Cr. No. 05-1849 JH |
| GEORGE OSGOOD, | ) ) | |
| Defendant. | ) ) | |

UNITED STATES' UNOPPOSED MOTION TO DISMISS

Pursuant to Rule 48, Fed. R. Crim. P., the United States respectfully moves to dismiss the Superseding Indictment as to defendant GEORGE OSGOOD, and in support of its motion states as follows:

Pursuant to the terms of the plea agreement entered into between the United States and defendant Osgood, the United States agreed to dismiss the superseding indictment in this case as to defendant Osgood at the time of sentencing. Sentencing having taken place on September 29, 2009, the United States hereby moves to dismiss the superseding indictment in this case as to defendant Osgood.  Defendant Osgood does not oppose this motion.

Respectfully submitted,

GREGORY J. FOURATT
United States Attorney

*ELECTRONICALLY FILED*

_____
JAMES R. W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, N. M.  87103
(505) 346-7274

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2009, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

*ELECTRONICALLY FILED*

_____
JAMES R.W. BRAUN
Assistant U.S. Attorney