IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| GEORGE OSGOOD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER having come before the Court on the United States' Motion to Dismiss the Superseding Indictment as to defendant GEORGE OSGOOD and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Superseding Indictment in this case is hereby dismissed as to defendant GEORGE OSGOOD.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE