**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 13, 2009**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff - Appellee, | |
| v. | No. 08-2223 |
| DANA JARVIS, | (D.C. No. 1:05-CR-01849-JCH-1) |
| Defendant - Appellant. | |

**ORDER**

Before **LUCERO**, Circuit Judge.

Trace Rabern is appointed as attorney of record to represent the appellant, Dana Jarvis. 18 U.S.C. § 3006A. This appointment is effective nunc pro tunc to the date the notice of appeal was filed in this matter.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk