IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                     CR. No. 05-1849 JH

JOHN PATRICIO NIETO,

    *Defendant*,

### STIPULATED ORDER FOR INTERLOCUTORY SALE

Based on the unopposed motion of the Plaintiff United States and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Unopposed Motion for Interlocutory Sale of Property is granted.

2. The property described as follows:

    2003 HONDA GOLDWING MOTORCYCLE,
    VIN:1HFSC47023A207622.

    will be sold pursuant to the terms set forth in the Unopposed Motion for Interlocutory Sale of Property.

3. The net proceeds of the sale of the property will be substituted for the above-described property and held by the United States Marshals Service pending a final judgment in this action.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

| APPROVED BY: | SUBMITTED BY: |
|---|---|
| *Approved by email 11/10/09* | *Electronically submitted 11/10/09* |
| CHARLES SPENCER ASPINWALL | STEPHEN R. KOTZ |
| Attorney for Defendant John Patricio Nieto | Assistant U.S. Attorney |
| P.O. Box 984 | P.O. Box 607 |
| Los Lunas, NM 87031-0984 | Albuquerque, NM 87103 |
| Telephone: (505) 873-8800 | Telephone: (505) 346-7274 |