IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO
2009 OCT 23 PM 3:03

2009 SEP 18 PM 3:36
RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DANA JARVIS, a/k/a Todd Ward, | ) CRIMINAL NO. 05-1849 JH |
| AYLA JARVIS, | ) |
| JORGE LUIS ORTIZ-MOFFETT, | ) |
| MIKE HANNA, | ) |
| RALPH GREENE, a/k/a "RB," | ) |
| GEORGE RIPLEY, | ) |
| CATHY FITZGERALD, | ) |
| DAVID REID, | ) |
| PAT BERSSENBRUGGE, | ) |
| BARBARA HANNA, | ) |
| GEORGE OSGOOD, a/k/a "Mushroom George," | ) |
| GREG HILL, | ) |
| GENO BERTHOD, a/k/a "Old Man," | ) |
| RUSSELL TRUJILLO, a/k/a "Rusty," | ) |
| MATTHEW HOTTHAN, a/k/a "Matrix," | ) |
| MANUEL GIL, | ) |
| SAM JONES, | ) |
| SALVADOR ABEYTA, | ) |
| BILL JONES, a/k/a Charles Johnston, | ) |
| MARY CANNANT, | ) |
| ADRIAN SANFORD, | ) |
| | ) |
| Defendants. | ) |

2009030242   10/19/2009 09:05:07 AM   B: 412  P: 30242
RELEASE OF LIS PENDENS        Pg. 1 of 2
Sally G. Padilla, Sandoval County Clerk

**RELEASE OF NOTICE OF LIS PENDENS**

The United States of America releases the Notice of Lis Pendens filed with the Office of

the County Clerk, County of Sandoval, State of New Mexico, on August 25, 2005, with respect

to the property located at 1440 Calle Cielo Vista, Bernalillo, New Mexico, all of the lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. A complete description of real property is listed as follows:

> TRACT LETTERED "C," OF SCHLAKS ADDITION, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT ENTITLED "TRACTS A THROUGH D, SCHLAKS ADDITION, SANDOVAL COUNTY, NEW MEXICO", FILED IN THE OFFICE OF THE COUNTY CLERK OF SANDOVAL COUNTY, NEW MEXICO ON JULY 17, 1978, IN PLAT BOOK 2, FOLIO 237-B, APN: 6480.

GREGORY R. FOURATT
United States Attorney

*(signature)*

CYNTHIA L. WEISMAN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274

Signed and sworn to before me this 18th day of September, 2009 by Cynthia L. Weisman in Bernalillo County, New Mexico.

*(signature)*
NOTARY PUBLIC

My Commission Expires:

7/30/2011