IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,               )
                                        )
      *Plaintiff,*                    )
                                        )
v.                                      )        CR No.  05-1849 JH
                                        )
DANA JARVIS,                            )
                                        )
      *Defendant,*                    )
                                        )
ARIZONA DEPARTMENT OF TRANSPORTATION,   )
                                        )
      *Third Party Petitioner.*       )

## THIRD PARTY PETITIONER NOTICE OF CLAIM REGARDING 1972 CESSNA 421B AIRCRAFT

      Third Party Petitioner, Arizona Department of Transportation, submits its Notice of

Claim, and sets forth as follows:

      1.    Arizona Department of Transportation claims an interest in the 1972 Cessna 421B

Aircraft, United States Registration Number N#3AJ, Serial Number 421B0230.

      2.    This property holds a tax lien by the state of Arizona Department of

Transportation, see attachment.

                  Respectfully submitted,

                  JOHN P. THURAU
                  Assistant Attorney General
                  Arizona Office of the Attorney General
                  1275 W. Washington St.
                  Phoenix, AZ  85008
                  602-542-8356

I HEREBY CERTIFY that on December 3 , 2009, the foregoing pleading was filed
electronically through the CM/ECF system, which caused the parties or counsel of record to be
served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*Electronically filed December 3 , 2009*
John P. Thurau