C 0 0 7 6 1 0



**Janet Napolitano**
*Governor*

**Victor M. Mendez**
*Director*

# Arizona Department of Transportation
## Aeronautics Division
Post Office Box 13588   Phoenix, Arizona 85002-3588

CONVEYANCE RECORDED
2005 JUN 7 PM 2 48
FEDERAL AVIATION ADMINISTRATION

**Barclay Dick**
*Division Director*

## NOTICE AND CLAIM OF LIEN

NOTICE IS HEREBY GIVEN __DANA E. JARVIS__ __4891 N. VIA SERENDIDAD-TUCSON, AZ 85718__ and all other person having any interest in __1972 CESSNA 421B__ aircraft, S# __421B0230__ registry, N# __3AJ__ that a lien for registration and license fees, and later penalty assessments, is hereby asserted on the above described aircraft in accordance with A. R. S. §28-8330 in favor of the State of Arizona, Department of Transportation, Aeronautics Division. The lien is for obligations listed below:

1. Lieu Tax ...............775.00
2. Registration Fee ...............10.00
3. Penalty ...............35.00
4. Previous Balance ...............0.00
5. FAA Recording Fee ...............5.00
6. **TOTAL** ...............825.00

(THIS LIEN ONLY REPRESENTS TAXES DUE THRU MAY 31, 2005)

DATE: __MAY 17, 2005__

ARIZONA DEPARTMENT OF TRANSPORTATION
AERONAUTICS DIVISION

BY _Marian McNeely_
Marian McNeely
Aviation Revenue Manager


2001 Award Recipient