IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| DANA JARVIS, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE

In compliance with the Court's Order Regarding Request for *Franks* Hearing (Doc. 1760), the parties have conferred regarding the amount of time needed for the *Franks* hearing and the scheduling thereof and hereby submit the following joint notice:

1. The parties request three days for the presentation of evidence and argument.

2. Due to pending trial schedules, the parties request that the *Franks* hearing be scheduled for April 2010 or thereafter.

3. Counsel for the defendants may request hearings on pending discovery motions prior to the *Franks* hearing.

4. This joint notice has been reviewed and approved by Billy Blackburn, counsel for defendant Greg Hill. Walter Nash, counsel for defendant David Reid, previously approved the substance of this notice.

Respectfully submitted,

GREGORY J. FOURATT
United States Attorney

*/s/ James R.W. Braun*

JAMES R.W. BRAUN
STEPHEN R. KOTZ
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, NM   87103
(505) 346-7274

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of December, 2009, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendants to be served by electronic means.

*ELECTRONICALLY FILED*

JAMES R.W. BRAUN
Assistant U.S. Attorney