**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                                                CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

NOTICE OF NON-AVAILABILITY REGARDING *FRANKS* HEARING

       The Defendant David Reid, by counsel undersigned, hereby provides notice of non-availability for a portion of April 2010.  The parties have agreed that the *Franks* hearing shall not be set before April of 2010 due to trial calendar issues with regard to defense co-counsel and the prosecutor

herein. Counsel undersigned will be traveling to Connecticut for a family religious event and will be out of Tucson from April 15 through and including Sunday April 18, 2010. When setting the *Franks* hearing, the Court is respectfully urged to also allow appropriate travel time to and from New Mexico so as not to interfere with the scheduled departure and return dates for the long scheduled family event referred to above.

    RESPECTFULLY SUBMITTED this 10th day of December, 2009.

                          LAW OFFICES OF
                          NASH & KIRCHNER, P.C.

                          By /s/ Walter Nash
                          Walter Nash for Defendant Reid

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered to opposing counsel and all other counsel of record *via* the CM/ECF system this 10th day of December, 2009.

/s/ Walter Nash

-3-