IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>DANA JARVIS, a/k/a Todd Ward, )<br>AYLA JARVIS, )<br>JORGE LUIS ORTIZ-MOFFETT, )<br>MIKE HANNA, )<br>RALPH GREENE, a/k/a "RB," )<br>GEORGE RIPLEY, )<br>CATHY FITZGERALD, )<br>DAVID REID, )<br>PAT BERSSENBRUGGE, )<br>BARBARA HANNA, )<br>GEORGE OSGOOD, a/k/a "Mushroom )<br>George," )<br>GREG HILL, )<br>GENO BERTHOD, a/k/a "Old Man," )<br>RUSSELL TRUJILLO, a/k/a "Rusty," )<br>MATTHEW HOTTHAN, a/k/a "Matrix," )<br>MANUEL GIL, )<br>SAM JONES, )<br>SALVADOR ABEYTA, )<br>BILL JONES, a/k/a Charles Johnston, )<br>MARY CANNANT, )<br>ADRIAN SANFORD, )<br>)<br>*Defendants*. )<br>)<br>) | CRIMINAL NO. 05-1849 JH |

**RELEASE OF NOTICE OF LIS PENDENS**

The United States of America releases the Notice of Lis Pendens filed with the Office of the County Clerk, County of Bernalillo, State of New Mexico, on August 26, 2005, with respect

to the property located at 8018 1st Street NW, Albuquerque, New Mexico, all of the lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. A complete description of real property is listed as follows:

> LOT "A-2" OF THE PLAT OF LOTS A-1 AND A-2, LANDS OF LARRY SWANK, SITUATED WITHIN PROJECTED SECTION 22, T. 11 N., R. 3 E., N.M.P.M., BERNALILLO COUNTY, NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON SAID PLAT FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO ON FEBRUARY 2, 1995.

GREGORY R. FOURATT
United States Attorney

_____
CYNTHIA L. WEISMAN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274

Signed and sworn to before me this 18th day of September, 2009 by Cynthia L. Weisman in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC

My Commission Expires:

7/30/2011