U.S Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S Marshal"
on the reverse of this form.

CR-05-1849

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 05-1849 JH |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Dana Jarvis, et.al. | Release of Lis Pendens |

JD/S 29
POSTED ✓

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

▶ ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

~~Stephen R. Kotz~~ Cynthia L. Weisman
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

2009 SEP 18 PM 3 36
U S MARSHALS SERVICE ALBUQUERQUE
RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold

1. Please file the attached Release of Notice of Lis Pendens real property 8018 1st St., Albuquerque, NM with the Bernalillo County clerks office in Albuquerque, NM.

2. Return completed copies for filing.

05-DEA-458568

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (505) 346-7274 | DATE 09/16/09 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted). | Total Process 1 | District of Origin No. 51 | District to Serve No. 51 | Signature of Authorized USMS Deputy or Clerk Catherine Pascinto | Date 9-18-09 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

A person of suitable age and discretion then residing in the defendant's usual place of abode.
Date of Service 10-16-09   Time 1:00 pm
Signature of U.S. Marshal or Deputy
Cathy Pascinto

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

**REMARKS:**
Recorded on 10/16/09.

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285