## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.                                          CR  05-1849 JH

DAVID REID and GREG HILL,

      Defendants.

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter is hereby **SET** for a *Franks Hearing* on **MONDAY, MAY 3, 2010 AT 9:00 A.M.** before The Honorable Judith C. Herrera, United States District Judge, at the United States Courthouse, 333 Lomas Blvd., NW, *"Brazos"* Courtroom, Fifth Floor, **Albuquerque, New Mexico**.

Inquires regarding the above setting should be directed to Irene Duran, Courtroom Deputy to Judge Herrera at (505) 348-2398.  **3 days allocated for this hearing.**

                                                        MATTHEW J. DYKMAN, Clerk

A true copy of this notice was served--via mail or
electronic means--to counsel of record as they are shown on the Court's Docket.
