FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 13 2010

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

United States of America

    Plaintiff,

vs

JH

SALVADOR ABEYTA,

    Defendant.

Criminal No. CR-05-1849

### ORDER

UPON Motion of Defendant and good cause appearing,

IT IS ORDERED the Motion is granted, deleting the condition of Defendant's release requiring electronic monitoring. All other conditions of release are hereby affirmed.

Robert H. Scott  1-13-10
UNITED STATES MAGISTRATE JUDGE