IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, U.S.A.
    Plaintiff,

vs.

Benjamin Swentnickas
    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
CR No. 05CR1849JH
JAN 15 2010
MATTHEW J. DYKMAN
CLERK

## PETITION FOR EXONERATION AND DISCHARGE OF BOND

Petitioner, Michael D. Higgins residing at 2901 E. Lindon St. Tucson, AZ 85716 deposes and states as follows:

1. That on 24 Jul 06 TOP (~~25 Jul 06~~), Property Bond deposited with the Clerk of the United States District Court, the sum of $100,000.00 to secure the costs/appearance of the above named Petitioner.

2. That on 24 Jul 06 TOP (~~25 Jul 06~~), the above sum (BOND) was assigned to United States District Court of New Mexico Petitioner herein.

The Criminal proceedings against the Defendant, Benjamin Swentnickas, were terminated on ~~Sept. 14, 09~~ Sept 15, 2009 TOP by Judge Herrera.

The condition of the bond having been complied with, the Petitioner requests that an Order be entered directing the Clerk of the Court to return the sum of $100,000 / property to Petitioner.

Sworn and subscribed before me this 8 day of January, 2010

_NOTARY PUBLIC_

My Commission Expires: 4/25/2011

STEVE EMMONS
NOTARY PUBLIC - ARIZONA
PIMA COUNTY
My Commission Expires
April 25, 2011

PETITIONER

AVERMENTS VERIFIED

MATTHEW J. DYKMAN, Clerk

By: _[signature]_

I HEREBY CERTIFY that a copy of the foregoing pleading was mailed to opposing counsel on

_____
ATTORNEY