IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,                    CR 05-1849-JH

        Plaintiff,

vs.

JORGE LUIS ORTIZ-MOFFETT.

        Defendant.

## MOTION TO CONTINUE SENTENCING

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(1)(F) may occur as a result of this motion or of an order based thereon.

Defendant, by and through his undersigned counsel, hereby moves the Court to continue the sentencing in the above-entitled matter, currently set for February 9, 2010 at 10:15 a.m., for a period of 30 days in order to allow the Probation Department adequate time to prepare their Pre-Sentence Report.  Counsel for the Government, James Braun, has no objection to Defendant's request.

DATED this 26th day of January, 2010.

        LAW OFFICES OF ARMAND SALESE, PLLC


        /S/Armand Salese
        **Armand Salese**
        Attorney for Defendant

I certify that I electronically
transmitted the foregoing
document to the Clerk's Office
using the CM/ECF System
on January 26, 2010.

/S/ Vicki Adams
Vicki Adams
Assistant to Armand Salese