IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,     CR 05-1849-JH

        Plaintiff,

vs.

JORGE LUIS ORTIZ-MOFFETT.

        Defendant.

### NOTICE OF NON-AVAILABILITY

Counsel for Defendant Jorge Luis Ortiz-Moffett hereby gives notice to the Court that he is unavailable on the following dates should the Court grant Defendant's Motion to Continue Sentencing filed this date:

    March 1, 2010

    March 9-16, 2010

    DATED this 26th day of January, 2010.

        **LAW OFFICES OF ARMAND SALESE, PLLC**

        /S/Armand Salese
        **Armand Salese**
        Attorney for Defendant

I certify that I electronically
transmitted the foregoing
document to the Clerk's Office
using the CM/ECF System
on January 26, 2010.
/S/Vicki Adams
Vicki Adams
Assistant to Armand Salese