IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 27 2010

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

*USA*

vs.

*Benjamin Swentnickas*

Defendant.

CR No. *05CR1849 JH*

Magis. No. _____

# ORDER

DEFENDANT having satisfied the conditions of his/her bond and being entitled to have the same discharged and the monies deposited as surety therefor returned to the person having deposited the same,

IT IS ORDERED that defendant's bond is hereby discharged and exonerated, and the Clerk is directed to issue a registry check in the sum of

*Property Bond*

payable to: *Michael D. Higgins*
**NAME**

*2901 E. Linden St.*
**STREET ADDRESS/P.O. BOX**

*Tucson*      *AZ*      *85716*
**CITY**       **STATE**    **ZIP CODE**

DONE at this Court, this *27th* day of *January*, *2010*.

_____
UNITED STATES DISTRICT JUDGE