UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**,

               Plaintiff,

**v**.                                                  **CR 05-1849 JH**

**MIKE HANNAH**,

               Defendant.

## ORDER

THIS MATTER having come before the Court on Defense Counsel Brian Pori's *Motion for Order Substituting Counsel* [**Doc. 1788**] as to Defendant Mike Hannah.  The Court having reviewed the motion, and noting that defense counsel, Mr. Brian Pori, has accepted a position with the Federal Public Defender's Office, and that the Defendant was previously found indigent and was appointed counsel on September 2, 2005, finds good cause to grant the instant motion;

**IT IS THEREFORE ORDERED** that Defense Counsel Brian A. Pori's *Motion for Order Substituting Counsel* [**Doc. 1788**] as to Defendant Mike Hannah is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that attorney Brian A. Pori is withdrawn as counsel of record.

**IT IS FURTHER ORDERED**  that the Clerk is directed to appoint new counsel for the Defendant Mike Hannah in this matter.

_____

UNITED STATES DISTRICT JUDGE