**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                    CR-05-1849 JH

vs.

DAVID REID,

    Defendant.


NOTICE OF NON-AVAILABILITY REGARDING *FRANK'S* HEARING


The Defendant David Reid, hereby provides notice of defense counsel's non-availability on the following dates:

August 14th through and including August 20, 2010:  Counsel will be out of the State of Arizona for purposes of vacation in the State of Utah.

September 18th through and including September 27, 2010: Counsel will be in the States of Nevada and Colorado for purposes of a vacation.

October 14th through and including October 18, 2010: Counsel will be in the State of California for purposes of a vacation.

RESPECTFULLY SUBMITTED this 18th day of February, 2010.

        LAW OFFICES OF
        NASH & KIRCHNER, P.C.


        By /s/ Walter Nash
        Walter Nash for Defendant Reid

-2-

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered to opposing counsel and all other counsel of record *via* the CM/ECF system this 18th day of February, 2010.

/s/ Walter Nash

-3-