1

**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**

2

**P.O. BOX 2310**
**TUCSON, ARIZONA 85702**

3

**Telephone (520) 792-1613**
**Fax (520) 628-1079**
**Pima County Computer No. 41636**

4

**State Bar No. 002893**
**walter.nash@azbar.org**
**bkirchner@azbar.org**

5

Attorney for defendant David Reid

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF NEW MEXICO

10

11    UNITED STATES OF AMERICA,

12            Plaintiff,                              CR-05-1849 JH

13

14    vs.

15    DAVID REID,

16            Defendant.

17

18

19

20                    NOTICE OF NON-AVAILABILITY

21

22        The Defendant David Reid, hereby provides notice of defense

23
      counsel's non-availability on the following dates:
24

25        August 14th through and including August 20, 2010:  Counsel will be

26    out of the State of Arizona for purposes of vacation in the State of Utah.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

September 18th through and including September 27, 2010:  Counsel

will be in the States of Nevada and Colorado for purposes of a vacation.

October 14th through and including October 18, 2010:  Counsel will

be in the State of California for purposes of a vacation.

RESPECTFULLY SUBMITTED this 18th day of February, 2010.

LAW OFFICES OF
NASH & KIRCHNER, P.C.


By /s/ Walter Nash
Walter Nash for Defendant Reid

-2-

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

1

## CERTIFICATE OF SERVICE

2

I hereby certify that a true and correct copy of the foregoing pleading

3

4

was delivered to opposing counsel and all other counsel of record *via* the

5

CM/ECF system this 18th day of February, 2010.

6

/s/ Walter Nash

7

8

9

10

11

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                              -3-