IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | CR No.  05-1849 JH |
| ) | |
| GREG HILL, ) | |
| ) | |
| *Defendant.* ) | |

**UNOPPOSED MOTION TO DISMISS 1999 CHEVROLET Z-71 PICKUP
FROM FORFEITURE ALLEGATION
OF THE SUPERSEDING INDICTMENT**
[Doc. 414, Superseding Indictment, filed 4/25/2006]

The United States of America moves to Court pursuant to Fed. R. Crim. P. 48(a) to dismiss the 1999 Chevrolet Z-71 Pickup VIN:2GCEK19T1X1204114 from the Forfeiture Allegation of the Superseding Indictment.  (Doc. 414, p. 10 at ¶ 4(d).)

The United States and Defendant Greg Hill entered into a Hardship Release Agreement (Doc. 496) in which the pickup was returned to Defendant Greg Hill on June 28, 2006 (Doc. 605).  Since then, Defendant Greg Hill was in an auto accident and damages sustained to the pickup brought the value of the pickup below retail value and/or it has no value.

Counsel for Defendant Hill has been contacted and concurs in this motion.

WHEREFORE, the United States requests that the 1999 Chevrolet Z-71 pickup be dismissed from the Forfeiture Allegation of the Superseding Indictment.

                Respectfully submitted,

                GREGORY J. FOURATT
                United States Attorney
                *Electronically filed 3/2/2010*
                STEPHEN R. KOTZ
                CYNTHIA L. WEISMAN
                Assistant U.S. Attorneys
                P.O. Box 607
                Albuquerque, New Mexico 87103
                (505) 346-7274

I HEREBY CERTIFY that on March 2, 2010, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

 *Electronically filed on March 2 , 2010*
CYNTHIA L. WEISMAN
Assistant U.S. Attorney