**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**THE UNITED STATES OF AMERICA,**

        **Plaintiff,**

     **vs.**                          **No. CR 05-1849 JH**

**DANA JARVIS, et al.,**

        **Defendants.**


**DEFENDANTS' REQUEST FOR A HEARING ON PENDING MATTERS**

     Defendants David Reid and Greg Hill, by and through their respective counsel of record, hereby ask that this Court set a hearing on matters that should be resolved before the Franks hearing now scheduled for May 3-5, 2010.  Those matters concern the requested disclosure of information relevant to the determination of "necessity" at the Franks hearing, and also information relevant to the question of whether the Government obtained information beyond that permitted by law, such as cell-phone site data, GPS data, and post-cut-through dialed digits.  Counsel undersigned will be filing a pleading shortly setting forth more particulars of the information sought to be disclosed prior to the Franks hearing.

     Counsel undersigned has communicated with counsel for the remaining parties in this matter, Mr. James Braun of the United States Attorney's Office and Mr. Paul Linnenburger of the Law Office of Billy R. Blackburn about this request. Mr. Linnenburger indicated that Mr. Blackburn has a trial set for late March, and

another hearing set for the morning of April 8, but would be able to attend a

hearing in this matter on the 7th or 9th of April, or the afternoon of the 8th.  They

have a trial set for the following week of April 12-16, but it has not been confirmed

whether it will go forward as presently set.  That office joins in this request for a

hearing.  Mr. Braun stated that he would be available April 7-9, as well as during

the week of April 12-16.

Accordingly, the defense requests that this Court set the matter for a one-

hour hearing on April 7, the afternoon of April 8, or on April 9, 2010, or in the

alternative, during the week of April 12-16, 2010.

Electronically filed,


_____/s/_____
Walter Nash, for Defendant Reid
Reid
P.O. Box 2310
Tucson, Arizona 85702
(520) 792-1613

_____/s/_____
William J. Kirchner for Defendant

P.O. Box 2310
Tucson, Arizona 85702
(520) 792-1613


_____/s/_____
Billy R. Blackburn for Defendant Hill
1011 Lomas NW
Albuquerque, New Mexico   87102

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2010, I filed the foregoing electronically through the CM/ECF system, which caused all counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing.

<u>Electronically filed</u>

Walter Nash