IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                      CR NO. 05-1849-JH

DANA JARVIS, et al.

        Defendants.

## NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter. Counsel will be out of state from March 18, 2010 through March 23, 2010.

                Respectfully submitted,

                **MARTIN LOPEZ, III**
                A Professional Corporation

                <u>Electronically filed March 5, 2010</u>
                Martin Lopez, III
                Attorney for Defendant Berthod
                1500 Mountain Rd. NW
                Albuquerque, New Mexico 87104
                Tele: (505) 243-2900

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via CM/ECF electronic notice to Assistant U. S. Attorney James Braun on this <u>5th</u> day of March, 2010.

<u>Electronically filed March 5, 2010</u>
Martin Lopez, III