IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) |
| | ) CR No. 05-1849 JH |
| GREG HILL, | ) |
| *Defendant.* | ) |

**STIPULATED ORDER GRANTING**
**MOTION TO DISMISS 1999 CHEVROLET Z-71 PICKUP**
**FROM FORFEITURE ALLEGATION**
**OF THE SUPERSEDING INDICTMENT**
[Doc. 1795, Unopposed Motion, filed 3/2/2010]
[Doc. 414, Superseding Indictment, filed 4/25/2006]

THIS MATTER comes before the Court upon the United States' Motion to Dismiss (Doc. 1795) the 1999 Chevrolet Z-71 Pickup from the forfeiture allegation of the Superseding Indictment (Doc. 414), the Court being apprised of the premises finds that the motion is well taken.

IT IS ORDERED that the 1999 Chevrolet Z-71 Pickup is dismissed from the forfeiture allegation of the Superseding Indictment (Doc. 414).

JUDITH C. HERRERA
United States District Judge

Submitted by:
*Electronically submitted March 2, 2010*
STEPHEN R. KOTZ
Cynthia L. Weisman
Assistant U.S. Attorneys

Approved by:
*Approved March 2, 2010*
Billy R. Blackburn
Counsel for Defendant Hill