**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.                                                                                          CR 05-1849 JH

DAVID REID and GREG HILL,

      Defendants.

**NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that this matter is hereby **SET** for a *Status Hearing* on **THURSDAY, APRIL 8, 2010 AT 2:00 P.M.** before The Honorable Judith C. Herrera, United States District Judge, at the United States Courthouse, 333 Lomas Blvd., NW, *"Brazos"* Courtroom, Fifth Floor, **Albuquerque, New Mexico**.

    *Parties are directed to inform this Court in writing of pending issues that will need to be discussed at the status hearing* **no later than March 19, 2010.**

    Inquires regarding the above setting should be directed to Irene Duran, Courtroom Deputy to Judge Herrera at (505) 348-2398.  **1 hour allocated for this hearing.**

_____
MATTHEW J. DYKMAN, Clerk

A true copy of this notice was served--via mail or
electronic means--to counsel of record as they are shown on the Court's Docket.
