COPY

STATE OF NEW MEXICO
COUNTY OF SANDOVAL
THIRTEENTH JUDICIAL DISTRICT

FILED IN MY OFFICE
DISTRICT COURT CLERK

**2010 FEB 25  AM 11: 24**

THERESA VALENCIA

Case No.  D1329CV200701307

BY_____DEPUTY

**WELLS FARGO BANK, N.A.,**

        Plaintiff,

vs.

**DANA E. JARVIS; UNITED STATES OF AMERICA; OCCUPANTS, WHOSE
TRUE NAMES ARE UNKNOWN; THE UNKNOWN SPOUSE OF DANA E.
JARVIS, IF ANY,**

        Defendants.

## MOTION TO DISMISS

Plaintiff, **WELLS FARGO BANK, N.A.,** through its undersigned counsel,

hereby asks the Court for an Order of Dismissal with Prejudice, dismissing the above-

captioned action.  As grounds for its Motion, Plaintiff states:

1.  Defendant Dana E. Jarvis forfeited the subject property to Defendant United

States of America.

2.  On or about October 19, 2009, Defendant United States of America recorded a

United States Marshal's Deed in favor of the Plaintiff, WELLS FARGO BANK, N.A.

3.  The matter has been resolved to the satisfaction of all parties.

4.  The United States of America concurs with this Motion.  Plaintiff is unable to

obtain concurrence from Defendant Dana Jarvis.  Defendant Jarvis is currently

incarcerated in Bureau of Prisons Englewood, Colorado facility.

WHEREFORE, Plaintiff asks that it be allowed to dismiss its foreclosure action,

and for such other relief as the Court deems just proper.

1

Respectfully Submitted,
CASTLE MEINHOLD & STAWIARSKI

By:

D. Renae Richards Charney
999 18th St., Suite 2201, Bin 1
Denver, CO 80202
(800) 286-0013; (303) 285-2222
*Attorney for Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above and foregoing Motion to Dismiss has been forwarded by First Class U.S. Mail, postage prepaid, on this 24th day of February 2010, to:

Dana Jarvis, Register #31732-051
FCI Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
*Defendant Pro Se*

Manuel Lucero
Assistant U.S. Attorney
P. O. Box 607
Albuquerque, NM 87103
(505) 346-7274
*Attorney for Defendant*
*United States of America*

Jacqueline A. Strain

2

COPY

STATE OF NEW MEXICO
COUNTY OF SANDOVAL
THIRTEENTH JUDICIAL DISTRICT

FILED IN MY OFFICE
DISTRICT COURT CLERK

2010 MAR -2  PM 3: 01

Case No.  D1329CV200701307

THERESA VALENCIA
BY_____ DEPUTY
SANDOVAL COUNTY

**WELLS FARGO BANK, N.A.,**

          Plaintiff,

     vs.

**DANA E. JARVIS; UNITED STATES OF AMERICA; OCCUPANTS, WHOSE
TRUE NAMES ARE UNKNOWN; THE UNKNOWN SPOUSE OF DANA E.
JARVIS, IF ANY,**

          Defendants.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on Plaintiff's Motion to Dismiss,

and the Court being fully advised in the premises,

IT IS, THEREFORE ORDERED, ADJUDGED, AND DECREED the above-

captioned matter is hereby dismissed with prejudice.

JOHN F. DAVIS

**JOHN F. DAVIS**
DISTRICT COURT JUDGE

1

Respectfully Submitted,
CASTLE MEINHOLD & STAWIARSKI

By: _____
D. Renae Richards Charney
999 18th St., Suite 2201, Bin 1
Denver, CO 80202
(800) 286-0013; (303) 285-2222
*Attorney for Plaintiff*


APPROVED:

By:   Unable to Obtain Concurrence – Defendant Incarcerated
      Dana Jarvis, Register #31732-051
      FCI Englewood
      Federal Correctional Institution
      9595 West Quincy Avenue
      Littleton, CO 80123
      *Defendant Pro Se*


By:   Received concurrence via email on 1/27/10
      Manuel Lucero
      Assistant U.S. Attorney
      P. O. Box 607
      Albuquerque, NM 87103
      (505) 346-7274
      *Attorney for Defendant United States of America*