IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

    v.                                                CR05-1849

GEORGE RIPLEY,

Defendant.

**DEFENDANT GEORGE RIPLEY'S MOTION
TO CONTINUE SENTENCING HEARING**

      Defendant George Ripley, by and through his counsel of record, Jason Bowles of BOWLES AND CROW, hereby moves this Court to continue the sentencing hearing currently scheduled for April 1, 2010 and in support of his motion states:

      1.      The sentencing hearing is currently scheduled for April 1, 2010.

      2.      Defendant waives applicable time requirements under the Speedy Trial Act, 18 U.S.C. § 3161.

      3.      Both counsel for Mr. Ripley have a previously scheduled mediation on April 1, 2010. If at all possible, counsel would request a brief continuance until any other day in April for sentencing of Mr. Ripley.

      4.      Assistant United States Attorney, James Braun does not oppose this motion for continuance.

WHEREFORE, Defendant George Ripley respectfully requests this Court to continue his sentencing hearing.

                                      Respectfully submitted,

                                      <u>/s/ Jason Bowles</u>
                                      Jason Bowles
                                      Bowles & Crow
                                      P.O. Box 25186
                                      Albuquerque, N.M.  87125-5186
                                      (505) 217-2680

I hereby certify that a true and correct copy of the foregoing was electronically submitted this 18th day of March, 2010 to:

Mr. James Braun
Assistant United States Attorney

<u>/s/ Jason Bowles</u>
Jason Bowles
BOWLES AND CROW