IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                          CR 05-1849 JH

DAVID REID and GREG HILL,

        Defendants.

## UNITED STATES' NOTICE OF PENDING ISSUES

Pursuant to the Court's March 10, 2010 Notice of Hearing (Doc.1804) the United States advises the Court that it has no pending motions to address at the Status Hearing. However, the United States requests that the Court address the parameters of the *Franks* Hearing, i.e., on which specific issues the Court has found that the Defendants have made a substantial preliminary showing of material misstatement or omission. Further, the United States requests that the Court address scheduling issues, including a trial date.

Respectfully submitted,

GREGORY J. FOURATT
United States Attorney

*/s/ James R.W. Braun*

JAMES R.W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 19th day of March, 2010, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

*/s/ James R.W. Braun*

JAMES R.W. BRAUN
Assistant U.S. Attorney