UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 05-1849 JH | USA vs. | Wilson |
| Date: | March 25, 2010 | Name of Deft: | Dennis Wilson |
| | Before the Honorable | Judith C. Herrera | |

| | | | |
|---|---|---|---|
| Time In/Out: | **10:25 am - 10:45 am** | Total Time in Court (for JS10): | 20 minutes |
| Clerk: | **I. Duran** | Court Reporter: | P. Baca |
| AUSA: | **Stephen Kotz** | Defendant's Counsel: | Robert Gorence |
| Sentencing in: | **Albuquerque, NM** | Interpreter: | None |
| Probation Officer: | **Anthony Galaz** | Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | x | Plea | | Verdict | As to: | x Information | Indictment |
| If Plea: | | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | x | Accepted | | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 4/16/2009 | | | | PSR: | x Not Disputed | Disputed |
| PSR: | x | Court Adopts PSR Findings | | | Evidentiary Hearing: | x Not Needed | Needed |
| Exceptions to PSR: | | | | | | | |

## SENTENCE IMPOSED
Imprisonment (BOP): 37 months

| Supervised Release: | 3 years | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| x | Participate in substance abuse program/drug testing | | Register as sex offender |
| | Participate in mental health program | | Participate in sex offender treatment program |
| x | No alcohol/liquor establishments | | Possess no sexual material |
| x | Submit to search of person/property | | No computer with access to online services |
| x | No contact with co-Deft(s) or co-conspirators | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| x | OTHER: Standard & Mandatory Conditions: deft shall submit to DNA collection & shall not posses any firearms, etc. | | |

| | | | | |
|---|---|---|---|---|
| Fine: $ | **0** | | Restitution: $ | **0** |
| SPA: $ | 100.00 | ($100 as to each Count) | Payment Schedule: x Due Imm. | Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | x | Waived Appeal Rights per Plea Agreement |
| x | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | FCI, Florence, CO |
| | Dismissed Counts: | | |

| OTHER COMMENTS | Ct. acknowledges letters on behalf of deft. Defense has no objections to PSR. Ct. accepts plea agreement. Defense counsel asks for a low-end of guideline sentence; informs the Ct of deft health issues; asks for 37 months of imprisonment; continuance of treatment program; & designation for a camp at Florence, CO. Defense makes argument under 3553. Deft allocutes to the Ct. Govt. addresses Ct. & agrees that deft has health issues (Parkinson Disease) & objects to self-surrender. Defense replies. Ct. has reviewed all the documents & makes findings re: deft's conduct, health & the success of his pre-trial release. Ct. has considered the sentencing guidelines & factors under the 3553 & imposes sentence. Ct. remands deft into custody. |
|---|---|