LAW OFFICES OF
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                              CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

WAIVER OF APPEARANCE

My Name is David Reid and I am a defendant in the above captioned case. Walter Nash, of the Law Offices of Nash and Kirchner, P.C., spoke with me on the telephone and explained to me that I have the right to be present at the status conference to be held on April 8, 2010, in the United States District Court for the District of New Mexico. Understanding that

right, I hereby voluntarily waive that right due to the time and expense involved in traveling to the hearing. I desire instead to be represented by counsel at that hearing and not to attend personally.

Signed this 26th day of March, 2010.

By /s/ David Reid
David Reid

James Braun, the prosecutor in this matter, has no objection to Mr. Reid not being present.

RESPECTFULLY SUBMITTED this 29th day of March, 2010.

LAW OFFICES OF
NASH & KIRCHNER, P.C.

By /s/ Walter Nash
Attorney for Defendant Reid

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered to opposing counsel and all other counsel of record *via* the CM/ECF system this 29th day of March, 2010.

/s/ Walter Nash