**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,     CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

NOTICE OF NON-AVAILABILITY

The Defendant David Reid, hereby provides notice of defense counsel's non-availability on the following dates:

April 23, 2010 (morning): Sentencing in *U.S. v. Wakefield*, U.S. District Court, Tucson, Arizona.

April 28, 2010 (morning): Sentencing in *State v. Hawkins*, Pima County Superior Court.

May 17, 2010 (morning): Sentencing in *U.S. v. Berner*, U.S. District Court, Tucson, Arizona.

May 20, 2010 (morning): Sentencing in *U.S. v. Esposito*, U.S. District Court, Tucson, Arizona.

June 11, 2010 (morning): Sentencing in *U.S. v. Morando*, U.S. District Court, Tucson, Arizona.

August 6, 2010 (all day): Pretrial Motions in *State v. Martinez*, Cochise County Superior Court.

August 17 through 20, 2010: Trial (firm date) in *State v. Green*, Pima County Superior Court (conflict with previously notice potential vacation time).

August 24 through 27, 2010: Trial (firm date) in *State v. Martinez,* Cochise County Superior Court.

There are a number of other Court appearances, state criminal case witness interviews, and other matters which are set between now and the end of the year which can be moved or covered by other personnel in counsel undersigned's office. The matters listed above are those that must be handled personally by counsel undersigned and which cannot be moved either because of their in custody status, visiting Judge assignment, or firm

-2-

date status imposed by the Court.

RESPECTFULLY SUBMITTED this 30th day of March, 2010.

        LAW OFFICES OF
        NASH & KIRCHNER, P.C.


        By /s/ Walter Nash
        Walter Nash for Defendant Reid

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered to opposing counsel and all other counsel of record *via* the CM/ECF system this 30th day of March, 2010.

/s/ Walter Nash