ACKNOWLEDGMENT OF NON-CASH COLLATERAL DOCUMENTS

RECEIVED FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DATE: March 31, 2010

MAGISTRATE AND/OR CRIMINAL NUMBER: 05CR 1849 JH

DEFENDANT'S NAME: Benjamin Swerthickes

ORIGINAL RECEIPT NO. ISSUED 1835 BY THE COURT ON July 25, 2006

AT Albuquerque TO: Michael D. Higgins

LIST OF DOCUMENTS:

Warranty Deed

_Michael D. Higgins_
RECEIVED BY (PRINT NAME)

_[signature]_
RECEIVED BY (SIGNATURE)

31 Mar 2010
DATE

_[signature]_
DEPUTY CLERK