**U.S. Department of Justice**

*United States Attorney*
*District of New Mexico*

P.O. Box 607                                505/346-7274
Albuquerque, New Mexico 87103   *Fax 505/346-7296*

January 10, 2007
Second letter

Jody Neal-Post   *Butt hand 1/10/7*
Attorney at Law
317 Amhurst Dr NE
Albuquerque, NM 87106-1403

COPY

Re:   United States v. Jarvis, et al.,
      CR-05-1849 JH

Dear Ms. Neal-Post:

   Pursuant to the court's two orders relating to the defendants' joint motion for wiretap discovery (Doc. 573), and in your role as discovery coordinator for the defense, enclosed is the following discovery: 1) the progress reports filed with the court in relation to the wiretaps in this case, numbered as pages 1958 - 2553; 2) surveillance reports not previously produced, numbered as pages 3.911 - 3.930; and 3) minimization instructions provided to the wiretap monitors, numbered as pages 1866 - 1957.

   On January 8, 2006, you and Scott Davidson listened to audio recordings of conversations between CW3 and certain targets of the investigation in this case. Transcripts of those recordings are being prepared, and they will be released to you when completed. A recording of a conversation between CS2 and Eileen Fitzgerald (DEA Exhibit N-5) will also be made available for you to listen to at DEA, and a transcript will be made of that recording as well.

   If you have any questions regarding this discovery, please do not hesitate to contact me.

                                           Very truly yours,

                                           DAVID C. IGLESIAS
                                           United States Attorney

                                           JAMES R. W. BRAUN
                                           Assistant U.S. Attorney

JRWB/rlm

GOVERNMENT
EXHIBIT
1