U.S. Department of Justice

United States Attorney
District of New Mexico

P.O. Box 607                                505/346-7274
Albuquerque, New Mexico 87103   *Fax 505/346-7296*

February 6, 2007

Jody Neal-Post
Attorney at Law
317 Amhurst Dr NE
Albuquerque, NM 87106-1403

COPY

Re:  United States v. Jarvis, et al.,
     CR-05-1849 JH

Dear Ms. Neal-Post:

As promised, enclosed is a transcript of the recorded conversation between CS2 and Eileen Fitzgerald, numbered as 12.42 - 12.118. Also enclosed is a transcript of the CD containing calls between CS3 and certain targets of this investigation, which you and Scott Davidson listened to previously, numbered as 12.1 - 12.41. Unfortunately, it appears that the transcriptionist did not transcribe every call on the CD. I have asked that the transcript be re-done, which should happen by the end of the week. In the meantime, I wanted to get what has been completed to you now.

If you have any questions about this discovery, please do not hesitate to contact me.

Very truly yours,

DAVID C. IGLESIAS
United States Attorney

JAMES R. W. BRAUN
Assistant U.S. Attorney

JRWB/rlm


GOVERNMENT EXHIBIT 2