

**U.S. Department of Justice**

*United States Attorney*
*District of New Mexico*

P.O. Box 607                                505/346-7274
Albuquerque, New Mexico 87103  *Fax 505/346-7296*

April 25, 2007

Scott M. Davidson
Attorney at Law
1011 Lomas NW
Albuquerque, NM 87102

    Re:    <u>United States v. Jarvis, et al</u>,
           CR-05-1849 JH

Dear Mr. Davidson:

    Enclosed for you in your role as discovery coordinator are revised transcripts (previously released as 12.1-12.118), newly numbered as 12.119-12.280.

    If you have any questions about this discovery, please do not hesitate to contact me.

                        Very truly yours,

                        DAVID C. IGLESIAS
                        United States Attorney

                        JAMES R.W. BRAUN
                        Assistant U.S. Attorney

JRWB/rlm

