IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs                          Cause No. 05-CR-1849-JH

GREG HILL,

    Defendant.

### WAIVER OF APPEARANCE

My name is Greg Hill and I am a Defendant in the above-entitled and numbered cause. My attorney, Billy R. Blackburn, spoke with me on the telephone and explained to me that I have the right to be present at the status conference to be held on April 8, 2010, in the United States District Court for the District of New Mexico. Understanding that right, I hereby voluntarily waive that right due to the time and expense involved in traveling to the hearing. I desire instead to be represented by counsel at that hearing and not to attend personally.

Signed this 2nd day of April, 2010.

_____
GREG HILL
Defendant

Assistant U.S. Attorney James Braun has no objection to the Defendant Hill not be present.

Respectfully submitted,

<u>Electronically filed 4-2-10</u>
BILLY R. BLACKBURN
Attorney for Defendant
1011 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1600

     I hereby certify that a true and accurate copy of the foregoing was emailed by CM/ECF to AUSA James Braun this 2nd day of April, 2010.

<u>Electronically filed 4-2-10</u>
Billy R. Blackburn