IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                No. CR 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

## UNOPPOSED MOTION TO VACATE HEARING

Defendants David Reid and Greg Hill, by and through their respective counsel of record, hereby move that this Court vacate the hearing presently set in the above-entitled matter for April 8, 2010. Mr. James Braun, counsel for the Government, has authorized counsel undersigned to state that he has no opposition to this motion being granted.

The subject of that hearing was to be the Defendants' Renewed Request for Disclosure On Pending Matters, filed March 15, 2010. (Doc. # 1808). The parties have agreed that, in lieu of a hearing, the defense will file its Reply to the Government's Response (Doc. #1823) by the end of April 8, 2010, and will agree that the Court should then decide the matter on the written pleadings without argument.

The parties are presently working toward a negotiated disposition of both cases remaining in this matter, and appear to be close to achieving a mutually-satisfactory settlement which, if successful, will eliminate the need for the Franks

-2-

hearing presently set for May 3-5, 2010, and all other hearings.

        Electronically filed,

____/s/_____
Walter Nash, for Defendant Reid
P.O. Box 2310
Tucson, Arizona 85702
(520) 792-1613

____/s/_____
Billy R. Blackburn for Defendant Hill
1011 Lomas NW
Albuquerque, New Mexico  87102

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2010, I filed the foregoing electronically through the CM/ECF system, which caused all counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing.

<u>Electronically filed</u>

Walter Nash