| U.S Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S Marshal"<br>on the reverse of this form. ||
|---|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>05-1849 JH ||
| DEFENDANT<br>Greg Hill | TYPE OF PROCESS<br>Final Disposition ||

2010 APR -5 PM 1:26

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ▶ | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| ~~Stephen R. Kotz~~ Cynthia L. Weisman<br>Assistant United States Attorney<br>P.O. Box 607<br>Albuquerque, NM 87103 | Number of process to be served with this Form - 285: 1<br>Number of parties to be served in this case:<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

1. As per the attached Stipulated Order Dismissing the 1999 Chevrolet (05-DEA-456325) from the Superceding Indictment, release the vehicle to Greg Hill and/or his Attorney Billy Blackburn. Please dispose according to law.
2. Return completed copies for filing.

I2-05-0010

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(505) 346-7274 | DATE<br>03/05/10 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process<br>1 | District of Origin No.<br>51 | District to Serve No.<br>28 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/5/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 4-1-10  Time: 2:34 pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>55 - | Total Mileage Charges (including endeavors)<br>0 | Forwarding Fee<br>55 | Total Charges<br>55.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: Vehicle custody returned to Greg Hill on 3/29/10

PRIOR EDITIONS MAY BE USED   1. CLERK OF THE COURT   FORM USM-285