

When recorded return to:

US MARSHALS SERVICE
333 LOMAS BLVD NW STE 180
ALBUQUERQUE, NM 87102

**OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE**

DATE/TIME:   03/17/2010 1418
FEE:         $12.00
PAGES:       3
FEE NUMBER:  2010-025219



(The above space reserved for recording information)

RELEASE OF LIS PENDENS

## DOCUMENT TITLE

DO NOT DISCARD THIS PAGE. THIS COVER PAGE IS RECORDED AS PART OF YOUR DOCUMENT. THE CERTIFICATE OF RECORDATION WITH THE FEE NUMBER IN THE UPPER RIGHT CORNER IS THE PERMANENT REFERENCE NUMBER OF THIS DOCUMENT IN THE PINAL COUNTY RECORDER'S OFFICE.

Form RE-49

United States Attorney
District of New Mexico


Stephen R. Kotz
Assistant U.S. Attorney
PO Box 607
Albuquerque, NM 87103
Telephone (505) 346-7274

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| United States of America, | |
| Plaintiff, | CRIMINAL NO. 05-1849 JH |
| v. | |
| Dave Reid, et al. | **RELEASE OF LIS PENDENS** |
| Defendants. | |

The United States of America releases the Notice of Lis Pendens filed with the Official Records of Pinal County Recorder, County of Pinal, State of Arizona, on August 25, 2005, with respect to the property located at 9227 West Weaver Circle, Casa Grande, Arizona all of the lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. A complete description of real property is listed as follows:

> SITUATED IN PINAL COUNTY, ARIZONA TO WIT: LOT 2, OF WEAVER RANCH UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, IN CABINET C OF MAPS, SLIDE 174.

GREGORY J. FOURATT
United States Attorney
District of New Mexico

Stephen R. Kotz
Assistant U.S. Attorney
Telephone: (505) 346-7274
Fax: (505)346-6974

Signed and sworn to before me this 5th day of February, 2010 by Stephen R. Kotz in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC

My Commission Expires:

November 26, 2010