| | |
|---|---|
| U.S Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S Marshal"<br>on the reverse of this form. |

CR-05-1849

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>05-1849 JH |
|---|---|
| DEFENDANT<br>Dave Reid, et.al. | TYPE OF PROCESS<br>*Release of Lis Pendens* |

JDIS 32

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ▶ AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

2010 FEB -8 PM 2:44

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen R. Kotz

Assistant United States Attorney

P.O. Box 607

Albuquerque, NM 87103

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                                    Fold

1. Please file and record the attached Release of Notice of Lis Pendens with the Official Records of Pinal County, County of Pinal in the state of Arizona.

05-DEA-458547

2. Return completed copies for filing.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(505) 346-7274 | DATE<br>02/08/10 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 51 | District to Serve<br>No. 51 | Signature of Authorized USMS Deputy or Clerk<br>Cathy Pascinto | Date<br>2-12-10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 3-26-10   Time: 3:00 pm<br>Signature of U.S. Marshal or Deputy<br>Catherine Pascinto |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owned to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Recorded Release @ Pinal County Recorder

PRIOR EDITIONS MAY BE USED            1. CLERK OF THE COURT            FORM USM-285