IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs                                                 Cause No.  05-CR-1849-JH

GREG HILL,

      Defendant.

## DEFENDANT GREG HILL'S NOTICE OF WITHDRAWAL OF REQUEST FOR *FRANKS* EVIDENTIARY HEARING

The Defendant Greg Hill, by and through his attorney Billy R. Blackburn, hereby submits this Notice of Withdrawal of Request for Evidentiary Hearing Pursuant to Franks v. Delaware, 438 U.S. 154 (1978) and states as follows:

On February 2, 2009, Defendant Hill and two co-defendants filed a Joint Motion to Suppress the Fruit of Title III Wiretaps (Doc. No. 1533).  Contained therein, Defendant requested an evidentiary hearing pursuant to Franks v. Delaware, 438 U.S. 154 (1978).  Defendant Hill hereby withdraws said request for evidentiary hearing and submits the Joint Motion to Suppress (Doc. No. 1533) on the arguments contained in the briefs related thereto.

                                              Respectfully submitted,

                                              *Electronically filed 4-30-10*

                                              BILLY R. BLACKBURN
                                              Attorney for Defendant
                                              1011 Lomas Blvd. NW
                                              Albuquerque, NM 87102
                                              (505) 242-1600

I hereby certify that a true and accurate copy of the foregoing was emailed by CM/ECF to AUSA James Braun this 30th day of April, 2010.

*Electronically filed 4-30-10*

_____
Billy R. Blackburn