FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY - 3 2010

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**DAVID REID,** )<br>)<br>Defendant. ) | CRIMINAL NO. 05-1849 JH<br><br>26 U.S.C. §§ 6050I(a) and (b) and 26<br>U.S.C. § 7203: Failure to Make Return<br>For More Than $10,000 in Cash<br>Received in the Course of a Trade or<br>Business (MISDEMEANOR). |

### INFORMATION

The United States Attorney charges:

Between on or about July 2004 and July 2005, in the District of New Mexico and elsewhere, the defendant, **DAVID REID**, who at that time was engaged in a trade and business, received more than $10,000 in cash in the course of such trade and business in two and more related transactions, and unlawfully failed to make the return required by law and regulation with respect to such related transactions.

In violation of 26 U.S.C. §§ 6050I(a) and (b) and 26 U.S.C. § 7203.

GREGORY J. FOURATT
United States Attorney

*[signature]*

JAMES R.W. BRAUN
STEPHEN R. KOTZ
Assistant United States Attorneys
P. O. BOX 607
Albuquerque, NM 87102
(505) 346-7274