FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY - 3 2010

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )  CRIMINAL No. 05-1849 JH
     vs.                     )
                             )
DAVID REID,                  )
                             )
     Defendant.              )

## WAIVER OF INDICTMENT

I, **DAVID REID**, the above named Defendant, who is accused of violating 26 U.S.C. § 60501, a misdemeanor ~~felony~~ with SRI<, that being Failure to Make Return For More Than $10,000 in Cash Received in the Course of a Trade of Business, and being advised of the nature of the charge, the Information, and of my rights, hereby waive in open Court on _May 3, 2010_ prosecution by Indictment and consent to proceeding by Information rather than by Indictment.

_____
DAVID REID
Defendant

_____
WALTER NASH, ESQ.
Attorney for Defendant

Before:

_____
UNITED STATES MAGISTRATE JUDGE