**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

MAY - 3 2010

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **MATTHEW J. DYKMAN** |
| Plaintiff, | ) | CLERK |
| | ) | |
| vs. | ) | CRIMINAL No. 05-1849 JH |
| | ) | |
| DAVID REID, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### CONSENT TO APPEAR BEFORE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has explained to me the nature of the offense(s) with

which I am charged and the maximum possible penalties which might be imposed if I plead guilty.

I have been informed of my right to the assistance of legal counsel and of my right to plead or go to

trial, judgment and sentencing before a United States District Judge.

**I HEREBY: Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.**

DAVID REID
Defendant

WALTER NASH, ESQ.
Attorney for Defendant

Date: 3 MAY 2010

Before:

United States Magistrate Judge