# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 05-1849 JH | UNITED STATES vs. REID |
|---|---|

**Before The Honorable W. Daniel Schneider, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | **May 3, 2010** | Time In and Out: | **1:29 PM - 1:38 PM** |
| Clerk: | **M Kokesh** | FTR Information: | **FTR Gila** |
| Defendant: | **David Reid** | Defendant's Counsel: | **Walter B. Nash, II** |
| AUSA: | **James Braun, Stephen Kotz** | Interpreter: | Sworn / Waived |

| | |
|---|---|
| X | Defendant Sworn |
|   | First Appearance |
| X | Consent to proceed before a magistrate judge and original plea agreement reviewed and executed by Deft. |
| X | Deft acknowledges receipt of: **Information** |
| X | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| X | Terms and conditions of proposed plea agreement explained. |
| X | Factual predicate to sustain the plea provided. |
| X | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. |
| X | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| X | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| X | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. |
| X | Deft pleads GUILTY to: **Misdemeanor Information** |
| X | Allocution by Deft on elements of charge(s). **Elements recited by the Court w/affirmation by Defendant** |
| X | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| X | Deft adjudged guilty. |
| X | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| X | Sentencing Date:   **to be notified** |
|   | **Defendant to Remain in Custody** |
| X | **Present conditions of release continued**   Conditions changed to: |
|   | **Penalty for failure to appear explained** |
| X | **Presentence Report Ordered**   Expedited (Type III) |
| X | **Other Matters:   Parties are requesting a sentencing date of June 14 or June 15, 2010** |