IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                        05 CR 1849

MIKE HANNAH,

        Defendant.

**NOTICE OF UNAVAILABILITY**
**FOR DATES OF JUNE 11, 2010 THROUGH JUNE 21, 2010**

**COMES NOW**, James P. Baiamonte, attorney for Defendant, Mike Hannah, and hereby notifies the Court and all parties that he will be unavailable for any court hearings on June 11, 2010 through June 21, 2010. Counsel for Defendant will be out of the state of New Mexico during this time.

        Respectfully Submitted,

        *Electronically Filed 05/17/2010*

        JAMES P. BAIAMONTE
        Attorney for Defendant
        900 Lomas Blvd NW
        Albuquerque, NM 87102
        (505) 246-8166

**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing Notice of Unavailability was emailed to counsel of record by CM/ECF this 17th day of May, 2010.

        */s/ Electronically Filed 05/17/2010*

        JAMES P. BAIAMONTE