IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                               No. CR 05-1849 JH

GREG HILL,

    Defendant.

## NOTICE

**BY DIRECTION OF THE HONORABLE JUDITH C. HERRERA:**
**PLEASE TAKE NOTICE** that this matter will come on for the following:

JURY SELECTION/TRIAL
**Tuesday, September 7, 2010 at 9:00 A.M.**
United States District Courthouse
Brazos Courtroom, Fifth Floor
333 Lomas Boulevard, N.W.
Albuquerque, New Mexico 87102

_____

PRETRIAL CONFERENCE
**Thursday, August 12, 2010 at 1:30 P.M.**
United States District Courthouse
Brazos Courtroom, Fifth Floor
333 Lomas Boulevard, N.W.
Albuquerque, New Mexico 87102

_____

TELEPHONIC STATUS HEARING
**Thursday, June 24, 2010 at 11:30 A.M.**
Parties are directed to call the *"Meet Me" Conference Line (505) 348-2399.*

COUNSEL ARE DIRECTED TO COMPLY WITH THE TRIAL PREPARATION, JURY INSTRUCTIONS AND PRETRIAL DEADLINES SET FORTH IN THE ATTACHMENTS. These documents are also available on Judge Herrera's web page at www.nmcourt.fed.us.

_____
MATTHEW J. DYKMAN, Clerk of Court

For Inquiries regarding this notice please call Judge Herrera's chambers at 505-348-2390.