UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**Clerk's Minutes**

**Before the Honorable Judith C. Herrera**

**CASE NO.**  05-1849 JH                                **DATE:** May 20, 2010

**TITLE:**    *USA v. Greg HIll*

**COURTROOM CLERK:** V. Vigil                **COURT REPORTER:**  P. Baca
**PROBATION/PRETRIAL SERVICES OFFICER:** None

**COURT IN SESSION:**  10:18 a.m.                **COURT IN RECESS:**  10:32 a.m.

**TOTAL COURT TIME**: 14 MINUTES

**TYPE OF PROCEEDING:**   Telephonic Status Hearing

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**        **ATTORNEYS PRESENT FOR DEFENDANT(S):**

  James Braun                                        Billy Blackburn

**PROCEEDINGS:**

10:18 AM    Court in Session.  Court calls case via-phone. Defendant not present.
            Court anticipates that it will deny Defendants's motion to suppress, but will file
            a written ruling shortly.  Neither counsel is aware of any other outstanding
            pending motions that require the Court's attention.
            Court asks how long the parties need for trial.  Both counsel agree it will take
            two weeks.  Both parties could be ready for trial in September, but Mr.
            Blackburn prefers October.  Government could be ready in August.  Mr.
            Blackburn has a three week trial starting in early August.
            Court will sent out a notice of trial setting in the next few days.

10:32 AM    RECESS.