IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      *Plaintiff*,

v.

                                                       CR  05-1849 JH

SALVADOR ABEYTA,

      *Defendant*,

## ORDER MODIFYING RELEASE CONDITIONS

This matter having come before Court on Defendant Abeyta's Motion to Modify Release Conditions [Doc. No. 1860], and the Court having considered the Motion, the position of the Government, as well as the position of Pretrial Services,

**IT IS HEREBY ORDERED GRANTING SAID MOTION** and modifying the Defendant's Release Conditions to the limited extent that he be allowed to reside in Phoenix, Arizona.

**IT IS FURTHER ORDERED** that all other previously imposed conditions will remain in place.

Done in open court this 22nd day of June, 2010.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE
                                                        FOR THE DISTRICT OF NEW MEXICO