UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

### Clerk's Minutes

### Before the Honorable Judith C. Herrera

**CASE NO.**  05-1849 JH                                                                 **DATE:** June 24, 2010

**TITLE:**     *USA v. Greg Hill*

**COURTROOM CLERK:** V. Vigil                                **COURT REPORTER:**  P. Baca
**PROBATION/PRETRIAL SERVICES OFFICER:** None

**COURT IN SESSION: 11:30 am**                                **COURT IN RECESS:**   11:37 am

**TOTAL COURT TIME**: 7 MINUTES

**TYPE OF PROCEEDING:** Telephonic Status Hearing held

**COURT'S RULINGS/DISPOSITION:**   Parties will inform Ct. of new developments re: trial.  Ct. will set a telephonic status hearing.

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**

**DEADLINE FOR SUBMISSION OF ORDER TO COURT:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**               **ATTORNEYS PRESENT FOR DEFENDANT(S):**

  James Braun                                                            Billy Blackburn

  Steve Kotz


**PROCEEDINGS:**

| Time | Event |
|---|---|
| 11:30 AM | Court calls the "Meet Me" Conference line.  Court in Session via-telephone. |
| 11:31 AM | Counsel enter their appearances. |
| 11:32 AM | Ct. makes inquiry re: status of case. |
| 11:33 AM | Defense addresses Ct. |
| 11:33 AM | Ct. refers to deadlines & trial date. |
| 11:34 AM | Defense states that progress has been made & that settlement may occur. Defense states that all prior conflicts re: trial date have been resolved. |
| 11:35 AM | Ct. informs parties that another telephonic status hearing may be set in 30 days. |

| | |
|---|---|
| 11:36 AM | Defense & Govt. respond and agree that no other deadlines are necessary at this time. |
| 11:37 AM | Ct. continues to confer with counsel.  Parties will advise Ct. if parties wish to proceed to trial. |
| 11:37 AM | Ct. in recess. |