David C. Reid
6969 CR 215
Anderson, TX 77830

Honorable Judith C. Herrera

My name is David C. Reid and I have been a pilot for almost 30 years. During that time I have flown in Oregon, Alaska, Hawaii, Arizona, California, New Mexico, and now Louisiana. I fly both helicopters and airplanes and I am a Certified Flight Instructor. During that time, I have raised a family of three daughters, two stepsons, and four stepdaughters. Also during that time, for five years I raised three of my granddaughters. All together I have 9 children and 21 grandchildren.

At the start of my association with Dana Jarvis, I was a very trusting person. I believed what someone would tell me and trusted that it was true. Since then I have learned to be far more cautious and suspicious. I now regret my working with Mr. Jarvis as this has been a total destruction of both my financial and emotional lives. I have lost my home in Casa Grande, AZ., a King Air C-90 airplane with which I was trying to start a business, and all of my retirement funds plus indebted much more for legal fees. This has also been a very difficult time as the economy has caused a drop in available jobs in the aviation industry.

I now have a job flying for a private corporation. It is a good position with a long term future. With this I plan on trying to start over and build a new life. I have a met a wonderful woman who has been helping me handle all of the stress that I have been under this past year and we will be married shortly. Together, we will face the future and learn from the past.

Thank you,

David C. Reid




Zonta Club of Casa Grande Valley – P.O. Box 11342 – Casa Grande, Arizona 85230-1342 U.S.A.

May 1, 2010

Dear Honorable Judith C. Herrera;

I am writing this letter on behalf of David Reid. When I initially met David, I was working as the school psychologist at Casa Grande Union High School District in Casa Grande, Arizona and my husband Randy was the principal of Casa Grande High School. Since retiring from that position, I have become an active volunteer in my community. At the present time, I am serving as President of the Zonta Club of Casa Grande Valley, President of the Zonta Foundation, am a member of Casa Grande 2000 and am a member of the city's arts and humanities commission besides having a consulting business with my husband. My husband and I have lived in this community for approximately 14 years.

My husband and I initially met David early in our careers at the high school from two perspectives. First, we became aware of his support toward our students through his actions as a member of the community. One example of this support was David's donation of several computers that he gave to students at our high school who had excelled that year. Also, we became friendly with Linda Reid Tillman, who was then married to David and so knew David on a social basis in our community.

Throughout this time, I have known David to be a family man who lives the positive values that he believes in. David took in his grandchildren and attempted to provide them with a stable home, family support and teach them the values that he lived by. Regardless of what was going on in his life, these grandchildren had a grandfather who kept focusing attention on how to positively help them. His contributions to the students at the high school appeared to be motivated by a desire to help and mentor these at risk students rather than by any need for recognition to himself. Finally, in all of our observations, David has always acted as a good friend to Linda. Even after David and Linda divorced, we continually were aware of instances when David was there to support Linda in whatever way was needed. He could easily have become negative and bitter toward Linda. However, David was always respectful and caring.

Respectfully,

Susan R. Wortman

Susan R. Wortman



# ChiroHealth L.L.C.

511 E Florence Blvd • Casa Grande, AZ 85222 PO Box 10956 • Casa Grande, AZ 85230 (520)876-5500 Fax (480)393-4613

May 23, 2010

Honorable Judith C. Herrera,

My name is Dr. Nephi Riordan. I graduated from Chiropractic school in 1995. I moved to Arizona in 1995. Married Stephanie in 1996, we have 4 children and live in Casa Grande, AZ. I moved to Casa Grande, AZ in 2001 to start a Chiropractic Office. I have been in practice since then. I currently have 8 employees that support the care for our patients.

I have known David for approximately 7 or 8 years now. His wife and children came in for treatment, we then became friends. I have taken pilot lessons from Dave in my attempt to become a pilot. He is very particular the way he teaches. He wants to ensure that I will be safe in the air. he wants me to understand the reasons for safety while in the air. He is also very particular about keeping records and maintaining good notes. He has taught me in his teachings to keep all records and receipts for future use. David has also helped with my computer system at the office keeping it up and running. I have called him on multiple occasions and he would come to the rescue. I have put a lot of trust in his work.

I think David is a very honest man. I have complete trust in his ability to help me. He tells me the truth even if I do not want to hear it at times. When he tells me he will do something, he does. Dave has helped me on multiple occasions at the office and at home. Dave has always been on time when we were going to get together to fly or anything else. I respect Dave; he has been very sincere and nice in our friendship.

For further information, please call me at (520)876-5500.

Sincerely,

Dr. Nephi Riordan




May 26, 2010

Sandra E. Dormer
Dormer's Embroidery
112 S. Edwards
Newberg, OR 97132

To The Honorable Judith C. Herrera:

My name is Sandy Dormer and I own Dormer's Embroidery located in Newberg, Oregon. I have lived in Newberg for almost all of my life and have been in business for the past 20 years. I am a current member of the Chehalem Valley Chamber of Commerce and a sponsor of the Newberg Little League.

I have had the pleasure of knowing David Reid for the past 15 years. First, as a customer, then a friend and now as a vendor for computer support and tax preparation. David has proven himself to be invaluable to me as my primary computer technician. He has the uncanny ability to troubleshoot and correct issues over the phone - my local technician can't do that. David is also my tax preparer. He stays current with his tax education and has a high level of professionalism and integrity. I am confident that my taxes are prepared correctly.

David is one of the hardest working people I know. When tackling a difficult task, he remains focused and driven to diagnose the problem and find the correct resolution. He makes sure the job is done right! He is honest and I trust David with keys to both my home and my business; very admirable qualities these days.

Sincerely,

Sandra E Dormer

Sandra E. Dormer

# INDEX

| | |
|---|---|
| Photo #1 | David Reid & Beth Zabka(fiancée) |
| Photo #2 | Angela, Damyn, RayAnn, Delilah (grandchildren) and David Reid |
| Photo #3 | Nenah Reid (granddaughter) and David Reid |
| Photo #4 | Adrianna Reid (granddaughter) and David Reid |







