UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## Sentencing Minute Sheet

| | | | |
|---|---|---|---|
| CR No. | 05-1849 JH | USA vs. | Reid |
| Date: | July 13, 2010 | Name of Deft: | David Reid |
| Before the Honorable | | Judith C. Herrera | |

| | | | |
|---|---|---|---|
| Time In/Out: | **11:05 am - 11:27 am** | Total Time in Court (for JS10): | 22 minutes |
| Clerk: | **I. Duran** | Court Reporter: | P. Baca |
| AUSA: | **James Braun** | Defendant's Counsel: | Walter Nash |
| Sentencing in: | **Albuquerque, NM** | Interpreter: | None |
| Probation Officer: | **Anthony Galaz & Tina Parde** | Sworn? | Yes / No |

| Convicted on: | **x** Plea | Verdict | As to: | **x** Information | Indictment |
|---|---|---|---|---|---|
| If Plea: | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | **x** Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 5/3/10 | | PSR: | **x** Not Disputed | Disputed |
| PSR: | **x** Court Adopts PSR Findings | | Evidentiary Hearing: | **x** Not Needed | Needed |
| Exceptions to PSR: | | | | | |

### Sentence Imposed

| | | | |
|---|---|---|---|
| Imprisonment (BOP): | | | |
| Supervised Release: | | Probation: **12 months (unsupervised)** | 500-Hour Drug Program |

#### Special Conditions of Supervision

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| | Participate in substance abuse program/drug testing | | Register as sex offender |
| | Participate in mental health program | | Participate in sex offender treatment program |
| | No alcohol/liquor establishments | | Possess no sexual material |
| | Submit to search of person/property | | No computer with access to online services |
| | No contact with co-Deft(s) | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| **x** | OTHER: Standard Conditions, excluding the standard condition re: leaving the judicial district. | | |

| Fine: $ | **25,000 (mo. installments of not less than $500) See below under Other** | Restitution: $ | |
|---|---|---|---|
| SPA: $ | 25 ($25 as to each Count) | Payment Schedule: | **x** Due Imm. / Waived |
| OTHER: | Consistent w/plea agreement, $8,500 seized from deft will be applied toward the fine, resulting in a balance of $16,500. Ct. waives interest. | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **x** | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS | Defense counsel has no objections to PSR. Ct. accepts plea agreement. Defense makes argument for unsupervised probation & for waiver of interest on fine. Deft allocutes to the Ct. Govt. responds & does not oppose unsupervised probation. Probation recommends supervision of Probation. Ct. takes a short recess. Ct. grants defense counsel's request & will impose unsupervised probation and excludes the standard condition re: travel (leaving district). Ct. has reviewed the PSR & findings & has considered the sentencing guidelines & factors under 3553. Ct. makes findings & imposes sentence. |