IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       )<br>       Plaintiff,       )<br>       )<br>vs.       )<br>       )<br>DAVID REID,       )<br>       )<br>       Defendant.       ) | Cr. No. 05-1849 JH |

UNITED STATES' UNOPPOSED MOTION TO DISMISS

Pursuant to Rule 48, Fed. R. Crim. P., the United States respectfully moves to dismiss the Superseding Indictment as to defendant DAVID REID, and in support of its motion states as follows:

Pursuant to the terms of the plea agreement entered into between the United States and defendant Reid, the United States agreed to dismiss the superseding indictment in this case as to defendant Reid at the time of sentencing. Sentencing having taken place on July 13, 2010, the United States hereby moves to dismiss the superseding indictment in this case as to defendant Reid.  Defendant Reid does not oppose this motion.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

*ELECTRONICALLY FILED*

JAMES R. W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, N. M.  87103
(505) 346-7274

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2010, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

*ELECTRONICALLY FILED*

JAMES R.W. BRAUN
Assistant U.S. Attorney