UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Judith C. Herrera**

**CASE NO.** CR 05-1849 JH                    **DATE:** July 22, 2010

**TITLE:**    *USA v. Greg Hill*

**COURTROOM CLERK:**        I. Duran            **COURT REPORTER:** P. Baca
**PROBATION/PRETRIAL SERVICES OFFICER:** None

**COURT IN SESSION:**   11:32 A.M.              **COURT IN RECESS:**   11:39 A.M.

**TOTAL COURT TIME**: 7 MINUTES

**TYPE OF PROCEEDING:**   Telephonic Status Hearing held

**COURT'S RULINGS/DISPOSITION:**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**

**DEADLINE FOR SUBMISSION OF ORDER TO COURT:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**       **ATTORNEYS PRESENT FOR DEFENDANT(S):**
  Steve Kotz                                    Billy Blackburn


**PROCEEDINGS:**

| | |
|---|---|
| 11:32 AM | Court in Session.  Court calls case. |
| 11:32 AM | Counsel enter their appearances. . |
| 11:33 AM | Ct. makes inquiry of counsel re: status of trial |
| 11:33 AM | Defense counsel responds: by the end of next week parties will know whether case will proceed to trial. |
| 11:35 AM | Ct. continues to confer with counsel. |
| 11:36 AM | Defense requests that a telephonic status hearing be rescheduled. |
| 11:37 AM | Ct. sets telephonic status hearing for August 2. |
| 11:38 AM | Parties to advise the Ct. of any changes or developments. |
| 11:39 AM | Ct. in recess. |