UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Judith C. Herrera**

**CASE NO.** CR 05-1849 JH                     **DATE:** August 10, 2010

**TITLE:**   *USA v. Greg Hill*

**COURTROOM CLERK:** *I. Duran*                **COURT REPORTER:**  P. Baca
**PROBATION/PRETRIAL SERVICES OFFICER:** None

**COURT IN SESSION:**   11:03 A.M.             **COURT IN RECESS:**   11:08 A.M.

**TOTAL COURT TIME**: 5 MINUTES

**TYPE OF PROCEEDING:** Telephonic Status Hearing held

**COURT'S RULINGS/DISPOSITION:**   Parties inform the Ct. that deft will enter a plea; parties to set a plea hearing before a Magistrate Judge.  Ct vacates Pretrial Conference of 8/12/10.

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**

**DEADLINE FOR SUBMISSION OF ORDER TO COURT:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**

  James Braun                                      Billy Blackburn


**PROCEEDINGS:**

| Time | Event |
|---|---|
| 11:03 AM | Court in Session.  Court calls case. |
| 11:03 AM | Counsel Braun appears in person & defense appears telephonically. |
| 11:04 AM | Counsel Braun addresses Ct. and defers to defense counsel. |
| 11:04 AM | Defense informs Ct. that his client wishes to enter a change of plea. |
| 11:04 AM | Ct. makes inquiry on when plea will be set. |
| 11:06 AM | Defense responds & wishes to set a plea sometime this week.  Defense requests a plea setting for Friday, 8/13/10.  Ct. directs parties to communicate w/CRD re: plea setting. |
| 11:07 AM | Ct. vacates the pretrial conference of 8/12/10.  Trial will be vacated upon conclusion of plea hearing. |
| 11:08 AM | Ct. in recess. |