IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
 )
      Plaintiff, )
 )
vs. ) CRIMINAL No. 05-1849 JH
 )
GREG HILL, )
 )
      Defendant. )
 )

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 1 3 2010
MATTHEW J. DYKMAN
CLERK

## CONSENT TO APPEAR BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY: Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.**

_____
GREG HILL
Defendant

_____
BILLY BLACKBURN, ESQ.
Attorney for Defendant

Date: August 13, 2010

Before: _____
United States Magistrate Judge