FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 16 2010

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs                              Cause No. 05-CR-1849-JH

GREG HILL,

    Defendant.

## ORDER CONTINUING CONDITIONS OF RELEASE PENDING SENTENCING

THIS MATTER having come before the Court on Defendant Greg Hill's Motion to Continue Release Pending Sentencing; the Defendant appearing in person and by and through his attorney Billy R. Blackburn, and the United States of America appearing by and through Assistant U.S. Attorney James Braun; the Court having been informed the Plaintiff requests the Court to detain Defendant Greg Hill pursuant to 18 U.S.C. §3143 and having reviewed the Defendant's Amended Memorandum in Support of Continuation of Conditions of Release Pending Sentencing; and the Court having conferred with the parties and otherwise having been fully informed herein and having determined that exceptional reasons exist as to why Defendant Greg Hill's detention would be inappropriate, and the Court therefore determines Defendant's Motion is well taken and should be granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that, pursuant to 18 U.S.C. §3145(c), exceptional reasons exist which would make Defendant Greg Hill's detention inappropriate at this time as set forth in Defendant Greg Hill's

Amended Memorandum in Support of Continuation of Conditions of Release Pending Sentencing.

IT IS FURTHER ORDERED that the Defendant Greg Hill shall therefore remain on conditions of release as previously set by this Court and the U.S. District Court for the Southern District of Indiana and said conditions of release shall be Defendant Greg Hill's conditions of release pending sentencing in the above-entitled and numbered cause.

_____
U.S. MAGISTRATE JUDGE