IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

   Plaintiff,

vs.                    CR NO. 05-1849-JH

DANA JARVIS, et al.

   Defendants.

## NOTICE OF NON-AVAILABILITY

  **COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III) and states that he will be unavailable for hearings in this matter. Counsel will be out of state from October 15, 2010 through October 18, 2010.

                  Respectfully submitted,

                  **MARTIN LOPEZ, III**
                  A Professional Corporation

                  Electronically filed August 25, 2010
                  Martin Lopez, III
                  Attorney for Defendant Berthod
                  1500 Mountain Rd. NW
                  Albuquerque, New Mexico 87104
                  Tele: (505) 243-2900

**I HEREBY CERTIFY** that a copy of
the foregoing was forwarded via CM/ECF
electronic notice to Assistant U. S. Attorney
James Braun on this  25th  day of August,
2010.

Electronically filed August 25, 2010
Martin Lopez, III