IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                              CR NO. 05-1849-JH

DANA JARVIS, et al.

        Defendants.

## NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Geno Berthod, Martin Lopez, III, P. C. (Martin Lopez, III)  and states that he will be unavailable for hearings in this matter.  Counsel will be out of state from March 7, 2011 through March 11, 2011.

                                            Respectfully submitted,

                                            **MARTIN LOPEZ, III**
                                            A Professional Corporation

                                            Electronically filed November 16, 2010
                                            Martin Lopez, III
                                            Attorney for Defendant Berthod
                                            1500 Mountain Rd. NW
                                            Albuquerque, New Mexico 87104
                                            Tele: (505) 243-2900

**I HEREBY CERTIFY** that a copy of
the foregoing was forwarded via CM/ECF
electronic notice to Assistant U. S. Attorney
James Braun on this  16th  day of November,
2010.

Electronically filed November 16, 2010
Martin Lopez, III