IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.     No. CR 05-1849 JH

ADRIAN SANFORD,

      Defendant.

### ORDER REMOVING DEFENDANT FROM PRETRIAL SUPERVISION

THIS MATTER, having come before the Court on Defendant's unopposed motion requesting that Defendant, Adrian Sanford, be removed from pretrial supervision, and the Court being fully advised in the premises, the Court finds good cause exists to grant the request.

IT IS THEREFORE **ORDERED** that the Defendant, Adrian Sanford, no longer be required to report to Pretrial Services.

                                      JUDITH C. HERRERA
                                      United States District Court Judge

Submitted by:

_____
ROBERT R. COOPER
Counsel for Defendant

Approved by:

_____
James R.W. Braun
Counsel for Government

_____
George Rodriguez
Probation Officer