# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      Plaintiff,

-vs-

No. 1:05CR01849-33 JCH

**DAKOTA FITZNER,**

      Defendant.

## ORDER MODIFYING CONDITIONS OF RELEASE

The Court finds after having considered the Motion to Amend Order Setting Conditions of Release by the defendant, and after having consulted with United States Pretrial Services, and being otherwise informed, that the motion will be GRANTED to ensure the safety to the community and any flight risk issues.

IT IS THEREFORE ORDERED the defendant shall be placed in the third party custody of La Pasada Halfway House and shall reside at La Pasada Halfway House until so ordered by the Court.

All other conditions previously imposed shall remain in effect.

**SO ORDERED** this 27th day of January, 2011, in Albuquerque, New Mexico.

JUDITH C. HERRERA
United States District Judge