IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

11 FEB 17 PM 3: 47

CLERK-ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff,* )<br>)<br>vs. )<br>)<br>RUSSELL TRUJILLO, )<br>)<br>*Defendant.* ) | Cr. No. 05-1849 JH |

SEALED

## CONSENT ORDER OF FORFEITURE (MONEY JUDGMENT)

WHEREAS, the defendant, RUSSELL TRUJILLO, pled guilty pursuant to a written plea agreement to Count 1 of the Superseding Indictment, charging him with conspiracy to distribute 1000 kilograms or more of marijuana, in violation of 21 U.S.C. § 846;

WHEREAS, pursuant to his plea agreement, the defendant agreed to forfeit $100,000.00, representing a portion of the proceeds of his offense, to the United States in the form of a money judgment ("the Subject Property");

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant 21 U.S.C. § 853(a)(1), 18 U.S.C. § 3554, and Rule 32.2(b)(1), Federal Rules of Criminal Procedure, the Subject Property is hereby forfeited to the United States.

2. Upon the entry of this Order, in accordance with Fed.R.Crim.P. 32.2(b)(3), the Attorney General (or a designee) is authorized to seize the Subject Property, and to conduct any discovery that may assist in identifying, locating or disposing of the Subject Property, any property traceable thereto, or any property that may be forfeited as substitute assets.

3.  Pursuant to Fed. R. Criminal. P. 32.2(b)(3), this Consent Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4.  As issued this date, this Order consists solely of a judgment for a sum of money for which the defendant shall remain jointly and severally liable with any other person convicted of the offense giving rise to the forfeiture until the judgment is satisfied. The Court shall retain jurisdiction, however, to enforce this Order, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e) if the Government locates specific assets traceable to the Subject Property or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p).

Date: 2/17/11

JUDITH C. HERRERA
United States District Judge

APPROVED and SUBMITTED by:

JAMES R.W. BRAUN
Assistant U.S. Attorney

RUSSELL TRUJILLO
Defendant

D. PENNI ADRIAN
Attorney for the Defendant