**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                              CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

MOTION TO SUSPEND FURTHER DRUG TESTING (UNOPPOSED)

    The Defendant David Reid, by his counsel undersigned, hereby moves this Court for an Order suspending the requirement of two additional periodic drug tests herein. The United States Probation Office, by Mr. Reid's supervising Probation Officer Joseph Golino, and the United States Attorney's Office, by James Braun and Steven Kotz, have no objection to the granting of this Motion.

On July 13, 2010 Mr. Reid was sentenced to 12 months of unsupervised probation. Mr. Reid was allowed to reside outside of the District of New Mexico. Mr. Reid submitted to his initial drug test (which was negative) before he left the District of New Mexico. Thereafter, Mr. Golino advised counsel that there is requirement, for all offenses committed after September 13, 1984, that the Defendant submit to at least two additional periodic drug tests, unless the Court orders otherwise. Mr. Golino has staffed the case with his supervisor and advises that given the fact that Mr. Reid resides outside of the District of New Mexico and is on unsupervised probation, his office has no objection to this substance abuse condition being suspended. However, Mr. Golino would prefer an Order from the Court authorizing that.

Therefore, the Court is respectfully urged to issue an Order suspending the requirement of any additional drug testing as to Mr. Reid.

Respectfully submitted this 2nd day of March, 2011.

        LAW OFFICES OF
        NASH & KIRCHNER, P.C.


        BY /S/ Walter Nash
        WALTER NASH
        Attorney for Defendant Reid

LAW OFFICES OF
NASH & KIRCHNER, P.C.
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2011, I served a true and correct copy of this Motion by U.S. Mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87103

/s/ Walter Nash
_____

-3-