UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# AMENDED Sentencing Minute Sheet - CONTINUED

| CR No. | 05-1849 JH | USA vs. | Gil |
|---|---|---|---|
| Date: | March 3, 2011 | Name of Deft: | Manuel Gil |
| Before the Honorable | | Judith C. Herrera | |

| | | | |
|---|---|---|---|
| Time In/Out: | **10:24 am - 10:42 am** | Total Time in Court (for JS10): | 18 minutes (Sentencing Continued) |
| Clerk: | **I. Duran** | Court Reporter: | P. Baca |
| AUSA: | **James Braun** | Defendant's Counsel: | Timothy Padilla |
| Sentencing in: | **Albuquerque, NM** | Interpreter: | Bethany Korp-Edwards |
| Probation Officer: | **Jason Beatty** | Sworn? | Yes / No |

| Convicted on: | **X** | Plea | | Verdict | | As to: | Information | **X** | Superseding Indictment |
|---|---|---|---|---|---|---|---|---|---|
| If Plea: | | Accepted | | Not Accepted | | Adjudged/Found Guilty on Counts: | **Ct. I** | | |
| If Plea Agreement: | | Accepted | | Not Accepted | | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 02/02/07 | | | | PSR: | **x** | Not Disputed | | Disputed |
| PSR: | **x** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **x** | Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): |
|---|---|

| Supervised Release: | | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| | Participate in substance abuse program/drug testing | | Register as sex offender |
| | Participate in mental health program | | Participate in sex offender treatment program |
| | No alcohol/liquor establishments | | Possess no sexual material |
| | Submit to search of person/property | | No computer with access to online services |
| | No contact with co-Deft(s) or co-conspirators | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| | OTHER: Standard & Mandatory Conditions: | | |

| Fine: | $ | | Restitution: $ | | |
|---|---|---|---|---|---|
| SPA: | $ | ($100 as to each Count) | Payment Schedule: | Due Imm. | Waived |
| OTHER: | | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |

| | Dismissed Counts: | |
|---|---|---|
| | OTHER COMMENTS | Defense has no objections to PSR.  Ct. notes those present in Court.  Govt states this matter does not need to be sealed.  Defendant makes argument for a minor role adjustment & asks for a sentence of 33 months & further deviation for these reasons: family health problems, deft's health (diabetic), deft's compliance & notes letters submitted to the Ct.  Deft addresses Ct.  Govt. has no objection to a sentence within 57-71 months; however objects to a 37 months sentence.  Defense replies.  Although, the court notes the parties' concurrence of a 2 level reduction, the deft's request for variance will need to be addressed.  **Ct. will reset this matter in order to allow parties time to brief the variance issue.**  Defense states that he will file a motion for variance no later than 10 days. |