**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                   CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

ORDER ON MOTION TO SUSPEND FURTHER DRUG TESTING
(UNOPPOSED)

Upon reading the foregoing Motion to Suspend Further Drug Testing, there being no objection from the United States Attorney's Office or the United States Probation Department, and good cause appearing therefore,

It is hereby Ordered that the requirement for any additional drug

testing as to Mr. Reid by this Court is hereby suspended.

Dated this 8th day of March, 2011

_____
Hon. Judith C. Herrera
U.S. DISTRICT COURT JUDGE