# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | | | |
|---|---|---|---|---|---|---|
| CR No. | 05-1849 JH | | USA vs. | Gil | | |
| Date: | April 14, 2011 | | Name of Deft: | Manuel Gil | | |
| | Before the Honorable | Judith C. Herrera | | | | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | **1:41 pm - 2:14 p.m.** | Total Time in Court (for JS10): | 33 minutes | |
| Clerk: | **I. Duran** | Court Reporter: | P. Baca | |
| AUSA: | **James Braun** | Defendant's Counsel: | Timothy Padilla | |
| Sentencing in: | **Albuquerque, NM** | Interpreter: | Bethany Korp-Edwards | |
| Probation Officer: | **Ron Travers** | Sworn? | Yes | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | Information | **X** | Superseding Indictment |
| If Plea: | | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **Ct. I** | | |
| If Plea Agreement: | **x** | Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 02/02/07 | | | | PSR: | **x** | Not Disputed | Disputed |
| PSR: | **x** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **x** | Not Needed | Needed |
| Exceptions to PSR: | | | | | | | | |

## SENTENCE IMPOSED      Imprisonment (BOP): 37 months

| | | | | | |
|---|---|---|---|---|---|
| Supervised Release: | 3 years | | Probation: | **X** | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| **X** | Participate in substance abuse program/drug testing | | Register as sex offender |
| | Participate in mental health program | | Participate in sex offender treatment program |
| **X** | No alcohol/liquor establishments | | Possess no sexual material |
| **X** | Submit to search of person/property | | No computer with access to online services |
| **X** | No contact with co-conspirators and/or co-Defts | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| **X** | OTHER: Standard & Mandatory Conditions: Deft must submit to DNA collection & deft shall not possess firearms, etc  SPECIAL CONDITIONS: If deft is deported; deft must not reenter the USA w/out authorization of immigration authorities. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fine: $ | **0** | | | Restitution: $ | **0** | |
| SPA: $ | 100 | ($100 as to each Count) | Payment Schedule: | **X** | Due Imm. | Waived |
| OTHER: | | | | | | |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Deft remanded into Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | FCI, La Tuna, NM | |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS | Ct. notes that this hearing is a continuation from 3/3/11. Defense makes argument & asks for a sentence of 37 months. Deft addresses Ct. Govt. addresses Ct. Ct. makes findings & notes that deft has no criminal history, except for this offense & that this deft has lived in the USA for 40 years & has been compliant under pretrial supervision. Govt. has no objection. Defense has n o objection & requests designation at FCI La Tuna & imposition of a drug program. Further, defense stated that deft is a diabetic & requests that the US Marshal administer deft's medication twice a day. Ct. has reviewed the PSR & findings & has considered the sentencing guidelines & the factors under 3553 & imposes sentence. Ct directs US Marshal to administer medication to this defendant. |