IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                             NO. 1:05-cr-01849-JCH

ADRIAN SANFORD,

        Defendant.

## UNOPPOSED MOTION TO CONTINUE
## JUNE 1, 2011 SENTENCING HEARING

COMES NOW the Defendant, Adrian Sanford, by and through his attorney, Robert R. Cooper, and moves the Court to vacate the June 1, 2011, sentencing hearing and continue the matter until a later date.  As grounds, counsel states:

1.      On March 11, 2011, the Court set this matter for a sentencing hearing on June 1, 2011.

2.      Defendant spent five days in the hospital in March 2011 due to severe back pain from a past injury.  He is still experiencing pain and difficulty walking; therefore, he is physically unable to travel to New Mexico at the present time.

3.      In addition, Counsel for the Defendant needs additional time to research and prepare a sentencing memorandum to be filed in advance of the sentencing hearing.

4.      Accordingly, Mr. Sanford requests a continuance of the sentencing hearing.

5.      Assistant United States Attorney, James Braun concurs with the relief requested in the motion and on behalf of the United States has indicated that he has no objection.

WHEREFORE, Defendant moves the Court to vacate and continue the sentencing

hearing of this matter currently set for June 1, 2011 until a later date.

Electronically submitted,

*/s/ Robert R. Cooper*
ROBERT R. COOPER
*Attorney for Defendant Adrian Sanford*
1011 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 842-8494
bob@rrcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2011, I filed the foregoing electronically through the

CM/ECF system, which caused the following parties or counsel to be served by electronic

means, as more fully reflected on the Notice of Electronic Filing:


James Braun
Assistant United States Attorney
james.braun@usdoj.gov


/s/ *Robert R. Cooper*
ROBERT R. COOPER