Attachment 1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
COURT CASE NUMBER: 05-1849 JH; NOTICE OF FORFEITURE**

Notice is hereby given that on April 11, 2011, in the case of U.S. v. Jarvis, Court Case Number 05-1849 JH, the United States District Court for the District of New Mexico entered an Order condemning and forfeiting the following property to the United States of America:

Assorted Weapons VI @$4,365.00 (06-DEA-470657), including the following items: 1 Smith Wesson Police Positive .38 Special/Blue/Exhi bit N-306, Ser No: 984343; 1 Ruger Single Six Revolver .22 CAl/Blue/Exhibit N-3 05, Ser No: 60-82674; 1 Charter Arms 22LR Revolver/ Blue Model 2223/Exhibi t N-301, Ser No: 678546; 1 Ruger MKII 22LR 6 inch Barrel Auto/ Exhibit N-299, Ser No: 18-32192; 1 Ruger MK I 22 LR 4 Inch Barrel Auto/Exhibit N-300, Ser No: 12-28823; 1 Ruger MK I 22LR 6 inch Barrel Auto/ Exhibit N-298, Ser No: 11-47070; 1 Grinder P-10 Cal 380 Auto Parkerized/ Exhibit N-30 3, Ser No: 01913; 1 Cobray Mac II 9mm  CAL/ Exhibit N-307, Ser No: 89-0046803; 1 Daisy Mod 722 Air Pistol .22 CAl/ Exhibit N-304, Ser No: J2-42820; 1 RWS Model 15 G Air Pistol .177 CAl/ Exhibit N-310, Ser No: 590276; 1 Chinese SKS 7.62 CAl/Exhibit N-311, Ser No: 1807093; 1 Chinese SKS 7.62 CAl/Exhibit N-315, Ser No: 7101565; 1 Chinese Norinco MHM90 7.62 Cal /Exhibit N-309, Ser No: MS500847; 1 Ruger Mini 14 Stainless Folder 223 CAl/ Exhibit N- 312, Ser No: 183-63246; 1 Daisy BB Gun Model 845/ Exhibit N-316, Ser No: No serial NO; 1 Chinese Air Rifle .22 Cal/ Exhibit N-313, Ser No: P311947; 1 Thumber 37mm Flare Launcher /Exhibit N-308, Ser No: No serial No; 1 Winchester Model 1300 Pump Defender/ Exhibit N-314, Ser No: L2877309; 1 HK USP 40 Cal Pistol/ Exhibit N-302, Ser No: 22-330455 which was seized                          on July 19, 2006 at 3101 E 46th Street, located in Tucson, AZ

$16,523.75 seized from Compass Bank Account 87080587 in the name of Continental Steel West Corp. d/b/a Continental Steel or its successor(s) interest in Albuquerque, NM. Acct# 55823101 (06-ICE-001096) which was seized on October 04, 2005 at Compass Bank, located in Albuquerque, NM

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (April 15, 2011) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States District Court for the District of New Mexico, 333 Lomas Blvd. NW, Albuquerque, NM  87103, and a copy served upon Assistant United States Attorney Stephen Kotz, P.O. Box 607, Albuquerque, NM  87102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 15, 2011 and May 14, 2011.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Dana Jarvis, et.al.,

| | |
|---|---|
| **Court Case No:** | 05-1849 JH |
| **For Asset ID(s):** | See Attached Advertisement Copy |

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/15/2011 | 24.0 | Verified |
| 2 | 04/16/2011 | 24.0 | Verified |
| 3 | 04/17/2011 | 24.0 | Verified |
| 4 | 04/18/2011 | 24.0 | Verified |
| 5 | 04/19/2011 | 24.0 | Verified |
| 6 | 04/20/2011 | 24.0 | Verified |
| 7 | 04/21/2011 | 24.0 | Verified |
| 8 | 04/22/2011 | 24.0 | Verified |
| 9 | 04/23/2011 | 24.0 | Verified |
| 10 | 04/24/2011 | 24.0 | Verified |
| 11 | 04/25/2011 | 24.0 | Verified |
| 12 | 04/26/2011 | 24.0 | Verified |
| 13 | 04/27/2011 | 24.0 | Verified |
| 14 | 04/28/2011 | 24.0 | Verified |
| 15 | 04/29/2011 | 24.0 | Verified |
| 16 | 04/30/2011 | 24.0 | Verified |
| 17 | 05/01/2011 | 24.0 | Verified |
| 18 | 05/02/2011 | 24.0 | Verified |
| 19 | 05/03/2011 | 24.0 | Verified |
| 20 | 05/04/2011 | 24.0 | Verified |
| 21 | 05/05/2011 | 24.0 | Verified |
| 22 | 05/06/2011 | 24.0 | Verified |
| 23 | 05/07/2011 | 24.0 | Verified |
| 24 | 05/08/2011 | 24.0 | Verified |
| 25 | 05/09/2011 | 24.0 | Verified |
| 26 | 05/10/2011 | 24.0 | Verified |
| 27 | 05/11/2011 | 24.0 | Verified |
| 28 | 05/12/2011 | 24.0 | Verified |
| 29 | 05/13/2011 | 24.0 | Verified |
| 30 | 05/14/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.