# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,          CR 05-1849-JH

          Plaintiff,          MOTION FOR WITHDRAWAL

vs.                      AS COUNSEL OF RECORD

JORGE LUIS ORTIZ-MOFFETT.

          Defendant.

Undersigned counsel for Defendant respectfully requests the Court permit him to withdraw from the representation of Defendant for the reason that Defendant has been sentenced and there are no further proceedings pending against him.

DATED this 16th day of June, 2011.

                    LAW OFFICES OF ARMAND SALESE, PLLC

                    /S/Armand Salese
                    **Armand Salese**
                    184 S. Stratford Dr.
                    Tucson, AZ 85716
                    (520) 903-0825
                    Attorney for Defendant

I certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System on June 16, 2011.

/S/ Vicki Adams
Vicki Adams
Assistant to Armand Salese

I hereby certify that a true copy
of the foregoing was faxed to
Assistant U.S. Attorney James
W. Braun this 16th day of
June, 2011.
/S/ Vicki Adams
Vicki Adams
Assistant to Armand Salese

I hereby certify that a true copy
of the foregoing was mailed to
Jorge Luis Ortiz-Moffett
this 16th day of June, 2011.
/S/ Vicki Adams
Vicki Adams
Assistant to Armand Salese