# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-1849-JH |
| Plaintiff, | ORDER RE: MOTION |
| vs. | FOR WITHDRAWAL AS COUNSEL OF RECORD |
| JORGE LUIS ORTIZ-MOFFETT. | |
| Defendant. | |

THIS MATTER having come before the Court upon counsel's Motion for Withdrawal as Counsel of Record, and the Court having reviewed said Motion and otherwise being fully advised, FINDS that the Motion is well-taken and should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that Armand Salese is allowed to withdraw as counsel of record for Defendant Jorge Luis Ortiz-Moffett

DATED this 21st day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE