IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                      Case Number: 1:05CR01849-016JH

MANUEL GIL,

        Defendant.

## PETITION FOR EXONERATION AND DISCHARGE OF BOND

PETITIONER, Manuel Gil, by and through his attorney, Timothy M. Padilla of Timothy M. Padilla & Associates, P.C., deposes and states as follows:

1.    That on the 7th day of September, 2005, Petitioner through Luis and Bertha Gil deposited with the Clerk of the United States District Court, the deed to the following two properties:

> That certain deed #2042367 1725 recorded with the Torrance County Clerk on the 2nd day of June, 2004 in Book 302, page 1725 for the property described as follows:
>> Moriarty Estates Subdivision Lot-41B, Section 2, T8N, R8E, N.M.P.M.

> That certain deed #2042368 1726 recorded with the Torrance County Clerk on the 2nd day of June, 2004 in book 302, page 1726 for the property described as follows:
>> Lot designated Forty-one-A (41-A), being a portion of Lot numbered Forty-one (41) situate within Section Two (2), Township Eight (8) North, Range Eight (8) East, N.M.P.M., of MORIARTY ESTATES, a Subdivision, as the same is shown and designated on that certain Plat Entitled "Land Division of Lot 41, Moriarty Estates Subdivision" prepared by Timothy Ray Oden, N.M.R.P.L.S. #8667 on October 10, 1986, filed for record on October 21, 1986 at 2:21 o'clock, P.M., as Document Number 72579, and filed in Cabinet "H", Slide 61, Plat Records of Torrance County, New Mexico.

2.   That on the 7th day of September, 2005, an Agreement to Forfeit said property was filed with the United States District Court by Petitioner in the event Defendant failed to appear as ordered or notified.

3.   The criminal proceedings against the Defendant named above were terminated on the 14th day of April, 2011 by Judgment. The Defendant is currently imprisoned. The condition of the bond having been complied with, the Petitioner requests that an order be entered directing the Clerk of the Court to return the two deeds listed above to Petitioner's counsel, Timothy M. Padilla, Timothy M. Padilla & Associates, P.C.

PETITIONER:

By: _____
Timothy M. Padilla, Esq.
TIMOTHY M. PADILLA & ASSOCIATES, P.C.
1412 Lomas Boulevard NW
Albuquerque, NM 87104
Telephone: (505) 842-0392
Facsimile  (505) 842-0686
tim@lomaslawoffice.com

Subscribed and sworn to before me this 23rd day of June, 2011, by Timothy M. Padilla on behalf of Manuel Gil.

_____
Notary Public

My Commission Expires:

02/28/2013

Avertments verified:

Clerk of the Court

By: _____

2