LAW OFFICES OF
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893
walter.nash@azbar.org
bkirchner@azbar.org

Attorney for defendant David Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                            CR-05-1849 JH

vs.

DAVID REID,

    Defendant.

NOTICE OF COMPLETION OF PROBATIONARY PERIOD

David Reid was placed upon a period of probation for his misdemeanor conviction in the above entitled matter.  Mr. Reid has successfully completed the entire period of his probation.  A representative of the United States Probation Office, Albuquerque, New Mexico, has confirmed this fact with the office of counsel undersigned and has indicated that Mr. Reid will be receiving written confirmation in a form of a

letter from the Probation Department shortly.

RESPECTFULLY SUBMITTED this 18th day of July, 2011.

        LAW OFFICES OF
        NASH & KIRCHNER, P.C.

        BY */S/ Walter Nash*
        WALTER NASH
        Attorney for Defendant Reid

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2011, I served a true and correct copy of this Notice by U.S. Mail, postage prepaid, on counsel for the United States and the Probation Officer at the addresses listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103

Tina Parde
United States Probation Department
333 Lomas Blvd., N.W. Suite 170
Albuquerque, NM 87102

/s/Walter Nash

-3-