IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                          Case Number: 1:05CR01849-016JH

MANUEL GIL,

        Defendant.

ORDER GRANTING PETITION FOR EXONERATION AND DISCHARGE OF BOND

        THIS MATTER having come before the Court on the Petitioner, Manuel Gil's, Petition for Exoneration and Discharge of Bond [Docket No. 2029]. The Court being well-advised of the premises, finds that good cause exists for the granting of such motion.

        **IT IS THEREFORE ORDERED** that the Petition for Exoneration and Discharge of Bond is GRANTED and the deeds currently being held by the Clerk of the United States District Court, District of New Mexico, shall be released to Petitioner Manuel Gil's attorney, Timothy M. Padilla, Timothy M. Padilla & Associates, P.C.

        **IT IS FURTHER ORDERED** that Petitioner Manuel Gil's attorney, Timothy M. Padilla, must then return the deeds to Luis and Bertha Gil.

        *[signature]*
HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Timothy M. Padilla*
Timothy M. Padilla
*Attorney for Petitioner Manuel Gil*