UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | 05-1849 JH | USA vs. | Sanford | |
| Date: | August 9, 2011 | Name of Deft: | Adrian Sanford | |
| Before the Honorable | Judith C. Herrera | | | |

| | | | |
|---|---|---|---|
| Time In/Out: | **10:50 am /11:30 a.m.** | Total Time in Court (for JS10): | 40 minutes |
| Clerk: | **C. Blumenthal** | Court Reporter: | P. Baca |
| AUSA: | **James Braun** | Defendant's Counsel: | Robert R. Cooper |
| Sentencing in: | **Albuquerque, NM** | | |
| Probation Officer: | **Mindy Pirkovic** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | As to: | **X** | Superseding Indictment |
| If Plea: | **X** | Accepted | | Adjudged/Found Guilty on Counts: | **Ct. I** | |
| If Plea Agreement: | **X** | Accepted | | | | |
| Date of Plea: | 1/29/07 | | | PSR: | **X** | Not Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | Evidentiary Hearing: | **X** | Not Needed |
| Exceptions to PSR: | **Date of arrest is incorrect should be 12/10/2005** | | | | | |

| | |
|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): 6 days or time served, whichever is less |
| Supervised Release: | 3 years |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | Participate in substance abuse program/drug testing | X | Home confinement for a term of 6 months with electronic monitoring (location monitoring program) |
| X | No alcohol/liquor establishments | X | No contact w/ co-defendants |
| X | Submit to search of person/property | | |
| X | Provide financial information | | |
| X | OTHER: Standard & Mandatory Conditions: deft shall not possess a firearm, etc.; and deft will submit to DNA collection; ADDITIONAL SPECIAL CONDITIONS: deft will be prohibited from incurring new credit charges, etc. | | |

| | | | | |
|---|---|---|---|---|
| Fine: $ | **0** | Restitution: $ | **0** | |
| SPA: $ | remitted | Payment Schedule: | X | Waived |
| X | Advised of Right to Appeal | | | |