IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



UNITED STATES OF AMERICA,

      Plaintiff,

vs.        Case Number: 1:05CR01849-016JH

MANUEL GIL,

      Defendant.

### AFFIDAVIT OF LUIS GIL

I, LUIS GIL, being first duly sworn, state as follows:

1. I am over the age of 18 and have personal knowledge of the facts contained in this Affidavit.

2. I am one of the individuals referenced on Receipt for Non-Cash Collateral No. 1816 and am also named on the deeds which were deposited with the Court on September 7, 2005. See copy of Receipt No. 1816, attached hereto as Exhibit A.

3. Due to a fire which destroyed my mother, Bertha Gil's, home, the original receipt in this matter was destroyed and is therefore unavailable.

FURTHER AFFIANT SAYETH NOT.

_____
LUIS GIL, AFFIANT

STATE OF NEW MEXICO       )
                          )   ss.
COUNTY OF BERNALILLO      )

The foregoing was subscribed and sworn to before me by Luis Gil this 5th day of August 2011.

_____
Notary Public

My Commission Expires:

02/28/2013

ORIGINAL     № 1815

# RECEIPT FOR NON-CASH COLLATERAL
## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF NEW MEXICO

AT Abq.

**RECEIVED FROM** Luis or Bertha Gil
P. Box 2412
Moriarty, NM 87035

**PHONE#**

| CASE NO: | 05 CR 1849 |
|---|---|
| CASE NAME: | USA v. Manuel Vicente Gil-Vasquez |
| DESCRIPTION: | Lot 41B and 41A, Moriarty Estates Subdivision: 4 Dona Lane, Moriarty NM 87035 (Two Special Warranty Deeds for 2 separate properties) |

**DEPUTY CLERK:**

DATE September 7, 20 05        [signature]

WHITE-SURETY    ~~YELLOW-RECORDS~~    PINK-CASE FILE

Exhibit A