IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

11 AUG 11 PM 4: 23

CLERK ALBUQUERQUE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   Case Number: 1:05CR01849-016JH

MANUEL GIL,

    Defendant.

### AFFIDAVIT OF BERTHA GIL

I, BERTHA GIL, being first duly sworn, state as follows:

1. I am over the age of 18 and have personal knowledge of the facts contained in this Affidavit.

2. I am one of the individuals referenced on Receipt for Non-Cash Collateral No. 1816 and am also named on the deeds which were deposited with the Court on September 7, 2005. See copy of Receipt No. 1816, attached hereto as Exhibit A.

3. Due to a fire which destroyed my home, the original receipt in this matter was destroyed and is therefore unavailable.

FURTHER AFFIANT SAYETH NOT.

*Bertha Gil*
BERTHA GIL, AFFIANT

STATE OF NEW MEXICO    )
                       )   ss.
COUNTY OF BERNALILLO   )

      The foregoing was subscribed and sworn to before me by Bertha Gil this 5th day of August 2011.

                                                  *[signature]*
                                                  Notary Public

My Commission Expires:

02/28/2013

*[Notary seal]*

ORIGINAL       Nº 1815

# RECEIPT FOR NON-CASH COLLATERAL
## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF NEW MEXICO

AT Abq.

**RECEIVED FROM** Luis or Bertha Gil
P. Box 2412
Moriarty, NM 87035

**PHONE#**

| | |
|---|---|
| **CASE NO:** | 05 CR 1849 |
| **CASE NAME:** | USA v. Manuel Vicente Gil-Vasquez |
| **DESCRIPTION:** | Lot 41i3 and 41A, Moriarty Estates Subdivision: 4 Dana Lane, Moriarty NM 87035 (Two Special Warranty Deeds for 2 separate properties) |
| | |
| | |
| | |
| | |
| | |

**DEPUTY CLERK:**

DATE September 7 20 05        [signature]

WHITE-SURETY      ~~YELLOW-RECORDS~~      PINK-CASE FILE

Exhibit A