United States District Court, District of New Mexico          Non-Cash Collateral Journal Entry (ver. 12/09)

| | | | |
|---|---|---|---|
| Receipt Number: | 1816 | Date: | September 07, 2005 |
| Issuing Office: | Albuquerque | Clerk: | |

Case Number:      05-CR-1849
Case Title:       USA vs. Manuel Vicente Gil-Vasquez

Receipt Issued to:   Luis or Bertha Gil, PO Box 2412, Moriarty, NM 87035

Description of Non-Case Collateral:

Special Warranty Deed
Lot 41B and 41A, Moriarty Estates Subdivision, 4 Dana Lane, Moriarty, NM 87035

Returned to: __Timothy M. Padilla__          Returned Date: __8·12·11__
             *(Please Print)*
Signature of Recipient: _____
Comments: __Affidavits received in lieu of original receipt. E.H.__