IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                                         Cause No. 05-CR-1849-JH

GREG HILL,

    Defendant.

## NOTICE OF SUGGESTION OF
## DEATH OF DEFENDANT GREG HILL

    Billy R. Blackburn, counsel of record for Defendant Greg Hill, hereby submits this Notice of Suggestion of Death of Defendant Greg Hill to notify the Court that Defendant Greg Hill became deceased on or about Tuesday, August 16, 2011.

    On August 17, 2011, counsel was notified by Mr. Hill's ex-wife Mary Hill that he was discovered deceased that morning of an apparent heart attack the day prior. Counsel has requested a copy of the death certificate. Once a copy is received, counsel will forward it to the Court in order to facilitate the closing of this matter.

    Counsel immediately notified the United States Probation Office, this Court, and Assistant United States Attorney James Braun of the reported death of Mr. Hill. Upon information and belief, an agent for the Government spoke with one of the officers that responded to Mr. Hill's residence on August 17, 2011, at the behest of Assistant United States Attorney James Braun. Through that discussion, the Government verified that Mr. Hill was in fact found to be deceased on August 17, 2011.

Respectfully submitted,

*Electronically filed 8/30/11*
_____
BILLY R. BLACKBURN
Attorney for Defendant Hill
1011 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1600


I hereby certify that a true and accurate copy of the foregoing was emailed by CM/ECF to AUSA James Braun this 30th day of August, 2011.

*Electronically filed 8/30/11*
_____
BILLY R. BLACKBURN