# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | CR No. 05-1849 JH |
| ) | |
| DANA JARVIS, et.al., ) | |
| ) | |
| *Defendant.* ) | |

## NOTICE OF PUBLICATION

Notice of Forfeiture was published on www.forfeiture.gov for at least 30 consecutive days beginning on August 2, 2011 as evidenced by the attached Declaration of Publication.

                Respectfully submitted,

                KENNETH J. GONZALES
                United States Attorney

                *Electronically filed September 12, 2011*
                STEPHEN R. KOTZ
                CYNTHIA L. WEISMAN
                Assistant U.S. Attorneys
                P.O. Box 607
                Albuquerque, New Mexico 87103
                (505) 346-7274

I HEREBY CERTIFY that on September 12, 2011, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

*/s/*
CYNTHIA L. WEISMAN
Assistant U.S. Attorney