IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 05-1849 JH |
| Dana Jarvis, et.al. ) | |
| Defendant. ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 02, 2011 and ending on August 31, 2011. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2011 at Albuquerque, NM.

_____
Feather Astor
FSA Paralegal/Legal Assistant