✏PROB 22  
(Rev. 2/88)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1:05CR01849-021JH |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec.* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED | DISTRICT | DIVISION |
|---|---|---|
| | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE | |
| Adrian Sanford | Honorable Judith C. Herrera | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/09/2011 | TO 08/08/2014 |

OFFENSE

Conspiracy to Distribute 1000 Kilograms and More of Marijuana, 21 U.S.C. § 846, 841(a)(1), (b)(1)(A).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                    DISTRICT OF    **NEW MEXICO**

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   **DISTRICT OF ARIZONA**   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/15/2011  
*Date*

*/s/ Judith C. Herrera*  
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                    DISTRICT OF    **ARIZONA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                                         *United States District Judge*