IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 05-1849 JCH |
| | ) | |
| vs. | ) | |
| | ) | |
| GREG HILL, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO DISMISS SUPERSEDING INDICTMENT

The United States hereby moves this Court to dismiss the indictment against defendant Greg Hill ("Hill"), and in support of its motion states:

1. Hill pled guilty to Count 1 of the Superseding Indictment in this case on August 13, 2010.

2. Hill died on or about August 17, 2011, prior to sentencing in this case.

WHEREFORE, the United States respectfully requests that the Court enter an order dismissing the Superseding Indictment in this case as to defendant Greg Hill.

Respectfully submitted,

STEVEN C. YARBROUGH
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

*ELECTRONICALLY FILED*

JAMES R.W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 3rd day of October, 2011, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

*ELECTRONICALLY FILED*

JAMES R.W. BRAUN
Assistant U.S. Attorney