IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-1849 JCH |
| | ) | |
| GREG HILL, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL

THIS MATTER having come before the Court on the United States' motion to dismiss the Superseding Indictment in this case as to defendant Greg Hill, and the Court being advised in the premises, FINDS that the motion is well-taken and should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Superseding Indictment against defendant Greg Hill is dismissed.

_____
UNITED STATES DISTRICT JUDGE