# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

December 5, 2011

United States District Court
Sandra Day O'Connor United States Courthouse
401 West Washington Street, Room 130
Phoenix AZ 85003

Reference: Adrian Sanford; Case Number: **05cr1849-021 JCH (DNM)**

Dear Clerk:

The above-referenced individual has been transferred to your Court pursuant to 28 U.S.C Sec. 3605.

You may access the Order Transferring Jurisdiction as well as all public documents for this case at our DCN CM/ECF web address:

http://ecf.nmd.uscourts.gov

MATTHEW J. DYKMAN, Clerk of Court

By: _____
Case Administrator

ACKNOWLEDGMENT OF RECEIPT:

Received by:_____      Date:_____