Attachment 1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
COURT CASE NUMBER: 05-1849 JCH; NOTICE OF FORFEITURE**

Notice is hereby given that on September 27, 2011, in the case of U.S. v. Dana Jarvis, et.al., Court Case Number 05-1849 JCH, the United States District Court for the District of New Mexico entered an Order condemning and forfeiting the following property to the United States of America:

Cash/Currency in lieu of 2003 Honda Goldwing Motorcycle VIN# 1HFSC47023A207622 (06-DEA-467106) which was seized on April 27, 2006 at 2920 Dona Teresa SW, located in Albuquerque, NM

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (September 29, 2011) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States District Court for the District of New Mexico, 333 Lomas Blvd. NW, Albuquerque, NM  87103, and a copy served upon Assistant United States Attorney Stephen Kotz, P.O. Box 607, Albuquerque, NM 87102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 29, 2011 and October 28, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Dana Jarvis, et.al.

**Court Case No:**          05-1849 JCH
**For Asset ID(s):**        See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/29/2011 | 24.0 | Verified |
| 2 | 09/30/2011 | 24.0 | Verified |
| 3 | 10/01/2011 | 24.0 | Verified |
| 4 | 10/02/2011 | 24.0 | Verified |
| 5 | 10/03/2011 | 24.0 | Verified |
| 6 | 10/04/2011 | 24.0 | Verified |
| 7 | 10/05/2011 | 24.0 | Verified |
| 8 | 10/06/2011 | 24.0 | Verified |
| 9 | 10/07/2011 | 24.0 | Verified |
| 10 | 10/08/2011 | 24.0 | Verified |
| 11 | 10/09/2011 | 24.0 | Verified |
| 12 | 10/10/2011 | 24.0 | Verified |
| 13 | 10/11/2011 | 24.0 | Verified |
| 14 | 10/12/2011 | 24.0 | Verified |
| 15 | 10/13/2011 | 24.0 | Verified |
| 16 | 10/14/2011 | 24.0 | Verified |
| 17 | 10/15/2011 | 24.0 | Verified |
| 18 | 10/16/2011 | 24.0 | Verified |
| 19 | 10/17/2011 | 24.0 | Verified |
| 20 | 10/18/2011 | 24.0 | Verified |
| 21 | 10/19/2011 | 24.0 | Verified |
| 22 | 10/20/2011 | 24.0 | Verified |
| 23 | 10/21/2011 | 24.0 | Verified |
| 24 | 10/22/2011 | 24.0 | Verified |
| 25 | 10/23/2011 | 24.0 | Verified |
| 26 | 10/24/2011 | 24.0 | Verified |
| 27 | 10/25/2011 | 24.0 | Verified |
| 28 | 10/26/2011 | 24.0 | Verified |
| 29 | 10/27/2011 | 24.0 | Verified |
| 30 | 10/28/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.