IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR No.  05-1849 JH |
| ) | |
| DANA JARVIS, et.al., ) | |
| ) | |
| Defendants. ) | |

**FINAL ORDER OF FORFEITURE
REGARDING ($4,500) NET PROCEEDS**

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture regarding the regarding net proceeds ($4,500, Stipulated Order of Interlocutory Sale, Doc.1754) substituted for the motorcycle 2003 Honda Goldwing motorcycle VIN:1HFSC47023A207622 (Hereafter referred to as "Net Proceeds,").  The Court, being fully advised in the premises, finds that the motion is well taken and that this matter is ripe for final disposition.

1.  On September 27, 2011, this Court entered a Preliminary Order of Forfeiture forfeiting the Net Proceeds to the United States.

2. Pursuant to the Consent Preliminary Order of Forfeiture, the United States seized The Net Proceeds, which consisted of $4,500.

3.  The United States duly published a notice of criminal forfeiture (Doc. 2089) on an official government internet site at www.forfeiture.gov for at least 30 consecutive days, from September 29, 2011 through October 28, 2011 with respect to the Net Proceeds.

4. No Third Party Claims for adjudication were filed pursuant to 21 U.S.C.

§853(n).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982 and Fed.R.Crim.P. 32.2(c)(2) that all right, title and interest in Net Proceeds consisting of $4,500 is forfeited to the United States, and title thereto is vested in the United States.

                                                                 JUDITH C. HERRERA
                                                                 United States District Judge

SUBMITTED BY:

*Electronically submitted 1/31/12*
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant United States Attorneys