PROB 12C
(Rev. D/NM-5/03)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Ayla Jarvis |
| Docket Number: | 1:05CR01849-002 |
| Assigned Judge: | Honorable Judith C. Herrera, United States District Judge |
| Date of Original Sentence: | 10/21/2008 |
| Original Offense: | 18 U.S.C. Sec. 1956(h), 18 U.S.C. Sec. 1956(a)(1)(A), 18 U.S.C. Sec. 1956(a)(1)(B)(i) - Conspiracy to Launder Money; |
| | 18 U.S.C. Sec. 841(B)(1)(C) - Conspiracy to Distribute 50 Kilograms and More of Marijuana |
| Original Sentence: | BOP: 48 months; TSR: 60 months |
| Date Supervision Commenced: | April 4, 2009 |
| Date Supervision Expires: | April 3, 2014 |
| Other Court Action: | 08/11/2010 - Report on Offender Under Supervision filed. No Court Action was recommended. |
| | 09/28/2010 - Request for modifying the Conditions or Term of Supervision with the Consent of the offender filed. The following Mandatory Condition was added: "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter, but no more than 8 valid drug test per month during the term of supervision." |
| | 12/07/2011 - Report on Offender Under Supervision filed. No Court Action was recommended. |

**PETITIONING THE COURT**

To issue a warrant.

U.S. Probation Officer of the Court, Christopher A. Aguilar, alleges the offender has violated the following condition(s) of supervised release.

| *Violation Number* | *Nature of Noncompliance* |
|---|---|
| 1 | Mandatory Condition - "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the Court." |

On November 9, 2011, the offender admitted to using heroin. On December 7, 2011, the offender provided a urine sample for the purpose of drug testing. This urinalysis revealed positive results for the presence of opiates. The offender admitted to using heroin. On June 4, 2012, the offender telephonically contacted this officer and reported a new arrest for prostitution. On June 5, 2012, the offender was questioned about possible drug use due to her new arrest. The offender admitted to using heroin on May 31, 2012, and again on June 2, 2012.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 06/06/2012.

Submitted:                                      Approved:                    ☒ Phone Approval

Christopher A. Aguilar                          Jim Tierney
U.S. Probation Officer                          Assistant U.S. Attorney

Date: 06/06/2012                                Date: 06/06/2012