UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
Albuquerque

Before the Honorable W. Daniel Schneider
United States Magistrate Judge

Clerk's Minutes - Initial - VSR

| | |
|---|---|
| Date: 6/08/2012 | Case No.: CR 05-1849 JCH |
| Title: USA v. Ayla Jarvis | Total Time: 3 minutes |
| Courtroom Clerk: E. Romero | FTR: Gila @ 11:38 |
| Probation/Pretrial Services: C. Aguilar | Interpreter: n/a |

**ATTORNEYS PRESENT:**

Plaintiff(s):
Nick Ganjei

Defendant(s):
Pro-Se

**PROCEEDINGS:**

X    Defendant sworn

X    Received copy of charging document

X    Defendant advised of rights and penalties

X    Defendant wants court appointed attorney

X    Government moves to detain

X    Defendant remanded to custody of USMS

     Conditions of Release set at:

X    Preliminary/Detention Hearing set: 6/11/2012 @ 9:30 a.m.

     Other