FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 0 8 2012

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 1:05-CR-1849 |
| Plaintiff, | ) | |
| vs. | ) | |
| Ayla Jarvis | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

Pursuant to 18 U.S.C. § 3142(e), Plaintiff moves the Court to conduct a detention hearing and thereafter order that defendant be detained prior to trial, and as grounds therefor states:

That defendant is a flight risk and a danger to the community.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

JAMES D. TIERNEY for
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274