**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 11 2012

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America )
v. )
Ayla Jarvis )   Case No. 1:05-CR-1849-002
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged ~~with an offense in a criminal complaint filed in this court, or charged~~ with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 6/11/12

_____
Defendant's signature

_____
Signature of defendant's attorney

Darrell Allen    NM 24683
_____
Printed name and bar number of defendant's attorney

_____
Address of defendant's attorney

_____
E-mail address of defendant's attorney

_____
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney