(Rev. 11/99) Waiver of Detention Hearing

**FILED**

# United States District Court

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

## DISTRICT OF NEW MEXICO

JUN 1 1 2012

United States of America

vs.

*Ayla Jarvis*

**MATTHEW J. DYKMAN**
CLERK

## WAIVER OF DETENTION HEARING
(Rule 5 or 32.1 , Fed. R. Crim. P., 18 U.S.C. § 3142)

Case Number: *1.05-CR-1845-002*

I, *Ayla Jarvis*          , charged in: (an indictment, complaint, petition)

with *violating term of supervised release*           ,

Title_____, U.S.C.,_____, and

having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.

Fed. R. Crim. P., and 18 U.S.C. § 3142 including my right to have a detention hearing, do hereby

waive (give up) my right to a detention hearing and agree to be detained.  However, I reserve the

right to petition the court to review my detention and set reasonable conditions of release.

_____
Defendant

_____        _____
6/11/12                                                   Counsel for Defendant
Date