UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
Albuquerque

Before the Honorable W. Daniel Schneider
United States Magistrate Judge

Clerk's Minutes - Preliminary / Detention

| | |
|---|---|
| Date:  6/08/2012 | Case No.: CR 05-1849 JCH |
| Title:  USA v. Ayla Jarvis | Total Time: 2 minutes |
| Courtroom Clerk:  E. Romero | FTR: Gila @ 9:42 |
| Probation/Pretrial Services: | Interpreter: n/a |

**ATTORNEYS PRESENT:**

**Plaintiff(s):**
Bill Pflugrath

**Defendant(s):**
Darrell Allen

**PROCEEDINGS:**

X    Defendant Sworn

X    Defendant waives Preliminary Hearing

X    Court finds probable cause

    Government moves to detain

X    Defendant stipulates to detention at this time

X    Defendant remanded to custody of USMS

    Conditions of Release

X    Other: Matter referred to Judge Herrera for final disposition