UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
Albuquerque

Before the Honorable W. Daniel Schneider
United States Magistrate Judge

Amended Clerk's Minutes - Preliminary / Detention

| | |
|---|---|
| Date: 6/11/2012 | Case No.: CR 05-1849 JCH |
| Title: USA v. Ayla Jarvis | Total Time: 2 minutes |
| Courtroom Clerk: E. Romero | FTR: Gila @ 9:42 |
| Probation/Pretrial Services: | Interpreter: n/a |

**ATTORNEYS PRESENT:**

Plaintiff(s):
Bill Pflugrath

Defendant(s):
Darrell Allen

**PROCEEDINGS:**

X   Defendant Sworn

X   Defendant waives Preliminary Hearing

X   Court finds probable cause

    Government moves to detain

X   Defendant stipulates to detention at this time

X   Defendant remanded to custody of USMS

    Conditions of Release

X   Other: Matter referred to Judge Herrera for final disposition