# VIOLATION OF SUPERVISION PROCEEDINGS MINUTE SHEET

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | Time In/Out: | **9:36 - 10:03 am** | Court Time: | **27 minutes** |   |
|   |   | Date: | **July 12, 2012** |   |   |
|   | Cr. No. | 05-1849 JCH | USA v. | Ayla Jarvis |   |
|   | The Honorable | **Judith C. Herrera** |   |   |   |

| Clerk: | **I. Duran** | Court Reporter: | **P. Baca** |
|---|---|---|---|
| Defendant: | **Present** | Defendant's Counsel: | **Darrell Allen** |
| AUSA: | **James Braun** | Probation Officer: | **Christopher Aguilar** |
| VSR Held: | **Albuquerque, NM** | Interpreter: | **None** |

## ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| X | Court advises / confirms Defendant is aware of charges and possible penalty: |
|---|---|
| X | Defendant **ADMITS** violation(s): Failing to refrain from unlawful use of a controlled substance |
| X | Proceed to sentencing: |
| X | Violation Report **WAIVED** |
|   | Other: |

## SENTENCE IMPOSED

| Supervision imposed: |   | Imprisonment: | 6 months | Supervised Release: | 30 months |
|---|---|---|---|---|---|

## SPECIAL CONDITIONS

| X | Deft must participate in and successfully complete an outpatient substance abuse treatment program, approved by the probation officer, which may include testing |
|---|---|
| X | Deft must refrain from the use and possession of alcohol and other forms of intoxicants |
| X | Deft must participate in an educational or vocational program as approved by the probation officer |
| X | Deft must participate in and successfully complete an outpatient mental health treatment program approved by the probation officer |
| X | At the discretion of the Probation Office, the Deft may be required to participate in a residential treatment program. |
| X | All of the previously imposed special conditions remain in effect |
| X | After deft's custodial time, deft will be placed in a halfway house, and if needed, possible placement into Maya's Place or Delancey Street for further substance abuse treatment. |

### OTHER

| X | **ADVISED OF** Appeal Rights |
|---|---|
| X | **HELD IN CUSTODY** |
|   | Recommended place of incarceration: |

| NOTES: | **Ct. calls case.** <br> Counsel enter their appearances. Defense counsel will admit to the violation. Ct. recites the summary of violation. Probation recites potential penalties for the violation. Deft admits violation. Ct. finds that a factual basis exists for violation of supervision. Defense counsel makes argument & asks for a sentence within the guideline range & termination of supervision. Deft addresses Ct. Govt. defers to Probation. Probation officer recommends 6 months with supervision. Defense makes further argument. Ct. has reviewed the violation report & has considered the sentencing & the factors under 3553 & imposes sentence. |
|---|---|