IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR No. 05-1849 JH |
| ) | |
| DANA JARVIS, et.al., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PUBLICATION
## REGARDING ASSORTED WEAPONS

Notice of Forfeiture was published on www.forfeiture.gov for at least 30 consecutive days beginning on May 26, 2012 and ending on June 24, 2012, as evidenced by the attached Declaration of Publication.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

_____
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on August 6, 2012, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

_____
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys