IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-1849 JCH |
| ) | |
| Dana Jarvis, et.al. ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 26, 2012 and ending on June 24, 2012. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 06, 2012 at Albuquerque, NM.

Feather Astor
FSA Paralegal/Legal Assistant