# UNITED STATES PROBATION OFFICE
## DISTRICT OF NEW MEXICO
### PROBATION and PRETRIAL OFFICE

Anita L. Chávez, Chief



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 SEP 12 AM 9:56

CLERK-ALBUQUERQUE

**Dean R. Johnson, Assistant Deputy**
**Gina Bauman, Assistant Deputy**

333 LOMAS BLVD. NW, STE 170
ALBUQUERQUE, NM 87102-9844
(505) 348-2600

800 EAST 30TH STREET
BUILDING 5, SUITE A
FARMINGTON, NM 87401
(505) 325-7507

909 METRO AVENUE
GALLUP, NM 87301-5384
(505) 726-1660

**Phillip Muñoz, Assistant Deputy**
**Christina V. Morales, Assistant Deputy**

100 NORTH CHURCH STREET
LAS CRUCES, NM 88001
(575) 528-1500

500 NORTH RICHARDSON
ROOM 309
ROSWELL, NM 88201
(575) 637-7920

120 SOUTH FEDERAL PLACE
ROOM 304
SANTA FE, NM 87501
(505) 992-3872

September 6, 2012

Melania Kirwin
3124 Loma Pedregosa
Albuquerque, NM 87120

RE: TERMINATION OF SUPERVISION
Case: 1:05CR01849-031JH

Dear Mrs. Kirwin:

This letter is to inform you that your term of supervision has expired as scheduled on September 3, 2012. You no longer have any obligation to this or any other U. S. Probation Office for the sentence imposed on August 21, 2008..

We wish you success and happiness in your future. Please remember our office always remains available to you if we can assist you in any way.

Sincerely,

Joe Golino
U. S. Probation Officer

Enclosure