IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR No. 05-1849 JH |
| ) | |
| DANA JARVIS, et.al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE
REGARDING FIREARMS**

The United States moves this court to enter a Final Order of Forfeiture regarding the following firearms:

  a. A Mossberg shotgun bearing serial number K949269;
  b. A Ruger Mini-14 bearing serial number 18563809;
  c. A Marlin 336 bearing serial number 19039802 with a Bushnell scope; and
  d. A Ruger Model 10/22 serial number 233-85657 (inadvertently excluded from the Consent Preliminary Order of Forfeiture);

(Hereafter referred to as "Firearms.")

As grounds for this motion plaintiff states as follows:

1. On October 6, 2011, this Court entered a Consent Preliminary Order of Forfeiture forfeiting all right, title and interest in the Firearms a, b, and c to the United States.

2. Pursuant to the Consent Preliminary Order of Forfeiture, the United States duly published a notice of criminal forfeiture (Doc. 2129) on an official government internet site at www.forfeiture.gov for at least 30 consecutive days, from May 26, 2012 through June 24, 2012 with respect to the Firearms, including Firearm d.

3. Pursuant to the Consent Preliminary Order, the United States seized the Firearms.

4.     No Third Party Claims for adjudication were filed pursuant to 21 U.S.C. §853(n).  Therefore, the entry of a final order of forfeiture regarding the Firearms is proper.

WHEREFORE, the United States respectfully requests that this Court enter a Final Order of Forfeiture Regarding the Firearms, which forfeits all right, title and interest in the Firearms to the United States and vests title thereto in the United States.

        Respectfully Submitted,

        KENNETH J. GONZALES
        United States Attorney

        *Electronically filed September 27, 2012*
        STEPHEN R. KOTZ
        CYNTHIA L. WEISMAN
        Assistant U.S. Attorneys
        P.O. Box 607
        Albuquerque, NM  87103
        (505) 346-7274

I HEREBY CERTIFY that on September 27, 2012, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

      */s/*
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys