IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | CR No.  05-1849 JH |
| ) | |
| DANA JARVIS, et.al., ) | |
| ) | |
| *Defendant.* ) | |

**FINAL ORDER OF FORFEITURE
REGARDING FIREARMS**

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture regarding the following Firearms:

      a.  A Mossberg shotgun bearing serial number K949269;
      b.  A Ruger Mini-14 bearing serial number 18563809;
      c.  A Marlin 336 bearing serial number 19039802 with a Bushnell scope; and
      d.  A Ruger Model 10/22 serial number 233-85657;

(Hereafter referred to as "Firearms.")

The Court, being fully advised in the premises, finds that the motion is well taken and that this matter is ripe for final disposition.

1.  On October 6, 2011, this Court entered a Preliminary Order of Forfeiture forfeiting Firearms a, b, and c to the United States.

2. Pursuant to the Consent Preliminary Order of Forfeiture, the United States seized the Firearms.

3.  Pursuant to the Consent Preliminary Order of Forfeiture, the United States duly published a notice of criminal forfeiture (Doc. 2129) on an official government internet site at www.forfeiture.gov for at least 30 consecutive days, from May 26, 2012 through June 24, 2012

with respect to the Firearms, including Firearm d.

4. No Third Party Claims for adjudication were filed pursuant to 21 U.S.C. §853(n).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982 and Fed.R.Crim.P. 32.2(c)(2) that all right, title and interest in the Firearms is forfeited to the United States and title thereto is vested in the United States.

JUDITH C. HERRERA
United States District Judge

SUBMITTED BY:

*Electronically submitted 9/27/12*
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant United States Attorneys