PROB 12C
(Rev. D/NM-5/03)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Lloyd Montoya |
| Docket Number: | 1:05CR01849-030JH |
| Assigned Judge: | Honorable Judith C. Herrera, United States District Judge |
| Date of Original Sentence: | August 7, 2008 |
| Original Offense: | 21 U.S.C. Sec. 846: Conspiracy to Violate 21 U.S.C. Sec. 841(b)(1)(B) |
| Original Sentence: | BOP: 60 months; TSR: 48 months |
| Date Supervision Commenced: | 05/14/2012 |
| Date Supervision Expires: | 05/13/2016 |
| Other Court Action: | None |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Christopher A. Aguilar, alleges the offender has violated the following condition(s) of supervised release.

| *Violation Number* | *Nature of Noncompliance* |
|---|---|
| Mandatory Condition #1 | Mandatory Condition - "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer." |
| | On August 31, 2012, the defendant provided a random urine sample for the purpose of drug testing at Life Link Treatment Center in Santa Fe. This test revealed positive results for the use of cocaine. On September 7, 2012, the defendant admitted to this officer to consuming cocaine on or about August 31, 2012. Recently, on March 19, 2013, the defendant provided a urine sample for the purpose of drug testing at Life Link Treatment Center in Santa Fe. This test revealed positive results for the use of cocaine. On March 28, 2013, the defendant admitted to this officer to consuming cocaine. |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on March 28, 2013 .

| Submitted: | Approved: | ☒ Phone Approval |
|---|---|---|

Christopher A. Aguilar                           Kimberly Brawley
U.S. Probation Officer                           Assistant U.S. Attorney

Date: 03/28/2013                                  Date: 03/28/2013