(Rev. 11/99) Waiver of Detention Hearing

# United States District Court
## DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 01 2013

MATTHEW J. DYKMAN
CLERK

United States of America

vs.

Lloyd Montoya

**WAIVER OF DETENTION HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

Case Number: 1:05 CR 01849-030 LH

I, Lloyd Montoya, charged in: (an indictment, complaint, petition) with Violation of Supr. Release, Title _____, U.S.C., _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1 Fed. R. Crim. P., and 18 U.S.C. § 3142 including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be detained. However, I reserve the right to petition the court to review my detention and set reasonable conditions of release.

_____
Defendant

4/1/13
_____
Date

_____
Counsel for Defendant