FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 01 2013

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br>__Lloyd Montoya_____<br>Defendant | )<br>)  Case No. __1:05CR01849-030 LH__<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: __4/1/13__

__[signature]__
Defendant's signature

__[signature]__
Signature of defendant's attorney

__Roberto Albertorio__
Printed name and bar number of defendant's attorney

__P.O. Box 91387, ALBQ. N.M. 87199__
Address of defendant's attorney

__Justiz1946@g.mail.com__
E-mail address of defendant's attorney

__505-450-2870__
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney