UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
Albuquerque

Before the Honorable W. Daniel Schneider
United States Magistrate Judge

Clerk's Minutes - Initial - Preliminary - Detention - Violation of Supervised Release

Date:    4/01/2013                                          Case No.: CR 05-1849 JCH

Title: USA v. Lloyd Montoya                                 Total Time: 2 minutes

Courtroom Clerk:   E. Romero                                Liberty: Gila @ 9:49 a.m.

Probation/Pretrial Services: M. Williams                    Interpreter: n/a


ATTORNEYS PRESENT:
**Plaintiff(s):**                                           **Defendant(s):**
Lynn Wang                                                   Roberto Albertorio

PROCEEDINGS:

X       Defendant sworn

X       Received copy of charging document

X       Defendant advised of rights and penalties

X       Defendant waives preliminary hearing

X       Court finds probable cause

X       Government moves to detain

X       Defendant stipulates to detention

X       Defendant remanded to custody of USMS

X       Other: Matter referred to Judge Herrera for final disposition; Defendant may request detention hearing at a later date.