IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-1849 JH |
| | ) | |
| DANA JARVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

MOTION FOR ORDER AUTHORIZING DISPOSITION OF EVIDENCE

The United States hereby moves the Court for an order authorizing the Drug

Enforcement Administration (DEA) to dispose of certain firearms maintained as evidence

in this criminal proceeding, and as grounds therefore states:

1.      On October 6, 2005, federal agents executed a search warrant on a storage

unit in Tucson, Arizona, which was leased by defendant Adrian Sanford.  Pursuant to that

warrant, agents discovered and seized, *inter alia*, the following firearms: (1) a Winchester

Rifle Model 1906 .22 Caliber (DEA Exhibit N-292); (2) a Savage Rifle Model 22LR .22

caliber (DEA Exhibit N-293); (3) a Heckler and Koch rifle model 91 .308 Caliber (DEA

Exhibit N-294); (4) a Browning rifle Model BLR .243 Caliber (DEA Exhibit N-295); and

(5) a Israel Military Industries Model A 9mm (DEA Exhibit N-296).

2.      The above-referenced firearms have been maintained at the DEA

Albuquerque District Office as evidence in this case.  The charges against all defendants

herein have been resolved, however, and DEA wishes to dispose of this evidence.

3.      Defendant Sanford, through his attorney Robert R. Cooper, does not oppose this motion.

WHEREFORE, the United States respectfully requests that an order be entered allowing the DEA to dispose of the above-described firearms.

Respectfully submitted,

STEVEN C. YARBROUGH
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

*ELECTRONICALLY FILED*

JAMES R.W. BRAUN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of April, 2013, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

*ELECTRONICALLY FILED*

JAMES R.W. BRAUN
Assistant U.S. Attorney