UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
Albuquerque

Before the Honorable W. Daniel Schneider
United States Magistrate Judge

## Clerk's Minutes

Date: 4/02/2013                                  Case No.: CR 05-1849 JCH

Title:   USA v. Lloyd Montoya                    Total Time: 4 minutes

Courtroom Clerk:   E. Romero                     Liberty: Gila @ 9:59 a.m.

Type of PROCEEDING: Detention Hearing            USPT/PO: Chris Aguilar

ATTORNEYS PRESENT:
**Plaintiff(s):**                                **Defendant(s):**
Lynn Wang                                        Roberto Albertorio

PROCEEDINGS:

9:59    Court in session

        Counsel state appearances

        Mr. Albertorio addresses Court re: release to halfway house

        USPO addressed Court – objects to release

        Mr. Albertorio responds

        Government addresses Court

        Court denies request

        Defendant remanded to custody of USMS

10:03   Court is adjourned