IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 05-1849 JH |
| ) | |
| DANA JARVIS, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER AUTHORIZING DISPOSITION OF EVIDENCE

THIS MATTER having come before the Court on the unopposed motion of the United States, and the Court being otherwise fully advised in the premises, FINDS that the motion is well-taken and should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Drug Enforcement Administration is authorized to dispose, in any manner it sees fit, of the firearms in its custody which are held as evidence in the above-styled cause, to wit: (1) a Winchester Rifle Model 1906 .22 Caliber (DEA Exhibit N-292); (2) a Savage Rifle Model 22LR .22 caliber (DEA Exhibit N-293); (3) a Heckler and Koch rifle model 91 .308 Caliber (DEA Exhibit N-294); (4) a Browning rifle Model BLR .243 Caliber (DEA Exhibit N-295); and (5) a Israel Military Industries Model A 9mm (DEA Exhibit N-296).

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE