AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

13 APR -3  AM 11: 09

CLERK-ALBUQUERQUE

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:05CR01849-030JH |
| Lloyd Montoya | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any Authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate judge without unnecessary delay *(name of person to be arrested)* **Lloyd Montoya**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information  ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
the defendant failed to refrain from the use of a controlled substance.

Date: March 29, 2013

_____
*Issuing officer's signature*

City and state: Santa Fe, NM

MATTHEW J. DYKMAN, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on ( *date* ) 03/29/13, and the person was arrested on ( *date* ) 03/29/13
at ( *city and state* ) Santa Fe, NM

Date: 3/29/13

_____
*Arresting officer's signature*

Antonio Ramirez DUSM
*Printed name and title*