# VIOLATION OF SUPERVISION /PROBATION PROCEEDINGS MINUTE SHEET

|   |   | Time In/Out: | **10:20 - 11:00 am** | Court Time: | **40 minutes** |   |
|---|---|---|---|---|---|---|
|   |   |   | Date: | **May 22, 2013** |   |   |
|   | Cr. No. | 05-1849 JH | USA v. | Lloyd Montoya |   |   |
|   |   | The Honorable | **Judith C. Herrera** |   |   |   |
| Clerk: | **I. Duran** |   |   | Court Reporter: | **P. Baca** |   |
| Defendant: | **Present** |   |   | Defendant's Counsel: | **Roberto Albertorio** |   |
| AUSA: | **Paul Mysliwiec** |   |   | Probation Officer: | **Christopher Aguilar** |   |
| VSR Held: | **Santa Fe, NM** |   |   | Interpreter: | **None** |   |

## ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| X | Court advises / confirms Defendant is aware of charges and possible penalty. |
|---|---|
| X | Defendant **ADMITS** violation(s):   Deft failed to refrain from unlawful use of a controlled substance to wit: cocaine |
| X | Proceed to sentencing |
| X | Violation Report **WAIVED** |
|   | Other: |

## SENTENCE IMPOSED

| Supervision imposed: |   | Imprisonment: | 4 months | Supervised Release: | 36 months |
|---|---|---|---|---|---|

## SPECIAL CONDITIONS

| X | Deft must comply w/standard conditions. |
|---|---|
| X | Deft must participate in & successfully complete an outpatient substance abuse treatment program; Deft must submit to a search of his person, property, etc.; deft must refrain from use & possession of alcohol & other forms of intoxicants; deft must refrain from the use & possession of synthetic cannabinoids or other legally sold designer drugs; deft shall have no contact w/the co-defts in this case; and deft may be required to participate in a residential treatment program. |

## OTHER

| x | **ADVISED OF** Appeal Rights |
|---|---|
| X | **HELD IN CUSTODY** |
|   | Recommended place of incarceration: |

| NOTES: | **Ct. calls case.**<br>**Counsel enter their appearances.  Defense states that deft will admit to the violations.  Govt. recites violations & penalties.  Deft admits to violations.  Ct. finds that a factual basis exists for revocation of supervision.  Defense tenders to the Court a letter from his employer & makes argument for a time served sentence & for continuation of supervision & for an outpatient treatment program.  Deft allocutes to the Court.  Govt. responds.  Probation recommends 5 months of incarceration with continued supervision.  Defense readdresses Ct.  Ct. addresses the deft.  Bench conference held with Probation.  Defense asks for reconsideration & requests that the petition be held in abeyance.  Govt. responds.  Probation objects to holding the petition in abeyance.  Defense makes inquiry.  Ct. makes findings.  Ct. has reviewed the violation report & the sentencing guidelines & the factors under 3553 & imposes sentence.** |
|---|---|