IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-1849 JCH |
| | ) | |
| **RUSSELL TRUJILLO**, | ) | |
| | **)** | |
| *Defendant.* | ) | |

### UNITED STATES' UNOPPOSED MOTION
### TO UNSEAL PLEADING (Doc. 1958)

The United States moves this Court to unseal the Consent Order of Forfeiture (Money Judgment) entered in this case against Defendant Russell Trujillo (Doc. 1958).

Unsealing the money judgment will allow the United States to refer to it in forthcoming pleadings regarding the sale of a lot owned by the Defendant, and applying net proceeds to his money judgment. Defendant Russell Trujillo previously entered a Stipulation regarding this lot (Doc. 663, Stipulation for Substitution of Property Subject to Forfeiture).

        Respectfully submitted,

        STEVEN C. YARBROUGH
        Acting United States Attorney
        *Electronically filed March 26, 2014*
        CYNTHIA L. WEISMAN
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, New Mexico  87103
        (505) 346-7274

I HEREBY CERTIFY that on March 26, 2014, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.  *Electronically filed 3/26/14*
        CYNTHIA L. WEISMAN
        Assistant U.S. Attorney