IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 05-1849 JCH |
| **RUSSELL TRUJILLO**, | ) ) ) | |
| *Defendant.* | ) | |

**STIPULATED ORDER UNSEALING PLEADING (Doc. 1958)**

This matter comes before the Court on the United States' Unopposed Motion to Unseal Pleading (Doc. 2171). The Court, being fully advised in the premises, finds that the motion is will taken and that this matter is ripe for final disposition.

IT IS ORDERED that the Consent Order of Forfeiture (Money Judgment) entered in this case against Defendant Russell Trujillo (Doc. 1958) is hereby unsealed.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

Electronically submitted March 26, 2014
CYNTHIA L. WEISMAN
Assistant U.S. Attorney

APPROVED:

Approved by email March 26, 2014
D. PENNI ADRIAN
Attorney for Defendant Russell Trujillo

1