UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**Clerk's Minutes**

**Before the Honorable Judith C. Herrera**

**CASE NO.**   CR   05-1849 JH               **DATE:**   JANUARY 29, 2015

**TITLE:**   *USA v. Ayla Jarvis*

**COURTROOM CLERK:**   I. Duran          **COURT REPORTER:**   P. Baca

**PROBATION OFFICERS:**   Daniel Stewart, Chris Aguilar & Jason Beatty

**COURT IN SESSION:**   10:15 a.m.          **COURT IN RECESS:**   10:32 a.m.

**TOTAL COURT TIME:**   17 minutes

**TYPE OF PROCEEDING:**   Hearing on Request for Early Termination of Supervision

**COURT'S RULINGS/DISPOSITION:**   Court grants early termination of supervision

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**

 James R.W. Braun                                  Darrell Allen


**PROCEEDINGS:**

| Time | Event |
|---|---|
| 10:14 A.M. | Court in Session.   Court calls case. |
| 10:14 A.M. | Counsel enter their appearances. Deft present. |
| 10:14 A.M. | Court states purpose of hearing.   Court congratulates the deft on her progress. |
| 10:17 A.M. | Defense counsel addresses Court. |
| 10:17 A.M. | Probation Officer Chris Aguilar addresses Court & congratulates the deft on her progress. |
| 10:18 A.M. | Probation Officer Daniel Stewart addresses Court & congratulates the deft on her progress. |
| 10:20 A.M. | Probation Officer Jason Beatty addresses Court & congratulates the deft on her progress. |
| 10:21 A.M. | Court readdresses the Defendant re: her exemplary progress. |

| | |
|---|---|
| 10:22 A.M. | Govt. responds. |
| 10:24 A.M. | Deft addresses Court. |
| 10:28 A.M. | Court readdresses the defendant. |
| 10:31 A.M. | Court grants petition for early termination of supervised release. |
| 10:32 A.M. | Court in recess. |