IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


UNITED STATES OF AMERICA

vs.                              No. 1:05-CR-01849-JCH

AYLA JARVIS, et al.



TRANSCRIPT OF PROCEEDINGS

MOTION TERMINATE SUPERVISION

January 29, 2015


BEFORE:  HONORABLE JUDGE JUDITH HERRERA
         UNITED STATES DISTRICT JUDGE




Proceedings reported by stenotype.

Transcript produced by computer-aided

transcription.

1    A P P E A R A N C E S:

2    FOR THE GOVERNMENT:    JAMES R.W. BRAUN
                            james.braun@usdoj.gov
3                           Office of the US Attorney
                            P.O. Box 607
4                           Albuquerque, New Mexico 87103
                            505-346-7274
5
     FOR THE DEFENDANT:     DARRELL M. ALLEN
6                           darrell.allen@voxoptima.com
                            505 14th Street, Northwest
7                           Albuquerque, New Mexico 87104
                            505-306-1685
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  All right.  Next is USA versus

2     Jarvis, Case Number 05-CR-1849.

3          MR. BRAUN:  Good morning, Your Honor.

4     James Braun on behalf of the United States.

5          THE COURT:  Good morning, Mr. Braun.

6          MR. ALLEN:  Good morning, Your Honor.

7     Darrell Allen on behalf of Ms. Jarvis, who is present

8     in court.

9          THE COURT:  And good morning to you,

10    Ms. Jarvis.

11         THE DEFENDANT:  Good morning, Your Honor.

12         THE COURT:  Well, we are here today because

13    a request has been filed to terminate your

14    supervision early, Ms. Jarvis.

15         And to be honest with you, I occasionally

16    get these requests and I -- I usually approve them

17    just -- after reviewing the file, I -- I generally

18    agree that early termination is appropriate, I sign

19    off, and that's the end of things.

20         Your case jumped out at me because your

21    performance in the last -- in the recent past has

22    been so exemplary that I couldn't just sign off and

23    send you on your way.  I wanted to bring you into the

24    courtroom to acknowledge such a -- such a sterling

25    report.

1          You know I see a lot of cases, and I -- I

2    mean I hate to say it, but the fact of the matter is

3    oftentimes we -- we get successful results.  I mean,

4    success isn't -- you know it isn't unusual.  But I

5    think in your case it strikes me as commendable.

6          So that's why we are here today.  I wanted

7    to congratulate you myself, and I just wanted -- I

8    wanted us to all recognize that you -- you've

9    achieved something that a lot of people aspire to,

10   but maybe they -- they get close, but they don't --

11   you know, they don't end up running the show, so to

12   speak, as you have with some of the services at

13   Delancey Street, so I wanted to recognize you for

14   that.

15         So I'll stop talking.  I want to hear from

16   various people.  And who wants to go first?

17         Would you like to say a word before I

18   recognize the probation officers?

19         MR. ALLEN:  Your Honor, in light of the

20   Court's comments, I don't have anything to add other

21   than to say that I'm pleased to be here today.

22         THE COURT:  All right.  Thank you.

23         PROBATION OFFICER AGUILAR:  Good morning,

24   Your Honor.

25         THE COURT:  Good morning.

1          PROBATION OFFICER AGUILAR:  Of course I'm

2    here to congratulate Ms. Jarvis on her success and

3    everything she has accomplished during her time at

4    Delancey Street.

5          I originally supervised Ms. Jarvis, and we

6    didn't do too well there in the beginning.

7          THE COURT:  There were a few bumps in the

8    road.

9          PROBATION OFFICER AGUILAR:  Correct.  More

10   than a few, I believe.

11         I tried to talk -- talk some sense into

12   her, to try to get into Delancey Street.  Of course

13   originally she wasn't having it.  But as you can see

14   today, I believe she's been there two years.

15         THE DEFENDANT:  Yeah.  A little over two

16   years.

17         PROBATION OFFICER AGUILAR:  A little over

18   two years.  She's signed on for another three years,

19   Your Honor.

20         I've been working with Delancey ten years,

21   and I never had someone, as you stated, running the

22   show the way she is.  She is doing excellent.

23         I wish her the best.  I hope we stay in

24   communication during her time she's at Delancey

25   Street.

1          Unfortunately I don't work with Delancey

2    Street now that I'm back in Albuquerque, but I wanted

3    to be here to show my support for Ms. Jarvis and just

4    to congratulate you on everything that you did.

5          THE DEFENDANT:  Thank you.

6          PROBATION OFFICER AGUILAR:  And so,

7    Your Honor, we did have a graduation ceremony for

8    Ms. Jarvis at Delancey Street.

9          THE COURT:  Yes.  And unfortunately, I

10   wasn't able to be there that day, but I was rooting

11   for you.

12         THE DEFENDANT:  Thank you.

13         PROBATION OFFICER AGUILAR:  And I'm sure

14   you'll give her an opportunity to speak, and

15   Mr. Stewart as well.

16         THE COURT:  Oh, yes.

17         PROBATION OFFICER AGUILAR:  But she --

18   she's just the best, and she -- she knows how far she

19   has came and -- from the initial time I met her until

20   today.  It's just amazing, Your Honor.

21         And I thank Delancey Street for everything

22   they do and, of course, Ms. Jarvis for accomplishing

23   so many goals.  And I just wish her the best.

24         THE COURT:  All right.  Thank you, Chris.

25         THE PROBATION OFFICER STEWART:  Good

1    morning, Your Honor, Daniel Stewart with probation.

2            THE COURT:  Good morning.

3            THE PROBATION OFFICER STEWART:  Like

4    Mr. Aguilar, I'm here to congratulate Ms. Jarvis.

5    I've been lucky to work with her in the last seven to

6    eight months, so I've gotten to see most of the good

7    times.

8            I remember the first time that I spoke to

9    her and introduced myself, she gave me her whole

10   story.  She explained everything to me.  I was

11   impressed from the first phone call.

12           It's just evident, when you go to Delancey

13   Street, to see the guidance and direction that she

14   provides other residents.  It's very clear that they

15   look up to her to see, you know, what they need to be

16   doing.

17           There's a lot of people there with question

18   marks wondering, Am I supposed to be here, and can I

19   make it through here?  And she just provides a lot of

20   direction.

21           Just her take on sobriety and being able to

22   move forward in her life, it's remarkable just to see

23   everything that she's accomplished.

24           And as Mr. Aguilar said, we had the

25   graduation ceremony.  She set that up.  We had a

1  couple other residents, and it was very nice to see

2  that process.

3          And she spoke and actually gave other

4  residents an opportunity to be able to speak as well.

5          So she's really paving the way, you know,

6  for others at Delancey Street, and that's what stands

7  out to me.  At this point it's not really about what

8  she can still accomplish, because she's doing that

9  every day, but she's dedicated to helping other

10  people there.  And you know she's there for at least

11  two more years, and I know that she's going to touch

12  a lot more people there.

13          And we're just very proud of you, and we

14  wanted to be here to congratulate you this morning.

15          THE DEFENDANT:  Thank you.

16          THE COURT:  And, Mr. Beaty, I almost didn't

17  recognize you this morning.

18          PRETRIAL OFFICER BEATY:  You're not the

19  first one that's --

20          THE COURT:  Judging by the length of it, I

21  guess I haven't seen you in quite a while.

22          PRETRIAL OFFICER BEATY:  Yes, Your Honor.

23          Your Honor, I never had the opportunity to

24  supervise Ms. Jarvis.  But when I reviewed

25  Officer Stewart's report, you can see -- and you read

1    it.

2            THE COURT:  Uh-huh.

3            PRETRIAL OFFICER BEATY:  You can see at the

4    beginning how her term of supervision started and

5    where she is at today.  It's truly amazing.

6            We're extremely proud of you.  When we --

7    when we have an individual like this that commits --

8    or recommits her life to getting it back on track and

9    her sobriety, and is able to accomplish what she's

10   able to -- she's been able to accomplish, to me it's

11   like truly amazing.  She's truly a success story.

12   We're proud of her.

13           I came today just to support the cause and

14   to let her know that we're proud of you.  Continue to

15   do good things with your life.  And good luck.

16           THE DEFENDANT:  Thank you.

17           THE COURT:  You know, Ms. Jarvis, we're

18   talking about how your supervised release progressed.

19   I mean it started off a little shaky and then -- and

20   then you got -- you got a handle on it all and

21   completely turned it around.

22           But I'll go back even beyond that, just to

23   talk about how -- for a moment how amazing it is that

24   you're at this point.  Because when we first came

25   together, I mean, clearly, you were involved in a

1   series of events that could have turned your life

2   into a complete mess.

3           And I guess some people would say that if

4   you're in a federal courtroom dealing with charges

5   like you were that, you know, that's -- that is a

6   pretty big mess.

7           I can't help but wonder what your life

8   might have been like if you had never been subjected

9   to that environment.  Because while you were --

10  clearly, you know, nobody was holding a gun to your

11  head back in those days, but you -- but it just -- I

12  just marvel at how you could have taken a particular

13  path.

14          And once we all ended up in this process

15  together, you've been able to -- to turn things

16  around.

17          And so I hope that you continue to have

18  goals for yourself.

19          I hope that you continue to not only have

20  goals, but have a plan to achieve your goals, because

21  everything that I've seen in your case suggests to me

22  that you're capable of so much.

23          And I did see that you plan on -- on

24  furthering your education, and it's important that

25  you do that, because that provides even more paths to

1  success.

2          And I'm going to call on you in just a

3  moment, Mr. Braun.  I don't mean to overlook you.  I

4  don't know if there's anything you wanted to say.

5  But...

6          MR. BRAUN:  I really can't add anything to

7  what the Court or probation has already said, but I'm

8  very glad to see that you're doing so well.

9          THE DEFENDANT:  Thank you.

10         THE COURT:  I will turn it over to you.  I

11  would love to hear what you have to say and hear

12  about what your plans and goals are.

13         THE DEFENDANT:  I'm really excited to be

14  here, actually.  And I -- I was remembering the last

15  time I was in this courtroom I came through that

16  door.

17         THE COURT:  Right.

18         THE DEFENDANT:  I was standing here

19  shackled.  And so just the -- just the difference

20  that I -- that walking in on my own will, coming in

21  here and speaking before you and actually being

22  recognized for doing something well, it just feels so

23  good.

24         I never thought -- I really didn't.  I was

25  so hopeless the last time I was in this courtroom, I

1    didn't think that I would get to this point, you

2    know.  But a part of me knew I needed to do something

3    different.

4              And thanks to the urging of the probation

5    office and with you, I decided to go to Delancey

6    Street.

7              And it's been a rough road at Delancey

8    Street.  Delancey Street is not an easy process.

9    It's very difficult.  It's very -- you know it's in

10   your face, you have to work really hard, and you have

11   to take responsibility for yourself, which is

12   something I was never really used to doing.

13             And as you said, you know, the lifestyle

14   that I was -- I was raised in, I didn't really -- I

15   didn't have any guidance, I didn't have any proper

16   role models, but I also used that as an excuse, as a

17   crutch, as to why I continued my -- my behavior.

18             So when I came to Delancey Street and they

19   said, Well, you have to leave that old life behind

20   and you have to develop an identity for yourself, I

21   really started -- really started to develop

22   boundaries for myself and really started to

23   understand that the lifestyle that I came from was

24   not normal, that it was not something healthy, and it

25   was something that I needed to break away from in

1  order to become the person I am today.

2          And I couldn't have done it without the

3  support of Delancey Street.  I really couldn't.

4          And -- because so often there's times where

5  we have our own story.  That we tell ourselves.  And

6  I told myself this story, like I would always, you

7  know, say, Oh, my family is the victim.  They're the

8  victim of the Court, they're the victim of society,

9  they're not really doing anything wrong, it wasn't

10  that bad.

11          But I realized how dishonest I was with

12  myself and how dishonest I was with my reality.  So

13  through Delancey Street, they told me the reality of

14  my situation, and I was open minded to receiving

15  that.

16          And since then, just having an honest look

17  at my life, I've been able to be honest with myself

18  and what exactly I needed to do for myself.

19          So I've worked really hard.  I've worked

20  tremendously hard, and I have -- I've moved up very

21  quickly in Delancey Street, to where now I'm actually

22  running the finance department.  I'm a tribe leader.

23  I'm one of the women's council members, so I'm in

24  charge of the other women's growth in the facility,

25  and it's a feeling like I've never had before.

1          And when I first came into Delancey Street

2    I was so self-centered and selfish and small-minded.

3    But from the moment that you step through the doors

4    you're asked to help somebody else.  You're asked to

5    teach that next person something that you know.

6          And so by helping other people, I started

7    to get outside of myself and start to feel really

8    good.

9          I've never felt this good about myself,

10   even when I was, like, seven, eight, nine years old.

11   Like I don't remember feeling this good about myself

12   and this confident and this -- just good.  I feel

13   great.

14          And I have -- I've committed at least two

15   more years to Delancey Street.  And I don't really

16   put a time limit on it, because I love it.  I love

17   the mission, I love what it does, because it's a

18   great program.  They're really -- it's -- it's like

19   nothing I've ever experienced before, and I honestly

20   couldn't -- I don't think I would be here today

21   without Delancey Street.

22          And so that's why I want to further my

23   participation in Delancey Street, not only to help

24   the people, but to also show the Courts, like, Hey,

25   there's a different option.  There's something else

1  out there for people to go to instead of, you know,

2  sending people away for a long time.

3          And I would love to bring you out there

4  some day, whether it's Cinco de Mayo or some --

5          THE COURT:  I've actually been there.  I

6  just haven't been there lately.

7          THE DEFENDANT:  I would love for to you go

8  see it.  It's just because it's a beautiful property

9  and it's a beautiful process.

10          THE COURT:  It is.  It's a beautiful

11  property.

12          THE DEFENDANT:  I mean, it's so simple.

13  All you have to do -- you have to work hard, you have

14  to take ownership for yourself, and you have to help

15  the next person.  I mean, that's pretty much all

16  that's required.

17          THE COURT:  Uh-huh.

18          THE DEFENDANT:  There's no -- there's

19  nothing rocket science behind it.  It's so simple,

20  but it really helps change people from the outside in

21  and change them thoroughly.

22          So my plans right now, I'm actually in

23  school.  I'm attending Northern College in Espanola,

24  and I plan on staying in Delancey Street, as I said,

25  for several more years, just to continue to help

1  Delancey Street and help the process.

2          And I haven't thought much beyond that at

3  this point, but I definitely plan on -- all the work

4  skills that I've acquired while in Delancey Street,

5  I -- I can build -- I have a resume now just because

6  of it.  So I plan on doing that, and I plan on

7  helping people in one way or the other.

8          And I want to give people hope.  Like it

9  just helps.  Like role modeling is how Delancey

10 Street works.  You go in there and you see people

11 that have been in there -- in your position, and you

12 see where they are now, and you realize that you can

13 attain that too.

14          So I -- I want to continue to be a role

15 model for other people, as well as help continue to

16 save my life, and I realize it's a continuous

17 process.  Like it's not something that I can just

18 step away from and just think that I'm going to be

19 okay.  It's going to be something that I'm going to

20 have to be involved in, continually growing and

21 changing and becoming a better person.

22          THE COURT:  Well, all of those things

23 require good decisions.  And hopefully you've gotten

24 to this point because you've learned -- just to state

25 the obvious -- you've learned how to make good

1   decisions.  So -- so I have every confidence that

2   you're going to continue on this path.

3          And I think it's extremely admirable that

4   you have taken on a mentor role and you're continuing

5   to help other people.  Because not only is that good

6   for you, but it's obviously good for them and good

7   for society.  And so you are going to be touching a

8   lot of lives -- not just your own, not just your

9   family, but other people and communities.  And it

10  just goes on and on, so it's remarkable.

11         We're all so happy for you.

12         THE DEFENDANT:  Thank you.

13         THE COURT:  And I -- you know if I were

14  predicting several years ago, I don't know that I

15  would have predicted this outcome for you, so I'm

16  just really -- really pleased.

17         THE DEFENDANT:  Thank you.

18         THE COURT:  I'm very proud of you.  I'm

19  very proud of you.

20         THE DEFENDANT:  Thank you.  And I hope that

21  this opens -- I mean, I know that each time that you

22  hear a success story from Delancey Street or a

23  success story in general, it's something that gives

24  you guys hope too, that all of this is worth it.

25         THE COURT:  Right.

1           THE DEFENDANT:  And really, honestly, if

2    this -- if the Court hadn't intervened and this

3    wouldn't have happened in my life and all the hard

4    times that I did go through and all the pain that I

5    experienced in this courtroom, if I hadn't gone

6    through all of that, I wouldn't have been able to get

7    to the point where I am today.

8           So I mean, I respect and I love the process

9    of justice with this system, and I'm so glad that

10   there was an intervention, you know, and it's -- so I

11   thank you guys.

12          And I want to bring hope to you guys, that

13   there is -- you know all of this hard work that they

14   put into us and all the hard work that you guys put

15   into this, and I know the -- all the -- I mean, I

16   remember resenting Braun for so long.  But now I'm,

17   like, excited to see him, and I appreciate what he's

18   done, you know.

19          And so I think it's just the -- I want to

20   give you guys hope and show you that it does work,

21   that this process is worth it.

22          THE COURT:  Well, that's one of the reasons

23   that I wanted you here today, so we could -- we could

24   all celebrate that.

25          THE DEFENDANT:  Thank you.

1          THE COURT:  I know the probation officers

2   work so hard, and they always see hope.  They always

3   see a path for people.  And you know, sometimes it

4   doesn't work.  And when it does, we're thrilled.

5          They do have -- they have a lot of success,

6   but -- but as I said before, if I had predicted -- if

7   I had predicted success for you several years ago,

8   never in my wildest dreams would I have predicted

9   this degree of success.

10          So -- so you know, you're to be

11   congratulated.

12          And you know, the probation department is

13   to be congratulated.  You all worked hard on

14   Ms. Jarvis' behalf as well.  So -- so it's just a --

15   it's just a great day for everyone.

16          THE DEFENDANT:  Yes.

17          THE COURT:  I don't know if anybody else

18   has anything they want to say.  I don't want to cut

19   anybody off.

20          I'm granting the petition.  We will

21   terminate your supervision.  What are we, about six

22   months early or so?

23          THE PROBATION OFFICER STEWART:  Your Honor,

24   we're about four to five months early.

25          THE COURT:  Okay.  All right.  So the

1   petition is granted.

2           THE DEFENDANT:  Thank you so much.

3           THE COURT:  And I will come visit Delancey

4   Street again, and I'll look you up when I go.

5           And thank you all for everything.

6           Congratulations again.  The best of luck to

7   you.

8           THE DEFENDANT:  I appreciate it,

9   Your Honor.  Thank you.

10          THE COURT:  We'll be in recess.

11          (Proceedings concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATION

2

3          I certify that the foregoing is a correct

4    transcript from the record of proceedings in the

5    above-entitled matter.  I further certify that the

6    transcript fees and format comply with those

7    prescribed by the Court and the Judicial Conference

8    of the United States.

9

10   Date:  January 29, 2015

11

12                    _____

                      PAUL BACA, RPR, CCR
13                    Certified Court Reporter #112
                      License Expires:  12-31-15
14

15

16

17

18

19

20

21

22

23

24

25