IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.   No. 05-CR-1849-JH

DANA JARVIS,

    Defendant/Movant.

## ENTRY OF APPEARANCE

Scott M. Davidson, hereby enters his appearance on behalf of Dana Jarvis, for purposes of seeking reduction of sentence pursuant to 18 U.S.C. § 3582.

    Respectfully submitted,

    <u>Electronically filed</u>
    Scott M. Davidson
    JustAppeals.Net
    The Appellate Law Office of Scott M.
        Davidson, Ph.D., Esq.
    1011 Lomas Boulevard NW
    Albuquerque, NM 87102
    505.255.9084 (ph)
    505.213.7212 (fax)

## Certificate of Service

I hereby certify that on this 2nd day of November 2015, I filed the foregoing entry of appearance electronically through the CM/ECF system, which caused counsel for the Government to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

    <u>Electronically filed</u>
    Scott M. Davidson