| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:05CR01849-027JH |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | New Mexico | Albuquerque |
| Benjamin Swentnickas | NAME OF SENTENCING JUDGE | |
| | Honorable Judith C. Herrera | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |

**OFFENSE**

Conspiracy to Distribute 1,000 Kilograms and More of Marijuana, in violation of 21 U.S.C. Sec. 846, 21 U.S.C. Sec. 841(a)(1) and 841 (b)(1)(A)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **New Mexico**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 10, 2015                              *[signature]*
Date                                           United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **Arizona**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                                _____
Effective Date                                 United States District Judge