Case 1:05-cr-01849-JCH   Document 2190   Filed 12/10/15   Page 1 of 1

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:05CR01849-027JH |
| DOCKET NUMBER (Rec. Court) | 4:15-CR-50238-CKJ-JR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Benjamin Swentnickas | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE | Honorable Judith C. Herrera |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |

**OFFENSE**

Conspiracy to Distribute 1,000 Kilograms and More of Marijuana, in violation of 21 U.S.C. Sec. 846, 21 U.S.C. Sec. 841(a)(1) and 841 (b)(1)(A)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ **New Mexico** _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 10, 2015
_Date_

_Judith C. Herrera_
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ **Arizona** _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-4-16
_Effective Date_

_Cindy K. Jorgenson_
_United States District Judge_